UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
........................................................................

ANAND DASRATH,                                    NOTICE OF PREMOTION CONFERENCE

                      Plaintiff(s),                 CV-07-2433 (CBA)

   -against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,


                      Defendant(s).
........................................................................

AMON, J.

     A premotion conference is hereby scheduled in the above-captioned case for October 4, 2007 at 11a.m. before the Honorable Carol Bagley Amon, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York in Courtroom No. 10D on the 10th Floor, unless otherwise noted.

Dated: Brooklyn, New York
       September 11, 2007

                                                Carol Bagley Amon
                                                United States District Judge
                                                718-613-2410