**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------
**Anand Dasrath,**
                Plaintiff,                      **ORDER**

      -against-                        **07-CV-2433 (CBA)(RER)**

**Ross University School of Medicine,**
                Defendant.
-----------------------------------------------------------X

      The initial conference currently scheduled for **October 3, 2007 @ 12:00Noon** before Magistrate Judge Ramon E. Reyes, Jr., **HAS BEEN ADJOURNED SINE DIE.** In lieu of the initial conference, the parties are directed to adhere to the requirements of Rules 26(f) and 16(b) of the Federal Rules of Civil Procedure and meet to discuss the matters specified in those Rules within ten (10) business days of the date of this order. The parties are further directed to file via ECF a complete scheduling order (see doc. # [2]) within five (5) business days of the meeting described in the preceding sentence. If the parties are unable to agree on the dates for the completion of the various stages of discovery, they must nevertheless submit a joint status report describing their disputes and the court will fashion an appropriate scheduling order based on the parties' respective positions. If the parties jointly desire that this case be referred to the court-annexed mediation or arbitration programs, they must submit a request to do so within ten (10) business days.

      **SO ORDERED.**

**Dated: Brooklyn, New York**
       **September 27, 2007**

                                                 *Ramon E. Reyes, Jr.*
                                               **Ramon E. Reyes, Jr.**
                                               **United States Magistrate Judge**