UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANAND DASRATH,

          Plaintiff,

- against -            **SCHEDULING ORDER**

ROSS UNIVERSITY SCHOOL OF MEDICINE,   Case No.: CV 07 2433

         Defendant.
--------------------------------------------------------------X

  Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by November 2, 2007.

2. No additional parties may be joined after December 31, 2007.

3. No amendment of the pleadings will be permitted after December 31, 2007.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal; Rules of Civil Procedure, if not yet made: December 31, 2007.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

 (a) expert witnesses on or before February 28, 2008.

 (b) Rebuttal expert witnesses on or before April 1, 2008.

6. All discovery, including depositions of experts, shall be completed on or before April 30, 2008 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. A Telephone Conference set for  2/28/08 @ 11:00 AM , to be initiated by Plaintiff or Defendant (Circle one).

9. Status Conference will be held on ___ 3/28/08 @ 10:00 AM .

10. A Final Pre-trial conference will be held on _____5/2/08 @ 10:00 AM_____.

11. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
October 19, 2007

/s/
_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

By: _____
BRADLEY M. ZELENITZ, Esq.
Gildin, Zelenitz & Shapiro, P.C.
Attorneys for Plaintiff
138-44 Queens Boulevard, 2nd Fl
Briarwood, New York 11435
Tel.: (718) 523-1111
Fax.: (718) 725-9606

By: _____
CANDICE B. LIEBERMAN, Esq.
Cullen and Dykman, LLP
Attorneys for Defendant
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Tel.: (516) 357-3700
Fax.: (516) 296-9155