

# CULLENandDYKMANLLP

**Candice B. Lieberman**
Associate Attorney
Direct: 516-357-3867
Direct Fax: 516-296-9155
E-mail: clieberman@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

October 29, 2007

**COURTESY COPY-ORIGINAL FILED BY ECF**

Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Civil Action No.: 07-2433
      *Anand Dasrath v. Ross University School of Medicine*

Dear Judge Amon:

This firm is counsel to Defendant Ross University School of Medicine ("Defendant" or "Ross University"). At the last court conference on October 4, 2007, Your Honor set the following briefing schedule: Defendant's motion to dismiss to be served on 11/2/2007; Opposition due 11/30/2007; Reply due 12/7/2007; oral argument to be heard on December 20, 2007 at 2:00 p.m. However, the parties are in the midst of settlement negotiations and respectfully request an adjournment of the aforementioned dates as set forth in the attached Scheduling Order for Your Honor's consideration. This is Ross University's first request for an extension which is being made on consent. Thank you for your consideration.

Respectfully submitted,

Candice B. Lieberman (CL-1754)

Of Counsel
Jennifer McLaughlin (JM 5678)
Candice B. Lieberman (CL-1754)

CC:   Bradley M. Zelnitz, Esq.
      Gildin, Zelenitz & Shapiro, P.C.
      Attorneys for Plaintiff
      38044 Queens Blvd., 2nd Floor
      Briorwood, NY 11435

*Founded 1850*

BROOKLYN        LONG ISLAND        MANHATTAN        WASHINGTON, D.C.        NEW JERSEY