UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANAND DASRATH,

                Plaintiff,

- against -                            **REVISED SCHEDULING ORDER**

                                                  (C. Amon)(R. Reyes)

ROSS UNIVERSITY SCHOOL OF MEDICINE,        Case No.: CV 07 2433

                Defendant.
------------------------------------------------------------X

        Upon consent of the parties, it is hereby ORDERED as follows:

1.    Defendant's motion to dismiss to be served on 12/2/2007;

2.    Opposition due 12/30/2007;

3.    Reply due 1/7/2007; and

4.    Oral argument to be heard on _____ at _____.

Dated: Brooklyn, New York
       October _____, 2007

                                                          RAMON E. REYES, JR.
                                                          UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

By: _____
BRADLEY M. ZELENITZ
Gildin, Zelenitz & Shapiro, P.C.
Attorneys for Plaintiff
138-44 Queens Boulevard, 2nd Fl

Briarwood, New York 11435
Tel.: (718) 523-1111
Fax.: (718) 725-9606

By: _____(signature)_____
CANDICE B. LIEBERMAN
Cullen and Dykman, LLP
Attorneys for Defendant
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Tel.: (516) 357-3700
Fax.: (516) 296-9155
