**COPY**


**CULLENandDYKMANLLP**

JENNIFER A. McLAUGHLIN
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

November 30, 2007

**Via First Class Mail**
Bradley M. Zelenitz, Esq.
Gildin, Zelenitz & Shapiro, P.C.
Attorneys for Plaintiff
138-44 Queens Blvd., 2nd Floor
Briarwood, NY 11435

Re:   Civil Action No.: 07-2433
      Anand Dasrath v. Ross University School of Medicine

Dear Mr. Zelenitz:

As you are aware, this firm represents Defendant Ross University School of Medicine in the above referenced matter. Enclosed please find the following documents:

1. Notice of Motion dated November 30, 2007; and
2. Memorandum of Law dated November 30, 2007.

Your courtesy is appreciated.

Very truly yours,

Jennifer A. McLaughlin (JM 5678)

CC:   (VIA ECF)
      Judge Carol B. Amon

*Founded 1850*

BROOKLYN        LONG ISLAND        MANHATTAN        WASHINGTON, D.C.        NEW JERSEY