# GILDIN, ZELENITZ & SHAPIRO, P.C.

ATTORNEYS AT LAW
138-44 QUEENS BOULEVARD
BRIARWOOD, NEW YORK 11435

TEL: (718) 523-1111
FAX: (718) 725-9606

STEVEN GILDIN
BRADLEY M. ZELENITZ
DAVID A. SHAPIRO

PHILLIP L. WARTELL
MEREDITH SALES
JUDY E. LUKOSE
SHADIA TADROS

December 14, 2007

*Application to file motion granted*

*So Ordered* s/Hon. Carol B. Amon

12/19/07

Honorable Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Anand Dasrath v. Ross University School of Medicine
      Civil Action No.: 07-2433

Dear Honorable Amon:

Please be advised that the undersigned respectfully requests the Court's permission to file an Order to Show Cause to withdraw as counsel for the Plaintiff, Anand Dasrath, and temporarily stay this action so that the Plaintiff can obtain new counsel. Unfortunately, the attorney-client relationship has eroded and I do not believe the situation will improve. As such, your affirmant is unable to proceed in this action on behalf of the Plaintiff.

Should your Honor wish to discuss this matter further, I respectfully request that same be done ex-parte so as not to prejudice the Plaintiff. Otherwise, kindly advise if the Order to Show Cause may be filed as requested.

Thank you for your time and attention herein.

Respectfully,

Gildin, Zelenitz & Shapiro, P.C.

Bradley M. Zelenitz

cc:   Candice B. Lieberman, Esq.
      Cullen & Dykman, LLP
      Garden City Center
      100 Quentin Roosevelt Boulevard
      Garden City, NY 11530
      Ph: (516) 357-3700
      Fax No.: (516) 357-3792