UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANAND DASRATH,

                                Plaintiff,

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                                Defendant.
----------------------------------------------------------------X

Case No.: CV 07 2433

NOTICE OF APPEARANCE

(C. Amon)(R. Reyes)

       PLEASE TAKE NOTICE, that Cullen and Dykman LLP has been retained by Defendant Ross University School of Medicine. I was admitted to practice in this District on November 3, 2006.

Dated: Garden City, New York
           December 31, 2007

                                              CULLEN AND DYKMAN LLP

                                              By: _____
                                                  Candice B. Lieberman (CL-1754)
                                                  Attorneys for Defendant
                                                  100 Quentin Roosevelt Boulevard
                                                  Garden City, NY 11530
                                                  (516) 357-3700

To:    Bradley M. Zelnitz, Esq.
        Gildin, Zelenitz & Shapiro, P.C.
        Attorneys for Plaintiff
        38044 Queens Blvd., 2nd Floor
        Briorwood, NY 11435