

# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

January 18, 2008

**Via Electronic Case Filing**

Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

    Re:    Civil Action No.: 07-2433
                 Anand Dasrath v. Ross University School of Medicine

Dear Magistrate Reyes:

       This firm represents the defendant Ross University School of Medicine. As you are aware, we appeared before your Honor on January 9, 2008 for a hearing in connection with plaintiff's counsel's motion to be relieved as counsel. Your Honor requested that the parties submit a joint status report by January 18, 2008 to advise the Court if the matter has settled, and if settlement has not been reached, plaintiff has until February 15, 2008 to seek new counsel and file opposition to defendant's motion to dismiss. I write to apprise the court as requested.

       As requested by plaintiff, Ross University School of Medicine has agreed to review Mr. Dasrath's grade in connection with his performance in the AICM course. Specifically, Dr. Nancy Perri, Vice President of Academic Affairs, agreed to take on this task but will need until February 1, 2008 to complete the review as she is currently traveling and attending conferences and as such, will not have access to the files immediately.

   To that end, we respectfully request that an additional joint status report be submitted to the Court on or before February 1, 2008 advising this Court if the case has settled, and if not, plaintiff's time to seek new counsel and file opposition to defendant's motion be extended to February 29, 2008 accordingly. This application is being made on consent.

                   Respectfully submitted,

JAM: cat             Jennifer A. McLaughlin (JM 5678)

cc: Bradley M. Zelenitz, Esq.