
# CULLENandDYKMANLLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

February 1, 2008

**Via Electronic Case Filing**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York  11201

Re: Civil Action No.: 07-2433
<u>Anand Dasrath v. Ross University School of Medicine</u>

Dear Magistrate Reyes:

This firm represents the defendant Ross University School of Medicine. As you are aware, we appeared before your Honor on January 9, 2008 for a hearing in connection with plaintiff's counsel's motion to be relieved as counsel. Your Honor requested that the parties submit a joint status report by January 18, 2008, advise the Court if the matter has settled, and if settlement has not been reached, plaintiff had until February 15, 2008 to seek new counsel and file opposition to defendant's motion to dismiss.  Those dates were subsequently adjourned to February 1st and 29th respectively by order dated January 18, 2008. I write to apprise the court as requested.

As requested by plaintiff, Ross University School of Medicine, through its Vice President of Academic Affairs Nancy Perri, M.D., agreed to review Mr. Dasrath's grade.  The results of that review were reported to counsel on January 31, 2008 by letter and telephone.  In order to afford counsel ample time to discuss with his client how he wishes to proceed in this matter, it is respectfully requested that an additional status report be submitted by February 15, 2008 and if the case is not settled, plaintiff will have until March 14, 2008 to retain new counsel and respond to defendant's motion to dismiss.

Your consideration of this matter is appreciated.

Respectfully submitted,

Jennifer A. McLaughlin (JM 5678)

JAM: ms
cc:  (Via facsimile and ECF)
     Bradley M. Zelenitz, Esq.

*Founded 1850*

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      NEW JERSEY