# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

February 15, 2008

**Via Electronic Case Filing**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

    Re:   Civil Action No.: 07-2433
            Anand Dasrath v. Ross University School of Medicine

Dear Magistrate Reyes:

    This firm represents the defendant Ross University School of Medicine ("Ross University" or "Defendant"). In Ross University's previous letter to you dated February 1, 2008, we informed you that Ross University, through its Vice President of Academic Affairs Nancy Perri, M.D., reviewed Mr. Dasrath's grade. We reported the results of that review to plaintiff's counsel, Bradley Zelenitz, on January 31, 2008 by letter and telephone.

    We previously requested that Mr. Zelenitz be given until February 15, 2008 to draft a report to the court after he had a chance to consider the results of the grade review with his client. We spoke with Mr. Zelenitz yesterday and he has not yet heard back from his client. Thus, we respectfully request that the Court grant counsel an additional two week extension until March 7, 2008 for the parties to update the Court on settlement. If the case is not settled, plaintiff will have until March 28, 2008 to retain new counsel and respond to Defendant's motion to dismiss.

    Your consideration of this matter is appreciated.

Respectfully submitted,

s/ Jennifer A. McLaughlin
Jennifer A. McLaughlin (JM 5678)

JAM: ms

cc:   (Via facsimile and ECF)
     Bradley M. Zelenitz, Esq.

*Founded 1850*

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      NEW JERSEY