# GILDIN, ZELENITZ & SHAPIRO, P.C.

ATTORNEYS AT LAW
138-44 QUEENS BOULEVARD
BRIARWOOD, NEW YORK 11435

TEL: (718) 523-1111
FAX: (718) 725-9606

STEVEN GILDIN
BRADLEY M. ZELENITZ
DAVID A. SHAPIRO

PHILLIP L. WARTELL
MEREDITH SALES
JUDY E. LUKOSE
SHADIA TADROS

February 28, 2008

Via ECF
Hon. Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

Re:     Civil Action No.:      07-2433
        Dasrath v. Ross University School of Medicine

Dear Judge Reyes:

This firm represents the plaintiff in connection with the above-referenced action. As Your Honor is aware, the defendant's attorneys have made a motion to dismiss which is currently pending. Pursuant to plaintiff's and Your Honor's request, the defendant reviewed Mr. Dasrath's grade by and through Dr. Perri who concurred with the "F."

In one final attempt to resolve this matter, prior to my withdrawing as counsel for Mr. Dasrath, and at his request, plaintiff is hereby seeking one final settlement conference before Your Honor and a short adjournment of Mr. Dasrath's time to respond to said motion to dismiss. I will be out of the country from March 5, 2008, through and including March 10, 2008, and as such I am requesting a date shortly thereafter that time period.

I thank the Court for it's continued patience and courtesies in trying to resolve this matter.

Very truly yours,

Bradley M. Zelenitz (BMZ 4104)

cc:     Jennifer A. McLaughlin, Esq.
BMZ/sw

OFFICES CONVENIENTLY LOCATED THROUGHOUT NEW YORK CITY