# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

March 14, 2008

**Via Electronic Case Filing**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

    Re:    Civil Action No.: 07-2433
              Anand Dasrath v. Ross University School of Medicine

Dear Magistrate Reyes:

    At plaintiff's request a conference has been scheduled before Your Honor on Friday, March 21, 2008 at 11:00 a.m. It recently came to my attention that Friday, March 21st is Good Friday. Therefore, I am writing to respectfully request a short adjournment, on consent, to March 26, 27, April 4 or 7 (dates agreeable to counsel for both parties).

    Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        Jennifer A. McLaughlin (JM 5678)

JAM: ms

cc:    (Via facsimile and ECF)
        Bradley M. Zelenitz, Esq.