# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

April 28, 2008

**Via Electronic Case Filing**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York  11201

Re:   Civil Action No.: 07-2433
      Anand Dasrath v. Ross University School of Medicine

Dear Magistrate Reyes:

As you are aware, we appeared before Your Honor on March 26, 2008 for a settlement conference. However, since that time our settlement discussions with Plaintiff have not been fruitful. The undersigned contacted Plaintiff's counsel on April 7, 2008 to advise him of the defendant's position on settlement and that the motion would go forward as previously ordered. Therefore, unless otherwise advised, we will follow the previously ordered schedule: Plaintiff's opposition is due by May 9, 2008; and Ross University's Reply to be filed and fully briefed on May 16, 2008.

Thank you for your consideration of this matter.

Respectfully submitted,

Jennifer A. McLaughlin (JM 5678)

cc:   (Via facsimile and ECF)
      Bradley M. Zelenitz, Esq.

*Founded 1850*

BROOKLYN          LONG ISLAND          MANHATTAN          WASHINGTON, D.C.          NEW JERSEY