# CULLENandDYKMANLLP

**Candice B. Lieberman**
Associate
Direct Dial: (516) 357-3867
Direct Fax: (516) 296-9155
e-mail: clieberman@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

May 2, 2008

**Via Electronic Case Filing**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

    Re:    Civil Action No.: 07-2433
              Anand Dasrath v. Ross University School of Medicine

Dear Magistrate Reyes:

    We received your Order entered on April 29, 2008, directing Ross University to notify Plaintiff, Anand Dasrath, of said Order in writing and by telephone. I was provided Mr. Dasrath's telephone number by his former attorney, Bradley Zelnitz's office. I then contacted Mr. Dasrath by phone and informed him of the Order and notified him that he has until May 9, 2008 to retain new counsel and respond to the motion to dismiss. Mr. Dasrath, however, refused to provide me his address. As such, the undersigned is unable to comply with the part of Your Honor's Order directing Ross University to notify Plaintiff in writing. Please let me know how you would like us to proceed.

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          Candice B. Lieberman (CL 1754)

cc:    (Via facsimile and ECF)
        Bradley M. Zelenitz, Esq.