UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANAND DASRATH

                              Plaintiff,

    – against –

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                              Defendant.

------------------------------------------------------------X

Case No.: CV 07 2433

(C. Amon) (R. Reyes)

*[Handwritten: Application granted. Response due 5/22/08 – Reply due 5/30/08. So Ordered. s/Judge Amon 5/9/08]*

PLEASE TAKE NOTICE, that the undersigned respectfully seeks an extension of the deadline for opposing defendant's Motion to Dismiss before the Honorable Judge Carol B. Amon of the United States District Court, Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

Today I received a copy of the Motion to Dismiss my case from Ms. Candice Lieberman, Counsel for Ross University School of Medicine. With only two days remaining before the deadline of May 9, 2008, I am unable to properly oppose this Motion to Dismiss.

Mr. Bradley M. Zelenitz, Esq., the attorney who began this case was relieved from the case on March 26, 2008. I was able to collect my file from Mr. Zelenitz's office on April 29, 2008, but this Motion to Dismiss was not included in the file. Additionally, Mr. Zelenitz left his name as the attorney on file until May 5, 2008 and as a result, I was unable to obtain this Motion to Dismiss from the *pro se* office during that time period. Today, I requested that Ms. Candice Lieberman extend the deadline and she refused. Therefore, I have no alternative but to humbly ask the court for a reasonable extension of the deadline. Thank you in advance for your attention and assistance.

Dated: Queens, New York
        May 7, 2008

                                                  */s/ Anand Dasrath*
                                                  Anand Dasrath

                                                  89-25 209 Street
                                                  Queens Village, New York 11427
                                                  Home: (718) 468-9421
                                                  Cell: (347) 556-8605
                                                  anand_dasrath@yahoo.com