UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANAND DASRATH,                                           CV 07-2433(CBA)(RR)

                          Plaintiff,

        -against-                                            NOTICE OF APPEARANCE

ROSS UNIVERSTIY SCHOOL OF MEDICINE,

                          Defendant.
-------------------------------------------------------------------X

**S I R S:**

      **PLEASE TAKE NOTICE,** that the Law Offices of Albert Adam Breud, P.L.L.C. hereby appears in the above-entitled action as Attorney of Record for Plaintiff Anand Dasrath and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Commack, New York
       May 15, 2008

                                      Yours truly, etc.

                                      Law Offices of Albert Adam Breud, P.L.L.C.

                                      By:  /s/ Albert Adam Breud, II
                                            ALBERT ADAM BREUD, II (AB2355)
                                            356 Veterans Memorial Highway
                                            Suite 8N
                                            Commack, New York 11725
                                            Telephone: (631) 543-3030
                                            Facsimile:  (631) 543-2888

To:   Cullen and Dykman, LLP
       Jennifer A. McLaughlin, Esq.
       100 Quentin Roosevelt Boulevard
       Garden City, New York 11530