UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..................................................................

### NOTICE OF TELEPHONE CONFERENCE

ANAND DASRATH,

       Plaintiff(s),

  -against-                              CV-07-2433 (CBA)

ROSS UNIVERSITY SCHOOL OF MEDICINE,

       Defendant(s).
..................................................................

AMON, J.

    A telephone conference will be held in the above-captioned case on **MAY 29, 2008 at 10:30am** before Judge Amon.

    Albert Breud, II is directed to coordinate the conference call to chambers (718)-613-2410.

Dated:    Brooklyn, New York
              May 22, 2008

                                                  Carol Bagley Amon
                                                  United States District Judge
                                                  718-613-2410