**School of Medicine**
**Office of the Registrar**

Campus: PO Box 266, Portsmouth, Dominica, West Indies
Administrative Offices: 499 Thornall Street, 10th Floor
Edison, NJ 08837-2235
TEL: (732) 978-5300 FAX (732) 978-5306
Email: Registrar@rossmed.edu
www.rossmed.edu



June 29, 2006

Dear Anand E Dasrath:

I regret to inform you that effective immediately you have been Administratively Withdrawn from Ross University, School of Medicine for failure to register for the May 2006 AICM course. RUSM policy dictates that students must successfully complete the AICM course and pass USMLE Step 1 before advancing into the clinical curriculum. In order for a student to remain enrolled with RUSM, they must either be registered for courses and/or registered for the Boards. Once a student becomes inactive, they are Administratively Withdrawn from RUSM.

Please be advised that if you are a recipient of federal guaranteed student loans, we must inform your lender(s) that you have not attended Ross University since the last day you attended classes or rotated in a clinical clerkship. The impact of your withdrawn status on your federal guaranteed student loans will depend on your specific situation, applicable regulations and the terms and conditions of your loan(s).

Should you ever wish to resume your studies at Ross University School of Medicine, you will be required to submit an application for re-admission to the Admissions Department and be reviewed by the Admissions Committee. To do so, please complete an Admissions application, indicating the reasons of your withdrawal, and submit it to the Admissions Office.

Best wishes in your future endeavors.

Sincerely,

Michael Rendon
University Registrar

Cc:   Bursar
      Financial Aid
      Clinical Department