UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANAND DASRATH,                                             CV 07-2433(CBA)(RR)

                    Plaintiff,

      -against-                                         DECLARATION

ROSS UNIVERSTIY SCHOOL OF MEDICINE,

                    Defendant.
-----------------------------------------------------------X

      I, Anand Dasrath, pursuant to 28 U.S.C. § 1746 (2), declare the following under the pains and penalties of perjury:

1. I am the Plaintiff in the above-entitled action.

2. In 2006 after my United States Medical Licensing Exam 1 ("USMLE 1") score was withheld as a result of Defendant Ross University School of Medicine ("Defendant") revoking its sponsorship of me by stating that I was not enrolled as a student there, I contact the United States Attorney General via the United States Attorney for New Jersey and at the Department of Justice headquarters in Washington, D.C.

3. I was told by representatives at both locations that the Attorney General would not intervene and that I should file suit in court.

4. The representative from the Untied States Attorney in New Jersey advised me that their office received many complaints against the Defendant from older students and colored students.

Dated: Queens Village, New York
       May 22, 2008

                                                               /s/ Anand Dasrath
                                                                Anand Dasrath