*Law Offices  
of  
Albert Adam Breud, P.L.L.C.*

*356 Veterans Memorial Highway*  *Telephone: (631) 543-3030*
*Suite 8N*  *Facsimile: (631) 543-2888*
*Commack, New York 11725*  Breudlaw@optonline.net

May 22, 2008

Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Dasrath v. Ross University School of Medicine
      CV 07-2433(CBA)(RR)

Dear Judge Amon:

This correspondence is respectfully submitted pursuant Rule 1(d) of Your Honor's Individual Motion Practices and Rules in regard to the above-referenced matter.

The undersigned requests that the teleconference scheduled for May 29, 2008 at 10:30am be rescheduled for either May 28, 2008, June 2, 2008 or any other date and time that is convenient for the Court.

The reason for the request is that I will be traveling out of state on May 29th and 30th, 2008.

Your consideration of this matter is greatly appreciated.

Respectfully submitted,

/s/ Albert Adam Breud, II
AAB/idi
cc:   Jennifer A. McLaughlin, Esq.
      *Attorney for Defendant*

      Anand Dasrath