

# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

May 23, 2008

**VIA ELECTRONIC CASE FILING**
Hon. Carol Bagley Amon
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

    Re:   Civil Action No.: 07-2433
              <u>Anand Dasrath v. Ross University School of Medicine</u>

Dear Judge Amon:

       This letter is submitted on behalf of defendant Ross University School of Medicine in response to plaintiff's request to adjourn the telephone conference currently scheduled for May 29, 2008 at 10:30 a.m. Counsel for Plaintiff suggests in his letter that May 28, 2008 or June 2, 2008 is preferred for the conference. Of those two dates, the undersigned is available on May 28, 2008 if that date should be convenient for the Court.

                                   Respectfully yours,

                                     Jennifer A. McLaughlin

JAM:ms

   cc:   Albert Adam Breud, II, Esq.
           (Via ECF)