UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANAND DASRATH

                Plaintiff,

   -against-

ROSS UNIVERSITY SCHOOL OF
MEDICINE

                Defendant.
-----------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

07-CV-2433(CBA)(RR)

AMON, United States District Judge:

The plaintiff's request to file a motion to stay this action, and any subsequent motion to stay, are hereby referred to Magistrate Judge Reyes for disposition. The defendant's motion to dismiss is referred to Magistrate Judge Reyes for a report and recommendation. In light of these referrals, the teleconference currently scheduled for May 29, 2008 is cancelled.

SO ORDERED
Dated: Brooklyn, New York
       May 23, 2008

                                          s/Hon. Carol B. Amon
                                          Carol Bagley Amon
                                          United States District Judge