# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

May 28, 2008

**VIA ELECTRONIC CASE FILING**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

Re:  Civil Action No.: 07-2433
     Anand Dasrath v. Ross University School of Medicine

Dear Judge Reyes:

This firm represents the defendant Ross University School of Medicine ("Ross University") in the above stated matter. The Honorable Carol Bagley Amon recently referred to you a request for a report and recommendation on defendant's motion to dismiss served in November, 2007 and recently opposed on May 22, 2008.[1]

Defendant's time to submit its reply expires on May 30, 2008. Defendant respectfully requests additional time to submit its reply through and including June 13, 2008 as we have been working on responding to plaintiff's letter request for a pre-motion conference which the undersigned filed yesterday. Defendant respectfully requests additional time as outlined above to properly focus on its reply to plaintiff's opposition to its motion.

Your consideration of this matter is greatly appreciated.

Respectfully,

Jennifer A. McLaughlin (JM 5678)

JAM: ms
cc: Hon. Carol Bagley Amon
    Albert Adam Breud, II
    Albert Adam Breud, P.L.L.C.
    **Via ECF**

---

[1] It should be noted that defendant's motion was served and not filed in compliance with Judge Amon's individual practice rule §3(d) requiring that no motion papers be filed until fully briefed. Notwithstanding this rule plaintiff filed his opposition to the motion via ECF. Defendant will file a complete set of motion papers with its reply in accordance with Your Honor's individual practice rule III.D.1(a) unless Your Honor should order otherwise.

*Founded 1850*

BROOKLYN   LONG ISLAND   MANHATTAN   WASHINGTON, D.C.   NEW JERSEY