UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANAND DASRATH,                                    Case No.: CV 07 2433

                        Plaintiff,                  (C. Amon) (R. Reyes)
    - against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,            **NOTICE OF MOTION**

                        Defendant.        Return Date: February 1, 2008
--------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, the undersigned will move this Court at 11:00 AM on the 1st day of February, 2008 before the Honorable Carol B. Amon of the United States District Court, Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 for an order dismissing the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter and for failure to state a claim upon which relief can be granted and for any further relief as this Court may deem appropriate.

Dated: Garden City, New York
       November 30, 2007

                                               Cullen and Dykman LLP

                              By: _____
                                               Jennifer A. McLaughlin (JM 5678)
                                               Attorneys for Defendant
                                               100 Quentin Roosevelt Boulevard
                                               Garden City, New York 11530

TO:  Bradley M. Zelenitz, Esq.
        Gildin, Zelenitz & Shapiro, P.C.
        Attorneys for Plaintiff
        138-44 Queens Blvd., 2nd Floor
        Briarwood, NY 11435