STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NASSAU         )

MAUREEN SAUTER, being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

That on the 30th day of November, 2007 she served the within Memorandum of Law in Support of Motion Pursuant to Rule 12(b)(1) upon the parties listed below, by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Bradley M. Zelenitz, Esq.
Gildin, Zelenitz & Shapiro, P.C.
Attorneys for Plaintiff
138-44 Queens Blvd., 2nd Floor
Briarwood, NY 11435

that being the address designated on the latest papers served by them in this action.

                                                    Maureen Sauter

Sworn to before me this
30th day of November, 2007.

Notary Public

ELIZABETH A. LIOTTA
Notary Public, State of New York
No. 01LI5048027
Commission Expires August 14, 2009