STATE OF NEW YORK     )
                      )  ss.:
COUNTY OF NASSAU      )

MAUREEN SAUTER, being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

That on the 13th day of June, 2008 she served the within Affidavit upon the parties listed below, by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Albert Adam Breud, II
Albert Adam Breud, P.L.L.C.
Attorney for Plaintiff
356 Veterans Memorial Highway
Suite 8N
Commack, New York 11725

that being the address designated on the latest papers served by them in this action.

*Maureen Sauter* (signature)
Maureen Sauter

Sworn to before me this
13th day of June, 2008

*Elizabeth A. Liotta* (signature)
Notary Public

ELIZABETH A. LIOTTA
Notary Public, State of New York
No. 01LI5048027
Commission Expires August 14, 20 09