

# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

June 13, 2008

**VIA ELECTRONIC CASE FILING**
**AND OVERNIGHT MAIL**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

    Re:   Civil Action No.: 07-2433
           <u>Anand Dasrath v. Ross University School of Medicine</u>

Dear Judge Reyes:

    This firm represents the defendant Ross University School of Medicine ("Ross University") in the above stated matter. As you are aware, the Honorable Carol Bagley Amon recently referred the enclosed motion to dismiss to your attention for a report and recommendation.

    Pursuant to your individual Rule III D.3., I enclose two hard copies of the fully briefed motion papers, each marked "Courtesy Copy", as described below:

    1.    Defendant's notice of motion to dismiss pursuant to Rule 12(b)(1) and (6);

    2.    Defendant's memorandum of law in support of the motion to dismiss pursuant to Rule 12(b)(1) and (6);

    3.    Plaintiff, Anand Dasrath's memorandum of law in opposition to defendant's motion to dismiss the complaint with attached Exhibits 1-3;

    4.    Defendant's reply memorandum of law in support of the motion to dismiss pursuant to Rule 12(b)(1) and (6);

    5.    Reply affidavit of Dr. Nancy A. Perri, Vice President of Academic Affairs at Ross University. (Please note that Dr. Perri was unable to sign her affidavit before a Notary Public as she has been recently stationed at Ross University located on the Caribbean island of Dominica where there are no

CULLENandDYKMANLLP

notaries. She will provide a duplicate original signed before a notary to me when she returns to the United States).

The above documents have been filed electronically. Your consideration of this matter is greatly appreciated.

Respectfully,

Jennifer A. McLaughlin (JM 5678)

JAM: ms
Enclosures

cc:  **Via ECF**
Hon. Carol Bagley Amon
Albert Adam Breud, II