

# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

June 19, 2008

**VIA ELECTRONIC CASE FILING**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

Re:  Civil Action No.: 07-2433
     Anand Dasrath v. Ross University School of Medicine

Dear Judge Reyes:

This firm represents the defendant Ross University School of Medicine ("Ross University") in the above stated matter. Per the cover letter dated June 13, 2008 attaching the fully briefed motion to dismiss in this action I explained that the reply affidavit of Dr. Nancy A. Perri was not notarized as she was located on the island of Dominica at Ross University at the time of signing. She has since signed her affidavit before a notary which is currently being filed herewith.

Your consideration of this matter is greatly appreciated.

Respectfully,

Jennifer A. McLaughlin (JM 5678)

JAM: ms
Enclosure

cc:  **Via ECF**
     Hon. Carol Bagley Amon
     Albert Adam Breud, II

*Founded 1850*

BROOKLYN   LONG ISLAND   MANHATTAN   WASHINGTON, D.C.   NEW JERSEY