UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ANAND DASRATH,

                                Plaintiff,

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                                Defendant.

-------------------------------------------------------------X

Case No.: CV 07 2433

NOTICE OF APPEARANCE

(C. Amon)(R. Reyes)

        PLEASE TAKE NOTICE, that Cullen and Dykman LLP has been retained by Defendant Ross University School of Medicine.  I was admitted to practice in this District on October 17, 2007.

Dated: Garden City, New York
       July 25, 2008

                                  CULLEN AND DYKMAN LLP

                                  By: _____
                                      Justin F. Capuano (JC-5853)
                                      Attorneys for Defendant
                                      100 Quentin Roosevelt Boulevard
                                      Garden City, NY 11530
                                      (516) 357-3700

To:    Albert Adam Breud, II
       Albert Adam Breud, P.L.L.C.
       Attorney for Plaintiff
       356 Veterans Memorial Highway
       Suite 8N
       Commack, New York 11725