> The sender of this message has requested a read receipt. Click here to send a receipt.

**Dasrath, Anand**

From: Sena, Brigette  
Sent: Thu 3/9/2006 4:52 PM  
To:  
Cc: Fernandez, Dr. Enrique; Rendon, Michael; Reardon, Rosemary; Perri, Dr. Nancy  
Subject: Results of NBME comprehensive shelf exam  
Attachments:

Dear Students,

We have received the results of your NBME comprehensive exam. Congratulations! You have passed the exam and are now eligible to sit for the USMLE Step 1 exam. Your six-month eligibility period is April 1 – September 30, 2006. You are required to sit for the USMLE Step 1 no later than 9/30/06. You will have 3 attempts or until April 30 2007 to pass Step 1.

If you have previously submitted a USMLE application along with a waiver, you may now schedule your USMLE Sitting date as soon as you receive your scheduling permit. Be sure to notify this office of the date you schedule.

Please see below for eligible USMLE windows and deadlines to submit USMLE applications. You will be ineligible for an extension beyond the 9/30/06 date so please plan accordingly.

| Windows you may apply for: | Deadline to submit application to NJ Registrar: | |
|---|---|---|
| May 1 – July 31, 2006 | March 15, 2006 | |
| June 1 – August 31, 2006 | April 15, 2006 | * please inform me if you are choosing this window by replying to this email |
| July 1 – Sept. 30, 2006 | May 15, 2006 | * please inform me if you are choosing this window by replying to this email |

In order to Match in 2008, you must complete the remaining 78 weeks no later than 5/31/08. As every clinical schedule is individualized, there may be gaps in the curriculum due to site availability, time off for sitting for Step 2 and interviewing. Therefore, your exact date of completion can not yet be determined. As a guideline, you should allow for a minimum of 90 weeks to complete the remaining 78 clinical weeks. Therefore you should attempt to have receipt of passing step 1 scores and begin rotations no later than Sept. 1, 2006.

Please go to the www.ECFMG.org website. If you have not already done so, please apply for the ECFMG number. You will receive it via email in approximately 24 hours. You may then proceed to complete the Step 1 online application. Print the certification form 183, attach a passport sized picture, sign and date and send to Ross University, Office of the Registrar, 499 Thornall St., 10th Floor, Edison, NJ 08837. Please refer to the memo distributed during AICM Orientation on further instructions on how to complete the application.

The deadline to RUSM for the 4/1/06 – 6/30/06 window has passed and that window is no longer available, as I would have needed to have the application in my office by the Feb. 15th.

If you wish to receive your score, please email me from your RUSM email address, being sure to include your ID and name.

Please note: As was discuss during AICM orientation and in the memo which was distributed, students who do not begin rotations by the end of the vacation period (16 weeks after completing AICM) must then be placed on Temporary Withdrawn status (TWD) retroactive back to the last date of attendance in the AICM and placed on less-than-half time status. While you are enrolled in the University for the purpose of taking the USMLE Exam, you are not registered for courses at least half time. DOE, as well as all lender regulations, do not allow for deferment of loans or receipt of financial aid when a student is not enrolled at least half time in classes. This means you would have to be a registered for courses in Basic Sciences or Clinical rotations in order to be deferred. The University is unable to submit enrollment verification while a student is in less than half time status. Even during the clinical curriculum, if at any time a student is not scheduled for longer than 30 days between rotations, they will be placed on less than half time status and are subject to repayment on loans. This is a gap which must be disclosed when applying for the Match and for licensure. Please refer to the memo which was distributed during the AICM Orientation for exact dates and timeline information regarding statuses.

During TWD status, loans can not be deferred through the University. Your lenders will place you on grace period and if the student does not begin rotations by the end of the grace period, the student must make arrangements with their lenders for an economic forbearance. Once the student passes the boards and begin rotations, the student must complete a reinstatement application and