STATE OF NEW YORK )
        )  ss.:
COUNTY OF NASSAU )

  MAUREEN SAUTER, being duly sworn, deposes and says:

  That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

  That on the 28th day of August, 2008 she served the within Affidavit upon the parties listed below,  filed with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure, and Eastern District's Local Rules, and Eastern District's Rules on Electronic Service and by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Albert Adam Breud, II
Albert Adam Breud, P.L.L.C.
Attorney for Plaintiff
356 Veterans Memorial Highway
Suite 8N
Commack, New York 11725

that being the address designated on the latest papers served by them in this action.

            Maureen Sauter

Sworn to before me this
28th day of August, 2008.

Notary Public

   **ELIZABETH A. LIOTTA**
  **Notary Public, State of New York**
    **No. 01LI5048027**
 **Commission Expires August 14, 20__**