UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANAND DASRATH,                                                          CV 07-2433(CBA)(RR)

                              Plaintiff,

              -against-                                          CERTIFICATE OF SERVICE

ROSS UNIVERSTIY SCHOOL OF MEDICINE,

                             Defendant.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF SUFFOLK    )

Albert Adam Breud, II, being duly sworn, hereby deposes and says, I am not a party to this action. I am over the age of 18 years. I reside in Middle Village, New York. On the 27th day of March, 2009, I served a true copy of the Letter Motion to be Relieved As Counsel of Record for Plaintiff Anand Dasrath via U.S. Mail upon:

                                      Anand Dasrath
                                      89-25 209 Street
                                      Queens Village, New York 11427

                                      Cullen and Dykman, LLP
                                      Jennifer A. McLaughlin, Esq.
                                      100 Quentin Roosevelt Boulevard
                                      Garden City, New York 11530

_____
      Albert Adam Breud, II

Sworn to me this 7th day of April, 2009

_____
      Notary Public
      RICHARD A. MILLER
NOTARY PUBLIC, State of New York
         No. 52-4694173
    Qualified in Suffolk County
Commission Expires February 28, 2010