UNITED STATES DISTICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANAND DASRATH

                              Plaintiff,

              - against -

ROSS UNIVERSITY SCOOL OF MEDICINE

                              Defendant:

-----------------------------------------------------------X

Case No.: CV 07 2433
(C. Amon)

      PLEASE TAKE NOTICE, that the undersigned would like to inform the court that Mr. Albert Breud was paid in full for services rendered so far in the above captioned case.

      The four paid checks, Mr. Breud's letter to the court, and the Suffolk County's arbitration decision are attached. The total amount of $6,860.56 was allowed by the Suffolk County Bar Association in a fee dispute arbitration meeting. Presently the undersigned does not have a replacement lawyer for Mr. Breud and seeks to keep Mr. Breud as the lawyer in the above case. Thanks in advance for your attention and assistance.

Dated: Queens, New York
         April 10, 2008

Anand Dasrath

89-25 209 Street
Queens Village, New York 11427
Home (718) 468-9142
Cell (347) 556-8605
anand_dasrath@yahoo.com