CERTIFICATE OF SERVICE

I, ALBERT ADAM BREUD, II, hereby certify that, on April 21, 2009, I served a true and correct copy of the Reply to Plaintiff Anand Dasrath's "NOTICE" dated April 17, 2009 via U.S. Mail on:

Cullen and Dykman, LLP
Jennifer A. McLaughlin, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
*Attorneys for Defendant*

Anand Dasrath
89-25 209 Street
Queens Village, New York 11427

<u>Albert Adam Breud, II(AB 2355)</u>
Albert Adam Breud, II
Law Offices of Albert Adam Breud, P.L.L.C.
356 Veterans Memorial Highway
Suite 8N
Commack, New York 11725
(631) 543-3030