UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
........................................................................

ANAND DASRATH,                                    **NOTICE OF ORAL ARGUMENT**

        Plaintiff(s),                              CV-07-2433 (CBA)

   -against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,

        Defendant(s).

........................................................................

AMON, J.

    Oral argument is hereby scheduled in the above-captioned case for <u>Thursday, April 30, 2009 at 2:30 pm</u> before Judge Amon on the Motion to be relieved as counsel of record for Plaintiff Anand Dasrath in Courtroom 10 D, U.S. District Court, 225 Cadman Plaza East, Brooklyn, New York 11201.

    So Ordered.

Dated:  Brooklyn, New York
         April 23, 2009

                                            Carol Bagley Amon
                                            United States District Judge
                                            718-613-2410

copy mailed to:
Mr. Anand Dasrath
89-25   209th Street
Queens Village, NY 11427