AO 458 (Rev. 01/09) Appearance of Counsel

FILED
CLERK

09 MAY -6 PM 2:03

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK



# UNITED STATES DISTRICT COURT
for the

Anand Dasrath
_____
Plaintiff
v.
Ross University
_____
Defendant

Case No. CV-2433 (CBA) (RER)

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Anand Dasrath

Date: 5/6/09

_____
Attorney's signature

Joseph R. Costello JRC-9668
Printed name and bar number

5919 20th Ave. - Bklyn, NY 11204
Address

JRC@CostelloCostello.com
E-mail address

718-331-4600
Telephone number

718-331-2400
FAX number