**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X   07-CV-2243 (CBA) (RER)
ANAND DASRATH

                      Plaintiff,

       -against-   NOTICE OF APPEARANCE

ROSS UNIVERSITY
SCHOOL OF MEDICINE

                    Defendant.
-----------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the undersigned appears for the Plaintiff in this action and that the undersigned has been retained as attorney for the said Plaintiff and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Brooklyn, New York
May 7, 2009

                                               Yours, etc.

                                           _____
                                           **COSTELLO & COSTELLO, P.C.**
                                           **BY:   JOSEPH R. COSTELLO**
                                           Attorneys for Defendant,
                                           5919 20th Avenue
                                           Brooklyn, New York 11204
                                           (718) 331-4600
                                           Our File No. 5531