# COSTELLO & COSTELLO, P.C.

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO**<br>**JOSEPH R. COSTELLO***<br><br>***ALSO ADMITTED IN N.J., P.A.,**<br>**DISTRICT OF COLUMBIA** | 5919 20TH AVENUE<br>BROOKLYN, N.Y. 11204<br>(718) 331-4600<br>FAX (718) 331-2400<br>WWW.COSTELLOCOSTELLO.COM | **153 NEW DORP LANE**<br>STATEN ISLAND, N.Y. 10306<br><br>**17 NOTTINGHAM DRIVE**<br>HOWELL, N.J. 07731<br>(732) 730-2390 |

**Of Counsel**
**Salvatore D. Compoccia**

June 12, 2009

**Hon. Carol Bagley Amon**
**United States District Court**
**Eastern District of New York**
225 Cadman Plaza East
Brooklyn, New York 11201

Re:       Civil Action No.: 07-2433 (CBA)(RER)
          <u>Amand Dasrath v. Ross University School Medicine</u>

Dear Judge Amon:

Please be advised that our firm represents the plaintiff Anand Dasrath in the above-referenced case. I am writing your honor in regards to the scheduled filing of the Amended Complaint in this matter, which is due today, June 17, 2009 pursuant the Court's Order.

We respectfully request a short extension of time to file the Amended Complaint. We request a **one (1) week** extension to June 24, 2009. The cause for this extension of time request is due to the very recent consolidation of my office, Salvatore D. Compoccia, with this firm, as well as the opening of a new office at 153 New Dorp Lane, Staten Island, New York. It has been a rather taxing and time consuming transition which has, unfortunately, resulted in our falling a bit behind on our caseload.

I contacted Justin Capuano, Esq. of Cullen and Dykman, the attorneys representing defendant yesterday, June 16, 2009 and asked if they would consent to the instant extension request. Mr. Capuano informed me via telephone that he would need permission from a supervising attorney and that he would let me know that afternoon. A fax sent by Mr. Capuano to our office was received at 6:25 p.m. stating that the defendant's firm would not consent to the extension of time to file the Amended Complaint. I did not receive the fax until I returned to the office this afternoon due to the fact it was sent after business hours the night before and the staff had left by then.

**COSTELLO & COSTELLO, P.C.**

I hope you beg our pardon for this late request and we thank you for your consideration in hearing our application.


Respectfully submitted,

**COSTELLO & COSTELLO, P.C.**
**BY:     SALVATORE D. COMPOCCIA**

**CC:    Cullen and Dykman**
        **Attorneys for Defendant**