

# CULLENandDYKMAN LLP

**Justin F. Capuano**
Associate Attorney
Direct: 516-357-3708
Direct Fax: 516-296-9155
E-mail: jcapuano@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

June 17, 2009

**VIA ELECTRONIC CASE FILING**

Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Civil Action No.: 07-2433 (CBA)(RER)
              <u>Anand Dasrath v. Ross University School of Medicine</u>

Dear Judge Amon:

       This firm represents the defendant Ross University School of Medicine ("Ross University"). I write in response to the letter filed by Plaintiff with the Court today. In that letter, Plaintiff, through counsel, requested an extension of one week to file an amended complaint in this matter as Defendant, through counsel, would not consent to such an extension.

       While we understand that agreeing to such an extension is a courtesy that is normally granted in such cases, considering the tortured nature of this matter (as explained in Defendant's letter to the Court found at Docket Number 50), the numerous extensions and delays that have already occurred, and the amount of time Plaintiff was already provided by this Court to amend the complaint, we could not consent. Plaintiff had approximately 6 weeks from this Court's most recent order and a total of approximately two and a half months from the Court's Order of March 31, 2009 permitting Plaintiff to amend the complaint. As such, we respectfully request that Plaintiff's request for an additional adjournment be denied.

       Finally, Plaintiff's counsel makes much of the fact that he did not receive my response to his request until 6:25 p.m. the day before the amended complaint was to be

CULLENandDYKMANLLP

Hon. Carol Bagley Amon
June 17, 2009
Page 2

filed, however, Mr. Compoccia failed to request the extension until several hours before that response was provided.

Respectfully yours,

Justin F. Capuano (JC-5853)

JFC:ms

cc: Salvatore Compoccia (via electronic filing)