# COSTELLO & COSTELLO, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO**<br>**JOSEPH R. COSTELLO*** | **5919 20ᵀᴴ AVENUE**<br>**BROOKLYN, N.Y. 11204**<br>**(718) 331-4600** | **153 NEW DORP LANE**<br>**STATEN ISLAND, N.Y. 10306** |
| ***ALSO ADMITTED IN N.J., P.A.,**<br>**DISTRICT OF COLUMBIA** | **FAX (718) 331-2400**<br>**WWW.COSTELLOCOSTELLO.COM** | **17 NOTTINGHAM DRIVE**<br>**HOWELL, N.J. 07731**<br>**(732) 730-2390** |

**Of Counsel**
**Salvatore D. Compoccia**

June 18, 2009

**Hon. Carol Bagley Amon**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re:       Anand Dasrath v. Ross University School of Medicine
          07 cv-2433 (CBA) (RER)
Our File No.   6970

Dear Judge. Amon:

Our office represents the Plaintiff in the above-referenced case. Attached please find the corrected Amended Complaint regarding this matter.

 The initial filing of the Amended Complaint was filed yesterday on June 17, 2009, the date the Amended Complaint was scheduled to be filed pursuant to your Honor's prior Order. Due to a filing mistake, the prior and uncorrected Amended Complaint (which had the identical name as the intended document) was mistakenly filed when I sent it via ECF yesterday.

The mistaken entry was unintentional and largely due the fact that I am new to the office and still not fully proficient with the office's computer system. I did not notice the mistake until the afternoon of today's date or else I would have corrected the mistake yesterday, June 17th.

We respectfully request that the corrected Amended Complaint be accepted by the Court.

COSTELLO & COSTELLO, P.C.

Very truly yours,


**COSTELLO & COSTELLO, P.C.**
**BY:    SALVATORE D.  COMPOCCIA, ESQ.**
**SDC/**

CC: Mr. Justin F. Capuano