

# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

July 22, 2009

**_Via ECF and Regular Mail_**
Salvatore D. Compoccia, Esq.
Costello & Costello, P.C.
5919 20th Avenue
Brooklyn, NY 11204

Re:  Dasrath v. Ross University School of Medicine
     CV-07-2433 (Amon, J.)(Reyes, M.J.)

Dear Mr. Compoccia:

This firm represents the defendant Ross University School of Medicine in the above stated action. Enclosed please find defendant's Motion pursuant to 12(b)(1) and (6) to dismiss the Amended Complaint in accordance with the briefing schedule set forth at the conference on May 6, 2009. Enclosed is a Notice of Motion, Affidavit of Nancy Perri, M.D. with exhibit and Supporting Memorandum of Law. In accordance with Judge Amon's rules, this motion will not be filed until fully briefed. Kindly forward to me scanned copies of your opposition, if any, to the motion.

Very truly yours,

Jennifer A. McLaughlin (JM 5678)

JAM:ms
Enclosures
cc:   Hon. Carol Bagley Amon
      (via ECF)

*Founded 1850*

BROOKLYN          LONG ISLAND          MANHATTAN          WASHINGTON, D.C.          NEW JERSEY