# COSTELLO & COSTELLO, P.C.

#### ATTORNEYS AT LAW

JOSEPH G. COSTELLO
JOSEPH R. COSTELLO*

*ALSO ADMITTED IN N.J., P.A.,
DISTRICT OF COLUMBIA

Of Counsel
Salvatore D. Compoccia

5919 20TH AVENUE
BROOKLYN, N.Y. 11204
(718) 331-4600
FAX (718) 331-2400
WWW.COSTELLOCOSTELLO.COM

153 NEW DORP LANE
STATEN ISLAND, N.Y. 10306

17 NOTTINGHAM DRIVE
HOWELL, N.J. 07731
(732) 730-2390

August 18, 2009

**Hon. Carol Bagley Amon**
**United States District Court**
**Eastern District of New York**
225 Cadman Plaza East
Brooklyn, New York 11201

Re:         Civil Action No.: 07-2433 (CBA)(RER)
            <u>Amand Dasrath v. Ross University School Medicine</u>

Dear Judge Amon:

Please be advised that our firm represents the plaintiff Anand Dasrath in the above-referenced case. I am writing your honor in regards to the scheduled response to the Defendant Ross' Motion to Dismiss the Plaintiff Dasrath's Complaint. Plaintiff's opposition papers are due August 19, 2009. We respectfully request a short extension of time to file our Opposition papers to the Defendant's Motion to Dismiss.

We respectfully request a two **(2) week** extension to September 2, 2009. This is Plaintiff's first request for an extension of time to respond regarding the instant motion.

I have contacted Jennifer McLaughlin, Esq. of Cullen and Dykman, the attorneys representing defendant, and she has consented to the extension of time and a proposed new response schedule. With the Court's approval, counselors have agreed to the following schedule: Plaintiff's Opposition to be filed by September 2, 2009. Defendant's reply to be filed by September 16, 2009

I hope you beg our pardon for this late request for an extension of time to respond. Further, we thank you for your consideration in hearing our application.

Respectfully submitted,

COSTELLO & COSTELLO, P.C.

**COSTELLO & COSTELLO, P.C.**
**BY:    SALVATORE D. COMPOCCIA**

**CC:    Cullen and Dykman**
**        Attorneys for Defendant**