# COSTELLO & COSTELLO, P.C.
## —— ATTORNEYS AT LAW ——

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO**<br>**JOSEPH R. COSTELLO***<br><br>***ALSO ADMITTED IN N.J., P.A.,**<br>**DISTRICT OF COLUMBIA** | 5919 20™ AVENUE<br>BROOKLYN, N.Y. 11204<br>(718) 331-4600<br>FAX (718) 331-2400<br>WWW.COSTELLOCOSTELLO.COM | 153 NEW DORP LANE<br>STATEN ISLAND, N.Y. 10306<br><br>17 NOTTINGHAM DRIVE<br>HOWELL, N.J. 07731<br>(732) 730-2390 |

**Of Counsel**
**Salvatore D. Compoccia**

September 1, 2009

**Hon. Carol Bagley Amon**
**United States District Court**
**Eastern District of New York**
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Civil Action No.: 07-2433 (CBA)(RER)
        <u>Amand Dasrath v. Ross University School Medicine</u>

Dear Judge Amon:

Please be advised that our firm represents the plaintiff Anand Dasrath in the above-referenced case. I am writing your honor in regards to the scheduled response to the Defendant Ross' Motion to Dismiss the Plaintiff Dasrath's Complaint. Plaintiff's opposition papers are due September 2, 2009. We respectfully request a short extension of time to file our Opposition papers to the Defendant's Motion to Dismiss.

We respectfully request a one **(1) week** extension to September 9, 2009. This is Plaintiff's second request for an extension of time to respond regarding the instant motion.

I have contacted Jennifer McLaughlin, Esq. of Cullen and Dykman, the attorneys representing defendant, and she has consented to the extension of time and a proposed new response schedule. With the Court's approval, counselors have agreed to the following schedule: Plaintiff's Opposition to be filed by September 9, 2009. Defendant's reply to be filed by September 23, 2009

Please also be advised that the preceding filing, which contained the previous August 18, 2009 submission, was sent in error. Please ignore that erroneously sent application.

I hope you beg our pardon for this late request for an extension of time to respond, but the second motion schedule was made in haste and did not factor in an unusually hectic schedule for

**COSTELLO & COSTELLO, P.C.**

August. Thus, the additional week to respond would be greatly appreciated. Further, we thank you for your consideration in hearing our application.

Respectfully submitted,

**COSTELLO & COSTELLO, P.C.**
**BY:    SALVATORE D. COMPOCCIA**

**CC:    Cullen and Dykman**
        **Attorneys for Defendant**