# COSTELLO & COSTELLO, P.C.
### ───── ATTORNEYS AT LAW ─────

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO** | 5919 20ᵀᴴ AVENUE | 153 NEW DORP LANE |
| **JOSEPH R. COSTELLO*** | BROOKLYN, N.Y. 11204 | STATEN ISLAND, N.Y. 10306 |
| | (718) 331-4600 | |
| ***ALSO ADMITTED IN N.J., P.A.,** | FAX (718) 331-2400 | |
| **DISTRICT OF COLUMBIA** | WWW.COSTELLOCOSTELLO.COM | 17 NOTTINGHAM DRIVE |
| | | HOWELL, N.J. 07731 |
| | | (732) 730-2390 |
| Of Counsel | | |
| Salvatore D. Compoccia | | |

September 9, 2009

**Hon. Carol Bagley Amon**
**United States District Court**
**Eastern District of New York**
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Civil Action No.: 07-2433 (CBA)(RER)
      <u>Amand Dasrath v. Ross University School Medicine</u>

Dear Judge Amon:

Please be advised that our firm represents the plaintiff Anand Dasrath in the above-referenced case. I am writing your honor in regards to the scheduled response to the Defendant Ross' Motion to Dismiss the Plaintiff Dasrath's Complaint. Plaintiff's opposition papers are due September 9, 2009. We respectfully request a short extension of time to file our Opposition papers to the Defendant's Motion to Dismiss.

We respectfully request that the time to respond be extended to September 11, 2009. This is Plaintiff's third request for an extension of time to respond regarding the instant motion.

I have contacted Jennifer McLaughlin, Esq. of Cullen and Dykman, the attorneys representing defendant, and she has consented to the extension of time and a proposed new response schedule. With the Court's approval, counselors have agreed to the following schedule: Plaintiff's Opposition to be filed by September 11, 2009. Defendant's reply to be filed by September 28, 2009

The reason for this short extension request is due to certain technical difficulties I am experiencing, namely regarding scanning the documentation contained in our response papers. The sole staff member who assists with the electronic filing is not in the office and our office is still quite new to electronic filing, in general. In fact, the opposition papers are the first major submission our office is filing electronically. Due to these factors I am having technical difficulty.  The two additional days would enable our office to properly submit our response.

**COSTELLO & COSTELLO, P.C.**

I hope you beg our pardon for this late request for an extension of time to respond, but the two days to properly respond and correctly file our response would be greatly appreciated. Further, we thank you for your consideration in hearing our application.

Respectfully submitted,

**COSTELLO & COSTELLO, P.C.**
**BY:    SALVATORE D. COMPOCCIA**

**CC:    Cullen and Dykman**
**         Attorneys for Defendant**