UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ANAND DASRATH,                                            Case No.: CV 07 2433

                              Plaintiff,                 (C. Amon) (R. Reyes)
          - against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,          **NOTICE OF MOTION**

                              Defendant.
---------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the affidavit of Nancy A.Perri, M.D., sworn to on

July 21, 2009, and the accompanying memorandum of law, the undersigned will move this Court

before the Honorable Carol B. Amon of the United States District Court, Eastern District of New

York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York  for an order

dismissing the amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject

matter and for failure to state a claim upon which relief can be granted and for any further relief

as this Court may deem appropriate.


Dated: Garden City, New York
       July 22, 2009

                                        CULLEN AND DYKMAN LLP

                              By:       _____
                                        Jennifer A. McLaughlin (JM 5678)
                                        Attorneys for Defendant
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, New York 11530

TO:    COSTELLO & COSTELLO, P.C.
       Salvatore D. Compoccia, Esq.
       5919 20th Avenue
       Brooklyn, NY 11204