UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..................................................................

ANAND DASRATH,                              **NOTICE OF ORAL ARGUMENT**

          Plaintiff(s),                     CV-07-2433 (CBA)

-against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,

          Defendant(s).
..................................................................

AMON, J.

Oral argument is hereby scheduled on [64] Defendant's Motion to Dismiss for May 6, 2010 at 2:00pm, U. S. District Court, 225 Cadman Plaza East, Brooklyn, New York in Courtroom 10 D.

Dated: Brooklyn, New York
      April 7, 2010

                                      s/Hon. Carol B. Amon
                                      Carol Bagley Amon
                                      United States District Judge
                                      718-613-2410