## CIVIL CALENDAR

BEFORE: AMON, J.	DATE: May 7, 2010	TIME: 2:00pm

IN PERSON  xxx
BY TELEPHONE	Length of proceedings - 35 min

*COURT REPORTER* -	Lisa Schmid
*LAW CLERK* -	Ben Rossen

DOCKET NO.	CV-07-2433
CASE CAPTION	Anand Dasrath v. Ross University School of Medicine

PURPOSE OF CONFERENCE -
Oral argument - Defendant's Motion to Dismiss the Amended Complaint

APPEARANCES:	For Plaintiff(s)	Salvatore Compoccia
	For Defendant(s)	Jennifer McLaughlin

..................................................................................................................................

## MINUTE ENTRY

Oral argument held before Judge Amon on Defendant's Motion to Dismiss the Amended Complaint. The first, third and fourth causes of action are dismissed.
The Court orders the parties to proceed with discovery on plaintiff's breach or contract claim only.
Order to follow.