# SALVATORE D, COMPOCCIA, ESQ.
*Attorney at law*
*153 New Dorp Lane- Suite 1*
*Staten Island, New York 10306*
*Tel# (718) 668-9799*
*Fax# (718) 668-9796*

May 11, 2010

Magistrate Ramon E. Reyes
U.S. District Court
Eastern District of New York
265 Cadman Plaza East
Brooklyn, NY 11201

Re:   Civil Action No.-07-2433(CBA)(RER)
      Anand Dasrath v. Ross University School of Medicine

Dear Magistrate Reyes:

Please be advised that I represent the Plaintiff in the above captioned case as of counsel to the law office of Costello & Costello, attorneys of record for Plaintiff.

There is a status conference set for May 13, 2010 at 10:00 p.m. before your Magistrate so that a discovery scheduling order may be entered into. This notice was received electronically on May 10, 2010.

Unfortunately, I am engaged in Richmond County, Criminal Court in the matter of People v. John Burzo DK# 2009RI012112 for Hearings and Trial at 9:30 a.m.

Furthermore, there is no one from Costello& Costello available to attend the status conference either, as I have been informed Joseph Costello, Sr. is undergoing a medical procedure on May 13, 2010 and Joseph Costello, Jr., his son, is accompanying to the hospital. There are no other attorneys at the firm.

In light of these circumstances, I respectfully request that the status conference be adjourned. I am engaged on May 14, 18, 20, 25. I am available virtually any afternoon if it were to be scheduled for that time.

Thanking you for your consideration of this request.

Very Truly Yours,


Salvatore Compoccia, Esq.
SDC/dk


Cc: Jennifer McLaughlin
    Cullen and Dykman