UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANAND DASRATH,

                        Plaintiff,

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                        Defendant.
---------------------------------------------------------------- X

Case No.: CV 07 2433
(C. Amon)
(R. Reyes)

**STIPULATION
EXTENDING TIME
TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED that the time for the defendant, Ross University School of Medicine, to appear and to answer or to make any motion with relation to the summons and complaint in this action is extended to and including May 28, 2010. For purposes of this stipulation, facsimile or electronic signatures will be treated as original signatures.

Dated: May 17, 2010

CULLEN AND DYKMAN LLP

By: _____
Justin F. Capuano, Esq. (JC 5853)
Attorneys for Defendant
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

By: _____
Salvatore D. Compoccia, Esq.
Attorney for Plaintiff
~~1500 Broadway, Suite 2300~~
~~New York, New York 10036~~
153 New Dorp Lane, Ste 4
Staten Island, NY 10306
(718) 668-9789