UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ANAND DASRATH,

                                Plaintiff,

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                                Defendant.

-------------------------------------------------------------------X

Case No.: CV 07 2433
(C. Amon)
(R. Reyes)

       Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel for defendant Ross University School of Medicine certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                            DeVry, Inc.

Dated: Garden City, New York
         May 27, 2010

                                                CULLEN AND DYKMAN LLP

                                 By: _____
                                        Jennifer A. McLaughlin  (JM 5678)
                                        Attorneys for Defendant
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, New York 11530

TO:
COSTELLO & COSTELLO, P.C.
Salvatore D. Compoccia, Esq.
5919 20th Avenue
Brooklyn, NY 11204