STATE OF NEW YORK    )
                       )    ss.:
COUNTY OF NASSAU    )

      MAUREEN SAUTER, being duly sworn, deposes and says:

      That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

      That on the 28th day of May, 2010 she served the within Statement Pursuant to Rule 7.1 upon the parties listed below,  filed with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure, and Eastern District's Local Rules, and Eastern District's Rules on Electronic Service and  by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

COSTELLO & COSTELLO, P.C.
Salvatore D. Compoccia, Esq.
5919 20th Avenue
Brooklyn, NY 11204

that being the address designated on the latest papers served by them in this action.

                                            Maureen Sauter

Sworn to before me this
28th day of May, 2010

_____
    Notary Public

GERALDINE LEBECK
NOTARY PUBLIC, State of New York
No. 30-4804779
Qualified in Nassau County
Term Expires December 31, 20__