# COSTELLO & COSTELLO, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOSEPH G. COSTELLO<br>JOSEPH R. COSTELLO*<br><br>*ALSO ADMITTED IN N.J., P.A.,<br>DISTRICT OF COLUMBIA | 5919 20TH AVENUE<br>BROOKLYN, N.Y. 11204<br>(718) 331-4600<br>FAX (718) 331-2400<br>WWW.COSTELLOCOSTELLO.COM | 17 NOTTINGHAM DRIVE<br>HOWELL, N.J. 07731<br>(732) 730-2390 |

**Please Reply to the Brooklyn Office**

May 28, 2010

**Hon. Carol Bagley Amon**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re:     Anand Dasrath v. Ross University School of Medicine
         07 cv-2433 (CBA) (RER)
Our File No.   6970

Dear Judge Amon:

Our office represents the Plaintiff in the above-referenced case. According to my file, there is a conference scheduled for June 2, 2010 at 10:00AM in your Honor's Courtroom.

I am writing to request an adjournment of said conference. The reason for such a request is due to the fact that the attorney assigned to this case from our office, Salvatore Compoccia, has recently left the firm. Upon leaving, he failed to inform us of this conference. I only learned of it when the client called the office and inquired as to whom would represent him on the date.

I am unable to attend such conference because I will be engaged in Civil Court - Richmond County, and in that case, my client is coming in from out of town. I apologize to the Court and my adversary for such late notice, but again I just recently learned of this appearance.

I am available on the following dates: June 11, 21, 22, 24; July 1, and July 21.

Again, I apologize to the Court and my adversary for the late notice and thank you for your cooperation in this matter.

Very truly yours,

**COSTELLO & COSTELLO, P.C.**
**BY:    JOSEPH R. COSTELLO, ESQ.**
JRC/
CC:    Mr. Anand Dasrath
         Justin F. Capuano, Esq.