UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------X

ANAND DASRATH                                    Case No.: CV-07-2433

              Plaintiff,

    -against-                                    INTERROGATORIES

ROSS UNIVERSITY SCHOOL OF
MEDICINE

              Defendant.

-------------------------------------X

In compliance with your demand, the undersigned hereby submits Certified Answers to the following Interrogatories in accordance with the Rules of this Court.

Interrogatory No. 1

Identify the contract that you allege was breached and attach a copy of it to your response.

(a) Identify the specific sections or paragraphs of the contract that you allege was breached

RESPONSE:

(a) Ross University School of Medicine Student Handbook of Academic Rules and Regulations, May 2006. *See exhibit "A" annexed hereto*

    (i)    Page 13 of the Student Handbook, wherein it is stated: "Students become eligible to take the USMLE Step 1 when they have passed all courses in the Basic Science curriculum, successfully completed the Advanced Integration to Clinical Medicine (AICM) clerkship, and have passed the NBME Comprehensive Basic Science Exam";

    (ii)    Page 9 of the Student Handbook, wherein it is stated: "Following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled";

    (iii)    Page 14 of the Student Handbook, wherein it is stated that even if a student is "administratively withdrawn …may …be sponsored to take or retake the USMLE through the University";

1

(iv) Page 18 of the Student Handbook, wherein it is stated: "Students in the clinical phase of the curriculum register through the office of the Dean of Clinical Sciences in New Jersey. This includes the introductory clinical semester."

(v) Page 23 of the Student Handbook, wherein it is stated: "The student: Does not return to the campus to register for the following semester and attend classes in Week One of a semester." Plaintiff does not belong to this category of students.

(vi) Pages 25 and 26 of the Student Handbook, wherein it is stated: "The University follows the guidelines of the U.S. Family Rights and Privacy Act (FERPA), which are as follows: (1) The right to inspect and review the student's education record ...".

(b) Ross University School of Medicine Academic Catalog. See page ii on the inner front cover regarding the Antidiscrimination Policy; *See exhibit "B" annexed hereto.*

(c) Ross University School of Medicine Admissions Letter;

(d) USMLE Step 1 Certification (2); *See exhibit "C" and Exhibit "D" annexed hereto.*

(e) E-mail from Brijette Sena to Plaintiff, CC: Fernandez, Dr. Enrique; Rendon, Michael; Reardon, Rosemary; and Perri, Dr. Nancy, stating; "We have received the results of your NBME comprehensive exam. CONGRATULATIONS! You have passed the exam and are now eligible to sit for USMLE Step 1 exam." *See exhibit "E" annexed hereto.*

(f) Letter to Mr. William Kelly dated August 14, 2006 from Brijette Sena stating, "No longer eligible, and withdrawn"; *See exhibit "F" annexed hereto.*

2

Interrogatory No. 2

Identify all attempts to "demand" your grade as referred to in paragraph 6 of the Amended Complaint including in your answer the individual(s) who you contacted, the date, time and means of contact as well as the response(s) and attach copies of any written communication to your response.

RESPONSE:

(a) Plaintiff called Dr. Enrique Fernandez's office in Miami several times and spoke to his secretary, Ms. Claire Cremata, and Tony Ayubi. However, Plaintiff was not able to get into contact; they kept saying he was not available. Thereafter, an e-mail was sent, but no solution to the problem was received by e-mail. However, while the case was in Supreme Court, the e-mail was produced. (See attached.) On one occasion, plaintiff was able to speak with Dr. Fernandez, and a modified version of the conversation was produced in Court. *See exhibit "G" annexed hereto.*

(b) Plaintiff called and e-mailed Dr. Perri. (See attached.) Dr. Perri stated that she would investigate, but there was no subsequent reply. *See exhibit "H" annexed hereto.*

(c) Mr. George Gilmer, an attorney representing the Plaintiff, sent Dr. Perri e-mails, phone calls, and letters demanding that she promote Plaintiff to the following clinical semester. However, there was no answer from Dr. Perri.

(d) On January 9, 2008, Judge Ramon Reyes ordered Dr. Perri to review the AICM grade. Dr. Perri did not do a proper review; instead, she stated that she "concurred" with Dr. Fernandez, and no details were released. Since the plaintiff was not allowed to "inspect" what Dr. Perri was reviewing, there was a violation of the U.S.Family and Education Rights and Privacy Act (FERPA), as described on page 25 of the Student Handbook. *See exhibit "I" annexed hereto.*

Interrogatory No. 3

Identify the individuals who "denied [plaintiff] the right to inspect his school records regarding his academic performance or the Scantron sheets [plaintiff] submitted" as referred to in paragraph 6 of the Amended Complaint, including in your answer individual(s) who you contacted, the date, time and means of contact as well as the response(s) and attach copies of any written communication to your response.

RESPONSE:

(a) Dr. Enrique Fernandez deprived plaintiff of his right to see his school records regarding his academic performance in the AICM course at Miami. He dodged telephone calls as long as he could. He was contacted by e-mail on or about the last week of April in regard to discrepancy in his grading system, but never allowed Plaintiff to see the Scantron sheets.

(b) Dr. Perri was contacted by telephone, e-mail, letter and fax. (See exhibit.) She failed to reply with adequate resolution and/or make available the grading materials. Even when ordered by Judge Reyes on January 9, 2008, Dr. Perri did the same.

Interrogatory No. 4

Identify all documents that relate or refer to your contention that you were advised that you "received a 94% on the physical exam" as alleged in paragraph 6 of the Amended Complaint, and attach copies of the documents to your response.

RESPONSE:

(a) Dr. Fernandez verbally informed plaintiff that he scored a 94% on the physical exam when he (Dr. Fernandez) was in the 7000 SW 62nd Street building in Miami.

(b) On a document submitted to the Court, Dr. Fernandez conceded that Plaintiff passed the physical exam. (See exhibit.)

Interrogatory No. 5

State when and from whom you learned that defendant "withdrew its sponsorship of plaintiff as alleged in paragraph 8 of the Amended Complaint and attach copies of any written communication to your response.

RESPONSE:

Defendant withdrew its sponsorship of Plaintiff from taking the USMLE Step 1 by sending a statement to Mr. William Kelly, the Vice President of Operations of the USMLE, stating "No longer eligible, withdrawn." *See exhibit "F"* This was done on August 14, 2006. Mr. Kelly sent a copy of this statement to Plaintiff at or about August 14, 2006.

4

Interrogatory No. 6

Identify each time your "grades were changed, withheld and/or inaccurately reported" as alleged in paragraph 10 of the Amended Complaint and attach any documentary evidence to your response.

RESPONSE:

(a) Around August 2004, Plaintiff's Medical Genetics grade was changed from "B+" to "F." *See exhibit "K" annexed hereto.*

(b) In spring 2005, Plaintiff's Gross Anatomy grade was inaccurately reported as "C" when it should have been reported as "B." *See exhibits "L" and "M" annexed hereto.*

(c) In August 2005, Plaintiff's Pathology 1 grade was withheld until around December 2005. *See exhibit "N" annexed hereto.*

(d) In December 2005, Plaintiff's Introduction to Clinical Medicine (ICM) grade was withheld until spring 2006. When it was finally reported, the grade was inaccurately reported as "C", when it was in fact, "B." *See exhibit "O" annexed hereto.*

(e) In spring of 2006, Plaintiff's Advanced Introduction to Clinical Medicine grade was withheld until August 14, 2006, and then falsely reported as "F." *See exhibits "P" and "Q" annexed hereto.*

**Interrogatory No. 7**

Identify the specific sections or paragraphs of the contract that states that defendant "was to accurately record Plaintiff's grades and sponsor Plaintiff to take the USMLE Step 1 examination" as alleged in paragraph 20 of the Amended Complaint and attach a copy of it to your response.

RESPONSE:

(a) Pages 5-7 of the Student Handbook of Academic Rules and Regulations, specifically the sections pertaining to Student Grading and Promotion Policies and Grades.

(b) Page 13 of the Student Handbook of Academic Rules and Regulations, pertaining to sponsorship of USMLE Step 1 and Requirements: Basic Science, AICM and NBME.

(c) Admission letter to Ross University and Rights and Responsibilities. When a student enrolls at a university, an implied contract arises between the student and the school.

(d) Other students were graded in accordance with grading procedure. Other students were sponsored after they fulfilled their requirements. On two (2) separate occasions, Plaintiff was sponsored for the same exam administered on July 27, 2006. Despite the fact that Plaintiff had fulfilled his requirements, on August 14, 2006, sponsorship of Plaintiff was withdrawn.

## Interrogatory No. 8

Identify what attempts were made by you to ascertain your grade in what is referred to in the Amended Complaint as the AICM course including in your response individual(s) who you contacted, the date, time and means of contact as well as the response(s) and attach any written communication to your response.

### RESPONSE:

(a) In spring 2006, Plaintiff contacted Dr. Enrique Fernandez who told Plaintiff that he had obtained a 94% on the physical exam portion. When an official grade did not show up in Plaintiff's transcript, Plaintiff called Dr. Fernandez repeatedly. However, Plaintiff's telephone calls were not answered by Dr. Fernandez. On or about April 22, 2006, Plaintiff was finally able to speak to Dr. Fernandez, and requested that Dr. Fernandez submit a grade. Plaintiff thereafter waited for this grade from the Registrar's Office in New Jersey.

(b) Plaintiff contacted Dr. Nancy Perri in New Jersey, who promised to contact Dr. Fernandez and resolve the problem. However, a transcript received in May 2006 still did not show Plaintiff's official grade for the AICM course. Thereafter, Plaintiff called Dr. Perri's office in New Jersey several times. On several occasions, Plaintiff overheard Dr. Perri's secretary, Judi, call out to her, "Dr. Perri, Anand Dasrath is on the phone." Plaintiff also overheard her reply in the background: "Tell him I am in Dominica." Judi would then tell Plaintiff something to the effect, "Sorry, Dr. Perri is not available. She is in Dominica." *See exhibit "P" annexed hereto.*

(c) On January 9, 2008, when the case was in the United States District Court at 225 Cadman Plaza East in Brooklyn, New York, Judge Ramon Reyes ordered Dr. Perri to review the grade in the AICM course. In response, Dr. Perri issued a statement that she "concurred" with the failing grade issued by Dr. Enrique Fernandez. This was in violation of the review regulations stated on page 25 of the Student Handbook, as it blocked Plaintiff from inspecting Dr. Perri's grading procedure. Moreover, Dr. Perri may not have been in possession of any of the tested materials at the time of her alleged review. *See exhibit "I" annexed hereto.*

Interrogatory No. 9

Identify the contract or agreement, including the specific sections or paragraphs, defendant allegedly breached by "administrative withdrawing Plaintiff from its school of medicine without justification" as alleged in paragraph 22 of the Amended Complaint.

RESPONSE:

(a) The admission letter:  There is an implicit contract between a student and school regarding completion of the MD program, preparation for licensing examinations, and sponsorship for those licensing examinations.

(b) Ross certified that Plaintiff was a student, and then administratively withdrew Plaintiff. *See exhibits "C", "D", "E" and "Q" annexed hereto.*

(c) The non-discriminatory statement on the inner cover of the Academic Calendar was breached: The non-discriminatory statement states that Ross Program does not discriminate on the basis of age when it comes to placing older students in a clinical hospital training site.  However, Ross breached this non-discriminatory policy; Ross has difficulty in accommodating its very large number of students.

(d) The Student Handbook and Administrative Regulations were breached:

  i. When the administrative withdrawal letter was issued, it was claimed that Plaintiff was withdrawn because he did not return to campus on time. However, Plaintiff did not fall into that category of students required to return to campus on time. *(See exhibit "P"*, Student ID card annexed hereto). Plaintiff had already completed all courses in the Dominica campus.

  ii. Administrative withdrawal of Plaintiff breached the regulation on page 9 of the Student Handbook, which states: "following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled."

  iii. Ross issued two certifications for Plaintiff to take USMLE Step 1 exam on July 27, 2006.  Regarding the July 27, 2006 sitting, completion of the AICM course is required. (See page 13 in Student Handbook which sets forth how it is known that the AICM course is completed.)  Plaintiff completed the AICM. However, Plaintiff's grade was not published on his transcript on time, and the USMLE Office was informed on August 14, 2006 that plaintiff was "No longer eligible, withdrawn."  That statement blocked the release of the USMLE Step 1 score.  It should be noted that Plaintiff studied very hard for the USMLE Step 1 exam, and blocking release of his score has caused Plaintiff intense mental anguish and mental distress.

7

iv.    There was a violation of Plaintiff's student right to inspect school records regarding his performance in the AICM course and previous courses completed in Dominica.

v.    There was a violation of the Student Handbook Regulations which state that withdrawn students may "take or retake the USMLE." (See page 14 of the Student Handbook.)

vi.    There was a violation of the Student Handbook Grading Procedure. (See page 6 on Grading Procedure in Student Handbook.)

vii.    The e-mail sent by Brijette Sena (Associate Registrar of Clinical Sciences–Ross University) accepted the plaintiff for the USMLE Step I. This was subsequently withdrawn without any warning. *See exhibit "F" annexed hereto.*

Interrogatory No. 10

Identify the "academic rules and regulations," including the specific sections or paragraphs that were violated by defendant as alleged in paragraph 22 of the Amended Complaint.

RESPONSE:

(a)    Administratively withdrawing Plaintiff during the 17-week period following the AICM course. (See page 9.)

(b)    Certifying Plaintiff to do the USMLE Step 1, thereby confirming that all pre-requisites for the USMLE Step 1 has been completed (including the AICM), (see page 13 of Student Handbook), and then, without any warning or notice to Plaintiff, sending a fax to the USMLE office stating "No longer eligible, withdrawn," thereby blocking release of Plaintiff's score and causing "barring" on October 9, 2009 from USMLE examination.

(c)    Dr.Enrique Fernandez, an official of Ross, advised Plaintiff to take USMLE Step 1. Plaintiff followed this advice.

(d)    Administrative withdrawal letter which stated that "in order for a Student to remain enrolled with RUSM, they must either be registered for courses and/or registered for the Boards." Student was at the time registered to do USMLE Step 1, which is, in fact, one of the Boards. Ross administratively withdrew Plaintiff anyway. *See exhibit "Q" annexed herto.*

(e) Withholding Plaintiff's official grade from his transcript for more than four months.

Interrogatory No. 11

State whether you registered to re-take the AICM course.

    (a) If yes, state the date and the status of your application;

    (b) If no, state why not.

RESPONSE:

    No. Ross registers students to take the AICM course. To Plaintiff's knowledge, Ross has never re-registered him to re-take the AICM course.

Interrogatory No. 12

State when you first learned of your failing grade in the AICM course.

RESPONSE:

    On or about August 14, 2006 from a transcript.

Interrogatory No. 13

State with specificity each category of damages alleged in this action stating separately for each category of such damages:

    (a) The total amount claimed;

    (b) The method of calculation;

    (c) The components of such claim(s)

RESPONSE:

    (a) Total amount for schooling: $165,000.00

    (b) Method of calculation: adding up each of the components for schooling.

    (c) Components:

    Tuition and fees:  approximately $64,000.00

9

Dormitory: approximately $24,000.00

Books and supplies: approximately 12,000.00

Air-fare: approximately $6,000.00

Ground transportation: approximately $20,000.00

Relocation: approximately $4,000.00

Other living expenses: $35,000.00

(d) Other losses:

Attorney's fees: Approximately $38,000.00

Lost wages/and benefits: Approximately $360,000.00

Loss of profession: To be determined

Mental anguish and distress: To be determined

Disappoint to family members: including but not limited to, my child, my wife, my mother, siblings, and other family members and friends

Being ostracized by Ross University Community: To be determined

Interrogatory No. 14

Identify all documents or other tangible items that were relied upon in any manner in answering these interrogatories.

RESPONSE:

(1) Ross University School of Medicine Student Handbook of Academic Rules and Regulations, May 2006;

(2) Admission Letter to Ross University School of Medicine;

(3) Ross University School of Medicine Academic catalog;

(4) USMLE Certifications (2);

10

(5) Ross University School of Medicine Transcripts;

(6) E-mails from Ross University School of Medicine officials;

(7) Phone conversations from Ross University School of Medicine Officials;

(8) Court papers regarding this case;

(9) Correspondence from USMLE Office;

(10) Handouts from Ross University;

(11) Etc.

Interrogatory No. 15

Identify each and every individual with knowledge and/or information concerning the allegations in the Amended Complaint.

RESPONSE:

The President of Ross University School of Medicine; Dr.Nancy Perri; Dr. Enrique Fernandez; Brijette Sena; Dr.Ronnie Coutinho; Dr.Pete Gutierrez; Dr. Michael Dundar; Dr. Thomas Havonic; Dr. Barbra Troy; Mr. William Kelly; Mr. Michael Rendon; Dr. Martin of the Gross Anatomy Department; Dr. Anthony Almedia; Rosemary Reardon; Judi (Dr. Nancy Perri's secretary); Administration of Devry, Inc., Lawyers that handled this case; Ms. Claire Cremata; Anthony Ayubi; and Classmates, etc.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

11

Dated: Brooklyn, New York
July 12, 2010

_____

ANAND DASRATH

Sworn to before me this
12th day of July, 2010

_____

NOTARY PUBLIC

DORI GUTIERREZ
NOTARY PUBLIC STATE OF NEW YORK
NO. 01GU6187394
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 05/19/2012

12

# ROSS UNIVERSITY SCHOOL OF MEDICINE

## STUDENT HANDBOOK

### OF

## ACADEMIC RULES AND REGULATIONS

*May 2006*



*TABLE OF CONTENTS*

INTRODUCTION........................................................................................ page 4
CHANGES IN THIS EDITION................................................................... page 4
THE CURRICULUM.................................................................................. page 4
   THE DEGREE "DOCTOR OF MEDICINE".......................................... page 4
ACADEMIC STANDARDS........................................................................ page 5
   PROMOTIONS COMMITTEE, PROMOTIONS..................................... page 5
STUDENT GRADING AND PROMOTIONS POLICIES............................ page 5
   GRADING POLICY FOR THE BASIC SCIENCE SEGMENT............... page 5
GRADES.................................................................................................... page 6
EXAMINATIONS....................................................................................... page 7
   BASIC SCIENCE SEGMENT.............................................................. page 7
   NBME COMPREHENSIVE BASIC
       SCIENCES EXAMINATION............................................................ page 7
PROMOTION POLICIES............................................................................ page 7
   BASIC SCIENCE SEGMENT.............................................................. page 7
   CLINICAL SCIENCE SEGMENT........................................................ page 9
   GOOD STANDING
       AND SATISFACTORY ACADEMIC PROGRESS............................. page 10
   PROBATION....................................................................................... page 11
   ATTENDANCE.................................................................................... page 12
LICENSURE TO PRACTICE MEDICINE IN THE U.S.............................. page 12
POLICY REGARDING U.S. LICENSING EXAM, STEPS 1 & 2................ page 13
   THE USMLE STEP 1........................................................................... page 13
   THE USMLE STEP 2CK (CLINICAL KNOWLEDGE)........................ page 13
   THE USMLE STEP 2CS (CLINICAL SKILLS)................................... page 14
   CERTIFICATION FOR THE USMLE................................................... page 14
PROFESSIONAL CONDUCT, ETHICS....................................................... page 15
SEXUAL HARASSMENT........................................................................... page 16
PROBLEMS, GRIEVANCES....................................................................... page 16
REGISTRATION AND OTHER REGISTRAR SERVICES.......................... page 17
   INITIAL REGISTRATION OF INCOMING STUDENTS...................... page 17
   REGISTRATION OF CONTINUING STUDENTS................................. page 18
   REGISTRATION – CLINICAL SCIENCE SEGMENT......................... page 18
   TRANSCRIPT REQUESTS.................................................................. page 19
STUDENT LOAN DEFERMENT PROCESS............................................... page 19
TUITION DURING REMEDIAL SEMESTERS........................................... page 19
TUITION REFUND POLICY FOR WITHDRAWALS.................................. page 20
EMERGENCY ABSENCES, VACATION
   & ACADEMIC LEAVES OF ABSENCE.............................................. page 21

EMERGENCY ABSENCES.................................................................page 21
ACADEMIC LEAVE OF ABSENCE (ALOA)...........................................page 21
UNAUTHORIZED LEAVES..............................................................page 22
WITHDRAWALS...........................................................................page 22
    STUDENT WITHDRAWALS.........................................................page 23
    ADMINISTRATIVE WITHDRAWALS............................................page 23
DEFERRALS ...............................................................................page 23
DISCIPLINARY ACTIONS...............................................................page 24
SUSPENSION..............................................................................page 24
DISMISSAL.................................................................................page 24
STUDENT HONOR CODE..............................................................page 22
STUDENT POLICY ON ALCOHOL AND OTHER DRUGS........................page 25
STUDENT PRIVACY RIGHTS..........................................................page 25
THE ANNE ROSS LIBRARY AND RELATED MATTERS.........................page 26
MONETATY INSTRUMENTS (STUDENT REFUND CHECKS).................page 27
BANKING IN DOMINICA................................................................page 27
ADDITIONAL MATTERS OF FINANCE..............................................page 28
HOUSING IN DOMINICA................................................................page 28
VISAS .......................................................................................page 28
SECURITY..................................................................................page 28
STUDENT GOVERNMENT..............................................................page 29
AMERICAN MEDICAL STUDENTS ASSOCIATION..............................page 29
STUDENTS WITH DISABILITIES......................................................page 30
WHEN YOU LEAVE DOMINICA........................................................page 30
INTERPRETATION AND MODIFICATION............................................page 30
ATTACHMENTS:
    TECHNICAL STANDARDS FOR THE MD DEGREE
    STUDENT HONOR CODE
    STUDENT POLICY ON ALCOHOL AND OTHER DRUGS
    ANNUAL SECURITY REPORT

Case 1:07-cv-02433-CBA-RER   Document 36-7   Filed 06/13/2008   Page 5 of 31

# ROSS UNIVERSITY SCHOOL OF MEDICINE

## STUDENT HANDBOOK

### MAY 2006

## INTRODUCTION

Ross University publishes this handbook for the students in its School of Medicine.

Effective May 2006, all rules and regulations in this *Handbook* are binding upon all students enrolled in the School of Medicine, including students on academic leave of absence from the school and students who are visiting at other medical schools. This edition supersedes all previous editions of the *Student Handbook* and, when appropriate, updates the *Ross University School of Medicine Catalog*.

Students are expected to be familiar with the content of both this *Handbook* and the *Catalog* of the School of Medicine. Those students who receive financial aid are expected to have read *Ways & Means of Financial Aid*, which has previously been supplied. Only general aspects of financial aid are included here.

Ross University reserves the right to change its rules and regulations, course offerings, degree requirements, academic calendar and other material contained in this *Handbook* or the *Catalog* at any time. Such changes will be announced in advance of their effective dates whenever possible; and will be disseminated via email and posted on the campus website.

## CHANGES IN THIS EDITION

There have been changes incorporated throughout this *Handbook*. Students are responsible to make note of all changes in policy, and will be held to the rules outlined in this handbook.

## THE CURRICULUM

### THE DEGREE "DOCTOR OF MEDICINE"

The degree *Doctor of Medicine* is awarded upon the successful completion of the Basic Science curriculum, the Clinical Science curriculum, and the U.S. Medical Licensing Examination (USMLE) Steps 1 and 2. Step 2 of the USMLE now consists of two examinations the Clinical Knowledge (CK) exam (formerly Step 2) and a Clinical Skills (CS) exam (formerly the Clinical Skills Assessment (CSA). These will be referred to as Step 2 CK and Step 2 CS throughout this handbook.

-4-

Case 1:07-cv-02433-CBA-RER   Document 36-7   Filed 06/13/2008   Page 6 of 31

The Basic Science segment consists of 60 credits of specifically prescribed coursework. There are four semesters of Basic Science classes, for a total of two academic years. All Basic Science coursework is offered on the School of Medicine campus (located at Portsmouth, in the Commonwealth of Dominica) and must be satisfactorily completed there. The hours, credits, and credit limitations are strictly prescribed. Deviation from these standards may jeopardize a student's eligibility for licensure in the United States. Basic Science students taking 10 semester credit hours are considered full-time; students who are taking less than 12 semester credit hours (see *Remedial Semesters* under Promotions Policy) may not satisfy enrollment requirements of sponsoring organizations, outside health insurance plans, and other related services.

The Clinical Science curriculum consists of 90 weeks of clinical training. It begins with an introductory clinical segment of 12 weeks, the course "Advanced Introduction to Clinical Medicine"(AICM). This segment provides training in the basic clinical skills combined with an introduction to the pathophysiology of major disease processes, and is conducted in clinical facilities, in the U.S.

The remaining 78 weeks consist of 48 weeks of required ("core") clerkships and 30 weeks of elective clerkships as described in the *Catalog*. During this time, the student participates in patient care while rotating through various medical specialties in affiliated teaching hospitals and other approved health care facilities, in the United States. Clinical clerkships are performed under the guidance of clinical faculty, the Dean of Clinical Sciences and Student Affairs and the Executive Dean and under the general supervision of the School of Medicine's Dean of Clinical Sciences.

## *ACADEMIC STANDARDS*

### *PROMOTIONS COMMITTEE, PROMOTIONS*

All academic matters, including grading policies and academic standards, while students are pursuing the Basic Science portion of the curriculum (the first two academic years), are within the purview of the School's Promotions Committee. This committee acts within the framework of the policies set forth herein. It is a faculty committee, whose recommendations are transmitted to the Dean. The decision of the Dean is final.

## *STUDENT GRADING AND PROMOTIONS POLICIES*
### *GRADING POLICY FOR THE BASIC SCIENCE SEGMENT*

The aim of the policy is to establish a minimum acceptable performance that a student must achieve that does not depend on the performance of the entire class. A Minimum Passing Score (MPS) is established that must be achieved for a passing (C) grade. A well-established method (the "Hofstee" method) will be used to determine the MPS.

The Hofstee method utilizes the class performance but also sets a Minimum Passing Score (MPS) that is derived from the lower group of scores within a defined range. The range for the MPS to be used is between 55% and 65%. Therefore, students that enrolled after May 2004 scoring below 55% will have failing scores and those scoring above 65% will have passing scores. Students with scores between 55% and 65% have marginal performance that may result in course failure

depending on the performance among the lowest performing group of students (in the range of 55% and 65%).

Recorded grades will be on an A (80 and higher), B (70-80), C (MPS-69), F (below MPS).

The percentage contribution to the final course score from each of the interim (mini) exams and other course evaluations will be announced by each course in advance. The final course score will include the student's score on a NBME subject examination (taken at the end of the course). The final course score weight from the NBME subject exams will be announced by each course director in advance.

## *GRADES*
Grades are interpreted as follows:

| A | 80-100 | 4.00 |
|---|---|---|
| B | 70-80 | 3.00 |
| C | MPS-69 | 2.00 |
| F | Failing | 0.00 |
| W | Withdrawn Before Interim Exams | 0.00 |
| WP | Withdrawn Passing | 0.00 |
| WF | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |
| SP | Satisfactory Progress | 0.00 |
| UP | Unsatisfactory Progress | 0.00 |

**Withdrawal from a single course during a semester is not permitted.**

A student electing to withdraw from the School prior to the time of the first examinations will receive grades of **W** on his/her transcript. Those leaving after taking one or more interim examinations will receive **WP** (withdrawn passing) grades or **WF** (withdrawn failing), based on their performance in the examination(s) taken.

A student that is granted an emergency absence resulting in an Academic Leave of Absence prior to the time of the first exam will receive grades of **W**. Those leaving after taking one or more interim examinations will receive **WP** (withdrawn passing) grades or **WF** (withdrawn failing), based on their performance in the examination(s) taken.

An **I** (Incomplete) grade is entered when a student is advanced, pending completion of a requirement of a course, as defined by the course director. In this case, the outstanding requirement must be completed the following semester and the **I** will be changed into a grade. Failure to do so will result in a grade of **F** being entered to replace the **I**.

Students, who maintain grades of A in all courses in two successive semesters, will qualify for the *Dean's List*. They will remain on the *Dean's List* as long as they do not receive a grade below **B** in subsequent semesters. The *Dean's List* will be posted at the beginning of every semester, as soon the grades are available from the previous semester. This applies for semesters 2-4.

Students with a grade point average, during basic sciences of 4.0 are designated as *Distinguished Scholars*. The *Honor Roll* recognizes students who receive all A's in the first semester.

## *EXAMINATIONS*

### *BASIC SCIENCE SEGMENT*

Examinations are generally in the single-best answer or extended matching format. In certain courses, there are assignments and/or practical examinations that contribute to the course grade. All courses also have a number of mid-term exams that contribute to the course grade. All examinations in the Basic Science segment must be taken on the Portsmouth campus, except that clinical practical examinations may be given in the Princess Margaret Hospital (Ross facility).

Students are expected to be at their assigned seat five minutes prior to the beginning of an examination. Students that arrive to the examination room once the proctor has begun giving instructions will be denied entry and receive a mark of 0 in the examination. Mid-term examinations that are missed for a valid reason may be "made up" by weighting the other examinations in the course. In order to be excused the student must present valid documentation prior to the initiation of the examination. The determination of a valid reason shall be approved by the Executive Dean, or the Dean of Academic Administration and Student Affairs or their designee and must include appropriate documentation that would qualify the student for an emergency absence described below. An examination missed without approved documentation will be assigned a grade of zero.

A final examination, which is missed for any reason(s), cannot be "made-up". Any student who misses a final examination will have a grade of F reported to the Registrar for that course unless the student is on an approved emergency absence. In that case, the grade of I (Incomplete) will be recorded and the student must take that examination at the end of the following semester.

## *NBME COMPREHENSIVE BASIC SCIENCE EXAMINATION*

All students are required to take the NBME Comprehensive Basic Science Examination at the end of their fourth semester in Dominica. Students must obtain a passing score (as determined by the NBME) prior to being certified to take Step 1 of the USMLE. A student who fails to obtain a passing score on the NBME Comprehensive Basic Science Examination after their 4th semester in Dominica will be required to re-take it at the completion of their Advanced Introduction to Clinical Medicine (AICM) course in Miami, Florida. Obtaining a passing grade on the NBME Comprehensive Basic Sciences Examination is mandatory prior to certification for the USMLE Step 1. Students will be given three opportunities to obtain a passing grade on the NBME Comprehensive Basic Science Examination. Students who fail to obtain a passing score on the NBME Comprehensive Basic Science Examination within three attempts are subject to dismissal.

## *PROMOTIONS POLICIES*

### *BASIC SCIENCE SEGMENT*

As a result of the new integrated curriculum for 1st and 2nd semester and 3rd and 4th semester, it was necessary to adjust the promotion policies to reflect that at the completion of 1st and 3rd semester, the content of a given discipline has only been covered partially.

These new policies were implemented for the semester beginning in May 2005 and are as follows:

- Students passing a course will receive a temporary grade SP (Satisfactory Progress) that will convert to a final grade (A, B, C, F) at the completion of the 2nd and 4th semester

- Students failing one or two courses with a minimum of 50% raw score will be given the option to advance to semester 2 or semester 4 with a UP (Unsatisfactory Progress) or, repeat the semester on probation.

- At the completion of the 2nd and 4th semester, students with UP must reverse the UP to a passing grade.

- Students who receive less than a 50% raw score in one or two courses, such that the possibility of a passing score was near impossible will be allowed to repeat semester 1 or 3 on probation before being allowed to advance to semester 2 or 4.

- Students in semester 1, 2, 3 or 4 who achieve scores, lower than MPS in three or more courses will be recommended for dismissal. These students, if allowed to repeat, must repeat the semester on probation before being allowed to advance to the next semester.

- The Promotions Committee will review the final grades of students in the above categories, after the course directors have reviewed the grades, and make a recommendation to the Executive Dean as to whether these students can be promoted to the next semester.

- The grades in semesters 1 and 3 will represent 45% of the final grade and grades in semesters 2 and 4 will represent 55% of the total grade.

- Students must complete all Basic Medical Sciences in no more than 6 semesters. Thus, a student can only repeat two semesters of the Basic Sciences.

- At the completion of semester 2 and 4, students who fail one or two courses will have their grades reviewed by the Promotions Committee to determine if the student must repeat only semester 2 or 4, or repeat semesters 1 and 2 or 3 and 4.

- Students must pay tuition for all courses taken.

Students are subject to dismissal if they:

- Fail three or more courses in a semester. (This applies to all four semesters.)

- Fail any course in a Remedial Semester.

- Are, or will be, unable to complete the four-semester Basic Science segment in no more than six semesters (including regular and Remedial Semesters).

- Fail any course after they have previously completed two Remedial Semesters.

- Fail the Comprehensive NBME in three attempts

- Fail USMLE step2 in three attempts

- Fail to abide by university policies set forth

- Fail to pass the USMLE Step 1 in three attempts and within one year after they become eligible to take this exam.

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following pre-requisites:

- Successfully complete all the requirements of the Basic Science Coursework.

- Complete successfully the course "Advanced Introduction to Clinical Medicine" offered at the beginning of the Clinical Science segment.

- Pass the USMLE Step 1 (see below).

## CLINICAL SCIENCE SEGMENT

The Clinical Science Curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course. All students are required to take the USMLE Step 1 for the first time within 6 months of becoming eligible. Failure to do so will subject the student to be dismissed.

Following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled. (Aside from a private "Extra" loan for live board review course fees, students are ineligible for financial aid during this period.) Some students will use this time preparing for, taking, and passing USMLE Step 1. Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Students who have not received passing scores and have not started clinical clerkship within that period may still preserve their "in-school" student loan deferment status by applying for an academic leave of absence extending up to 180 days from the last day of the AICM. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. During the remainder of the Clinical Science curriculum, all students must take and pass all the required core and elective clinical clerkships. In addition to the 12 weeks of the AICM course, the School requires 48 weeks of core clerkships and 30 weeks of electives, for a total of 90 weeks of clinical training. These requirements are however, subject to change in the future, depending on regulatory and other academic requirements.

A final examination is given at the end of each clerkship. Students are also required to pass the USMLE Steps 1, 2 CK and Step 2 CS licensure examinations (see below).

- 9 -

- If a student fails a core clerkship, the student must repeat that same clerkship before being allowed to continue in the program.

- If a student fails an elective clerkship, that student must repeat successfully either the same elective, or another elective involving the same number of weeks as the failed elective.

- Students with a repeated failure in core subjects or in electives are subject to dismissal.

- Passing the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) examinations are required for graduation.

- Eligibility to take the USMLE Step 2 Clinical Knowledge (CK) requires completion of a minimum of 45 weeks of clinical training (including the 12-week AICM and the Internal Medicine core clerkship). This examination must be passed in no more than three attempts. A minimum of 36 weeks of core clerkships and be within 12 months of graduation is required before taking the USMLE Step 2 Clinical Skills (CS).

- The entire clinical segment, currently 90 weeks, must be successfully completed within 120 weeks of attendance.

## GOOD STANDING AND SATISFACTORY ACADEMIC PROGRESS

**Good Standing:** The University reserves the right to withhold services, transcripts and certifications from students who are not in good standing. Students maintain good standing by complying with all academic rules and regulations, and remaining current in all financial obligations.

**Satisfactory Academic Progress:** Satisfactory Academic Progress represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and determination of financial aid eligibility.

Students maintain **satisfactory academic progress** by meeting the requirements listed under "Promotions Policies."

- Completing the required courses of the Basic Science Curriculum of the first two academic years (four semesters) in no more than 6 semesters of attendance.

- Passing all coursework during probationary (remedial) semesters.

- Passing the NBME Comprehensive Basic Science Exam in no more than three attempts, taken within a year after completing the Basic Science segment.

- Taking the USMLE Step 1 within six months after becoming eligible.

- Passing the USMLE Step 1 in no more than three attempts, and within one year after becoming eligible.

- Completing the 90-week Clinical Science segment in no more than 120 weeks of attendance.

Case 1:07-cv-02433-CBA-RER   Document 36-7   Filed 06/13/2008   Page 12 of 31

- Completing the entire Doctor of Medicine Program in no more than 210 weeks (4 calendar years) of attendance. .

- Passing the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) in no more than three attempts.

Note: All of the above items refer to actual attendance in regular or Remedial Semesters, as well as actual weeks of attendance in the clinical training segment. They do not include periods when the student is on an academic leave of absence (ALOA) for preparation and time needed to schedule to take the two national examinations (USMLE Steps 1, 2CK & 2CS), the time of regularly scheduled breaks between semesters, or while pending assignment to a scheduled clinical clerkship. Also excluded are emergency ALOA's. (See section on *Emergency Leaves*.)

A semester during which an emergency leave of absence is taken, or in which the student withdraws prior to the end of Week 2 of the semester, will not be counted toward the limit for meeting the above requirements.

Students who do not meet the standards for *Satisfactory Academic Progress* are subject to dismissal. However, in the case of very unusual circumstances, the Promotions Committee may determine, on an individual basis, that a student may continue in the School for one semester (on probation).

## PROBATION

Students may be placed on academic probation for academic or behavioral "non-cognitive" issues.

"Academic Probation" is based on course work and professional behavior and recommended by the Promotions Committee to the Executive Dean.

Students are on academic probation while they are repeating basic science courses in Remedial Semesters or clinical training periods. Students on academic probation are also placed on financial aid probation for one semester. During this probationary semester, students may obtain financial aid. If they are not removed from probationary status the following semester, they will be ineligible to obtain any aid. Additional detailed information regarding financial aid eligibility is provided in the University publication, Ways & Means of Financial Aid.

This being a professional school, professional behavior is as important as is academic performance. Students may be placed on academic probation for "non-cognitive" or behavioral problems at the recommendation of the Grievance Committee or the Honor Council with concurrence of the Grievance Committee with the approval of the Executive Dean. This academic probation is based on a student's behavior violating one of the requirements in the Student Handbook. Students may be requested by the Grievance Committee to undergo a physical or psychological examination as well as other associated assessments.

## *ATTENDANCE*

In the Basic Science segment of the curriculum, students are expected to attend all scheduled classes, lectures, conferences, laboratory sessions/exercises, and examinations. Unexcused absences may adversely affect the final grade in a course. In order to successfully pass the Problem-based Learning (PBL) program a student must attend and participate in the required number of sessions. Failure to do so may result in failure in the course or courses involved in the PBL case. In some courses, especially those in which specific sequential skills are learned, if a student does not attend all sessions, arrangements must be made with the course director to make up the missed sessions. Failure to take an exam results in a grade of zero in that exam.

In the Clinical training period, students are required to be in attendance 100% of the time. Also, students must be in compliance with any specific rules and regulations mandated by the hospitals where they are completing their clerkships.

Any unauthorized absence or failure to report to a clinical clerkship will be grounds for dismissal. In addition, the student will receive a grade of F for that clerkship.

Ross University School of Medicine is non-sectarian, and as such does not close for the religious holidays of any specific denomination or group. Students who miss classes or laboratories for any reason will be responsible for the content of all missed course work. Examinations that are scheduled to occur on religious holidays will not be rescheduled and no accommodation will be made.

## *LICENSURE TO PRACTICE MEDICINE IN THE U.S.*

In order to be licensed and practice medicine in the United States, the Educational Commission for Foreign Medical Graduates (ECFMG) requires students to take and pass the United States Medical Licensing Examinations (USMLE) Step 1, Step 2CK and Step 2CS (See www.ecfmg.org.)

Ross University School of Medicine students and graduates are eligible to sit for these exams. The USMLE has three Steps, the first two of which are taken by students while in medical school. Passing Steps 1, 2CK (Step 2 Clinical Knowledge) and 2CS (Step 2 Clinical Skills) of the USMLE, is required for graduation.

Students must have their applications for these exams certified by the University Registrar's Office in New Jersey, before the exams are taken. See section below on "Certification For The USMLE Examinations."

Step 3 of the USMLE, the final step for licensing, is taken after graduation, during, or at the conclusion of residency training.

Information regarding the examinations may be obtained from the **Educational Commission for Foreign Medical Graduates (ECFMG), 3624 Market Street, Philadelphia, Pennsylvania 19104-2685. Telephone: (215) 386-5900; Fax: (215) 387-9196; Website: www.ecfmg.org**

Certification by the ECFMG is required for entrance to residency training and licensure.

## POLICY REGARDING UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE), STEPS 1 & 2

The University has adopted the following policy regarding the United States Medical Licensing Examination:

### THE USMLE STEP 1

The School of Medicine uses the USMLE Step 1 as one criteria of a student's overall knowledge necessary for entering into clinical clerkships.

Students become eligible to take the USMLE Step 1 when they have passed all courses in the Basic Science Curriculum, successfully completed the Advanced Integration to Clinical Medicine clerkship, and, have passed the NBME Comprehensive Basic Sciences Exam.

Students are required to sit for the USMLE Step 1 examination for the first time within 6 months after becoming eligible. Failing to do so will result in the student's administrative withdrawal from the school of medicine. Additionally, students cannot sit for the exam while on an approved Leave of Absence.

**Students are required to take and pass the USMLE Step 1 in no more than three attempts, and within one calendar year of becoming eligible.**

Students who do not pass the USMLE Step 1 in three attempts within a year after becoming eligible are dismissed from the School of Medicine. Such students may apply for readmission. If granted such readmission, additional preparation courses taken in Dominica may be recommended.

Those who receive very low scores on the USMLE in the first or second attempts may be required to repeat certain parts of the curriculum before they can be certified for another attempt. This will also depend on the time that has elapsed since they became eligible. These students are **not** eligible for financial aid.

**Passing Step 1 is _required_ by the University to proceed to the core clinical clerkships of the curriculum.**

### THE USMLE STEP 2 CLINICAL KNOWLEDGE (Step 2 CK)

The USMLE Step 2 CK assesses whether the student is able to apply the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. Step 2 CK of the USMLE is taken in the clerkship years, after completion of the required clinical training. Passing Steps 1 and 2 CK and CS (Clinical Skills) of the USMLE are requirements for graduation and acceptance into residency training.

Students are eligible to be certified to take the USMLE Step 2 CK provided that the student has completed a minimum of 45 weeks of clinical training, which must include the Internal Medicine core clerkship and is within 12 months of graduation.

**Students must pass Step 2 CK in a maximum of three attempts, and within two calendar years of becoming eligible, in order to receive the Doctor of Medicine degree from Ross University School of Medicine.**

Students requesting a LOA to prepare for Step 2 CK will be allowed a period of time not to exceed 6 (six) weeks.

## *THE USMLE STEP 2 CLINICAL SKILLS (Step 2 CS)*

The Step 2 CS is taken during the final year of medical studies. The Step 2 CS assesses whether an examinee can obtain a relevant medical history, perform a physical examination of a patient, and compose a written record of the experience. It includes an evaluation of the examinee's ability to communicate effectively in the English language

To be certified to take the Step 2 CS, students must have completed 32 weeks of core clinical clerkships, which must include Internal Medicine, and must be scheduled for at least 36 weeks of core clerkships and be within 12 months of graduation.

## *CERTIFICATION FOR THE USMLE*

Applications for the USMLE Steps 1 and 2 CK and CS, are available online from www.ecfmg.org.

To be certified, a student must be in *good standing* and must have met all of his/her financial obligations to the University. All students requesting re-certification, in order to take this examination a second or third time, must submit to the University Registrar's Office a copy (both sides) of the USMLE score report for the previously taken examination. Students should normally re-take these examinations as soon as they are again eligible. However, the Dean of Clinical Sciences will, upon receiving documentation of a failing score on either Step 1, Step 2 CK or CS, review the student's performance to determine whether there is a need for remedial work before the student re-takes the examination.

Students who pass the USMLE Step 1 and are requesting placement in clinical clerkships must also submit a copy of the score report, along with the performance profile to the University Registrar's Office. Verbal statements or incomplete reports are not acceptable.

Students who are administratively withdrawn, and have not passed the USMLE on their first or second attempts, may request to be sponsored to take or re-take the USMLE through the University through a process of reapplication made through the University Admissions Office. Such requests for sponsorship will be reviewed individually, and may include certain conditions for approval.

Sponsorship for taking or re-taking the USMLE, within a specified period of time, will be provided to those who meet certain criteria (see below). Students will not be reinstated into active status until they pass the USMLE and begin their clinical clerkships.

Evaluations for sponsorship will include, but are not limited to:

a) The time that has elapsed between when they are eligible and when the USMLE is taken for the first time;

b) The USMLE scores received in prior attempts; and

c) Related items dealing with the student's activities during the interim period.

## PROFESSIONAL CONDUCT, ETHICS

Ross University School of Medicine expects its students to adhere to the highest standards of ethical and professional behavior in every aspect of their lives, as expected of medical professionals. Students shall conduct all aspects of their lives with honesty, integrity, and respect for others. Failure to do so may result in disciplinary action, including dismissal from the School.

Cheating (whether on examinations or with laboratory data), stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

A student found cheating on an examination receives a grade of zero for that examination, and is subject to dismissal from the School.

All students must bring the official RUSM identification card to all exams. If a student suspects a fellow student of cheating during an exam, the student should discreetly alert an exam proctor. No bags or books may be brought into the examination room. Final and make-up examinations must be returned and they may not be removed from the examination room. If a student is ill and unable to attend the exam, he/she must produce a doctor's letter and inform the course director or the administration at the earliest opportunity.

Medical students shall demonstrate professional behavior that would be expected of a physician, including, but not limited to:

(a) Being truthful in carrying out educational and clinical responsibilities, never falsifying information or purposefully misrepresenting a situation;

(b) Being punctual, reliable, and conscientious, in fulfilling professional duties;

(c) Maintaining confidentiality of information concerning patients, and refraining from discussing cases, except under appropriate circumstances;

(d) Not participating in patient care under circumstances in which they are under the influence of any substance, or other condition, which might impair their ability to function;

(e) Maintaining professional hygiene, demeanor, and appearance when in a patient care setting;

(f) Accepting the responsibility to review plans or directives for patient care with the attending physician if the student, after careful consideration, believes that these plans or directives are not in the best interest of the patient;

(g) Clearly identifying him/herself as a medical student in patient care settings, and respecting civil laws, hospital rules, and University rules governing the conduct of students;

(h) when students are on campus or participating in RUSM activities they must at all times display their Ross University I.D. cards;

(i) Not be in possession of alcoholic beverages, knives, switchblades, firearms or illicit drugs when on University grounds or involved in RUSM sponsored activities;

(j) Showing compassion and respect for themselves, their colleagues, faculty, and patients who participate in their education.

## *SEXUAL HARASSMENT*

Sexual harassment undermines the character and purpose of the University. Sexual harassment includes unwelcomed sexual advances, verbal or physical conduct of a sexual nature and inappropriate sexualization of the working environment with words, materials or behavior. It may involve women being harassed by men, men being harassed by women or harassment between persons of the same sex. Sexual harassment is subject to disciplinary action within the University community. Charges of sexual harassment can be filed by following the University's established grievance procedures for students, faculty, and staff.

## *PROBLEMS, GRIEVANCES*

Assistance with a variety of concerns and problems is available to students on the campus in Dominica. Students are free to discuss academic problems with their professors, faculty advisors, course director, department heads, and the assistant/associate deans of Student Affairs. All professors publish times when they are available in their respective offices.

Counseling service is available for students experiencing academic or personal difficulties. The School's Behavioral Science Department operates this service. Representatives of most major religions are also available in Dominica.

All students and faculty members have the right to present grievances to the *Grievance Committee.*

The Grievance Committee consists of faculty and student representatives. It can also advise students and make recommendations to the administration. The Grievance Committee is the investigative and judicial arm of the Dean's Office, and its authority is derived from that office. The Grievance Committee has authority over all matters referred by the Executive Dean, the Dean of Academic Administration and Student Affairs, the Associate Dean of Student Affairs, the Student Government Association, and any individual student or faculty member, including, but not limited to, violations of the professional conduct standards. All decisions and reports go to the Executive Dean and the Dean of Academic Administration and Student Affairs for review, and by copy to the initiating source. The final decision is that of the Executive Dean will be copied to the President.

Any non-academic recommendation made by the Grievance Committee, and executed by the Dean to suspend or terminate a student from Ross University School of Medicine may be appealed to the Office of the President. The President and at least one other member of the administration, appointed by the President, hear the appeal of the Dean's decision. The student can be represented by counsel, and has the right to present witnesses and documentary evidence. The student can choose to present his/her appeal in writing, by telephone, or through an in-person hearing. A student who wishes to appeal a determination of the Grievance Committee must give written notice of intent to appeal to the Office of the President within ten days of receiving the Dean's decision, based upon the report from the Grievance Committee.

# REGISTRATION AND OTHER REGISTRAR SERVICES

## INITIAL REGISTRATION OF INCOMING STUDENTS

Students enrolled in the Basic Science courses must register in person each semester before classes begin, and must present their passports on campus at that time, in order to receive their official RUSM identification. Students registering late without satisfactory documentation are charged a late registration fee of US$100 daily. (This fee is not retained by the University but credited to the Student Government Fund). No unregistered student will be admitted to classes. Registration for Basic Science courses is conducted on the campus in Dominica. The official Registrar's records, however, are maintained in the University's central offices in New Jersey.

Any specified documentation upon which the student's admission is contingent must be submitted to the University Registrar by the end of that semester. If essential documentation remains missing, the student will not be permitted to attend the subsequent semester, and will be administratively withdrawn.

MCAT scores are required as part of the Admission requirements and will be used in conjunction with other information required for admission to RUSM.

Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person registration occurs. At that point, only students with approved financial aid and/or those sponsored by a Ross recognized third-party payer will be allowed to register unless approval is granted by the University Bursar.

- 17 -

In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment as indicated on the terms and conditions of the promissory note. Furthermore, the student will not receive any credit for that semester.

## REGISTRATION OF CONTINUING STUDENTS

Continuing students in the Basic Sciences **must register in person on campus at the beginning of** each semester and must present at that time the official RUSM identification card, to ensure proper identification. There is a charge of US$25 to replace a lost ID card.

Students who are unavoidably late returning from break must:

1. Notify the Dean of Academic Administration and Student Affairs and the Campus Registrar in writing **before the registration date and, upon their return, present valid** documentation that is satisfactory to the Dean of Academic Administration and Student Affairs. Fax communication is acceptable. Faxes may be sent to 1-767-445-3276.

2. Students registering late without satisfactory documentation are charged **a late registration fee of US$100 daily.** (This fee is not retained by the University but credited to the Student Government Fund.)

3. Students arriving on campus after the end of the registration period established for each semester will not be permitted to register for that semester. Any financial aid disbursements received by the University will be returned to the lender.

Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person registration occurs. At that point, only students with approved financial aid and/or those sponsored by a Ross recognized third-party payer will be allowed to register unless approval is granted by the University Bursar.

In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment as indicated on the terms and conditions of the promissory note. Furthermore, the student will not receive any credit for that semester.

## REGISTRATION – CLINICAL SCIENCE SEGMENT

Students in the clinical phase of the curriculum register through the Office of the Dean of Clinical Sciences in New Jersey. This includes the introductory clinical semester.

Once students have successfully completed the AICM course, have passed the USMLE Step 1, have submitted documentation of their scores to the University Registrar (copies of both sides of the USMLE report), and have received financial clearance from the University Bursar, they will be assigned to clinical clerkships by the Office of the Dean of Clinical Sciences

The University has a responsibility to place students in their individual clinical clerkships. Solely the Office of the Dean of Clinical Sciences makes this determination. All students are required to report to the clerkships to which they are assigned.

In general, clerkship programs will be taken according to a pre-arranged schedule. Students will be notified of their entry into a given program via written confirmation from the Office of the Dean of Clinical Sciences.

Students in the Clinical Science curriculum register for an academic year (two semesters, each encompassing 15 weeks of clerkships.) Clerkship schedules will be issued to students in blocks of at least 30 weeks of clerkship assignments. Students who decline their clerkship schedule must sit out for a semester (4 months) before reassignment will be provided. Failure to attend a scheduled clinical clerkship is grounds for dismissal from the School and an F will be posted on the transcript for that clerkship.

Students performing clerkships are considered enrolled full-time, provided they are scheduled for a minimum of 12 weeks. The calendar period in which fifteen weeks of clerkships are completed defines the semester for that student.

Students who are about to begin or are continuing in the clerkship program should consult the Clinical Clerkship Program Guidelines published by the Office of the Dean of Clinical Sciences for more detailed information.

## TRANSCRIPT REQUESTS

Official transcripts are requested from and provided by the University Registrar in New Jersey. Students may obtain a transcript request form from the Campus Registrar or online at www.rossmed.edu. The Campus Registrar will forward requests to the New Jersey office. Requests cannot be taken over the telephone or via e-mail. Students in the Basic Science segment will receive a grade report when received in Dominica. Transcripts are not released until all financial obligations to the University have been met and any missing administrative documents have been received.

## STUDENT LOAN DEFERMENT PROCESS

If you have previously attended another school and received financial aid in the form of student loans, and wish to defer repayment of your student loans using a form from your lender, please see the Campus Registrar for instructions. Loans cannot be deferred during curriculum gap periods of 30 days or longer.

## TUITION DURING REMEDIAL SEMESTERS

Full tuition is charged for students registered full-time (12 or more credits). Prorated tuition is charged during Remedial Semesters for students who are remediating less than 12 credit hours of coursework.

- 19 -

Any reduction in course load will impact the total financial aid that the student receives, based on government regulations and financial aid policies.

## TUITION REFUND POLICY FOR WITHDRAWALS

A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, even temporarily interrupted (see Note below). A withdrawal may be official (when the student notifies the Dean of Academic Administration and Student Affairs in writing) or unofficial (without written notification). The effective date of withdrawal is normally the student's last date of attendance.

If a student withdraws, Ross University's handling of tuition corresponds with Federal loan entitlement regulations, which are based on the period attended:

- If a new student withdraws prior to the start of the first semester, no tuition charges are due; however, acceptance deposits are forfeited.

- If a continuing student withdraws prior to the start of a semester, no tuition charges are due.

- If a student withdraws during the first 60% of a semester, tuition charges are directly prorated based on the portion of the semester that has elapsed. (As semesters are normally 15 weeks in length, tuition is prorated for withdrawals during weeks 1 through 9.)

- If a student withdraws after the first 60% (i.e., after completing the 9th week) of a semester, the full tuition charges remain due.

For withdrawal during the first 60% of a semester, as per Federal regulations, student loan entitlement is recalculated, and Ross University and the student are each proportionally responsible for returning "unearned" financial aid to the relevant lender(s). In addition to the lender returns required by Federal regulations, Ross University returns any remaining credit balance to lenders, which decreases the student's loan debt for that semester.

Note: Although a leave of absence may be authorized in limited circumstances, failure to return to school from a leave of absence is considered a withdrawal as of the last date of attendance. Please note that a leave of absence and an academic leave of absence are two different statuses. (For an explanation of an academic leave of absence, refer to the section on academic policies.) Additionally, under federal regulations, a leave of absence must be requested and approved in advance, may not exceed 180 days, and may not be granted within 12 months of a previous leave of absence. An interruption of enrollment status that does not qualify as a leave of absence is considered a withdrawal as of the last date of attendance.

See section above regarding policy on enrollment status for taking the USMLE. (Pages 13-15)

# EMERGENCY ABSENCES, VACATION & ACADEMIC LEAVES OF ABSENCE

The School of Medicine curriculum is designed to be a series of integrated, consecutively scheduled learning experiences. Interruptions of the educational program are academically undesirable and are of concern to medical licensure boards; they also can affect financial aid eligibility and loan repayment status. Emergency absences are granted only under extraordinary and well-documented circumstances.

Students are advised to consult with the Dean of Academic Administration and Student Affairs or the Dean of Clinical Sciences, as appropriate, to discuss their plans for any interruption of their studies and its academic impact. Those receiving student loans must also contact the Financial Aid Office; additional information is provided in the University publication *Ways & Means of Financial Aid*.

During the clinical semesters students must also abide by the policies and procedures of the institutions they are attending. Short breaks due to scheduling constraints may occur between clinical clerkships. Such breaks, if not exceeding four weeks have no impact on the student's enrollment status. (Consult the Financial Aid Office publication, *Ways & Means of Financial Aid*, for information about loan disbursements in the event of longer gaps.)

## EMERGENCY ABSENCES

Students may have unavoidable, non-academic reasons for interrupting their enrollment during a semester. With the approval of the Dean of Academic Administration and Student Affairs or her/his designee, a student may be temporarily excused from classes during a semester due to documented emergency circumstances, such as severe illness or major injury to the student himself, or a similar emergency or death in the student's immediate family. Such a brief absence, wherein a student intends to (and can) return within two weeks to complete all coursework for that semester, constitutes an emergency absence and has no effect on the student's enrollment status. Documentation of the emergency is required.

A student who finds it impossible to return from an emergency absence within two weeks may request an academic leave of absence (see ALOA below) extending for the remainder of the semester. Failure to request an ALOA will result in administrative withdrawal (see below) and the student must apply for readmission.

The interrupted semester will not be counted when determining time limits for satisfactory academic progress. In the case of an ALOA following an emergency absence, students will not be charged tuition twice for the same semester.

## ACADEMIC LEAVE OF ABSENCE (ALOA)

The Basic Science segment is scheduled in three semesters per calendar year with short breaks between semesters. A student who needs a longer break between semesters for personal reasons may request an academic leave of absence (ALOA) as outlined below. As a general policy an ALOA will be granted for only one semester, and the student must return in the following semester.

- 21 -

Pg. 23 of 31

- An ALOA must be requested in writing on the standard form, stating specific reasons and return date, and must be approved by the Dean of Academic Administration and Student Affairs or her/his designee, or the Dean of Clinical Sciences and the University Registrar. The ALOA may only be requested following the end of the semester and the last day of registration of the ALOA semester. An ALOA is not valid until it is fully processed **and** **recorded** by the University Registrar, and the student has received a confirmation copy. Submission of forms to the University Registrar and confirmations may be conducted by fax. Faxes may be sent to 1-732-978-5306

- During the Basic Science phase, an ALOA can begin only after the completion of a semester, and the student must return at the beginning of the next semester following the completion of the student's ALOA. The ALOA may be renewed, prior to expiration, for an additional semester, based on the circumstances of the request. However, once the ALOA has extended beyond 180 days, you will be reported as withdrawn effective the last day of class attendance.

- During the Clinical Science phase, an ALOA can be taken only at the end of a clinical segment or clerkship, and the student must return to resume clinical clerkships at the time specified.

- During the Clinical Science phase, requirements for an ALOA to prepare for Step 2 will be granted for a period of time not to exceed 6 weeks.

A student who does not return from an ALOA at the specified time will be administratively withdrawn, effective the last day of class attendance. (Note the effect of this on financial aid obligations; see *Ways & Means of Financial Aid.*)

All **students returning from an authorized absence (emergency or ALOA)** must report to the Campus Registrar or Dean of Clinical Sciences and must pursue the curriculum then in effect. They are subject to all policies that are in force at that time and must pay the current tuition and fees. Similarly, students who defer their enrollment or are readmitted or reinstated to the School after any period of absence are also subject to all policies, tuition and fees then in effect.

## *UNAUTHORIZED LEAVES*

Except for approved emergency absences outlined above, students who leave during a semester or a scheduled clinical clerkship will be administratively withdrawn (see below).

Students wishing to return to the School after an unauthorized leave must apply for readmission. The past performance of these students will be reviewed by the Promotion Committee to determine whether they can be readmitted and, if so, under what conditions, including on academic probation.

## *WITHDRAWALS*

Students who have been withdrawn (by student request or administrative action) must apply for readmission if they wish to return to the School and are subject to the Tuition Polices for

Withdrawals. Such readmission must be reviewed by the Promotions Committee and is not guaranteed. They will be subject to all academic policies and tuition and fees then in effect, without any "grandfathering" provisions based on their original admission.

## *STUDENT WITHDRAWALS*

Students may not withdraw from a single course during a semester; they must withdraw completely from the School. Basic Science students may begin the withdrawal process by obtaining a withdrawal form from the Campus Registrar's Office in Dominica, and appropriate clearances from the Library, Financial Aid Office, and the Dean of Academic Administration and Student Affairs. Such students will receive **W**, **WP**, or **WF** on their transcripts depending on whether they were passing or failing a course at the time of their withdrawal, as specified under the *Student Grading and Promotions Policies* section of this Handbook.

Refunds, if required, will be determined by the last day of attendance in an academically related activity.

Those who received **WF** in any of their courses at the time of withdrawal will be reviewed by the Promotions Committee to determine whether they are eligible for readmission.

Students who were failing one or more courses at the time of withdrawal will be on academic probation if they are readmitted.

These students will also be on financial aid probation, and will not receive funds to continue if they are still on academic probation in the succeeding semester.

## *ADMINISTRATIVE WITHDRAWALS*

The University Registrar enters an administrative withdrawal in the student's record when any of the following apply. The student:

- Does not return to the campus to register for the following semester and attend classes in Week One of a semester.

- Does not return at the time specified for the end of an approved leave.

- Is not scheduled for a clinical rotation for a period of 30 days or more and has not applied for and received an approved academic leave of absence.

All students who are administratively withdrawn will be reported as withdrawn **effective as of the last day they attended classes.** The date of withdrawal will be reported to the U.S. Department of Education, if these students had Stafford loans.

## *DEFERRALS*

Prior to the start of classes, students admitted to a specific semester may request to defer their admission to a subsequent semester. This is limited to no more than the next two semesters.

Those who do not begin enrollment during that period are considered to have deactivated their applications and must re-apply for admission. Applications for deferrals must be made to the New Jersey Admissions Office. Students deferring to a future semester must meet all the requirements in effect for that semester.

Entering students who, following their initial registration, wish to defer their enrollment to the following semester may do so through the Dean's Office in Dominica, only during Week One of the semester.

Students who are admitted for a given semester, do not come to the Campus to register for that semester, and do not request a deferral, are considered to have deactivated their applications and must re-apply for admission.

## DISCIPLINARY ACTIONS

RUSM may implement a variety of disciplinary actions for non-academic infractions such as, but not limited to theft, vandalism, assault, drug use, animal neglect, or any blatant disregard for school policies, faculty or administrative authority, or professional ethics. These actions are verbal reprimand, letter of reprimand, restitution, suspension, and dismissal.

## SUSPENSION

Students may be suspended for a period, during which a student will not be allowed to enroll in classes and may have special requirements to complete prior to returning to his/her academic program. The Dean approves all suspensions.

Suspension during an academic semester does not warrant reduction of tuition and fee charges.

## DISMISSAL

Students may be dismissed from the School for poor academic performance, for violation of the Honor Code, and/or for disruptive or unprofessional behavior. As a general School policy, students who are dismissed will not be considered for readmission.

A process for appeal is available to dismissed students.

Suspension during an academic semester does not warrant reduction of tuition and fee charges.

## STUDENT HONOR CODE

*The student body has developed an Honor Code, with which all students must comply.* The Honor Code is attached hereto and incorporated herein.

Each student is bound by its provisions and required to sign a written acknowledgement of receipt. Documented failure to do so will result in disciplinary action, including dismissal from the School.

Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.

## STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

Ross University has developed a *Student Policy on Alcohol and Other Drugs*, with which all students must comply. It attached hereto and incorporated herein.

## STUDENT PRIVACY RIGHTS

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility. Upon request, the University may disclose education records without consent to officials of another school in which a student seeks or intends to enroll.

The University may disclose directory information upon request. Directory information includes:

Name, address, telephone listing
Dates of attendance, degrees and awards
Field of study
Most recent previous school attended
Photographs
Date and place of birth
E-mail address

(4) The right to file a complaint with the U.S. Department of Education concerning alleged failures by the University to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-4605.

## THE ANNE ROSS LIBRARY AND RELATED MATTERS

The Anne Ross Library and Learning Resource Center (LRC) strives to be the intellectual center of the Ross University School of Medicine, and provides services, resources, equipment and facilities needed to enhance self-directed learning, support evidence-based medicine, and help students succeed academically.

Students are expected to purchase required textbooks for each course. The Library houses a full range of biomedical books, journals, study aids, audiovisual programs, and computer-assisted instructional materials that supplement the required readings.

Students are required to display their Ross University student identification card to gain entry to the library. The identification card is also required for all Library transactions and services including borrowing books, making photocopies, using multimedia resources and accessing the Internet. The Library is intended for University students, faculty and staff, only. Children are not permitted in the Anne Ross Library & LRC.

During the semester, the Library is open 17 hours per day (7:00 a.m. to midnight) seven days per week. Five days prior to the Mini examinations, and 10 days prior to the final examinations, the Library will be open until 2 AM. There are other facilities on campus that are open 24 hours per day for students who wish to study at odd hours. It is not recommended that students stay up all night to study before exams. There are limited operating hours during breaks and holidays and generally the library will be closed during the weekend following the administration of the Comprehensive Basic Science Examination.

Students are expected to return Library materials on time. Overdue fines are assessed to ensure prompt return of high-use items, and any money collected is donated to the Student Government

Association. Failure to pay fines or return books will affect a student's ability to borrow other materials and may affect the release of final grades.

Eating, drinking or smoking is not permitted in the Library.

Stealing or damaging Library materials, equipment or furniture is a serious offense. Students caught vandalizing, mutilating or stealing Library materials, equipment or furniture, or physically threatening staff members will be suspended immediately pending a hearing that may result in expulsion from the University.

Students are expected to take their notes, books or personal items with them when they leave the Library. At closing time each day, the study tables and carrels will be cleared of all materials.

Students who consistently ignore basic rules of the Library will be identified and warned by the Library staff that will submit a written report to the Executive Dean. The Dean will refer the issue to the Grievance Committee for further action. Students that receive more than three (3) warnings for inappropriate behavior in the Library are subject to disciplinary action including but not limited to being denied access to the library for the rest of the current semester and/or a subsequent semester.

Students are encouraged to make suggestions and express their ideas about Library services, resources and facilities to the Library Director.

## *MONETARY INSTRUMENTS (STUDENT REFUND CHECKS)*

Please note that the United States Department of Customs and Border Patrol have specific rules regarding the transportation of monetary instruments (refund checks, cash, etc...) into and out of the United States.

For more information, please visit the United States Department of Customs and Border Patrol at www.cbp.gov and perform a search for currency reporting.

## *BANKING IN DOMINICA*

Banking can be conducted at two locations in Portsmouth, Barclay's Bank and National Commercial Bank, or at the Scotia Bank in Roseau, as well as at an automatic teller machine (ATM) on campus. Funds are disbursed in EC$ from the ATM. To use the ATM, students must have an account at National Commercial Bank, to which funds may be transferred through one of the following American banks: Bank of New York, Bank of America, or Nations Bank.

Ross University checks can be cashed immediately at the Scotia Bank and certain other banks. Financial aid checks can also be cashed immediately in part or entirely at certain of the banks. Endorsements by two authorized signatories at the rank of Dean, Vice Dean, or Associate Dean, are required in order to cash checks at Barclay's Bank. However, National Commercial Bank requires only one signature. Ross University checks drawn on Chase Manhattan Bank do not require a Dean's signature to be cashed at the National Commercial Bank.

Students are strongly encouraged to establish banking in the US and Dominica with the appropriate procedures to be able to have electronic transfer of funds to their Dominica account

All banks impose a 30-working day (at least) delay before honoring US$ personal checks drawn outside Dominica. Banks will cash personal checks in U.S. dollars, without the delay, if they are signed by the Deans as listed above. The most reliable way for students to get money quickly in Dominica is to have an ATM card that will work at Royal Bank of Canada and at Barclay's, or to arrange for the money to be wire transferred. Wire-transferred funds are almost immediately negotiable. Another way of transferring funds is via international money orders. Traveler's checks are usually accepted.

VISA, MasterCard, and American Express credit cards can be used to obtain money in EC currency at the Dominican banks.

## ADDITIONAL MATTERS OF FINANCE

Occasionally, while studying in Dominica, students waiting for loan checks may find themselves in financial difficulties. In these circumstances, the Dean of Academic Administration and Student Affairs or her/his designee can authorize a temporary loan of EC$100.00 per week from local funds for living expenses.

Queries regarding financial aid in general, or about an individual student's loan status, should be channeled through the financial aid representative on campus.

## HOUSING IN DOMINICA

There is a reasonable stock of housing and hotels in Portsmouth and this stock is continually improving. The University has a housing officer who is available to assist students in securing appropriate accommodations. Students are urged to follow the recommendations of the housing officer on such matters as written inventories of furnishings, and clear statements on responsibility for property taxes, water, phone, and electricity bills before committing to a rental. Generally, these utilities are more expensive than in the U.S., especially international phone calls. Students sharing flats should also make a written agreement as to individual responsibilities.

## VISAS

The government of Dominica requires that all adults entering the country for more than three weeks must have submitted visa applications prior to arrival. Students must remember that they are guests in Dominica, and must observe all immigration rules and local laws. All students are required to possess a return ticket to their normal country of residence and have a valid visa in their passport. If in doubt, students should check with the campus office that handles immigration issues.

Non-resident, non-U.S. citizens may require a visa to enter the U.S. for the Clinical Science segment.

## SECURITY

The University employs all possible means to promote the security of its students, maintaining a security force on the campus whose duty it is to preserve order and the safety of the students and

- 28 -

the campus. This security force functions under policies and procedures established by the administration, as well as in response to directives from the administration that may be issued and publicized from time to time. All on- and off-campus incidents must be reported to the security force.

In accordance with U.S. Department of Education requirements, information about security and safety practices, as well as campus crime statistics are published annually. This information is distributed to current students and may be obtained, upon request, by any prospective student.

RUSM in Dominica employs a cadre of security officers to provide 24-hour security to the University, its students, and staff, at the Portsmouth Campus. All security officers have received in-house training, supplemented by formal training at the Dominica Police Training School. Thus, they are capable of providing a high level of professional service.

By and large, most student security problems occur outside the Campus compound, which is generally considered relatively safe. However, while the Island has a relatively low crime rate, students and visitors should still take the same precautions that they would take in major cities in the United States.

Security is also provided for the Ross University Clinical Facility at the Princess Margaret Hospital in Roseau, which is used by students during their clinical assignments and clinical clerkships.

## STUDENT GOVERNMENT

The student body elects class representatives, committee members, and officers for the Student Government Association (SGA) each semester. The SGA is active in coordinating athletic events, supervising the weight room, sponsoring and arranging the social activities on campus, and bringing student problems to the attention of the administration. To be qualified to run for office and to serve as an officer, class representative or on a committee, a student must be a full-time student and be in good academic standing as defined in this *Handbook*. Students who are officers in the SGA are considered leaders and role models for the student body. As such, they will be required to maintain a cumulative grade point average (GPA) above 2.6 prior to election. Those who do not meet this criterion will be asked to resign and another will be appointed or elected to serve.

The Associate Dean Student Affairs and the Director of Campus Life supervise the running of the SGA.

Students are required to pay an SGA fee, which is collected with other student fees. In addition, all late registration fees and library fines go entirely to the SGA.

## AMERICAN MEDICAL STUDENTS ASSOCIATION

The American Medical Students Association has a chapter at Ross University. The dues of this organization are voluntary. AMSA works with the faculty to select outside speakers for the Research Day held each semester, provides public service opportunities such as health screening activities for the general public, assists in providing health related services for students, and

- 29 -

provides access to the programs of the National Body of AMSA in legislative and other governmental areas.

## STUDENTS WITH DISABILITIES

In 1990, Congress passed the Americans with Disabilities Act (ADA) that reinforced and extended the nondiscrimination concepts of Section 504. Section 504 contains a nondiscrimination provision which provides that a qualified individual with a disability can not be denied participation in a program receiving Federal financial assistance solely on the basis of a disability. Students with a disability defined within the ADA may request an accommodation. The process to do so is as follows;

1.  The student must submit to the school appropriate documentation (in compliance with ADA) prior to commencing classes each semester. These are to be submitted to the Director of the Exam Center.

2.  All requests will be reviewed via external assessment by a licensed professional who will report his/her opinion to the RUSM Examination Committee that will make a final determination as to the type of accommodation that will be granted.

3.  When an accommodation is granted, it is done so for a single semester. Students with ongoing needs must resubmit their request each semester.

4.  If the documentation exceeds its time limitation, in accordance with the ADA, it is the students responsibility to resubmit to the school updated documents.

## WHEN YOU LEAVE DOMINICA

Please note that students are responsible for all debts in Dominica, whether to the phone company, landlord, Dean's account, or the SGA. While debts to the University remain outstanding, the student may not be allowed to proceed with clinical clerkships or obtain any transcripts from the New Jersey Office. Students must pay all their debts before they leave Dominica. The Dominican laws on debt are strict, and it has happened that students have found themselves in jail for debt.

Each student must find two faculty members to write letters of recommendation. These letters are kept on file for the Dean of Clinical Sciences to use when introducing you to your clinical assignment. These letters are references, not testimonials, and are, therefore, confidential; students may not have copies. It is advisable to check with the Registrar to confirm that your letters are on file.

## INTERPRETATION AND MODIFICATION OF THE STUDENT HANDBOOK

The final arbiter of the interpretation of any regulation in this *Handbook* is the Executive Dean or the President, as appropriate. The University reserves the right to modify, or make changes to any rule or regulation in this handbook. Any change pertaining to the Basic Science campus or changes communicated to enrolled clinical students by the Clinical Science Dean become effective on the first day of the semester, unless otherwise noted in the announcement of the change.

It is the student's responsibility to be aware of all regulation in this handbook and any changes or modifications to these regulations.



ROSS UNIVERSITY
SCHOOL OF MEDICINE
ACADEMIC CATALOG
2009-2010



ROSS
UNIVERSITY
EST. 1978

# CONTACT INFORMATION

**Administrative Offices:**
630 US Highway 1
North Brunswick, NJ 08902
Toll-free telephone: 1-877-ROSS-EDU (877-7677-7338)
Telephone: 732-509-4600
www.RossU.edu

**Address applications to:**
Ross University
Office of Admissions
630 US Highway 1
North Brunswick, NJ 08902-3311
Fax: 732-509-4803
Email: AdmissionS@RossU.edu

Disclaimer:
All information in this catalog, including statements regarding tuition and fees, curriculum, course offerings, admissions, and graduation requirements, is subject to change at any time and is applicable to all enrolled students unless otherwise stated. The online version of this catalog, found at www.RossU.edu, is the most current and accurate representation of Ross University School of Medicine's academic catalog. It is updated frequently to give you the most current catalog information.

Date of issue: September 1, 2009

Ross University admits students without regard to race, color, national origin, gender, religion, disability, or age to all rights, privileges, programs, and activities generally made available to students at the University. It does not discriminate on the basis of race, color, national origin, gender, religion, disability, sexual orientation, age, political affiliation or belief in administration of its educational programs and other University administered policies, or employment policies.

© Ross University 2009

# CONTENTS

| | |
|---|---|
| PAGE 80 | Ross University Executive Administration |
| PAGE 67 | School of Medicine Faculty |
| PAGE 64 | School of Medicine Academic Administration |
| PAGE 60 | Student Life and Services |
| PAGE 57 | Facilities and Support Services |
| PAGE 54 | Degree and Licensure Requirements |
| PAGE 50 | Qualifications for Doctor of Medicine Degree Candidates |
| PAGE 43 | Academic Policies and Procedures |
| PAGE 33 | Graduate Training |
| PAGE 24 | Affiliated Hospitals |
| PAGE 16 | Curriculum and Course Descriptions |
| PAGE 10 | Financial Information |
| PAGE 5 | Admissions Information |
| PAGE 1 | General Information |
| PAGE VIII | Hippocratic Oath |
| PAGE VII | Academic Calendar |
| PAGE VI | Message from the Dean |
| PAGE V | Message from the University President |
| PAGE IV | School of Medicine at a Glance |

# MESSAGE FROM THE UNIVERSITY PRESIDENT

Welcome to Ross University School of Medicine.

Since 1978, we have been providing an outstanding medical education to prospective physicians. In fact, Ross University School of Medicine has proudly graduated more than 7,000 physicians during its more than three decades of service.

Ross University School of Medicine stands out as an exceptional medical school. Based on reported scores for 2008 and 2009, for Ross students with a GPA of 2.5, the United States Medical Licensing Examination (USMLE) Step 1 first-time pass rate is 97 percent; and for students with a GPA of 2.9 or better, the first-time pass rate is 99 percent. These outstanding scores are on par with those of US medical schools.

This is a testament to the quality of our Foundations of Medicine curriculum, dedicated faculty, and excellent facilities at our Dominica campus. Such an effective learning environment provides a strong foundation for our students to successfully complete clinical rotations at US teaching hospitals affiliated with Ross University. In the past year, Ross University School of Medicine placed roughly 600 physicians in US residencies—more than any other medical school inside or outside the United States. In addition, we are continually adding new teaching hospitals to our list of affiliates.

Because of our solid reputation, our technologically advanced campus, our affiliations with leading US teaching hospitals, and ample access to our faculty, more students are looking to launch their careers at Ross University School of Medicine.

Your prescription for success begins at Ross.

Sincerely,

*[signature]*

Thomas C. Shepherd, DHA, FACHE
President, Ross University

---

can complete their pre-clinical courses in 16 months. The fifth semester, Advanced Introduction to Clinical Medicine, may be completed in the US at our Miami or Saginaw Hospital. Students then finish their clinical education at one of nearly 70 teaching hospitals in the US that are affiliated with Ross University. Upon completion of the program of medical education and passing the Step 1, Step 2 Clinical Knowledge and Step 2 Clinical Skills of the USMLE, students receive their MD degree from Ross University.

**Residencies:** Ross University graduates enter US residency programs in virtually every specialty of medicine.

**Licensing:** Ross University graduates can obtain licenses in all 50 US states, Canada and Puerto Rico. Some states require approval for international medical schools. Ross University School of Medicine is proud to be approved in each of the states that have a process to do so.

**To Apply:** Use our online application at http://www.rossu.edu/medical-school/apply.

**Waitlist:** Established when the number of accepted students exceeds the number of students who can be adequately accommodated in a class. Waitlisted students are automatically accepted for the following semester. There is no need to reapply.

**Financial Aid:** Accepted and current students are eligible for US/Canadian government and private loan programs.

**Housing:** A wide range of housing options is available within a short distance of the campus.

**Learn More:** Visit our website, www.RossU.edu, to get more information, to apply online or to learn about the next information seminar near you. Email us at Admissions@RossU.edu. Or call 877-ROSS-EDU (877-767-7338).

---

# SCHOOL OF MEDICINE AT A GLANCE

**Year Founded 1978**

**Locations**
Dominica: Foundations of Medicine
Miami, Florida/Saginaw, Michigan/Dominica: Advanced Introduction to Clinical Medicine

**Graduates:** 7,000+

**US Affiliated Schools:** Clinical Rotations

**Enrollment:** Approximately 3,500 students; 95%+ are US or Canadian citizens

**Facilities**
**Dominica:** 26-acre fully equipped, technologically advanced campus; classroom and clinical examination rooms at Princess Margaret Hospital.
**Miami:** 5 classrooms ranging in capacity from 45 to 150 seats, all wireless and technologically advanced; clinical examination rooms, study areas and a Learning Resource Center.
**Saginaw:** Center of mid-Michigan's regional medical hub; big city medicine with a community focus; simulation center.
**The Bahamas:** Ross University's new clinical education center in Freeport, Grand Bahama, was established to accommodate the future expansion needs of the University's medical program.

**Faculty Members**
**Dominica:** 90+ member faculty, with MD and/or PhD credentials.
**Miami:** 6 member faculty, all with MD and board certification credentials; 80+ community faculty preceptors.
**Saginaw:** A full-time faculty, all with MD credentials, in addition to community and hospital-based physician volunteers.
**The Bahamas:** 14 member faculty with MD and/or PhD credentials.
**Course of Study:** Students spend their first four semesters in Dominica studying the Foundations of Medicine curriculum. Because Ross University operates on a year-round schedule (new classes start in September, January and May) students

# MESSAGE FROM THE DEAN

At Ross University School of Medicine, our mission is to prepare highly dedicated students to become effective, successful physicians.

We do this by focusing on imparting the knowledge, skills and values required for you to establish a successful and satisfying career as a physician. We use a multi-pronged approach: integration of technology in our Foundations of Medicine courses with clinical applications, dedicated faculty who are focused on teaching, and our technologically advanced campus in Dominica.

We continue to focus on ways to integrate the clinical portion of our curriculum with the Foundations of Medicine courses. Although it is already an important part of the learning experience at Ross University School of Medicine, giving students as many opportunities as possible to see and understand the connections between the two is an excellent way to enhance learning.

Ross places a strong emphasis on enhancing the science of education by continuing to apply adult learning principles. We encourage students to apply their knowledge in more ways, and we advocate the use of technology to help learning.

Our faculty is focused not only on their knowledge of the science of education, but also on learning new methods of teaching and new ways to reach our students. This results in a more successful education and leads to a better overall education for our students.

I welcome you to Ross University School of Medicine, and I look forward to meeting you on campus.

Sincerely,

*Mary Thoesen Coleman*

Mary Thoesen Coleman, MD, PhD
Dean

# ACADEMIC CALENDAR



Ross University School of Medicine is dedicated to providing students with the educational opportunity to accelerate their professional careers. Our academic year is divided into three semesters each calendar year. This allows students to enroll into any of the three semesters without waiting for a new academic year.

The terms correspond to the following months:

- Fall term is September–December
- Spring term is January–April
- Summer term is May–August

### 2009-2010 Academic Year

| Semester | Start Date | Finish Date |
|---|---|---|
| Fall Term 2009 | September 7, 2009 | December 18, 2009 |
| Spring Term 2010 | January 11, 2010 | April 23, 2010 |
| Summer Term 2010 | May 10, 2010 | August 20, 2010 |

### 2010-2011 Academic Year

| Semester | Start Date | Finish Date |
|---|---|---|
| Fall Term 2010 | September 6, 2010 | December 17, 2010 |
| Spring Term 2011 | January 10, 2011 | April 22, 2011 |
| Summer Term 2011 | May 9, 2011 | August 19, 2011 |

vi

vii

Case 1:07-cv-02433-CBA-RER   Document 73   Filed 07/15/10   Page 49 of 64 PageID #: 479

viii.

# GENERAL INFORMATION



## HIPPOCRATIC OATH
(MODERNIZED)



I swear to fulfill, to the best of my ability and judgment, this covenant:

I will respect the hard-won scientific gains of those physicians in whose steps I walk, and gladly share such knowledge as is mine with those who are to follow.

I will apply, for the benefit of the sick, all measures [that] are required, avoiding those twin traps of overtreatment and therapeutic nihilism.

I will remember that there is art to medicine as well as science, and that warmth, sympathy, and understanding may outweigh the surgeon's knife or the chemist's drug.

I will not be ashamed to say "I know not," nor will I fail to call in my colleagues when the skills of another are needed for a patient's recovery.

I will respect the privacy of my patients, for their problems are not disclosed to me that the world may know. Most especially must I tread with care in matters of life and death. If it is given me to save a life, all thanks. But it may also be within my power to take a life; this awesome responsibility must be faced with great humbleness and awareness of my own frailty. Above all, I must not play at being God.

I will remember that I do not treat a fever chart, a cancerous growth, but a sick human being, whose illness may affect the person's family and economic stability. My responsibility includes these related problems, if I am to care adequately for the sick.

I will prevent disease whenever I can, for prevention is preferable to cure.

I will remember that I remain a member of society, with special obligations to all my fellow human beings, those sound of mind and body as well as the infirm.

If I do not violate this oath, may I enjoy life and art, respected while I live and remembered with affection thereafter. May I always act so as to preserve the finest traditions of my calling and may I long experience the joy of healing those who seek my help.

## Foreword

Students are advised to be familiar with the policies and procedures of the University as stated in this catalog and the School of Medicine Student Handbook.

The contents of this catalog represent the most current information available at the time of publication. However, during the period of time covered by this catalog, it is reasonable to expect changes to be made with respect to this information without prior notice. The online version, found at www.rossu.edu, is the most current and accurate representation of Ross University School of Medicine's academic catalog. It is updated frequently to give you the most current catalog information.

The University reserves the right to change, modify or alter, without notice, all fees, charges, tuition expenses and costs of any kind. The University further reserves the right to add, modify or delete, without notice, any course offering or information contained in this catalog. Class and exam schedules published each semester will indicate additions or other changes.

Following a student's entry into the program, the curriculum may undergo modification(s).

## Introduction and Overview

Ross University is devoted to the education of medical professionals in both human and veterinary medicine. The School of Medicine, founded in 1978, is located in Dominica, West Indies, with a new clinical education center in Freeport, Grand Bahama. The School of Veterinary Medicine, founded in 1982, is located in St. Kitts in the Federation of St. Kitts and Nevis. Both locations are supported by administrative offices located in North Brunswick, New Jersey.

Ross University School of Medicine offers a Doctor of Medicine (MD) degree and has graduated more than 7,000 physicians during its 31-year history. Graduates are eligible for licensure in all 50 US states, Canada and Puerto Rico after the successful completion of the requisite licensing examinations.

The Foundations of Medicine curriculum, conducted in Dominica, consists of 60 credits of specifically prescribed coursework.

There are four semesters of Foundations of Medicine classes, for a total of sixteen months. All Foundations of Medicine coursework must be satisfactorily completed at the School of Medicine campus in Dominica.

At the end of semester 4, students are required to take the National Board of Medical Examiners (NBME) Comprehensive Basic Sciences Examination (COMP). Students receiving a score of 64 or higher on the COMP are certified to take the United States Medical Licensing Examination (USMLE) Step 1. Students who do not pass the COMP are given two subsequent opportunities to take and pass the COMP in order to certify for the USMLE Step 1.

The Clinical Science curriculum in the United States begins with an introductory 12-week segment: the fifth semester, Advanced Introduction to Clinical Medicine (AICM). AICM is followed by 78 weeks in clinical clerkships at University-affiliated US teaching hospitals. This clinical experience is designed to build on students' training in medical history and physical diagnostic skills, and better prepare them to meet the demands of their clinical studies. Students participate in patient care while rotating through various medical specialties in affiliated teaching hospitals and other approved healthcare facilities in the United States.

During clinical rotations, students must complete and pass the USMLE Step 2 Clinical Knowledge (Step 2 CK) and the USMLE Step 2 Clinical Skills (Step 2 CS). Unlike many US schools of medicine, Ross University requires the passage of the USMLE Step 2 (CK and CS) to be eligible for graduation.

## University Mission

Our mission is to prepare highly dedicated students to become effective, successful physicians.

## Approval and Accreditation

The government of the Commonwealth of Dominica authorizes Ross University to confer the Doctor of Medicine degree, and graduates are also eligible for licensure in Dominica. The United States Department of Education, through its National Committee on Foreign Medical Education and Accreditation (NCFMEA), has determined that the accreditation standards employed by the Dominica Medical Board are comparable with those used to evaluate programs leading to the MD degree in the United States by the Liaison Committee on Medical Education.

This determination ensures that students enrolled at Ross University School of Medicine are eligible to participate in the US Federal Family Education Loan Program (FFELP). Students or applicants who wish to contact the Dominica Medical Board regarding any aspect of the University's medical education program can do so by writing to:

Dominica Medical Board
Government Headquarters
Kennedy Avenue, Roseau
Commonwealth of Dominica, West Indies

Ross University School of Medicine is proud that its academic achievements have been recognized by leading government jurisdictions and external agencies. Only a few states require approval for international schools. For the states that do, Ross University is one of the few international medical schools approved by all.

The state of California has reviewed the University's academic program and found it acceptable, allowing the licensure of graduates from Ross University.



# ADMISSIONS INFORMATION





Ross University School of Medicine is also accredited by the Caribbean Accreditation Authority for Education in Medicine and other Health Professions (CAAM-HP).

CAAM-HP is the legally constituted body established in 2003 under the aegis of the Caribbean Community (CARICOM), empowered to determine and prescribe standards and to accredit programs of medical, dental, veterinary and other health professions education on behalf of the contracting parties in CARICOM.

Accreditation by CAAM-HP is a rigorous, peer review process which examines all aspects of a medical program. The CAAM-HP Board, an independent and autonomous body of professionals, only certifies medical schools which are operating at the highest levels of industry standards.

Through this accreditation, the CAAM-HP provides assurance to medical students, graduates, the medical profession, healthcare institutions and the public that programs leading to qualifications in medicine meet appropriate national and international standards for educational quality, and that the graduates have a sufficiently complete and valid educational experience.

In addition, the General Medical Council of Great Britain has granted the Ross University Doctor of Medicine degree Limited Registration status, and the World Health Organization includes Ross University School of Medicine in its listing of medical schools approved by recognized national authorities.

The state of New York has approved the University's educational program, allowing Ross University students to complete clinical training and residencies at hospitals throughout the state. Ross University is one of only a handful of international medical schools to have achieved this approval. New York standards are considered to be substantially comparable with those of the Liaison Committee on Medical Education.

The state of New Jersey has approved the University's medical education program, permitting students to complete their clinical training at approved teaching hospitals in the state.

The state of Florida has reviewed the University, and it is licensed by the Commission for Independent Education of the Florida Department of Education. Additional information may be obtained by writing to or calling the Commission at:

Commission for Independent Education
Florida Department of Education
325 W. Gaines Street, Suite 1414
Tallahassee, FL 32399-0400
888-224-6684

## Partnerships with Four-year Colleges and Universities

Ross University School of Medicine believes in building strong relationships with four-year colleges and universities, with the purpose of helping eligible students move seamlessly from their undergraduate studies to medical school.

## Application Checklist

Applications for Ross University School of Medicine can be completed online by going to www.RossU.edu. All letters of recommendation and transcripts must be mailed to Ross University, Office of Admissions, 630 US Highway 1, North Brunswick, NJ 08902-3311.

A complete application consists of the following documents:

- A completed Ross University application form.
- Official transcript(s) from each college and/or professional school attended. Degree-granting transcripts must contain a graduation date.
- Two official letters of recommendation, which become the property of Ross University:
  - One academic letter from a pre-medical professor acquainted with the applicant's academic ability or a recommendation from a college pre-health advisory committee; one from a physician acquainted with the applicant's healthcare work experience, if applicable. All letters must be on proper letterhead with contact information included, and sent directly from the recommender to Ross University's Admissions Office in New Jersey.
- Medical College Admission Test (MCAT) scores.
- Official report of scores on the Test of English as a Foreign Language (TOEFL), if applicable.
- A passport-sized photo of yourself (passports are not required during the application process).
- $75 USD application fee (nonrefundable).

## Articulation Agreements

An articulation agreement is an official agreement between Ross University and four-year colleges and universities. Students who have completed their undergraduate junior year and have met the academic criteria established in the articulation agreement will be promised early acceptance at Ross University's School of Medicine in the semester following their graduation. To participate in the articulation agreement with Ross University's School of Medicine, the undergraduate student must meet the following qualifications:

- Completion of a minimum of 90 credit hours of undergraduate work, including the prerequisite requirements of Ross University School of Medicine.
- A cumulative grade point average (GPA) of 3.25 or higher (3.2 cumulative GPA required for students at Ramapo College and the University of Rhode Island).
- A GPA of 3.00 or higher in prerequisite courses required by Ross University School of Medicine.
- No "D" or "F" grade in any prerequisite course required by Ross University School of Medicine.
- A minimum score of 24 on the MCAT (a minimum score of 20 required for students at Ramapo College and the University of Rhode Island).
- A positive recommendation after an in-person interview and submission of two letters of recommendation.

## Test of English as a Foreign Language (TOEFL®)

The Test of English as a Foreign Language (TOEFL) measures the ability of non-native speakers of English to use and understand English as it is spoken, written and heard in college and university settings. Applicants presenting fewer than 60 upper-division credits from an English language college or university where English is not the primary language must provide the official record of the score for the TOEFL. The minimum acceptable score is 550 on the paper-based test, or 213 on the computer-based test. The TOEFL institutional code for Ross University is 9614.



## Examination Requirements

### Medical College Admission Test (MCAT)

Ross University requires the scores for the Medical College Admission Test (MCAT) to be submitted by the applicant prior to the interview. There are some situations where the MCAT may be waived, such as if the candidate for admission has earned a professional doctoral degree (DC, DPM, DO, PharmD) in another health-related field prior to applying to Ross University; or if the candidate for admission is a non–US resident who has completed all preparatory coursework outside of the United States in a country where the MCAT is not administered. If an applicant has taken the test more than once, the applicant must submit all test results prior to enrollment. Ross University's MCAT Institutional code number is 906. To learn more about the MCAT go to: www.aamc.org/students/mcat.

## Educational Requirements

Applicants are generally expected to have earned a bachelor's degree from a North American (or similar) baccalaureate program. A broad general education or at least 90 college credits is required, and must include the following prerequisites:

| | |
|---|---|
| General Biology or Zoology with laboratory | 2 semesters or 6 credit hours |
| Inorganic or General Chemistry with laboratory | 2 semesters or 6 credit hours |
| Organic Chemistry with laboratory | 2 semesters or 6 credit hours |
| Physics with laboratory | 2 semesters or 6 credit hours |
| English (or a humanities equivalent within a Canadian university) | 2 semesters or 6 credit hours |
| Mathematics (preferably calculus or statistics) | 1 semester or 3 credit hours |

## Selection Criteria

The Admissions Committee seriously considers all candidates whose undergraduate work indicates that they will be able to meet the rigorous academic requirements of a highly structured medical curriculum. The Committee considers each applicant for admission based on a combination of factors, including undergraduate cumulative grade point average (GPA), GPA in required pre-medical course work, advanced biology and chemistry courses, graduate level work, Medical College Admission Test (MCAT) scores, letters of recommendation and the personal essay.

The personal interview provides the Admissions Committee with an assessment of the applicant's background, maturity, ability to handle stress, adaptability, aptitude and motivation for the study of medicine.

Work history and professional or volunteer experience provides further evidence of the student's motivation.

Applicants whose credentials are judged to be indicative of the potential for successful completion of the prescribed curriculum will be invited for an interview, generally within two to four weeks after their initial application materials have been received. Persons whose applications are incomplete, or whose qualifications are not acceptable, will be so notified. The Admissions Committee's decision is communicated by letter to the applicant as soon as possible after the interview.

Ross University School of Medicine has articulation agreements with the following institutions:

- Bay Path College – Longmeadow, MA
- Bloomfield College – Bloomfield, NJ
- Delaware Valley College – Doylestown, PA
- Fairleigh Dickinson University – Madison
- Gannon University – Erie, PA
- King's College – Wilkes Barre, PA
- Massachusetts College of Pharmacy and Health Sciences – Boston, MA
- Mercy College – Dobbs Ferry, NY
- Ramapo College of New Jersey – Mahwah, NJ
- Rowan University – Glassboro, NJ
- Seattle Pacific University – Seattle, WA
- University of Hartford – Hartford, CT
- University of Rhode Island – Kingston, RI
- Warren Wilson College – Asheville, NC

## Dual Degree Program

A dual degree program is an official agreement between an undergraduate school and Ross University School of Medicine. With the dual degree program, any undergraduate junior who meets the set standards will be accepted the following year at Ross University School of Medicine, and the undergraduate institution agrees to grant its baccalaureate degree to students who successfully complete the first two academic semesters at Ross University. The undergraduate institution will have the sole discretion to determine the field of study in which the baccalaureate degree is awarded. Ross University School of Medicine has dual degree agreements with:

- Fairleigh Dickinson University – Madison and Teaneck, NJ
- Gannon University – Erie, PA
- King's College – Wilkes Barre, PA
- Warren Wilson College – Asheville, NC

To be considered for the dual degree program with Ross University School of Medicine, the undergraduate student must have entered the undergraduate institution with the following qualifications:

- Scholastic Aptitude Test (SAT) score of 1150 or higher.

## Transfer Applicants

Students who have completed a portion of the curriculum at another school of medicine may apply for admission with advanced standing. Such applicants must meet all the requirements for admission to Ross University. Transfer candidates who have completed part of the Foundations of Medicine curriculum, and are successful in gaining admission to Ross University, will be placed in the appropriate Ross University curriculum and semester. Level of placement in the Foundations of Medicine curriculum will be determined by the Faculty Committee on Promotions. Students who have successfully completed all of the Foundations of Medicine coursework may be eligible for admission directly into the fifth clinical semester, Advanced Introduction to Clinical Medicine, held in Miami, Florida; Saginaw, Michigan; or Dominica. Students who have attempted the USMLE Step 1 and/or Step 2, successfully or not, must provide copies of the results. Members of the faculty in the Clinical Science division will make the determination of admission and placement in the clinical sciences. Transfer credit cannot be given for incomplete or failed courses (including courses with a "D" grade), or for courses taken more than four years prior to the time the applicant is accepted for enrollment to Ross University.

The student's undergraduate work must meet the following minimums:

- Cumulative GPA of 3.40 or higher.
- Class rank in the top 25 percent.

- Successfully complete the requirements for three years of one of the undergraduate programs approved in writing in advance by Ross University School of Medicine (an "Approved Program").
- Maintain an undergraduate GPA of 3.25 or higher.
- Maintain a GPA of 3.00 or higher in prerequisite courses required by Ross University School of Medicine (no "D" or "F" grade).
- Score of 24 on the Medical College Admission Test (MCAT).

## Accepted Students

**Fees:** Upon acceptance, a tuition deposit of $500 is required to reserve a student's seat. An additional deposit of $500 is required 120 days prior to the beginning of classes. The entire deposit will be credited to the student's tuition account. All fees must be paid in US dollars. For more details, please refer to the "Financial Information" section of this catalog.

**Welcome Packet:** Accepted students will receive a Welcome Packet. The packet will include information about travel, health insurance, visa requirements, financial information, housing, pets and other information to assist students as they get ready for their first semester.

**Health Certificate:** Prior to arriving on campus, all accepted students must submit one original health certificate form that has been signed and stamped by a licensed physician with the physician's business card attached.

The health certificate consists of a current list of immunizations including Hepatitis A and Hepatitis B, a current Tuberculin (TB) test, an HIV test and an imaging report. The certificate should be sent to the Admissions Office in New Jersey prior to departing for Dominica.

**Required Documents:** The following documents are necessary for immigration purposes and for obtaining a student visa:

- Photocopy of roundtrip airplane ticket.
- International money order for $40 USD.
- 2 passport-size (2" x 2") photographs, with the student's signature on the back of each photo.
- 1 signed copy of a valid passport (copy of the first two pages must be sent to the Admissions Office).
- 2 original Police Reports from the student's local police department indicating good standing.
- 1 original Commonwealth of Dominica's "Medical Examination of Applicants for Residence."
- 1 original Health Certificate form completed, signed, and stamped by a licensed physician with the physician's business card attached.

- 1 copy of Measles/Mumps/Rubella vaccination/Titer (please provide one of the following: immunization card, lab printout, or official physician's note).
- 1 copy of Hepatitis A vaccination/Titer not more than 5 years old (please provide one of the following: immunization card, lab printout, or official physician's note).
- 1 copy of Hepatitis B vaccination/Titer not more than 10 years old (please provide one of the following: immunization card, lab printout, or official physician's note).
- 1 copy of HIV test not more than 1 year old (please provide a lab printout or official physician's note).
- 1 copy of TB/PPD Test not more than 1 year old (please provide one of the following: immunization card, official physician's note, or proof of BCG vaccination).
- 1 completed Commonwealth of Dominica visa application form.



- 1 copy of Imaging report from chest x-ray not more than 1 year old (please provide one of the following: lab printout or official physician's note).

**Note:** It is not enough to have your test results written on the health certificate forms. You must also provide a copy of your health tests, lab results, and immunization records.

All documents should be sent to the Admissions Office in New Jersey prior to departing for Dominica. New Student Coordinators are available to answer questions pertaining to the visa application. Students will receive their visas after they arrive in Dominica.

# FINANCIAL INFORMATION



## Tuition and Fees

All tuition and fees are listed in United States currency. Amounts are subject to change and additional fees may be charged for special features and/or services.

**Application fee:** The $75 application fee is nonrefundable and is payable with submission of the application.

**Acceptance Deposit:** Upon acceptance, students are required to pay a nonrefundable, initial deposit of $500. This deposit is required within two weeks after the date of acceptance.

An additional nonrefundable $500 final deposit is required 120 days prior to the beginning of classes. The entire $1,000 deposit will be credited to the student's account. If a student fails to attend the semester for which the student paid the deposit, the deposit is subject to forfeiture; however, a student is allowed to defer enrollment and deposit at the University for up to two subsequent semesters.

*Note: Additional information may be found at www.rossu.edu/medical-school/files/MedRatesRSCClinical091011nal.pdf.*

### Tuition Rates

**The Foundations of Medicine Curriculum (semesters 1–4)**

| | |
|---|---|
| Per-semester tuition for full-time students for the 2009-2010 academic year | $14,665 |
| Mandatory Student Government Association (SGA) fee (for each semester) | $50 |

**Clinical Science Curriculum (semesters 5–10)**

| | |
|---|---|
| Per-semester tuition for full-time students for the 2009-2010 academic year | $16,100 |

## Other Educational Expenses

**Educational Materials:** Students are responsible for purchasing required textbooks, supplies, equipment and clothing. The average cost for educational materials is approximately $3,400 per year (three semesters).

**Health Insurance:** Students must have health insurance while enrolled at Ross University. The cost of health insurance is additional and will vary by age group. The University offers students an insurance plan with the per semester rates provided below. If a student provides proof of health insurance coverage, the requirement to purchase insurance offered by Ross University can be waived.

**Cost per Semester by Age Group***

| | |
|---|---|
| Under age 30 | $250 |
| Ages 30-39 | $312 |
| Ages 40-49 | $440 |
| Ages 50+ | $550 |

*Costs include an administration fee.

**Living Expenses:** During the Foundations of Medicine curriculum, students must plan on the cost of rent and utilities, which will vary based on factors such as location and whether or not there are roommates. Food and incidental costs must also be budgeted.

**Transportation to/from Dominica:** Immigration requires students entering Dominica to have a return airline ticket.

**Financial Obligations:** Tuition and fees are billed approximately 45 days in advance of each semester and are due 15 days before the start of the semester. Students who have submitted all required financial aid forms and have received a loan guarantee and/or approval may have tuition

**Late Fees:** Late fees may be assessed for late payment of tuition. For specific information, please consult the *Student Handbook*.



## Financial Aid

The Ross University Office of Student Finance is committed to assisting students in obtaining necessary funding in order to pursue their education. Ross University School of Medicine maintains a competitive tuition rate and provides the support that enables students to obtain loans and cost-effective living arrangements while studying at Ross University.

Detailed information on financial aid programs is published in the booklet, *2009-2010 Financial Planning Guide*. This booklet is available at http://www.rossu.edu/medical-school/acceptedstudents/financialaid.cfm.

Students applying for assistance must submit the application and supporting materials described in the *2009-2010 Financial Planning Guide* by the deadlines indicated. Applications may be completed online. Typically, students finance the cost of their medical education by combining family resources and student loans from governmental agencies and/or private sources.

Financial aid is available to all eligible students. Approximately 90 percent of Ross University School of Medicine students receive some form of financial assistance.

### Government-sponsored Loan Programs:

United States citizens and permanent residents attending Ross University School of Medicine may apply for federal Stafford Loans under the Federal Family Education Loan Program (FFELP).

### Federal Loans are offered in three forms:

**Federal Subsidized Stafford Loan:** This is a need-based loan; maximum $8,500 per two-semester academic year.

**Federal Unsubsidized Stafford Loan:** This is a non-need-based loan; maximum $12,000 per two-semester academic year if also eligible for the subsidized loan; maximum $20,500 per two-semester academic year if not eligible for the subsidized loan. The interest rate is fixed at 6.8 percent.

**Federal Graduate PLUS Loan:** This is a non-need-based federal loan for which the student can borrow up to the school's cost of attendance, if a student does not demonstrate eligibility for the Stafford Loan(s), he/she will receive the full cost of attendance in the PLUS Loan program. The interest rate is fixed at 8.5 percent.

The Free Application for Federal Student Aid (FAFSA) must be filed annually. Interest rates are established annually in July. Repayment begins six months after a student has graduated, or under deferment(s).

**Canadian Students:** Students residing in Canada are eligible for private funding sources and government resources. Please review the Canadian Financial Planning Guide available at www.rossu.edu/medical-school/students/financialaid.cfm.

payment deferred until the funds are disbursed from the lender. Students whose financial aid processing remains incomplete through no fault of their own and/or co-signer may register and begin classes but are still held responsible for full payment of all tuition charges.

Unless the University authorizes late payment, all balances must be paid before the start of classes. Ross University has the right to withhold services and academic certification from a student whose account is overdue.

**Refund Policy for Withdrawals:** A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, temporarily interrupted. A withdrawal may be official (when the student completes a withdrawal form) or unofficial (without written notification), in either case, the effective date of withdrawal is the student's last date of attendance.

For a withdrawal during the first 60 percent of a semester, as per US federal regulations, student loan entitlement is recalculated, and Ross University and the student are each proportionally responsible for returning "unearned" financial aid to the relevant lender(s). If a student withdraws after the first 60% of the semester (nine weeks), no refund is given.

**Note:** Although a leave of absence may be authorized for special circumstances, failure to return to the University from a leave of absence is considered a withdrawal as of the last date of attendance. Please note that a leave of absence and an academic leave of absence are considered two different circumstances. Under US federal regulations, a leave of absence must be requested and approved in advance and may not exceed 180 days in a 12-month period. An interruption of enrollment status that does not qualify as a leave of absence is considered a withdrawal as of the last date of attendance.

## The Ross Global Stimulus Scholarship

As a direct response to the thousands of Americans who lost their jobs during the past year—and with more expected by the end of 2009—Ross University is awarding the Ross Global Stimulus Scholarship to qualified students who have been laid off from their jobs and are pursuing a career in medical or veterinary medicine.

Eligible to all newly accepted students in the School of Medicine who meet the following criteria:

- Displaced from their job within the last 12 months.
- Complete the Free Application for Federal Student Aid (FAFSA) and any other required financial aid forms.
- Maintain continuous, uninterrupted enrollment.

*Note: Eligibility requirements subject to change without notice.*

**Deadlines:**

September 2009 - the application deadline is August 1, 2009.

January 2010 - the application deadline is November 1, 2009.

May 2010 - the application deadline is March 1, 2010.

**Learn More**

For more information about this scholarship, please contact:
Office of Admissions
Ross University
630 US Highway 1
North Brunswick, NJ 08902-3311
Telephone: 732-509-4600
Toll-free telephone: 877-ROSS-EDU (877-767-7338)
Fax: 732-509-4803

The application form can be downloaded from http://www.rossu.edu/documents/RossEmploymentGapScholarshipApplication.pdf.

**Award amount**
$1,000 per student, per semester.

**Number available:**
Two for the School of Medicine.

**Verification:**
Proof of unemployment via official documentation showing an unemployment claim in the last 12 months.

**Continued eligibility:**
- Must maintain a cumulative grade point average of 3.0.
- Continuous, uninterrupted enrollment.

**Other information:**
The scholarship will be awarded after all financial aid has been determined.

---

and academic excellence and who are classified as an under-represented minority. Scholarship awards are given to new students who are beginning their studies at Ross University.

The scholarship is not available to students who are already attending Ross University. One scholarship is awarded for the September semester. All other scholarship recipients must start classes in the January or May semesters of the year in which the scholarship is awarded.

**Eligibility**
- Must possess strong personal qualities of motivation and integrity as well as academic excellence.
- Must be a United States citizen or permanent resident.
- Must be classified as an under-represented minority.
- Must have maintained a minimum 3.25 undergraduate grade point average (GPA).
- Must maintain a minimum 3.00 GPA at Ross University to maintain award eligibility for each semester. The award can be reinstated if a student fails to achieve the minimum GPA in one semester but reaches that level in a future semester.
- Students in the Medical Education Review Program (MERP) are not eligible.

*Note: Eligibility requirements subject to change without notice.*

**Application Deadlines**
- July 1 is the deadline for students planning to begin their studies in the September semester.
- November 1 is the deadline for students planning to begin their studies in the January semester.
- March 1 is the deadline for students planning to begin their studies in the May semester.

The application form can be downloaded at www.rossu.edu/files/GrierApp_R2].pdf.

---

**International Students:** Non–US citizens on eligible student visas are not eligible for federal loans but may apply with a US co-signer through the private loan lenders. See the *2009-2010 Financial Planning Guide* for more information.

**Veterans Benefits:** Eligible US veterans may use benefits available through the Veterans Benefits Administration to help offset their educational costs.

## Application for Financial Aid

Citizens and permanent residents of the United States applying for admission to Ross University School of Medicine who are interested in obtaining financial aid are encouraged to submit a Free Application for Federal Student Aid (FAFSA). FAFSA serves as an application for all federal student aid programs and can be filed electronically at www.fafsa.ed.gov. It should be filed at least 90 days in advance of the semester for which they are applying. Details are provided in the *2009-2010 Financial Planning Guide*.

In order to continue to receive student loans, students must meet the standards for satisfactory academic progress as detailed in the "Academic Policies and Procedures" section of this catalog.

The Office of Student Finance assists students in applying to non-governmental lenders and guarantors of loans and scholarships for which they may be eligible. It is advisable for all students—including those who have applied for financial aid—to bring sufficient funds with them to cover the initial living and housing expenses in Dominica.

## The Eliza Anna Grier Scholarship

The Eliza Anna Grier Scholarship honors the memory of Dr. Eliza Grier, the first African-American medical doctor in the state of Georgia.

**Scholarship Amount**
Recipients receive $2,000 per semester for ten semesters.

**Award Criteria**
Scholarships are awarded to students who possess strong personal qualities of motivation

# CURRICULUM AND COURSE DESCRIPTIONS



## Curriculum Overview

The Doctor of Medicine (MD) degree is awarded upon successful completion of the Foundations of Medicine curriculum, the Clinical Science curriculum, and the US Medical Licensing Examination (USMLE) Step 1, USMLE Step 2 Clinical Knowledge (CK) and USMLE Step 2 Clinical Skills (CS). The entire program consists of ten, 15-week semesters of attendance (150 weeks).

The Foundations of Medicine curriculum consists of 60 credits of specifically prescribed coursework. There are four semesters of Foundations of Medicine classes for a total of two academic years (normally completed in 16 months). All Foundations of Medicine coursework must be satisfactorily completed in Dominica.

The Foundations of Medicine curriculum is designed to:

• Offer an in-depth, comprehensive program of basic medical sciences that has traditionally been deemed appropriate for future medical practitioners.

• Provide clinical correlations and examples of clinical relevance throughout the instructional program in sciences.

## PACE Program:

The Progressive Academic Education (PACE) Program at Ross University School of Medicine is designed to better serve those students who are motivated, self-directed learners. Invitation to the program is offered to selected students from the incoming class, although enrollment is completely voluntary. Participants in the PACE Program complete the learning objectives at their own pace and meet with faculty regularly to evaluate their progress through weekly quizzes and clinical case studies.

The clinical case sessions are designed to integrate didactic material with clinical relevance and to put the student into a clinical framework from the onset of medical school. PACE students can also view daily lectures with either live-feed or archived videos. This style of learning gives the students in the PACE Program flexibility tailored to their own student schedule, while still retaining access to all faculty and available resources.

• Present a physical diagnosis course that provides the practical experience needed by students to prepare adequately for their clinical clerkships.

| Semester | Course Title | Credits |
|---|---|---|
| 1 | Developmental & Microscopic Anatomy I | 3 |
|  | Biochemistry & Genetics I | 3 |
|  | Doctor, Patient & Society I | 2 |
|  | Gross Anatomy I | 3 |
|  | Medical Physiology I | 3 |
| 2 | Developmental & Microscopic Anatomy II | 3 |
|  | Biochemistry & Genetics II | 3 |
|  | Doctor, Patient & Society II | 1 |
|  | Gross Anatomy II | 3 |
|  | Medical Physiology II | 3 |
|  | Neuroscience | 3 |
| 3 | Clinical Medical Microbiology I | 3 |
|  | Clinical Medical Pharmacology I | 3 |
|  | Clinical Medical Pathology I | 4 |
|  | Behavioral Sciences | 5 |
| 4 | Clinical Medical Microbiology II | 4 |
|  | Clinical Medical Pharmacology II | 3 |
|  | Clinical Medical Pathology II | 4 |
|  | Introduction to Clinical Medicine | 5 |

17

The Clinical Science curriculum consists of 90 weeks of clinical training (students may request additional weeks of clinical training with the permission of the dean). It begins in the United States with the student's fifth semester, a clinical segment of 12 weeks of the Advanced Introduction to Clinical Medicine (AICM). AICM is designed to enhance students' training in medical history-taking and physical diagnostic skills, as well as students' critical thinking and problem-solving skills in addressing medical issues encountered in the clinical setting. AICM is conducted in hospitals and related clinical facilities in Miami, Florida, or Saginaw, Michigan, as well as in Roseau, Dominica.

The remaining 78 weeks consist of 48 weeks of required core clerkships and 30 weeks of elective clerkships. Students participate in patient care while rotating through various medical specialties with teaching hospitals and other approved healthcare facilities in the United States. Students are required to complete core and elective rotations in addition to passage of the USMLE Step 2 Clinical Knowledge (CK) and the USMLE Step 2 Clinical Skills (CS) in order to graduate. Graduating students enlist in the National Residency Match Program, which is a paired choice system for matching applicants to available residencies that takes place every March. Students train in a residency program, during which time they sit for the USMLE Step 3. Upon completion of their residency and passing the USMLE Step 3, candidate physicians are prepared for licensure.

### Problem-Based Learning (PBL)

In addition to traditional teaching practices, Ross University School of Medicine utilizes Problem-Based Learning (PBL) during semesters 1–4. These small group sessions are facilitated by Foundations of Medicine faculty and physicians. Students are exposed early to clinically-based discussions and the application of basic science knowledge to clinical issues, including ethics and behavior. Emphasis is placed on developing strategies for lifelong learning. In each semester, the clinical cases have been chosen to integrate the learning objectives of the courses in that semester.

PBL allows students to interact closely with faculty to provide a personalized learning experience in a friendly and supportive educational environment. Learning in small groups prepares the student to understand teamwork, which is fundamental to the concept of healthcare delivery in the United States today and in the future.

# Foundations of Medicine
## Course Descriptions

### Semesters 1 and 2

**Developmental and Microscopic Anatomy I (3 credits)**
MANT 1111

**Developmental and Microscopic Anatomy II (3 credits)**
MANT 1212
Provides a comprehensive review of human microscopic anatomy, consisting of the cell and four basic forms of tissues. The microstructure of each organ and organ system is studied in a systematic approach, with an emphasis on laser disc technology to supplement the classroom presentations. Ultra-structure and function of major tissues and organs are presented didactically. In addition, a brief review of principles of development from gametogenesis to the fourth week of embryonic development is provided.

Mechanisms of teratogenesis are briefly discussed, and congenital malformations are presented where they illustrate mechanisms of normal development. Clinical relevance is emphasized through case-based sessions.

**Biochemistry and Genetics I (3 credits)**
MBIO 1121

**Biochemistry and Genetics II (3 credits)**
MBIO 1222
Introduces the basic aspects of biochemistry and genetics. Molecular genetics is a major part of this course. Molecular genetics is followed by the major types of genetic disease, including chromosome aberrations and single-gene disorders. Several specialized topics are included, which complement material taught in physiology and neuroscience courses. These include hormonal signaling cascades, Cytogenetics and neurotransmitters. Mitochondrial oxidation and carbohydrate metabolism are the only metabolic pathways covered in the first-semester course. Also focuses on metabolism, which includes regulation with treatments of vitamins and minerals, and nutrition-related metabolic disorders. The genetics track covers basic multifactorial inheritance, population genetics, and assisted reproduction. More specialized topics include cell cycle control, the molecular causes of cancer, genetic imprinting, and human reproductive cloning.

**Doctor, Patient, and Society I (2 credits)**
MBEH 1151

**Doctor, Patient, and Society II (1 credit)**
MBEH 1252
Instructs and trains students in basic communication skills, including basic history taking and physical examination skills. Introduces students to the complexities of the doctor–patient relationship, including the ethics of being a physician and the socioeconomic, environmental and cultural determinants of health and disease. Examines the broader aspects of healthcare, epidemiology and public health policy. Encourages cooperation, teamwork, positive attitudes and acquisition of lifelong learning skills.

**Medical Physiology I (3 credits)**
MPHY 1131

**Medical Physiology II (3 credits)**
MPHY 1232
Enables students to acquire a sound understanding of the mechanisms upon which life depends through an integrated study of the body's control systems. Most disease conditions of the body result from abnormal functioning of one or more of the basic control systems.

**Neuroscience (3 credits)**
MPHY 1262
Integrates the anatomy and physiology of the nervous system. The principles that underlie the anatomical structures of each system are correlated with its physiology and relevant clinical applications, including behavioral aspects. Emphasis is placed on the function of the nervous system in health and sickness. Modern concepts of neuronal circuits and synaptic transmission are also introduced. Laboratory instruction includes detailed brain examination and exposure to neuro-imaging modalities, vision and principles of neurological examinations.

**Gross Anatomy I (3 credits)**
MANT 1141

**Gross Anatomy II (3 credits)**
MANT 1242
Studies gross structure, as well as normal and abnormal development of all organs and systems of the human body, with an emphasis on function. To enhance the understanding of this subject, an anatomical Learning Resource Center (LRC) has been established. The LRC incorporates computer-based individual learning and other audiovisual aids, such as videotaped dissections, laser disc programs including imaging modalities, programs such as Slice of Life and Adam, and anatomical models. The integration with physiology in a system-based approach, along with clinical correlation and physical examination of the various systems, provides students with the knowledge of traditional anatomical relationships with functional and clinical relevance. Laboratory work includes the study of both prosections and dissection of cadavers.

The effective practice of medicine depends on the future physician's knowledge of these regulatory mechanisms. This objective is achieved through lectures, case-based discussions, problem-solving sessions and one-on-one meetings. At the end of two semesters the student will have an understanding of not only each major organ system but also an integrate to maintain normal body function—understanding of how these organ systems or homeostasis.

## Semester 3

### MMIC 2311
### Clinical Medical Microbiology I
(3 credits)

Presents the basic concepts and applications of immunity, microbial ultrastructure, physiology and genetics; general infectious cycles of bacteria, viruses, fungi, protozoa and helminths; and the public health methods that underlie the host-parasite relationships, diagnostic methods and the therapeutic and preventive modalities required for the infectious diseases seen in the primary healthcare clinic.

### MPAT 2321
### Clinical Medical Pathology I (4 credits)

Focuses on general pathology with the addition of hematology. The goal is to bridge the gap between pure basic science and disease processes related to clinical medicine. Prepares students for the initiation into patient care. Combines morphologic and functional changes to determine mechanisms of pathological processes. Actual disease states are reflected from the viewpoint of pathogenesis, gross and microscopic alterations, and are correlated with normal structure. The subject's amplification is accomplished by the addition of case studies. The course sequence is (1) cell degeneration and adaptations (2) inflammation and repair (3) hemodynamic disorders, thrombosis and shock (4) genetic disorders (5) diseases of immunity (6) neoplasia (7) environmental and nutrition (9) hematology (9) diseases of infancy and childhood (10) infectious diseases. Integrates with microbiology, pharmacology, and behavioral science courses.

### MPHM 2341
### Clinical Medical Pharmacology I (3 credits)

Studies the effects of drugs on living organisms. Emphasis is placed on the basic mechanisms of action and major indications of drugs used in medical practice. Provides an introduction to general principles of pharmacology (drug interactions), pharmacokinetics, drug-receptor that modulate inflammatory and immune responses, and anti-infective agents. The presentation of the anti-infective agents complements the infectious agents presented in microbiology and pathology. Faculty presentations are supplemented with online materials such as quizzes, a drug database and demonstrations of drug action on a human-patient simulator.

### MBEH 2330
### Behavioral Sciences (5 credits)

Stresses the complex relationship between psychological make-up and experience on one hand, and disease manifestation on the other. The course is designed to develop the knowledge and insight required for a practicing physician's understanding of the patient's emotional responses to illness and stress. The basics of recognizing organic and functional psychological disturbances are described. Sexual dysfunction, bereavement, suicide and socio-pathological disorders receive detailed attention. Workshops on realistic clinical problems are an integral part of this course. Learning to communicate effectively with patients and colleagues is placed on practice interviews and data collection through the use of professional patients.

## Semester 4

### MMIC 2411
### Clinical Medical Microbiology II
(3 credits)

Covers infectious diseases using the integrated organ systems approach, begun in semester 3. Within each system block, the material will start with the normal flora within the different body niches of the system, the infectious diseases damaging that system of the body, and the agents causing the infection.

Essential information for each infection will include major symptoms and the basics of the infectious agent, the epidemiology including demographics, pathogenesis, basic laboratory diagnosis and treatment.

### MPAT 2421
### Clinical Medical Pathology II
(4 credits)

Takes a systematic approach in the study of disease. Within each system, the basic gross and microscopic changes associated with each disease are stressed; however, the course also allows for a review of normal anatomy, pathophysiology and the clinical aspects of disease. Taught in blocks that include: cardiovascular and respiratory systems; gastrointestinal and hepatobiliary systems; urinary and reproductive systems; and endocrine, skin, musculoskeletal, and nervous systems. Highly integrated with the microbiology, pharmacology and introductory clinical medicine courses taught in semester 4. Students have the opportunity to review the workings of a modern hospital laboratory and assist at autopsies at a local hospital.

### MPHM 2421
### Clinical Medical Pharmacology II
(3 credits)

Continues Medical Pharmacology I; however, pharmacology appears as a component of the system-based blocks in the fourth semester curriculum. Integrating clinical medicine, microbiology, pathology and pharmacology. Material is provided through faculty presentations, case-based sessions, computer-based resources and demonstrations of drug action using a human-patient simulator.

### MCIM 2430
### Introduction to Clinical Medicine
(5 credits)

This course gives the students the skills that they will need when they begin clinical rotations. Including interviewing, physical examination, interpretation of common clinical investigations, presentation skills, searching and evaluating medical literature and clinical reasoning. Comprises lectures, physical diagnosis labs, four, half-day hospital attachments, and assignments with the cardiology training simulator.

## Clinical Science Curriculum

The goal of the Clinical Science curriculum are as follows:

- Provide training in fundamental clinical skills through patient contact, under close supervision.
- Provide students with a broad overview of medical practice so that they understand the interrelationships between different levels of practice and various areas of specialization.
- Present an opportunity to assess areas of medical practice in which students might wish to specialize upon graduation.
- Prepare students to function effectively in, and to gain the most from, graduate medical education.

## Advanced Introduction to Clinical Medicine (AICM)

The Advanced Introduction to Clinical Medicine (AICM) segment builds on the Foundations of Medicine curriculum.

AICM prepares students for a successful transition to the clinical clerkships through additional patient contact in clinical facilities either in the United States or Dominica. Emphasis is placed on improving techniques of the physical examination and diagnostic skills. Critical thinking will be refined to strengthen the ability to formulate rational clinical hypotheses and differential diagnoses. By the end of the course, students will be able to demonstrate their improved critical thinking skills, their accrual of knowledge on mechanism of disease processes, and their clinical acumen by making cogent, written and oral presentations in a patient-care setting.

## Clinical Clerkship Placement

The Academic Affairs Department is solely responsible for the placement of each student. Students are not permitted to enter a clerkship without the written consent from this Department. Students should not contact an affiliated hospital for the purpose of soliciting



placement or for general inquiry. After students have met all the requirements (academic, financial and administrative) they will be permitted to begin clinical clerkships.

Students who have completed the Foundations of Medicine curriculum, the 12-week clinical AICM segment, and who have submitted passing scores for the US Medical Licensing Examination (USMLE) Step 1 will be placed in the earliest available clerkships.

As soon as a student receives his/her score from the USMLE Step 1, he/she must fax or email it to the Office of the Registrar in New Jersey. The Registrar's Office clears the student and forwards the score to the Clinical Department for scheduling. Each student is notified by mail of his or her placement schedule. Once students receive their schedule of clerkship assignments, they are asked to sign an acknowledgement of receipt and an agreement that they accept their entire assignment.

Students waiting for their USMLE results and who are recipients of federal financial aid should work with their financial aid counselor to ensure that all their application documents are in order.

## Clinical Clerkships

Students are able to enter clinical clerkships in specific fields after passing the USMLE Step 1. Students are required to take 48 weeks of clinical core clerkships and 30 weeks of electives.

The required core clerkships are as follows:

- Medicine – 12 weeks
- Surgery – 12 weeks
- Pediatrics – 6 weeks
- Family Medicine – 6 weeks
- Obstetrics/Gynecology – 6 weeks
- Psychiatry – 6 weeks

The core clerkships in medicine, surgery, pediatrics, family medicine, obstetrics/gynecology and psychiatry are the basic areas of medical practice about which all physicians need to be knowledgeable. They are included in the curriculum of every medical school. Participation in these clerkships also provides students with an understanding of the various specializations in medicine.

**Medicine:** Students learn the steps necessary for proper diagnosis and treatment of patients. Students learn how to take complete medical, personal and family histories; to perform diagnostic "work-ups"; and develop a plan for managing a patient's care. In addition, students participate in clinical conferences where they learn to report their findings and conclusions logically and succinctly.

**Surgery:** Students learn about conditions requiring surgical intervention and have opportunities to observe how surgical patients are managed. In the process, they become familiar with the policies and procedures followed in the operating room.

**Pediatrics:** Students acquire special skills and knowledge required for the examination, diagnosis and treatment of infants, children and adolescents.

**Family Medicine:** Students acquire an understanding of the principles of family medicine and of how these principles apply in community practice. Emphasis is placed on continuous and comprehensive healthcare for people of both genders and all ages within the context of their families, social groups and communities. Particular attention is paid to the diagnosis and treatment of common medical problems and to health maintenance, ambulatory care and continuity of care.

**Obstetrics/Gynecology:** Students learn about the changes that take place during pregnancy, labor, delivery and the postpartum period—both normal and pathologic. They also become familiar with diagnosis and treatment of major gynecological diseases and various methods of family planning.

**Psychiatry:** Students become familiar with the major categories of mental disorder, including diagnosis and some methods of therapy. In the process, they learn how to take a psychiatric history and to evaluate a patient's mental status.

## Electives

The 30 additional weeks are spent in elective clerkships; these must include eight additional weeks of medicine, which may be spent in general medicine or in medical subspecialties, and four additional weeks of surgery, which may be spent in general surgery or in surgical subspecialties.

## Semester 3 and 4 Clinical Courses

| | | |
|---|---|---|
| MMIC | 2311 | Clinical Medical Microbiology I |
| MMIC | 2411 | Clinical Medical Microbiology II |
| MPAT | 2321 | Clinical Medical Pathology I |
| MPAT | 2421 | Clinical Medical Pathology II |
| MPHM | 2341 | Clinical Medical Pharmacology I |
| MPHM | 2441 | Clinical Medical Pharmacology II |
| MBEH | 2330 | Behavioral Sciences |
| MCLM | 2430 | Introduction to Clinical Medicine |

## List of Clerkships

Required clerkships appear in CAPITAL letters; subspecialties in each area follow.

| | | |
|---|---|---|
| CMDC | 5002 | MEDICINE |
| CMDS | 5017 | Cardiology |
| CMDS | 5115 | Critical Care Medicine |
| CMDS | 5080 | Emergency Medicine |
| CMDS | 5020 | Endocrinology |
| CMDS | 5033 | Gastroenterology |
| CMDS | 5027 | Hematology |
| CMDS | 5016 | Infectious Disease |
| CMDS | 5125 | Allergy and Immunology |
| CMDS | 5045 | Nephrology |
| CMDS | 5110 | Oncology |
| CMDS | 5289 | Pulmonary Disease |
| CMDS | 5130 | Rheumatology |
| CMDS | 5135 | Rehabilitation Medicine |
| CMDS | 5037 | Geriatrics |
| CMDS | 5195 | Sports Medicine |
| CMDS | 5185 | Tropical Medicine |
| CMDS | 5233 | Medicine Sub-Internship |
| COGC | 5003 | OBSTETRICS/ GYNECOLOGY |
| COGE | 5030 | Obstetrics/Gynecology Sub-internship |
| CPDC | 5004 | PEDIATRICS |
| CELE | 5540 | Pediatrics Sub-internship |
| CPSC | 5005 | PSYCHIATRY |
| CSRC | 5006 | SURGERY |
| CSGS | 5720 | Colon and Rectal Surgery |
| CSGS | 5725 | Neurological Surgery |
| CSGS | 5730 | Orthopedic Surgery |
| CSGS | 5740 | Plastic Surgery |
| CSGS | 5750 | Urology |
| CSGS | 5755 | Vascular Surgery |
| CSGS | 5760 | Otolaryngology |
| CSGS | 5765 | Trauma Surgery |
| CSGS | 5805 | Ophthalmology |
| CSGS | 5828 | Hand Surgery |
| CSGS | 5835 | Surgical Sub-internship |
| CSGS | 5735 | Pediatric Surgery |
| CSGS | 5787 | Burn Surgery |
| CSGS | 5810 | Shock Trauma Surgery |
| CSGS | 5790 | Cardiothoracic Surgery |
| CFPC | 5001 | FAMILY MEDICINE |
| | | Electives: Approval of any clerkship electives not listed here is at the discretion of the dean of clinical sciences. |
| CELE | 5545 | Neonatology |
| CMDS | 5102 | Neurological Pathology |
| CMDS | 5288 | Ambulatory Internal Medicine |
| CMDS | 5075 | Neurology |
| CSGS | 5785 | Anesthesiology |
| CSGS | 5080 | Emergency Room |
| CELE | 5605 | Clinical Pathology |
| CELE | 5630 | Clinical Radiology |
| CELE | 5645 | Radiation Oncology |
| CELE | 5014 | Radiology |
| CMDS | 5120 | Dermatology |
| CMDS | 5225 | Public Health/Community Medicine |
| CMDS | 5331 | Electrocardiography |
| CMDS | 5255 | Family Medicine Elective |
| CSGS | 5797 | General Surgery Elective |
| CMDS | 5275 | Hyperbaric Medicine/Wound Care |
| CSGS | 5800 | Gynecologic Surgery |
| CELE | 5910 | Perinatology |
| CMDS | 5911 | Infertility |
| CMDS | 5060 | Intensive Care Unit |
| CELE | 5450 | Ob/Gyn Anesthesia |
| CELE | 5912 | Medical Ethics |
| CELE | 5640 | Nuclear Medicine |
| CELE | 5022 | Pathology |
| CELE | 5555 | Pediatric Infectious Disease |
| CELE | 5019 | Pediatric Genetics |
| CMDS | 5165 | Preventive Medicine |
| CMDS | 5170 | Primary Care |
| CPSE | 5011 | Psychiatry Elective |
| CMDS | 5180 | Substance Abuse |
| CELE | 5913 | Pediatric Orthopedics |
| CSGS | 5820 | Surgical Elective |
| CMDS | 5046 | Medicine Elective |
| CSGS | 5822 | Podiatry |
| CELE | 5430 | Neonatal Intensive Care Unit |
| CPDE | 5009 | Pediatric Elective |
| CSGS | 5825 | Surgical Oncology |
| CELE | 5435 | Ob/Gyn Elective |
| CELE | 5565 | Adolescent Medicine |
| CMDS | 5140 | Physical Medicine and Rehabilitation |
| | | RESEARCH ELECTIVES |
| CELE | 5914 | Pediatrics Research Elective |
| CMDS | 5360 | Clinical Research Elective |
| CMDR | 5010 | Medical Research Elective |
| CSGS | 5655 | Surgical Research Elective |

26

**Flushing Hospital (MD)**
45th Avenue & Parsons Blvd.
Flushing, NY 11355
Core(s): Psychiatry
Elective(s): Psychiatry

**Good Samaritan Hospital (MD)**
5601 Loch Raven Boulevard
Baltimore, MD 21239
Core(s): Internal Medicine

**Grant Medical Center (OhioHealth) (MD)**
285 E. State Street, Suite 670
Columbus, OH 43215
Core(s): Family Medicine

**Griffin Hospital (MD)**
130 Division Street
Derby, CT 06418
Core(s): Internal Medicine
Elective(s): Internal Medicine

**Grove Pediatrics (MD)**
(Jackson Park Hospital)
1775 Dempster Road
Park Ridge, IL 60068
Core(s): Pediatrics
Elective(s): Pediatrics

**Harbor Hospital Center (MD)**
3001 South Hanover Street
Baltimore, MD 21225
Core(s): Internal Medicine
Elective(s): Internal Medicine, Surgery

**Hoboken University Medical Center (MD)**
(Formerly St. Mary Hospital of Hoboken)
122 Clinton Street
Hoboken, NJ 07030
Core(s): Family Medicine

**Holy Cross Hospital of Silver Spring (MD)**
1500 Forest Glen Road
Silver Spring, MD 20910
Core(s): OB/GYN
Elective(s): OB/GYN, Radiology

**Huron Hospital (MD)**
13951 Terrace Road, Suite 230
East Cleveland, OH 44112
Core(s): Internal Medicine, Surgery
Elective(s): Surgery

**Inner Harbor Hospital (MD)**
4685 Dorsett Shoals Road
Douglasville, GA 30135
Core(s): Psychiatry
Elective(s): Psychiatry

**Isaac Ray Center, Inc. (MD)**
(Cermak Health Services of Cook County)
1725 W. Harrison Street, Suite 110
Chicago, IL 60612
Core(s): Psychiatry
Elective(s): Psychiatry

**Jackson Park Hospital (MD)**
7531 Stony Island Avenue
Chicago, IL 60649
Core(s): Family Medicine, Internal Medicine,
OB/GYN, Pediatrics, Psychiatry, Surgery
Elective(s): All

**Kern Medical Center (MD)**
1830 Flower Street
Bakersfield, CA 93305
Core(s): Family Medicine, Internal Medicine,
OB/GYN, Pediatrics, Psychiatry, Surgery
Elective(s): All

**King's County Hospital Center (MD)**
451 Clarkson Avenue
Brooklyn, NY 11203
Core(s): Internal Medicine, Psychiatry
Elective(s): Internal Medicine, Psychiatry

**Larkin Community Hospital (DO)**
7031 S.W. 62nd Avenue
South Miami, FL 33143
Core(s): Family Medicine
Elective(s): Family Medicine

**Lutheran Medical Center (MD)**
150 55th Street
Brooklyn, NY 11220
Core(s): Internal Medicine, Surgery
Elective(s): Internal Medicine, Surgery

**Metropolitan State Hospital (MD)**
11401 Bloomfield Avenue
Norwalk, CA 90650
Core(s): Psychiatry
Elective(s): Psychiatry

**MetroHealth System (MD)**
2500 MetroHealth Drive
Cleveland, OH 44109
Elective(s): Family Medicine, Internal
Medicine, OB/GYN, Pediatrics, Psychiatry

**Miami Beach Community Health Center (MD)**
8260 N.E. 2nd Avenue
Miami, FL 33138
Core(s): Family Medicine

**Mount Vernon Hospital (MD)**
12 North Seventh Avenue
Mt. Vernon, NY 10550
Core(s): Internal Medicine
Elective(s): Internal Medicine

**Maimonides Medical Center (MD)**
4802 10th Avenue
Brooklyn, NY 11219-9988
Core(s): Internal Medicine, OB/GYN,
Pediatrics, Psychiatry, Surgery
Elective(s): Anesthesiology, Emergency, ENT,
Internal Medicine, OB/GYN, Orthopedics,
Pediatrics, Psychiatry, Radiology, Surgery

**Memorial Medical Center (MD)**
2450 S. Telshor Boulevard
Las Cruces, NM 88011
Core(s): Family Medicine
Elective(s): Family Medicine

**Mercy Health System (MD)**
1000 Mineral Point Avenue
Janesville, WI 53548
Core(s): OB/GYN, Pediatrics, Psychiatry, Surgery
Elective(s): All

**New York Downtown Hospital (MD)**
170 William Street
New York, NY 10038
Core(s): OB/GYN, Surgery

**New York Methodist Hospital (MD)**
210 Flatbush Avenue
Brooklyn, NY 11217
Elective(s): All

**North General Hospital (MD)**
1879 Madison Avenue
New York, NY 10035
Core(s): Psychiatry, Internal Medicine
Elective(s): Psychiatry, Internal Medicine

**NYU Hospital for Joint Diseases (MD)**
301 E. 17th Street, Room 1402
New York, NY 10003
Elective(s): Orthopedic Surgery

**Peninsula Hospital Center (DO)**
51-15 Beach Channel Drive
Far Rockaway, NY 11691
Core(s): Surgery
Elective(s): General Surgery, Urology Surgery
(fourth year), FP/Radiology, FP/Cardiology,
FP/Pulmonary, FP/Emergency, FP/Physical
Medicine and Rehabilitation, FP/Internal
Medicine, FP/Infectious Disease

**Prince George's Hospital Center (MD)**
3001 Hospital Drive
Cheverly, MD 20785
Core(s): Internal Medicine, OB/GYN
Elective(s): Internal Medicine, OB/GYN

**Princess Margaret Hospital (MD)**
P.O. Box 266
Roseau, Commonwealth of Dominica
Core(s): OB/GYN, Psychiatry, Surgery
Elective(s): All

**Public Hospitals Authority (MD)**
3rd & West Terraces, Centreville
Building "B"
P.O. Box N 8002
Nassau Bahamas
Core(s): All
Elective(s): All

**Raritan Bay Medical Center (MD)**
530 New Brunswick Avenue
Perth Amboy, NJ 08861
Core(s): Internal Medicine
Elective(s): All

**Riverside County Regional Medical Center
(RCMMC) (MD)**
26520 Cactus Avenue
Moreno Valley, CA 92555
Core(s): Family Medicine,
OB/GYN, Pediatrics, Surgery
Elective(s): Anesthesia, Family Medicine,
Neurosurgery, OB/GYN, Ophthalmology,
Pediatrics, Surgery

**Rochester General Hospital (MD)**
1425 Portland Avenue
Rochester, NY 14621
Core(s): Surgery
Elective(s): Internal Medicine Sub-I,
Plastic Surgery, Urology

**San Juan Municipal Hospital (MD)**
Centro Medico
Barrio Monacillos
Rio Piedras, PR 00926
Core(s): Internal Medicine, OB/GYN,
Pediatrics
Elective(s): Internal Medicine, OB/GYN,
Pediatrics

**Southwest Georgia Family Medicine (MD)**
A division of Phoebe Putney Memorial
Hospital, Inc.
2336 Dawson Road, Suite 2200
Albany, GA 31707
Core(s): Family Medicine, Pediatrics
Elective(s): Sports Medicine

**Southwest Washington Medical Center
(MD)**
600 N.E. 92nd Avenue
Vancouver, WA 98664
Elective(s): Family Medicine

**Spring Grove Hospital Center (MD)**
55 Wade Avenue
Catonsville, MD 21228
Core(s): Psychiatry
Elective(s): Psychiatry

**St. Agnes Hospital (MD)**
900 Caton Avenue
Baltimore, MD 21229
Core(s): Internal Medicine, Surgery
Elective(s): Internal Medicine, Surgery

**St. Anthony's Hospital (MD)**
2875 W. 19th Street
Chicago, IL 60623
Core(s): Family Medicine, Internal Medicine,
OB/GYN, Pediatrics, Surgery
Elective(s): Ambulatory Medicine, Anesthesiology,
Cardiology, Emergency Medicine, Gastroenterology,
Infectious Disease, Orthopedic Surgery

**St. Barnabas Hospital (MD and DO)**
3rd Avenue & 183rd Street
Bronx, NY 10457
Core(s): Surgery (DO), Internal Medicine (MD),
Pediatrics (MD)
Elective(s): ER (DO), Internal Medicine (MD),
Pediatrics (MD), Surgery (DO)

**Ellis Hospital (MD)**
600 McClellan Street
Schenectady, NY 12304
Core(s): Family Medicine
Elective(s): Family Medicine

**St. Elizabeth Hospital (MD)**
2700 Martin Luther King Jr. Avenue S.E.
Barton Hall Room 263
Washington, DC 20032
Core(s): Psychiatry
Elective(s): Psychiatry

**St. John's Episcopal Hospital (South Shore)
(MD and DO)**
327 Beach 19th Street
Far Rockaway, NY 11691
Core(s): Family Medicine (DO), OB/GYN (DO),
Surgery (DO), Internal Medicine (MD), Psychiatry
(DO), Pediatrics (MD)
Elective(s): Internal Medicine, OB/GYN,
Pediatrics, Psychiatry

**St. Joseph Mercy Hospital Oakland (MD)**
44405 Woodward Avenue
Pontiac, MI 48341
Core(s): Internal Medicine, Surgery
Elective(s): All

**St. Mark's Hospital (MD)**
1200 East 3900 South
Salt Lake City, UT 84124
Core(s): Family Medicine, Internal Medicine,
OB/GYN, Pediatrics, Surgery
Elective(s): Family Medicine, Internal Medicine,
OB/GYN, Pediatrics, Surgery

**St. Mary's Hospital (MD)**
56 Franklin Street
Waterbury, CT 06706
Core(s): Internal Medicine, Surgery
Elective(s): Internal Medicine, Surgery

**St. Mary and Elizabeth Medical Center
(MD)**
2233 West Division Street
Chicago, IL 60622
Core(s): All
Elective(s): All

**St. Vincent's Medical Center (MD)**
2800 Main Street
Bridgeport, CT 06606
Core(s): Internal Medicine, Surgery
Elective(s): Internal Medicine, Surgery

**Staten Island University Hospital (MD)**
475 Seaview Avenue
Staten Island, NY 10305
Core(s): Pediatrics, Surgery
Elective(s): Pediatrics, Surgery, OB/GYN,
Internal Medicine

# AFFILIATED HOSPITALS BY STATE OR COUNTRY

## BAHAMAS
Public Hospitals Authority, Nassau, Bahamas

## CALIFORNIA
Kern Medical Center, Bakersfield, CA
Metropolitan State Hospital, Norwalk, CA
Riverside County Regional Medical Center, Moreno Valley, CA

## COMMONWEALTH OF DOMINICA, WEST INDIES
Princess Margaret Hospital, Roseau, Dominica

## CONNECTICUT
Danbury Hospital, Danbury, CT
Griffin Hospital, Derby, CT
St. Mary's Hospital, Waterbury, CT
St. Vincent's Medical Center, Bridgeport, CT

## FLORIDA
Greater Miami Health Education & Training Centers (HETC), South Miami, FL
Larkin Community Hospital, South Miami, FL
Miami Beach Community Health Center, Miami, FL

## GEORGIA
DeKalb Medical Center, Decatur, GA
Inner Harbor Hospital, Douglasville, GA
Southwest Georgia Family Medicine, Albany, GA

## ILLINOIS
Decatur Memorial Hospital, Decatur, IL
Grove Pediatrics, Park Ridge, IL
Isaac Ray Center, Inc., Chicago, IL
Jackson Park Hospital, Chicago, IL
St. Anthony's Hospital, Chicago, IL
St. Mary and Elizabeth Medical Center, Chicago, IL
West Lake Community Hospital, Melrose Park, IL

## MARYLAND
Good Samaritan Hospital of Maryland, Baltimore, MD
Harbor Hospital Center, Baltimore, MD
Holy Cross Hospital of Silver Spring, Silver Spring, MD
Prince George's Hospital Center, Cheverly, MD
Spring Grove Hospital Center, Catonsville, MD
St. Agnes Hospital, Baltimore, MD

## MASSACHUSETTS
Cape Cod Hospital, Hyannis, MA

## MICHIGAN
Detroit Medical Center/Sinai-Grace Hospital, Detroit, MI
St. Joseph Mercy Hospital Oakland, Pontiac, MI
Synergy Medical Education Alliance, Saginaw, MI

## NEW JERSEY
Bergen Regional Medical Center, Paramus, NJ
Hoboken University Medical Center, Hoboken, NJ
Raritan Bay Medical Center, Perth Amboy, NJ
Trinitas Hospital, Elizabeth, NJ

## NEW MEXICO
Memorial Medical Center, Las Cruces, NM

## NEW YORK
Bronx-Lebanon Hospital Center, Bronx, NY
Brookdale Hospital Medical Center, Brooklyn, NY
Flushing Hospital, Flushing, NY
King's County Hospital Center, Brooklyn, NY
Long Beach Medical Center, Long Beach, NY
Lutheran Medical Center, Brooklyn, NY
Nalmonides Medical Center, Brooklyn, NY
Mount Vernon Hospital, Mt. Vernon, NY
New York Downtown Hospital, New York, NY
New York Methodist Hospital, Brooklyn, NY
North General Hospital, New York, NY
NYU Hospital for Joint Diseases, New York, NY
Peninsula Hospital Center, Far Rockaway, NY

**Synergy Medical Alliance (MD)**
1000 Houghton Avenue
Saginaw, MI 48602
Core(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Psychiatry, Surgery
Elective(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Psychiatry, Surgery

**Trinitas Hospital (MD)**
(Formerly St. Elizabeth Hospital)
225 Williamson Street
Elizabeth, NJ 07207
Core(s): Internal Medicine

**Westlake Community Hospital (MD)**
1225 Lake Street
Melrose Park, IL 60160
Core(s): Internal Medicine
Elective(s): Internal Medicine

**Wyckoff Heights Medical Center (MD)**
374 Stockholm Street
Brooklyn, NY 11237
Core(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Surgery
Elective(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Surgery

**Brooklyn Queens Health Care, Inc. (MD)**
Core(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Surgery
Elective(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Surgery