# AFFILIATED HOSPITALS BY STATE OR COUNTRY

## BAHAMAS
Public Hospitals Authority, Nassau, Bahamas

## CALIFORNIA
Kern Medical Center, Bakersfield, CA
Metropolitan State Hospital, Norwalk, CA
Riverside County Regional Medical Center, Moreno Valley, CA

## COMMONWEALTH OF DOMINICA, WEST INDIES
Princess Margaret Hospital, Roseau, Dominica

## CONNECTICUT
Danbury Hospital, Danbury, CT
Griffin Hospital, Derby, CT
St. Mary's Hospital, Waterbury, CT
St. Vincent's Medical Center, Bridgeport, CT

## FLORIDA
Greater Miami Health Education & Training Centers (HETC), South Miami, FL
Larkin Community Hospital, South Miami, FL
Miami Beach Community Health Center, Miami, FL

## GEORGIA
DeKalb Medical Center, Decatur, GA
Inner Harbor Hospital, Douglasville, GA
Southwest Georgia Family Medicine, Albany, GA

## ILLINOIS
Decatur Memorial Hospital, Decatur, IL
Grove Pediatrics, Park Ridge, IL
Isaac Ray Center, Inc., Chicago, IL
Jackson Park Hospital, Chicago, IL
St. Anthony's Hospital, Chicago, IL
St. Mary and Elizabeth Medical Center, Chicago, IL
West Lake Community Hospital, Melrose Park, IL

## MARYLAND
Good Samaritan Hospital of Maryland, Baltimore, MD
Harbor Hospital Center, Baltimore, MD
Holy Cross Hospital of Silver Spring, Silver Spring, MD
Prince George's Hospital Center, Cheverly, MD
Spring Grove Hospital Center, Catonsville, MD
St. Agnes Hospital, Baltimore, MD

## MASSACHUSETTS
Cape Cod Hospital, Hyannis, MA

## MICHIGAN
Detroit Medical Center/Sinai-Grace Hospital, Detroit, MI
St. Joseph Mercy Hospital Oakland, Pontiac, MI
Synergy Medical Education Alliance, Saginaw, MI

## NEW JERSEY
Bergen Regional Medical Center, Paramus, NJ
Hoboken University Medical Center, Hoboken, NJ
Raritan Bay Medical Center, Perth Amboy, NJ
Trinitas Hospital, Elizabeth, NJ

## NEW MEXICO
Memorial Medical Center, Las Cruces, NM

## NEW YORK
Bronx-Lebanon Hospital Center, Bronx, NY
Brookdale Hospital Medical Center, Brooklyn, NY
Flushing Hospital, Flushing, NY
King's County Hospital Center, Brooklyn, NY
Long Beach Medical Center, Long Beach, NY
Lutheran Medical Center, Brooklyn, NY
Maimonides Medical Center, Brooklyn, NY
Mount Vernon Hospital, Mt. Vernon, NY
New York Downtown Hospital, New York, NY
New York Methodist Hospital, Brooklyn, NY
North General Hospital, New York, NY
NYU Hospital for Joint Diseases, New York, NY
Peninsula Hospital Center, Far Rockaway, NY



**Synergy Medical Alliance (MD)**
1000 Houghton Avenue
Saginaw, MI 48602
Core(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Psychiatry, Surgery
Elective(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Psychiatry, Surgery

**Trinitas Hospital (MD)**
(Formerly St. Elizabeth Hospital)
225 Williamson Street
Elizabeth, NJ 07207
Core(s): Internal Medicine

**Westlake Community Hospital (MD)**
1225 Lake Street
Melrose Park, IL 60160
Core(s): Internal Medicine
Elective(s): Internal Medicine

**Wyckoff Heights Medical Center (MD)**
374 Stockholm Street
Brooklyn, NY 11237
Core(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Surgery
Elective(s): Family Medicine, Internal Medicine, OB/GYN, Pediatrics, Surgery

**Brooklyn Queens Health Care, Inc.**

Rochester General Hospital, Rochester, NY
St. Barnabas Hospital, Bronx, NY
St. Clare's Hospital of Schenectady, Schenectady, NY
St. John's Episcopal Hospital, Rockaway, NY
Staten Island University Hospital, Staten Island, NY
Wyckoff Heights Medical Center, Brooklyn, NY

**OHIO**
Forum Health, Trumbull Memorial Hospital (Western Reserve Care), Warren, OH
Grant Medical Center (OhioHealth), Columbus, OH
Huron Hospital, East Cleveland, OH
MetroHealth System, Cleveland, OH

**PUERTO RICO**
San Juan Municipal Hospital, Rio Piedras, PR

**UTAH**
St. Mark's Hospital, Salt Lake City, UT

**VIRGINIA**
Carilion Clinic, Roanoke, VA

**WASHINGTON**
Southwest Washington Medical Center, Vancouver, WA

**WASHINGTON, DC**
St. Elizabeth Hospital, Washington, DC

**WISCONSIN**
Mercy Health System, Janesville, WI

GRADUATE TRAINING

## National Resident Matching Program (NRMP)

A major avenue to securing a residency position is participation in the National Resident Matching Program (NRMP). Students train in a residency program for two or three years, and during this time they also sit for the USMLE Step 3. Upon completion of their residency and passing of the USMLE Step 3, candidate physicians are prepared for licensure.

The NRMP is a paired-choice system for matching applicants to available residencies that occurs annually in March. Students and graduates of Ross University School of Medicine who are seeking postgraduate residency positions in the United States are eligible to enroll in the NRMP. They are required to submit proof of passing the examinations necessary to obtain certification from the ECFMG by February of the relevant year. ECFMG certification must be obtained before residency training can begin. The NRMP matches applicants with appropriate institutions offering residency positions. Information about this program can be obtained by contacting:

National Resident Matching Program
2450 N Street, NW, Suite 1
Washington, DC 20037
Telephone: 202-828-0566
Fax: 202-828-1797
Email: NRMP@aamc.org

## Securing Residencies Outside the Match

Students eligible for graduation may obtain postgraduate training positions outside of the

## Residency Preparation Assistance

Approximately one year prior to graduation from Ross University, students need to begin planning for the residency process. The Department of Graduate Affairs is dedicated to helping students through this process. It also assists students in applying for licensure to state boards of medicine. The pre-application process for residency includes obtaining specific forms, a Dean's Letter, and other requirements. The Department of Graduate Affairs adheres to strict NRMP deadlines for Match participants, and for receipt of the pre-application materials.

## 2009 Residency Appointments

Listed below are Ross University residency appointments as of May 31, 2009:

### Anesthesiology

Albany Medical Center – Albany, NY
Boston Medical Center – Boston, MA
Caritas/St. Elizabeth's Medical Center – Boston, MA
Ohio State University Medical Center – Columbus, OH
Saint Joseph's Regional Medical Center – Paterson, NJ
State University of New York Upstate Medical Center – Syracuse, NY
University of Medicine & Dentistry of New Jersey/New Jersey Medical School – Newark, NJ
University of Southern California – Los Angeles, CA
University of Toledo – Toledo, OH

### Emergency Medicine

Brooklyn Hospital Center – Brooklyn, NY
Lincoln Medical Center – Bronx, NY
Louisiana State University Health Sciences Center, Shreveport – Shreveport, LA
Louisiana State University School of Medicine at New Orleans – New Orleans, LA

### Family Medicine

Arrowhead Regional Medical Center – Colton, CA
Aultman Hospital/Northeastern Ohio University College of Medicine – Canton, OH
Austin Medical Education Programs – Austin, TX
Barberton Hospital/Northeastern Ohio University College of Medicine – Barberton, OH
Baton Rouge General Medical Center – Baton Rouge, LA
Baylor Medical Center at Garland – Garland, TX
Bon Secours St. Francis – Midlothian, VA
Brooklyn Hospital Center – Brooklyn, NY
Case Western Reserve University/MetroHealth – Cleveland, OH
Central Maine Medical Center – Lewiston, ME
CentraState Hospital/Robert Wood Johnson University Hospital – Piscataway, NJ
Chestnut Hill Hospital – Philadelphia, PA
CHRISTUS Spohn Hospital-Memorial – Corpus Christi, TX
Clarian Health - Methodist Hospital – Indianapolis, IN
Community Hospitals – Indianapolis, IN
Cook County/Loyola Provident – Chicago, IL
Cox Medical Center – Springfield, MO
Drexel University College of Medicine/ Hahnemann University Hospital – Philadelphia, PA
Drexel University College of Medicine/ Saint Peter's University Hospital – New Brunswick, NJ
Eastern New Mexico Medical Center – Roswell, NM
Flower Hospital – Sylvania, OH
Fort Wayne Medical Education Program – Fort Wayne, IN
Geisinger Health System – Danville, PA
Hinsdale Hospital – Hinsdale, IL
Hoboken University Medical Center – Hoboken, NJ
In His Image Family Medicine/Hillcrest Medical Center – Tulsa, OK
John F. Kennedy Medical Center – Edison, NJ
Kaiser Permanente Medical Center, Fontana – Fontana, CA
LaTrobe Hospital – Latrobe, PA
Louisiana State University Health Science Center, Shreveport – Shreveport, LA
Louisiana State University School of Medicine – New Orleans, LA
Loyola University Medical Center – Maywood, IL
Lutheran Medical Center – Brooklyn, NY
Lynchburg Family Medicine Residency – Lynchburg, VA
Maimonides Medical Center – Brooklyn, NY
Marquette General Hospital – Marquette, MI
McLaren Regional Medical Center – Flint, MI
McMaster University – Hamilton, ON
Medical College of Wisconsin Affiliated Hospitals – Milwaukee, WI
Memorial Health University Medical Center – Savannah, GA
Mercer University School of Medicine/Medical Center of Central Georgia – Macon, GA
Mercy Health System – Janesville, WI
Mercy Medical Center, Merced – Merced, CA
Mercy Medical Center, Redding – Redding, CA
Metropolitan Hospital Center – New York, NY
Michigan State University, Kalamazoo Center for Medical Studies – Kalamazoo, MI
Moses H. Cone Memorial Hospital – Greensboro, NC
New Hanover Regional Medical Center – Wilmington, NC
Oakwood Hospital and Medical Center – Dearborn, MI
Phoebe Putney Memorial Hospital – Albany, GA
Phoenix Baptist Hospital – Phoenix, AZ
Pitt County Memorial Hospital/Brody School of Medicine – Greenville, NC
Providence Hospital – Southfield, MI
Rapides Regional Medical Center – Alexandria, LA
Research Medical Center – Kansas City, MO
Saint John Hospital and Medical Center – Detroit, MI
State University of New York Upstate Medical Center – Syracuse, NY
Synergy Medical Education Alliance – Saginaw, MI
University Hospitals Case Medical Center – Cleveland, OH
University of Manitoba –Winnipeg, MB
University of Puerto Rico – San Juan, PR
University of South Florida College of Medicine – Tampa, FL
University of Texas Medical School – Houston, TX
University of Toledo – Toledo, OH
Wayne State University/Detroit Medical Center – Detroit, MI



35.

## Internal Medicine
- Akron General Medical Center/Northeastern Ohio University College of Medicine – Akron, OH
- Albany Medical Center Hospital – Albany, NY
- Allegheny General Hospital – Pittsburgh, PA
- Ball Memorial Hospital – Muncie, IN
- Beth Israel Medical Center– New York, NY
- Bridgeport Hospital – Bridgeport, CT
- Bronx-Lebanon Hospital Center – Bronx, NY
- Case Western Reserve University/MetroHealth – Cleveland, OH
- Cook County Hospital/Stroger Hospital – Chicago, IL
- Damas Hospital – Ponce, PR
- Dartmouth-Hitchcock Medical Center – Lebanon, NH
- Detroit Medical Center/Sinai-Grace Hospital – Detroit, MI
- Drexel University College of Medicine/Hahnemann University Hospital – Philadelphia, PA
- Emory University School of Medicine – Atlanta, GA

## Family Medicine – Tropical Medicine
- Presbyterian Intercommunity Hospital – Whittier, CA
- West Reserve Care/Northeastern Ohio University College of Medicine – Cleveland, OH
- University Medical Center, Lafayette – Lafayette, LA
- University of Wyoming, Cheyenne – Cheyenne, WY
- University of Wyoming, Casper – Casper, WY
- University of Wisconsin School of Medicine and Public Health, Wausau – Wausau, WI
- University of Western Ontario – London, ON
- University of Texas Southwest Medical School, Dallas/Parkland – Dallas, TX
- University of Pittsburgh Medical Center/Saint Margaret – Pittsburgh, PA
- University of Oklahoma College of Medicine – Oklahoma City, OK
- University of North Carolina Hospitals – Chapel Hill, NC

- Resurrection Medical Center – Chicago, IL
- Riverside County Regional Medical Center – Moreno Valley, CA
- Riverside Regional Medical Center – Newport News, VA
- Rush Copley Memorial Hospital – Aurora, IL
- Saint Francis Hospital – Wilmington, DE
- Saint John Hospital and Medical Center – Detroit, MI
- Saint Joseph's Hospital – Marshfield, WI
- Saint Joseph's Hospital – Tucson, AZ
- Saint Louis University School of Medicine – St. Louis, MO
- Saint Vincent Hospital and Health Center – Indianapolis, IN
- San Jacinto Methodist Hospital – Baytown, TX
- Somerset Medical Center– Somerville, NJ
- Southern Illinois University, Carbondale – Carbondale, IL
- Southern Illinois University, Decatur – Decatur, IL
- Sparrow Hospital – Lansing, MI
- Stamford Hospital/Columbia University – Stamford, CT
- Stanislaus Health Services – Turlock, CA
- State University of New York Stony Brook Teaching Hospitals – Stony Brook, NY
- Tallahassee Memorial HealthCare – Tallahassee, FL
- Texas Tech University Health Sciences Center – Lubbock, TX
- Underwood-Memorial Hospital – Woodbury, NJ
- University at Buffalo School of Medicine & Biological Sciences – Buffalo, NY
- University of Arkansas for Medical Sciences, Area Health Education Centers – Fayetteville, AR
- University of Illinois College of Medicine, Chicago – Chicago, IL
- University of Kansas School of Medicine – Kansas City, MO
- University of Massachusetts Medical School – Worcester, MA
- University of Medicine & Dentistry of New Jersey, Newark – Newark, NJ
- University of Medicine & Dentistry of New Jersey/Robert Wood Johnson University Hospital/CentraState Hospital, Piscataway – Piscataway, NJ

- Englewood Hospital Medical Center – Englewood, NJ
- Flushing Hospital Medical Center – Flushing, NY
- Good Samaritan Hospital – Cincinnati, OH
- Greenville Hospital System/University of South Carolina School of Medicine – Greenville, SC
- Harbor Hospital Center – Baltimore, MD
- Henry Ford Hospital – Detroit, MI
- Indiana University School of Medicine – Indianapolis, IN
- Jewish Hospital – Cincinnati, OH
- Kaiser Permanente, Fontana – Fontana, CA
- Kaiser Permanente, Santa Clara – Santa Clara, CA
- Kern Medical Center – Bakersfield, CA
- Lehigh Valley Hospital – Allentown, PA
- Leonard J. Chabert Medical Center – Houma, LA
- Maricopa Medical Center – Phoenix, AZ

- Medical College of Wisconsin Affiliated Hospitals – Milwaukee, WI
- Memorial Health University Medical Center – Savannah, GA
- Michigan State University/Kalamazoo Center for Medical Studies – Kalamazoo, MI
- Morehouse School of Medicine – Atlanta, GA
- Morristown Memorial Hospital – Morristown, NJ
- Moses H. Cone Memorial Hospital – Greensboro, NC
- Nashville General Hospital at Meharry – Nashville, TN
- Nassau University Medical Center – East Meadow, NY
- Newark Beth Israel Medical Center – Newark, NJ
- New York Hospital Medical Center of Queens – Flushing, NY
- Ochsner Clinic Foundation – New Orleans, LA

Palmetto Health, Richland – Columbia, SC
PItt County Memorial Hospital/Brody School of
  Medicine – Greenville, NC
Riverside Methodist Hospital – Columbus, OH
Saint Agnes Hospital – Baltimore, MD
Saint Joseph Mercy Hospital – Ann Arbor, MI
Saint Joseph's Hospital – Tucson, AZ
Saint Joseph's Regional Medical Center –
  Paterson, NJ
Saint Louis University School of Medicine –
  St. Louis, MO
Saint Vincent Hospital Center – Indianapolis, IN
Saint Vincent Mercy Medical Center – Toledo, OH
Saint Vincent's Hospital – New York, NY
State University of New York Health Sciences
  Center, Brooklyn – Brooklyn, NY
Staten Island University Hospital –
  Staten Island, NY
Synergy Medical Education Alliance – Saginaw, MI
University at Buffalo School of Medicine –
  Buffalo, NY
University of Connecticut Health Center –
  Farmington, CT
University of Florida College of Medicine –
  Jacksonville, FL
University of Kentucky Medical Center –
  Lexington, KY
University of Massachusetts – Worcester, MA
University of Medicine & Dentistry of New Jersey/
  New Jersey Medical School, Newark –
  Newark, NJ
University of Mississippi Hospital, Jackson –
  Jackson, MS
University of Missouri-Kansas City –
  Kansas City, MO
University of Nevada School of Medicine, Reno –
  Reno, NV
University of Oklahoma College of Medicine,
  Oklahoma City – Oklahoma City, OK
University of Oklahoma College of Medicine,
  Tulsa – Tulsa, OK
University of Pittsburgh Medical Center,
  McKeesport – McKeesport, PA
University of Southern California, Los Angeles –
  Los Angeles, CA
University of Tennessee College of Medicine,
  Chattanooga – Chattanooga, TN

**Internal Medicine – Preliminary**
Case Western Reserve University/MetroHealth –
  Cleveland, OH
Christiana Care Health System – Newark, DE
Maimonides Medical Center – Brooklyn, NY
Morristown Memorial Hospital – Morristown, NJ
Mount Sinai School of Medicine, Elmhurst –
  Elmhurst, NY
New York Hospital Medical Center of Queens –
  Flushing, NY
Penn State Hershey – Hershey, PA
Saint Vincent Hospital, Worcester – Worcester, MA
State University of New York Upstate Medical
  University – Syracuse, NY
University at Buffalo School of Medicine –
  Buffalo, NY
University of Nevada Affiliated Hospitals –
  Las Vegas, NV
Westchester Medical Center – Valhalla, NY

**Medicine – Pediatrics**
Boonshoft School of Medicine at Wright State
  University – Dayton, OH
Case Western Reserve University/MetroHealth –
  Cleveland, OH
Maine Medical Center – Portland, ME
Newark Beth Israel Medical Center – Newark, NJ
Saint Louis University School of Medicine –
  St. Louis, MO
University at Buffalo School of Medicine –
  Buffalo, NY
University of Illinois-Saint Francis Medical Center –
  Peoria, IL
University of Missouri Hospitals – Columbia, MO
University of Oklahoma College of Medicine –
  Oklahoma City – Oklahoma City, OK

**Neurological Surgery**
University of Rochester Medical Center/
  Strong Memorial Hospital – Rochester, NY

**Neurology**
Duke University Medical Center – Durham, NC
Jackson Memorial Hospital – Miami, FL
New York University School of Medicine –
  New York, NY
State University of New York Stony Brook
  Teaching Hospitals – Stony Brook, NY
University of Illinois-Saint Francis Medical Center –
  Peoria, IL
University of Medicine & Dentistry of New Jersey/
  Robert Wood Johnson Hospital – Camden, NJ
University of Medicine & Dentistry of New Jersey/
  Robert Wood Johnson Hospital, Piscataway –
  Piscataway, NJ
University Hospital – Cincinnati, OH
Virginia Commonwealth University Health System –
  Richmond, VA

**Neuropathology**
University of Western Ontario – London, ON

**Obstetrics and Gynecology**
Albert Einstein Medical Center – Philadelphia, PA
Bridgeport Hospital – Bridgeport, CT
Crozer-Chester Medical Center – Upland, PA
Danbury Hospital – Danbury, CT
Franklin Square Hospital – Baltimore, MD
Long Island Jewish Medical Center –
  New Hyde Park, NY
Medical College of Georgia, Augusta –
  Augusta, GA
Mercer University School of Medicine/Medical
  Center of Central Georgia – Macon, GA
Mount Sinai Hospital Medical Center – Chicago, IL
Oakwood Hospital and Medical Center –
  Dearborn, MI
Palmetto Health, Richland – Columbia, SC
Saint Barnabas Medical Center – Livingston, NJ
Saint Vincent's Hospital – New York, NY
San Juan City Hospital – San Juan, PR
State University of New York Upstate Medical
  University – Syracuse, NY

**Orthopedic Surgery**
University of South Alabama Hospitals –
  Mobile, AL
University of Toronto – Toronto, ON

**Pathology**
Medical College of Wisconsin Affiliated
  Hospitals – Milwaukee, WI
Saint Joseph's Hospital – Tucson, AZ
State University of New York Stony Brook
  Teaching Hospitals – Stony Brook, NY
Summa Health/Northeastern Ohio University
  College of Medicine – Akron, OH
University of California Davis Medical Center –
  Davis, CA
University of Louisville School of Medicine –
  Louisville, KY

**Pediatrics**
Akron Children's Hospital/Northeast Ohio
  University College of Medicine – Akron, OH
Baystate Medical Center– Springfield, MA
Florida State University/Sacred Heart Hospital –
  Pensacola, FL
Harbor-University of California, Los Angeles
  Medical Center – Torrance, CA
Louisiana State University Health Sciences Center,
  Shreveport – Shreveport, LA
Maimonides Medical Center – Brooklyn, NY
Memorial Health University Medical Center –
  Savannah, GA
Nassau University Medical Center –
  East Meadow, NY
North Shore-Long Island Jewish Health System –
  Manhasset, NY
PItt County Memorial Hospital/Brody School
  of Medicine – Greenville, NC
Saint Joseph's Hospital – Tucson, AZ
Southern Illinois University School of Medicine
  and Affiliated Hospitals – Carbondale, IL
State University of New York Health Sciences
  Center – Brooklyn, NY
Temple University Hospitals – Philadelphia, PA

State University of New York Upstate Medical University – Syracuse, NY
Tulane University School of Medicine – New Orleans, LA
University at Buffalo School of Medicine – Buffalo, NY
University of Illinois/Saint Francis Medical Center – Peoria, IL
University of Louisville School of Medicine – Louisville, KY
University of Medicine & Dentistry of New Jersey/New Jersey Medical School – Newark, NJ
University of Nevada Affiliated Hospitals, Las Vegas – Las Vegas, NV
University of South Alabama Hospitals – Mobile, AL
Virginia Commonwealth University Health System – Richmond, VA
Winthrop-University Hospital – Mineola, NY

**Physical Medicine & Rehabilitation**
Case Western Reserve University/MetroHealth – Cleveland, OH
Einstein/Montefiore Medical Center – Bronx, NY
Mayo School of Graduate Medical Education – Rochester, MN
Pitt County Memorial Hospital/Brody School of Medicine – Greenville, NC
State University of New York Health Sciences Center – Brooklyn, NY
State University of New York Upstate Medical University – Syracuse, NY

University at Buffalo School of Medicine – Buffalo, NY
University of Arkansas at Little Rock – Little Rock, AR
University of Kentucky Medical Center – Lexington, KY

**Psychiatry**
Albany Medical Center Hospital – Albany, NY
Brookdale University Hospital and Medical Center – Brooklyn, NY
Charleston Area Medical Center/West Virginia University – Charleston, WV
Creedmoor Psychiatric Center – Queens, NY
Louisiana State University School of Medicine, New Orleans – New Orleans, LA
Maricopa Medical Center – Phoenix, AZ
Michigan State University, Kalamazoo – Kalamazoo, MI
Nassau University Medical Center – East Meadow, NY
Pitt County Memorial Hospital/Brody School of Medicine – Greenville, NC
Saint Vincent's Hospital – New York, NY
State University of New York Stony Brook Teaching Hospitals – Stony Brook, NY
Tulane University School of Medicine – New Orleans, LA
University of Kansas School of Medicine, Kansas City – Kansas City, KS
University of Tennessee College of Medicine, Memphis – Memphis, TN
University of Texas Medical Branch, Galveston – Galveston, TX
West Virginia University School of Medicine – Charleston, WV

**Radiology**
Albany Medical Center Hospital – Albany, NY
Bronx-Lebanon Hospital – Bronx, NY
Christiana Care Health System – Newark, DE
Hospital of Saint Raphael – New Haven, CT
John H. Stroger Jr. Hospital of Cook County – Chicago, IL
Medical College of Georgia, Augusta – Augusta, GA

Providence Hospital and Medical Center – Southfield, MI
Richmond University Medical Center – Staten Island, NY
Saint Joseph Mercy, Oakland – Pontiac, MI
University of Louisville School of Medicine – Louisville, KY
University of Rochester Medical Center/Strong Memorial Hospital – Rochester, NY

**Surgery**
Carolinas Medical Center – Charlotte, NC
Geisinger Health System – Danville, PA
Huron Hospital/Cleveland Clinic Hospital System – Cleveland, OH
Kern Medical Center – Bakersfield, CA
Michigan State University, Kalamazoo – Kalamazoo, MI
Mount Sinai Hospital – New York, NY
Orlando Health – Orlando, FL
PinnacleHealth Hospitals – Harrisburg, PA
Providence Hospital and Medical Center – Southfield, MI
Saint Elizabeth/Northeastern Ohio University College of Medicine – Akron, OH
Stamford Hospital/Columbia University – Stamford, CT
University at Buffalo School of Medicine – Buffalo, NY
University of South Alabama Hospitals – Mobile, AL
York Hospital – York, PA

**Surgery – Preliminary**
Albert Einstein Medical Center – Philadelphia, PA
Beth Israel Medical Center – New York, NY
Louisiana State University School of Medicine – New Orleans, LA
Mayo School of Graduate Medical Education – Rochester, MN
Mount Sinai Hospital – New York, NY
Saint Barnabas Medical Center – Livingston, NJ
Saint John Hospital and Medical Center – Detroit, MI
Saint Vincent's Hospital – New York, NY

# ACADEMIC POLICIES AND PROCEDURES



**Transitional**

Aultman Hospital/Northeastern Ohio University
College of Medicine – Canton, OH
Conemaugh Memorial Hospital –
Johnstown, PA
Maryland General Hospital – Baltimore, MD
Saint Joseph Mercy, Oakland – Pontiac, MI

Sound Shore Medical Center – New Rochelle, NY
State University of New York Upstate Medical
University – Syracuse, NY
Staten Island University Hospital –
Staten Island, NY
University of Maryland Medical Center –
Baltimore, MD
University of South Florida College of Medicine –
Tampa, FL
University of Southern California –
Los Angeles, CA

## Registration of New Students

New students must register online using the MyRoss web self-service tool, which is available at www.rossu.edu/myross. In addition, students must check-in in person on the Dominica campus on the Friday before the first day of classes. Students must present a valid passport as identification in order to receive an official RUSM student identification card. No unregistered student will be admitted to classes. Students who do not check-in prior to the first day of classes will not be permitted to check-in for the semester, and any financial aid disbursements received by the University will be returned to the lender.

A student's enrollment is conditioned upon submission of all documentation required for admission. Any missing documentation that is specified in the offer of admission must be submitted to the University Registrar by the end of the first semester. If the documentation is not received within that time, the student will be administratively withdrawn and will not be permitted to attend the subsequent semester.

At the time of registration, all tuition and fees must be paid in full unless the director of student finance grants an exception based on one of the following:

- The University has received documentary evidence, satisfactory to the director of student finance, indicating that payment is guaranteed and that the full tuition and fees will be paid within 30 days from the beginning of the semester.
- The Office of Student Finance has authorized delayed payment pursuant to a written and signed agreement that requires payment of the full tuition and fees not later than the beginning of the fifth week of the semester.

In the event the payment terms are not met, the University reserves the right to annul registration in which case the student will not receive academic credit for that semester.

## Grading System

Ross University School of Medicine's Foundations of Medicine grading system is as follows:

| Grade | | Grade Range | GPA |
|---|---|---|---|
| A | = | 80–100 | 4.0 |
| B | = | 70–79 | 3.0 |
| C | = | Minimum Passing Score–69 | 2.0 |
| F | = | Failing | 0.0 |
| W | = | Withdrawn Before Interim Exams | 0.0 |
| WP | = | Withdrawn Passing | 0.0 |
| WF | = | Withdrawn Failing | 0.0 |
| I | = | Incomplete | 0.0 |

Withdrawal from a single course during a semester is not permitted. A student electing to withdraw from the University prior to the time of the first exams will receive grades of "W" on his/her transcript. Those leaving after taking one or more interim examinations will receive "WP" (withdrawn passing) grades or "WF" (withdrawn failing), based on their performance in the examination(s) taken. A student who is granted an emergency absence resulting in an Academic Leave of Absence prior to the time of the first exam will receive grades of "W." Those students who leave after taking one or more interim examinations will receive "WP" (withdrawn passing) grades or "WF" (withdrawn failing), based on their performance in the examination(s) taken. An "I" (incomplete) grade is entered when a student is advanced, pending completion of a requirement of a course, as defined by the course director. In this case, the outstanding requirement must be completed the following semester and the "I" will be changed to a grade. Failure to do so will result in a grade of "F" being entered to replace the "I." Students who maintain grades of "A" in all courses in the first two semesters will qualify for the Dean's List. They will remain on the Dean's List as long as they do not receive a grade below "B" in subsequent semesters. The Dean's List will be posted at the beginning of every semester, as soon as the grades are available from the previous semester. This applies for semesters two through four. Students with a grade point average during the first four semesters of 4.0 are designated as Distinguished Scholars. The Honor Role recognizes students who receive all "A's" in the first semester.

The passing grade in all courses is "B"; "C" is marginally passing and "F" is a failing grade. Students should aim to maintain at least a "B" average during the Foundations of Medicine curriculum. This predicts high passing rates and high scores on the USMLE Step 1. Students who pass all of their required courses with grades of "A," "B," "C," or "Pass" are eligible for promotion.

During the Clinical Medicine curriculum, students are evaluated in four different categories on a scale of 1 to 5, where "1" is falling and "5" is excellent. Points are weighted and calculated into a letter grade. A "1" in any category will result in an "F" grade. Evaluations during the Clinical Medicine curriculum include an assessment not only of the student's fund of knowledge and ability to apply it to clinical problems, but also of those characteristics considered desirable in a good physician. These characteristics include: problem-solving ability; reliability; judgment; interpersonal relations with peers, patients and staff; professional skills (history taking and patient examination); and motivation. A final exam concludes each core clerkship; the exam is administered at the hospital training site.

## Examinations

Examinations are considered an integral part of the learning process and are designed to emphasize important concepts and develop problem-solving abilities. All Foundations of Medicine examinations must be taken in Dominica, with the exception that clinical practical examinations may be given at the Princess Margaret Hospital in Dominica or at the student's fifth semester site. Final examinations cannot be missed or "made up" unless a student is on an approved emergency absence. The student will receive an "incomplete" grade and must take the examination at the end of the following semester.

## Monitoring of Student Progress

At appropriate points in the educational process, the faculty reviews the progress of each student in order to identify any academic difficulties that may exist or are developing.

To be in good standing, students in the Foundations of Medicine and Clinical Medicine segments must comply with all academic rules and regulations and remain current in financial obligations.

Students successfully completing and passing all the Foundations of Medicine courses and the National Board of Medical Examiners (NBME) Comprehensive Basic Sciences "Shelf" Examination (COMP), will be eligible for certification to take the USMLE Step 1. A student who does not pass the COMP is given two subsequent opportunities to take and pass the COMP to certify for Step 1.

Students must take and pass all Foundations of Medicine courses, COMP, AICM, and the USMLE Step 1, otherwise they cannot proceed into the core or elective clinical clerkships in US hospitals. Students who are certified to take the USMLE Step 1 must register and take it within six months of becoming eligible. Students who do not pass the USMLE Step 1 are allowed up to two subsequent attempts to pass the exam within 12 months after they became eligible. Ross University School of Medicine's policies provide that students must pass the USMLE in no more than three attempts and within one year of eligibility. Students are required to pass the USMLE Step 1 and the USMLE Step 2 CK and CS examinations in order to be eligible to receive the MD degree from Ross University School of Medicine.

Currently it is Ross University policy that, to be eligible to take the USMLE Step 2, a student must have passed AICM and USMLE Step 1 and started sixth semester. Students who do not pass USMLE Step 2 CK or CS on their first attempt are allowed up to two subsequent attempts to pass the exams within three years after they became eligible.

## Academic Standing

Students maintain good standing by complying with all academic policies and procedures and remaining current in financial obligations. The University reserves the right to withhold services, transcripts and grades from students who are not in good standing. To remain in good academic standing, students must maintain a cumulative grade point average of 2.0 or higher. No semester can be repeated more than once, and no more than two semesters may be repeated.

## Satisfactory Academic Progress

Satisfactory academic progress is a standard of acceptable performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and determination of financial aid eligibility. Students maintain satisfactory academic progress by meeting the requirements listed in the *Student Handbook*, under the section "Promotion Policies."

## Class Attendance

It is the policy of Ross University that attendance is mandatory at all classes, laboratory sessions, case studies/problem-based learning conferences and clinical clerkships. Students who fail to attend class/clinical clerkship or arrive late without a good reason may be given notice of a "professionalism" concern. Any unauthorized absence or failure to report to a clinical clerkship will be grounds for dismissal. In addition, the student will receive a grade of "F" for that clerkship. Ross University School of Medicine is nonsectarian and does not close for the religious holidays of any specific denomination or group; however, there are occasions where a student may require special accommodation for religious reasons. In this case, the student must apply in writing to the University for special consideration. If the request poses an undue burden to the University, such requests will not be granted.

## Professional Conduct, Ethics

Ross University School of Medicine expects its students to adhere to high standards of ethical and professional behavior. Guidelines for such professional behavior are found in the "Expectations of Student Behavior" section of the *Student Handbook* and in the Honor Code (a copy of which is accepted and signed by matriculating students). Instances of notably commendable behavior, or concerning behavior, are recorded by faculty on Professionalism Cards (see details in the *Student Handbook*); these cards are maintained throughout the student's education at Ross University School of Medicine. Several cards of commendation will be noted in the student's Dean's Letter and several cards of concern will be discussed with the student for appropriate remediation. Significant deviation from the expected professional conduct may result in sanction by the Grievance Committee or the Honor Council. These disciplinary bodies may recommend sanctions of reprimand, probation, suspension or dismissal of the student to the dean of the medical school.

## Probation

A student may be placed on probation for academic issues at the recommendation of the Promotions Committee or for "non-cognitive" issues at the recommendation of the Grievance Committee or Honor Council. Academic probation is based on course work and professional behavior and recommended by the respective committee to the dean.

Students are on academic probation while they are repeating one of the first four semesters in remedial semesters or clinical training periods. Students on academic probation are also placed on financial aid probation for one semester. During this probationary semester, students may obtain financial aid. If they are not removed from probationary status the following semester, they will be ineligible to obtain any aid. Additional detailed information regarding financial aid eligibility is provided in the *Financial Planning Guide 2009–10*.

## Dismissal

Students may be dismissed from the University for poor academic performance, for violation of the Honor Code, and/or for behavior in violation of the expectations for student behavior outlined in the *Student Handbook*. This includes failure of the NBME comprehensive exam or USMLE exams in three attempts. Dismissed students are not considered for readmission. A process for appeal is available to dismissed students and is outlined in the *Student Handbook*.

**Appeals Process:** Students receiving no more than a semester may appeal their dismissal to the Promotions Committee. The *Student Handbook* outlines the process for such appeals. Students receiving more than three failures will be dismissed without the right of appeal to the Committee.

## Withdrawals

A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, temporarily interrupted. A withdrawal may be official (when the student completes a withdrawal form) or unofficial (without written notification). In either case, the effective date of withdrawal is the student's last date of attendance. If the withdrawal is effective during the first semester, the student must reapply for admission to the University in order to be reinstated. See "Financial Information" for refund information related to withdrawals.

**Academic Leave of Absence:** A student who needs a longer break between semesters for personal reasons may request an academic leave of absence as outlined in the *Student Handbook*. Generally, an academic leave of absence will be granted for only one semester and the student must return in the following semester.

A student who does not return from an academic leave of absence at the specified time will be subject to academic withdrawal, effective the last day of class attendance. This may affect financial aid obligations as described in the *Financial Planning Guide 2009–10*.

## Absences

**Emergency Absences:** Students may have unavoidable, nonacademic reasons for interrupting their enrollment during a semester. With the approval of the dean for student affairs, or his/her designee, a student may be temporarily excused from classes during a semester due to documented emergency circumstances. An emergency absence is authorized only when a student intends to return within two weeks to complete all coursework for that semester. A student who is unable to return from an emergency absence within two weeks must request an academic leave of absence. Failure to request an academic leave of absence will result in an administrative withdrawal and the student must apply for readmission. The interrupted semester will not be counted when determining time limits for satisfactory academic progress. In the case of an academic leave of absence or emergency absence, students will not be charged tuition twice for the same semester.

*Note:* Although a leave of absence may be authorized in special circumstances, failure to return to the University from a leave of absence is considered a withdrawal as of the last date of attendance. Under US federal regulations, a leave of absence must be requested and approved in advance and may not exceed 180 days in a 12-month period. An interruption of enrollment status that does not qualify as a leave of absence is considered a withdrawal as of the last date of attendance.

**Administrative Withdrawal:** The University Registrar may enter an administrative withdrawal in the student's record when any of the following apply:

- Student does not return to the campus to register for the following semester to attend classes in week one of a semester.
- Student does not return at the time specified for the end of an approved leave.
- Student is not scheduled for a clinical rotation for a period of 30 days or more and has not applied for and received an approved academic leave of absence.
- Student does not sit for the NBME comprehensive exam within three consecutive semesters.
- Student does not sit for their first attempt of USMLE Step 1 within six months of becoming eligible.
- Student does not pass USMLE Step 1 within one year of becoming eligible.
- Student does not pass USMLE Step 2 CK or CS within three years of becoming eligible.
- Student does not submit USMLE exam results within thirty days of receipt.
- Student does not submit missing file documentation within one semester of being admitted.

A student who is administratively withdrawn will be reported as withdrawn effective the last day he/she attended classes. The date of withdrawal will be reported to the US Department of Education if the student had federal student financial aid loans.

### Deferrals

Prior to the start of classes, students admitted to a specific semester may request to defer their admission to a subsequent semester. This is limited to no more than the next two semesters. Those who do not begin enrollment during that period are considered to have deactivated their applications and must reapply for admission. Applications for deferrals must be made to the Admissions Office in New Jersey. Students deferring to a future semester must meet all the requirements in effect for that semester.

Entering students who, following their initial registration, wish to defer their enrollment to the following semester may do so through the Dean's Office in Dominica only during week one of the semester.

Students who are admitted for a given semester but do not register and/or check-in on campus for that semester, and do not request a deferral, are considered to have deactivated their applications and must reapply for admission.

### Vacations

During the Clinical Medicine segment, there is a vacation period of no more than sixteen weeks that can be utilized during for the USMLE Step 1, after students have completed the 12-week AICM course.

### Policy on Alcohol and Other Drugs

Ross University School of Medicine has developed a Student Policy on Alcohol and Other Drugs, with which all students must comply. See the Student Handbook for more details.

### Student Privacy Rights

Ross University follows the guidelines of the US Family Educational Rights and Privacy Act (FERPA). More information is available in the Student Handbook.

### Disability Accommodations

Ross is committed to working with students with disabilities and adheres to the guidelines set forth by Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, and the Persons with Disabilities Civil Rights Act of 1976.

Upon review of appropriate documentation and consultation with professionals, the Examination Committee may make accommodations to assist students with disabilities. Such accommodations will be confidential, reasonable and appropriate to the circumstances, will allow equal opportunity for students with disabilities, and will not infringe on the essential requirements of, or fundamentally alter the medical education program of Ross University School of Medicine.

Students seeking accommodations should contact Dr. David Sacks at 767-455-5355 ext. 6237 or dsacks@rossmed.edu.dm to request an application and/or coordination of each request. Dr. Sacks will meet with the student to discuss the process and answer any questions the student may have. Once the appropriate forms are completed and/or gathered, they will be sent to the Examination Committee for review.

It is critical that the student **apply prior to, or within the first two weeks of the semester** so that all parties have time to consider the request for an accommodation, review the supporting data and make a decision well before the first examination period.

Please note that while the University is committed to providing reasonable accommodations to qualified Ross University medical students, the University cannot ensure any student will obtain similar, if any, such accommodations by the United States Medical Licensing Board. Students are encouraged to research the United States Medical Licensing Board requirements and all corresponding state licensing laws for accommodations consideration and learn of the rulings in cases that may be similar to their own.

### Sexual Harassment

Sexual harassment undermines the character and purpose of the University. Sexual harassment includes sexual advances, verbal or physical conduct of a sexual nature and sexually explicit materials and/or behavior. It may involve women being harassed by men, men being harassed by women, or harassment between persons of the same gender. Sexual harassment is subject to disciplinary action within the University community. Charges of sexual harassment can be filed by following the University's established grievance procedures for students, faculty and staff.

### Hazing Policy

Ross University School of Medicine is unequivocally opposed to hazing and pre-initiation activities, which do not contribute to the positive development and welfare of students. Students are not permitted to commit the act of hazing by initiating or disciplining another person with horseplay, practical jokes, tricks, or painful or humiliating ordeals.

# QUALIFICATIONS FOR DOCTOR OF
# MEDICINE DEGREE CANDIDATES



The Liaison Committee on Medical Education has recommended that all medical schools develop technical standards to assist them in determining whether applicants for admission to the School of Medicine or candidates seeking the Doctor of Medicine degree are qualified to pursue a career in medicine. This document, *Qualifications for Doctor of Medicine Degree Candidates*, contains the technical standards for the School of Medicine. The technical standards are based on guidelines produced by the Association of American Medical Colleges. This document is also published in the *Student Handbook* which is distributed to all matriculating candidates. All applicants who reach the interview stage will be required to read the *Qualifications* and to sign a copy of the attached form to indicate that they understand the *Qualifications*. The signed form is kept as a permanent part of each matriculating candidate's record.

## Technical Standards

Medicine is a physically and mentally demanding profession in which practitioners are asked to place the interests of their patients above their own, which requires a commitment to a life of service and dedication to continuous learning.

The rigorous four-year medical school curriculum is where candidates begin to develop the qualities necessary for the practice of medicine. It is during this period of undergraduate medical education that the candidate acquires the foundation of knowledge, attitude, skills and behaviors that will be needed throughout his or her professional career.

During this period, it is critical for the School of Medicine to evaluate whether the candidate is qualified to receive a Doctor of Medicine degree. The School of Medicine has a responsibility to society to train physicians competent to care for their patients with critical judgment, broadly based knowledge and well-honed technical skills. The abilities that physicians must possess to practice safely are reflected in the technical standards that follow. Thus, applicants and candidates must be able to meet these standards and successfully complete all identified

requirements to be admitted to the School of Medicine, progress through the curriculum and ultimately receive the Doctor of Medicine degree. Candidates for the Doctor of Medicine degree must be capable of performing in defined areas: visual, oral-auditory, motor, cognitive and social.

**Visual:** Candidates must be able to observe and participate in experiments in the basic sciences (e.g., physiologic and pharmacologic demonstrations and microscopic studies of microorganisms and tissues). In order to make proper clinical decisions, candidates must be able to observe a patient accurately. Candidates must be able to acquire information from written documents, films, slides or videos. Candidates must also be able to interpret x-ray and other graphic images, and digital or analog representations of physiologic phenomena, such as electrocardiograms (EKGs) with or without the use of assistive devices. Thus, functional use of vision is necessary (close and at a distance).

**Oral-Auditory:** Candidates must be able to communicate effectively, sensitively and rapidly with patients (must be able to speak and hear) and members of the healthcare team (both verbal and written). Candidates must be fluent in English. In emergency situations, candidates must be able to understand and convey information essential for the safe and effective care of patients in a clear, unambiguous and rapid fashion. In addition, candidates must have the ability to relate information to, and receive information from, patients in a caring and confidential manner.

**Motor:** Candidates must possess the motor skills necessary to perform palpation, percussion, auscultation and other diagnostic maneuvers. Motor skill demands require reasonable endurance, strength and precision. Candidates should have sufficient motor function to be able to do basic laboratory tests (urinalysis), complete blood count, etc.), carry out diagnostic procedures (proctoscopy, paracentesis, etc.) and read EKGs and x-rays. A candidate should be able to execute motor movements reasonably required to provide general care and emergency treatment to patients.

Examples of emergency treatment reasonably required of physicians are cardiopulmonary resuscitation, administration of intravenous medication, application of pressure to stop bleeding, opening of obstructed airways, suturing of simple wounds and performance of simple obstetrical maneuvers. Such actions require coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision.

**Sensory:** Candidates need enhanced sensory skills including accuracy within specific tolerances and functional use for laboratory, classroom and clinical experiences. Students who are otherwise qualified but who have significant tactile sensory or productive disabilities must be evaluated medically. These disabilities include individuals who were injured by significant burns, have sensory motor deficits, cicatrix formation, or have malformations of upper extremities.

**Strength and Mobility:** Candidates must have sufficient posture, balance, flexibility, mobility, strength and endurance for standing, sitting and participating in the laboratory, classroom and clinical centers.

**Cognitive:** In order to effectively solve clinical problems, candidates must be able to measure, calculate, reason, analyze, integrate and synthesize in a timely fashion. In addition, they must be able to comprehend three-dimensional relationships and to understand the spatial relationships of structures.

**Social:** Candidates must possess the emotional health required for the full utilization of their intellectual abilities, for the exercise of good judgment, for the prompt completion of all responsibilities attendant to the diagnosis and care of patients, and for the development of effective relationships with patients. Candidates must be able to tolerate physically taxing workloads and function effectively under stress. They must be able to adapt to changing environments, display flexibility and learn to function in the face of uncertainties inherent in the clinical problems of patients.

The unpredictable needs of patients are at the heart of becoming a physician. Academic and clinical responsibilities of students may require their presence during day and evening hours, any day of the week.

Students will be judged not only on their scholastic accomplishments, but also on their physical and emotional capacities to meet the full requirements of the University's curriculum, and to graduate as skilled and effective practitioners of medicine.

The following technical requirements apply:

- Is the candidate able to observe demonstrations and participate in experiments in the basic sciences?

- Is the candidate able to analyze, synthesize, extrapolate, solve problems, and reach diagnostic and therapeutic judgments?

- Does the candidate have sufficient use of the senses of vision and hearing and the somatic sensation necessary to perform a physical examination?

- Can the candidate perform palpation, auscultation, and percussion?

- Can the candidate reasonably be expected to relate to patients and establish sensitive, professional relationships with patients?

- Can the candidate reasonably be expected to communicate the results of the examination to the patient and to his colleagues with accuracy, clarity and efficiency?

- Can the candidate reasonably be expected to learn and perform routine laboratory tests and diagnostic procedures?

- Can the candidate reasonably be expected to perform routine invasive procedures as a part of training using universal precautions without substantial risk of infection to patients?

- Can the candidate reasonably be expected to perform with precise, quick and appropriate actions in emergency situations?

- Can the candidate reasonably be expected to display good judgment in the assessment and treatment of patients?

- Can the candidate reasonably be expected to possess the perseverance, diligence, and consistency to complete the medical school curriculum and enter the independent practice of medicine?

- Can the candidate reasonably be expected to accept criticism and respond by appropriate modification of behavior?

- Can the candidate reasonably be expected to work as an effective member of the healthcare team?



# DEGREE AND LICENSURE REQUIREMENTS

To be eligible to receive the Doctor of Medicine degree from Ross University School of Medicine, a student must have met the following requirements:

• Successful completion of all courses in the Foundations of Medicine curriculum.

• Successful completion of all courses and clerkships in the Clinical Medicine curriculum. The core and elective clerkships as specified by the senior associate dean of clinical science taken in approved hospitals.

• Passed Step 1, Step 2 Clinical Knowledge, and Step 2 Clinical Skills of the USMLE.

• Payment of all fees and charges owed to the University.

• Completion of a review of academic documents as well as an academic and financial aid exit interview.

• Have met all standards or resolved any concerns regarding adherences to the *Student Handbook.*

## Transcript Requests

Official transcripts are available only from the Office of the Registrar in New Jersey. Students may submit a transcript request electronically via myRoss. Transcript requests cannot be taken over the telephone or via email. Students may also view their unofficial grade report on myRoss. Official transcripts are not released until all financial and administrative obligations to the University have been met.

## Commencement

Commencement exercises are held each June in New York City. Due to the University's three semesters per year schedule, students have the opportunity to complete their requirements for the MD degree at five different points throughout the year. Consequently, students will be considered Ross graduates on one of the five graduation dates after which they have completed their graduation requirements. Diplomas will not

## Licensure Requirements

In order to be licensed and practice medicine in the United States, the Educational Commission for Foreign Medical Graduates (ECFMG) requires students to take and pass Step 1 of the USMLE, the USMLE Step 2 Clinical Knowledge (CK), and the USMLE Step 2 Clinical Skills (CS).

Ross University School of Medicine students and graduates are eligible to sit for these exams. Ross students must sit for Step 1, Step 2 CK, and Step 2 CS while in medical school. Passing Step 1 and both portions of Step 2 are required for graduation. Students must have their applications for these exams certified by the Office of the Registrar, located in North Brunswick, New Jersey, before the exams are taken.

• Step 1 of the USMLE is taken after successful completion of all courses in the Foundations of Medicine curriculum, the Advanced Introduction to Clinical Medicine clerkship, and passage of the National Board of Medical Examiners (NBME) Comprehensive Exam.



be released unless all outstanding balances, administrative documents, clinical evaluations, and scores from the USMLE Steps 1 and 2 have been received.

# FACILITIES AND SUPPORT SERVICES



Students are required to sit for this examination within a specified period of time after becoming eligible. Passing Step 1 is required for placement in clinical clerkships. See the *Student Handbook* for a full explanation of deadlines and procedures regarding the USMLE Step 1.

• Step 2 CK and CS of the USMLE is taken during the clerkship years, after passing AICM and USMLE Step 1 and beginning sixth semester. Passing Step 1, Step 2 CK and Step 2 CS of the USMLE are requirements for graduation and acceptance into residency training.

• Step 3 of the USMLE, the final step for licensing, is taken after graduation, during or at the conclusion of residency training.

Certification by the ECFMG is required for entrance to residency training and licensure. To learn more about the ECFMG or for examination details, visit www.ecfmg.org.

85



## Instructional Sites

The Foundations of Medicine curriculum (semesters 1 - 4) is conducted at the University's campus in Portsmouth, Dominica. Students practice diagnostic and basic treatment skills in the University's simulation lab, featuring computerized patient simulators. The Princess Margaret Hospital and related clinics offer students an introduction to clinical medicine. The Advanced Introduction to Clinical Medicine segment (semester 5) is conducted either in Miami, Florida; Saginaw, Michigan; or in Dominica. At the Miami campus, classes are held at teaching hospitals and clinics associated with the Greater Miami Health Education and Training Centers. In Saginaw, classes are held at teaching hospitals and clinics associated with Synergy Medical Education Alliance. The clinical rotations (semesters 6-10) are conducted at 70 Ross University affiliated teaching hospitals in the United States and one in Dominica. These affiliations host Ross students, alongside those from other United States medical schools, for the clinical clerkship phase of their training.

## Dominica Campus

The campus of Ross University School of Medicine is located in Portsmouth, Dominica. The facilities housed on the campus include classrooms, basic science laboratories and computer laboratories, administrative and faculty offices, a library and a Learning Resource Center. There are a number of rooms for small-group instruction and rooms for patient examination. Two-way audio and video equipment allows communication between the patient examination rooms and several of the main auditorium classrooms. Non-academic campus facilities include a campus activities center, health clinic, day care facility, preparatory school (pre-K through eighth grade); fitness center; playing fields for soccer, football, and volleyball; and SUBWAY®, a fast-food shop. Several privately operated food service establishments are located within walking distance of the campus. Each student is assigned an electronic mailbox for the purpose of sending and receiving email. Students have full access to their email from workstations located in the library and Learning Resource Center.

## Anatomy Building and Laboratories

The anatomy building houses the gross anatomy laboratories and a full-service anatomy learning resource center. It also houses a conference room and three group study rooms furnished with audiovisual and computer equipment for instruction in basic and radiographic anatomy, including magnetic resonance imaging and computed tomography imaging. The computer stations in the anatomy center are linked to a dedicated server that contains various electronic resources and dissection demo videos. The gross anatomy laboratory combines traditional teaching, cadavers for student use, facilities for prosection and demonstration, and digital science research laboratory facilities are also available.

A wireless network can be accessed in public areas, classrooms and study spaces.

## Library and Learning Resource Center

The library and Learning Resource Center offer a wide range of services, resources and facilities designed to enhance self-directed learning, group collaboration and academic excellence. The collection includes current journal subscriptions, textbooks, audiovisual titles and multimedia programs. A staff of experienced paraprofessionals assists students with user services and a professional medical librarian is available to help students with research and/or search techniques. User-centered services include reference consultation, mediated searching, document delivery and informatics workshops. The library website allows access to many resources including databases, online journals, tutorials, and research information useful in the PBL program. The library uses the DOCLINE system of the National Library of Medicine to acquire articles from other libraries in the United States and Canada when those articles are not available online or in the library collection. The library can accommodate more than 500 students in two separate reading rooms. There are five small-group study rooms and two computer rooms with more than 90 workstations.

## Campus Safety

Ross University School of Medicine provides 24-hour, seven-day a week security for the Portsmouth campus. Security is also provided at the Princess Margaret Hospital clinical facility for students during their clinical assignments and clinical clerkships. Additional campus safety and security information is provided in the Student Handbook.

## Miami

The main Advanced Introduction to Clinical Medicine (AICM) site of Ross University School of Medicine is located in Miami, Florida. The facilities include one 150-seat classroom; one 90-seat classroom; two 45-seat classrooms; a Learning Resource Center; student lounge; study area; and a multimedia room with human simulators, administration offices. Classrooms are equipped with large screen projection systems, supplemental plasma screen televisions and state-of-the-art computers to support the teaching experience. The facilities are all wireless.

## Princess Margaret Hospital

AICM is also conducted at Princess Margaret Hospital in Roseau, Dominica. Teaching space includes clinical examination rooms and a library containing current journals in clinical medicine, texts, and reference books. Internet access is provided in the classroom and library.

## The Bahamas

Ross University opened a new clinical education center in Freeport, Grand Bahama, in January 2009.

## Synergy Medical Education Alliance

Students have the option to go to Saginaw, Michigan, for fifth semester AICM. Synergy Medical also functions as the regional campus for Michigan State University College of Human Medicine, giving Ross students the unique opportunity to spend their entire third and fourth years in one location. In addition, Synergy Medical has its own residencies in internal medicine, general surgery, OB/GYN, family medicine and emergency medicine—enabling Ross students to more easily move into those areas if they choose.

# STUDENT LIFE AND SERVICES



## Orientation

Incoming students are required to participate in the week-long orientation prior to the beginning of classes. The orientation gives students an opportunity to meet the deans and support staff and hear about academic policies, student activities and services offered by the University. Expectations regarding professional behavior are discussed and medical ethics are introduced. In addition, students learn about the history of Dominica and the local cuisine, and have an opportunity to visit the open market. Students can also participate in the many free activities and island tours that take place throughout the week. In short, orientation is a good opportunity to begin to acclimate to campus and have some fun before the start of classes. An additional orientation for spouses, significant others, parents and family members is also offered.

## Housing

Ross University offers on-campus housing primarily for first semester students. Due to the limited number of available rooms, these residences are assigned on a "first come, first served" basis; however, students also have access to suitable housing options within walking distance of the campus in the town of Portsmouth and the surrounding area. A limited number of apartments are available for students with special needs, particularly students with requirements for suitable accommodation for families and pet-friendly housing. Students should review the material provided in the Welcome Packet and on the housing database to arrange housing prior to their arrival in Dominica. Ross University's housing coordinators are well trained to assist students in finding appropriate accommodations.

## Food

On-campus food options include a SUBWAY® shop located in the Seaside Building. In addition, a food court is located adjacent to the campus where vendors sell a variety of local and specialty foods, and there are several restaurants and grocery stores within walking distance of the campus.

## Travel

All students and other accompanying adults entering Dominica must have a valid passport from their home country. The government of Dominica further requires all adults entering the country for more than three weeks to submit a visa application prior to arrival. Accepted students should contact the Admissions Office in New Jersey for further information on obtaining visas.

## Air Travel

In order to comply with requirements set forth by the government of Dominica, all students living in Dominica are required to have a return airline ticket to their place of origin. Daily flights on several major carriers are available via Puerto Rico, Antigua, St. Maarten, Barbados, and Guadeloupe. American Airlines/American Eagle has a direct route from Puerto Rico to Dominica, which operates seven days a week. From other Caribbean Islands, travel connections must be made via other carriers such as LIAT. Specific information on air travel and available Ross University discounts is provided to accepted applicants.

## Local Travel

Public minibuses are a popular mode of local travel, picking up and dropping off passengers on request for a small, variable fee. Official taxi fares are posted at the airport and are listed in Eastern Caribbean (EC) dollars. Some students

## Climate and Dress

The climate in the Eastern Caribbean is semitropical, with temperatures ranging in the mid 80s to mid 90s during the day and the low 70s at night. Humidity levels average about 70 percent. Because of the warm climate, light cotton clothing is recommended. Showers occur quite often during summer and fall; therefore light rain gear is advisable. Casual clothes, such as shorts and sandals, are acceptable on campus. Appropriate, modest attire is expected in town and at some social events. Professional dress is required for participation in ceremonies such as the White Coat ceremony and the clinical components of the curriculum.

## Clubs and Organizations:

Clubs and organizations within the Student Government Association include, but are not limited to, the following:

Association of Physicians of Ross University in Dominica.

Black Students Association
Catholic Students Association
Indian Students Association
Jewish Students Association
Middle Eastern Students Association
Muslim Students Association
Organization for Latin American Students
Ross Students Association
The Church of Jesus Christ of Latter-day Saints
The Physicians' Examiner (Student newspaper)
Vietnamese Students Association

An activity fair is held during the first week of classes for new students to see what clubs/organizations are available. There are also opportunities for students to create new clubs/organizations.

**Alumni Relations:** Ross University is committed to building a strong and vibrant alumni program that includes continuing education, bi-annual reunions and outreach programs focused on connecting our alumni to their peers, their alma mater and most importantly, to current students. Ross University alumni play an important role in the future success of the institution through their active participation at information seminars for prospective students.

## Student Government Association:

The student body elects class representatives, committee members, and officers for the Student Government Association (SGA) each semester. The SGA is active in sponsoring and arranging educational and social activities on campus and bringing student issues to the attention of the Administration. The associate dean for student affairs sits on the SGA committees and supervises operation of the SGA. During each semester of the Foundations of Medicine Curriculum, students are required to pay by an SGA fee, which is billed with tuition.

**White Coat Ceremony:** At the beginning of each semester, new students are welcomed as members of the medical profession during the White Coat Ceremony. This ceremony marks a student's entrance into the School of Medicine and the medical profession. As an enduring symbol of a medical career, the white coat and the ceremony are intended to reinforce the concepts of professionalism and ethics in medical practice as well as the doctor–patient relationship. The ceremony involves a formal presentation of medicine, to first semester students. The keynote speakers at the ceremony are respected members of the profession. As part of the ceremony, students recite the Morning Prayer of the Physician, a prayer first published in 1793 and attributed to Moses Maimonides, a twelfth century physician in Egypt. Professional dress is required.

## American Medical Student Association:

Students are strongly encouraged to join Ross University's chapter of the American Medical Student Association (AMSA). This organization provides its members with subscriptions to the AMSA magazine, which contains information on new developments in medicine, board reviews, clinical opportunities, and new programs. The organization also sponsors numerous community clinics.

## Campus Life

**Student Body:** The student body of the School of Medicine is multiethnic and multinational. Students are primarily US citizens, but many have ethnic origins in, or are citizens of, countries in every corner of the globe. This diversity and the intrinsic experience of studying in a foreign country provide students with an opportunity for broadening their understanding of other cultures and outlooks.

## Religious Services

Most religious denominations are represented in Dominica. Religious holidays are not observed by Ross University, and all classes proceed as scheduled.

## Health Center

The Health Center on the Dominica campus is available to students from 7 am to 7 pm weekdays. On weekends, medical staff are available on an on-call basis.

| Age Group | Cost* |
| --- | --- |
| Under age 30 | $250 |
| Ages 30-36 | $312 |
| Ages 40-49 | $440 |
| Ages 50+ | $540 |

*Costs include an administration fee.

## Currency

Dominica has two forms of official currency: Eastern Caribbean currency, referred to as EC dollars, and United States (US) currency. The current official exchange rate is approximately 2.7 EC dollars to one US dollar. Most business establishments readily accept US currency, but sometimes the exchange rate is lower than the official rate.

## Banking

Students are advised to open an account at one of the local banks, because local merchants will not accept personal checks drawn on American banks. Several major banks have branches located in Portsmouth and Roseau. Banks are closed on weekends; however, most automatic teller machines (ATMs) are available on campus. EC currency is distributed from most ATMs. Personal check deposits take three to four weeks before funds are available.

## Health Insurance

A Student Health Insurance plan is available for students of Ross University School of Medicine while they are in Dominica, The Bahamas, and/or the United States. All Ross students are required to enroll in the Student Health Insurance Plan, or to provide proof of comparable insurance coverage. All Ross University School of Medicine



decide to purchase an automobile; however, most students live within walking distance of the campus. Proof of automobile or motorcycle insurance is required. All driving is on the left, and helmets are required for motorcycle riders.

students in Dominica are enrolled in the Emergency Evacuation Assistance Program.

# SCHOOL OF MEDICINE ACADEMIC ADMINISTRATION

## Administration

**Mary Theosen Coleman, MD, PhD**
Executive Dean, Professor of Family Medicine

**Gerald A.C. Grell, MB, MD(London), FRCP, FACP, JP**
Dean for Clinical and Community Affairs

**Agnes Laville, PhD**
Associate Dean for Education and Professor of Biochemistry

**Jyotsna Pandey, MD, PhD**
Associate Dean for Faculty Affairs and Professor of Pathology

**Rosalyn Beecham-Green, PhD**
Associate Dean of Student Affairs and Associate Professor

**Harriet Myers, PhD**
Associate Dean for Student Affairs and Professor (Bahamas Clinical Site)

**James Grogan, PhD**
Assistant Dean of Curriculum and Professor of Biochemistry

**Michael Robinson, PhD**
Assistant Dean for Curricular and Faculty Affairs and Professor (Bahamas Clinical Site)

**Alexander Martin, PhD**
Anatomy Department
Chair and Professor

**Davendranand Sharma, DM, MBBS, DPS**
Behavioral Science
Chair and Professor

**Gerhard Meisenberg, PhD**
Biochemistry Department
Chair and Professor

**Louise A. Hawley, MS, PhD**
Microbiology Department
Chair and Professor

**Peter A. Bellot, MD, FCAP**
Pathology Department
Chair and Professor

**Mary L. Thomas, PhD**
Pharmacology Department
Chair and Professor

**Philip E. Cooles, MBBS**
Medicine Department
Pre-clinical/Introduction to Clinical
Chair, Associate Dean and Professor

**Diana Callender, MBBS, DM**
Integrated Medical Education Department
Chair and Professor

**Charles Seidel, PhD**
Foundations of Medicine Department
Chair and Professor (Bahamas Clinical Site)

**Allan Wilke, MD, MA**
Integrated Medical Education Department
Chair and Professor (Bahamas Clinical Site)

**Marilyn Sullivan, MLS**
Library Director

**Ryan Didier**
Executive Director

**Nicole Shillingford, MBA, BS**
Director, Administrative Affairs

**John Bayless**
Director, Information Technology

**Barbara Harwell, NS**
Director, Student Affairs

**Mary Taylor, MBA**
Director, Campus Life

**Rosanna Emmanuel, BBA, MPH**
Director, Clinical and Community Affairs

**Sharon Morang, MBA**
Director, Curriculum

**Nathalie Watty, MPM, BSC**
Director, Faculty Affairs

**Regina Robinson, MS**
Director, Instructional Technology and Assessment

**Nancy Bauer**
Director, Instructional Technology (Bahamas Clinical Site)

**Nichole Spence, MEd**
Director, Curricular and Faculty Affairs (Bahamas Clinical Site)

## SCHOOL OF MEDICINE FACULTY



### Advanced Introduction to Clinical Medicine (AICM) Administration

**Ronnie F. Coutinho, MD**
AICM Department
Associate Program Director (Miami Site)

**Enrique S. Fernandez, MD, MS Ed, FAAP**
AICM Department
Senior Associate Dean, Clinical Sciences,
Professor of Family Medicine, Director of
Medical Education (Miami Site)

**Jorge Rios, MD**
Senior Academic Advisor to the President and
Professor, Clinical Medicine (Miami Site)

**Rhonda McIntyre, MD**
AICM Department
Program Director (Dominica Campus)

### Clinical Science Administration

**Nancy A. Perri, MD**
Vice President for Academic Affairs

**Scott Ippolito, MD**
Associate Dean, Clinical Sciences

**Steve Brooks, MD**
Surgery Department
Chair and Clinical Professor

**Samuel Bekar, MD**
Pediatrics Department
Chair and Clinical Professor

**Stephen J. Katz, MD, FACP**
Internal Medicine Department
Chair and Clinical Professor

**Ebrahim J. Kermani, MD**
Psychiatry Department
Chair and Clinical Professor

**Robert N. Macciola, MD, FACOG**
Obstetrics and Gynecology Department
Chair and Clinical Professor

**Nader Tavakoli, MD, FAAP**
Family Medicine Department
Chair and Clinical Professor

# Basic Science Faculty – Dominica

## Anatomy Department

**Alexander Martin, MS, PhD**
Department Chair and Professor
MS, University of Oregon
PhD, University of Washington

**Samson Antone**
Prosector

**Malikarjuna Barrenkala, MBBS**
Assistant Professor
MBBS, Guntur Medical College, India

**Noel T. Boaz, PhD, MD**
Professor
PhD, University of California at Berkeley
MD, Saba University School of Medicine,
Netherlands Antilles

**Fabienne Cazalis, PhD**
Assistant Professor
PhD, EHESS & University of Paris, France

**Shyama C. Chaudhary, MBBS, MSc**
Professor
MBBS, University of Rajasthan, India
MSc, University of Rajasthan, India

**Shiv Dhiman, PhD, MBBS**
Assistant Professor
MBBS, Punjab University, India

**Rajdee Kalilcharan, PhD**
Professor
PhD, Dalhousie University, Canada

**Mary Shannon Moore, PhD**
Associate Professor
PhD, University of Texas, Southwestern Medical
School

**Mukarram Uddin, PhD**
Professor
PhD, University of Saskatchewan

**Sandor Vigh, MD, MPH**
Professor
MD, University Medical School of Pécs, Hungary
MPH, Tulane University School of Public Health
and Tropical Medicine

## Behavioral Science

**Davendranand Sharma, MD, MBBS, DPS**
Department Chair and Professor
DM, University of the West Indies
MBBS, Punjab University, India
DPS, University of the West Indies

**Paul Abney, PhD**
Associate Professor
AAS, Eastfield College
MEd, University of North Texas
PhD, University of North Texas

**Yasmin Burnett, MD, MBBS**
Associate Professor
DM, University of the West Indies
MBBS, University of the West Indies

**Patrick Goff, MS, PhD, EdD**
Associate Professor
MS, California State University at Sonoma
PhD, Nova Southeastern University

**Claudia Hutchinson, MEd, PhD**
Director of Counseling
MEd, Pennsylvania State University
PhD, Pennsylvania State University

**Paul Ricketts, MBBS, MSc, DLSHTM**
Associate Professor
MBBS, University of the West Indies
MSc, London School of Tropical Medicine
and Hygiene, UK
DLSHTM, London School of Tropical Medicine
and Hygiene, UK

**Mervyn S. Riviere, MD, MBBS, JD**
Associate Professor
MBBS, London University, UK
JD, University of Miami School of Law

**David Neil Sacks, PhD**
Assistant Professor
PhD, Florida State University

**Laura Welke, PhD**
Assistant Professor (Visiting)
PhD, Boston University School of Medicine

**Aidi Yin, MS, MMed, PhD**
Department Chair and Professor
MS, Boston University
MMed, Beijing Medical University

## Biochemistry Department

**Gerhard Meisenberg, PhD**
Department Chair and Professor
MS, University of Bochum
PhD, University of Munich

**Alain Daniel Blanchetot, PhD**
Professor
PhD, University of Paris, France

**Engelbert Buxbaum, PhD**
Associate Professor
PhD, Justus-Liebig-Universität, Germany

**James Grogan, PhD**
Assistant Dean of Curriculum and Professor
PhD, University of Washington

**Eleanor Lambert**
Assistant Professor
Diploma, Dietetics and Applied Nutrition,
Leeds Polytechnic Institute, UK
Diploma in Food and Nutrition Planning,
University of the West Indies

**Niels Larsen, PhD**
Professor
PhD, Aarhus University

**Agnes Laville, PhD**
Associate Dean of Education and Professor
PhD, University of London, UK

**John Sands, PhD**
Professor
PhD, University of California, Davis

**Joel Smolanoff, PhD**
Associate Professor
PhD, State University of New York at Buffalo

## Foundations of Medicine (Bahamas Clinical Site)

**Charles Seidel, PhD**
Department Chair and Professor

**Thomas Butler, MD**
Professor
MD, Vanderbilt University

## Department of Integrated Medical Education (Dominica Campus)

**Diana P.E. Callender, MBBS, DM**
Department Chair and Professor
DM, University of the West Indies

**Jina Harris-Alleyne, DVM, MPVM**
Director, Problem Based Learning
DVM, University of the West Indies,
St. Augustine Campus, Trinidad
MPVM, University of California Davis

**David Pederson, MEd**
Director of Simulation
MEd, Idaho State University

## Department of Integrated Medical Education (Bahamas Clinical Site)

**Jennifer Cannon, MD**
Assistant Professor
MD, St. Louis University School of Medicine

**Desiree Cox, MBBS, M Phil, PhD**
Associate Professor
MBBS, University of Oxford, UK
M Phil, University of Cambridge, UK
PhD, University of Cambridge, UK

**Veerabhadra Gowda, MD, MBBS, DCCP**
Associate Professor
MBBS, Sri Devaraj Urs Medical College, India
DCCP, Association of College of Chest Physicians

**Janice M. Johnson, MD**
Professor
MD, University of Pennsylvania

**Michael Robinson, PhD**
Assistant Dean of Curricular and Faculty Affairs
PhD, University of Nottingham, UK

**Michael M. Yakubovskyy, MD, PhD**
Professor
MD, Vinnitsa National Medical University, Ukraine
PhD, St. Petersburg Postgraduate Medical
Academy, Russia

Case 1:07-cv-02433-CBA-RER   Document 75   Filed 07/15/10   Page 25 of 25 PageID #: 552

## Physiology Department

**Hashim Shams, MD**
Department Chair and Professor
MD, Ruhr-University Bochum and University
Essen, Germany

**David Averill, PhD**
Professor
PhD, University of Washington

**Maria Sheakley, PhD**
Associate Professor
PhD, Kent State University

**Bruce Wright, PhD**
Associate Professor
PhD, Louisiana State University
Health Sciences Center
BS, University of New Orleans

**Christiaan Jacobus, MD**
Assistant Professor
MD, University of Miami School of Medicine

**Robert Nasiiro, MBBS, MPH**
Associate Professor
MBBS, University of Wales, UK
MPH, University of Leeds, UK

**Rhonda McIntyre-Francis, MD, MBBS**
Director of AICM
MBBS, University of the West Indies

**Anne M. White, MD**
Professor
MD, McMaster University, Canada

**Worrel Sanford, MD**
MD, Superior Institute of Medical Sciences



## Introduction to Clinical Medicine (ICM) Department

**Philip E. Cooles, MD, MBBS**
Department Chair, Associate Dean, and Professor
MBBS, University of London, UK

**Lris Benjamin, MBBS, MD, MPH**
Assistant Professor
MBBS, University of Guyana
MPH, University of the West Indies

**Terri Carlson, MD**
Assistant Professor
MD, Creighton University

**Hedda Dyer, MB ChB (ED), MRCS (Ed)**
Associate Professor, Director of Surgical Clerkship
MB ChB (ED), MRCS (Ed)
University of Edinburgh, UK

**Jaya Koili, MBBS, MD**
Associate Professor
MBBS, Andhra University, India
MD, Nagarjuna University, India

**Santha Koili, MD, MBBS, DGO**
Adjunct Assistant Professor
MBBS, Guntur Medical College, India
DGO, Andhra Medical College, India

## Pathology Department

**Peter A. Bellot, MD, FCAP, MBBS**
Department Chair and Professor
MBBS, University of the West Indies

**Savita Arya, MD, MBBS, DPB**
Assistant Professor
MBBS, Bombay University, India
MD, Pathology, Mumbai University, India
DPB, College of Physicians and Surgeons, Mumbai

**James Cartoppo, MD**
Assistant Professor
MD, Universita degli Studi di Roma Sapienza, Italy

**Francisco Martinez, MD, PhD**
Associate Professor
MD, The San Luis Potosi State University, Mexico
PhD, The Nuevo Leon State University, Mexico

**Jyotsna Pandey, MD, PhD**
Associate Dean of Faculty Affairs and Professor
MD, Institute of Medical Sciences, Varanasi, India
PhD, Oakland University

**Richard Greene, MD**
Assistant Professor
MD, Eastern Virginia Medical School

## Pharmacology Department

**Mary Thomas, PhD**
Department Chair and Professor
PhD, University of North Carolina

**Kaukab Azim, MBBS, PhD**
Associate Professor
MBBS, Khyber College, Pakistan
PhD, Trinity College Dublin, Ireland

**Mario Bashhini, MD, PhD**
Professor
MD, University of Bologna, Italy
PhD, University of Bologna, Italy

**Sandeep Bansal, MD**
Associate Professor
MD, University of Delhi, India

**Julienne Mary Turnbull, PhD**
Professor
PhD, University of London, UK

## Microbiology Department

**Louise A. Hawley, PhD**
Department Chair and Professor
PhD, University of Minnesota

**Raymond F. Adebiyi, MS, PhD**
Professor
PhD, University of Ibadan, Nigeria

**Marc Bergeron, PhD, MSc**
Associate Professor
PhD, Laval University, Canada

**Jolyne Drummelsmith, PhD**
Assistant Professor
PhD, University of Guelph

**Carl Sloma, PhD**
Assistant Professor
PhD, Biomedical Sciences
Mayo Clinic College of Medicine
Department of Immunology
Postdoctoral Fellow in Clinical Microbiology
Mayo School of Graduate Medical Education

**Susan Kelley, PhD, MD**
Associate Professor
MD, Saba University School of Medicine
PhD, Texas Woman's University
Netherlands Antilles

**Steven H. Fox, PhD**
Associate Professor
PhD, University of Colorado

**Lyudmyla Golub, MD**
Assistant Professor
MD, Vinnitsa State Medical University, Ukraine

**Harriet Hoehne Myers, PhD**
Associate Dean for Student Affairs
(Bahamas Clinical Site)
PhD, University of Alabama

**Allan Parks, EdD, MPh**
Assistant Professor
EdD, Boston University
MPh, Harvard University