UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No.: CV-07-2433
ANAND DASRATH

                Plaintiff,

   -against-                                  RESPONSE TO DEFENDANTS
                                                     FIRST DEMANDS FOR
ROSS UNIVERSITY SCHOOL OF               DOCUMENTS
MEDICINE
              Defendant.
------------------------------------------------------------X

    Plaintiff, **ANAND DASRATH,** by his attorneys, **COSTELLO & COSTELLO, P.C.**, pursuant to the demands of the Defendant, **ROSS UNIVERSITY SCHOOL OF MEDICINE.** respectfully sets forth the following response:

    1. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibits "E", "F", "G" and "H"*.

    2. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibits "O" and "P"*.

    3. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibit "I"*.

    4. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibits "F" and "Q"*

    5. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibit "E" amd"G"*.

    6. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibits "F"*.

    7. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibits "E", "F", "H", "I" and "P"*

    8. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibits "K", "L", "M", "N", "O", "P" and "Q"*.

    9. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibits "K", "L", "M", "N", "O", "P", and "Q"*.

COSTELLO & COSTELLO, P.C.
ATTORNEYS AT LAW
5919 20TH AVENUE
BROOKLYN, N.Y. 11204
(718) 331-4600

10. All documentation with respect to this request has been provided in plaintiff Interrogatories annexed as *Exhibit "Q'*.

11. Plaintiff is not in possession of documentation with respect to this request.

12. All documentation with respect to this request has been provided in plaintiff Interrogatories

**THE PLAINTIFF(S) RESERVE(S) THE RIGHT TO SUPPLEMENT THIS RESPONSE UP TO AND INCLUDING THE TIME OF TRIAL IN THIS MATTER.**

Dated: Brooklyn, New York
June 13, 2010
July

**COSTELLO & COSTELLO, P.C.**
By: **JOSEPH R. COSTELLO, ESQ.**
Attorneys for Plaintiff
5919 20th Avenue
Brooklyn, New York 11204
(718) 331-4600
Our File No. 6970

TO: **CULLEN AND DYKMAN, LLP.**
**JENNIFER A. MCLAUGHLIN, ESQ.**
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700

STELLO & COSTELLO, P.C.
ATTORNEYS AT LAW
5919 20TH AVENUE
BROOKLYN, N.Y. 11204
(718) 331-4600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Index No.: CV 07-2433

ANAND DASRATH

                Plaintiff (s),

  -against-                                    **AFFIDAVIT OF SERVICE**

**ROSS UNIVERSITY SCHOOL OF MEDICINE,**
                Defendant (s).
-----------------------------------------------------------X

DORI A. STYLES, being duly sworn says:

I am not a party to the action, am over 18 years of age and reside at 2280 McDonald Ave., Brooklyn, N.Y. 11223.

On July 13, 2010, I served a true copy of the annexed Response to Demands for Documents in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office address or official depository of the United States Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

CULLEN & DYKMAN, LLP.
Jennifer A. McLaughlin, Esq.
100 Quentin Roosevelt Boulevard
Garden City, NY 11530

_____
DORI A. STYLES

Sworn to before me on
13th day of July, 2010

_____
NOTARY PUBLIC

JOSEPH R. COSTELLO
Notary Public, State of New York
No. 01CO 5023572
Qualified in Kings County
Commission Expires 2/7/10

COSTELLO & COSTELLO, P.C.
ATTORNEYS AT LAW
5919 20TH AVENUE
BROOKLYN, N.Y. 11204
(718) 331-4600

Index No. CV07-2433

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

ANAND DASRATH,

                        Plaintiff(s),

       -against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                        Defendant(s).

### RESPONSE TO DEMANDS FOR DOCUMENTS

## COSTELLO & COSTELLO, P.C.
Attorneys for Plaintiff,
5919 20th Avenue
Brooklyn, N.Y. 11204
(718) 331-4600
Our File No. 6970

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document(s) are not frivolous.

Dated: Brooklyn, New York
       July 13, 2010

                                      **COSTELLO & COSTELLO, P.C.**
                                      **BY: JOSEPH R. COSTELLO**
                                      Attorneys for Plaintiff
                                      5919 20th Avenue
                                      Brooklyn, New York 11204
                                      (718) 331-4600
                                      Our File No. 6970