

# CULLENandDYKMANLLP

**Justin F. Capuano**
Associate Attorney
Direct: 516-357-3708
Direct Fax: 516-296-9155
E-mail: jcapuano@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

September 2, 2010

**VIA ELECTRONIC CASE FILING**
Magistrate Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

      Re:    Civil Action No.: 07-2433
            <u>Anand Dasrath v. Ross University School of Medicine</u>

Dear Judge Reyes:

        This firm represents the defendant Ross University School of Medicine ("Ross University") in the above stated matter. We respectfully request that Cullen and Dykman LLP be allowed to attend the status conference currently scheduled for September 9, 2010 at 10:00 AM via telephone (Plaintiff's counsel will appear in person). The reason for the request is that I will be out of the office that day in observance of Rosh Hashanah, but will be able to participate in a telephone conference. It should be noted that there are no discovery issues at this time and the parties are attempting to coordinate dates for depositions. I have spoken with counsel for Plaintiff's counsel and they have consented to this request.

        Your consideration of this matter is greatly appreciated.

                      Respectfully,

                      Justin F. Capuano (JC 5853)

JFC: ms

cc:    **Via ECF**
       Joseph R. Costello
       Costello & Costello, P.C.

*Founded 1850*

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      NEW JERSEY