# COSTELLO & COSTELLO, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOSEPH G. COSTELLO<br>JOSEPH R. COSTELLO*<br><br>*ALSO ADMITTED IN N.J., P.A.,<br>DISTRICT OF COLUMBIA | 5919 20TH AVENUE<br>BROOKLYN, N.Y. 11204<br>(718) 331-4600<br>FAX (718) 331-2400<br>WWW.COSTELLOCOSTELLO.COM | 17 NOTTINGHAM DRIVE<br>HOWELL, N.J. 07731<br>(732) 730-2390 |

**Please Reply to the Brooklyn Office**

September 3, 2010

**Via Electronic Filing**

**Magistrate Ramon E. Reyes, Jr.**
**United States Courthouse**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re: <u>Anand Dasrath v. Ross University School of Medicine</u>
    <u>07 cv-2433 (CBA) (RER)</u>
Our File No.   6970

Dear Judge Reyes:

This firm represents the plaintiff, Anand Dasrath in the above entitled matter. I have just reviewed Mr. Capuano's letter dated September 2, 2010 requesting that he be allowed to attend the status conference via telephone. Although I do not object to this request, I respectfully disagree with his statement that there are no discovery issues at this time.

Several weeks ago I spoke to Ms. Capuano's colleague, Jennifer McLaughlin, and I requestesd that she forward to my attention the documents set forth in the defendant's Rule 26 Demands. I was assured that they would be forwarded to me. This week, not having received said documents, I again reached out to defendant's counsel and spoke to Mr. Capuano who assured me that they were being sent to me this week. However, I have yet to receive the requested documentation. For this reason, I am not able to schedule depositions in this matter.

Thanking you for consideration in this matter, I am

Very truly yours,

COSTELLO & COSTELLO, P.C.
BY:   SALVATORE D.  COMPOCCIA, ESQ.
SDC/
CC: Mr. Anand Dasrath
Mr. Justin F. Capuano via email: jcapuano@cullenanddykman.com