UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

ANAND DASRATH,                                    Case No.: CV 07 2433
                                                  (C. Amon)
                          Plaintiff,              (R. Reyes)

          - against -                             **NOTICE OF APPEARANCE**

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                          Defendant.
----------------------------------------------------------------X

        PLEASE TAKE NOTICE that Cullen and Dykman LLP has been retained by defendant,

Ross University School of Medicine (the "University"), in the above captioned action and the

undersigned enters her appearance for the University, certifies that she is admitted to practice in

this Court, and respectfully requests to be noticed through the CM/ECF system.

Dated: Garden City, New York
       September 8, 2010


                                CULLEN AND DYKMAN LLP


                                By: _____
                                    Cynthia A. Augello (CA 3839)
                                    Attorneys for Ross University School
                                    of Medicine
                                    100 Quentin Roosevelt Boulevard
                                    Garden City, New York 11530
                                    (516) 357-3700

TO:
        **Via ECF**
        Joseph R. Costello
        Costello & Costello, P.C.