# COSTELLO & COSTELLO, P.C.
## —— ATTORNEYS AT LAW ——

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO**<br>**JOSEPH R. COSTELLO*** <br><br>***ALSO ADMITTED IN N.J., P.A.,**<br>**DISTRICT OF COLUMBIA** | 5919 20TH AVENUE<br>BROOKLYN, N.Y. 11204<br>(718) 331-4600<br>FAX (718) 331-2400<br>WWW.COSTELLOCOSTELLO.COM | 17 NOTTINGHAM DRIVE<br>HOWELL, N.J. 07731<br>(732) 730-2390 |

**Please Reply to the Brooklyn Office**

Writer's Direct Email: jrc@costellocostello.com

October 21, 2010

**Via Electronic Filing**

**Magistrate Ramon E. Reyes, Jr.**
**United States Courthouse**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re:     Anand Dasrath v. Ross University School of Medicine
            07 cv-2433 (CBA) (RER)
Our File No.    6970

Dear Judge Reyes:

The above matter is scheduled for a Pre-Trial Conference on November 4, 2010 at 10:00AM. However, I recently became aware that I have a conflict on this day as I am scheduled to begin a Trial in the Civil Court of Richmond County. I am available for said conference on the following days: November 15, 2010; November 16, 2010 after 12:00PM; November 22, 2010; and November 24, 2010.

It is to be noted that depositions in this matter have been completed as of this day.

By way of this letter, I am also advising Mr. Capuano of my unavailability for this day.

Thank you for your understanding in this matter.

Very truly yours,

COSTELLO & COSTELLO, P.C.
BY:    JOSEPH R. COSTELLO
JRC/
CC: Justin Capuano, Esq.