UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
.....................................................................................

| | |
|---|---|
| ANAND DASRATH, | NOTICE PREMOTION CONFERENCE <u>BY TELEPHONE</u> |
| Plaintiff(s), | CV-07-2433(CBA) |
| -against- | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, | |
| Defendant(s). | |

.....................................................................................
AMON, J.

     A premotion conference will be held by telephone on January 10, 2011 at 11:30am before Judge Amon.

     Jennifer McLaughlin, Esq. is directed to coordinate the conference call to chambers (718) 613-2410.

SO ORDERED.

Dated:     Brooklyn, New York
             November 29, 2010

                                           /s/ Hon. Carol B. Amon
                                           Carol Bagley Amon
                                           United States District Judge
                                           718-613-2410