## CIVIL CALENDAR

**BEFORE:  AMON, J.**

**DATE & TIME:**           January 10, 2011              11:30am
                                                         Length of proceedings  - 15min.

**DOCKET NUMBER:**      CV-07-2433
**CASE TITLE:**       Dasrath v. Ross University School of Medicine

**APPEARANCES:**

**Plaintiff(s)**      Joseph Costello

**Defendant (s)**     Jennifer McLaughliln

**CIVIL CAUSE FOR :**       Pre Motion  Conference

**COURT REPORTER:**      Sheldon Silverman

.........................................................................................................................................

## MINUTES

**Premotion conference held by telephone before Judge Amon on January 10, 2011.**
**Defendant and Plaintiff to make cross-motions for summary judgment.**
**Motions to be served by March 3, 2011.**
**Responses to be served by March 31, 2011.**
**Replies to be served by April 13, 2011.**
**Oral argument will be held on April 21, 2011 at 2:00pm in Courtroom 10 D.**

### CIVIL CALENDAR

**BEFORE:** AMON, J.

**DATE & TIME:**               January 10, 2011                  11:30am
                                                                 Length of proceedings - 15min.

**DOCKET NUMBER:**       CV-07-2433
**CASE TITLE:**          Dasrath v. Ross University School of Medicine

**APPEARANCES:**

**Plaintiff(s)**        Joseph Costello

**Defendant (s)**       Jennifer McLaughliln

**CIVIL CAUSE FOR :**       Pre Motion  Conference

**COURT REPORTER:**        Sheldon Silverman

........................................................................................................................................

### MINUTES

**Premotion conference held by telephone before Judge Amon on January 10, 2011.**
**Defendant and Plaintiff to make cross-motions for summary judgment.**
**Motions to be served by March 3, 2011.**
**Responses to be served by March 31, 2011.**
**Replies to be served by April 13, 2011.**
**Oral argument will be held on April 21, 2011 at 2:00pm in Courtroom 10 D.**