# COSTELLO & COSTELLO, P.C.
―――― ATTORNEYS AT LAW ――――

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO**<br>**JOSEPH R. COSTELLO*** <br><br>***ALSO ADMITTED IN N.J., P.A.,**<br>**DISTRICT OF COLUMBIA** | **5919 20TH AVENUE**<br>**BROOKLYN, N.Y. 11204**<br>(718) 331-4600<br>FAX (718) 331-2400<br>WWW.COSTELLOCOSTELLO.COM | **17 NOTTINGHAM DRIVE**<br>**HOWELL, N.J. 07731**<br>(732) 730-2390 |

March 3. 2011

Via ECF Filing and FedEx

**CULLEN & DYKMAN, LLP.**
**Attn: JUSTIN CAPUANO, ESQ.**
**100 Quentin Roosevelt Boulevard**
**Garden City, NY 11530**

Re:      Dasrath v. Ross University School of Medicine
Index No.   CV-07-2433
Our File No.   6970

Dear Mr. Capuano:

As you are aware, this office represents, the Plaintiff, Mr. Anand Dasrath in the above referenced matter.

Pursuant to the briefing schedule of January 10, 2011 I hereby enclose Plaintiff's Motion for Summary Judgment Pursuant to the Federal Rule of Civil Procedure, Rule 56; together with a Memorandum of Law in support of said motion.

In accordance with Judge Amon's Court Rules, the Motion is not to be filed until same is fully briefed.

In a separate email as well as overnight courier, I will forward a copy of the above referenced documents.

Very truly yours,

**COSTELLO & COSTELLO, P.C.**
**BY:   JOSEPH R. COSTELLO**
**JRC**/das
**Enc.**