# COSTELLO & COSTELLO, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOSEPH G. COSTELLO<br>JOSEPH R. COSTELLO*<br><br>*ALSO ADMITTED IN N.J., P.A.,<br>DISTRICT OF COLUMBIA | 5919 20TH AVENUE<br>BROOKLYN, N.Y. 11204<br>(718) 331-4600<br>FAX (718) 331-2400<br>WWW.COSTELLOCOSTELLO.COM | 17 NOTTINGHAM DRIVE<br>HOWELL, N.J. 07731<br>(732) 730-2390 |

**Please Reply to the Brooklyn Office**

Writer's Direct Email: jrc@costellocostello.com

March 31, 2011

**Via Electronic Filing and First Class Mail**

**Hon. Carol B. Amon**
**United States District Judge**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re:  Anand Dasrath v. Ross University School of Medicine
     07 CV-2433 (CBA) (RER)
Our File No.  6970

Dear Judge Amon:

This office represents the Plaintiff, Anand Dasrath in the above referenced matter.

On January 10, 2011 a pre-motion conference was held. At that time a briefing schedule was entered into for both parties to submit a Motion for Summary Judgment. As of this day, the parties have exchanged Motions. To date, no opposition or reply papers have been exchanged. Said papers are due on April 13, 2011. I am writing to request an extension of time to submit opposition and reply papers as well as adjourning oral argument on this matter.

The reason for such request is because I am currently engaged in motion practice on several cases. In addition, over the next week or so I will be undergoing medical treatment due to an illness that I was recently diagnosed with. I do apologize to the Court and my adversary for the late request.

COSTELLO & COSTELLO, P.C.

Thanking you for your understanding in this matter, I am

Very truly yours,

COSTELLO & COSTELLO, P.C.
BY:    JOSEPH R. COSTELLO
JRC/
Encs.
CC:    Justin Capuano, Esq. via ECF and First Class Mail