# COSTELLO & COSTELLO, P.C.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO** | **5919 20TH AVENUE** | **17 NOTTINGHAM DRIVE** |
| **JOSEPH R. COSTELLO\*** | **BROOKLYN, N.Y. 11204** | **HOWELL, N.J. 07731** |
| | **(718) 331-4600** | **(732) 730-2390** |
| **\*ALSO ADMITTED IN N.J., P.A.,** | **FAX (718) 331-2400** | |
| **DISTRICT OF COLUMBIA** | **WWW.COSTELLOCOSTELLO.COM** | |

**Please Reply to the Brooklyn Office**

Writer's Direct Email: jrc@costellocostello.com

March 31, 2011

**<u>Via Electronic Filing and First Class Mail</u>**

**Hon. Carol B. Amon**
**United States District Judge**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re:  <u>Anand Dasrath v. Ross University School of Medicine</u>
   <u>07 CV-2433 (CBA) (RER)</u>

Our File No. 6970

Dear Judge Amon:

As a follow up to my most recent letter, (Document No. 92) it has come to my attention that Opposition papers to both Motions for Summary Judgment are due today, March 31, 2011.

In speaking with Defendant's counsel, I have learned that he is ready to serve his opposition papers. However, due to the reasons set forth in my previous letter, I am not in a position to do so at this time. Because the Defendant is ready to serve its Opposition papers and Plaintiff is not, this may cause a scheduling conflict. It would be best if all parties were directed to submit opposition and reply papers on the same date.

Thus, your prompt attention to this matter as to how the parties should proceed with respect to serving opposition papers as well as reply papers would be greatly appreciated.

COSTELLO & COSTELLO, P.C.


Thanking you for your understanding in this matter, I am

Very truly yours,


**COSTELLO & COSTELLO, P.C.**
**BY:    JOSEPH R. COSTELLO**
**JRC/**
**Encs.**
CC:     Justin Capuano, Esq. via ECF and First Class Mail