UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANAND DASRATH,

                       Plaintiff

-against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,


                       Defendants
-------------------------------------------------------------x

Civil Case No.: CV 07 2433
(C. Amon)
(R. Reyes)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the affidavit of Enrique Fernandez, M.D., sworn to on February 27, 2011, the affidavit of Jennifer A. McLaughlin, sworn to on March 3, 2011, together with the exhibits attached thereto, and the accompanying memorandum of law, the undersigned will move this Court before the Honorable Carol B. Amon of the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 for an order granting defendant Ross University School of Medicine Summary Judgment pursuant to Fed. R. Civ. P. 56 and for any further relief as this Court may deem appropriate at a date to be determined by the Court.

PLEASE TAKE NOTICE, that oral argument will be held on a date and time to be designated by the court.

Dated: Garden City, New York
        March 3, 2011

                                              CULLEN AND DYKMAN LLP

                              By: _____
                                              Jennifer A. McLaughlin (JM 5678)
                                              Attorneys for Defendant
                                              100 Quentin Roosevelt Boulevard
                                              Garden City, New York 11530
                                              (516) 357-3700

To:    Costello & Costello, P.C.
         Joseph R. Costello
         5919 20th Avenue
         Brooklyn, New York 11204