UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
ANAND DASRATH,

                             Plaintiff,

    - against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                             Defendant.
----------------------------------------------------------------X

Case No.: CV 07 2433
(C. Amon)
(R. Reyes)

AFFIDAVIT OF
JENNIFER McLAUGHLIN
IN SUPPORT OF
DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

STATE OF NEW YORK)
                   SS)
COUNTY OF NASSAU )

       JENNIFER A. McLAUGHLIN, being duly sworn, deposes and says:

       1.    I am a member of the firm of Cullen and Dykman LLP, attorneys for defendant Ross University School of Medicine ("Ross University").

       2.    I submit this affidavit in support of defendant's motion for summary judgment pursuant to Rule 56 for the limited purpose of attaching the following documents:

| | |
|---|---|
| Exhibit L: | Deposition of Plaintiff Anand Dasrath dated September 30, 2010 |
| Exhibit M: | Deposition of Dr. Nancy Perri, Vice President of Academic Affairs of Ross University dated October 15, 2010 |
| Exhibit N: | Order to Show Cause dated July 25, 2006: Anand Dasrath v. Ross University, Supreme Court, Queens County, Index No: 15989/2006 ("Queens County Action") |
| Exhibit O: | Order dated January 31, 2007 dismissing Queens County Action with Notice of Entry |

1

Exhibit P: Certificate of Authenticity of Business Records by William C. Kelly, Associate Vice President for Operations of Educational Commission for Foreign Graduates dated November 10, 2010 and documents ECFMG AED 00198-00199.

_____
Jennifer A. McLaughlin (JM-5678)

Sworn to before me this
3rd day of March, 2011

_____
Notary Public

MAUREEN SAUTER
Notary Public, State of New York
#01SA3898285
Qualified in Nassau County
Commission Expires June 30, 2011

2