**EXHIBIT "A"**



**ROSS UNIVERSITY**
School of Medicine
499 Thornhall Street, 10th Floor
Edison, NJ 08837-2235

JUN 27 2006

CAMPUS: PORTSMOUTH, DOMINICA WEST INDIES
STUDENT ID: @ 00088730 OR 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

TEL. (732)978-5300
FAX: (732)978-5306
E-MAIL: CLINICAL@ROSSMED.EDU

## CLINICAL CLERKSHIP EVALUATION FORM

The physician responsible for supervising the clerkship will complete this evaluation at the end of a clinical clerkship. Print clearly.

Medical Student __DASRATH, ANAND__   Name of Clerkship __Advanced Intro to Clinical Medicine__

Clerkship Duration (No. Of Weeks) __TWELVE__   Dates: __01 \ 16 \ 06__ to __04 \ 07 \ 06__

In comparison with other medical students at the same level of clinical training, please rank the performance of the student. Select the grade evaluation from the five options listed below. Only whole numbers will be used in determining final grade.

KEY
5  Excellent
4  Above Average
3  Average
2  Below Average
1  Fail

Please see attached blue copy for clerkship grading policy used in calculating final grade.

__2__  Knowledge of medical sciences (basic sciences, clinical sciences)

__1__  Knowledge of assigned patients (specific medical problems, laboratory information, therapeutic modalities, follow-up)

__2__  Professionalism (reliability, thoroughness, carefulness, attendance, punctuality, interpersonal relationships with colleagues and staff, verbal and written case presentations, initiative)

__3__  Character (sensitivity to patients, patient rapport, ethical values, personal appearance, emotional stability)

Comments: Cumulative performance scores fell >2SD below class mean. Write-ups were deficient and not of the quality expected for a student at this level of training. Needs to better demonstrate critical thinking skills. H&P skills MARGINAL

Hospital: __H.E.T.C.-Greater Miami Health Education & Training Centers__   Telephone: ( 305 ) 667-5455

Address: 7000 S.W. 62nd Avenue, PH-A   City, State: Miami, FL   Zip 33143

Evaluator(Print) Enrique S. Fernandez, M.D., M.S.Ed.   Date: 6/23/06

Signature _____   Title: Director of Medical Education

After completion of rotation, return completed WHITE Copy to: Dean of Clinical Sciences, Ross University School of Medicine, 499 Thornhall Street, Tenth Floor, Edison, NJ 08837-2235 within 30 days. Retain YELLOW copy for Hospital files.

CREDIT IS AWARDED ONLY FOR ORIGINAL EVALUATIONS.



D00001

StudentView

Page 1 of 1

⌐ View Gradebook

Tips     Help

View Gradebook          User Activity          Setup Gradebook

back

## My Gradebook: Anand Dasrath

Grade To Date: 59/100 (59%)

View Gradebook By: Week | Item

| | Grade | Earned to Date | Possible for Cou |
|---|---|---|---|
| Week 6: GRADES - Pre-Test MC ⓦ | 44/100 | Not Included in Grade | Not Included in Gr |
| Week 6: GRADES - PreT-Essay ⓦ | 25/100 | Not Included in Grade | Not Included in Gr |
| Week 8: Write-Ups - From Sem4 | marg | * | * |
| Week 8: Write-Ups - Write-Up #1 | done | * | * |
| Week 9: Mid-Term - Mult-Choice | * | * | 98 pts. |
| Week 9: Mid-Term - MT-ESSAY | * | * | 50 pts. |
| Week 9: Mid-Term - LETTER GRADE | C | * | * |
| Week 10: PE GRADES - PE Grade | *C | * | * |
| Week 11: Epi Grades - Epi/Biostats/PH Exam ⓦ | 50/76 FAIL | Not Included in Grade | Not Included in Gr |
| Week 12: Final Grades - Final MC Exam | 59/100 | 59 pts. | 100 pts. |
| Week 12: Final Grades - Final Essays % | 36 | * | * |
| Week 12: Final Grades - PowerPoint | * | * | * |
| Week 12: Final Grades - Write-Up #2 | C- | * | * |
| Week 12: Final Grades - Extra Credit ⓦ | 36 | Not Included in Grade | Not Included in Gr |
| Week 13: COURSE GRADE - AICM FINAL COURSE GRADE | FAIL | * | * |
| Week 14: Apr27 Comp - April 27 Comprehensive Shelf ⓦ | * | Not Included in Grade | Not Included in Gr |
| Total | | 59 pts. (of 100 Completed) | 248 pts. |
| Grade To Date: | | 59/100 (59%) | |

### Gradebook Key

*    Items not yet graded
--    Exams not yet entered
📥    Items with Dropbox Basket
🕮    Extra Credit
ⓦ    Excluded from Course Grade
🆔    View Exam Statistics
[ ]    Grades inside brackets are not shared with the student
      **Bold** values indicate all items have not been graded.
      On certain views, you can click on column titles for Quick Grade Views

| BANNER | LAST NAME | FIRST NAME | MT-GRDE | MT-Pts | HYGA | | fall | FF | CF | cc | OBJ-RUN | RUNNING GRADE | | PLUSEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| @00088730 | Dastain | Amand | C | 75 | 103 | 63 | fail | | | | 242 | 426.6 | FF | 36 | 462.6 |

D00158

| BANNER | LAST NAME | FIRST NAME | GPA SEM3 | /cm | MT-GRDE | MT-Pts | 103 | 63 | cc |
|---|---|---|---|---|---|---|---|---|---|
| @00088730 | [redacted] | [redacted] | 2.44 | CC | C | 75 | | | |

D00159

**Ross University School of Medicine**
**Unofficial Grade Report**

STUDENT NAME: Dasrath, Anand E.         DATE: 2/10/2011
STUDENT ID: @00088730                    CURRENT SEMESTER:

### 200430

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|---|---|---|---|---|---|
| 1135 | Medical Genetics | F | 0 | 0.0 | 0.0 |
| 1130 | Doctor, Patient & Society | B+ | 3 | 3.5 | 10.5 |
| 1125 | Biochemistry | C+ | 5 | 2.5 | 12.5 |
| 1110 | Dev/Microscopic Anat/Cell Biol | C | 4 | 2.0 | 8.0 |

SEMESTER GPA: 2.06        CUMULATIVE GPA: 2.06

### 200510

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|---|---|---|---|---|---|
| 1135 | Medical Genetics | C | 3 | 2.0 | 6.0 |
| 1130 | Doctor, Patient & Society | A | 3 | 4.0 | 12.0 |
| 1110 | Dev/Microscopic Anat/Cell Biol | B | 4 | 3.0 | 12.0 |

SEMESTER GPA: 3.00        CUMULATIVE GPA: 2.44

### 200520

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|---|---|---|---|---|---|
| 1230 | Medical Physiology | C | 6 | 2.0 | 12.0 |
| 1220 | Gross Anatomy | C | 5 | 2.0 | 10.0 |
| 1210 | Neurobehavioral I | C+ | 4 | 2.5 | 10.0 |

SEMESTER GPA: 2.13        CUMULATIVE GPA: 2.32

### 200530

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|---|---|---|---|---|---|
| 2341 | Pharmacology I | B+ | 3 | 3.5 | 10.5 |
| 2330 | Behavioral Science | B | 5 | 3.0 | 15.0 |
| 2321 | Pathology I | C | 4 | 2.0 | 8.0 |
| 2311 | Microbiology & Immunology I | C | 3 | 2.0 | 6.0 |

SEMESTER GPA: 2.63        CUMULATIVE GPA: 2.40

### 200610

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|---|---|---|---|---|---|
| 2441 | Pharmacology II | B | 3 | 3.0 | 9.0 |
| 2430 | Intro. to Clinical Medicine | C | 5 | 2.0 | 10.0 |
| 2421 | Pathology II Systemic/Clinical | C | 4 | 2.0 | 8.0 |
| 2411 | Microbiology & Immunology II | C | 3 | 2.0 | 6.0 |

SEMESTER GPA: 2.20        CUMULATIVE GPA: 2.36

Official transcripts are printed on blue security paper and require the University seal and the Registrar's signature.

D00160

**Ross University School of Medicine**
**Unofficial Grade Report**

STUDENT NAME: Dasrath, Amanda
STUDENT ID: @00088730
DATE: 2/10/2011
CURRENT SEMESTER:

200620

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|---|---|---|---|---|---|
| 5008 | Advanced Intro. To Clin. Med. | F | 0 | 0.0 | 0.0 |

SEMESTER GPA: 0.00          CUMULATIVE GPA: 2.01

Official transcripts are printed on blue security paper and require the University seal and the Registrar's signature.

D00161