**EXHIBIT "C"**



MEMORANDUM FOR THE RECORD - April 24, 2006

Dr. Fernandez conferred today by telephone with Anand Dasrath about the failing grade he earned for the 5th semester just concluded. Dr. Fernandez informed Anand that he was essentially two Standard Deviations from the norm. He said that Anand earned a C on the midterm exam, failed the final exam and had a very low score on the essay portion (63 out of a possible 200). He remarked that the lowest grade had been 61. He told Anand that he failed the first write-up and got a marginal on the second. He said that would have been okay had everything else also been okay. He noted that Anand failed the PE and had remediated that. He said that Anand's overall grade placed him at the bottom of the class. He reminded Anand that extra credit cannot be applied to a failing grade.

Dr. Fernandez told Anand that he would have to repeat the semester.

> May start May 22
> Will do three weeks of clinicals
> Must do one write-up until a grade of Satisfactory or better is achieved
> Is exempt from Epi and the PE
> Must attend Large and Small Group sessions (except for Epi)
> Must take Mid-term and Final

Dr. Fernandez told Anand that he would get individualized attention to help him succeed.

Dr. Fernandez noted that Anand passed the Comp. He pointed out that he could, if he wishes, defer starting 5th semester until September, freeing up the interval for preparing for Step 1. He said that if he chose to come in May he could extend his Step 1 window to July, August, September.

Anand asked how he could have scored so poorly on the essays and said he worried that his handwriting had challenged the graders. Dr. Fernandez said that he had graded two of the seven essays himself. He did not recall trouble with anyone's handwriting and had not heard of a problem from anyone else. He reported that on the stroke essay Anand earned 5 out of a possible 25 points; on Graves got no points, none for hepatitis, on sexual issues and HIV about the average, 20 of 50 on essay #7…

Anand asked if he would have to repeat the semester in its entirety. Dr. Fernandez explained that he would have to do the components listed above. Anand wondered if Dr. Fernandez knew that he had spent some 22 years in hospitals as a pharmacist and that, consequently, he found the clinical activities to be not meaningful. Dr. Fernandez said he regretted that Anand had not mentioned his dissatisfaction earlier but promised to make sure to work closely with Anand to ensure the relevance of the activities he is assigned. In answer to Anand's question, he said that he would be responsible for full tuition but would be eligible for financial aid.