**EXHIBIT "F"**



**ECFMG** | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org

Personal and Confidential
Via Federal Express

August 16, 2006



Mr. Anand Emanuel Dasrath
89-25 209 St.
Queens Village, NY 11427

   Re: USMLE™/ECFMG® Identification No. 0-704-162-7

Dear Mr. Dasrath:

  This is to advise that ECFMG is not releasing your score report for the USMLE Step 1 that you took on July 27, 2006.

  This is because ECFMG has recently received information indicating that you had not all eligibility requirements to take the examination. Specifically, you were not enrolled as a student in medical school at the time you took the examination. ECFMG received notice dated August 14, 2006 from Ross University School of Medicine indicating you had been "withdrawn" from the medical school. The medical school stated the date of your withdrawal was May 22, 2006.

  USMLE and ECFMG policy requires a medical school student to be enrolled in medical school both at the time the individual applies for the examination and at the time the individual takes the examination. Although you may have been enrolled in medical school at the time you applied for the examination, based on the information provided by Ross University School of Medicine, you have since been "withdrawn." Since you were no longer enrolled at Ross University School of Medicine, you were ineligible to take the examination.

  If there is an error in the records of the medical school, you must resolve it with the medical school immediately. As is stated in the ECFMG *Information Booklet*,

> "If your eligibility for am exam changes after you apply but before you take the exam, your are required to inform ECFMG immediately of this change in your status."

  Also note the following statements in the USMLE *Bulletin of Information*,

> "If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify

ECFMG® is an organization committed to promoting excellence in international medical education.

your registration entity promptly. Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a determination of irregular behavior (see pages 31-32). If you take a Step or Step Component for which you are not eligible, scores for that examination may not be reported or, if previously reported, may be revoked."

You must also write to ECFMG immediately to provide an explanation why you took the USMLE Step 1 when you were not enrolled as a medical school student at Ross University School of Medicine. ECFMG must receive your written explanation within fifteen (15) days of your receipt of this letter.

If you have any questions or need additional information, please let me know. My telephone number is (215) 823-2277, my fax number is (215) 386-9767 and my email address is bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Director, Credentialing and
Record Services