**EXHIBIT "H"**

Name: **DASRATH, ANAND EMANUEL**
(Last, First, Middle - as entered in Item 4)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: **2-704-116-7**

## PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION (Continued)

### 26. CERTIFICATION BY APPLICANT:

Students and graduates must sign the application in the presence of the Medical School Dean, Vice Dean or Registrar. (See 26.2.A below)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public. (See 26.2.B below). Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

I hereby certify that I currently meet the examination eligibility requirements and that the information on this application is true and accurate to the best of my knowledge and that the photograph(s) enclosed were taken within 6 months of the date of this application.

I also certify and acknowledge that I have read the 2006 ECFMG Information Booklet and 2006 USMLE Bulletin of Information, am aware of the contents of both publications, meet the eligibility requirements set therein and agree to abide by the policies and procedures therein.

[body of certification text continues]

Signature of Applicant (in Latin characters) X *Anand Emanuel Dasrath*

Date: **27 / 04 / 2006**

### 26.2 CERTIFICATION BY OFFICIAL:

**26.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL** (Must be completed for medical school students):

I hereby certify that the photograph, signature, and information entered in all parts of Section 26 of this form, including medical school attendance dates, and status of medical school student (if applicable) accurately apply to the individual named above, and that this individual is: (must check one):
☒ officially enrolled in  ☐ a graduate of  the institution indicated below. I have affixed the medical school seal or stamp over a portion of the photograph above.

Signature of Medical School Official (in Latin characters) X *Bruette Sena*  Date: **16 / 05 / 2006**

Print Name (in Latin characters): **Bruette Sena**

Official Title: **ASSOCIATE REGISTRAR OF CLINICAL SCIENCES**   Institution: **ROSS UNIVERSITY SCHOOL OF MEDICINE**

**2006**

OR

**26.2.B CERTIFICATION BY OFFICIAL IDENTIFICATION** (Pertains to graduates only):

I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on his identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant.

on this _____ day of the month of _____, in the year _____.

X _____
Signature of Consular Official, First Class Magistrate, or Notary Public (in Latin characters)   Title (with English translation, if not in English)

### 27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

### 28. OTHER EXAM HISTORY and APPLICANT NUMBERS:

Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

☐ NATIONAL BOARD OF MEDICAL EXAMINERS

USMLE Steps 1/2 — Applicant Identification Number: ☐-☐☐☐-☐☐☐-☐   Date of Most Recent Examination Taken: Month ☐☐ Year ☐☐

NBME Parts I/II — Applicant Identification Number: ☐☐☐☐☐☐   Date of Most Recent Examination Taken: Month ☐☐ Year 19☐☐

☐ STATE LICENSING AUTHORITY IN THE UNITED STATES

FLEX — FIN – Federation Identification Number: ☐☐☐☐☐☐   Date of Most Recent Examination Taken: Month ☐☐ Year 19☐☐

Page 7 of 7



PLAINTIFF'S EXHIBIT
**4**
10-15-10