# EXHIBIT "I"

05/16/2006 14:48 7187760739 ALLSTATE PAGE 01/01



89-25 209 STREET
QUEENS VILLAGE,
NEW YORK, 11427
5-15-06

THE OFFICE OF THE REGISTRAR,
ROSS UNIVERSITY
EDISON, N.J.

DEAR SIR/MADAM,

I WOULD LIKE TO REQUEST A STUDENT TRANSCRIPT FOR MY-SELF AND A STUDENT HANDBOOK TO BE MAILED & TO MY HOME ADDRESS AS ABOVE.

THANKS
Anand Dasrath
ANAND DASRATH

SSN: 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

PHONE NO- (718) 468-9421.

Received Time May. 16. 3:00PM

D00036



## Ross University
### SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Name: Dasrath, Anand E  
Undergraduate Institution: YORK COLLEGE  
Student ID: 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  
Matriculation Date: 5/10/2004

Comments:

| Code | Course Title | Grade | Credits | Code | Course Title | Grade | Credits |
|------|--------------|-------|---------|------|--------------|-------|---------|
| **Basic Sciences** | | | | Semester: 5/9/2005 | | | |
| | | | | 0745 | PATHOLOGY I | C | 4 |
| Semester: 5/10/2004 | | | | 0747 | MICROBIOLOGY & IMMUNOLOGY I | C | 3 |
| | | | | 0749 | PHARMACOLOGY I | B+ | 3 |
| 0523 | BIOCHEMISTRY | C+ | 5 | 0752 | BEHAVIORAL SCIENCE | D | 5 |
| 0526 | MEDICAL GENETICS | F | 0 | | | | |
| 0552 | DOCTOR PATIENT AND SOCIETY | B+ | 3 | | | | |
| 0518 | DEVELOPMENT&MICRO.ANAT/CELL BIOLOGY | C | | | | | |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 12 | 31 | 15 | 2.07 |
| CUMULATIVE: | 12 | 31 | 15 | 2.07 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 39.5 | 15 | 2.63 |
| CUMULATIVE: | 52 | 132.5 | 55 | 2.41 |

Semester: 9/6/2004

| 0518 | DEVELOPMENT&MICRO.ANAT/CELL BIOLOGY | B | 4 |
| 0526 | MEDICAL GENETICS | C | 3 |
| 0552 | DOCTOR PATIENT AND SOCIETY | A | 3 |

Semester: 9/2005

| 0653 | INTRO TO CLINICAL MEDICINE I | C | 5 |
| 0831 | PHARMACOLOGY II | B | 3 |
| 0842 | PATHOLOGY II | C | 4 |
| 0847 | MICROBIOLOGY & IMMUNOLOGY II | C | 3 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 10 | 30 | 10 | 3.00 |
| CUMULATIVE: | 22 | 61 | 25 | 2.44 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 33 | 15 | 2.20 |
| CUMULATIVE: | 67 | 165.5 | 70 | 2.36 |

Total Credits: 67

——— No Entries Below This Line ———

Semester: 1/10/2005

| 0631 | MEDICAL PHYSIOLOGY | |
| 0616 | GROSS ANATOMY | |
| 0615 | NEUROBEHAVIORAL I | C+ |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 32 | 15 | 2.13 |
| CUMULATIVE: | 37 | 93 | 40 | 2.33 |

*NOT VALID FOR TRANSFER OF CREDIT — STUDENTS COPY*

Page 1 of 1  
05/22/2006

**STUDENT COPY**

D00035