**EXHIBIT "J"**

06/01/06  13:50 FAX 516 355 5912     FEDEXKINKOS NEWHYDEPARK                              ☒001

# ROSS UNIVERSITY
# SCHOOL OF MEDICINE
# OFFICE OF THE REGISTRAR

## TRANSCRIPT REQUEST

POLICY: A transcript will be issued only with the student's written request. A fee of US $10.00 payable to Ross University by cash, money order or check is assessed for each transcript. Unofficial copies are free of charge and are only issued to currently enrolled students. Requests will be honored as quickly as possible in the order of application, however, during busy periods such as examinations, Commencement, registration, etc. there will be some delay.

PRINT YOUR NAME AND ADDRESS

NAME: ANAND DASRATH

TODAY'S DATE: 8-1-06

STREET ADDRESS: 89-25 209 STREET

@ 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
000 88730
STUDENT I.D.

CITY, STATE, ZIP: QUEENS VILLAGE, N.Y., 11427

SIGNATURE: Anand Dasrath

### COMPLETE APPROPRIATE ITEMS:

✓ CURRENTLY ENROLLED     SEMESTER LAST ENROLLED _____

___ HOLD FOR CURRENT SEMESTER GRADES _____
YES ✓NO                          SPECIFY SEMESTER

___ GRADUATE _____              ___ FORMER STUDENT _____
    INDICATE GRADUATION DATE              LAST SEMESTER ATTENDED

___ AUTHORIZATION LETTER SUBMITTED (FOR RETRIEVAL BY SOMEONE OTHER THAN THE STUDENT)

NUMBER OF TRANSCRIPTS _____   ___1___
                       OFFICIAL  UNOFFICIAL - ONLY 1 PER REQUEST

### PRINT FULL NAME AND ADDRESS BELOW OF RECIPIENT
Use one form for each addressee

NAME _____

STREET ADDRESS _____

CITY/STATE/ZIP _____

DO NOT WRITE IN SPACE BELOW - FOR OFFICE USE

| REC'D | SENT | PAID |
|-------|------|------|
|       |      |      |

Received Time Aug. 1.  2:01PM

D00005