**EXHIBIT "K"**



## Ross University
### SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Date Printed: 5/19/10

**Unofficial Copy**

Name : Dasrath, Anand  
Student ID : @00088730  
Matriculation Date : 05/10/2004  
Date Of Birth : 11/12/57  
Major : Medicine

| Course | Course Title | Grade | Credit | | Course | Course Title | Grade | Credit |
|---|---|---|---|---|---|---|---|---|
| | **Basic Science** | | | | MMIC 2311 | Microbiology & Immunology I | C | 3.00 |
| | | | | | MPAT 2321 | Pathology I | C | 4.00 |
| | | | | | MPHM 2341 | Pharmacology I | B+ | 3.00 |
| | | | | | MBEH 2330 | Behavioral Science | B | 5.00 |

**Summer 2004**  
5/10/04 — 8/20/04

| | | | | |
|---|---|---|---|---|
| MANT 1110 | Dev/Microscopic Anat/Cell Biol | C | 4.00 |
| MBIO 1135 | Medical Genetics | F | 0.00 |
| MBEH 1130 | Doctor, Patient & Society | B+ | 3.00 |
| MBIO 1125 | Biochemistry | C+ | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER: | 12 | 31.00 | 12 | 2.06 |
| CUMULATIVE: | 12 | 31.00 | 12 | 2.06 |

**Fall 2004**  
9/6/04 — 12/17/04

| MANT 1110 | Dev/Microscopic Anat/Cell Biol | B | 4.00 |
|---|---|---|---|
| MBIO 1135 | Medical Genetics | C | 3.00 |
| MBEH 1130 | Doctor, Patient & Society | A | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER: | 10 | 30.00 | 10 | 3.00 |
| CUMULATIVE: | 22 | 61.00 | 22 | 2.44 |

**Spring 2005**  
1/10/05 — 4/22/05

| MPHY 1210 | Neurobehavioral I | C+ | 4.00 |
|---|---|---|---|
| MANT 1220 | Gross Anatomy | C | 5.00 |
| MPHY 1230 | Medical Physiology | C | 6.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 32.00 | 15 | 2.13 |
| CUMULATIVE: | 37 | 93.00 | 37 | 2.32 |

**Summer 2005**  
5/9/05 — 8/19/05

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 39.50 | 15 | 2.63 |
| CUMULATIVE: | 52 | 132.50 | 52 | 2.40 |

**Fall 2005**  
9/5/05 — 12/16/05

| MPHM 2441 | Pharmacology II | B | 3.00 |
|---|---|---|---|
| MPAT 2421 | Pathology II Systemic/Clinical | C | 4.00 |
| MMIC 2411 | Microbiology & Immunology II | C | 3.00 |
| MCLM 2430 | Intro. to Clinical Medicine | C | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 33.00 | 15 | 2.20 |
| CUMULATIVE: | 67 | 165.50 | 67 | 2.36 |

**Clinical Science**

**Spring 2006**

| CAIC 5008 | Advanced Intro. To Clin. Med. | F | 0.00 |
|---|---|---|---|

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER: | 0 | 0.00 | 0 | 0 |
| CUMULATIVE: | 67 | 165.50 | 67 | 2.01 |

This document is an unofficial copy of the student's academic transcript. Official transcripts are printed on blue security paper with the University seal and require the Registrar's signature.

D00006



# Ross University
## SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Unofficial Copy

Date Printed: 5/19/10

| | |
|---|---|
| Name : Dasrath, Anand | Date Of Birth : 11/12/57 |
| Student ID : @00088730    Matriculation Date : 05/10/2004 | Major : Medicine |

| Course | Course Title | Grade | Credit | Course | Course Title | Grade | Credit |
|---|---|---|---|---|---|---|---|
| | Total Credits | | 67 | | | | |
| | No Entries Below This Line | | | | | | |

Comments: Administrative Withdrawal 4/7/06

This document is an unofficial copy of the student's academic transcript. Official transcripts are printed on blue security paper with the University seal and require the Registrar's signature.

D00007