**EXHIBIT "L"**

1 👉 **ORIGINAL**

1

2       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
3       ------------------------------------------X
        ANAND DASRATH,
4
                                      PLAINTIFF,
5
            -against-          CASE NO. CV-07-2433
6
        ROSS UNIVERSITY SCHOOL OF MEDICINE,
7
                                      DEFENDANT.
8       ------------------------------------------X

9                       DATE: September 30, 2010

10                      TIME: 9:55 a.m.

11

12                      EXAMINATION BEFORE TRIAL of the

13      Plaintiff, ANAND DASRATH, taken by the

14      Defendant, pursuant to an Order, held at the

15      offices of Cullen & Dkyman, Esqs., 177

16      Montague Street, Brooklyn, New York, before a

17      Notary Public of the State of New York.

18

19

20

21

22

23

24

25

AM/PM ATTENDANCE FEE...                                          90.00

SHIPPING & HDLG...                                                9.00

ORIG. & 2 COPIES & CONDENSED ENCL.

THANK YOU.

| | |
|---|---|
| Subtotal | 1,335.75 |
| Sales Tax | |
| Total Invoice Amount | $1,335.75 |
| Payment/Credit Applied | |
| TOTAL DUE | $1,335.75 |

PRODUCT 13344   FOLD IN (+) TO FIT COMPANION 9038 DU-O-VUE ENVELOPE.   NEBS  To Reorder: 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.   B

2

```
 1

 2        A P P E A R A N C E S:

 3

 4            COSTELLO & COSTELLO, ESQS.
                  Attorneys for Plaintiff
 5                5919 20th Avenue
                  Brooklyn, New York 11204
 6        BY:     JOSEPH R. COSTELLO, ESQ.

 7

 8            CULLEN & DYKMAN, ESQS.
                  Attorneys for the Defendant
 9                177 Montague Street
                  Brooklyn, New York 11201
10        BY:     JENNIFER McLAUGHLIN, ESQ.
                  File No. 11001-11
11

12                   *           *           *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1

2                    F E D E R A L   S T I P U L A T I O N S

3

4

5                        IT IS HEREBY STIPULATED AND

6        AGREED by and between the counsel for the

7        respective parties hereto, that the filing,

8        sealing, and certification of the within

9        deposition shall be and the same are hereby

10       waived;

11

12                       IT IS FURTHER STIPULATED AND

13       AGREED that all objections, except as to the

14       form of the question, shall be reserved to

15       the times of the trial.

16

17                       IT IS FURTHER STIPULATED AND

18       AGREED that the within deposition may be

19       signed before any Notary Public with the same

20       force and effect as if signed and sworn to

21       before this court.

22

23

24                        *      *      *      *

25

4

```
 1
 2        A N A N D     D A S R A T H , called as a
 3        witness, having been first duly sworn by a
 4        Notary Public of the State of New York, was
 5        examined and testified as follows:
 6        EXAMINATION BY
 7        MS. McLAUGHLIN:
 8            Q.      Please state your name for the
 9        record.
10            A.      Anand Dasrath.
11            Q.      Where do you reside?
12            A.      89-25 20th Street, Queens
13        Village, New York 11427.
14            Q.      Good morning, Mr. Dasrath.
15            A.      Good morning.
16            Q.      Nice to finally speak.  We met
17        over the years.  My name is Jennifer
18        McLaughlin, as you know I'm from Cullen &
19        Dykman.  We represent Ross University in a
20        lawsuit against them.
21                    Have you ever been deposed
22        before?
23            A.      No.
24            Q.      Just to set some ground rules,
25        the court reporter cannot record us speaking
```

5

```
 1                         A. DASRATH

 2      at the same time so if you would, let me

 3      finish my question and then you can answer

 4      that will probably be most helpful.

 5                  I'm going to ask you a series

 6      of questions about the remaining claims in

 7      your lawsuit against the University.

 8                  If you do not understand my

 9      question, please ask me to repeat it.

10                  If at any time you need a

11      break, please let your lawyer know.

12                  The only time you cannot take a

13      break is if a question is pending.

14                  Do you understand all of that?

15          A.      Yes.

16          Q.      You told us where you currently

17      live.

18                  Are you currently employed?

19          A.      Yes.

20          Q.      Where are you employed?

21          A.      Stonybrook University Medical

22      Center.

23          Q.      What is your position or

24      title?

25          A.      Teaching pharmacist.
```

6

1                    A. DASRATH

2          Q.     How long have you been at that

3    position?

4          A.     Four years.

5          Q.     So, you started in 2006?

6          A.     Yes.

7          Q.     And you continually maintained

8    that employment since 2006?

9          A.     Yes.

10         Q.     I'm going to skp back to where

11   you were born.

12         A.     In Guyana.

13         Q.     Are you a United States

14   citizen?

15         A.     Yes.

16         Q.     When did you come to the United

17   States?

18         A.     1977.

19         Q.     Were you working at that time

20   or a student?

21         A.     I think I came and I studied

22   here.

23         Q.     Where did you study?

24         A.     St. John's University.

25         Q.     What were you studying at that

7

```
 1                      A. DASRATH

 2      time?

 3           A.      Pharmacy.

 4           Q.      How many years did you spend at

 5      St. John's University?

 6           A.      Four years.

 7           Q.      Did you receive an

 8      undergraduate degree there?

 9           A.      Yes.

10           Q.      Was it a bachelor of arts?

11           A.      Bachelor of pharmacy.

12           Q.      Bachelor of pharmacy?

13           A.      Yes.

14           Q.      When did you graduate?

15           A.      1983.

16           Q.      At graduation, were you

17      employed or still taking classes?

18           A.      No, I was employed at Kings

19      County Hospital.

20           Q.      And what was your title

21      there?

22           A.      It progressed.  The last title

23      was senior associates pharmacist level C.

24           Q.      How long were you at Kings

25      County Hospital from 1983 to when, if you
```

8

```
1                       A. DASRATH

2        recall?

3                A.      Maybe 2003.  Sometime around

4        there.  I'm not sure.  Sometime after the

5        year 2000.

6                Q.      Was it in or around the time

7        that you were accepted to Ross University?

8                A.      No, I went to the New York

9        Hospital of Cornell Medical Center.

10               Q.      What did you do there?

11               A.      I was a senior pharmacist

12       there.

13               Q.      Why did you leave Kings County

14       Hospital?

15               A.      It was better pay at New York

16       Hospital.

17               Q.      During the time you were

18       employed by Kings County Hospital and New

19       York Hospital, were you taking classes

20       anywhere?

21               A.      Yes.

22               Q.      Where was that?

23               A.      Long Island University School

24       of Graduate Pharmacy.

25               Q.      Is that a graduate course you
```

9

```
1                       A. DASRATH

2       were taking?

3              A.      Yes.

4              Q.      Did you receive a degree from

5       Long Island University?

6              A.      Yes.

7              Q.      What degree?

8              A.      I have two degrees.

9       Pharmacology and toxicology.

10             Q.      Approximately, what years did

11      you attend Long Island University?

12             A.      It must be late '80s and I

13      think I graduated in 1990.

14             Q.      1990?

15             A.      Yeah.

16             Q.      Did you have any further

17      education after Long Island University?

18             A.      Yes.  I did York College City

19      University.

20             Q.      What years did you attend York

21      College City University?

22             A.      Sometime I think in the late

23      '90s.  I'm not sure of the year.

24             Q.      Did you receive a degree from

25      York College?
```

10

```
1                        A. DASRATH

2          A.      Yes.

3          Q.      What degree was that?

4          A.      Chemistry.

5          Q.      Was it a masters?

6          A.      No, that was a bachelor of

7    science.

8          Q.      So, you have a bachelor's of

9    science and a masters, I guess in

10   pharmacology and toxicology?

11         A.      A double masters.

12         Q.      And your undergraduate degree

13   is from St. John's University?

14         A.      Yes.

15         Q.      You worked at New York Hospital

16   until approximately 2003, you said?

17         A.      2004.

18         Q.      What was the reason for you

19   leaving your employment at New York

20   Hospital?

21         A.      I went to Ross University

22   School of Medicine.

23         Q.      The schools that you attended

24   that we just discussed, were you ever put on

25   academic probation for any reason?
```

11

1                   A. DASRATH

2          A.     No.

3          Q.     Were you ever suspended?

4          A.     No.

5          Q.     One other rule, you have to

6     speak your answers.  Otherwise he won't know

7     what you are saying.  Hand gestures and nods

8     are not helpful, but it is common that people

9     do that.

10         A.     Okay.

11         Q.     Were you ever withdrawn from

12    any of those schools that we just discussed?

13         A.     No.

14         Q.     So, there came a time I

15    presumed that you applied to Ross

16    University?

17         A.     Yes.

18         Q.     What was your goal in applying

19    to Ross University?  What were you looking to

20    become?

21         A.     A medical doctor.

22         Q.     When did you apply to Ross?

23         A.     I believe it was 2003.

24         Q.     Do you know if it was the

25    spring or the fall?

12

1                              A. DASRATH

2              A.        To the best of my recollection,

3       I think it was spring.

4              Q.        At some point you had to

5       submit, I assume documents to Ross for your

6       admissions?

7              A.        Yes.

8              Q.        What was involved in that, if

9       you can remember?

10             A.        An application form and a

11      college transcript.

12             Q.        Were there any other documents

13      that you forwarded to Ross in connection with

14      your application?

15             A.        I don't recall any.   It could

16      be more, but I just don't recall.

17             Q.        That's fine.  Did you have any

18      conversations with anyone at Ross in or

19      around the time that you were applying

20      there?

21             A.        I don't recall it right now.

22             Q.        Were you applying to other

23      schools or only Ross?

24             A.        Only Ross.

25             Q.        Why did you choose Ross?

13

1                          A. DASRATH

2            A.      I just saw an advertisement and

3      card and there was a poster with card and I

4      filled out the card and sent it in, dropped

5      it in the mailbox.

6            Q.      After submitting your

7      application, was there a time that you

8      received an acceptance letter?

9            A.      Yes.

10           Q.      Do you recall when that was?

11           A.      I don't recall specifically,

12     but I would suspect sometime in the spring

13     2003.  I don't recall the date.

14                MS. McLAUGHLIN:  We will mark

15           this document as an exhibit.

16                (Whereupon, the aforementioned

17           document was marked as Defendant's

18           Exhibit A for identification, as of

19           this date, by the Reporter.)

20           Q.      I'm going to ask you to take

21     take look at this exhibit that has been

22     marked as Defendant's Exhibit A.

23                It is dated April 17th, 2003

24     and it is on Ross University letterhead.

25           A.      Yes.

14

1                    A. DASRATH

2          Q.        Would you mind reviewing that

3   document.

4          A.        Yes, I reviewed it.

5          Q.        Do you recall seeing that

6   document before today?

7          A.        Yes.

8          Q.        Do you recall seeing it in or

9   around April of 2003?

10         A.        Yes.

11         Q.        Was this the acceptance letter

12  that you received from Ross?

13         A.        Yes.

14         Q.        Did you attend courses at Ross

15  starting in May 2003?

16         A.        No.

17         Q.        Why not?

18         A.        There was a death in the family

19  and my starting school was delayed.

20         Q.        When was it delayed to?

21         A.        May 2004.

22         Q.        Did you make a request to the

23  school to delay the start date?

24         A.        Yes.

25         Q.        Was that request in writing, if

15

```
 1                          A. DASRATH

 2       you recall?

 3              A.      Yes.

 4              Q.      Were there more than one

 5       request to delay your start date?

 6              A.      I don't recall.

 7              Q.      Did you officially start in May

 8       of 2004?

 9              A.      Yes.

10              Q.      In May 2004, you were enrolled

11       at Ross University; is that correct?

12              A.      Yes.

13              Q.      Where were you taking

14       classes?

15              A.      At Ross University, School of

16       Medicine in Dominica.

17              Q.      Did you move to Dominica at

18       that point in May of 2004?

19              A.      Yes.

20              Q.      Were you housed in student

21       housing or somewhere else?

22              A.      Student housing.

23              Q.      In May of 2004, do you recall

24       what curriculum you were enrolled in?

25              A.      The medical school program.
```

16

                              A. DASRATH

1

2          Q.      Was it the basic science at

3    that point?

4          A.      Yes.

5          Q.      What does the basic science

6    entail, if you recall?

7          A.      I didn't hear your question.

8          Q.      What does the basic science

9    segment portion of the curriculum entail?

10         A.      It entails the theorhetical

11   part of medicine.

12         Q.      So, you were required to take

13   courses concerning theory?

14         A.      Yes.

15         Q.      How many credits were you

16   required to take in your first semester, if

17   you recall?

18         A.      About fifteen credits.

19         Q.      And how many semesters did the

20   basic science segments portion of your

21   curriculum last?

22         A.      Four.

23         Q.      During that time I presume you

24   took certain courses, let's start with the

25   first semester.

17

1                    A. DASRATH

2            Do you recall what courses you

3    took?

4        A.      Yes.  One of them was

5    biochemistry.  I think it is referred to as

6    medical biochemistry.  One is medical

7    genetics.  One is histology, I think it is

8    called cryo anatomy or mental development

9    anatomy.

10            You will be better off calling

11    it medical histology.  And one was patient

12    doctrine society.

13        Q.      And those classes, was that the

14    last class that you recall taking?

15        A.      Yes.

16        Q.      Those classes started in the

17    semester starting May 2004?

18        A.      Yes.

19        Q.      How long was that semester?

20        A.      I think it runs to the

21    beginning of August.

22        Q.      And at some point I presume you

23    took and received, I'm sorry, you took exams

24    in these courses; is that correct?

25        A.      Yes.

18

A. DASRATH

2        Q.       Did you ever have any issues

3   concerning your grades on those exams in the

4   first semester?

5        A.       Yes.

6        Q.       Do you recall what those issues

7   were?

8        A.       At the end of the semester I

9   was issued a final grade in genetics as a B

10  plus.

11       Q.       What was the problem with that

12  grade?

13       A.       When I went back to the

14  Dominica campus, they took away the B plus

15  and give me an F.

16       Q.       So, you were issued a final

17  grade in genetics of B plus.

18                How were you issued that grade?

19       A.       In the transcript.

20       Q.       So, you have a grade reflecting

21  a B plus in genetics?

22       A.       Yes.

23       Q.       Do you have a copy of that

24  transcript?

25       A.       Yes.

19

```
 1                    A. DASRATH

 2                    MS. McLAUGHLIN:  I haven't

 3            already requested it, I'm not sure if I

 4            have, but I request for the record a

 5            copy of that transcript.

 6            A.     I have supplied it to you.

 7            Q.     I might have it here.  If we

 8     haven't received it --

 9                    MR. COSTELLO:  Okay.

10            Q.     You said when you returned to

11     the Dominica campus, it was changed to an

12     F.

13                    Can you explain the

14     circumstances of the changed grade?

15            A.     No particular explanation, they

16     just took it away.

17            Q.     And how was it taken away?

18            A.     It was removed from the

19     transcript.

20            Q.     When did you receive the

21     transcript reflecting a B plus and let me see

22     if I have it?

23            A.     At the end of the semester.  I

24     believe it was early August.

25                    MS. McLAUGHLIN:  Can you mark
```

20

1                          A. DASRATH

2              this, please.

3                      (Whereupon, the aforementioned

4              copy of transcript was marked as

5              Defendant's Exhibit B for

6              identification, as of this date, by the

7              Reporter.)

8              Q.      I'm going to ask you to take a

9        look at what has been marked as Defendant's

10       Exhibit B.  It is on Ross University

11       letterhead and it is dated July 12th, 2006.

12                      Have you ever seen this

13       document before?

14              A.      Yes.

15              Q.      What is this document?

16              A.      It's a transcript of the

17       grades, I scored from my first semester in

18       Ross University Medical School.

19              Q.      Is this a transcript that you

20       would regularly receive when your grades were

21       in?

22              A.      Yes.

23              Q.      How did you receive this

24       transcript, if you recall?

25              A.      I believe by mail.

21

A. DASRATH

1

2      Q.      On this transcript list, the

3      courses that we just discussed earlier that

4      you took in that semester; is that correct?

5      A.      Yes.

6      Q.      Can you, I guess, refer to me,

7      or explain to me which grade which you allege

8      was changed?

9      A.      Genetics grade.

10      Q.      So, it is genetics letter

11      grade, if I'm correct, it says B plus; am I

12      correct?

13      A.      Yes.

14      Q.      What is the item above the

15      genetic adjusted grade sixty, what does that

16      mean?

17      A.      That is their scores that they

18      give out.

19      Q.      That's related to a certain

20      exam or an average?

21      A.      I don't know how they come up

22      with their numbers, but we follow with

23      different grades received.

24             MR. COSTELLO:  This sounds like

25             this would be something left for Ross

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

22

1                      A. DASRATH

2            as far as the grade policy.

3                  MS. McLAUGHLIN:  I'm just

4            asking to his knowledge if he received

5            a sixty in some other portion of the

6            class, whether it be an exam or some

7            sort of average of test scores.

8            A.      I don't know where this came

9       from.

10           Q.      Underneath that it says the

11      grades on this page are unofficial and for

12      reference only.

13                  At any time did you receive an

14      official transcript of your grades?

15           A.      Yes, I received another

16      transcript stating that I failed the genetics

17      course.

18           Q.      And do you have a copy of that

19      transcript?

20                  MR. COSTELLO:  With him

21           today?

22                  MS. McLAUGHLIN:  At home,

23           anywhere.

24           Q.      Do you maintain a copy of that

25      transcript?

23

1                              A. DASRATH

2                    A.       I will look around if you

3          want.

4                    Q.       That is great.

5                             MS. McLAUGHLIN:  I will put a

6                    request on the record and I will

7                    follow-up in writing.

8                             MR. COSTELLO:   I was going to

9                    ask if you don't mind following up.

10                   Thank you.

11                   Q.       You said you believe on that

12         official transcript this grade was then shown

13         as an F; is that correct?

14                   A.       Yes.

15                   Q.       And the other grades, were they

16         the same as reflected on this unofficial

17         report?

18                   A.       Yes.

19                   Q.       Did you have a discussion with

20         anyone concerning the alleged change from B

21         plus to F in the genetics course?

22                   A.       I tried, but nobody would

23         listen.

24                   Q.       Who did you try to speak

25         with?

24

1                          A. DASRATH

2            A.      I tried to speak with the

3      assistant dean that was there.  Dr.

4      Houghton.

5            Q.      How do you spell that?

6            A.      I think it is spelled

7      H-O-U-G-H-T-O-N.

8            Q.      How did you speak to him?

9            A.      I went to her.

10           Q.      I'm sorry.

11           A.      I went to her office.

12           Q.      When was that?

13           A.      That would either be late

14     August of 2004 or early September.  That was

15     the beginning of my second semester.

16           Q.      Just to go back.  This is an

17     unofficial transcript that you said you were

18     probably provided by them.

19                   How long between the unofficial

20     transcript and the official transcript did

21     you generally receive them from Ross?

22           A.      Within a week, two weeks.

23           Q.      So, at some point you were sent

24     an unofficial transcript and then they

25     followed up with an official transcript, is

25

1                    A. DASRATH

2       that how it works?

3           A.      I don't recall exactly, but

4       there comes a time where you receive another

5       transcript.

6           Q.      When you went to Ms. Houghton's

7       office was she there, did you have a

8       discussion with her?

9           A.      She wouldn't listen.  They

10      don't listen.

11          Q.      What did you say to her?

12          A.      I showed her this transcript, I

13      showed her the second transcript, but they

14      just laugh in your face.

15          Q.      Did she laugh in your face at

16      that time?

17          A.      Yes.

18          Q.      Did she say anything else

19      besides laughter?

20          A.      She said nothing she can do

21      about it.

22          Q.      Did you speak to anyone else

23      about the genetics grade change from B plus

24      to F?

25          A.      Yes, I spoke to the person in

26

1                              A. DASRATH

2          charge of the genetics department.

3                 Q.      And who is that?

4                 A.      I don't remember his name right

5          now, but if I remember I'll tell you.

6                 Q.      And is he also located at

7          Dominica?

8                 A.      Yes.

9                 Q.      What did you speak to him

10         about?

11                A.      I told him they changed my

12         grade.

13                Q.      And what was his response?

14                A.      He looked at this transcript

15         and the next transcript and said he didn't

16         assign an F.

17                Q.      Who was your professor in that

18         class?

19                A.      I'm trying to remember his

20         name.  I don't remember his name right now.

21                Q.      Did you ever speak to that

22         professor about your grade?

23                A.      Of course.

24                Q.      And that wasn't Ms. Houghton or

25         this gentleman that you referred to; is that

27

A. DASRATH

2    correct?

3          A.       That is the gentleman.

4          Q.       That is the gentleman?

5          A.       Yes.

6          Q.       He said he did not assign an

7    F.

8                   Was that the end of the

9    conversation or did he say anything else?

10         A.       That is as much as I remember

11   right now.  More has probably been said, but

12   specifically stated he did not give me an F

13   in the genetics course.

14         Q.       Was there any written

15   communication besides your conversations that

16   you spoke of at Ross concerning this grade?

17   Either an e-mail or a letter?

18         A.       I don't recall.

19         Q.       After you spoke to the

20   professor, did you speak to anyone else

21   besides Ms. Houghton who we already talked

22   about?

23         A.       I tried to speak to other

24   people, but nobody would listen.

25         Q.       Who were the other people that

28

```
 1                       A. DASRATH
 2      you tried to speak to?
 3           A.      Dr. Grill.
 4           Q.      Who is Dr. Grill?
 5           A.      Dr. Grill at the time was one
 6      of the assistant deans.
 7           Q.      Did you speak to him in person
 8      or over the phone?
 9           A.      In person.
10           Q.      What did you say to him?
11           A.      I told him to change my grade
12      from a B plus to an F.
13           Q.      And what was his response?
14           A.      He said he can't do anything
15      either.
16           Q.      Was that the end of your
17      conversation or was there more discussed?
18           A.      I also went to the head of the
19      biochemistry department.
20           Q.      Who was that?
21           A.      Dr. Meisenberg.
22           Q.      Was this considered a
23      biochemistry course the genetics class?
24           A.      It comes under the biochemistry
25      department.
```

29

                              A. DASRATH

1                             A. DASRATH

2          Q.      What did Dr. Meisenberg say to

3     you?

4          A.      He said I was very sorry and we

5     proceeded walking to the examination center

6     of Ross University.

7          Q.      What is the examination

8     center?

9          A.      That is where the exams are

10    prepared, that is where they are marked,

11    graded.  That is where the transcript sheets

12    are kept.

13         Q.      What did you do at the

14    examination center with Dr. Meisenberg?

15         A.      I went to speak with Dr.

16    Desalu, the person in charge with the

17    examination center.

18         Q.      What did you say to Dr. Desalu?

19         A.      Dr. Meisenberg started speaking

20    to him that there seems to be a problem with

21    my grade.  He told Dr. Meisenberg that he

22    doesn't follow their procedures.

23         Q.      Does Dr. Desalu, to your

24    knowledge, grade the examinations?

25         A.      I don't know who grades their

30

A. DASRATH

2    exams, but I believe the transcript sheets

3    are taken to that office.

4         Q.      This genetics course that you

5    took, I don't know how medical school works

6    so I don't know how many exams are typically

7    given in a course.

8                 Is there a mid-term and a final

9    or is there more than that?

10        A.      Sometimes there are more.

11        Q.      In this course, do you recall

12   how many exams there were?

13        A.      I don't recall how many exams

14   specifically.

15        Q.      Was it more than two?

16        A.      I don't think more than two.

17        Q.      Is there a final exam?

18        A.      Usually there is a mid-term and

19   a final.

20        Q.      Do you recall for this class if

21   there was a final exam?

22        A.      Yes, there was a final exam.

23        Q.      And do you recall what your

24   score was or grade was on that final exam?

25        A.      We don't know our scores or

31

A. DASRATH

2  grade.

3      Q.     When you were in the

4  examination center with Dr. Meisenberg and

5  Dr. Desalu, did you go over your grade or

6  scores in that class?

7      A.     No.

8      Q.     After he said he did not follow

9  their procedure, what did Dr. Meisenberg

10  say?

11     A.     He seemed a little bit

12  astonished.  I don't recall what he said.

13     Q.     Was that the end of the

14  conversation or was there more discussed?

15     A.     Dr. Desalu told us to go away.

16     Q.     Do you know what percentage of

17  your genetic grade consisted of the final

18  exam?

19     A.     I don't recall at this time.

20     Q.     At any time were you able to

21  review your grade or your scores on the exams

22  in that course?

23     A.     No, I was never able to.

24     Q.     Was there ever a clinical

25  portion of that class or it was all written

32

                            A. DASRATH

1

2      exams?

3          A.      All written exams.  Multiple

4      choice.

5          Q.      So, your grade in that class

6      was based solely on multiple choice exams

7      that you were given?

8          A.      Yes.

9          Q.      After your meeting with Dr.

10     Desalu and Dr. Meisenberg, what happened

11     next?

12         A.      I had to repeat the course.

13         Q.      How did you find out that you

14     had to repeat the course?

15         A.      I probably spoke to somebody.

16     I don't recall exactly, but I had to repeat

17     it.

18         Q.      Was that the general procedure

19     when you failed a class at Ross to repeat the

20     course?

21         A.      Yes.

22         Q.      When did the course end

23     again?   Was that August of 2004?

24         A.      Yes.

25         Q.      When did you repeat that

33

                    A. DASRATH

2    course?

3         A.      In September, the fall of

4    2004.

5         Q.      Other than the conversations we

6    discussed with the various doctors at the

7    University, did you ever file a grievance or

8    any other complaint concerning the grade in

9    the genetics course in your first semester?

10        A.      To my knowledge, they don't

11   listen to any grievance.

12        Q.      But, did you file one?

13        A.      There is no way of filing a

14   grievance.

15        Q.      Did you discuss a grievance

16   with anyone other than the people we

17   discussed?

18        A.      These are the people that I'm

19   supposed to discuss.

20        Q.      After your conversations with

21   Dr. Desalu, were there any more conversations

22   about your failing grade that you recall with

23   anybody else?

24        A.      I don't recall.

25        Q.      Did you retake the course in

SHEET 34  PAGE 34

34

                              A. DASRATH

2    the fall of 2004 and pass the course?

3         A.      Yes.

4         Q.      Who was your professor, was it

5    the same professor?

6         A.      The same professor.

7         Q.      You don't remember his name; is

8    that right?

9         A.      I don't remember his name.

10        Q.      When did that semester end?

11        A.      In December of 2004.

12        Q.      What other classes were you

13   taking during the fall of 2004 semester?   Is

14   that semester number two?

15        A.      Yes.

16        Q.      What other classes were you

17   taking?

18        A.      I took histology and

19   doctor-patient society.

20        Q.      Only two classes besides the

21   genetics class?

22        A.      Yes.

23        Q.      Did you have any concerns about

24   your grades in those courses?

25        A.      No.

                                    A. DASRATH

1

2          Q.       Did you pass those classes?

3          A.       Yes.

4          Q.       You said you passed the

5   genetics class as well?

6          A.       Yes.

7          Q.       So, that semester ended in

8   December of 2004?

9          A.       Yes.

10         Q.       Was there a break between

11  semesters?

12         A.       A very short break.  Maybe a

13  week, two weeks.

14         Q.       When do you start semester

15  number three?

16         A.       In January of 2005.

17         Q.       So, other than the issue

18  concerning your genetics grade, were there

19  any other issues concerning the grade for the

20  first two semesters?

21         A.       Not that I recall.

22         Q.       Did you have any other issues

23  in general with Ross University during the

24  first two semesters?

25         A.       Not that I recall.

36

                              A. DASRATH

1

2          Q.        So, you start January 2005

3      third semester; is that correct?

4          A.        Yes.

5          Q.        And you are still in the basic

6      science segment of the curriculum?

7          A.        Yes.

8          Q.        So, these are all theory

9      courses?

10         A.        Yes.

11         Q.        What courses are you taking in

12     January of 2005?

13         A.        Neuro science, gross anatomy

14     and physiology.

15         Q.        That semester starting in

16     January of 2005, do you recall when it

17     concluded?

18         A.        I believe in April of 2005.

19     Maybe late April.

20         Q.        Did you pass the classes neuro

21     science, gross anatomy and physiology?

22         A.        Yes.

23         Q.        Did you have any issues

24     concerning your grades in those classes?

25         A.        Yes.

37

```
 1                      A. DASRATH
 2            Q.      What issues did you have?
 3            A.      In the gross anatomy, my grade
 4      wasn't calculated properly.  It turned out to
 5      be a letter grade lower than the calculated
 6      grade.
 7            Q.      How did you come to learn that
 8      your letter grade was not calculated
 9      properly, and it was in gross anatomy; is
10      that correct?
11            A.      Yes.
12            Q.      How did you come to learn that
13      it was not calculated properly?
14            A.      I spoke to Dr. Martin, the head
15      of the gross anatomy department.
16            Q.      What was your grade?
17            A.      C.
18            Q.      How did you receive that grade?
19            A.      By a transcript mailed to me.
20            Q.      Do you remember when you
21      received that transcript?
22            A.      I believe in late April.  Late
23      April or May.
24            Q.      Do you have a copy of that
25      transcript that you received in late April?
```

38

1                           A. DASRATH

2            A.       I'm pretty much sure I have it

3       somewhere.  I might not have it right now on

4       me.

5                    MS. McLAUGHLIN:  We will put a

6              request on the record and follow it up

7              in writing.

8            Q.       I just want to go back.  I'm

9       sorry for jumping around.  I know Defendant's

10      Exhibit B, this is the unofficial

11      transcript.  It is dated July 2006, but it

12      refers to the 2004 semester.

13                   Were you mailed this for the

14      first time in July of 2006?

15           A.       I was definitely not mailed in

16      July 2006.  This may have been a second

17      copy.

18           Q.       Did you request another copy of

19      it in July of 2006?

20           A.       I don't recall.

21           Q.       So, we don't know that this is

22      what you received back in 2004?

23           A.       It's exactly this, except for

24      that date.

25           Q.       Except for that date?

39

                                    A. DASRATH

1

2          A.       Yes.

3          Q.       So, you received a transcript

4   and you saw that your gross anatomy grade was

5   C?

6          A.       Yes.

7          Q.       Who did you discuss your grade

8   with?

9          A.       Dr. Martin.

10         Q.       Dr. Martin?

11         A.       Yes.

12         Q.       And what did you say to him?

13         A.       I told him my grade was not

14  correct.

15         Q.       Why did you believe it wasn't

16  correct?

17         A.       Because I knew how the points

18  were allocated and it didn't amount to what

19  the B was -- what the C was supposed to be.

20         Q.       How were the points allocated

21  in the gross anatomy course?

22         A.       I don't recall it right now.

23         Q.       Are you graded on a point

24  system?   When you say points were allocated,

25  was there some sort of point system?

40

```
 1                      A. DASRATH

 2         A.      Percentage based on tests.

 3         Q.      Do you remember how many tests

 4    you took in the gross anatomy course?

 5         A.      I don't remember how many

 6    tests.

 7         Q.      Was there a final exam?

 8         A.      Yes.

 9         Q.      How much is the final exam

10    worth as far as percentage?

11         A.      I do not recall now.

12         Q.      Do you recall what any of your

13    exam scores were in the gross anatomy class?

14         A.      I recall one in particular.

15         Q.      And what was that score?

16         A.      That score was one hundred

17    percent.

18         Q.      And what was that score on?

19         A.      That score was on problem ased

20    learning.

21         Q.      Is that an exam?

22         A.      It has oral tests like exam,

23    but it's actually, you gather around the

24    table, a small group gathering where at the

25    end of class a professor allocates a
```

41

                              A. DASRATH

2    percentage score.

3         Q.     So, you received one hundred

4    percent on the probblem based learning aspect

5    of the course?

6         A.     Yes.

7         Q.     Do you recall what any of your

8    scores were on any exams administered in the

9    gross anatomy course?

10        A.     No, not the other parts of the

11   course.  I don't recall other parts.

12        Q.     At the time, did you know your

13   scores?

14        A.     At the time, yes, I knew my

15   scores.

16        Q.     So, you didn't believe that

17   your scores coupled with this score in the

18   problem based learning portion of the exam

19   should have been reflected as a C?

20        A.     That's correct.

21        Q.     What did you believe it should

22   have been reflected as?

23        A.     A B.

24        Q.     What did Dr. Martin do or say

25   about that?

42

```
 1                    A. DASRATH
 2          A.      We discussed it and in the end
 3     he told me to get the F off.
 4          Q.      You are saying that he used the
 5     four letter word?
 6          A.      Yes.
 7          Q.      And that was the end of your
 8     conversation?
 9          A.      With Dr. Martin.
10          Q.      Did you speak with anyone else
11     concerning your grade in the gross anatomy
12     course?
13          A.      Yes.
14          Q.      Who else?
15          A.      Dr. Marvin Reviere.
16          Q.      Who is Dr. Reviere?
17          A.      He is the professor that
18     conducted the problem based learning segment
19     of the gross anatomy course.
20          Q.      Did you have an oral
21     conversation with him or written?
22          A.      Oral conversation with Dr.
23     Reviere.
24          Q.      In person or on the phone?
25          A.      In person, in his office.
```

43

A. DASRATH

2    Q.    What did you say to him?

3    A.    I told him my gross anatomy

4    grade was a C and I told him that Dr. Martin

5    refused to incorporate the points he gave me,

6    one hundred percent in his portion into the

7    calculation.

8    Q.    So, you believed that the one

9    hundred percent was not even reflected in the

10   C grade?

11   A.    It wasn't added.

12   Q.    How do now that?

13   A.    Dr. Martin told me that.

14   Q.    Did he tell you that in that

15   conversation we just discussed?

16   A.    Yes.

17   Q.    Did he tell you anything else

18   in that conversation?

19   A.    Yes.

20   Q.    What else?

21   A.    He told me he didn't believe I

22   scored a hundred percent.

23   Q.    Is Dr. Martin in charge of

24   compiling the grade for that course?

25   A.    Yes.

44

                              A. DASRATH

1

2          Q.       And how did you know you

3     received one hundred percent on that

4     portion?

5          A.       Dr. Reviere told me.

6          Q.       Do you have a copy of that

7     score?

8          A.       He showed me his grade book.

9          Q.       But, were you given anything

10    prior to that time showing that you received

11    one hundred percent in that portion of the

12    class?

13         A.       No.

14         Q.       So, how did you know before

15    seeing Dr. Martin that you received one

16    hundred percent on that portion?

17         A.       He told us at the end, the last

18    day of that meeting.

19         Q.       The last day of?

20         A.       That meeting, the PBL, the

21    problem based learning meeting.

22         Q.       He told all the students or

23    just you?

24         A.       All the students.  Each

25    individual student.

45

1                          A. DASRATH

2          Q.      And you don't know what

3    percentage the one hundred percent counted

4    toward your final grade?

5          A.      Yes, I do know.

6          Q.      What was it?

7          A.      That was five percent.

8          Q.      You don't recall your grades on

9    any exams in that class; is that correct?

10         A.      I don't recall other grades,

11   but this one in particular I recall.

12         Q.      And Dr. Reviere, after showing

13   you the score in the grade books, did you

14   have any further conversation with him about

15   your grades?

16         A.      He told me personal things

17   like, I should not try to complain or, you

18   know, not to, they call it don't rock the

19   boat or they abuse the students more.

20         Q.      What did you say to him after

21   he explained that to you?

22         A.      I don't recall any other

23   details.

24         Q.      Did you have any further

25   conversations about this grade with anybody

46

1                          A. DASRATH

2      else?

3              A.      I don't recall.

4              Q.      Did you file any formal letter

5      or grievance with the school concerning this

6      grade?

7              A.      Yes.

8              Q.      What was that filing that you

9      made?

10             A.      I filed a complaint with my

11     student advisor.

12             Q.      Who is your student advisor?

13             A.      Anthony Almeida.

14             Q.      What is a student advisor, is

15     that a faculty member?

16             A.      A faculty member.

17             Q.      Was he your student advisor

18     from the beginning of your education at

19     Ross?

20             A.      Yes.

21             Q.      So, it doesn't rotate, it's the

22     same person throughout your career there?

23             A.      I don't recall knowing that he

24     was my student advisor in the beginning.

25     But, after this problem again, after the

47

```
 1                    A. DASRATH

 2     grade I asked around and people directed me

 3     to him.

 4                    MR. COSTELLO:  It would be fair

 5           to say he was a student advisor from

 6           the time he was there because he didn't

 7           complete the studies at Ross.

 8           Q.      Right, from the time you were

 9     there I meant to say, during your education

10     at Ross, was he your student advisor?

11                    You didn't know him at the

12     beginning, I think you are saying and some

13     point you found out about him?

14           A.      Yes.

15           Q.      And when you found out about

16     him, you contacted him concerning the gross

17     anatomy grade?

18           A.      Yes.

19           Q.      What did you say to him?

20           A.      I spoke to him in person while

21     he was there and we also had e-mail.  We sent

22     e-mails to each other.

23                    MS. McLAUGHLIN:  I'm going to

24           mark two documents.

25                    (Whereupon, the aforementioned
```

48

```
 1                      A. DASRATH

 2            two e-mails were marked as Defendant's

 3            Exhibits C and D for identification, as

 4            of this date, by the Reporter.)

 5            Q.      We have just marked Defendant's

 6    Exhibits C and D which appears to be two

 7    e-mails.  Exhibit C is dated June 27th,

 8    2005.  The second Exhibit D is dated July

 9    11th, 2005.

10                    I'm going to ask you to take a

11    look at Exhibits C and D.  Those are the two

12    marked exhibits.

13            A.      Yes, I read the two exhibits.

14            Q.      Do you recall seeing these

15    documents before today?

16            A.      Yes.

17            Q.      Do you know when you first saw

18    them?

19            A.      In 2005.

20            Q.      You discussed having e-mail

21    exchanges with Dr. Almeida?

22            A.      Yes.

23            Q.      Are these the e-mail exchanges

24    that you are referring to?

25            A.      Yes.
```

49

                              A. DASRATH

1

2          Q.      Do you recall if there were any

3     other e-mail exchanges that you had with him?

4          A.      I don't recall any other

5     ones.

6          Q.      Are these the only records that

7     you have of e-mail exchanges with Dr.

8     Almeida?

9          A.      To my knowledge, yes.

10         Q.      Prior to the e-mail exchange

11    you had a conversation with Dr. Almeida about

12    your gross anatomy grades?

13         A.      Yes.

14         Q.      What did you say to him?

15         A.      I told him that Dr. Martin

16    wasn't incorporating the one hundred percent

17    I scored in the problem based learning part

18    of the anatomy course.

19         Q.      What did he say to you in

20    response?

21         A.      He said he will try to

22    accomplish that.

23         Q.      The first e-mail marked Exhibit

24    C, appears to state from Dr. Almeida, Dear

25    Mr. Dasrath, I tried to contact Deans

50

1              A. DASRATH

2     Houghton and White a number of times and

3     didn't succeed.  We spoke about Dean

4     Houghton.

5              Who is Dean White?

6        A.      She is also, at the time she

7     was also an assistant dean of Ross University

8     School of Medicine.

9        Q.     Had you had a conversation with

10    her prior to discussing this with Dr.

11    Almeida?

12       A.      They didn't speak to me.  They

13    would usually ask what are you here for.   I

14    would tell them I'm here to discuss a problem

15    and they would say go away.

16       Q.     So, you did approach Dr. White

17    concerning your grade in gross anatomy?

18       A.      With no useful conversation.

19    They lead you to the door and they ask you to

20    leave.  You knock on the door and they ask

21    you to leave.

22       Q.     You had no conversation, but

23    you did approach her door?

24       A.     Yes.

25       Q.     Do you know if Dr. Almeida was

51

                              A. DASRATH

1

2      ever successful in discussing your grade with

3      Deans Houghton and White?

4             A.      According to these exhibits he

5      tried and failed.

6             Q.      The next exhibit which is

7      marked Exhibit D, the July 2005 e-mail, talks

8      about results of your mini two exam.

9                    What was that?

10            A.      I think that is like a

11     mid-term.

12            Q.      What class was that in?

13            A.      That must have been the other

14     classes that I was doing at the time in

15     Ross.

16            Q.      So, the gross anatomy course

17     ended in April of 2005 and you started the

18     May semester presumably right after that?

19            A.      Yes.

20            Q.      And you were taken other exams

21     during the summer --  I'm sorry, other

22     courses during the summer?

23            A.      Yes.

24            Q.      Was that semester four or some

25     other semester, a makeup course?

52

A. DASRATH

2      A.      No, that is the regular

3   semester.

4      Q.      Do you recall what courses you

5   were taking during the summer?

6      A.      Yes.  I think I was taking

7   pathology one, pharmacology one and

8   microbiology and immunology.

9      Q.      Were you taking pathology

10   also?

11      A.      Pathology one.

12      Q.      Were you taking behavioral

13   science?

14      A.      Yes.

15      Q.      And the mini two exam had to do

16   with the courses you were taking in semester

17   four?

18      A.      Yes.

19      Q.      He also refers to Dr. Houghton

20   regarding your incorrect grade in anatomy.

21   If a student's grades changes upward by a

22   letter from a B to an A then the change will

23   be made, but not otherwise.

24         This because in this way the

25   final report will not carry any penalties so

53

A. DASRATH

1

2        changing it will not serve any purposes.

3                        Was your grade changed in that

4        course?

5            A.      No.

6            Q.      Did you understand what Mr.

7        Almeida was explaining in this e-mail?

8            A.      Yes.   He was trying to tell me

9        to stay quiet so I won't be penalized any

10       more.

11           Q.      How would they penalize you

12       more?

13           A.      They might reduce the grade

14       more or fail me.

15           Q.      Did you see him after receiving

16       this e-mail?

17           A.      Yes.

18           Q.      And what did you discuss during

19       that e-mail?

20           A.      He told me just stay quiet.

21       You are an old student here.  They could get

22       rid of you any time.

23           Q.      So, your grade in the gross

24       anatomy course remained a C as far as you

25       know?

54

```
 1                      A. DASRATH

 2          A.      Yes.

 3          Q.      Did you have any other

 4    discussion besides doctor --  besides with

 5    Dr. Almeida on the gross anatomy grade?

 6                  Was there anyone else that we

 7    have forgotten?

 8          A.      I don't recall.

 9          Q.      During the time you were

10    discussing with Dr. Almeida your gross

11    anatomy grade, you were taking four classes

12    that summer 2005?

13          A.      Yes.

14          Q.      Did you have any issues

15    concerning your grade in those classes?

16          A.      Yes.

17          Q.      Which class?

18          A.      Pathology one.

19          Q.      What was your grade in that

20    course?

21          A.      The final grade was a C.

22          Q.      What did you believe it should

23    be?

24          A.      I believe it should have been a

25    B also.
```

55

```
 1                       A. DASRATH

 2          Q.       Why is that?

 3          A.       That grade also I scored one

 4     hundred percent in one of the mid-terms.

 5     They withheld that grade when it was supposed

 6     to be given in August of 2005.  And refused

 7     to give me the one hundred percent I scored

 8     in the mid-term exam.

 9          Q.       So, in August of 2005, you

10     expected to receive your grade in pathology

11     one class?

12          A.       Yes.

13          Q.       Did you receive a transcript at

14     all?

15          A.       Yes.

16          Q.       Let me just back up.

17                   Is the transcript the only way

18     you receive grades or are they posted in some

19     other way in these courses?

20          A.       The transcript.

21          Q.       In other words, when I went to

22     college, you could look at a wall and they

23     would post the grades?

24          A.       Or some people do it by

25     e-mail.  I don't recall seeing posted grades
```

56

1                          A. DASRATH

2      on the wall.

3           Q.      And there is no way to access

4      it electronically or otherwise?

5           A.      I don't recall that.

6           Q.      So, the first time you found

7      out about your grade in pathology was in

8      August of 2005?

9           A.      Yes, pathology one.

10          Q.      Pathology one, I'm sorry.

11                  What did you find out in August

12     of 2005?

13          A.      I received grades for the other

14     three courses, but not pathology one.

15          Q.      Did you call someone or talk to

16     someone about this?

17          A.      Yes.

18          Q.      What was discussed?   I'm

19     sorry, who did you speak to?

20          A.      Dr. Desalu.

21          Q.      And Dr. Desalu, if you

22     remember, was in charge of the grading center

23     at the school; is that correct?

24          A.      Yes.

25          Q.      What did you say to Dr. Desalu?

57

1                          A. DASRATH

2           A.      I told him I didn't get my

3    pathology one grade.

4           Q.      You had your transcript mailed

5    to you and you did not see a grade there?

6           A.      Yes.

7           Q.      What was there, if anything?

8           A.      I don't recall.  Maybe blank or

9    something else.  I don't recall what was

10   there.

11                  MS. McLAUGHLIN:  Mark this

12          document.

13                  (Whereupon, the aforementioned

14          transcript was marked as Defendant's

15          Exhibit E for identification, as of

16          this date, by the Reporter.)

17          Q.      I ask you to take a look at

18   what has been marked as Defendant's Exhibit

19   E.  It is hard to read because it is a copy.

20                  It has your name on it and it

21   is dated January 11th, 2006, 1/11/2006.  It

22   appears to be a transcript, but I will have

23   you review it and explain to me what you

24   understand it to mean.

25          A.      Do you want me to just speak

58

1                          A. DASRATH

2      about pathology one?

3              Q.      What is this?

4              A.      This is a transcript of my

5      courses I did and the grades that I received.

6              Q.      The date on the transcript, is

7      that the date that you received it in or

8      around that time?

9              A.      I don't recall exactly when I

10     received it, but I do see a date here that

11     says 1/11/2006.

12             Q.      In that document sixty percent

13     of the way down it talks about pathology

14     one?

15             A.      Yes.

16             Q.      Is that the course that we were

17     just discussing, that same course?

18             A.      Yes.

19             Q.      It says grade I?

20             A.      Yes.

21             Q.      Was that what you saw on your

22     transcript when you received it in August of

23     2005?

24             A.      Yes.

25             Q.      What does I mean?

59

                          A. DASRATH

1

2          A.        Incomplete.

3          Q.        Did you find out from Dr.

4    Desalu when you approached him about this

5    marking as to why the course was marked

6    incomplete?

7          A.        Yes.

8          Q.        What did he tell you?

9          A.        He told me he did not issue a

10   grade because they were concerned about me

11   scoring a hundred percent in the pathology

12   one mid-term exam.

13         Q.        Do you recall the component of

14   this class.  You remember there was a

15   mid-term.

16                   What other exams were there?

17         A.        A final.

18         Q.        And that was it?

19         A.        A lab exam.

20         Q.        A lab exam?

21         A.        Yes.

22         Q.        Do you know what you received

23   on the final exam?

24         A.        No.

25         Q.        Did you ask at that time?

60

1                     A. DASRATH

2          A.     I asked why I didn't get a

3    grade.  He told me they were concerned that I

4    scored one hundred percent in the pathology

5    mid-term.

6          Q.     Did you understand what his

7    concern was?

8          A.     His concern was he does not

9    believe I scored one hundred percent.

10          Q.     Who was the professor for

11    pathology one?

12          A.     I'm not sure.  I think his name

13    was --  I don't remember his name.

14          Q.     Is it the professor that scores

15    the exam or is it Dr. Desalu?

16          A.     Dr. Desalu.

17          Q.     So, he scores all exams for the

18    medical school?

19          A.     Yes.

20          Q.     The professor administering the

21    class does not do the grading?

22          A.     Not to my knowledge, except in

23    some parts, like problem based learning.

24          Q.     After he told you he was

25    concerned, where your one hundred percent on

61

```
 1                    A. DASRATH

 2      the mid-term and that he didn't believe you

 3      to have received that, what was your

 4      response?

 5            A.     I was very disappointed.

 6            Q.     So, you took all required exams

 7      in this course?

 8            A.     Yes.

 9            Q.     And you met all requirements of

10      pathology one?

11            A.     Yes.

12            Q.     And you received an incomplete,

13      is that correct?

14            A.     Yes.

15            Q.     Was that grade ever, the

16      incomplete ever changed to any other score?

17            A.     Yes.

18            Q.     When was that?

19            A.     In December of 2005.

20            Q.     What was it changed to?

21            A.     C.

22            Q.     So, from an incomplete to a C?

23            A.     Yes.

24            Q.     Do you know why?

25            A.     I believe they felt like giving
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

62

```
 1                    A. DASRATH

 2    me a C so they gave me a C.

 3         Q.       Did you retake the class?

 4         A.       No.

 5         Q.       Did you have any discussions

 6    after Dr. Desalu's meeting about your

 7    incomplete score?

 8         A.       There was no one to talk to.

 9         Q.       Did you file any sort of

10    grievance or letter with the school

11    concerning your grade other than your

12    conversation with Dr. Desalu?

13         A.       No.  I was warned by Dr.

14    Almeida to stay quiet.

15         Q.       Did you talk to Dr. Almeida

16    about this grade?

17         A.       Yes.

18         Q.       What did Dr. Almeida tell you

19    about this?

20         A.       He told me to be careful.  They

21    might kick me out by the time I get to

22    Miami.

23         Q.       When did you first notice that

24    the grade was changed from an I to a C?

25         A.       In December of 2005.
```

63

```
1                           A. DASRATH
2              Q.      Did you have to do anything in
3       order to effectuate that change or it
4       happened all of a sudden?
5              A.      It happened by itself.
6              Q.      You didn't have to complete any
7       more course work?
8              A.      No.
9              Q.      The only reason to your
10      knowledge it was marked incomplete was
11      because of your score on the mid-term exam?
12             A.      Yes.
13             Q.      There were no other reasons
14      told to you?
15             A.      No other reason was told to
16      me.
17             Q.      This is semester four that you
18      took pathology one, is that correct?
19             A.      Yes.
20             Q.      And did you have any issues
21      with your other grades in those courses?
22             A.      This was semester four, but it
23      was the second to last semester.
24             Q.      You're right, I'm sorry. This
25      is semester four in the basic science
```

64

A. DASRATH

1

2      curriculum?

3          A.       Semester three runs into

4      semester four because remember I had to

5      repeat the genetics.

6          Q.       Did you have any other issues

7      besides your pathology one grade during that

8      semester?

9          A.       Not that I recall.

10         Q.       In this semester concluded in

11     the summer of 2005, around August I

12     presume?

13         A.       Yes.

14         Q.       At some point you received a

15     final transcript?

16         A.       Yes.

17         Q.       Do you recall when classes

18     ended that semester?

19         A.       To the best of my recollection,

20     maybe like the middle of August.

21         Q.       When did you receive your final

22     grade for that semester, semester four?

23         A.       Sometime late August or early

24     September.

25         Q.       The only way you recall

1                    A. DASRATH

2         receiving your grades was through a

3         transcript mailed to you?

4              A.     Yes.

5              Q.     Did you request your grade

6         prior to receiving the transcript?

7              A.     They do it automatically.

8              Q.     So, you didn't need to request

9         them prior to receiving the transcript?

10             A.     If you need to request you can

11        also request.

12             Q.     But, if you request it prior to

13        the official transcript being received all of

14        the grades might not be available at that

15        time; am I correct?

16             A.     The grades are available very

17        shortly after the exam.

18             Q.     You started presumably

19        September of 2005.

20             A.     Right.

21             Q.     The fifth semester?

22             A.     It should be the fourth

23        semester, but it is the fifth semester for

24        me.

25             Q.     So, that's the last semester of

66

A. DASRATH

2    basic science?

3         A.      Yes.

4         Q.      What did you take that semester

5    and since we have this marked, I will show

6    you, if it helps, Defendant's Exhibit E?

7         A.      I took pharmacology two,

8    introduction to clinical medicine, pathology

9    two, microbiology and immunology two.

10        Q.      Did you have any concerns about

11   the grades issued in those courses?

12        A.      Yes.

13        Q.      Which courses, if any?

14        A.      Introduction to clinical

15   medicine.

16        Q.      And your concern about that

17   grade?

18        A.      An I was issued instead of a

19   regular grade.

20        Q.      During the time that you were

21   completing your courses for the fifth

22   semester, did you have any issues concerning

23   your grade on the exams prior to receiving

24   the incomplete?

25        A.      No, nothing I can remember

67

```
 1                    A. DASRATH

 2       about.

 3            Q.      And at some point you received

 4       your transcript for the fifth semester?

 5            A.      Yes.

 6            Q.      At that point was that the

 7       first time that you learned about the

 8       incomplete?

 9            A.      Yes.

10            Q.      Did you approach anyone about

11       the incomplete in the clinical medicine, is

12       it?

13            A.      Yes.

14            Q.      Who did you approach?

15            A.      I don't recall approaching

16       anybody.  I came off the island.  I finished

17       all the basic science courses.

18            Q.      So, that is after your fifth

19       semester.  You would leave Dominica and come

20       back to the United States, is that correct?

21            A.      Yes.

22            Q.      So, you already left after your

23       final exam?

24            A.      After the grade were issued.  I

25       did the final exams, but I came after the
```

68

                              A. DASRATH

1

2      final --  I came back home after the final

3      exams.

4             Q.      And that was sometime in August

5      of 2005?

6             A.      No, December of 2005.

7             Q.      I'm sorry.  And then you

8      received your transcript at some point?

9             A.      Yes.

10            Q.      And you noticed the incomplete

11     marking?

12            A.      Yes.

13            Q.      Did you call anyone concerning

14     it?

15            A.      I don't recall.  I don't recall

16     exactly what I did.  It just bothered me a

17     lot again.  They had already warned me to

18     stay quiet.

19            Q.      Did you talk to anyone

20     concerning the incomplete grade at any time?

21            A.      I don't recall.

22            Q.      When were you due to return for

23     the sixth semester?  Is it called sixth

24     semester?

25            A.      It's called fifth semester.  In

69

1                      A. DASRATH

2        January of 2006.

3              Q.      You were home here in New York

4        between December and January?

5              A.      For about a week.

6              Q.      Just a week?

7              A.      A week or two.

8              Q.      And during that time that you

9        were home, did you have any conversation with

10       anyone at Ross University concerning any of

11       your grades?

12             A.      I don't recall.

13             Q.      And then you returned to

14       Dominica in January of 2006?

15             A.      No, I went to Miami.

16             Q.      What were you reporting there

17       for?

18             A.      The AICM program.

19             Q.      What is the AICM program?

20             A.      The advanced introduction to

21       clinical medicine.

22             Q.      The other courses that you

23       described in your first basic science

24       curriculum you say were?

25             A.      Yes.

70

```
 1                    A. DASRATH

 2          Q.        How did the AICM course

 3     differ?

 4          A.        It was similar to the other

 5     courses.

 6          Q.        Did you have one professor or

 7     more than one?

 8          A.        Several professors.

 9          Q.        When you reported in January of

10     2006, who was the professor at the time?

11          A.        One of them was Dr. Enrique

12     Fernandez.  One was Dr. Pete Gutterrez.  One

13     was Dr. Vivian Guttery.  And there were a

14     number of visiting professors.  I don't

15     recall their names.

16          Q.        And was the course given at the

17     school's location in Miami or in the

18     hospital?

19          A.        At the school's location.

20          Q.        Was the course one semester

21     only?

22          A.        Yes.

23          Q.        Did you take on any other

24     courses at the same time?

25          A.        There is only one course.
```

71

A. DASRATH

2      Q.      What happened at that time with

3   your incomplete with the pathology one

4   course?

5      A.      It was changed from an

6   incomplete to a C.

7      Q.      Before you started the AICM

8   class?

9      A.      Right around then.  I don't

10   recall the exact date.

11      Q.      How did you find out it was

12   changed to a C?

13      A.      I received a transcript.

14      Q.      The AICM course that you were

15   taking, do you remember what your grades were

16   based on?

17      A.      It was based --

18                MR. COSTELLO:  For the AICM?

19      Q.      For the AICM.

20      A.      Test.

21      Q.      Test only or was there a

22   practical portion of the course?

23      A.      On many things.  Plastic

24   things that looks like human.

25      Q.      You had taken the exams for the

SHEET 72  PAGE 72

72

1                    A. DASRATH

2       AICM course?

3            A.      Yes.

4            Q.      Did you recall how many exams

5       you had taken?

6            A.      I recall five exams.

7            Q.      And those were written exams?

8            A.      Yeah.

9            Q.      Scan trons only or all essay?

10           A.      Scan trons.

11           Q.      So, you had five scan tron

12      exams?

13           A.      Yes.

14           Q.      Do you recall any essay

15      exams?   Any essay portion of the exams?

16           A.      I don't recall essays.

17           Q.      Then you said you would work on

18      plastic bodies, did you say?

19           A.      Yes.

20           Q.      What part of the course was

21      that?   Was that the practical part of the

22      course?

23           A.      If you want to call it

24      practical, yes, we worked on plastic bodies.

25           Q.      How often did you do that?

73

                            A. DASRATH

1

2          A.      We did that several times.  I

3    don't recall the number of times.

4          Q.      And you were graded on that?

5          A.      I don't recall.

6          Q.      Do you know what your grade in

7    the AICM course was comprised of?

8          A.      I don't recall specifically how

9    it was allocated.

10          Q.      You don't know how the exams

11    were allocated percentage-wise?

12          A.      I don't know.  I don't recall.

13          Q.      Was one of the five exams a

14    final exam?

15          A.      I think they are all final

16    exams because each one is for a different

17    certification test.

18          Q.      So, each exam related to a

19    different certification?

20          A.      Yes.

21          Q.      Do you recall the five

22    different certifications?

23          A.      One of them was for the

24    National Board of Medical Exam.  One was from

25    the American Heart Association.  I think two

74

A. DASRATH

1

2      of them were from the American Heart

3      Association.  One of them was for family

4      abuse.

5                    And then there was a fifth

6      one.  I don't recall what it was called.  I

7      do have the certification.  The

8      certification papers I can look up.

9           Q.      When you took these exams, you

10     would receive a certification if you passed

11     the exam?

12          A.      Yeah.

13          Q.      And you received all five

14     certifications?

15          A.      Yeah.

16          Q.      Was there anything else your

17     grade was based on besides the fifth

18     certification exams?

19          A.      I'm not sure.

20          Q.      Was there a clinical portion of

21     the class?

22          A.      I don't believe the clinical,

23     there were some hospital visitation, but I

24     don't believe they were worth points.  Not to

25     my knowledge.

75

A. DASRATH

2      Q.      How often did you do the

3   hospital visitation?

4      A.      A few times.

5      Q.      More than once?

6      A.      Yeah.

7      Q.      More than ten?

8      A.      I don't think so.  Maybe three,

9   four.

10      Q.      What did you do during hospital

11   visitation?

12      A.      You visit and watch what the

13   doctors were doing.  They just walk you

14   around.

15      Q.      That was separate from working

16   on the plastic body?

17      A.      Yes.

18      Q.      Working on the plastic body,

19   was that graded?

20      A.      It was part of a certification

21   exam, but I don't know how they

22   incorporated.  I do not know that.

23      Q.      You took five exams at separate

24   times during the semester?

25      A.      Yes.

76

1                          A. DASRATH

2            Q.      So, they weren't all given at

3      once?

4            A.      No.

5            Q.      Was there a final exam after

6      the certification?

7            A.      There was a final exam.

8            Q.      Do you know which one it was?

9            A.      I believe it was the national.

10     It may have been --  I'm not sure.

11           Q.      Do you recall when the last day

12     of class was?

13           A.      April 7th, 2006.

14           Q.      When did you receive your final

15     grade in that course, the AICM course?

16           A.      In August the 14th, 2006.

17           Q.      What was that grade?

18           A.      F.

19                   MS. McLAUGHLIN:  Off the

20           record.

21                   (Whereupon, a short recess was

22           taken.)

23                   MS. McLAUGHLIN:  Back on the

24           record.

25           Q.      When you received your

77

1               A. DASRATH

2        transcript in August of 2006, was that the

3        first time that you learned of your failing

4        grade in your AICM course?

5               A.      That is the first time I

6        learned official grade failing the AICM

7        course.

8               Q.      What do you mean official?

9               A.      It was in the transcript.

10              Q.      Did you learn of the failing

11       grade unofficially?

12              A.      There was conversation --  yes,

13       unofficially, yeah.

14              Q.      How did you learn of your

15       failing grade in the AICM course?

16              A.      At first I managed to sign onto

17       one of Dr. Fernandez' web sites.

18              Q.      Had you ever accessed your

19       grade prior to this time by the web site

20       provided by Ross?

21              A.      No.

22              Q.      This was the first time you

23       accessed your grade via a web site, correct?

24              A.      Yes.

25              Q.      Do you recall when that was?

SHEET 78  PAGE 78

78

1                          A. DASRATH

2          A.       That may have been late April

3     2006.

4          Q.       What was the name of the web

5     site, if you recall?

6          A.       Devryu.net.

7          Q.       How do you get access to

8     that?   Is it by password?

9          A.       When you go to Miami they give

10    you that access.

11         Q.       Had you been able to access

12    this before to view your grades prior to that

13    date?

14         A.       No.

15         Q.       Was this the first time that

16    you accessed your grade?

17         A.       Yeah.

18         Q.       Were you told that your grades

19    were available or did you just happen to

20    access the site and found out about the

21    grade?

22         A.       Among friends.  We talked.

23         Q.       Other than friends talking, you

24    didn't receive notification that grades were

25    available?

79

A. DASRATH

1

2          A.      No.

3          Q.      So, after --

4          A.      I'm not sure if it was just

5   friends, but to the best of my knowledge

6   that's how I came up with this idea of

7   getting on this web site.

8          Q.      So, when you access the web

9   site what do you see?

10         A.      I saw that an F was posted for

11  me.

12         Q.      Was there any break down of the

13  grade or it just has the course name and the

14  grade?

15         A.      I don't recall everything I

16  saw, I just saw the course name and an F.

17         Q.      Did you maintain a copy of what

18  you saw on the web site?

19         A.      The web site somehow does not

20  allow to print.  I couldn't printout

21  anything.

22         Q.      When you saw the failing grade

23  in the course, what did you do?

24         A.      I attempted to contact Dr.

25  Fernandez.

80

1                          A. DASRATH

2              Q.      At this time, are you in Miami

3       still in April of 2006 or are you back in New

4       York?

5              A.      I'm back in New York.

6              Q.      When did classes end, I'm sorry

7       you, said April 7th, 2006?

8              A.      Yes.

9              Q.      And then you left immediately

10      after for New York?

11             A.      Yes.

12             Q.      How did you try to contact Dr.

13      Fernandez?

14             A.      By phone.

15             Q.      And did you get a response?

16             A.      Not immediately.  Eventually I

17      did get a response from Dr. Fernandez.

18             Q.      Was that by phone or in person?

19             A.      By phone.

20             Q.      Do you recall when that was?

21             A.      Maybe late April or early May

22      2006.

23             Q.      And what did he say to you in

24      that conversation?   Was it with Dr.

25      Fernandez?

81

```
 1                      A. DASRATH

 2          A.      Yes.

 3          Q.      Were there any other deans on

 4    the phone?

 5          A.      I only spoke to Dr. Fernandez.

 6          Q.      What did you say to him and

 7    what did he say to you during that

 8    conversation?

 9          A.      I told him to please look into

10    the grade, something might be wrong.

11          Q.      What made you believe that

12    something might be wrong?

13          A.      I didn't have any failing part

14    to my course.

15          Q.      So, you explained you took five

16    exams?

17          A.      Yes.

18          Q.      And as far as you know you

19    didn't fail any of those exams?

20          A.      No.

21          Q.      Were there any other parts of

22    the course that were graded?

23          A.      I'm not sure what else were

24    graded.  I don't have proof of any other

25    things that were graded.  I have proof of
```

82

A. DASRATH

2    those five parts.

3         Q.      You do have proof of those five

4    parts because you have a certification?

5         A.      Yes.

6         Q.      What is clinical clerkship?

7         A.      A clinical clerkship is

8    something that starts after you pass the

9    USMAL step I.

10        Q.      There is no clinical clerkship

11   that starts during the AICM course?

12        A.      No.

13        Q.      There is no clinical clerkship

14   in the AICM class?

15        A.      You have to first pass your

16   USMAL step I otherwise you are not authorized

17   to do clinical stuff on live patients.

18        Q.      You told them to look into the

19   grade, something might be wrong and what did

20   he respond?   How did he respond?

21        A.      He responded aggressively.   He

22   doesn't like to be told he's wrong.

23        Q.      What did he say to you exactly?

24        A.      He told me no.

25        Q.      And that was it?

83

1                    A. DASRATH

2          A.      I don't recall the exact

3    conversation.  But, from what I gathered he

4    says no.

5          Q.      He said no, the grade is not

6    wrong?

7          A.      Something to that effect, yes.

8          Q.      Is that the end of your

9    conversation?

10         A.      Yes.

11         Q.      Did you have any other further

12   conversations with him?

13         A.      I don't recall any other

14   conversations.

15         Q.      It was just one phone call as

16   far as now?

17         A.      Yes.

18         Q.      Did you have any conversations

19   with anyone else at Ross about your score for

20   the AICM course?

21         A.      Yes.

22         Q.      Who was that with?

23         A.      Dr. Nancy Perri.

24         Q.      When did you speak to Dr.

25   Perri?

84

A. DASRATH

1

2          A.      It might be late April or early

3    May.  Soon after speaking to Dr. Fernandez.

4          Q.      How did you speak to her

5    face-to-face or by phone?

6          A.      By phone.

7          Q.      And she called you or you

8    called her?

9          A.      I called her.

10         Q.      What did you say to her?

11         A.      I told her something is wrong

12   with the AICM course.   If she could look

13   into it.

14         Q.      How did she respond?

15         A.      She said yes, she will look

16   into it.

17         Q.      Is that the first time that you

18   spoke to Dr. Perri during your time at Ross

19   University?

20         A.      Yes.

21         Q.      And why did you call Dr.

22   Perri?

23         A.      Because Dr. Perri is Dr.

24   Fernandez' boss.

25         Q.      Was that the end of your

85

                              A. DASRATH

1

2      conversation, she said she will look into it

3      and get back to you?

4           A.     Yes.

5           Q.     Did you have any further

6      conversations with her?

7           A.     I tried a number of times to

8      speak to her again.

9           Q.     And how did you try, by e-mail

10     or by phone?

11          A.     I tried by phone at first and

12     then by e-mail.

13          Q.     Did you ever reach her on the

14     phone or by e-mail?

15          A.     On the phone I heard somebody

16     in the background with the voice I think was

17     hers.  But she has a secretary called Judy.

18     Judy answered the phone.

19               I hear Judy will call to her

20     that Dr. Perri and Anand Dasrath is on the

21     phone again and I heard a voice stimulating

22     her saying tell him I'm in Dominica.  That

23     happened a few times.

24          Q.     Did you eventually speak to her

25     again after that first conversation?

86

1                          A. DASRATH

2            A.      No.

3            Q.      Did you communicate with her

4     through e-mail after that first

5     conversation?

6            A.      Yes.

7            Q.      What were the e-mails

8     regarding?

9            A.      The same thing.  I sent her a

10    reminder e-mail telling her there is still a

11    problem with my AICM course.  If she could

12    look into it.

13           Q.      Did she get back to you?

14           A.      She replied, yes.

15           Q.      What did she say?

16           A.      That she will look into it

17    again she said she was in Dominica.  She

18    always says she is in Dominica regardless.  I

19    spoke to other students and that is what she

20    tells the other students if any of them have

21    a problem, that she is in Dominica.

22           Q.      What other students told you

23    that?

24           A.      Other friends that I took with

25    the class.

87

1                           A. DASRATH

2            Q.       Do you know their names?

3            A.       Yeah, one of them was Bahar.

4            Q.       That is the first name or last

5      name?

6            A.       That is his first name.  I

7      don't recall his last name.

8            Q.       Did anyone else tell you that

9      said she's in Dominica when she call?

10           A.       Yes, Anish.

11           Q.       First name or last name?

12           A.       That, is the first name.

13           Q.       Do you know the last name?

14           A.       I don't remember the last

15     name.

16           Q.       Anyone else?

17           A.       And they told me they heard

18     other people saying the same thing.

19                   MS. McLAUGHLIN:  Can we mark

20              this document, please.

21                   (Whereupon, the aforementioned

22              e-mail was marked as Defendant's

23              Exhibit F for identification, as of

24              this date, by the Reporter.)

25           Q.       I ask you to take a look at

88

```
 1                    A. DASRATH

 2      this.

 3           A.    Yes.

 4                 MS. McLAUGHLIN:  I'm showing

 5      the witness Defendant's Exhibit F.  It

 6      appears to be an e-mail from Dr.

 7      Fernandez to plaintiff, dated April

 8      23rd, 2006 regarding course grades

 9      posted.   AICM 62.

10           Q.    Have you reviewed the document?

11           A.    I don't see AICM 62.

12           Q.    I don't know if that means

13      anything.  It just says AICM 62.

14                 I was going to ask you if that

15      meant something?

16           A.    I know what AICM means, but I

17      don't know what 62 means.

18           Q.    Have you ever seen this

19      e-mail?

20           A.    Yes.

21           Q.    Going from the bottom up.  It

22      says Dr. Fernandez and it shows his e-mail

23      address, AICM class grades are posted on

24      e-college.

25                 Is e-college the web site that
```

89

A. DASRATH

1
2        we talked about earlier that you logged
3        into?
4            A.      No.
5            Q.      It is something different?
6            A.      I don't know what is
7        e-college.
8            Q.      Grade breakdowns will be
9        available by e-mail request starting Monday.
10                   Did you make a request for
11       grade breakdowns?
12           A.      I didn't send any request for
13       grade breakdowns.
14           Q.      So, you logged into a web site
15       that is not e-college, to your knowledge, it
16       is something different?
17           A.      I don't know something called
18       e-college.
19           Q.      Did you see your grade and then
20       write this e-mail to Dr. Fernandez that is
21       above what we were just discussing?
22           A.      Yes.
23           Q.      The e-mail above is from Mr.
24       Dasrath to Dr. Fernandez and it is dated
25       April 22nd, 2006; is that correct?

90

1                    A. DASRATH

2         A.      Yes.

3         Q.      So, at that time --

4         A.      April 22nd or 23rd?

5         Q.      Your e-mail to Dr. Fernandez

6    below is April 22nd, 2006 on Saturday?

7         A.      Oh, yes.

8         Q.      So, at that point you were

9    aware of a failing grade; is that correct?

10        A.      I don't know if it is a failing

11   grade.  They just list phony grades.

12        Q.      Dr. Fernandez, I see a failing

13   grade as a final grade?

14        A.      I'm just questioning this

15   whether it is a failing grade.  I don't know

16   what the guy is listing.  I don't know what

17   he is doing.

18        Q.      So, you see a failing grade on

19   this web site you logged into?

20        A.      Yes.

21        Q.      And you e-mailed Dr. Fernandez

22   to check certain items?

23        A.      Yes.

24        Q.      It says please check, I don't

25   see an upgraded grade for my EPI/Biostatic

91

                              A. DASRATH

2    grade.

3                        What is EPI/Biostatics?

4         A.      I think I'm referring to

5    epi-dermanolog.

6         Q.      That is a portion of the AICM

7    class?

8         A.      There was a lecture.  I don't

9    know if there were grades.  If grades were

10   allocated for it.  But, I suspect grades were

11   allocated for it.

12        Q.      It says only the first failing

13   grade of 50 out of 76 are there.

14                        What were the 50 out of 76 that

15   you were referring to?

16        A.      I don't know what it is.  A lot

17   of these things are phony.  This web site

18   doesn't exist, to my knowledge.  I tried to

19   sign on.  So, lots of phony things will show

20   up and I'm questioning a lot of these

21   things.

22        Q.      You didn't know of any failing

23   grade of 50 out of 76 prior to this log on to

24   the web site?

25        A.      I don't know what it is.

92

A. DASRATH

1

2        Q.      You say what happened to the

3    remediated grade?   Did you remember taking

4    an exam?

5        A.      Yes.

6        Q.      What exam was that?

7        A.      They make you take exams any

8    time you want.   I don't recall which specific

9    exams.   They make you take exams and I don't

10   know where they came from.

11       Q.      Did you remediate a failing

12   grade in the AICM course?

13       A.      Yes.

14       Q.      So, you retook an exam?

15       A.      Yes.

16       Q.      And did you pass that exam?

17       A.      I don't know.

18       Q.      It says 36 percent for the

19   final essay is very unconscionable.

20       A.      Yeah.

21       Q.      So, for the AIMC course you

22   talk about five exams that were certification

23   exams?

24       A.      Yes.

25       Q.      Was there a final essay exam

93

A. DASRATH

2  separate from the five certificationcs?

3      A.      It may belong to one of those

4  tests.

5      Q.      Was it called the final

6  essay?

7      A.      I don't recall anything called

8  a final essay.  But sometimes it comes up

9  like this.  They will tell you you failed a

10  final essay and you don't know what they are

11  talking about so you got to question it.

12      Q.      And the person that marked it

13  did not do a fair job.

14          What was the basis for that

15  statement?

16      A.      I didn't remember failing

17  anything.

18      Q.      So, the final essay, was this

19  the first time that you had revised your

20  grade for that final essay portion of the

21  course?

22          Was this the first time that

23  you saw 36 percent for the final essay?

24      A.      Yeah.

25      Q.      Do you know who marked it?

94

A. DASRATH

1

2    A.    I don't know.

3    Q.    You were concerned, it appears

4    I knew what was asked and what the answers

5    were, my poor penmanship may have annoyed the

6    marker, but not a reasonable excuse to get a

7    failing grade.

8            Do you recall what led you to

9    believe that your poor penmanship might have

10   been the reason why you failed the essay?

11   A.    I do have poor penmanship and

12   some people get annoyed. That has been a

13   long-standing problem.

14   Q.    Did you discuss your final

15   essay grade with Dr. Fernandez in your

16   conversation with him on the phone?

17   A.    No.

18   Q.    Did you discuss your penmanship

19   with him on the phone?

20   A.    No.

21   Q.    It says also look at my second

22   case write-up.

23            What is a case write-up?

24   A.    Sometimes they just ask --

25   they give you information about the paper and

95

A. DASRATH

1

2      ask you to write something and give it to

3      them.

4             Q.      How many case write-ups did you

5      complete?

6             A.      So far as I remember this is

7      the only time I did one.

8             Q.      It says look at my second case

9      write-up.

10            Would you have a first case

11     write-up?

12            A.      I don't recall.

13            Q.      Under subjective conditions it

14     says such as this, any reader can give any

15     essay a C minus and cause the student a

16     failing final grade.

17            What was the basis for that

18     statement?

19            A.      I don't know where the credit

20     minus came from.

21            Q.      What were you referring to?

22            A.      I'm referring to things I did

23     in Miami.  Sometimes we write up things and

24     give it to them.  I don't know which one was

25     what.

96

1                          A. DASRATH

2          Q.      Did you receive a C minus?

3          A.      Maybe I did.  I don't recall

4     it.

5          Q.      Were you taking issue with the

6     C minus?

7          A.      I really didn't take issue with

8     them.

9          Q.      Did you agree with that

10    grade?

11         A.      Not at all.

12         Q.      And then the last, number four

13    I should say, how did I end up with a 36/50

14    in the extra credit after ten points were

15    allocated for staying to the end of the soap

16    notes lecture which I did.

17                 What is the soap notes

18    lecture?

19         A.      I don't know if it is called

20    soap.  Yeah, soap.  He said he was giving

21    points if you just sit in the class to the

22    end.  He was giving ten points.  But I

23    thought it was false information he was

24    giving.

25         Q.      So, did you get the ten

97

1                          A. DASRATH

2    points?

3         A.      I didn't think it exists.

4         Q.      What is the false information

5    he was given?

6         A.      That he just stands in front of

7    the class and was given all those people that

8    stay there ten points.

9         Q.      Did you write up notes from

10   that lecture?

11        A.      I'm sure I took notes, yes.

12        Q.      It says I wrote up my soap,

13   presented it and answered all the questions

14   correctly except for one.

15              He has people walking around

16   asking you questions.  They are happy to give

17   you points.

18              When you were writing this

19   e-mail to Dr. Fernandez, were you concerned

20   that you didn't get points for that lecture?

21        A.      I don't know what I had points

22   for, what I didn't have points for.

23              It's very confusing at that

24   point and I have to wait for my grade from

25   the registrar's office.

98

A. DASRATH

2      Q.      Why did you have to wait for

3   your grade from the registrar's office?

4      A.      Because of the erratic way of

5   giving grades.  They have a strange way of

6   giving grades.

7      Q.      You had to wait for your grade

8   from the registrar's office because of the

9   erratic way they give grades?

10      A.      Yeah.

11      Q.      I don't understand that.  Can

12   you explain that?

13      A.      It's very difficult to know

14   what your grade will be until you get it from

15   the registrar's office.

16      Q.      But when you logged into the

17   Devry web site and you saw a failing grade,

18   you didn't believe it was a failing grade

19   because you hadn't received the transcript?

20      A.      I didn't receive a transcript

21   until August the 14th, 2006.

22      Q.      Did that transcript also

23   reflect a failing grade?

24      A.      Yes.

25      Q.      So, then did you believe that

99

                              A. DASRATH

1

2       you failed the course?

3              A.      No.

4              Q.      So, in April of 2006 you didn't

5       fail the course?

6              A.      No.

7              Q.      And in August of 2006, you

8       didn't believe that you failed the course?

9              A.      No.

10             Q.      You said you had a conversation

11      with Dr. Fernandez by phone.

12                     We talked about that earlier?

13             A.      Yes.

14                     MS. McLAUGHLIN:  I have another

15             exhibit.

16                     (Whereupon, the aforementioned

17             memo was marked as Defendant's Exhibit

18             G for identification, as of this date,

19             by the Reporter.)

20             Q.      I'm going to ask you to take a

21      look at that memo.

22             A.      Yes, I took a look at this

23      memo.

24             Q.      Showing the witness what has

25      been marked as Exhibit G and it is entitled

100

A. DASRATH

1

2          memorandum for the record, April 24th, 2006.

3                    I will ask you have you seen

4          this prior to you sitting here today?

5          A.     Yes.

6          Q.     When was the first time that

7          you saw this?

8          A.     When the case was in the

9          Supreme Court.  I believe it was 2006.

10         Q.     First line says Dr. Fernandez

11         conferred today by telephone with Anand

12         Dasrath about the failing grade he earned for

13         the fifth semester just concluded.

14                    Does that make sense that April

15         24th, 2006 would have been the time you

16         called or spoke with at least Dr. Fernandez

17         on the phone?

18         A.     Yes, it seems to be.

19         Q.     Dr. Fernandez informed Anand

20         that he was essentially two Standards

21         Deviations from the norm.

22                    Did he communicate that to you

23         during that phone conversation?

24         A.     No.

25         Q.     He said that Anand earned a C

101

1                    A. DASRATH

2      on the mid-term exam, failed the final exam,

3      and had a very low score on the essay

4      portion, a 63 out of a possible 200.

5                    Did you discuss those items

6      with Dr. Fernandez on that telephone call?

7           A.      I don't recall this.

8           Q.      You received a C on the

9      mid-term exam?

10          A.      I don't recall receiving a C on

11     the mid-term exam.

12          Q.      Did you know what your score

13     was on the final exam?

14          A.      The final exam was for each

15     part.  They were passing.  Each final exam I

16     took for each part passed.

17          Q.      So, did you not believe that

18     you failed the final exam?

19          A.      No.

20          Q.      And the essay portion, do you

21     remember writing for the essay portion for

22     the exam?

23          A.      I may have written, but I don't

24     know if I recall for the written for the

25     final exam.

102

A. DASRATH

1

2      Q.      Do you recall writing for an

3   exam where you were concerned about your

4   penmanship?

5      A.      Sometimes we do write, yes, I

6   have bad penmanship.

7      Q.      You just don't recall having a

8   written portion of an exam for this AICM

9   course?

10     A.      I don't recall.

11     Q.      At any time did you learn that

12  you received a 63 out of a possible 200 on

13  the essay portion of the exam?

14     A.      I don't know what it is.

15     Q.      Was that posted on the internet

16  site that you logged into, to learn of your

17  grade?

18     A.      Not to my knowledge.

19     Q.      Did you learn that during the

20  conversation with Dr. Fernandez?

21     A.      He never mentioned it to me.  I

22  don't recall him saying that.

23     Q.      So, the first time that you

24  learned of this is when you saw this memo in

25  the Supreme Court matter?

103

1                    A. DASRATH

2          A.      Yes.

3          Q.      It looks like according to this

4     memo there were two write-ups.

5                    Is that the soap write-up that

6     we were referring to earlier?

7          A.      I don't know what they are

8     referring to.

9          Q.      You don't remember any

10    write-ups from the AMCI course?

11         A.      There were things that they

12    wrote.  I done recall write-ups.

13         Q.      Do you remember any scores on

14    the write-ups or points for them?

15         A.      I don't recall.  Now and then

16    there are scores, but I don't recall exactly

17    what he is referring to.

18         Q.      Were you given any of these

19    scores during the course of the semester?

20         A.      No.

21         Q.      So, you never received a score

22    during the course of the semester, only until

23    you received your final grade was the only

24    time that you learned of your progress in

25    that class?

104

1                        A. DASRATH

2          A.       After I received my final --

3      after he placed that F on his web site I

4      became suspicious something is going on and I

5      see all of this came out.

6          Q.       I guess during the year though

7      do you get grades on tests or scores on your

8      write-ups as the course goes along?   Or are

9      you just hand in exams and you don't know

10     what the scores are until the end?

11         A.       I get the certificates.

12         Q.       Just the five certifications?

13         A.       Yes.

14         Q.       But no other write-ups do you

15     receive points for?

16         A.       It wouldn't stand out in my

17     memory as being the basis for passing or

18     failing the exam.

19         Q.       But you don't know what your

20     scores were?

21         A.       I don't know what they were.

22         Q.       You know you passed the five

23     certifications?

24         A.       Yes.

25         Q.       Were they scores or were they

105

                              A. DASRATH

2    just pass/fail?

3            A.      I believe they were scored.

4            Q.      Do you know what the scores

5    were on those five certifications?

6            A.      I have to look into it.  I

7    think they were high, in the 90s.  I remember

8    one was 100.  I would have to look up and

9    match the scores.

10                   MS. McLAUGHLIN:  I put a

11              request on the record for any records

12              of the scores on the five

13              certifications you received or any

14              other scores you received in the AICM

15              class, if you have them.

16           A.      They should have them.  I have

17    the certification.  They have that.

18           Q.      But to the extent that you have

19    any records of these scores.

20                   MR. COSTELLO:  We will provide

21              them if we have them.

22           Q.      Do you recall what the physical

23    exam was?

24           A.      Yes.

25           Q.      When did you take that?

106

A. DASRATH

2          A.       At the end of the AICM course.

3          Q.       Did you take it more than

4     once?

5          A.       Yes.

6          Q.       When did you first take it?

7     Was it in April of 2006?

8          A.       Yes.

9          Q.       What was your score the first

10    time you took it?

11         A.       I don't know the score.

12         Q.       So, you failed it the first

13    time then?

14         A.       I don't believe I failed it,

15    but he just instruct some people to retake

16    it.  To my knowledge I passed it the first

17    time.

18         Q.       To the school's knowledge, was

19    it reflected as a failing test?

20         A.       No.

21         Q.       So, you passed the first time

22    and you were told to retake it?

23         A.       Yes.

24         Q.       The school told you you passed

25    the test the first time?

107

1                          A. DASRATH

2          A.      Somebody in that office says to

3      retake it and I redid it.

4          Q.      And you didn't know why you

5      were retaking it?

6          A.      They just list some people to

7      retake it.  It doesn't have to be a pass or a

8      fail.

9          Q.      And when you retook it, did you

10     pass or fail?

11         A.      Again, the score, to my

12     knowledge, I scored very high both times.

13         Q.      What did you score the first

14     time?

15         A.      I think a 97 percent.

16         Q.      What did you score the second

17     time?

18         A.      94 percent.

19         Q.      How much of the final grade in

20     your AICM course was comprised of the

21     physical exam?

22         A.      This is just to pass it or fail

23     it.  If they say you pass it, you pass it.

24         Q.      So, it doesn't matter if you

25     get a 97 or 77 percent?

108

A. DASRATH

1

2      A.      To my knowledge I don't know

3      how it is graded.

4      Q.      During the conversation that

5      you had on April 24th with Dr. Fernandez, did

6      he tell you that you would have to repeat the

7      AICM course?

8      A.      I don't recall if he said I

9      have to repeat or not.

10      Q.      If you have a failing grade in

11      the course, are you required to repeat the

12      class as you did earlier in the genetics

13      class?

14      A.      Yes.

15      Q.      And are you required to repeat

16      the course in the semester immediately

17      following the failing class as you did in

18      genetics?

19      A.      No.

20      Q.      You are not required to retake

21      the class?

22      A.      The AICM course can be taken

23      later.

24      Q.      What is the basis of that

25      statement?

109

                              A. DASRATH

1

2          A.      We were having summer vacation

3     following the AICM course.

4          Q.      Who was having summer vacation,

5     I'm sorry?

6          A.      I was having summer vacation.

7          Q.      You were personally having a

8     summer vacation that summer?

9          A.      And the rest of the class.

10         Q.      And the rest of the class?

11         A.      Yes.

12         Q.      So, if you failed the AICM

13    class, you don't have to take the semester

14    immediately after, if you are having a

15    vacation?

16         A.      No.

17         Q.      When do you to have retake the

18    class?

19         A.      If someone fails the AICM, they

20    can do it after the summer vacation.

21         Q.      How do you know that?

22         A.      That was stated by Dr.

23    Fernandez.

24         Q.      So, did Dr. Fernandez tell you

25    that you would have to take the class

110

A. DASRATH

1

2    starting May 22nd or some other time?

3         A.    No.

4         Q.    He didn't tell you that you

5    would have to retake the class starting May

6    22nd?

7         A.    No.

8         Q.    Did he tell you that you would

9    have to do three weeks of clinicals?

10        A.    No.

11        Q.    Did he tell you that you would

12   have to do one write-up until a grade

13   satisfactory or better is achieved?

14        A.    No.

15        Q.    Did he tell you you were exempt

16   from the EPI and the PE, the PE being, I

17   believe the physical exam?

18        A.    We didn't have this

19   discussion.

20        Q.    So, he didn't tell you that?

21        A.    To my knowledge, no.

22        Q.    Did he tell you that you must

23   attend large and small group sessions except

24   for the EPI?

25        A.    No.

111

1                           A. DASRATH

2          Q.      Did he tell you that you must

3     take the mid-term and finals?

4          A.      No.

5          Q.      At any point did you apply to

6     retake the AICM class?

7          A.      No.

8          Q.      Why not?

9          A.      I was never asked.  I was never

10    pre-registered for it.

11         Q.      You were never pre-registered

12    for it?

13         A.      Yes.

14         Q.      What does pre-register mean?

15         A.      Pre-register means whatever

16    class Ross wants you to take they

17    pre-register and send you a bill.  You are

18    pre-register in the class.

19                 When you pay you become

20    registered.  I didn't do any registration.  I

21    never did any registration.

22         Q.      Did Dr. Fernandez ever tell you

23    either during this conversation or others

24    that you could defer starting to take the

25    AICM course in September?

112

1                       A. DASRATH

2          A.      No.

3          Q.      Do you ever remember telling

4    Dr. Fernandez that if you knew that you spent

5    two years in hospitals as a pharmacist?

6          A.      No.

7          Q.      Did you have any discussions

8    with Dr. Fernandez during this conversation

9    about tuition?

10         A.      No.

11         Q.      What happened during this phone

12   call to Dr. Fernandez on April 24th, 2006?

13         A.      I'm still waiting for an answer

14   from Dr. Fernandez.

15         Q.      And Dr. Perri that you referred

16   to got back to you by e-mail; is that

17   correct?

18         A.      Yes.

19         Q.      I'm going to show you an

20   exhibit.

21              MS. McLAUGHLIN:  Let's mark

22         this as the next exhibit.

23              (Whereupon, the aforementioned

24         e-mail was marked as Defendant's

25         Exhibit H for identification, as of

113

                          A. DASRATH

2          this date, by the Reporter.)

3          Q.      You had a chance to look at

4    what is called Defendant's Exhibit H.

5          A.      Yes.

6          Q.      It appears to be an e-mail from

7    Dr. Perri to Mr. Dasrath dated Friday, May

8    12th, 2006.

9                  The first line in the e-mail

10   says I'm in Dominica still waiting to speak

11   to Dr. Fernandez.  I will follow-up when I

12   get the details from him.

13                 Do you recall receiving this

14   e-mail from Dr. Perri?

15         A.      Yes.

16         Q.      In between your conversation

17   with Dr. Fernandez and this e-mail, did you

18   have any other conversations with anyone at

19   Ross concerning your AICM course?

20         A.      I don't recall.

21         Q.      And Dr. Perri did she get back

22   to you after this e-mail?

23         A.      No.

24         Q.      The e-mail below this, on the

25   same page, from Friday, May 5th --  I'm

114

```
1                    A. DASRATH

2       sorry, May 12th, 2006 from you to Dr. Ferri,

3       refers to a phone call you had with her on

4       May 8th.

5                    Do you recall what you

6       discussed on that phone call?

7            A.     Yes, I have a recollection of

8       that, yes.

9            Q.     What did you say to her?

10           A.     I told her that Dr. Fernandez

11      is posting failing grades, which seems to me

12      a phony failing grade and Devryu.net.   The

13      web site.

14           Q.     So, you told her it was a phony

15      failing grade in that conversation?

16           A.     That was my belief.

17           Q.     Why was the phony?

18           A.     Because it didn't reflect my

19      performance in the course.

20           Q.     And why did you believe your

21      performance warranted a passing grade?

22           A.     All the proof that I had were

23      passing.

24           Q.     The five certifications?

25           A.     Yes.
```

115

                    A. DASRATH

1

2        Q.      And the last line of the first

3   paragraph, it says I previously requested

4   that write-up and the soap notes weeks ago

5   from them.

6                Did you request that

7   information from Dr. Fernandez in your

8   conversation with him?

9        A.      If he did mention, I would want

10  to see what he was talking about and I did

11  request what he was talking about, but he

12  didn't give me anything.

13       Q.      So, you recall discussing with

14  him the soap notes?

15       A.      He mentioned it and I wanted to

16  see what it was.

17       Q.      Did you ever receive those

18  notes, by the way?

19       A.      I didn't receive anything from

20  him.  I never received any soap notes from

21  him.

22               MS. McLAUGHLIN:  I'm going to

23          mark the next exhibit.

24               (Whereupon, the aforementioned

25          letter was marked as Defendant's

116

1                    A. DASRATH

2              Exhibit I for identification, as of

3              this date, by the Reporter.)

4              Q.    So, you e-mailed Dr. Perri on

5    May 8th and you said you didn't hear from her

6    after that?

7              A.    Yes.

8              Q.    Did you speak with anyone else

9    after the May 8th conversation with her and

10   before the date of this exhibit, which is May

11   15th?

12             A.    I don't recall any such

13   conversations.

14             Q.    Showing you what has been

15   marked as Defendants' Exhibit I and is dated

16   May 15th, 2006.

17                   I would like you to take a look

18   at that.

19             A.    I took a look.

20             Q.    Is this your signature on this

21   letter?

22             A.    Yes.

23             Q.    It appears to be a letter from

24   you to the office of the registrar at Ross

25   University?

SHEET 117  PAGE 117

117

1                     A. DASRATH

2          A.      Yes.

3          Q.      In this letter you request a

4      student transcript?

5          A.      Yes.

6          Q.      And a student handbook?

7          A.      Yes.

8          Q.      Why was that?

9          A.      I wanted the student transcript

10     to see if I had a grade in my AICM course.

11         Q.      Had you received your official

12     transcript yet?

13         A.      No.

14         Q.      So, the official transcript had

15     not yet been released; is that correct?

16         A.      No.

17         Q.      Why did you ask for the

18     handbook?

19         A.      I wanted to see what -- how I

20     can proceed because there is a problem

21     here.   I want to see what is in the

22     handbook.

23         Q.      Did you receive a copy of the

24     handbook and your grade?

25         A.      I received a copy of the grade,

118

1                       A. DASRATH

2       but not a copy of the handbook.

3                       MS. McLAUGHLIN:   I'm going to

4               mark this document as Exhibit J.

5                       (Whereupon, the aforementioned

6               transcript was marked as Defendant's

7               Exhibit J for identification, as of

8               this date, by the Reporter.)

9               Q.      Did you have a chance to take a

10      look at it?

11              A.      Yes.

12              Q.      Defendant Exhibit J. It appears

13      to be a transcript and is dated 5/22/2006

14      several days after the letter that you wrote

15      to Ross.

16                      Is this the transcript that you

17      received in response to your letter?

18              A.      Yes.

19              Q.      On this transcript, are your

20      scores reflected yet for the AICM course?

21              A.      No.

22              Q.      So, there is no entry yet for

23      the AICM course as of May 22nd, 2006?

24              A.      No.

25              Q.      Was it your understanding that

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

119

1                       A. DASRATH

2       there should have been an entry for this

3       course as of May 22nd, 2006?

4             A.     Yes.

5             Q.     Why is that?

6             A.      It was several weeks already

7       since I was waiting for this entry.

8             Q.      Why were you waiting several

9       weeks for this entry?

10            A.      I wanted to see my grade for

11      the AICM course.

12            Q.      Are there any requirements that

13      the AICM course or any grade be posted

14      several weeks after the final grade is

15      issued?

16            A.      It is usually posted within two

17      weeks.

18            Q.      What do you mean by posted?

19            A.      It is in the registrar's

20      office, and in the transcript.

21            Q.      And that's based on your past

22      experience?

23            A.     Yes.

24            Q.      Is there anything that requires

25      Ross University to submit the grade to the

120

1                    A. DASRATH

2    registrar's office and in the transcript

3    within two weeks?

4          A.      I did see postings to that

5    issue in Dominica and I believe Ross has its

6    own internal regulations.

7          Q.      What are the postings that you

8    are referring to about this regulation?

9          A.      That the students' grades will

10   be posted as soon as possible.

11         Q.      What are the postings that you

12   are referring to?   Where does it say that is

13   what I'm saying?

14         A.      It is posted on the registrar's

15   door in Dominica.

16         Q.      You said that Ross has its own

17   internal policies as to when it should post

18   and report grades on the transcript?

19         A.      That is what I recall as Ross

20   policies that grades will be posted as soon

21   as possible.

22         Q.      Where is this policy?

23         A.      This policy was posted as the

24   door at the registrar's office in Dominica.

25         Q.      Are there any other places that

121

1                          A. DASRATH

2      these policies are listed, to your knowledge?

3           A.      I don't know.

4           Q.      After you received this

5      transcript, did you discuss it with

6      anybody?

7           A.      Yes.

8           Q.      Who did you discuss it with?

9           A.      With Mr. George Gilmer.

10                  MS. McLAUGHLIN:  Mark this

11          document.

12                  (Whereupon, the aforementioned

13          letter was marked as Defendants'

14          Exhibit K for identification, as of

15          this date, by the Reporter.)

16          Q.      I show you what has been marked

17     as Exhibit K.  It is a letter dated May 31st,

18     2006 from Mr. George Gilmer, to Dr. Perri

19     regarding Anand Dasrath.

20                  Have you had a chance to look

21     at this?

22          A.      Yes.

23          Q.      In this letter about three

24     sentences in, it states I have been advised

25     that your school has wrongly denied Mr.

122

A. DASRATH

1

2   Dasrath the opportunity to return to the

3   clinical rotation in the upcoming sixth

4   semester.

5           Can you explain who denied you

6   the opportunity to return to the clinical

7   rotation in the upcoming sixth semester?

8       A.      Ross University.

9       Q.      Between receiving, requesting

10   your transcript on May 15th and this letter

11   of May 31st, was there any requests to return

12   to the clinical rotation in the sixth

13   semester made by you?

14       A.      I informed Mr. Gilmer that they

15   haven't yet posted a grade for my AICM

16   course, which is stopping my progress.  This

17   is what he is referring to.

18       Q.      When you say they haven't

19   posted, they posted on the web site, but not

20   on the transcript; is that correct?

21       A.      That is correct.

22       Q.      Did anyone deny you, from Ross,

23   did anyone tell you that you could not return

24   for the upcoming sixth semester?

25       A.      Well, Dr. Perri is not

123

                          A. DASRATH

1

2      responding, Dr. Fernandez is not responding

3      and I presume they're blocking me.

4          Q.     It also says that Mr. Dasrath

5      has requested a return of the money he

6      invested in your program.

7                 Who did you ask for the return

8      of money from?

9          A.     I mentioned it to Mr. Gilmer if

10     they just were going to operate like this.

11     How could I get back my money.  So, he is

12     mentioning it to the school.

13         Q.     I meant did you personally

14     request a return of your tuition payments?

15         A.     No.

16         Q.     Do you know if anyone spoke to

17     Mr. Gilmer after he sent this letter on May

18     31st, 2006?

19         A.     To my knowledge, I don't know

20     of anyone speaking to him.

21                MS. McLAUGHLIN:  I'm going to

22            mark this as Exhibit L.

23                (Whereupon, the aforementioned

24            letter was marked as Defendant's

25            Exhibit L for identification, as of

124

A. DASRATH

2        this date, by the Reporter.)

3        Q.      This letter is marked Exhibit L

4    and it is dated June 3rd, 2006 from Mr.

5    Gilmer to Dr. Perri.  It discusses following

6    up on a May 30th letter which we just

7    reviewed and subsequent conversations he had

8    with your office, meaning Dr. Perez' office.

9            Do you know what those

10   conversations were about?

11       A.      I just see what is written here

12   that he is informing them that they should do

13   something about this, but nobody is doing

14   anything.

15       Q.      Did you provide a release as

16   requested in this letter?

17       A.      Yes.

18       Q.      Did you receive any information

19   after the release was provided from the

20   school?

21       A.      No, no information.

22       Q.      Do you know if Mr. Gilmer spoke

23   to the school further after this letter of

24   June 3rd, 2006?

25       A.      I don't believe so.  I don't

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

125

                              A. DASRATH

1

2    know.

3         Q.     At some point after this

4    letter, the Queens County lawsuit was filed,

5    the Supreme Court matter?

6         A.     Yes.

7         Q.     Do you know if there were any

8    conversations with the school before that

9    lawsuit was filed, either by you or Mr.

10   Gilmer?

11        A.     I don't recall having

12   conversations and I don't know what

13   conversations if he had or what he had.

14        Q.     Did you have any conversations

15   with the school from the point that you spoke

16   to Dr. Perri around May 8th and the time of

17   the filing of the Supreme Court matter?

18        A.     I don't recall.

19        Q.     Did they send you any

20   information or letters?

21        A.     I didn't receive -- apart from

22   the transcript I received it May 22nd, I

23   don't think I received anything else.

24        Q.     Did you call them or anybody at

25   Ross during that time period?

126

                              A. DASRATH

1

2          A.       I don't recall.

3          Q.       Did you call anyone concerning

4     your status?

5          A.       I don't recall.

6          Q.       Did you call about

7     re-registering for the AICM course for the

8     May 22nd start date?

9          A.       I never called to re-register.

10    They decide if they register, who they

11    register and we don't have access to

12    registration procedures in their computer.

13         Q.       So, the first time that you

14    failed --  when you fail the genetics class

15    in the first semester, did you have to retake

16    that immediately after failing?

17         A.       Yes.

18         Q.       And did you register for it?

19         A.       They did it.

20         Q.       And how did that work?

21         A.       They register and tell you to

22    pay a certain amount of money.  They send you

23    a bill.

24         Q.       Were you sent a bill after the

25    end of the May 2006 semester?

1                    A. DASRATH

2          A.      No.

3          Q.      You weren't sent any further

4    bills?

5          A.      No.

6                  Could you repeat the last

7    question.

8                  MS. McLAUGHLIN:  Repeat it for

9          me.

10                 (Whereupon, the referred to

11         question was read back by the

12         Reporter.)

13         A.      The semester had ended in April

14   and not May.

15         Q.      I'm sorry.  After the end of

16   the April semester --

17         A.      I did not receive any bills or

18   pre-registration material.

19         Q.      What is the NBME?

20         A.      NBME, that is the National

21   Board of Medical Examination.

22         Q.      Is that an exam that you

23   took?

24         A.      Yes.

25         Q.      When did you take that?

128

A. DASRATH

1

2      A.      In the spring of 2006.

3      Q.      When in the spring of 2006?

4      A.      It was close to the end OF the

5    semester.  I don't recall the exact date.  I

6    believe it's March the 6th.  I would have to

7    look that up.

8      Q.      Did you pass that exam?

9      A.      Yes.

10     Q.      When did you receive your

11   passing score?

12     A.      Shortly after that.

13     Q.      Is it a fair statement that the

14   NBME and the AICM course is required in order

15   to sit for the USMLE course?

16     A.      Yes.

17     Q.      You had to have passed both of

18   those components in order to sit for the

19   USMLE?

20     A.      Yes.

21     Q.      As of March or shortly

22   thereafter you had passed the NBME?

23     A.      Yes.

24     Q.      Around that time were you

25   applying to take the USMLE?

129

1                          A. DASRATH

2                    MR. COSTELLO:  USMLE step I.

3                    MS. McLAUGHLIN:  Yes, step I.

4            USMLE step I.

5            Q.      Around the time that you took

6       and received your score in the NBME were you

7       applying to take the USMLE step I?

8            A.      Yes.

9                    MS. McLAUGHLIN:  We will mark

10               these two documents, please.

11                   (Whereupon, the aforementioned

12               two USMLE applications were marked as

13               Defendant's Exhibits M and N for

14               identification, as of this date, by the

15               Reporter.)

16           Q.      I'm going to ask you to take

17      take look at what has been marked as

18      Defendant's M and N.

19                   MR. COSTELLO:  Before you go I

20               want to make a statement on the

21               record.

22                   I have what has been introduced

23               as Defendant's Exhibits M and N.

24               Exhibit M looks like it's a USMLE

25               application, page seven of seven.

130

1                    A. DASRATH

2          And Exhibit N is also a USMLE

3     application dated May 5th, 2006.

4          I'm going to go back, Exhibit M

5     is dated it looks like March 20th,

6     2006.

7          Both of these applications are

8     page seven of seven.

9          Defendant's counsel has only

10    produced page seven.  Therefore I'm

11    calling for production of pages one

12    through six of these applications.

13         MS. McLAUGHLIN:  Let's state

14    for the record you produced to me these

15    documents so I don't know if they came

16    from Mr. Dasrath's file, if he has

17    pages one through six.  That is what I

18    was going to ask him where the

19    remainder of the record is.

20         If we have them, I will check,

21    if not already produced.  I don't know

22    if we maintained a copy in our file.

23         MR. COSTELLO:  Would your

24    client be able to --

25         MS. McLAUGHLIN:  I will take a

131

1                          A. DASRATH

2          look.

3                 Q.        We are taking a look at Exhibit

4          M and N which appears to be pages 7 of 7 of

5          an application to take the USMLE step I, am I

6          correct?

7                 A.        Yes.

8                 Q.        Do you recall --  let me start

9          by saying is that your signature on each of

10         these documents?

11                A.        Yes.

12                Q.        The first one, is dated March

13         20th, 2006?

14                        MR. COSTELLO:   It is actually

15                dated March 23rd.  It was signed by my

16                client on March 12th and signed by

17                Bridget Sena on March 20th.

18                Q.        Was this a part of your package

19         to apply for the USMLE in March of 2006?

20                A.        Yes.

21                Q.        And then the second document in

22         Exhibit N, the part that you signed it on

23         April 22nd, 2006 and it was signed by Bridget

24         Seena?

25                A.        On May 5th, 2006.

132

A. DASRATH

1

2     Q.     Is there also a package, part

3     of your package of an application to take the

4     USMLE step I?

5     A.     Yes.

6     Q.     Do you know why there are two

7     different applications here?

8     A.     Yes.

9     Q.     What is the difference between

10    the two applications, if you know?

11    A.     The first one was submitted on

12    March the 12th, 2006.  At the recommendation

13    of Dr. Enrique Fernandez.

14    Q.     To sit for the USMLE at that

15    point you to have apply; is that correct?

16    A.     Yes.

17    Q.     Is that stated in any

18    regulations or handbooks of the school that

19    you know of?

20    A.     Yes.

21    Q.     And so in March of 2006 you

22    applied to take the USMLE; is that correct?

23    A.     Yes.

24    Q.     And then in May 2006, there is

25    a second application.

133

A. DASRATH

2          Do you know why there is a

3    second application to take the exam?

4          A.     Yes.

5          Q.     Why is that?

6          A.     The second application has to

7    be filled out again because the first

8    application was rejected.

9          Q.     Why was it rejected?

10         A.     They wanted to verify my date

11   of birth.

12         Q.     What is your date of birth?

13         A.     November 12th, 1957.

14         Q.     And the first application was

15   that missing or was it incorrect?

16         A.     To my knowledge, it was

17   correct.

18         Q.     And they asked for a new

19   application to be sent there?

20         A.     Yes.

21         Q.     Who asked for that new

22   application to be sent?

23         A.     The USMLE office.

24         Q.     Is that the examining board?

25         A.     Yes.

134

1                        A. DASRATH

2          Q.      ECFMG?

3          A.      Yes.

4          Q.      So, they asked for a new

5    application to be provided?

6          A.      Yes.

7          Q.      During the time that these two

8    applications were completed both the March

9    and May application you were enrolled in the

10   AICM course; is that correct?

11         A.      No.

12         Q.      You were not?

13         A.      No.  The first one I was

14   enrolled.  The second one I already finished

15   it.

16         Q.      Because it completed on April

17   7th, 2006?

18         A.      Yes.

19         Q.      Were you enrolled in the school

20   as of May 5th, 2006?

21         A.      Yes.  Not in the AICM course.

22   The course was over.

23         Q.      Did there come a time when you

24   actually took the USMLE step I exam?

25         A.      Yes.

135

1                    A. DASRATH

2          Q.      When was that?

3          A.      July 27th, 2006.

4          Q.      From the time you applied in or

5     about May 2006 to the time you sat for the

6     exam in July of 2006, did you have any

7     conversations with the ECFMG board?

8          A.      No.

9          Q.      Did you have any correspondence

10    from them?

11         A.      No.

12         Q.      Did you notify them of your

13    failing grade in the AICM class?

14         A.      I didn't receive a failing

15    grade from the AICM class yet, from the

16    registrar's office.

17              MS. McLAUGHLIN:  I would like

18         to mark the next exhibit.

19              (Whereupon, the aforementioned

20         affidavit was marked as Defendant's

21         Exhibit O for identification, as of

22         this date, by the Reporter.)

23         Q.      I show you what has been marked

24    as Exhibit O.  It appears to have the caption

25    of Dasrath versus Ross University in the

136

1                    A. DASRATH

2      Supreme Court County of Queens.

3                      It is entitled affidavit in

4      support.  I ask you to take a look at the

5      second page of the document.  And I ask you

6      if that is your signature or a copy of your

7      signature?

8           A.      Yes, that is my signature.

9           Q.      Do you recall signing this

10     affidavit in or about July 19th of 2006?

11          A.      Yes.

12          Q.      And this affidavit was in

13     connection with the lawsuit filed in the

14     Supreme Court of Queens County?

15          A.      Yes.

16          Q.      This lawsuit was filed prior to

17     you sitting for the USMLE exam?

18          A.      Yes.

19          Q.      Do you recall why you filed the

20     lawsuit?

21          A.      I still didn't receive any AICM

22     grade from the registrar's office.

23          Q.      In this affidavit, paragraph 3,

24     it says although --  it says I am currently

25     registered for the USMLE step I exam,

137

A. DASRATH

2      although the school has informed me that they

3      will withdraw their sponsorship.

4                          This informed you that they

5      will withdraw their sponsorship?

6           A.      I don't recall.

7           Q.      How did you find that out?

8           A.      I don't recall.

9           Q.      It says also I will not be able

10      to take the test.

11                          Why is that?

12           A.      If they issue a failing grade

13      before I take the test from the registrar's

14      office.

15           Q.      You will not be able to take

16      the test if they issue a failing grade in the

17      AICM course?

18           A.      From the registrar's office,

19      yes.

20           Q.      What do you mean from the

21      registrar's office?

22           A.      If I get a transcript with a

23      failing grade I will not be able to take the

24      USMLE step I.

25           Q.      Why were they withdrawing their

138

A. DASRATH

2      sponsorship of you to take this test?

3          A.      They were holding back the AICM

4      grade.

5          Q.      They were holding the back?

6          A.      Yes.

7          Q.      But you knew about the grade

8      from the web site; is that correct?

9          A.      That wasn't an official grade.

10         Q.      Paragraph six says I wish to

11     enroll in the school and have the defendant

12     respond to me for the USMLE exam.

13              Did you ever communicate that

14     wish to the school?

15         A.      That is why I was talking to

16     Dr. Perri.

17         Q.      Did you reapply?

18         A.      I have to -- I don't reapply.

19     How do I reapply?   I'm waiting for them to

20     give me my grade.   I don't have a grade yet.

21         Q.      But you were told that you

22     failed the AICM course?

23         A.      This was posted on an

24     unofficial site.

25         Q.      In paragraph eight, it says the

139

1                       A. DASRATH

2    document attached to this motion show I was

3    wrongfully withdrawn from defendant's

4    school.

5                   When were you withdrawn from

6    the school?

7                   MR. COSTELLO:  You have the

8           documents attached to this motion.

9                   MS. McLAUGHLIN:  I don't have

10          it before me, but if he recalls when he

11          was withdrawn.

12          A.     I was withdrawn on June 29th,

13   2006.

14          Q.     Was that an admnistrative

15   withdrawal?

16          A.     On June the 29th, 2006 it was

17   an administrative withdrawal, yes.

18          Q.     And does that prevent you from

19   sitting for the USMLE step I exam?

20          A.     To my knowledge, no.

21          Q.     It does not?

22          A.     No.

23          Q.     Do you have to be sponsored in

24   order to a take the USMLE step I exam by Ross

25   University?

140

1                    A. DASRATH

2          A.      Yes.

3          Q.      And you were not being

4    sponsored at that time; is that correct?

5                  At the time of this affidavit I

6    should say; is that correct?

7          A.      Well, the regulation says

8    withdrawn may take or retake the board.

9          Q.      Are you talking about the

10   handbook?

11         A.      Yes.

12                 MS. McLAUGHLIN:   Let's mark the

13         handbook.

14                 (Whereupon, the aforementioned

15         handbook was marked as Defendant's

16         Exhibit P for identification, as of

17         this date, by the Reporter.)

18         Q.      I marked as Defendant's Exhibit

19   P is the Ross University School of Medicine

20   Students handbook of academic rules and

21   regulations, May 2006.

22                 Mr. Dasrath, have you reviewed

23   this document?

24         A.      Yes.

25         Q.      Have you seen this before?

141

1                            A. DASRATH

2          A.        Yes.

3          Q.        And these were the regulations

4    you referred to in the answer to the last

5    question?

6          A.        Yes.

7          Q.        I direct your attention to page

8    fourteen.

9                    In the last paragraph it says

10   that students administratively withdrawn and

11   have not passed the USMLE on their first or

12   second attempts may request to be sponsored

13   to take or retake the USMLE, is that the

14   paragraph that you are referring to?

15         A.        And I'm also referring to page

16   nine which says that students remain

17   registered after the AICM course for the next

18   seventeen weeks.

19                   So, the remainder of that

20   sentence where it says student on

21   administrative leave withdrawn may request to

22   be sponsored to take or retake the USMLE

23   through a process of application made through

24   the university's admission office?

25         A.        Yes.

142

A. DASRATH

1

2      Q.      Did you reapply at any point

3    through today?

4      A.      I was blocked as of August the

5    14th and did not reapply to retake the USMLE

6    step I.

7      Q.      Why were you blocked?

8      A.      The school sent a letter to the

9    USMLE blocking the release of my score.

10      Q.      So, you actually sat for the

11    exam even though you weren't sponsored to

12    take the exam?

13      A.      I was sponsored to take the

14    exam.

15      Q.      You were sponsored by Ross

16    University?

17      A.      Yes.

18      Q.      Your affidavit that we just

19    went over earlier said that Ross withdraw its

20    sponsorship for you to take the exan?

21      A.      In the administrative

22    withdrawal letter it does not state that Ross

23    withdraw it's sponsorship to take the exam.

24      Q.      But if you aren't enrolled in

25    the University can you sit for the USMLE

143

A. DASRATH

2    exam?

3           A.      None of the students taking the

4    exam were enrolled at the time.

5           Q.      Is that your page nine you are

6    referring to?

7           A.      Yes.

8           Q.      Let's take a look at page

9    nine.  And there is the course handbook under

10   clinical science segment that says following

11   the twelve-week AICM there is a

12   seventeen-week scheduled break.

13                  Is that what you are referring

14   to?

15          A.      Yes.

16          Q.      Despite the letter announcing

17   administrative withdrawal, you believe you

18   were on a break during that seventeen-week

19   period?

20          A.      I was on a break.

21          Q.      And you were not

22   administratively withdrawn when you sat for

23   the USMLE in July of 2006?

24          A.      The letter never said -- the

25   letter never mentioned anything that they

144

1                          A. DASRATH

2        withdrew their sponsorship for the USMLE.

3                          MS. McLAUGHLIN:   Let's break

4                for lunch at this time.

5                          (Whereupon, a luncheon recess

6                was taken.)

7                          AFTERNOON SESSION.

8                          MS. McLAUGHLIN:   Back on the

9                record.

10                         Let's mark this document,

11               please.

12                         (Whereupon, the aforementioned

13               letter was marked as Defendant's

14               Exhibit Q for identification, as of

15               this date, by the Reporter.)

16               Q.        I would like you to take a look

17       at what has been marked as Defendant's

18       Exhibit Q is a letter dated June 29th, 2006

19       from Ross specifically from Michael Rendon.

20                         Have you seen this letter

21       before?

22               A.        Yes.

23               Q.        Did you see it on or about June

24       29th, 2006?

25               A.        Shortly thereafter.

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

145

A. DASRATH

2      Q.      The first line of it says I

3   regret to inform you that effectively

4   immediately I have been effectively withdrawn

5   from the Ross School of Medicine.

6              Do you see that?

7      A.      Yes.

8      Q.      And after this letter was

9   received you sat for USMLE exam, is that

10  correct?

11     A.      Yes.

12     Q.      Was it a requirement to first

13  take the USMLE exam that you be enrolled in

14  Ross University at time of exam?

15     A.      I was never informed of that.

16             MS. McLAUGHLIN:  We will mark

17         another exhibit.

18             (Whereupon, the aforementioned

19         letter was marked as Defendant's

20         Exhibit R for identification, as of

21         this date, by the Reporter.)

22     Q.      I would like you to take a look

23  at what has been marked as Exhibit R is an

24  August 16th, 2006 letter to Mr. Dasrath from

25  someone from ECFMG, specifically William

146

1                          A. DASRATH

2          Kelly.

3                          In this letter of August 16th

4          advices Mr. Dasrath that ECFMG is not

5          releasing your score report for the USMLE

6          step one that was taking on July 27th, 2006;

7          is that correct?

8                  A.      Yes.

9                  Q.      Had you had correspondence with

10         ECFMG prior to August 16th, 2006?

11                 A.      I believe this is the first

12         time I get correspondence.

13                 Q.      Did you contact them prior to

14         August 16th, 2006 other than sitting for the

15         exam?

16                 A.      No.

17                 Q.      And the second paragraph says

18         USMLE and ECFMG policy requires a medical

19         school student to be enrolled in medical

20         school both at the time the individual

21         applies for the exam and at the time the

22         individual takes the exam.

23                         Do you see that in the

24         letter?

25                 A.      Yes.

147

A. DASRATH

1

2     Q.     At the time that you applied

3     for the exam, were you enrolled in the

4     University?

5     A.     I wasn't enrolled for courses

6     in the University, but I was enrolled to do

7     the board, the USMLE step I.

8     Q.     At the time you sat for the

9     exam or at the time that you took the exam,

10    were you enrolled in the University?

11    A.     No.

12    Q.     And you weren't aware of this

13    policy of USMLE the ECFMG, that you been

14    required to be enrolled at University as the

15    time?

16    A.     No.

17    Q.     Have you ever received the

18    ECFMG information booklets?

19    A.     I don't recall that.

20    Q.     This letter says that if your

21    eligibility for an exam changes after you

22    apply, but before you take the exam you must

23    inform ECFMG immediately.

24           Did you ever inform them of the

25    failing grade in the AICM grade?

148

1                          A. DASRATH

2          A.      I didn't until August 16th,

3      2006.

4          Q.      Because that was of your

5      transition?

6          A.      Yes.

7          Q.      Did you tell them about the

8      letter of administrative withdrawal of June

9      29th, 2006?

10         A.      No.

11         Q.      Also ask that you write to them

12     to provide an explanation of why you took the

13     USMLE step I when you weren't enrolled as a

14     medical school student.

15                 Did you ever write to them and

16     explain that?

17         A.      I didn't write.  Maybe the

18     lawyer at the time.

19         Q.      Did you see a letter to Mr.

20     Kelly or somebody at ECFMG responding to this

21     letter?

22         A.      I don't recall.

23                 MS. McLAUGHLIN:   I would

24             request a copy of any correspondence

25             with ECFMG.

149

1                        A. DASRATH

2                    MR. COSTELLO:  To the extent

3            that we have them.

4                    MS. McLAUGHLIN:  To the extent

5            that you have them.

6            Q.      Have you ever had any

7    conversation by phone or otherwise with

8    anybody from ECFMG since you took the test?

9            A.      Yes.

10           Q.      Do you have letters reflecting

11   those conversations or e-mails?

12           A.      I have to check.  I have to

13   look around.  I'm not sure.

14                   MS. McLAUGHLIN:  Another

15           request for that.

16                   MR. COSTELLO:  You will

17           follow-up all requests in writing.

18                   MS. McLAUGHLIN:  I will.

19           Q.      Do you recall what those

20   conversations were about?  Did they have to

21   do with release of your score?

22           A.      Yes.

23           Q.      And did she ever release your

24   score?

25           A.      No.

150

1                   A. DASRATH

2          Q.      Did you ask them for any other

3    information?

4          A.      I don't recall.

5                  MS. McLAUGHLIN:  Mark this,

6          please.

7                  (Whereupon, the aforementioned

8          affidavit in opposition was marked as

9          Defendant's Exhibit S for

10         identification, as of this date, by the

11         Reporter.)

12         Q.      I show you what has been marked

13   as Exhibit S as an affidavit in opposition in

14   case of Anand Dasrath versus Ross University

15   in the Supreme Court, County of Queens.

16                 It appears to be Mr. Dasrath's

17   affidavit.  Have you read that affidavit?

18                 MR. COSTELLO:  In its

19         entirety?

20                 MS. McLAUGHLIN:  Has he had a

21         chance to read it?

22         Q.      Take your time.  Have you had a

23   chance to read the affidavit?

24         A.      Yes.

25         Q.      On page five is that your

151

A. DASRATH

2      signature from October 25th, 2006?

3          A.      Yes.

4          Q.      Do you recall signing this

5      affidavit at the time that it was signed?

6          A.      Yes.

7          Q.      On page one, paragraph three it

8      says that defendant is wrongly claiming I was

9      not enrolled as a medical student when I took

10     the exam.

11              Can you explain the basis of

12     that statement?

13         A.      Administrative letter issued on

14     June the 29th, 2006 specifically states that

15     if the student is registered for the board,

16     this is a requirement for a student to be

17     enrolled in Ross.

18         Q.      The letter from June 29th we

19     have here.  Exhibit Q.

20              Can you point to the language

21     that you were just referring to?

22         A.      In order for a student to

23     remain enrolled with RUSM, they must either

24     be registered for courses and/or registered

25     for the board.  I was registered for the

152

1                          A. DASRATH

2        board at time.

3             Q.        So, you believe that this, that

4        you were actually enrolled in the medical

5        school despite Exhibit Q, the letter?

6             A.        I was enrolled in the USMLE for

7        the board.

8             Q.        Once a student it says becomes

9        inactive, they are administrative withdrawn

10       from RUSM?

11            A.        I was enrolled in the USMLE to

12       take the board.  That is what the letter is

13       saying if you are enrolled with the board you

14       are a student.

15            Q.        But this says you are no longer

16       eligible for the board because you have been

17       administratively withdrawn?

18                      This does not say that but the

19       ECFMG regulation states that you have to be

20       enrolled at the school in order to be

21       eligible to take the board.

22                      You believe because you applied

23       to take the board you were officially

24       enrolled at the school?

25            A.        I was officially certified by

153

1              A. DASRATH

2      Ross University to take the board.

3          Q.      At the time that you took the

4      board, were you enrolled at the school?

5          A.      That is what it is saying.

6      That if you are enrolled with the board, you

7      are enrolled with the school.

8          Q.      So, you didn't believe that you

9      were administratively withdrawn?

10         A.      The letter has tremendous

11     amount of flaws.

12         Q.      Did you register for classes at

13     any other point?   Did you return to

14     campus?

15         A.      I finished everything.  I

16     didn't have to return.

17         Q.      So, after April 7th, 2006 you

18     never returned to campus; is that correct?

19         A.      I finished the Dominica campus

20     in December 2005 and never returned and don't

21     have to return.   I finished all campus work.

22         Q.      And you didn't return to Miami

23     after April 7th, 2006, correct?

24         A.      I was never invited to return,

25     I was never pre-registered to return, I was

154

A. DASRATH

1

2       ever asked to return.  I don't

3       pre-registration.  Ross does

4       pre-registration.  I pay a bill when they

5       send me a bill.

6              Q.      Do you believe you should have

7       passed the AICM course?

8              A.      Yes.

9              Q.      But you failed; is that

10      correct?

11             A.      That is not correct.

12                     MR. COSTELLO:  Are you

13             referring to a specific part of Exhibit

14             S?

15                     MS. McLAUGHLIN:  No, I'm just

16             asking him a question.

17             A.      I received the failing grade.

18             Q.      But you believe you should have

19      passed, is that right?

20             A.      Yes.

21             Q.      Did Dr. Fernandez ever demand

22      that you pay him $10,000?

23             A.      He told me in that one

24      conversation to return on campus with

25      $10,000.

155

1                    A. DASRATH

2          Q.      What conversation?

3          A.      The very one conversation I had

4    with him that he manipulated and sent to the

5    Supreme Court.

6          Q.      I'm sorry, the one conversation

7    is that April 24th, 2006?

8          A.      Yes.

9          Q.      That memorandum that we

10   discussed earlier?

11         A.      Yes.

12         Q.      And we discussed that

13   conversation, you didn't mentioned that he

14   asked you for $10,000?

15         A.      You didn't ask.

16         Q.      I asked you everything that was

17   discussed during that conversation.

18         A.      I recall it now you brought it

19   up.

20         Q.      And what did he say to you in

21   regard to the $10,000?

22         A.      He wanted me to come there in

23   Miami on a specific date with $10,000.

24         Q.      What date?

25         A.      I believe it was May the 22nd.

156

```
 1                    A. DASRATH

 2   I am not sure of the date now.

 3          Q.      And what would the $10,000 be

 4   for?

 5          A.      I have no clue.

 6          Q.      Did you discuss tuition?

 7          A.      Absolutely not.

 8          Q.      So, he said to come to Miami on

 9   May 22nd --

10          A.      Come to his office.

11          Q.      Come to his office on May 22nd

12   with $10,000?

13          A.      Yes.

14          Q.      And that's all that was said or

15   was there anything else said in that

16   conversation?

17          A.      I don't recall any other

18   conversation.

19          Q.      What was your response?

20          A.      I did not respond to it.

21          Q.      Did you report that to

22   anyone?

23          A.      I don't recall reporting it to

24   anyone.

25          Q.      Did you discuss it with anyone
```

157

A. DASRATH

2     at any time?

3          A.     I don't recall discussing it.

4          Q.     Paragraph eight, page three.

5     It says even assuming arguendo, that I did

6     fail the AICM class that should not have

7     prevented me from taking the USMLE step one

8     according to the Ross student's handbook

9     passing it, NBME comprehensive exam is the

10    prerequisite for taking the step one exam.

11               Is that a true statement?

12         A.     The NBME is the prerequisite

13    for taking the USMLE step I.

14         Q.     What does that mend

15    prerequisite?

16         A.     The first one is passing all

17    the basic science courses in Dominica.  The

18    second prerequisite is passing the ACIM

19    course in Miami.  And the third prerequisite

20    in that order is passing the NBME, as stated

21    in that handbook on page thirty.

22         Q.     In this affidavit on the next

23    page where you say on the merits of my NBME

24    score I was fully eligible to take the USMLE

25    step I exam.

158

A. DASRATH

2          Is that despite if you failed

3   as you said earlier the AICM course?

4          A.      I did not receive a failing

5   grade in the AICM course.  It is not logical

6   that I would have received a failing course,

7   a failing grade in AICM course.

8                  The AICM course is a

9   prerequisite for the NBME.

10          Q.      The AICM is a prerequisite to

11   take?

12          A.      It precedes the NBME.

13          Q.      I thought you said you took

14   that in March of 2006?

15          A.      Yes.

16          Q.      How is the AICM a prerequisite

17   for the NBME?

18          A.      It was approved by Dr.

19   Fernandez and I was given special permission

20   for taking it.  The real date for taking it

21   was April 27th of 2006.   The scheduled date

22   for taking the NBME was April the 27th.   I

23   was given special permission to take it on

24   March the 6th, 2006.

25          Q.      But you also have to pass the

159

A. DASRATH

1

2       AICM course to take the USMLE step I; is that

3       correct?

4            A.      Yes, and this is done by Dr.

5       Fernandez who approved the application

6       form.   He gave me the application form, he

7       approved it, checked all his records and he

8       forwarded it to the New Jersey office.

9            Q.      The application for what?

10           A.      The application for the USMLE

11      step I and the application for the NBME.

12                  MS. McLAUGHLIN:   I'm going to

13           mark the amended complaint.

14                  (Whereupon, the aforementioned

15           amended complaint was marked as

16           Defendant's Exhibit T for

17           identification, as of this date, by the

18           Reporter.)

19           Q.      Before we go through the

20      amended complaint I just want to clarify and

21      just make sure we are all on the same page.

22                  Mr. Dasrath, you are aware of

23      an order of this court dismissing some of

24      causes of action in the amended complaint?

25           A.      Yes.

160

A. DASRATH

1

2          Q.      And the only cause of action

3     that is still viable is the breach of

4     contract clause of action?

5          A.      Yes.

6          Q.      To the extent that I'm going to

7     question you about the amended complaint, I'm

8     going to focus my questions on the breach of

9     contract claim.

10         A.      Okay.

11         Q.      I just wanted you to understand

12    where we will go with this document.

13         A.      Okay.

14         Q.      In the amended complaint, the

15    second cause of action is a breach of

16    contract claim.

17              Is on page five of eight at the

18    top.  In this cause of action you identified

19    or you suggest that Ross has breeched a

20    contract.

21              Can you identify what contract

22    that is?

23         A.      Ross University School of

24    Medicine handbook on administrative

25    regulations, the Ross University letter of

161

1                         A. DASRATH

2        admission, the two certifications that Ross

3        issued to take the USMLE step I exam.  There

4        are probably more.

5             Q.    Let's start with the letter of

6        admission.   I think it was one of the first

7        documents that we looked at, Exhibit A.

8                  You are alleging in this

9        lawsuit that Ross University breeched this

10       letter; is that correct?

11            A.    Yes.

12            Q.    And what agreement was provided

13       by this letter that you allege?

14            A.     When a student gets admitted,

15       officially admitted into a school, a

16       university, the university has an obligation

17       after receiving so much money as I paid, to

18       do its business in a regular fashion.

19                  I went there to pay --  I paid

20       my tuition, studied and I didn't deserve to

21       be treated this way where they blocked my

22       obtaining my M.D., blocked the release of my

23       score.  I thought that was very unfair.

24            Q.    Are there any provisions in

25       that letter that have been breeched or just

162

A. DASRATH

1  generally what you discussed here?

2      A.      It's my opinion that this

3  letter gives me the basic right to proceed

4  with my degree and complete it.

5           That is why I paid them so much

6  money.  That seems to be my intention for

7  going there, but I was blocked.

8      Q.      When you said earlier that you

9  didn't deserve to be treated this way, can

10  you explain what you mean?

11      A.      I have suffered a long time

12  waiting for my USMLE score.  I have been out

13  of medical school, while some of my

14  classmates are practicing.

15      Q.      Are there any other ways that

16  you were treated that you contend is a breach

17  of this admission letter?

18           You said blocked obtaining the

19  score and blocked obtaining your M.D., is

20  that right?

21      A.      Yes.

22      Q.      Are there any other items?

23      A.      Yes, I don't agree with them

24  giving me such a hard time to process my

1                          A. DASRATH

2        grades.  Every semester there was a problem

3        with grades.

4             Q.     And those were the items that

5        we talked about earlier?

6             A.     Yes.

7             Q.     You also said there was a

8        breach of the handbook?

9             A.     Yes.

10            Q.     Do you remember what provision

11       specifically were briefed of can you speak to

12       them generally?

13            A.     Yes.

14            Q.     Do you want to take a look at

15       the handbook?

16            A.     On page four it says effective,

17       all rules and regulations in this handbook

18       are binding and I thought they would respect

19       that, but it was not respected.  Page five to

20       six, it shows you the grading procedure that

21       should have been used for the AICM course,

22       but it wasn't adhered to.

23                   On page nine I was entitled for

24       my seventeen week scheduled break without

25       being traumatized, psychologically

164

1                    A. DASRATH

2      traumatized with the withdrawal letters and

3      all the other things that they did.  Other

4      students had their seventeen week break.   I

5      had a very hard time.

6                    On page thirteen it states the

7      students became eligible to take a USMLE step

8      I when they have passed all courses in the

9      basic science curriculum.

10                    Students become eligible to

11     take the USMLE step I when they have passed

12     all courses in the basic science curriculum

13     successfully completed the advanced

14     introduction to clinical medicine,

15     integration clinical medicine, and have

16     passed the NBME comprehensive science exam.

17          Q.      You thought that was a

18     provision that was breached?

19          A.      Yes.

20          Q.      Because why?

21          A.      Because I get to the point

22     where I passed the NBME and I was invited, I

23     was congratulated and invited by Ms. Bridget

24     to apply for a part of the USMLE part one.

25                    I then went to Dr. Enrique

165

1                        A. DASRATH

2      Fernandez who give me an application for him,

3      I give him the application form and he

4      checked all his records to make sure

5      everything was okay to take the USMLE step

6      I.

7                        I took the USMLE step I and the

8      day before the grade was released, Bridget

9      Seena turned around and blocked my release by

10     stating in a letter to the USMLE no longer

11     eligible, withdrawn.  That was a direct quote

12     from Bridget Seena's letter to the USMLE and

13     since then I haven't seen my score yet.

14                       On page fourteen there is

15     provision for Ross to sponsor students for

16     the USMLE even though they are withdrawn.

17                       It is stated here that students

18     may retake the USMLE even though they are

19     withdrawn but Ross turned around and blocked

20     the release of my score from the USMLE.

21     Q.      Do you have to do anything

22     further?   They say they, my sponsors to take

23     or retake the USMLE.

24                       That is a binding agreement

25     that they have to sponsor you?

1               A. DASRATH

2               MR. COSTELLO:  Where are you

3         reading from, counselor?

4               MS. McLAUGHLIN:   Page

5         fourteen.

6         A.      Page four of the Ross

7    University School of Medicine Students

8    handbook states, specifically states that

9    this handbook is binding.

10        Q.      Right.

11        A.      But the idea that you are

12   referring to page fourteen where it says

13   students may request to be sponsored or to

14   retake the USMLE.

15        Q.      But does that require them to

16   sponsor you?

17        A.      They have already sponsored,

18   certified me.

19        Q.      Did you go through the process

20   of re-application that is required in order

21   for that request?

22        A.      I applied twice and both times

23   it was --

24        Q.      Re-application through the

25   University admission office?

167

A. DASRATH

1

2      A.      I can't do that yet until I get

3  the first score.  I haven't gotten the first

4  score yet.

5      Q.      You mean the USMLE score?

6      A.      The USMLE score.  Page eighteen

7  it says that students in the clinical phase

8  of the curriculum registered through the

9  office of the dean of clinical sciences in

10  New Jersey.

11              And then turn around and tell

12  me that I didn't apply for registration.  It

13  is New Jersey, the office in New Jersey that

14  does registration for courses.

15              I simply pay a bill.  I don't

16  have access to their computers.  I never

17  did.

18      Q.      I'm not understanding.  Page

19  eighteen there is a statement that students

20  register through the office in New Jersey?

21      A.      Yes.

22      Q.      And you are saying that Ross

23  breached that provision by how?

24      A.      Ross stated that I didn't show

25  up to campus in Dominica.  One of the reasons

168

A. DASRATH

1

2          why they are withdrawing me.

3                    I don't have to show up in

4          Dominica.  In a different pay.  I'm in a

5          clinical phase.  Those in the basic science

6          show up at Dominica within one week of start

7          up.  Not me.

8               Q.     When you failed the AICM you

9          were supposed to show up in Dominica?

10              A.     You claim that I fail the

11         AICM.  I didn't say that.  I told you they

12         gave me failing grade on August the 14th.

13                   On page twenty-three it

14         specifically states that students are

15         withdrawn when they do not return to the

16         campus the following semester.

17                   I don't have to return to the

18         campus.  I finished all campus work.

19              Q.     Okay.  Are those the only

20         provisions of this handbook that you believe

21         were breached by Ross?

22              A.     More, more.  On page

23         twenty-five the University, it states, on

24         page twenty-five it states the University

25         follows the guidelines of the U.S. Family

169

A. DASRATH

1

2      Educational Rights and Privacy Act.

3              In quotation Ferpa and this

4      includes the right to inspect and review the

5      student's educational records within

6      forty-five days that the University request,

7      receives a request.

8              I haven't yet seen what Ross is

9      claiming that I failed.  Despite the fact

10     that Judge Reyes.

11             MS. McLAUGHLIN:  I'm going to

12         strike that part from the record

13         because there seems to be some

14         confusion of the settlement discussion

15         I was privy to before Judge Reyes.

16             It is not a factual statement

17         that can be made in this deposition.

18             If you want I can discuss it

19         with you off the record because I know

20         you weren't involved at that point.

21             MR. COSTELLO:  I was unaware,

22         you are saying that this took place on

23         settlement discussions?

24             MS. McLAUGHLIN:  Yes, and it is

25         Dr. Perri's memo it says for resolving

170

1                    A. DASRATH

2          purposes.

3                    MR. COSTELLO:  We can discuss

4          this later then.

5                    MS. McLAUGHLIN:  That is fine.

6          Q.      Is there anything else besides

7    that last provision you pointed to on page

8    twenty-five in the handbook?

9          A.      Yes.  You do not discriminate

10   on page, in your calendar you do not, it says

11   you do not discriminate because of age and

12   several other things, but this is what I

13   incurred all through my studies in Dominica.

14   This is what I incurred in Miami.  This is

15   what I'm still enduring.

16         Q.      So, it is a breach of the

17   calendar?

18         A.      Yes.

19         Q.      That is the document that you

20   are referring to.

21                 Have you ever had any

22   conversations with Tony Ayubia concerning

23   your allegations against Ross?

24         A.      Yes, I called Tony, yes.

25         Q.      What kind of conversations have

171

1                    A. DASRATH

2     you had with him?

3          A.      I asked him to speak to Mr.,

4     Dr. Enrique Fernandez.

5          Q.      When was this?

6          A.      Sometime late April 2006.

7          Q.      What did he say to you?

8          A.      He keep telling me that Dr.

9     Fernandez is not available.

10         Q.      Did you ever hear anything

11    further from Tony Ayubia on any of these

12    issues?

13         A.      No.  I don't recall.  Say I

14    don't recall.

15         Q.      Other then the items that we

16    spoke about are there any other agreement

17    that Ross University purportedly had with you

18    that they breached?

19         A.      As I remember there are more,

20    but I do not have the answer to the

21    interrogatory.

22         Q.      Would that help you if I showed

23    you that?

24         A.      Yes, that would help me.

25                 MS. McLAUGHLIN:  Let's mark the

172

                           A. DASRATH

1

2          interrogatories as the next exhibit.

3                    (Whereupon, the aforementioned

4          interrogatories was marked as

5          Defendant's Exhibit U for

6          identification, as of this date, by the

7          Reporter.)

8          A.      When I said the calendar I

9     actually meant the academic catalog.

10         Q.      Okay, we have a copy of that.

11    And that item was breached as you say because

12    of a discrimination claim that you had?

13         A.      Yes.

14         Q.      Looking at your interrogatories

15    responses, I actually had a question on

16    number ten.

17                    In part, interrogatory ten,

18    part B, you state that release of your score

19    was barred on October 9th, 2009.

20                    What happened on October 9th,

21    2009 with USMLE?

22         A.      Okay.  I had other intention

23    rather than saying release of a score.  All

24    I'm saying, prior to this on August the 14th,

25    2006 Bridget Seena sent in a statement saying

173

1                           A. DASRATH

2      no longer eligible, withdrawn?

3            Q.      Right.

4            A.      That in effect blocked the

5      release of my score, which was supposed to be

6      released the next day and I didn't get it

7      yet.

8            Q.      Did something happen on October

9      9th?

10           A.      October 9th, 2009 the USMLE

11     office barred me.  There was a bar from

12     taking any more examination until I could

13     clear myself with all the Court Orders.

14                  So, I am right now barred or

15     blocked or whatever you call it from making

16     any application to the USMLE.

17           Q.      Did you apply again to take the

18     exam?

19           A.      No.

20           Q.      Did you have contact with the

21     USMLE or ECFMG?

22           A.      Yes.

23           Q.      How did you have contact with

24     them, by letter?

25           A.      By letter, yes.

174

1                          A. DASRATH

2          Q.       And do you have copies of those

3     letters?

4          A.       I'm pretty much sure, yes.

5          Q.       And on October 9th, 2009, did

6     they write something to you that barred

7     you?

8          A.       They wrote a letter, yes,

9     stating that I may not take or apply for

10    USMLE exams.

11         Q.       Is that all it said?   Why did

12    it say that?   Why did they explain --

13         A.       Because Bridget Seena sent a

14    statement to them saying no longer eligible,

15    withdrawn.

16              MS. McLAUGHLIN:   I would like

17         to have a copy of that October 9th,

18         2009 letter.

19              MR. COSTELLO:   As to the extent

20         we have.

21         Q.       Did you receive any other

22    letters from either USMLE or ECFMG after

23    October 9th, 2009?

24         A.       Yes.

25         Q.       And what did those letters

175

1                      A. DASRATH

2    say?

3         A.      That I have to wait until the

4    court case is finished.

5         Q.      Have you provided them any

6    information concerning this action?

7         A.      Yes.  I told them this is, you

8    know, this is not right what they are doing.

9              They put me on hold until the

10   case is finished.

11        Q.      Did you provide any

12   documents?

13        A.      Yes.

14        Q.      What documents?

15        A.      The same I provided you.

16        Q.      Do you know specifically what

17   you sent them?

18        A.      I cannot remember right now.

19             MS. McLAUGHLIN:  I would also

20        request copies of whatever documents

21        that were produced.

22        Q.      Have you heard any

23   correspondence from them since October 9th,

24   2009?

25        A.      There was a correspondence that

176

1                          A. DASRATH

2       says they are waiting for a case to finish.

3       So I'm still on hold.  I didn't get my score

4       and I can't do any business with them.  I'm

5       just on hold.

6               Q.      Your interrogatories while we

7       are on this document, number thirteen, you

8       set forth your claimed damages sought in this

9       action.

10              You list items that you are

11      seeking recovery from; is that correct?

12              A.      Yes.

13              Q.      Is this amount solely for the

14      the breach of contract or for the other

15      claims in the amended complaint?

16              A.      For the breach of contract.

17              Q.      So, for is breach of contract

18      claim you are claiming $165,000; is that

19      correct?  That is the first one.  I know

20      there is more.

21              A.      For schooling 165,000.

22              Q.      How did you come to that

23      number?

24              A.      This is money that I spent for

25      tuition and fees for dormitory housing, books

177

                              A. DASRATH

1

2          and supplies, air fare from New York to

3          Dominica and back, from New York to Miami and

4          back, ground transportation in Miami where

5          there is no subway?

6                          Relocation, just as it says

7          here and other living expenses.

8                  Q.      Have you produced any

9          documentation supporting these numbers?

10                 A.      Nobody requested them.

11                 Q.      I think I did actually.   I

12         refer you to number eleven.

13                         MR. COSTELLO:  We will provide

14             those.

15                         MS. McLAUGHLIN:  I request it

16             on the record and I will follow up, we

17             need any documentation that supports

18             your calculations.

19                 Q.      Your attorney fees and you

20         calculate that by what you paid to your

21         attorneys representing you?

22                 A.      That is more now because I have

23         been paying since that time.

24                 Q.      What is that number?

25                         MR. COSTELLO:  He may have to

SHEET 178  PAGE 178

178

1                    A. DASRATH

2          go back and check his records.  We will

3          supply it.

4          Q.    Lost wages and benefits?

5          A.    For the time I've been at Ross

6    I have lost an amount of money I could have

7    been working and earning a living.

8          Q.    How did you calculate the

9    $360,000?

10         A.    From the time I went to Ross to

11   the time I restarted work, I calculate that

12   based on the past salary I was making.

13         Q.    If you had never went to Ross

14   that is how this is calculated?

15         A.    Yes.

16         Q.    Because you left to go to

17   school full-time?

18         A.    Yes.

19              MS. McLAUGHLIN:  I will need

20         documentation supporting that.

21         Q.    Loss of profession.

22              What does that mean?

23         A.    I lost my MD degree.

24         Q.    Mental anguish and distress?

25         A.    Like I am feeling right now.

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

179

1                    A. DASRATH

2         Q.    Have you seen a doctor

3    concerning the anguish and --

4         A.    I seen them a number of times.

5         Q.    What are their names?

6         A.    I went to Dr. Kevin Ackerman.

7         Q.    Where is he located?

8         A.    In Nassau County.  He used to

9    be on Northern Boulevard but he recently

10   move.

11        Q.    Is he a general practitioner or

12   a specialist?

13        A.    I think he is a specialist,

14   yes.

15        Q.    For what?

16        A.    For internal medicine.

17        Q.    And you go to see him for

18   what?

19        A.    For medical problems.

20        Q.    Are any of those problems

21   related to your allegation in this lawsuit?

22        A.    I just go to see him for

23   medical problems.

24        Q.    Are you suffering medical

25   problems related to the issues in this

180

                              A. DASRATH

1

2       lawsuit?

3            A.      I have intense stress.  The

4       lawsuit brought a lot of intense stress.

5            Q.      Anything else?

6            A.      Whatever is stated here.

7            Q.      Can you explain your seeking

8       damages for the disappointment to family

9       members.

10                   Can you explain what that

11      relates to?

12           A.      They were very disappointed.

13           Q.      And there is no monetary number

14      attached to that?

15           A.      We haven't done that yet.

16           Q.      How about being ostracized by

17      Ross University.

18                   Can you explain what that

19      means?

20           A.      I think I was treated like

21      garbage.

22           Q.      By who?

23           A.      The whole Ross community.

24           Q.      Are you talking students,

25      staff?

181

A. DASRATH

2      A.      I'm talking about the staff.

3  The administrative staff.

4      Q.      Okay.

5      A.      Their professors.

6      Q.      Other than being treated like

7  garbage by those individuals, are there any

8  other claims for damages concerning being

9  ostracized?

10      A.      Well, they blocked me from

11  proceeding with my degree, my M.D. degree and

12  that ultimately created a lot of mental

13  anguish, psychological stress, things of that

14  nature.

15      Q.      How did they block you from

16  obtaining your degree?

17      A.      They block the release of my

18  score.

19      Q.      After receiving your AICM score

20  in August of 2006, was it your understanding

21  that you would have needed to retake the

22  class?

23      A.      There was no indication until

24  August the 14th when Ross registrar sent a

25  failing grade.  All indication was that I

SHEET 182 PAGE 182

182

1                    A. DASRATH

2      passed the course.

3                    If I can't pass the course they

4      wouldn't certify me to take the USMLE.    That

5      was the requirements to take the USMLE.

6                    MS. McLAUGHLIN:  You rely on

7            certain document letters.  I just want

8            to make sure you produced all of them.

9                    You rely on, according to this

10           interrogatory response.  Transcript

11           which I think you produced so if you

12           have any more I request production.

13           E-mails from Ross University Medical

14           officials you produced so if you have

15           any more please produce them.

16                    Any notes from phone

17           conversation.  Correspondence from the

18           USMLE office or ECFMG, we discussed

19           that and to produce those and any

20           handouts that were relied upon in

21           responses from Ross University and then

22           you say it.

23                    So, if there are any other

24           documents, please produce them and we

25           will follow it up.

183

1              A. DASRATH

2              MR. COSTELLO:  Please follow it

3         up in writing.

4         Q.     You mentioned breach in this

5    interrogatory number fifteen, we discussed

6    most of them.  Dr. Ronnie Coutinho?

7         A.     Yes.

8         Q.     What would he know about the

9    allegation in the complaint regarding the

10    breach of contract?

11         A.     He was a professor there at

12    Miami and I'm sure he knew what was going on

13    at the time.

14         Q.     Dr. Guiterrez we spoke about

15    him earlier; is that correct?

16         A.     Yes.

17         Q.     Who is Michael Dunbar?

18         A.     He was one of the doctors that

19    taught in Miami.

20         Q.     What would he know about

21    this?

22         A.     They know what was going on.

23    They all knew what was going on.

24         Q.     What do you mean by what was

25    going on?

184

A. DASRATH

1

2      A.     What goes on there.  That they

3    issued fraudulent failing grades to

4    students.

5      Q.     Dr. Thomas Havonic?

6      A.     He was also one of the

7    professors there.

8      Q.     And does he know anything more

9    then what you discussed about Dr. Dunn, the

10   going on?

11      A.     Yes, he knows what is going on.

12      Q.     Barbara Troy?

13      A.     She also knows what is going

14   on.  Mr. William Colly.

15      Q.     Have you spoken with him

16   personally?

17      A.     Yes, I did have conversation

18   with Kelly.

19      Q.     What did you say to him?

20      A.     I don't remember the details of

21   the conversations.

22      Q.     Do you remember what he told

23   you?

24      A.     I don't recall.

25      Q.     Did you have any conversations

185

1                          A. DASRATH

2     with Michael Rendin?

3          A.      No.

4          Q.      What would he know about your

5     contract claims?

6          A.      Oh, he sent out the ambiguous

7     administrative withdrawal letter.

8          Q.      Dr. Martin we discussed,

9     right?

10         A.      Yes.

11         Q.      Who is Rosemarie Reardon?

12         A.      That is one of Ross staff that

13    received the congratulations letter stating

14    that congratulations, you have passed your

15    NBME exam and you can now take the USMLE step

16    I.

17         Q.      So, she received the e-mail as

18    well?

19         A.      Yes.

20         Q.      Other than that did you have

21    any conversations with her about this lawsuit

22    or the allegations?

23         A.      No.

24         Q.      Have you had any conversations

25    with Judy, Dr. Nancy Perez' secretary?

186

1                         A. DASRATH

2          A.      When I call she answers the

3    phone.

4          Q.      Did you talk to her anything

5    substively concerning your claim?

6          A.      I just ask to speak to Dr.

7    Perri.

8          Q.      Administration of Devry.  Are

9    you referring to anyone specifically?

10         A.      No, I know that they look over

11   all your work.

12         Q.      Have you had communication with

13   anyone at Devry, Inc.?

14         A.      No.

15         Q.      Is the lawyers that handled

16   this case, are there any other lawyers other

17   than those that appeared in court on this

18   matter?

19         A.      No.

20         Q.      Claire Cramatta, is she Dr.

21   Fernandez' assistant?

22         A.      Yes.

23         Q.      Did you have any conversations

24   with her specifically?

25         A.      Yes, I had conversation, but I

187

A. DASRATH

1

2      don't recall.  I did ask her to let me speak

3      to Dr. Fernandez, but she declined on a

4      number of times.

5              Q.      Did you talk to her substively

6      about your claims in this case?

7              A.      I didn't discuss my case with

8      her.  I did not.

9              Q.      Tony Ayubia, we spoken about

10     him?

11             A.      Yes, he is also one of Dr.

12     Fernandez' assistant.  I talked to him.

13             Q.      And classmates, were there any

14     particular classmates that are knowledgeable

15     about the claims in your lawsuit?

16             A.      Not to my knowledge, but they

17     know, they are all asking what happened.  Why

18     aren't you a doctor yet.

19             Q.      Do you keep in touch with

20     classmates now?

21             A.      Not often.

22             Q.      Are there any ones that you

23     discussed this lawsuit with?

24             A.      No.

25             Q.      Have you discussed this lawsuit

188

1                          A. DASRATH

2       with anybody other than who we discussed

3       today and your lawyer obviously?

4              A.      No.

5              Q.      Have you ever been involved in

6       a lawsuit other than this one?

7              A.      Yes.

8              Q.      What was that?

9              A.      That was against Kings County

10      Hospital.

11             Q.      What did that relate to?

12             A.      They had owed me money, but

13      they paid me and it was settled.  They had

14      owed me overtime money.

15             Q.      It was an employment issue?

16             A.      Yes.

17             Q.      This was prior to you going to

18      Ross University?

19             A.      Prior to going to New York

20      Hospital.

21             Q.      Were you deposed in that

22      lawsuit?

23             A.      I don't recall.

24             Q.      Have you ever testified in

25      court?

189

                                A. DASRATH

1

2          A.      No.   Other than when I come and

3    watch what is going on.

4          Q.      I mean testify on the witness

5    stand.

6          A.      No.

7                  MS. McLAUGHLIN:   Off the

8          record.

9                  (Whereupon, a discussion was

10         held off the record.)

11                 MS. McLAUGHLIN:   I just have a

12         couple of follow-up questions that I

13         usually ask at the beginning, but I

14         forgot to.

15         Q.      Have you ever been arrested?

16         A.      No.

17         Q.      Convicted of a crime?

18         A.      No.

19         Q.      Are you under the influence of

20   any drugs or alcohol today that would

21   influence your ability to testify?

22         A.      No.

23         Q.      Have you ever been expelled

24   from a school?

25         A.      No.

190

```
 1                          A. DASRATH

 2          Q.      Suspended?

 3          A.      No.

 4          Q.      Dismissed?

 5          A.      No.

 6          Q.      Have you received failing

 7   grades from schools other than Ross

 8   University?

 9          A.      No.

10          Q.      You never failed a class?

11          A.      No.

12          Q.      Are you taking classes now or

13   just working at Stonybrook?

14          A.      I'm just working.

15          Q.      What do you do again?

16          A.      I'm a pharmacist.

17

18

19                  (Continued on the following

20   page.)

21

22

23

24

25
```

191

1                          A. DASRATH

2            Q.       Have you taken any courses

3     since you left Ross University in 2006?

4            A.       The courses that I took were

5     for pharmacy.  Pharmacy courses to maintain

6     my license.

7                     MS. McLAUGHLIN:    Thank you.  I

8            have no further questions.

9                     (Time Noted: 2:20 p.m.)

10

11            _____
                        ANAND DASRATH
12
     Subscribed and sworn to
13   before me this _____ day
     of _____, 2010.
14
     _____
15        Notary Public

16

17

18

19

20

21

22

23

24

25

192

1

2                           I N D E X

3    WITNESS              EXAMINATION BY           PAGE

4    ANAND DASRATH        MS. McLAUGHLIN           4

5

6

                         E X H I B I T S

7

     DEFENDANT'S          DESCRIPTION             PAGE

8

        A              Document                    13

9

        B              Copy of transcript          20

10

     C & D             E-mails                      47

11

        E              Transcript                   57

12

        F              E-mail                       87

13

        G              Memo                         99

14

        H              E-mail                       111

15

        I              Letter                       115

16

        J              Transcript                   118

17

        K              Letter                       121

18

        L              Letter                       123

19

     M & N             USMLE application            129

20

        O              Affidavit                    135

21

        P              Handbook                     140

22

        Q              Letter                       144

23

        R              Letter                       145

24

        S              Affidavit in opposition      150

25

193

1

2      EXHIBITS :      (Continued)

3        T            Amended complaint          159

4        U            Interrogatories            172

5

6

                          REQUESTS
7                       Page        Line

8                       23          3

9                       38          3

10                      105         10

11                      130         11

12                      149         25

13                      149         16

14                      174         20

15                      177         19

16                      182         9

17

18

19

20

21

22

23

24

25

194

1

2                          CERTIFICATION

3      STATE OF NEW YORK )
                              : SS.:
4      COUNTY OF KINGS    )

5

6          I, GARY J. MEROLA, a Notary Public for

7      and within the State of New York, do hereby

8      certify:

9          That the witness(es) whose testimony as

10     herein set forth, was duly sworn by me; and

11     that the within transcript is a true record

12     of the testimony given by said witness(es).

13         I further certify that I am not related

14     to any of the parties to this action by blood

15     or marriage, and that I am in no way

16     interested in the outcome of this matter.

17         IN WITNESS WHEREOF, I have hereunto set

18     my hand this 4th day of October, 2010.

19

20                    _____

21                       GARY J. MEROLA

22

23

24

25

**$**

$10,000 [7] 154:22,25 155:14,21,23 156:3,12
$165,000 [1] 176:18
$360,000 [1] 178:9

**1**

1/11/2006 [2] 57:21 58:11
10 [1] 193:10
100 [1] 105:8
105 [1] 193:10
11 [1] 193:11
11427 [1] 4:13
11th [2] 48:9 57:21
12th [6] 20:11 113:8 114:2 131:10 132:12 133:13
130 [1] 193:11
149 [2] 193:12,13
14th [6] 76:16 98:21 142:5 168:12 172:24 181:24
159 [1] 193:3
15th [3] 116:11,16 122:10
16 [1] 193:13
165,000 [1] 176:21
16th [5] 145:24 146:3,10,14 148:2
172 [1] 193:4
174 [1] 193:14
177 [3] 1:15 2:9 193:15
17th [1] 13:23
182 [1] 193:16
19 [1] 193:15
1957 [1] 133:13
1977 [1] 6:18
1983 [2] 7:15,25
1990 [2] 9:13,14
19th [1] 136:10

**2**

2:20 [1] 191:9
20 [1] 193:14
200 [2] 101:4 102:12
2000 [1] 8:5
2003 [7] 8:3 10:16 11:23 13:13,23 14:9,15
2004 [16] 10:17 14:21 15:8,10,18,23 17:17 24:14 32:23 33:4 34:2,11,13 35:8 38:12,22
2005 [23] 35:16 36:2,12,16,18 48:8, 9,19 51:7,17 54:12 55:6,9 56:8,12 58:23 61:19 62:25 64:11 65:19 68: 5,6 163:20
2006 [60] 6:5,8 20:11 38:11,14,16, 19 57:21 69:2,14 70:10 76:13,16 77:2 78:3 80:3,7,22 88:8 89:25 90: 6 98:21 99:4,7 100:2,9,15 106:7 112:12 113:8 114:2 116:16 118:23 119:3 121:18 123:18 124:4,24 126: 25 128:2,3 130:3,6 131:13,19,23,25 132:12,21,24 134:17,20 135:3,5,6 136:10 139:13,16 140:21 143:23 144:18,24 145:24 146:6,10,14 148: 3,9 151:2,14 153:17,23 155:7 158: 14,21,24 171:6 172:25 181:20 191: 9,15,23
2009 [7] 172:19,21 173:10 174:5,18,

23 175:24
2010 [2] 1:9 194:18
20th [5] 2:5 4:12 130:5 131:13,17
22nd [13] 89:25 90:4,6 110:2,6 118: 23 119:3 125:22 126:8 131:23 155: 25 156:9,11
23 [1] 193:8
23rd [3] 88:8 90:4 131:15
24th [5] 100:2,15 108:5 112:12 155: 7
25 [1] 193:12
25th [1] 151:2
27th [5] 48:7 135:3 146:6 158:21,22
29th [7] 139:12,16 144:18,24 148:9 151:14,18

**3**

3 [3] 136:23 193:8,9
30 [1] 1:9
30th [1] 124:6
31st [3] 121:17 122:11 123:18
36 [2] 92:18 93:23
36/50 [1] 96:13
38 [1] 193:9
3rd [2] 124:4,24

**4**

4 [1] 192:4
4th [1] 194:18

**5**

5/22/2006 [1] 118:13
50 [3] 91:13,14,23
5919 [1] 2:5
5th [4] 113:25 130:3 131:25 134:20

**6**

62 [4] 88:9,11,13,17
63 [2] 101:4 102:12
6th [2] 128:6 158:24

**7**

7 [2] 131:4,4
76 [3] 91:13,14,23
77 [1] 107:25
7th [5] 76:13 80:7 134:17 153:17,23

**8**

80s [1] 9:12
89-25 [1] 4:12
8th [4] 114:4 116:5,9 125:16

**9**

9 [1] 193:16
9:55 [1] 1:10
90s [2] 9:23 105:7
94 [1] 107:18
97 [2] 107:15,25
9th [8] 172:19,20 173:9,10 174:5,17, 23 175:23

**A**

a.m [1] 1:10
ability [1] 189:21
able [7] 31:20,23 78:11 130:24 137: 9,15,23
above [3] 21:14 89:21,23
absolutely [1] 156:7

abuse [2] 45:19 74:4
academic [3] 10:25 140:20 172:9
acceptance [2] 13:8 14:11
accepted [1] 8:7
access [8] 56:3 78:7,10,11,20 79:8 126:11 167:16
accessed [3] 77:18,23 78:16
accomplish [1] 49:22
according [4] 51:4 103:3 157:8 182:9
achieved [1] 110:13
acim [1] 157:18
ackerman [1] 179:6
act [1] 169:2
action [3] 159:24 160:2,4,15,18 175: 6 176:9 194:14
actually [6] 40:23 131:14 134:24 142:10 152:4 172:9,15 177:11
added [1] 43:11
address [1] 88:23
adhered [1] 163:22
adjusted [1] 21:15
administered [1] 41:8
administering [1] 60:20
administration [1] 186:8
administrative [10] 139:17 141:21 142:21 143:17 148:8 151:13 152:9 160:24 181:3 185:7
administratively [4] 141:10 143:2 152:17 153:9
admission [5] 141:24 161:2,6 162: 18 166:25
admissions [1] 12:6
admitted [2] 161:14,15
admnistrative [1] 139:14
advanced [2] 69:20 164:13
advertisement [1] 13:2
advices [1] 146:4
advised [1] 121:24
advisor [7] 46:11,12,14,17,24 47:5, 18
affidavit [14] 135:20 136:3,10,12, 23 140:5 142:18 150:8,13,17,17,23 151:5 157:22
aforementioned [10] 13:16 20:3 47:25 57:13 87:21 99:16 112:23 115:24 118:5 121:12 123:23 129: 11 135:19 140:14 144:12 145:18 150:7 159:14 172:3
afternoon [1] 144:7
age [1] 170:11
aggressively [1] 82:21
ago [1] 115:4
agree [2] 96:9 162:24
agreed [3] 3:6,13,18
agreement [3] 161:12 165:24 171: 16
aicm [89] 69:18,19 70:2 71:7,14,18, 19 72:2 73:7 76:15 77:4,6,15 82:11, 14 83:20 84:12 86:11 88:9,11,13,16, 23 91:6 92:12 102:8 104:16 106:2 107:20 108:7,22 109:3,12,19 111:6, 25 113:19 117:10 118:20,23 119:11, 13 122:15 126:7 128:14 134:10,21 135:13,15 136:21 137:18 138:3,22

141:17 143:11 147:25 154:7 157:6 158:3,5,7,8,10,16 159:2 163:21 168: 8,11 181:19
aimc [1] 92:21
air [1] 177:2
alcohol [1] 189:20
allegation [2] 179:21 183:9
allegations [2] 170:23 185:22
allege [2] 21:7 161:13
alleged [1] 23:20
alleging [1] 161:8
allocated [8] 39:18,20,24 73:9,11 91:10,11 96:15
allocates [1] 140:25
allow [1] 79:20
almeida [13] 46:13 48:21 49:8,11, 24 50:11,25 53:7 54:5,10 62:14,15, 18
already [8] 19:3 27:21 67:22 68:17 119:6 130:21 134:14 166:17
although [2] 136:24 137:2
ambiguous [1] 185:6
amci [1] 103:10
amended [8] 159:13,15,20,24 160: 7,14 176:15 193:3
american [2] 73:25 74:2
among [1] 78:22
amount [5] 39:18 126:22 153:11 176:13 178:6
anand [8] 1:13 4:10 85:20 100:11, 19,25 121:19 150:14 192:4
anatomy [24] 17:8,9 36:13,21 37:3, 9,15 39:4,21 40:4,13 41:9 42:11,19 43:3 47:17 49:12,18 50:17 51:16 52:20 53:24 54:5,11
and/or [1] 151:24
anguish [3] 178:24 179:3 181:13
anish [1] 87:10
announcing [1] 143:16
annoyed [2] 94:5,12
another [22] 62:15 25:4 38:18 99:14 145:17 149:14
answer [6] 4:5,3 112:13 141:4 171: 24
answered [2] 85:18 97:13
answers [3] 11:6 94:4 186:2
anthony [1] 46:13
anybody [7] 33:23 45:25 67:16 121: 6 125:24 149:8 188:2
apart [1] 125:21
appeared [1] 186:17
appears [11] 48:6 49:24 57:22 88:6 94:3 113:6 116:23 118:12 131:4 135:24 150:16
application [25] 12:10,14 13:7 129: 25 130:3 131:5 132:3,25 133:3,6,8, 14,19,22 134:5,9 141:23 159:5,6,9, 10,11 165:2,3 173:16
applications [8] 129:12 130:7,12 132:7,10 134:8
applied [6] 11:15 132:22 135:4 147: 2 152:22 166:22
applies [1] 146:21
apply [8] 11:22 115:1 131:19 132: 15 147:22 164:24 167:12 173:17

174:9
**applying** [5] 11:18 12:19,22 128:25
 129:7
**approach** [4] 50:16,23 67:10,14
**approached** [1] 59:4
**approaching** [1] 67:15
**approved** [3] 158:18 159:5,7
**approximately** [2] 9:10 10:16
**april** [34] 13:23 14:9 36:18,19 37:22,
 23,25 51:17 76:13 78:2 80:3,7,21
 84:2 88:7 89:25 90:4,6 99:4 100:2,
 14 106:7 108:5 112:12 127:13,16
 131:23 134:16 153:17,23 155:7
 158:21,22 171:6
**aren't** [2] 142:24 187:18
**arguendo** [1] 167:5
**around** [20] 8:3,6 12:19 14:9 23:2
 38:9 40:23 47:2 58:8 64:11 71:9 75:
 14 97:15 125:16 128:24 129:5 149:
 13 165:9,19 167:11
**arrested** [1] 189:15
**arts** [1] 7:10
**ased** [1] 140:19
**aspect** [1] 41:4
**assign** [2] 26:16 27:6
**assistant** [5] 24:3 28:6 50:7 186:
 21 187:12
**associates** [1] 7:23
**association** [2] 73:25 74:3
**assume** [1] 12:5
**assuming** [1] 167:5
**astonished** [1] 31:12
**attached** [3] 139:2,8 180:14
**attempted** [1] 79:24
**attempts** [1] 141:12
**attend** [4] 9:11,20 14:14 110:23
**attended** [1] 10:23
**attention** [1] 141:7
**attorney** [1] 177:19
**attorneys** [1] 177:21
**august** [17] 21:17 19:24 24:14 32:
 23 55:6,9 56:8,11 58:22 64:11,20,
 23 68:4 76:16 77:2 98:21 99:7 142:
 4 145:24 146:3,10,14 148:2 168:12
 172:24 181:20,24
**authorized** [1] 82:16
**automatically** [1] 65:7
**available** [6] 65:14,16 78:19,25 89:
 9 171:9
**avenue** [1] 2:5
**average** [2] 21:20 22:7
**aware** [3] 90:9 147:12 159:22
**away** [5] 18:14 19:16,17 31:15 50:
 15
**ayubia** [3] 170:22 171:11 187:9

                    **B**

**bachelor** [4] 7:10,11,12 10:6
**bachelor's** [1] 10:8
**back** [24] 6:10 18:13 24:16 38:8,22
 55:16 67:20 68:2 76:23 80:3,5 85:3
 86:13 112:16 113:21 123:11 127:
 11 130:4 138:3,5 144:8 177:3,4
 178:2
**background** [1] 85:16

**bad** [1] 102:6
**bahar** [1] 87:3
**bar** [1] 173:11
**barbara** [1] 184:12
**barred** [4] 172:19 173:11,14 174:6
**based** [3] 32:6 40:2 41:4,18 42:18
 44:21 49:17 60:23 71:16,17 74:17
 119:21 178:12
**basic** [14] 16:2,5,8,20 36:5 63:25
 66:2 67:17 69:23 157:17 162:4 164:
 9,12 168:5
**basis** [5] 93:14 95:17 104:17 108:
 24 151:11
**became** [2] 104:4 164:7
**become** [3] 11:20 111:19 164:10
**becomes** [1] 152:8
**beginning** [6] 17:21 24:15 46:18,
 24 47:12 189:13
**behavioral** [1] 52:12
**belief** [1] 114:16
**believe** [42] 11:23 19:24 20:25 23:
 11 30:2 36:18 37:22 39:15 41:16,
 21 43:21 54:22,24 60:9 61:2,25 74:
 22,24 76:9 81:11 94:9 98:18,25 99:
 8 100:9 101:17 105:3 106:14 110:
 17 114:20 120:5 124:25 128:6 143:
 17 146:11 152:3,22 153:8 154:6,18
 155:25 168:20
**believed** [1] 43:8
**belong** [1] 193:3
**below** [2] 90:6 113:24
**benefits** [1] 178:4
**besides** [9] 25:19 27:15,21 34:20
 54:4,4 64:7 74:17 170:6
**best** [3] 12:2 64:19 79:5
**better** [3] 8:15 17:10 110:13
**between** [7] 3:6 24:19 35:10 69:4
 113:16 122:9 132:9
**bill** [3] 111:17 126:23,24 154:4,5
 167:15
**bills** [2] 127:4,17
**binding** [3] 163:18 165:24 166:9
**biochemistry** [5] 17:5,6 28:19,23,
 24
**birth** [2] 133:11,12
**bit** [1] 131:11
**blank** [1] 57:8
**block** [2] 181:15,17
**blocked** [12] 142:4,7 161:21,22 162:
 8,19,20 165:9,19 173:4,15 181:10
**blocking** [2] 123:3 142:9
**blood** [1] 194:14
**board** [18] 73:24 127:21 133:24 135:
 7 140:8 147:7 151:15,25 152:2,7,12,
 13,16,21,23 153:2,4,6
**boat** [1] 145:19
**bodies** [2] 72:18,24
**body** [2] 75:16,18
**book** [1] 144:8
**booklets** [1] 147:18
**books** [4] 45:13 176:25
**born** [1] 6:11
**boss** [1] 84:24
**both** [6] 107:12 128:17 130:7 134:8
 146:20 166:22

**bothered** [1] 68:16
**bottom** [1] 88:21
**boulevard** [1] 179:9
**breach** [16] 160:3,8,15 162:17 163:
 8 170:16 174:16,17 183:4,10
**breached** [5] 164:18 167:23 168:
 21 171:18 172:11
**break** [11] 5:11,13 35:10,12 79:12
 143:12,18,20 144:3 163:24 164:3
**breakdowns** [3] 89:8,11,13
**breeched** [3] 160:19 161:9,25
**bridget** [7] 131:17,23 164:23 165:8,
 12 172:25 174:13
**briefed** [1] 163:11
**brooklyn** [1] 1:16
**brought** [2] 155:18 180:4
**business** [2] 161:18 176:4

                    **C**

**calculate** [3] 177:20 178:8,11
**calculated** [5] 37:4,5,8,13 178:14
**calculation** [1] 43:7
**calculations** [1] 177:18
**calendar** [3] 170:10,17 172:8
**call** [17] 45:18 56:15 68:13 72:23 83:
 15 84:21 85:19 87:9 101:6 112:12
 114:3,6 125:24 126:3,6 173:15 186:
 2
**called** [16] 17:8 68:23,25 74:6 84:7,
 8,9 85:17 89:17 93:5,7 96:19 100:
 16 113:4 126:9 170:24
**calling** [2] 17:10 130:11
**came** [6] 6:21 11:14 22:8 67:16,25
 68:2 79:6 92:10 95:20 104:5 130:
 15
**campus** [8] 18:14 19:11 153:14,
 18,19,21 154:24 167:25 168:16,18,
 18
**cannot** [3] 4:25 5:12 175:18
**caption** [1] 135:24
**card** [3] 13:3,3,4
**career** [1] 46:22
**careful** [1] 62:20
**carry** [1] 52:25
**case** [13] 94:22,23 95:4,8,10 100:8
 150:14 175:4,10 176:2 186:16 187:
 6,7
**catalog** [1] 172:9
**cause** [4] 95:15 160:2,15,18
**causes** [1] 159:24
**center** [6] 8:22 8:9 29:5,8,14,17 31:
 4 56:22
**certain** [6] 16:24 21:19 90:22 126:
 22 182:7
**certificates** [1] 104:11
**certification** [13] 3:8 73:17,19 74:
 7,8,10,18 75:20 76:6 82:4 92:22
 105:17 194:2
**certificationcs** [1] 93:2
**certifications** [8] 73:22 74:14 104:
 12,23 105:5,13 114:24 161:2
**certified** [2] 152:25 166:18
**certify** [3] 182:4 194:8,13
**chance** [5] 113:3 118:9 121:20 150:
 21,23

**change** [5] 23:20 25:23 28:11 52:
 22 63:3
**changed** [10] 19:11,14 21:8 26:11
 53:3 61:16,20 62:24 71:5,12
**changes** [2] 52:21 147:21
**changing** [1] 53:2
**charge** [4] 26:2 29:16 43:23 56:22
**check** [5] 90:22,24 130:20 149:12
 178:2
**checked** [2] 159:7 165:4
**chemistry** [1] 10:4
**choice** [2] 32:4,6
**choose** [1] 12:25
**circumstances** [1] 19:14
**citizen** [1] 6:14
**city** [2] 9:18,21
**claim** [6] 160:9,16 168:10 172:12
 176:18 186:5
**claimed** [1] 176:8
**claiming** [3] 151:8 169:9 176:18
**claims** [6] 5:6 176:15 181:8 185:5
 187:6,15
**claire** [1] 186:20
**clarify** [1] 159:20
**class** [57] 17:14 22:6 26:18 28:23
 30:20 31:6,25 32:5,19 34:21 35:5
 40:13,25 44:12 45:19 50:7,14,16,
 20,22 52:2,14 54:17 55:11 59:14 60:21 62:3 71:8 74:21
 76:12 82:14 86:25 88:23 91:7 96:
 21 97:7 103:25 105:15 108:12,13,
 17,21 109:9,10,13,18,25 110:5 111:
 6,16,18 126:14 135:13,15 157:6
 181:22 190:10
**classes** [18] 7:17 8:19 15:14 17:13,
 16 34:12,16,20 35:2 36:20,24 51:14
 54:11,15 64:17 80:6 153:12 190:12
**classmates** [4] 162:15 187:13,14,
 20
**clause** [1] 160:4
**clear** [1] 173:13
**clerkship** [4] 82:6,7,10,13
**client** [2] 130:24 131:16
**clinical** [21] 31:24 66:8,14 67:11 69:
 21 74:20,22 82:6,7,10,13,17 122:3,
 6,12 143:10 164:14,15 167:9 168:
 5
**clinicals** [1] 110:9
**close** [1] 128:4
**clue** [1] 156:5
**college** [9] 9:18,21,25 12:11 55:22
**colly** [1] 184:14
**come** [6] 16:21 21:23 37:7,12 67:19
 134:23 155:22 156:8,10,11 176:22
 189:2
**comes** [3] 25:4 28:24 93:8
**common** [1] 11:8
**communicate** [3] 86:3 100:22 138:
 13
**communication** [2] 27:15 186:12
**community** [1] 180:23
**compiling** [1] 43:24
**complain** [1] 45:17
**complaint** [11] 33:8 46:10 159:13,
 15,20,24 160:7,14 176:15 183:9
 193:3

**complete** [4] 47:7 63:6 95:5 162:5
**completed** [3] 134:8,16 164:13
**completing** [1] 66:21
**component** [1] 59:13
**components** [1] 128:18
**comprehensive** [2] 157:9 164:16
**comprised** [2] 73:7 107:20
**computer** [1] 126:12
**computers** [1] 167:16
**concern** [3] 60:7,8 66:16
**concerned** [6] 59:10 60:3,25 94:3 97:19 102:3
**concerning** [25] 16:13 18:3 23:20 27:16 33:8 35:18,19 36:24 42:11 46:5 47:16 50:17 54:15 62:11 66: 22 68:13,20 69:10 113:19 126:3 170:22 175:6 179:3 181:8 186:5
**concerns** [2] 34:23 66:10
**concluded** [3] 36:17 64:10 100:13
**conditions** [1] 95:13
**conducted** [1] 42:18
**conferred** [1] 100:11
**confusing** [1] 97:23
**confusion** [1] 169:14
**congratulated** [1] 164:23
**congratulations** [2] 185:13,14
**connection** [2] 12:13 136:13
**considered** [1] 28:22
**consisted** [1] 31:17
**contact** [6] 49:25 79:24 80:12 146: 13 173:20,23
**contacted** [1] 47:16
**contend** [1] 162:17
**continually** [1] 6:7
**continued** [1] 190:19
**contract** [10] 160:4,9,16,20,21 176: 14,16,17 183:10 185:5
**conversation** [46] 27:9 28:17 31: 14 42:8,21,22 43:15,18 45:14 49:11 50:9,18,22 62:12 69:9 77:12 80:24 81:8 83:3,9 85:2,25 86:5 94:16 99: 10 100:23 102:20 108:4 111:23 112:8 113:16 114:15 115:8 116:9 149:7 164:24 165:2,3,6,13,17 156: 16,18 182:17 184:17 186:25
**conversations** [28] 12:18 27:15 33:5,20,21 45:25 83:12,14,18 85:6 113:18 116:13 124:7,10 125:8,12, 13,14 135:7 149:11,20 170:22,25 184:21,25 185:21,24 186:23
**convicted** [1] 189:17
**copies** [2] 174:2 175:20
**copy** [19] 18:23 19:5 20:4 22:18,24 37:24 38:17,18 44:6 57:19 79:17 117:23,25 118:2 130:22 136:6 148: 24 172:10 174:17
**cornell** [1] 8:9
**correct** [44] 15:11 17:24 21:4,11,12 23:13 27:2 36:3 37:10 39:14,16 41: 20 45:9 56:23 61:13 63:18 65:15 67:20 77:23 89:25 90:9 112:17 117: 15 122:20,21 131:6 132:15,22 133: 17 134:10 138:8 140:4,6 145:10 146:7 163:18,23 154:10,11 159:3 161:10 176:11,19 189:15

**correctly** [1] 97:14
**correspondence** [7] 135:9 146:9, 12 148:24 175:23,25 182:17
**costello** [26] 2:4,4,6 19:9 21:24 22: 20 23:8 47:4 71:16 105:20 129:2, 19 130:23 131:14 139:7 149:2,16 150:18 154:12 166:2 169:21 170:3 174:19 177:13,25 183:2
**couldn't** [1] 79:20
**counsel** [2] 3:6 130:9
**counselor** [1] 166:3
**counted** [1] 45:3
**county** [11] 7:19,25 8:13,18 125:4 136:2,14 150:15 179:8 188:9 194:4
**couple** [1] 189:12
**coupled** [1] 41:7
**course** [112] 8:25 22:17 23:21 26: 23 27:13 28:23 30:4,7,11 31:22 32: 33:2,9,25 34:22 39:21 40:4 41:5,9,11 42:12,19 43:24 49: 18 51:16,25 63:4,24 54:20 58:16,17 59:5 61:7 63:7 70:2,16,20,25 71:4, 14,22 72:2,20,22 73:7 76:15,15 77: 4,7,15 79:13,16,23 81:14,22 82:11 83:20 84:12 86:11 88:8 92:12,21 93:21 99:2,5,8 102:9 103:10,19,22 104:8 106:2 107:20 108:7,11,16,22 109:3 111:25 113:19 114:19 117: 10 118:20,23 119:3,11,13 122:16 126:7 128:14,15 134:10,21,22 137: 17 138:22 141:17 143:9 154:7 157: 19 158:3,5,6,7,8 159:2 163:21 182: 2,3
**courses** [32] 14:14 16:13,24 17:2, 24 21:3 34:24 36:9,11 51:22 52:4, 16 55:19 56:14 58:5 63:21 66:11, 13,21 67:17 69:22 70:5,24 147:5 151:24 157:17 164:8,12 167:14 191:2,4,5
**court** [16] 1:2 3:21 4:25 100:9 102: 9 125:5,17 136:2,14 160:15 155:5 159:23 173:13 175:4 186:17 188: 25
**coutinho** [1] 183:6
**cramatta** [1] 186:20
**created** [1] 181:12
**credit** [2] 95:19 96:14
**credits** [2] 16:15,18
**crime** [1] 189:17
**cryo** [1] 17:8
**cullen** [3] 1:15 2:8 4:18
**currently** [3] 5:16,18 136:24
**curriculum** [9] 15:24 16:9,21 36:6 64:2 69:24 164:9,12 167:8

## D

**damages** [3] 176:8 180:8 181:8
**dasrath** [205] 1:13 4:10,14 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14: 1 15:1 16:1 17:1 18:1 19:1 20:1 21: 1 22:1 23:1 24:1 25:1 26:1 27:1 28: 1 29:1 30:1 31:1 32:1 33:1 34:1 35: 1 36:1 37:1 38:1 39:1 40:1 41:1 42: 1 43:1 44:1 45:1 46:1 47:1 48:1 49: 1,25 50:1 51:1 52:1 53:1 54:1 55:1

56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1,20 86:1 87:1 88:1 89:1, 24 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1,12 101:1 102:1 103:1 104:1 105:1 106:1 107: 1 108:1 109:1 110:1 111:1 112:1 113:1,7 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1,19 122:1, 2 123:1,4 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133: 1 134:1 135:1,25 136:1 137:1 138: 1 139:1 140:1,22 141:1 142:1 143: 1 144:1 145:1,24 146:1,4 147:1 148:1 149:1 150:1,14 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158: 1 159:1,22 160:1 161:1 162:1 163: 1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174: 1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185: 1 186:1 187:1 188:1 189:1 190:1 191:1 192:4
**dasrath's** [2] 130:16 150:16
**date** [43] 1:9 13:13,19 14:23 15:5 20:6 38:24,25 48:4 57:16 58:6,7,10 71:10 78:13 87:24 99:18 113:2 116: 3,10 118:8 121:15 124:2 126:8 128: 5 129:14 133:10,12 135:22 140:17 144:15 145:21 150:10 155:23,24 156:2 158:20,21 159:17 172:6
**dated** [18] 13:23 20:11 38:11 48:7,8 57:21 88:7 89:24 113:7 116:15 118: 13 121:17 124:4 130:3,5 131:12,15 144:18
**day** [7] 44:18,19 76:11 165:8 173:6 191:13 194:18
**days** [2] 118:14 169:6
**dean** [5] 24:3 50:3,5,7 167:9
**deans** [4] 28:6 49:25 51:3 81:3
**dear** [1] 49:24
**death** [1] 14:18
**december** [7] 34:11 35:8 61:19 62: 25 68:6 69:4 153:20
**decide** [1] 126:10
**declined** [1] 187:3
**defendant** [4] 1:14 118:12 138:11 151:8
**defendant's** [32] 13:17,22 20:5,9 38:9 48:2,5 57:14,18 66:6 87:22 88: 5 99:17 112:24 113:4 115:25 118:6 123:24 129:13,18,23 139:6 140:20 139:3 140:15,18 144:13,17 145:19 150:9 159:16 172:5
**defendants'** [2] 116:15 121:13
**defer** [1] 111:24
**definitely** [1] 38:15
**degree** [11] 7:8 9:4,7,24 10:3,12 162:5 178:23 181:11,11,16
**degrees** [1] 9:8
**delay** [2] 14:23 15:5
**delayed** [2] 14:19,20
**demand** [1] 154:21

**denied** [2] 121:25 122:5
**deny** [1] 122:22
**department** [4] 26:2 28:19,25 37: 15
**deposed** [2] 4:21 188:21
**deposition** [3] 3:9,18 169:17
**desalu** [14] 29:16,18,23 31:5,15 32: 10 33:21 56:20,21,25 59:4 60:15,16 62:12
**desalu's** [1] 62:6
**described** [1] 69:23
**deserve** [2] 161:20 162:10
**despite** [4] 143:16 152:5 158:2 169: 9
**details** [3] 45:23 113:12 184:20
**development** [1] 17:8
**deviations** [1] 100:21
**devry** [3] 98:17 186:8,13
**devryu.net** [2] 78:6 114:12
**differ** [1] 170:3
**difference** [1] 132:9
**different** [8] 21:23 73:16,19,22 89: 5,16 132:7 168:4
**difficult** [1] 98:13
**direct** [2] 141:7 165:11
**directed** [1] 47:2
**disappointed** [2] 61:5 180:12
**disappointment** [1] 180:8
**discriminate** [2] 170:9,11
**discrimination** [1] 172:12
**discuss** [5] 33:15,19 39:7 50:14 53:18 94:14,18 101:5 121:5,8 156: 6,25 169:18 170:3 187:7
**discussed** [23] 10:24 11:12 21:3 28:17 31:14 33:6,17 42:2 43:15 48: 20 56:18 114:6 155:10,12,17 162:2 182:18 183:5 184:9 186:8 187:23, 25 188:2
**discusses** [1] 124:5
**discussing** [5] 50:10 51:2 54:10 58:17 89:21 115:13 167:3
**discussion** [2] 23:19 25:8 54:4 110:19 169:14 189:9
**discussions** [3] 62:5 112:7 169:23
**dismissed** [1] 190:4
**dismissing** [1] 159:23
**distress** [1] 178:24
**district** [1] 1:2
**dkyman** [1] 1:15
**doctor** [4] 11:21 54:4 179:2 187:18
**doctor-patient** [1] 34:19
**doctors** [3] 33:6 75:13 183:18
**doctrine** [1] 17:12
**document** [13] 13:15,17 14:3,6 20: 13,15 57:12 58:12 87:20 88:10 118: 4 121:11 131:21 136:5 139:2 140: 23 144:10 160:12 170:19 176:7 182:7
**documentation** [3] 177:9,17 178: 20
**documents** [13] 12:5,12 47:24 48: 15 129:10 130:15 131:10 139:8 161:7 175:12,14,20 182:24
**doing** [5] 51:14 75:13 90:17 124:13 175:8

dominica [24] 16:16,17 18:14 19:11 26:7 67:19 69:14 85:22 86:17, 18,21 87:9 113:10 120:5,15,24 153:19 157:17 167:25 168:4,6,9 170:13 177:3

done [3] 103:12 159:4 180:15

door [5] 50:19,20,23 120:15,24

dormitory [1] 176:25

double [1] 10:11

down [2] 58:13 79:12

dropped [1] 13:4

drugs [1] 189:20

due [1] 68:22

duly [2] 4:3 194:10

dunbar [1] 183:17

dunn [1] 184:9

during [3] 8:17 16:23 34:13 35:23 47:9 51:21,22 52:5 53:18 54:9 64:7 66:20 69:8 75:10,24 81:7 82:11 84:18 100:23 102:19 103:19,22 104:6 108:4 111:23 112:8,11 125:25 134:7 143:18 155:17

dykman [2] 2:8 4:19

### E

e-college [5] 88:24,25 89:7,15,18

e-mail [36] 27:17 47:21 48:20,23 49:3,7,10,23 51:7 53:7,16,19 55:25 85:9,12,14 86:4,10 87:22 88:6,19,22 89:9,20,23 90:5 97:19 112:16,24 113:6,9,14,17,22,24 185:17

e-mailed [2] 90:21 116:4

e-mails [6] 47:22 48:2,7 86:7 149:11 182:13

each [8] 44:24 47:22 73:16,18 101:14,15,16 131:9

earlier [1] 21:3 89:2 99:12 103:6 108:12 142:19 155:10 158:3 162:9 163:5 183:15

early [5] 19:24 24:14 64:23 80:21 84:2

earned [2] 100:12,25

earning [1] 178:7

ecfmg [16] 134:2 135:7 145:25 146:4,10,18 147:13,18,23 148:20,25 149:8 152:19 173:21 174:22 182:18

education [3] 9:17 46:18 47:9

educational [2] 169:2,5

effect [3] 3:20 83:7 173:4

effective [1] 163:16

effectively [2] 145:3,4

effectuate [1] 63:3

eight [3] 138:25 157:4 160:17

eighteen [2] 167:6,19

either [7] 24:13 27:17 28:15 111:23 125:9 151:23 174:22

electronically [1] 56:4

eleven [1] 177:12

eligibility [1] 147:21

eligible [8] 152:16,21 157:24 164:7,10 165:11 173:2 174:14

employed [5] 5:18,20 7:17,18 8:18

employment [3] 6:8 10:19 188:15

end [22] 18:8 19:23 27:8 28:16 31:

13 32:22 34:10 40:25 42:2,7 44:17 80:6 83:8 84:25 96:13,15,22 104:10 106:2 126:25 127:15 128:4

ended [4] 35:7 51:17 64:18 127:13

enduring [1] 170:15

enrique [4] 70:11 132:13 164:25 171:4

enroll [1] 138:11

enrolled [27] 15:10,24 134:9,14,19 142:24 143:4 145:13 146:19 147:3, 5,6,10,14 148:13 151:9,17,23 152:4, 6,11,13,20,24 153:4,6,7

entail [2] 16:6,9

entails [1] 16:10

entirety [1] 150:19

entitled [3] 99:25 136:3 163:23

entry [4] 118:22 119:2,7,9

epi [2] 110:16,24

epi-dermanolog [1] 91:5

epi/biostatic [1] 90:25

epi/biostatics [1] 91:3

erratic [2] 98:4,9

esq [2] 2:6,10

esqs [3] 1:15 2:4,8

essay [18] 72:9,14,15 92:19,25 93:6, 8,10,18,20,23 94:10,15 95:15 101:3, 20,21 102:13

essays [2] 172:16

essentially [1] 100:20

even [5] 43:9 142:11 157:5 165:16, 18

eventually [2] 80:16 85:24

everything [4] 79:15 153:15 155:16 165:5

exact [3] 71:10 83:2 128:5

exactly [7] 26:3 32:16 38:23 58:9 68:16 82:23 103:16

exam [88] 21:20 22:6 30:17,21,22, 24 31:18 40:7,9,13,21,22 41:18 51:8 52:15 55:8 59:12,19,20,23 60:15 63:11 65:17 67:23 73:14,18,24 74:11 75:21 76:5,7 92:4,6,14,16,25 101:2,2,9,11,13,14,15,18,22,25 102:3,8,13 104:18 105:23 107:21 110:17 122:22 128:8 133:3 134:24 135:6 136:17,25 138:12 139:19,24 142:11,12,14,23 143:2,4 145:9,13,14 146:15,21,22 147:3,9,9,21,22 151:10 157:9,10,25 161:3 164:16 173:18 185:15

examination [11] 1:12 4:6 29:5,7, 14,17 31:4 127:21 173:12 192:3

examinations [1] 29:24

examined [1] 4:5

examining [1] 133:24

exams [42] 17:23 18:3 29:9 30:2,6, 12,13 31:21 32:2,3,6 41:8 45:9 51: 20 59:16 60:17 61:6 66:23 67:25 68:3 71:25 72:4,6,7,12,15,17 73:10, 13,16 74:9,18 75:23 81:16,19 92:7, 9,9,22,23 104:9 174:10

exan [1] 142:20

except [6] 3:13 38:23,25 60:22 97:14 110:23

exchange [1] 49:10

exchanges [4] 48:21,23 49:3,7

excuse [1] 94:6

exempt [1] 110:15

exhibit [60] 13:15,18,21,22 20:5,10 38:10 48:7,8 49:23 51:6,7 57:15,18 66:6 87:23 88:5 99:15,17,25 112:20,22,25 113:4 115:23 116:2,10,15 118:4,7,12 121:14,17 123:22,25 124:3 129:24 130:2,4 131:3,22 135:18,21,24 140:16,18 144:14,18 145:17,20,23 160:9,13 151:19 152:5 154:13 159:16 161:7 172:2,5

exhibits [9] 48:3,6,11,12,13 51:4 129:13,23 193:2

exist [1] 91:18

exists [1] 97:3

expected [1] 55:10

expelled [1] 189:23

expenses [1] 177:7

experience [1] 119:22

explain [12] 19:13 21:7 57:23 98:12 122:5 148:16 151:11 162:11 174:12 180:7,10,18

explained [2] 45:21 81:15

explaining [1] 53:7

explanation [2] 19:15 148:12

extent [2] 105:18 149:2,4 160:6 174:19

extra [1] 96:14

### F

face [2] 25:14,15

face-to-face [1] 84:5

fact [1] 169:9

factual [1] 169:16

faculty [2] 46:15,16

fail [5] 53:14 81:19 99:5 107:8,10,22 126:14 157:6 168:10

failed [19] 22:16 32:19 51:5 93:9 94:10 99:2,8 101:2,18 106:12,14 109:12 126:14 138:22 154:9 168:2 168:8 169:9 190:10

failing [44] 33:22 77:3,6,10,15 79:22 81:13 90:9,10,12,15,18 91:12,22 92:11 93:16 94:7 95:16 98:17,18, 23 100:12 104:18 106:19 108:10,17 114:11,12,15 126:16 135:13,14 137:12,16,23 147:25 164:17 168:14,6,7 168:12 181:25 184:3 190:6

fails [1] 109:19

fair [3] 47:4 93:13 128:13

fall [4] 11:25 33:3 34:2,13

false [2] 96:23 97:4

family [4] 14:18 74:3 168:25 180:8

far [6] 22:2 40:10 53:24 81:18 83:16 95:6

fare [1] 177:2

fashion [1] 161:18

feeling [1] 178:25

fees [2] 176:25 177:19

felt [1] 61:25

fernandez [43] 70:12 79:25 80:13, 17,25 81:5 84:3 88:7,22 89:20,24 90:5,12,21 94:15 97:19 99:11 100: 10,16,19 101:6 102:20 108:5 109:

23,24 111:22 112:4,8,12,14 113:11, 17 114:10 115:7 123:2 132:13 154: 21 158:19 159:5 165:2 171:4,9 187: 3

fernandez' [4] 77:17 84:24 186:21 187:12

ferpa [1] 169:3

ferri [1] 114:2

few [2] 75:4 85:23

fifteen [2] 16:18 183:5

fifth [9] 65:21,23 66:21 67:4,18 68: 25 74:5,17 100:13

file [6] 33:7,12 46:4 62:9 130:16,22

filed [6] 46:10 125:4,9 136:13,16,19

filing [4] 3:7 33:13 46:8 125:17

filled [2] 13:4 133:7

final [48] 18:9,16 30:8,17,19,21,22, 24 31:17 40:7,9 45:4 52:25 54:21 59:17,23 64:15,21 67:23,25 68:2,2 73:14,15 76:5,7,14 90:13 92:19,25 93:5,8,10,18,20,23 94:14 95:16 101: 2,13,14,15,18,25 103:23 104:2 107: 19 119:14

finally [1] 14:16

finals [1] 111:3

find [5] 32:13 56:11 59:3 71:11 137: 7

fine [2] 12:17 170:5

finish [2] 5:3 176:2

finished [6] 67:16 134:14 153:15, 19,21 168:18 175:4,10

first [61] 4:3 16:16,25 18:4 20:17 33: 9 35:20,24 38:14 48:17 49:23 56:6 62:23 67:7 69:23 77:3,5,16,22 78: 15 82:15 84:17 85:11,25 86:4 87:4, 6,11,12 91:12 93:19,22 96:10 100:6, 10 102:23 106:6,9,12,16,21,25 107: 13 113:9 115:2 126:13,15 131:12 132:11 133:7,14 134:13 141:11 145:2,12 146:11 157:16 161:6 167: 3,3 176:19

five [20] 45:7 72:6,11 73:13,21 74: 13 75:23 81:15 82:2,3 92:22 93:2 104:12,22 105:5,12 114:24 150:25 160:17 163:19

flaws [1] 153:11

focus [1] 160:8

follow [7] 21:22 29:22 31:8 38:6 177:16 182:25 183:2

follow-up [4] 23:7 113:11 149:17 189:12

followed [1] 24:25

following [7] 23:9 108:17 109:3 124:5 143:10 168:16 190:19

follows [2] 4:5 168:25

force [1] 3:20

forgot [1] 189:14

forgotten [1] 54:7

form [5] 3:14 12:10 159:6,6 165:3

formal [1] 46:4

forth [2] 176:8 194:10

forty-five [1] 169:6

forwarded [2] 12:13 159:8

found [12] 47:13,15 56:6 78:20 90:5,12,21 94:15 97:19 99:11 100: 10,16,19 101:6 102:20 108:5 109:

four [16] 6:4 7:6 16:22 42:5 51:24

52:17 54:11 63:17,22,25 64:4,22
75:9 96:12 163:16 166:6
**fourteen** [4] 141:8 165:14 166:5,12
**fourth** [1] 65:22
**fraudulent** [1] 184:3
**friday** [1] 113:7,25
**friends** [4] 78:22,23 79:5 86:24
**front** [1] 97:6
**full-time** [1] 178:17
**fully** [1] 157:24
**further** [1] 3:12,17 9:16 45:14,24
83:11 85:5 124:23 127:3 165:22
171:11 191:8 194:13

## G

**garbage** [2] 180:21 181:7
**gary** [2] 194:6,21
**gather** [1] 40:23
**gathered** [1] 183:3
**gathering** [1] 40:24
**gave** [4] 43:5 62:2 159:6 168:12
**general** [3] 32:18 35:23 179:11
**generally** [3] 24:21 162:2 163:12
**genetic** [2] 21:15 31:17
**genetics** [21] 17:7 18:9,17,21 21:9,
10 22:16 23:21 25:23 26:2 27:13
28:23 30:4 33:9 34:21 35:5,18 64:5
108:12,18 126:14
**gentleman** [3] 26:25 27:3,4
**george** [2] 121:9,18
**gestures** [1] 11:7
**gets** [1] 161:14
**getting** [1] 79:7
**gilmer** [6] 121:9,18 122:14 123:9,
17 124:5,22 125:10
**give** [15] 18:15 21:18 27:12 55:7 78:
9 94:25 95:2,14,24 97:16 98:9 115:
12 138:20 165:2,3
**given** [12] 30:7 32:7 44:9 55:6 70:
16 76:2 97:5,7 103:18 158:19,23
194:12
**gives** [1] 162:4
**giving** [7] 61:25 96:20,22,24 98:5,6
162:25
**goal** [1] 11:18
**got** [2] 93:11 112:16
**gotten** [1] 167:3
**grade** [163] 18:9,12,17,18,20 19:14
21:7,9,11,15 22:2 23:12 25:23 26:
12,22 27:16 28:11 29:21,24 30:24
31:2,5,17,21 32:5 33:8,22 35:18,19
37:3,5,6,8,16,18 39:4,7,13 42:11 43:
4,10,24 44:8 45:4,13,25 46:6 47:2,
17 50:17 51:2 52:20 53:3,13,23 54:
5,11,15,19,21 55:3,5,10 56:7 57:3,5
58:19 59:10 60:3 61:15 62:11,16,
24 64:7,22 65:5 66:17,19,23 67:24
68:20 73:6 74:17 76:15,17 77:4,6,
11,15,19,23 78:16,21 79:13,14,22
81:10 82:19 83:5 89:8,11,13,19 90:
9,11,13,13,15,18,25 91:2,13,23 92:
3,12 93:20 94:7,15 95:16 96:10 97:
24 98:3,7,14,17,18,23 100:12 102:
17 103:23 107:19 108:10 110:12
114:12,15,21 117:10,24,25 119:10,

13,14,25 122:15 135:13,15 136:22
137:12,16,23 138:4,7,9,20,20 147:
25,25 154:17 158:5,7 165:8 168:12
181:25
**graded** [8] 29:11 39:23 73:4 75:19
81:22,24,25 108:3
**grades** [48] 18:3 20:17,20 21:23 22:
11,14 23:15 29:25 34:24 36:24 45:
8,10,15 49:12 52:21 55:18,23,25 56:
13 58:5 63:21 65:2,14,16 66:11 69:
11 71:15 78:12,18,24 88:8,23 90:11
91:9,9,10 98:5,6,9 104:7 114:11
120:9,18,20 163:2,3 184:3 190:7
**grading** [3] 56:22 60:21 163:20
**graduate** [3] 7:14 8:24,25
**graduated** [1] 9:13
**graduation** [1] 7:16
**great** [1] 23:4
**grievance** [4] 33:7,11,14,15 46:5
62:10
**grill** [3] 28:3,4,5
**gross** [20] 36:13,21 37:3,9,15 39:4,
21 40:4,13 41:9 42:11,19 43:3 47:
16 49:12 50:17 51:16 53:23 54:5,
10
**ground** [2] 4:24 177:4
**group** [2] 40:24 110:23
**guess** [3] 10:9 21:6 104:6
**guidelines** [1] 168:25
**guiterrez** [1] 183:14
**gutterrez** [1] 70:12
**guttery** [1] 70:13
**guy** [1] 90:16
**guyana** [1] 6:12

## H

**h-o-u-g-h-t-o-n** [1] 24:7
**hand** [3] 11:7 104:9 194:18
**handbook** [20] 117:6,18,22,24 118:
2 140:10,13,15,20 143:9 157:8,21
160:24 163:8,15,17 166:8,9 168:20
170:8
**handbooks** [1] 132:18
**handled** [1] 186:15
**handouts** [1] 182:20
**happen** [2] 78:19 173:8
**happened** [9] 32:10 63:4,5 71:2 85:
23 92:2 112:11 172:20 187:17
**happy** [1] 97:16
**hard** [3] 57:19 162:25 164:5
**havonic** [1] 184:5
**head** [2] 28:18 37:14
**hear** [4] 16:7 85:19 116:5 117:10
**heard** [4] 85:15,21 87:17 175:22
**heart** [2] 73:25 74:2
**held** [2] 1:14 189:10
**help** [2] 171:22,24
**helpful** [2] 5:4 11:8
**helps** [1] 66:6
**hereby** [3] 3:5,9 194:7
**herein** [1] 194:10
**hereto** [1] 3:7
**hereunto** [1] 194:17
**high** [2] 105:7 107:12
**histology** [3] 17:7,11 34:18

**hold** [3] 175:9 176:3,5
**holding** [2] 138:3,5
**home** [4] 22:22 68:2 69:3,9
**hospital** [15] 7:19,25 8:9,14,16,18,
19 10:15,20 70:18 74:23 75:3,10
188:10,20
**hospitals** [1] 112:5
**houghton** [7] 24:4 26:24 27:21 50:
2,4 51:3 52:19
**houghton's** [1] 25:6
**housed** [1] 15:20
**housing** [3] 15:21,22 176:25
**human** [1] 71:24
**hundred** [16] 40:16 41:3 43:6,9,22
44:3,11,16 45:3 49:16 55:4,7 59:11
60:4,9,25

## I

**idea** [2] 79:6 166:11
**identification** [19] 13:18 20:6 48:3
57:15 87:23 99:18 112:25 116:2
118:7 121:14 123:25 129:14 135:
21 140:16 144:14 145:20 150:10
159:17 172:6
**identified** [1] 160:18
**identify** [1] 160:21
**immediately** [7] 80:9,16 108:16
109:14 126:16 145:4 147:23
**immunology** [2] 52:8 66:9
**inactive** [1] 152:9
**inc** [1] 186:13
**includes** [1] 169:4
**incomplete** [14] 59:2,6 61:12,16,
22 62:7 63:10 66:24 67:8,11 68:10,
20 71:3,6
**incorporate** [1] 43:5
**incorporated** [1] 75:22
**incorporating** [1] 49:16
**incorrect** [2] 52:20 133:15
**incurred** [2] 170:13,14
**indication** [2] 181:23,25
**individual** [3] 44:25 146:20,22
**individuals** [1] 181:7
**influence** [1] 189:19,21
**inform** [3] 145:3 147:23,24
**information** [10] 94:25 96:23 97:4
115:7 124:18,21 125:20 147:18
150:3 175:6
**informed** [5] 100:19 122:14 137:2,
4 145:15
**informing** [1] 124:12
**inspect** [1] 169:4
**instead** [1] 66:18
**instruct** [1] 106:15
**integration** [1] 164:15
**intense** [2] 180:3,4
**intention** [2] 162:7 172:22
**interested** [1] 11:16
**internal** [3] 120:6,17 179:16
**internet** [1] 102:15
**interrogatories** [5] 172:2,4,14
176:6 193:4
**interrogatory** [4] 171:21 172:17
182:10 183:5
**introduced** [1] 129:22

**introduction** [4] 66:8,14 69:20
164:14
**invested** [1] 123:6
**invited** [3] 153:24 164:22,23
**involved** [2] 12:8 169:20 188:5
**island** [8] 8:23 9:5,11,17 67:16
**issue** [3] 35:17 59:9 96:5,7 120:5
137:12,16 188:15
**issued** [10] 18:9,16,18 66:11,18 67:
24 119:15 151:13 161:3 184:3
**issues** [12] 18:2,6 35:19,22 36:23
37:2 54:14 63:20 64:6 66:22 171:
12 179:25
**item** [21] 14 172:11
**items** [6] 90:22 101:5 162:23 163:4
171:15 176:10
**itself** [1] 63:5

## J

**january** [7] 35:16 36:2,12,16 57:21
69:2,4,14 70:9
**jennifer** [2] 2:10 4:17
**jersey** [5] 159:8 167:10,13,13,20
**job** [1] 93:13
**john's** [3] 6:24 7:5 10:13
**joseph** [1] 2:6
**judge** [2] 169:10,15
**judy** [6] 85:17,18,19 185:25
**july** [12] 20:11 38:11,14,16,19 48:8
51:7 135:3,6 136:10 143:23 146:6
**jumping** [1] 38:9
**june** [10] 48:7 124:4,24 139:12,16
144:18,23 148:8 151:14,18

## K

**keep** [2] 171:8 187:19
**kelly** [3] 146:2 148:20 184:18
**kept** [1] 29:12
**kevin** [1] 179:6
**kick** [1] 62:21
**kind** [1] 170:25
**kings** [6] 7:18,24 8:13,18 188:9 194:
4
**knock** [1] 50:20
**knowing** [1] 46:23
**knowledge** [21] 22:4 29:24 33:10
49:9 60:22 63:10 74:25 79:5 89:15
91:18 102:18 106:16,18 107:12
108:2 110:21 121:2 123:19 133:16
139:20 187:16
**knowledgeable** [1] 187:14
**knows** [2] 184:11,13

## L

**lab** [2] 59:19,20
**language** [1] 151:20
**large** [1] 110:23
**last** [19] 7:22 16:21 17:14 44:17,19
63:23 65:25 76:11 87:4,7,11,13,14
96:12 115:2 127:6 141:4,9 170:7
**late** [12] 9:12,22 24:13 36:19 37:22,
22,25 64:23 78:2 80:21 84:2 171:6
**later** [2] 108:23 170:4
**laugh** [2] 25:14,15
**laughter** [1] 25:19
**lawsuit** [17] 14:20 5:7 125:4,9 136:

13,16,20 **161:**9 **179:**21 **180:**2,4 **185:**21 **187:**15,23,25 **188:**6,22
**lawyer** [3] **5:**11 **148:**18 **188:**3
**lawyers** [2] **186:**15,16
**lead** [1] **50:**19
**learn** [7] **37:**7,12 **77:**10,14 **102:**11, 16,19
**learned** [5] **67:**7 **77:**3,6 **102:**24 **103:**24
**learning** [7] **40:**20 **41:**4,18 **42:**18 **44:**21 **49:**17 **60:**23
**least** [1] **100:**16
**leave** [5] **8:**13 **50:**20,21 **67:**19 **141:**21
**leaving** [1] **10:**19
**lecture** [5] **91:**8 **96:**16,18 **97:**10,20
**led** [1] **94:**8
**left** [5] **21:**25 **67:**22 **80:**9 **178:**16 **191:**3
**letter** [64] **13:**8 **14:**11 **21:**10 **27:**17 **37:**5,8 **42:**15 **46:**4 **52:**22 **62:**10 **115:**25 **116:**21,23 **117:**3 **118:**14,17 **121:**13,17,23 **122:**10 **123:**17,24 **124:**3,6, 16,23 **125:**4 **142:**8,22 **143:**16,24,25 **144:**13,18,20 **145:**8,19,24 **146:**3,24 **147:**20 **148:**8,19,21 **151:**13,18 **152:**5,12 **153:**10 **160:**25 **161:**5,10,13,25 **162:**4,18 **165:**10,12 **173:**24,25 **174:**8,18 **185:**7,13
**letterhead** [2] **13:**24 **20:**11
**letters** [7] **125:**20 **149:**10 **164:**2 **174:**3,22,25 **182:**7
**level** [1] **7:**23
**license** [1] **191:**6
**line** [5] **100:**10 **113:**9 **115:**2 **145:**2 **193:**7
**list** [4] **21:**2 **90:**11 **107:**6 **176:**10
**listed** [1] **121:**2
**listen** [3] **23:**23 **25:**9,10 **27:**24 **33:**11
**listing** [1] **90:**16
**little** [1] **31:**11
**live** [2] **6:**17 **82:**17
**living** [2] **177:**7 **178:**7
**located** [2] **26:**6 **179:**7
**location** [2] **70:**17,19
**log** [1] **91:**23
**logged** [3] **89:**2,14 **90:**19 **98:**16 **102:**16
**logical** [1] **158:**5
**long** [6] **6:**2 **7:**24 **8:**23 **9:**5,11,17 **17:**19 **24:**19 **162:**12
**long-standing** [1] **94:**13
**longer** [4] **152:**15 **165:**10 **173:**2 **174:**14
**look** [37] **13:**21 **20:**9 **23:**2 **48:**11 **55:**22 **57:**17 **74:**8 **81:**9 **82:**18 **84:**12,15 **85:**2 **86:**12,16 **87:**25 **94:**21 **95:**8 **99:**21,22 **105:**6,8 **113:**3 **116:**17,19 **118:**10 **121:**20 **128:**7 **129:**17 **131:**2,3 **136:**4 **143:**8 **144:**16 **145:**22 **149:**13 **163:**14 **186:**10
**looked** [2] **26:**14 **161:**7
**looking** [2] **11:**19 **172:**14
**looks** [4] **71:**24 **103:**3 **129:**24 **130:**5
**loss** [1] **178:**21

**lost** [3] **178:**4,6,23
**lot** [5] **68:**17 **91:**16,20 **180:**4 **181:**12
**lots** [1] **91:**19
**low** [1] **101:**3
**lower** [1] **37:**5
**lunch** [1] **144:**4
**luncheon** [1] **144:**5

## M

**m.d** [3] **161:**22 **162:**20 **181:**11
**made** [6] **46:**9 **52:**23 **81:**11 **122:**13 **141:**23 **169:**17
**mail** [1] **120:**25
**mailbox** [1] **13:**5
**mailed** [5] **37:**19 **38:**13,15 **57:**4 **65:**3
**maintain** [3] **22:**24 **79:**17 **191:**5
**maintained** [2] **6:**7 **130:**22
**makeup** [1] **61:**25
**managed** [1] **77:**16
**manipulated** [1] **155:**4
**many** [7] **7:**4 **16:**15,19 **30:**6,12,13 **40:**3,5 **71:**23 **72:**4 **95:**4
**march** [13] **128:**6,21 **130:**5 **131:**12, 15,16,17,19 **132:**12,21 **134:**8 **158:**14,24
**mark** [18] **13:**14 **19:**25 **47:**24 **57:**11 **87:**19 **112:**21 **115:**3 **118:**14 **121:**10 **123:**22 **129:**9 **135:**18 **140:**12 **144:**10 **145:**16 **150:**5 **159:**13 **171:**25
**marked** [42] **13:**17,22 **20:**4,9 **29:**10 **48:**2,5,12 **49:**23 **51:**7 **57:**14,18 **59:**5 **63:**10 **66:**5 **87:**22 **93:**12,25 **99:**17, 25 **112:**24 **115:**25 **116:**15 **118:**6 **121:**13,16 **123:**24 **124:**3 **129:**12,17 **135:**20,23 **140:**15,18 **144:**13,17 **145:**19,23 **150:**8,12 **159:**15 **172:**4
**marker** [1] **194:**6
**marking** [2] **59:**5 **68:**11
**marriage** [1] **194:**15
**martin** [7] **37:**14 **39:**9,10 **41:**24 **42:**9 **43:**4,13,23 **44:**15 **49:**15 **185:**8
**marvin** [1] **142:**15
**masters** [3] **10:**5,9,11
**match** [1] **105:**9
**material** [1] **127:**18
**matter** [6] **102:**25 **107:**24 **125:**5,17 **186:**18 **194:**16
**mclaughlin** [56] **2:**10 **4:**7,18 **13:**14 **19:**2,25 **22:**3,22 **23:**5 **38:**5 **47:**23 **57:**11 **76:**19,23 **87:**19 **88:**4 **99:**14 **105:**10 **112:**21 **115:**22 **118:**3 **121:**10 **123:**21 **127:**8 **129:**3,9 **130:**13,25 **135:**17 **139:**9 **140:**12 **144:**3,8 **145:**16 **148:**23 **149:**4,14,18 **150:**5,20 **154:**15 **159:**12 **166:**4 **169:**11,24 **170:**5 **171:**25 **174:**16 **175:**19 **177:**15 **178:**19 **182:**6 **189:**7,11 **191:**7 **192:**4
**md** [1] **178:**23
**mean** [12] **21:**16 **57:**24 **58:**25 **77:**8 **111:**14 **119:**18 **137:**20 **162:**11 **167:**5 **178:**22 **183:**24 **189:**4
**meaning** [1] **124:**8
**means** [5] **88:**12,16,17 **111:**15 **180:**

**19**
**meant** [4] **47:**9 **88:**15 **123:**13 **172:**9
**medical** [22] **5:**21 **8:**9 **11:**21 **15:**25 **17:**6,6,11 **20:**18 **30:**5 **60:**18 **73:**24 **127:**21 **146:**18,19 **148:**14 **151:**9 **152:**4 **162:**14 **179:**19,23,24 **182:**13
**medicine** [15] **10:**22 **15:**16 **16:**11 **50:**8 **66:**8,15 **67:**11 **69:**21 **140:**19 **145:**5 **160:**24 **164:**14,15 **166:**7 **179:**16
**meeting** [5] **32:**9 **44:**18,20,21 **62:**6
**meisenberg** [8] **28:**21 **29:**2,14,19, 21 **31:**4,9 **32:**10
**member** [2] **46:**15,16
**members** [1] **180:**9
**memo** [9] **99:**17,21,23 **102:**24 **103:**4 **169:**25
**memorandum** [2] **100:**2 **155:**9
**memory** [1] **104:**17
**mend** [1] **157:**14
**mental** [3] **17:**8 **178:**24 **181:**12
**mention** [1] **115:**9
**mentioned** [6] **102:**21 **115:**15 **123:**9 **143:**25 **155:**13 **183:**4
**mentioning** [1] **123:**12
**merits** [1] **157:**23
**merola** [2] **194:**6,21
**met** [2] **4:**16 **61:**9
**miami** [5] **62:**22 **69:**15 **70:**17 **78:**9 **80:**2 **95:**23 **153:**22 **155:**23 **156:**8 **157:**19 **170:**14 **177:**3,4 **183:**12,19
**michael** [3] **144:**19 **183:**17 **185:**2
**microbiology** [2] **52:**8 **66:**9
**mid-term** [10] **30:**8,18 **51:**11 **58:**59:**12,15 **60:**5 **61:**2 **63:**11 **101:**2,9, 11 **111:**3
**mid-terms** [1] **55:**4
**middle** [1] **64:**20
**might** [10] **19:**7 **38:**3 **53:**13 **62:**21 **65:**14 **81:**10,12 **82:**19 **84:**2 **94:**9
**mind** [2] **14:**2 **23:**9
**mini** [2] **51:**8 **52:**15
**minus** [4] **95:**15,20 **96:**2,6
**missing** [1] **133:**15
**monday** [1] **89:**9
**monetary** [1] **180:**13
**money** [10] **123:**5,8,11 **126:**22 **161:**17 **162:**7 **176:**24 **178:**6 **188:**12,14
**montague** [2] **1:**16 **2:**9
**morning** [2] **4:**14,15
**most** [2] **5:**4 **183:**6
**motion** [2] **139:**2,8
**move** [2] **15:**17 **179:**10
**ms** [58] **4:**7 **13:**14 **19:**2,25 **22:**3,22 **23:**5 **25:**6 **26:**24 **27:**21 **38:**5 **47:**23 **57:**11 **76:**19,23 **87:**19 **88:**4 **99:**14 **105:**10 **112:**21 **115:**22 **118:**3 **121:**10 **123:**21 **127:**8 **129:**3,9 **130:**13,25 **135:**17 **139:**9 **140:**12 **144:**3,8 **145:**16 **148:**23 **149:**4,14,18 **150:**5,20 **154:**15 **159:**12 **164:**23 **166:**4 **169:**11,24 **170:**5 **171:**25 **174:**16 **175:**19 **177:**15 **178:**19 **182:**6 **189:**7,11 **191:**7 **192:**4
**much** [7] **27:**10 **38:**2 **40:**9 **107:**19

**161:**17 **162:**6 **174:**4
**multiple** [2] **32:**3,6
**must** [6] **9:**12 **51:**13 **110:**22 **111:**2 **147:**22 **151:**23
**myself** [1] **173:**13

## N

**name** [22] **4:**8,17 **26:**4,20,20 **34:**7,9 **57:**20 **60:**12,13 **78:**4 **79:**13,16 **87:**4, 5,6,7,11,11,12,13,15
**names** [3] **70:**15 **87:**2 **179:**5
**nancy** [2] **83:**23 **185:**25
**nassau** [1] **179:**8
**national** [3] **73:**24 **76:**9 **127:**20
**nature** [1] **181:**14
**nbme** [17] **127:**19,20 **128:**14,22 **129:**6 **157:**9,12,20,23 **158:**9,12,17,22 **159:**11 **164:**16,22 **185:**15
**need** [5] **5:**10 **65:**8,10 **177:**17 **178:**19
**needed** [1] **181:**21
**neuro** [2] **36:**13,20
**never** [19] **31:**23 **102:**21 **103:**21 **111:**9,9,11,21 **115:**20 **126:**9 **143:**24,25 **145:**15 **153:**18,20,24,25 **167:**16 **178:**13 **190:**10
**new** [26] **1:**16,17 **4:**4,13 **8:**8,15,18 **10:**15,19 **69:**3 **80:**3,5,10 **133:**18,21 **134:**4 **159:**8 **167:**10,13,13,20 **177:**2, 3 **188:**19 **194:**3,7
**next** [10] **26:**15 **32:**11 **51:**6 **112:**22 **115:**23 **135:**18 **141:**17 **157:**22 **172:**2 **173:**6
**nice** [1] **4:**16
**nine** [4] **141:**16 **143:**5,9 **163:**23
**nobody** [4] **23:**22 **27:**24 **124:**13 **177:**10
**nods** [1] **11:**7
**none** [1] **143:**3
**norm** [1] **100:**21
**northern** [1] **179:**9
**notary** [5] **1:**17 **3:**19 **4:**4 **191:**15 **194:**6
**noted** [1] **191:**9
**notes** [9] **96:**16,17 **97:**9,11 **115:**4,14, 18 **182:**16
**nothing** [2] **25:**20 **66:**25
**notice** [1] **62:**23
**noticed** [1] **68:**10
**notification** [1] **178:**24
**notify** [1] **135:**12
**november** [1] **133:**13
**number** [16] **34:**14 **35:**15 **50:**2 **70:**14 **73:**3 **85:**7 **96:**12 **172:**16 **176:**7, 23 **177:**12,24 **179:**4 **180:**13 **183:**5 **187:**4
**numbers** [2] **21:**22 **177:**9

## O

**objections** [1] **3:**13
**obligation** [1] **161:**16
**obtaining** [4] **161:**22 **162:**19,20 **181:**16
**obviously** [1] **188:**3
**october** [10] **151:**2 **172:**19,20 **173:**8, 10 **174:**5,17,23 **175:**23 **194:**18

**office** [31] 24:11 25:7 30:3 42:25 97:25 98:3,8,15 107:2 116:24 119:20 120:2,24 124:8,8 133:23 135:16 136:22 137:14,18,21 141:24 156:10, 11 159:8 166:25 167:9,13,20 173:11 182:18

**offices** [1] 1:15

**official** [10] 22:14 23:12 24:20,25 65:13 77:6,8 117:11,14 138:9

**officially** [4] 15:7 152:23,25 161:15

**officials** [1] 182:14

**often** [3] 72:25 75:2 187:21

**okay** [9] 11:10 19:9 160:10,13 165:5 168:19 172:10,22 181:4

**old** [1] 53:21

**once** [4] 75:5 76:3 106:4 152:8

**one** [90] 11:5 15:4 17:4,6,7,11 28:5 33:12 40:14,16 41:3 43:6,8 44:3,11, 15 45:3,11 49:16 52:7,7,11 54:18 55:3,4,7,11 56:9,10,14 57:3 58:2,14 59:12 60:4,9,11,25 61:10 62:8 63:18 64:7 70:6,7,11,12,12,20,25 71:3 73:13,16,23,24 74:3,6 76:8 77:17 83:15 87:3 93:3 95:7,24 97:14 105:8 110:12 130:11,17 131:12 132:11 134:13,14 146:6 151:7 154:23 155:3,6 157:7,10,16 161:6 164:24 167:25 168:6 176:19 183:18 184:6 185:12 187:11 188:6

**ones** [2] 49:5 187:22

**only** [21] 11:5 22:24 22:12 34:20 49:6 55:17 63:9 64:25 70:21,25 71:21 72:9 81:5 91:12 95:7 103:22,23 130:9 160:2 168:19

**operate** [1] 123:10

**opinion** [1] 162:3

**opportunity** [2] 122:2,6

**opposition** [2] 150:8,13

**oral** [3] 40:22 42:20,22

**order** [9] 1:14 63:3 128:14,18 139:24 151:22 152:20 157:20 159:23 166:20

**orders** [1] 173:13

**ostracized** [2] 180:16 181:9

**other** [81] 11:5 12:12,22 22:5 23:15 27:23,25 33:5,8,16 34:12,16 35:17, 19,22 41:10,11 45:10,22 47:22 49:3, 4 51:13,20,21,25 54:3 55:19,21 56:13 59:16 61:16 62:11 63:13,15,21 64:6 69:22 70:4,23 78:23 81:3,21, 24 83:11,13 86:19,20,22,24 87:18 104:14 105:14 110:2 113:18 120:25 146:14 150:2 153:13 156:17 162:16,23 164:3,3 170:12 171:15, 16 172:22 174:21 176:14 177:7 181:6,8 182:23 185:20 186:16,16 188:2,6 189:2 190:7

**others** [1] 111:23

**otherwise** [5] 11:6 52:23 56:4 82:16 149:7

**out** [32] 13:4 21:18 32:13 37:4 47:13,15 56:7,11 59:3 62:21 71:11 78:20 91:13,14,23 101:4 102:12 104:5, 13:17 137:7 162:13 185:6

**outcome** [1] 194:16

**over** [6] 4:17 28:8 31:5 134:22 142:19 186:10

**overtime** [1] 188:14

**owed** [2] 188:12,14

**own** [2] 120:6,16

## P

**p.m** [1] 191:9

**package** [3] 131:18 132:2,3

**page** [35] 22:11 113:25 129:25 130:8,10 136:5 141:7,15 143:5,8 150:25 151:7 157:4,21,23 159:21 160:17 163:16,19,23 164:6 165:14 166:4,6, 12 167:6,18 168:13,22,24 170:7,10 190:20 192:3 193:7

**pages** [3] 130:11,17 131:4

**paid** [5] 161:17,19 162:6 177:20 188:13

**paper** [1] 94:25

**papers** [1] 74:8

**paragraph** [9] 115:3 136:23 138:10,25 141:9,14 146:17 151:7 157:4 165:25 181:5 187:21 188:6

**part** [17] 16:11 49:17 72:20,21 75:20 81:13 101:15,16 131:18,22 132:2 154:13 164:24,24 169:12 172:17,18

**particular** [4] 19:15 40:14 45:11 187:14

**parties** [2] 3:7 194:14

**parts** [6] 41:10,11 60:23 81:21 82:2, 4

**pass** [14] 34:2 35:2 36:20 82:8,15 92:16 107:7,10,22,23,23 128:8 158:25 182:3

**pass/fail** [1] 105:2

**passed** [18] 35:4 74:10 101:16 104:22 106:16,21,24 128:17,22 141:11 154:7,19 164:8,11,16,22 182:2 185:14

**passing** [9] 101:15 104:17 114:21,23 128:11 157:9,16,18,20

**password** [1] 78:8

**past** [2] 119:21 178:12

**pathology** [20] 52:7,9,11 54:18 55:10 56:7,9,10,14 57:3 58:2,13 59:11 60:4,11 61:10 63:18 64:7 66:8 71:3

**patient** [1] 17:11

**patients** [1] 82:17

**pay** [8] 8:15 111:19 126:22 154:4,22 161:19 167:15 168:4

**paying** [1] 177:23

**payments** [1] 123:14

**pbl** [1] 44:20

**pe** [2] 110:16,16

**penalize** [1] 53:11

**penalized** [1] 53:9

**penalties** [1] 52:25

**pending** [1] 49:8

**penmanship** [6] 94:5,9,11,18 102:4,6

**people** [13] 11:8 27:24,25 33:16,18 47:2 55:24 87:18 94:12 97:7,15 106:15 107:6

**percent** [20] 40:17 41:4 43:6,9,22 44:3,11,16 45:3,7 49:16 55:4,7 58:12 59:11 60:4,9,25 92:18 93:23 107:15,18,25

**percentage** [5] 31:16 40:2,10 41:2 45:3

**percentage-wise** [1] 73:11

**perez'** [2] 124:8 185:25

**performance** [2] 114:19,21

**period** [2] 125:25 143:19

**permission** [2] 158:19,23

**perri** [17] 83:23,25 84:18,22,23 85:20 112:15 113:7,14,21 116:4 121:18 122:25 124:5 125:16 138:16 186:7

**perri's** [1] 169:25

**person** [10] 26:25 28:7,9 29:16 42:24,25 46:22 47:20 80:18 93:12

**personal** [1] 45:16

**personally** [3] 109:7 123:13 184:16

**pete** [1] 70:12

**pharmacist** [5] 5:25 7:23 8:11 112:5 190:16

**pharmacology** [4] 9:9 10:10 52:7 66:7

**pharmacy** [6] 7:3,11,12 8:24 191:5,5

**phase** [2] 167:7 168:5

**phone** [26] 28:8 42:24 80:14,18,19 81:4 83:15 84:5,6 85:10,11,14,15, 18,21 94:16,19 99:11 100:17,23 112:11 114:3,6 149:7 182:16 188:3

**phony** [6] 90:11 91:17,19 114:12,14, 17

**physical** [3] 105:22 107:21 110:17

**physiology** [2] 36:14,21

**place** [1] 169:22

**placed** [1] 104:3

**places** [1] 120:25

**plaintiff** [2] 1:13 88:7

**plastic** [5] 71:23 72:18,24 75:16,18

**please** [13] 4:8 5:9,11 20:2 81:9 87:20 90:24 129:10 144:11 150:6 182:15,24 183:2

**plus** [9] 18:10,14,17,21 19:21 21:11 23:21 25:23 28:12

**point** [22] 12:4 16:18 16:3 17:22 24:23 39:23,25 47:13 64:14 67:3,6 68:8 90:8 97:24 111:5 125:3,15 132:15 142:2 151:20 153:13 164:21 169:20

**pointed** [1] 170:7

**points** [16] 39:17,20,24 43:5 74:24 96:14,21,22 97:2,8,17,20,21,22 103:14 104:15

**policies** [3] 120:17,20 121:2

**policy** [5] 22:2 120:22,23 146:18 147:13

**poor** [3] 94:5,9,11

**portion** [10] 16:9,20 22:5 31:25 41:18 43:6 44:4,11,16 71:22 72:15 74:20 91:6 93:20 101:4,20,21 102:8,13

**position** [2] 5:23 6:3

**possible** [4] 101:4 102:12 120:10, 21

**post** [2] 55:23 120:17

**posted** [17] 55:18,25 79:10 88:9,23 102:15 119:13,16,18 120:10,14,20, 23 122:15,19,19 138:23

**poster** [1] 13:3

**posting** [1] 114:11

**postings** [3] 120:4,7,11

**practical** [3] 71:22 72:21,24

**practicing** [1] 162:15

**practitioner** [1] 179:11

**pre-register** [4] 111:14,15,17,18

**pre-registered** [3] 111:10,11 153:25

**pre-registration** [2] 127:18 154:3, 4

**precedes** [1] 158:12

**prepared** [1] 29:10

**prerequisite** [8] 157:10,12,15,18, 19 158:9,10,16

**presented** [1] 197:13

**presumably** [2] 51:18 65:18

**presume** [4] 16:23 17:22 64:12 123:3

**presumed** [1] 11:15

**pretty** [2] 38:2 174:4

**prevent** [1] 139:18

**prevented** [1] 167:7

**previously** [1] 115:3

**print** [1] 79:20

**printout** [1] 79:20

**prior** [17] 44:10 49:10 50:10 65:6,9, 12 66:23 77:19 78:12 91:23 100:4 136:16 146:10,13 172:24 188:17,19

**privacy** [1] 169:2

**privy** [1] 169:15

**probably** [5] 5:4 24:18 27:11 32:15 161:4

**probation** [1] 10:25

**probblem** [1] 41:4

**problem** [18] 11:8 29:20 40:19 41:18 42:18 44:21 46:25 49:17 50:14 60:23 86:11,21 94:13 117:20 163:2

**problems** [4] 179:19,20,23,25

**procedure** [3] 31:9 32:18 163:20

**procedures** [2] 29:22 126:12

**proceed** [2] 117:20 162:4

**proceeded** [1] 29:5

**proceeding** [1] 181:11

**process** [3] 141:23 162:25 166:19

**produce** [3] 182:15,19,24

**produced** [8] 130:10,14,21 175:21 177:8 182:8,11,14

**production** [2] 130:11 182:12

**profession** [1] 178:21

**professor** [14] 26:17,22,27 20 34:4, 5,6 40:25 42:17 60:10,14,20 70:6, 10 183:11

**professors** [4] 70:8,14 181:5 184:7

**program** [4] 15:25 69:18,19 123:6

**progress** [2] 103:24 122:16

**progressed** [1] 7:22

**proof** [4] 81:24,25 82:3 114:22

**properly** [3] 37:4,9,13

**provide** [5] 105:20 124:15 148:12 175:11 177:13

provided [7] 24:18 77:20 124:19
134:5 161:12 175:5,15
provision [5] 163:10 164:18 165:
15 167:23 170:7
provisions [2] 161:24 168:20
psychological [1] 181:13
psychologically [1] 163:25
public [5] 1:17 3:19 4:4 191:15 194:
6
purportedly [1] 171:17
purposes [2] 53:2 170:2
pursuant [1] 1:14
put [5] 10:24 23:5 38:5 105:10 175:
9

## Q

queens [5] 4:12 125:4 136:2,14
150:15
question [12] 3:14 5:3,9,13 16:7 93:
11 127:7,11 141:5 154:16 160:7
172:15
questioning [2] 90:14 91:20
questions [6] 6:6 97:13,16 160:8
189:12 191:8
quiet [4] 53:9,20 62:14 68:18
quotation [1] 169:3
quote [1] 165:11

## R

rather [1] 172:23
re-application [2] 166:20,24
re-register [1] 126:9
re-registering [1] 126:7
reach [1] 85:13
read [6] 48:13 57:19 127:11 150:17,
21,23
reader [1] 195:14
reading [1] 166:3
real [1] 158:20
really [1] 96:7
reapply [5] 138:17,18,19 142:2,5
reardon [1] 185:11
reason [5] 10:18,25 63:9,15 94:10
reasonable [1] 94:6
reasons [2] 63:13 167:25
recall [131] 8:2 12:15,16,21 13:10,
11,13 14:5,8 15:2,6,23 16:6,17 17:2,
14 18:6 20:24 25:3 27:18 30:11,13,
20,23 31:12,19 32:16 33:22,24 35:
21,25 36:16 38:20 39:22 40:11,12,
14 41:7,11 45:8,10,11,22 46:3,23
48:14 49:2,4 52:4 54:8 55:25 56:5
57:8,9 58:9 59:13 64:9,17,25 67:15
68:15,15,21 69:12 70:15 71:10 72:
4,6,14,16 73:3,5,8,12,21 74:6 76:11
77:25 78:5 79:15 80:20 83:2,13 87:
7 92:8 93:7 94:8 95:12 96:3 101:7,
10,24 102:2,7,10,22 103:12,15,16
105:22 108:8 113:13,20 114:5 115:
13 116:12 120:19 125:11,18 126:2,
5 128:5 131:8 136:9,19 137:6,8
147:19 148:22 149:19 150:4 151:4
155:18 156:17,23 157:3 171:13,14
184:24 187:2 188:23
recalls [1] 139:10
receive [31] 7:7 9:4,24 19:20 20:20,

23 22:13 24:21 25:4 37:18 55:10,
13,18 64:21 74:10 76:14 78:24 96:
2 98:20 104:15 115:17,19 117:23
124:18 125:21 127:17 128:10 135:
14 136:21 158:4 174:21
received [7] 13:8 14:12 17:23 19:
8 21:23 22:4,15 37:21,25 38:22 39:
3 41:3 44:3,10,15 56:13 58:5,7,10,
22 59:22 61:3,12 64:14 65:13 67:3
68:8 71:13 74:13 76:25 98:19 101:
8 102:12 103:21,23 104:2 105:13,
14 115:20 117:11,25 118:17 121:4
125:22,23 129:6 145:9 147:17 154:
17 158:6 185:13,17 190:6
receives [1] 169:7
receiving [10] 53:15 65:2,6,9 66:23
101:10 113:13 122:9 161:17 181:
19
recently [1] 179:9
recess [2] 76:21 144:5
recollection [3] 12:2 64:19 114:7
recommendation [1] 132:12
record [7] 4:9,25 19:4 23:6 38:6
76:20,24 100:2 105:11 129:21 130:
14,19 144:9 169:12,19 177:16 189:
8,10 194:11
records [7] 49:6 105:11,19 159:7
165:4 169:5 178:2
recovery [1] 176:11
redid [1] 107:3
reduce [1] 53:13
refer [3] 21:6 177:12
reference [1] 22:12
referred [17] 17:5 26:25 112:15 127:
10 141:4
referring [20] 48:24 91:4,15 95:21,
22 103:6,8,17 120:8,12 122:17 141:
14,15 143:6,13 151:21 154:13 166:
12 170:20 186:9
refers [3] 38:12 52:19 114:3
reflect [2] 98:23 114:18
reflected [8] 23:16 41:19,22 43:9
106:19 118:20
reflecting [3] 18:20 19:21 149:10
refused [2] 43:5 55:6
regard [1] 155:21
regarding [5] 52:20 86:8 88:8 121:
19 183:9
regardless [1] 86:18
register [6] 126:10,11,18,21 153:12
167:20
registered [8] 111:20 136:25 141:
17 151:15,24,24,25 167:8
registrar [2] 116:24 181:24
registrar's [3] 97:25 98:3,8,15
119:19 120:2,14,24 135:16 136:22
137:13,18,21
registration [5] 111:20,21 126:12
167:12,14
regret [1] 145:3
regular [3] 52:2 66:19 161:18
regularly [1] 20:20
regulation [3] 120:8 140:7 152:19
regulations [2] 120:6 132:18 140:
21 141:3 160:25 163:17

rejected [2] 133:8,9
relate [1] 188:11
related [5] 21:19 73:18 179:21,25
194:13
relates [1] 180:11
release [12] 124:15,19 142:9 149:
21,23 161:22 165:9,20 172:18,23
173:5 181:17
released [3] 117:15 165:8 173:6
releasing [1] 146:5
relied [1] 182:20
relocation [1] 177:6
rely [2] 182:6,9
remain [2] 141:16 151:23
remainder [2] 130:19 141:19
remained [1] 53:24
remaining [1] 5:6
remediate [1] 92:11
remediated [1] 92:3
remember [31] 12:9 26:4,5,19,20
27:10 34:7,9 37:20 40:3,5 56:22 59:
14 60:13 64:4 66:25 71:15 87:14
92:3 93:16 95:6 101:21 103:9,13
105:7 112:3 163:10 171:19 175:18
184:20,22
reminder [1] 86:10
removed [1] 19:18
rendin [1] 185:2
rendon [1] 144:19
repeat [13] 5:9 32:12,14,16,19,25
64:5 108:6,9,11,15 127:6,8
replied [1] 86:14
report [3] 23:17 52:25 120:18 146:5
156:21
reported [1] 70:9
reporter [21] 4:25 13:19 20:7 48:4
57:16 87:24 99:19 113:2 116:3 118:
8 121:15 124:2 127:12 129:15 135:
22 140:17 144:15 145:21 150:11
159:18 172:7
reporting [2] 69:16 156:23
represent [1] 4:19
representing [1] 177:21
request [31] 14:22,25 16:5 19:4 23:
6 38:6,18 65:5,8,10,11,12 89:9,10,
12 105:11 115:6,11 117:3 123:14
141:12,21 148:24 149:15 166:13,21
169:6,7 175:20 177:15 182:12
requested [9] 19:3 115:3 123:5
124:16 177:10
requesting [1] 122:9
requests [2] 122:11 149:17
require [1] 166:15
required [9] 16:12,16 61:6 108:11,
15,20 128:14 147:14 166:20
requirement [2] 145:12 151:16
requirements [3] 61:9 119:12 182:
5
requires [2] 119:24 146:18
reserved [1] 3:14
reside [1] 4:11
resolving [1] 169:25
respect [1] 163:18
respected [1] 163:19
respective [1] 3:7

respond [5] 82:20,20 84:14 138:12
156:20
responded [1] 82:21
responding [3] 123:2,2 148:20
response [9] 26:13 28:13 49:20 61:
4 80:15,17 118:17 156:19 182:10
responses [2] 172:15 182:21
rest [2] 109:9,10
restarted [1] 178:11
results [1] 51:8
retake [19] 33:25 62:3 106:15,22
107:3,7 108:20 109:17 110:5 111:6
126:15 140:8 141:13,22 142:5 165:
18,23 166:14 181:21
retaking [1] 107:5
retook [2] 92:14 107:9
return [18] 68:22 122:2,6,11,23 123:
5,7,14 153:13,16,21,22,24,25 154:2,
24 168:15,17
returned [4] 19:10 69:13 153:18,20
reviere [6] 42:15,16,23 44:5 45:12
review [3] 31:21 57:23 169:4
reviewed [4] 14:4 88:10 124:7 140:
22
reviewing [1] 14:2
revised [3] 93:19
reyes [2] 169:10,15
rid [1] 53:22
rights [1] 169:2
rock [1] 45:18
ronnie [1] 183:6
rosemarie [1] 185:11
ross [65] 4:19 8:7 10:21 11:15,19,
22 12:5,13,18,23,24,25 13:24 14:12,
14 16:11,15 20:10,18 21:25 24:21
27:16 29:6 32:19 35:23 46:19 47:7,
10 50:7 51:15 69:10 77:20 83:19
84:18 111:16 113:19 116:24 118:
15 119:25 120:5,16,19 122:8,22
125:25 135:25 139:24 140:19 142:
15,19,22 144:19 145:5,14 150:14
151:17 153:2 154:3 157:8 160:19,
23,25 161:2,9 165:15,19 166:6 167:
22,24 168:21 169:8 170:23 171:17
178:5,10,13 180:17,23 181:24 182:
1,8,13 182:18 188:18 190:7 191:3
rotate [1] 146:21
rotation [3] 122:3,7,12
rule [1] 11:5
rules [3] 4:24 140:20 163:17
runs [2] 17:20 64:3
rusm [2] 151:23 152:10

## S

salary [1] 178:12
same [14] 3:9,19 5:2 23:16 34:5,6
46:22 58:17 70:24 86:9 87:18 113:
25 159:21 175:15
sat [5] 135:5 142:10 143:22 145:9
147:8
satisfactory [1] 110:13
saturday [1] 90:6
saw [5] 13:2 39:4 48:17 58:21 79:
10,16,16,18,22 93:23 98:17 100:7
102:24

saying [16] 11:7 42:4 47:12 85:22 87:18 102:22 120:13 131:9 152:13 153:5 167:22 169:22 172:23,24,25 174:14

says [44] 21:11 22:10 58:11,19 83:4 86:18 88:13,22 90:24 91:12 92:18 94:21 95:8,14 97:12 100:10 107:2 113:10 115:3 123:4 136:24,24 137:9 138:10,25 140:7 141:9,16,20 143:10 145:2 146:17 147:20 151:8 152:8,15 157:5 163:16 166:12 167:7 169:25 170:10 176:2 177:6

scan [3] 72:9,10,11

scheduled [3] 143:12 158:21 163:24

school [44] 8:23 10:22 14:19,23 15:15,25 20:18 30:5 46:5 50:8 56:23 60:18 62:10 106:24 121:25 123:12 124:20,23 125:8,15 132:18 134:19 137:2 138:11,14 139:4,6 140:19 142:8 145:5 146:19,20 148:14 152:5,20,24 153:4,7 160:23 161:15 162:14 166:7 178:17 189:24

school's [3] 70:17,19 106:18

schooling [1] 176:21

schools [4] 10:23 11:1,12 123:19 190:7

science [2] 10:7,9 16:2,5,8,20 36:6,13,21 52:13 63:25 66:2 67:17 69:23 143:10 157:17 164:9,12,16 168:5

sciences [1] 167:9

score [43] 30:24 40:15,16,18,19 41:2,17 44:7 45:13 61:16 62:7 63:11 83:19 101:3,12 103:21 106:9,11 107:11,13,16 128:11 129:6 142:9 146:5 149:21,24 157:24 161:23 162:13,20 165:13,20 167:3,4,5,6 172:18,23 173:5 176:3 181:18,19

scored [9] 20:17 43:22 49:17 55:3,7 60:4,9 105:3 107:12

scores [5] 21:17 22:7 30:25 31:6,21 40:13 41:8,13,15,17 60:14,17 103:13,16,19 104:7,10,20,25 105:4,9,12,14,19 118:20

scoring [1] 59:11

sealing [1] 13:8

second [18] 24:15 25:13 38:16 48:8 63:23 94:21 95:8 107:16 131:21 132:25 133:3,6 134:14 136:5 141:12 146:17 157:18 160:15

secretary [2] 85:17 185:25

see [25] 19:21 53:15 57:5 58:10 79:9 88:11 89:19 90:12,18,25 104:5 115:10,16 117:10,19,21 119:10 120:4 124:11 144:23 145:6 146:23 148:19 179:17,22

seeing [5] 14:5,8 44:15 48:14 55:25

seeking [2] 176:11 180:7

seemed [1] 31:11

seems [5] 29:20 100:18 114:11 162:7 169:13

seen [6] 20:12 88:18 100:3 140:25 144:20 165:13 169:8 179:2,4

---

seena [4] 131:24 165:9 172:25 174:13

seena's [1] 165:12

segment [4] 16:9 36:6 42:18 143:10

segments [1] 16:20

semester [64] 16:16,25 17:17,19 18:4,8 19:23 20:17 21:4 24:15 33:9 34:10,13,14 35:7,14 36:3,15 38:12 51:18,24,25 52:3,16 63:17,22,23,25 64:3,4,8,10,18,22,22 65:21,23,23,25 66:4,22 67:4,19 68:23,24,25 70:20 75:24 100:13 103:19,22 108:16 109:13 122:4,7,13,24 126:15,25 127:13,16 128:5 163:2 168:16

semesters [4] 16:19 35:11,20,24

sena [1] 131:17

send [5] 89:12 111:17 125:19 126:22 154:5

senior [2] 27:23 8:11

sense [1] 100:14

sent [5] 13:4 24:23 47:21 86:9 123:17 126:24 127:3 133:19,22 142:8 155:4 172:25 174:13 175:17 181:24 185:6

sentence [1] 141:20

sentences [1] 121:24

separate [3] 75:15,23 93:2

september [1] 9 24:14 33:3 64:24 65:19 111:25

series [1] 5:5

serve [1] 53:2

session [1] 144:7

sessions [1] 110:23

set [4] 4:24 176:8 194:10,17

settled [1] 188:13

settlement [3] 169:14,23

seven [5] 129:25,25 130:8,8,10

seventeen [3] 141:18 163:24 164:4

seventeen-week [2] 143:12,18

several [7] 70:8 73:2 118:14 119:6,8,14 170:12

shall [2] 3:9,14

she's [1] 87:9

sheets [2] 29:11 30:2

short [2] 35:12 76:21

shortly [4] 65:17 128:12,21 144:25

show [11] 66:5 91:19 112:19 121:16 135:23 139:2 150:12 167:24 168:3,6,9

showed [4] 25:12,13 44:8 171:22

showing [5] 44:10 45:12 88:4 99:24 116:14

shown [1] 23:12

shows [4] 88:22 163:20

sign [2] 77:16 91:19

signature [1] 116:20 131:9 136:6,7,8 151:2

signed [7] 3:19,20 131:15,16,22,23 151:5

signing [2] 136:9 151:4

similar [1] 170:4

simply [1] 167:15

since [8] 6:8 66:5 119:7 149:8 165:

---

13 175:23 177:23 191:3

sit [5] 96:21 128:15,18 132:14 142:25

site [20] 77:19,23 78:5,20 79:7,9,18,19 88:25 89:14 90:19 91:17,24 98:17 102:16 104:3 114:13 122:19 138:8,24

sites [1] 177:17

sitting [4] 100:4 136:17 139:19 146:14

six [4] 130:12,17 138:10 163:20

sixth [6] 68:23,23 122:3,7,12,24

sixty [3] 21:15 22:5 58:12

skp [1] 6:10

small [2] 40:24 110:23

soap [9] 96:15,17,20,20 97:12 103:5 115:4,14,20

society [2] 17:12 34:19

solely [2] 32:6 176:13

somebody [4] 32:15 85:15 107:2 148:20

somehow [1] 79:19

someone [4] 56:15,16 109:19 145:25

sometime [7] 8:3,4 9:22 13:12 64:23 68:4 171:6

sometimes [5] 30:10 93:8 94:24 95:23 102:5

somewhere [2] 15:21 38:3

soon [3] 84:3 120:10,20

sorry [9] 17:23 24:10 29:4 38:9 51:21 56:10,19 63:24 68:7 80:6 109:5 114:2 127:15 155:6

sort [3] 22:7 39:25 62:9

sought [1] 176:8

sounds [1] 21:24

speaking [4] 4:25 29:19 84:3 123:20

special [2] 158:19,23

specialist [2] 179:12,13

specific [3] 92:8 154:13 155:23

specifically [13] 13:11 27:12 30:14 73:8 144:19 145:25 151:14 163:11 166:8 168:14 175:16 186:9,24

spell [1] 24:5

spelled [1] 24:6

spend [1] 17:4

spent [2] 112:4 176:24

spoke [16] 25:25 27:16,19 32:15 37:14 47:20 50:3 81:5 84:18 86:19 100:16 123:16 124:22 125:15 171:16 183:14

spoken [2] 184:15 187:9

sponsor [3] 165:15,25 166:16

sponsored [9] 139:23 140:4 141:12,22 142:11,13,15 166:13,17

sponsors [1] 165:22

sponsorship [5] 137:3,5 138:2 142:20,23 144:2

spring [5] 11:25 12:3 13:12 128:2,3

st [5] 6:24 7:5 10:12

staff [4] 180:25 181:2,3 185:12

stand [2] 104:16 189:5

standards [1] 100:20

stands [1] 97:6

---

start [10] 14:23 15:5,7 16:24 35:14 36:2 126:8 131:8 161:5 168:6

started [6] 6:5 17:16 29:19 51:17 65:18 71:7

starting [8] 14:15,19 17:17 36:15 89:9 110:2,5 111:24

starts [2] 82:8,11

state [9] 11:7 4:4,8 49:24 130:13 142:22 172:18 194:3,7

stated [7] 27:12 109:22 132:17 157:20 165:17 167:24 180:6

statement [11] 93:15 95:18 108:25 128:13 129:20 151:12 167:11 167:19 169:16 172:25 174:14

states [13] 1:2 6:13,17 67:20 121:24 151:14 152:19 164:6 166:8,8 168:14,23,24

stating [4] 22:16 165:10 174:9 185:13

status [1] 126:4

stay [5] 53:9,20 62:14 68:18 97:8

staying [1] 96:15

step [20] 82:9,16 129:2,3,4,7 131:5 132:4 134:24 136:25 137:24 139:19,24 142:6 146:6 147:7 148:13 157:7,10,13,25 159:2,11 161:3 164:7,11 165:5,7 185:15

still [10] 7:17 36:5 80:3 86:10 112:13 113:10 136:21 160:3 170:15 176:3

stimulating [1] 85:21

stipulated [3] 3:5,12,17

stonybrook [2] 5:21 190:13

stopping [1] 122:16

strange [1] 98:5

street [3] 1:16 2:9 4:12

stress [3] 180:3,4 181:13

strike [1] 169:12

student [6] 6:20 15:20,22 44:25 46:11,12,14,17,24 47:5,10 53:21 95:15 117:4,6,19 140:10 146:19 148:14 151:9,15,16,22 152:8,14 161:14

student's [3] 52:21 157:8 169:15

students [24] 44:22,24 45:19 86:19,20,22 140:20 141:10,16 143:3 164:4,7,10 165:15,17 166:7,13 167:7,19 168:14 180:24 184:4

students' [1] 120:9

studied [2] 6:21 161:20

studies [2] 47:7 170:13

study [1] 6:23

studying [1] 6:25

stuff [1] 82:17

subjective [1] 95:13

submit [2] 12:5 119:25

submitted [1] 132:11

submitting [1] 13:6

subsequent [1] 124:7

substively [2] 186:5 187:5

subway [1] 177:5

succeed [1] 50:3

successful [1] 51:2

successfully [1] 164:13

sudden [1] 63:4

suffered [1] 162:12

**suffering** [1] 179:24
**suggest** [1] 160:19
**summer** [11] 51:21,22 52:5 54:12 64:11 109:2,4,6,8,8,20
**supplied** [1] 19:6
**supplies** [1] 177:2
**supply** [1] 178:3
**support** [1] 136:4
**supporting** [2] 177:9 178:20
**supports** [1] 177:17
**supposed** [5] 33:19 39:19 55:5 168:9 173:5
**supreme** [8] 100:9 102:25 125:5, 17 136:2,14 150:15 155:5
**suspect** [2] 13:12 91:10
**suspended** [2] 11:3 190:2
**suspicious** [1] 104:4
**sworn** [3] 3:20 4:3 194:10
**system** [2] 39:24,25

**T**

**table** [1] 40:24
**talked** [6] 27:21 78:22 89:2 99:12 163:5 187:12
**talks** [2] 51:7 58:13
**taught** [1] 183:19
**teaching** [1] 5:25
**telephone** [2] 100:11 101:6
**tells** [1] 86:20
**ten** [7] 75:7 96:14,22,25 97:8 172: 16,17
**test** [11] 22:7 71:20,21 73:17 106:19, 25 137:10,13,16 138:2 149:8
**testified** [2] 4:5 188:24
**testify** [2] 189:4,21
**testimony** [2] 194:9,12
**tests** [6] 40:2,3,6,22 93:4 104:7
**theorhetical** [1] 16:10
**theory** [2] 16:13 36:8
**thereafter** [2] 128:22 144:25
**therefore** [1] 130:10
**third** [2] 36:3 157:19
**thirteen** [2] 164:6 176:7
**thirty** [1] 157:21
**thomas** [1] 184:5
**though** [4] 104:6 142:11 165:16,18
**three** [8] 35:15 56:14 64:3 75:8 110: 9 121:23 151:7 157:4
**throughout** [1] 46:22
**title** [5] 6:24 7:20,22
**today** [8] 14:6 22:21 48:15 100:4,11 142:3 188:3 189:20
**tony** [4] 170:22,24 171:11 187:9
**took** [34] 16:24 17:3,23,23 18:14 19: 16 21:4 30:5 34:18 40:4 61:6 63:18 66:7 74:9 75:23 81:15 86:24 97:11 99:22 101:16 106:10 116:19 127: 23 129:5 134:24 147:9 148:12 149: 8 151:9 153:3 158:13 165:7 169:22 191:4
**top** [1] 160:18
**touch** [1] 187:19
**toward** [1] 45:4
**toxicology** [2] 9:9 10:10
**transcript** [73] 12:11 18:19,24 19:5,

19,21 20:4,16,19,24 21:2 22:14,16, 19,25 23:12 24:17,20,20,24,25 25:5, 12,13 26:14,15 29:11 30:2 37:19,21, 25 38:11 39:3 55:13,17,20 57:4,14, 22 58:4,6,22 64:15 65:3,6,9,13 67:4 68:8 71:13 77:2,9 98:19,20,22 117: 4,9,12,14 118:6,13,16,19 119:20 120:2,18 121:5 122:10,20 125:22 137:22 182:10 194:11
**transition** [1] 148:5
**transportation** [1] 177:4
**traumatized** [2] 163:25 164:2
**treated** [5] 161:21 162:10,17 180: 20 181:6
**tremendous** [1] 153:10
**trial** [2] 1:12 3:15
**tried** [9] 23:22 24:2 27:23 28:2 49: 25 51:5 85:7,11 91:18
**tron** [1] 72:11
**trons** [2] 72:9,10
**troy** [1] 184:12
**true** [2] 157:11 194:11
**try** [5] 23:24 45:17 49:21 80:12 85:9
**trying** [2] 26:19 53:8
**tuition** [5] 112:9 123:14 156:6 161: 20 176:25
**turn** [1] 167:11
**turned** [1] 37:4 165:9,19
**twelve-week** [1] 143:11
**twenty-five** [3] 168:23,24 170:8
**twenty-three** [1] 168:13
**twice** [1] 166:22
**two** [36] 9:8 24:22 30:15,16 34:14, 20 35:13,20,24 47:24 48:2,6,11,13 51:8 52:15 66:7,9,9 69:7 73:25 100: 20 103:4 112:5 119:16 120:3 129: 10,12 132:6,10 134:7 161:2
**typically** [1] 30:6

**U**

**u.s** [1] 168:25
**ultimately** [1] 181:12
**unaware** [1] 169:21
**unconscionable** [1] 92:19
**under** [4] 28:24 95:13 143:9 189:19
**undergraduate** [2] 7:8 10:12
**underneath** [1] 22:10
**understand** [7] 5:8,14 53:6 57:24 60:6 98:11 160:11
**understanding** [3] 118:25 167:18 181:20
**unfair** [1] 161:23
**united** [4] 1:2 6:13,16 67:20
**university** [59] 4:19 6:7,21 6:24 7: 5 8:7,23 9:5,11,17,19,21 10:13,21 11:16,19 13:24 15:11,15 20:10,18 29:6 33:7 35:23 50:7 69:10 84:19 116:25 119:25 122:8 135:25 139: 25 140:19 142:16,25 145:14 147:4, 6,10,14 150:14 153:2 160:23,25 161:9,16,16 166:7,25 168:23,24 169:6 171:17 180:17 182:13,21 188:18 190:8 191:3
**university's** [1] 141:24
**unofficial** [2] 22:11 23:16 24:17,19,

24 38:10 138:24
**unofficially** [2] 77:11,13
**until** [12] 10:16 98:14,21 103:22 104:10 110:12 148:2 167:2 173:12 175:3,9 181:23
**up** [26] 21:21 23:9 24:25 38:6 55:16 74:8 79:6 88:21 91:20 93:8 95:23 96:13 97:9,12 105:8 124:6 128:7 155:19 167:25 168:3,6,7,9 177:16 182:25 183:3
**upcoming** [3] 122:3,7,24
**upgraded** [1] 90:25
**upward** [1] 52:21
**useful** [1] 50:18
**usmal** [2] 82:9,16
**usmle** [70] 128:15,19,25 129:2,4,7, 12,24 130:2 131:5,19 132:4,14,22 133:23 134:24 136:17,25 137:24 138:12 139:19,24 141:11,13,22 142: 5,9,25 143:23 144:2 145:9,13 146:5, 18 147:7,13 148:13 152:6,11 157:7, 13,24 159:2,10 161:3 162:13 164:7, 11,24 165:5,7,10,12,16,18,20,23 166:14 167:5,6 172:21 173:10,16, 21 174:10,22 182:4,5,18 185:15

**V**

**vacation** [6] 109:2,4,6,8,15,20
**various** [1] 133:6
**verify** [1] 133:10
**versus** [2] 135:25 150:14
**via** [1] 77:23
**viable** [1] 160:3
**view** [1] 78:12
**village** [1] 4:13
**visit** [1] 75:12
**visitation** [3] 74:23 75:3,11
**visiting** [1] 70:14
**vivian** [1] 70:13
**voice** [2] 85:16,21

**W**

**wages** [1] 178:4
**wait** [4] 97:24 98:2,7 175:3
**waiting** [7] 112:13 113:10 119:7,8 138:19 162:13 176:2
**waived** [1] 3:10
**walk** [1] 75:13
**walking** [2] 29:5 97:15
**wall** [2] 55:22 56:2
**wanted** [7] 115:15 117:9,19 119:10 133:10 155:22 160:11
**wants** [1] 111:16
**warned** [2] 62:13 68:17
**warranted** [1] 114:22
**watch** [2] 75:12 189:3
**way** [14] 33:13 52:24 65:17,19 56:3 58:13 64:25 98:4,5,9 115:18 161: 21 162:10 194:15
**ways** [1] 162:16
**web** [18] 77:17,19,23 78:4 79:7,8,18, 19 88:25 89:14 90:19 91:17,24 98: 17 104:3 114:13 122:19 138:8
**week** [8] 24:22 35:13 69:5,6,7 163: 24 164:4 168:6
**weeks** [10] 24:22 35:13 110:9 115:4

119:6,9,14,17 120:3 141:18
**whatever** [4] 111:15 173:15 175:20 180:6
**whereof** [1] 194:17
**whereupon** [23] 13:16 20:3 47:25 57:13 76:21 87:21 89:16 112:23 115:24 118:5 121:12 123:23 127: 10 129:11 135:19 140:14 144:5,12 145:18 150:7 159:14 172:3 189:9
**whether** [2] 22:6 90:15
**white** [4] 50:2,5,16 51:3
**whole** [1] 180:23
**will** [43] 5:4 13:14 17:10 23:2,5,6 38: 5 49:21 52:22,25 53:2 57:22 66:5 84:15 85:2,19 86:16 89:8 91:19 93: 9 98:14 100:3 105:20 113:11 120:9, 20 129:9 130:20,25 137:3,5,9,15,23 140:5 146:15,18 160:12 177:13,16 178:2,19 182:25
**william** [2] 145:25 184:14
**wish** [2] 138:10,14
**withdraw** [4] 137:3,5 142:19,23
**withdrawal** [7] 139:15,17 142:22 143:17 148:8 164:2 185:7
**withdrawing** [2] 137:25 168:2
**withdrawn** [11] 11:11 139:3,5,11, 12 140:8 141:10,21 143:22 145:4 152:9,17 153:9 165:11,16,19 168: 15 173:2 174:15
**withdrew** [1] 144:2
**withheld** [1] 55:5
**within** [3] 3:8,18 24:22 119:16 120: 3 168:6 169:5 194:7,11
**without** [1] 163:24
**witness** [6] 4:3 88:5 99:24 189:4 192:3 194:17
**witness(es** [2] 194:9,12
**word** [1] 42:5
**words** [1] 55:21
**work** [7] 63:7 72:17 126:20 153:21 168:18 178:11 186:11
**worked** [2] 10:15 72:24
**working** [6] 6:19 75:15,18 178:7 190:13,14
**works** [2] 25:2 30:5
**worth** [2] 40:10 74:24
**write** [9] 89:20 95:2,23 97:9 102:5 148:11,15,17 174:6
**write-up** [7] 94:22,23 95:9,11 103:5 110:12 115:4
**write-ups** [7] 95:4 103:4,10,12,14 104:8,14
**writing** [8] 14:25 23:7 38:7 97:18 101:21 102:2 149:17 183:3
**written** [9] 27:14 31:25 32:3 42:21 72:7 101:23,24 102:8 124:11
**wrongfully** [1] 139:3
**wrongly** [2] 121:25 151:8
**wrote** [4] 97:12 103:12 118:14 174: 8

**Y**

**year** [3] 8:5 9:23 104:6
**years** [7] 4:17 6:4 7:4,6 9:10,20 112: 5

**york** [21] **1:**16,17 **4:**4,13 **8:**8,15,19 **9:** 18,20,25 **10:**15,19 **69:**3 **80:**4,5,10 **177:**2,3 **188:**19 **194:**3,7