**EXHIBIT "M"**

1 COPY

1

2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3   ------------------------------------------------X
     ANAND DASRATH,
4
                                         PLAINTIFF,
5
          -against-              CASE NO. CV-07-2433
6
     ROSS UNIVERSITY SCHOOL OF MEDICINE,
7
                                         DEFENDANT.
8   ------------------------------------------------X

9                    DATE: October 15, 2010

10                   TIME: 9:45 a.m.

11

12        EXAMINATION BEFORE TRIAL of the

13   Defendant, ROSS UNIVERSITY SCHOOL OF

14   MEDICINE, by NANCY PERRI, taken by the

15   Plaintiff, pursuant to an Order, held at the

16   offices of Cullen & Dkyman, Esqs., 44 Wall

17   Street, New York, New York, before a Notary

18   Public of the State of New York.

19

20

21

22

23

24

25

2

1

2          A P P E A R A N C E S:

3

4                COSTELLO & COSTELLO, ESQS.
                        Attorneys for Plaintiff
5                       5919 20th Avenue
                        Brooklyn, New York 11204
6          BY:      JOSEPH R. COSTELLO, ESQ.

7

8                CULLEN & DYKMAN, ESQS.
                        Attorneys for the Defendant
9                       100 Quentin Roosevelt Boulevard
                        Garden City, New York 11530
10         BY:      JUSTIN CAPUANO, ESQ.
                        File No. 11001-11

11

12                      *          *          *

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2         F E D E R A L   S T I P U L A T I O N S

3

4

5              IT IS HEREBY STIPULATED AND

6    AGREED by and between the counsel for the

7    respective parties hereto, that the filing,

8    sealing, and certification of the within

9    deposition shall be and the same are hereby

10   waived;

11

12             IT IS FURTHER STIPULATED AND

13   AGREED that all objections, except as to the

14   form of the question, shall be reserved to

15   the times of the trial.

16

17             IT IS FURTHER STIPULATED AND

18   AGREED that the within deposition may be

19   signed before any Notary Public with the same

20   force and effect as if signed and sworn to

21   before this court.

22

23

24                  *       *       *       *

25

SHEET 4  PAGE 4

4

1

2      N A N C Y    P E R R I, called as a witness,

3      having been first duly sworn by a Notary

4      Public of the State of New York, was examined

5      and testified as follows:

6      EXAMINATION BY

7      MR. COSTELLO:

8          Q.      Please state your name for the

9      record.

10         A.      Nancy Perri.

11         Q.      What is your business address?

12         A.      630 Highway 1, North Brunswick,

13     New Jersey 08902.

14         Q.      Good morning, Dr. Perri.  How

15     are you today?

16         A.      Good, thank you.

17         Q.      My name is Joseph Costello.   I

18     represent the plaintiff Anand Dasrath in this

19     case against Ross University today.

20              I'm going to be asking you a

21     series of questions about that lawsuit.

22              As you can see we have the

23     court reporter here today so we ask that your

24     responses be verbal.

25              If you do not understand any

5

| | |
|---|---|
| 1 | A. DASRATH |
| 2 | question, please tell me and I will rephrase |
| 3 | it. |
| 4 | If you do not hear the |
| 5 | question, please tell me, I'll have the court |
| 6 | reporter read it back to you. |
| 7 | A.    Okay. |
| 8 | Q.    I also ask that you wait until |
| 9 | I finish the question before you respond |
| 10 | because the court reporter is not able to |
| 11 | take down the two of us talking at the same |
| 12 | time. |
| 13 | So far do you understand these |
| 14 | instructions? |
| 15 | A.    Yes. |
| 16 | Q.    If you don't tell me you don't |
| 17 | understand the question, I will assume you |
| 18 | did understand it. |
| 19 | A.    Okay. |
| 20 | Q.    So I will continue. |
| 21 | If you need to take a break, |
| 22 | please tell me.   I only ask that you wait |
| 23 | until you answer the question before you ask |
| 24 | for a break. |
| 25 | A.    Okay. |

6

                        A. DASRATH

1

2        Q.        Have you taken any medication

3    today that would inhibit your ability to

4    testify today?

5        A.        No.

6        Q.        Did you review any document in

7    preparation for your testimony today?

8        A.        Today, no.

9        Q.        You are employed by whom?

10        A.        Ross University.

11        Q.        And that address that you gave

12    at 630 U.S. Highway 1, North Brunswick, New

13    Jersey, is that the main office of Ross?

14        A.        Yes.

15        Q.        Are there any campuses?

16        A.        Yes.

17        Q.        Can you please tell me those

18    addresses?

19        A.        Portsmouth, Dominica.

20        Q.        Is there a physical address or

21    just Portsmouth, Dominica?

22        A.        Portsmouth, Dominica.  St.

23    Kitts, Grand Bahama, Freeport.

24        Q.        Is that the third one?

25        A.        That's the third one.  And then

7

```
1                      A. DASRATH

2        additionally there are sixty-nine clinical

3        training affiliates in the United States for

4        the School of Medicine.

5                      And twenty-one clinical

6        training affiliates in the United States for

7        the School of Veterinarian Medicine.

8             Q.      What is your position with

9        Ross?

10            A.      I'm the chief academic officer

11       for Ross University.

12            Q.      Chief academic officer?

13            A.      Yes.

14            Q.      How long have you been the

15       chief academic officer?

16            A.      Eight and a half months.

17            Q.      What did you do prior to

18       that?

19            A.      I was the vice president of

20       academic affairs at Ross University.

21            Q.      How long did you hold that

22       position?

23            A.      Since January of 2004 through

24       January of this year.

25            Q.      What did you do before you were
```

8

```
 1                    A. DASRATH

 2      the vice president of academic affairs at

 3      Ross?

 4           A.     I was the dean of clinical

 5      sciences.

 6           Q.     Did you graduate from Ross

 7      University?

 8           A.     Yes.

 9           Q.     When did you graduate?

10           A.     1982.

11           Q.     Did you immediately go to work

12      for them after that?

13           A.     No.

14           Q.     What did you do upon

15      graduation?

16           A.     I completed internal medicine

17      post graduate training program.

18           Q.     Where?

19           A.     St. Elizabeth Hospital, in

20      Elizabeth, New Jersey.

21           Q.     When did you do that?

22           A.     From 1982 through 1985.

23           Q.     And from 1985 until --  well,

24      what did you do after that?

25           A.     I completed a fellowship in
```

9

```
 1                    A. DASRATH
 2      transplant nephrology.
 3            Q.      That was from what year?
 4            A.      1985 through 1987.
 5            Q.      After 1987, what did you do
 6      next?
 7            A.      I completed a post doctoral
 8      training in transplant medicine.
 9            Q.      Up to what year was that?
10            A.      Until 1990.
11            Q.      And from 1990 until --  what
12      did you do from 1990 on?
13            A.      I joined Ross University.
14            Q.      In 1990?
15            A.      Yes.
16            Q.      What was your first position at
17      Ross?
18            A.      Dean of clinical sciences.
19            Q.      That was 1990 through what
20      year?
21            A.      Through 2003.
22            Q.      That would be December of
23      2003?
24            A.      Correct.
25            Q.      As dean of clinical sciences,
```

10

```
 1                           A. DASRATH
 2      what was your job description?
 3           A.       Primarily my job was to procure
 4      and design clinical educational partnerships
 5      for students at the School of Medicine,
 6      recruit clinical faculty and I assumed the
 7      regulatory role for the School of Medicine.
 8           Q.       What do you mean when you say
 9      assumed?
10           A.       Assume the regulatory role.
11           Q.       That was the position they gave
12      you?
13           A.       Yes.
14           Q.       And you did that until 2003?
15           A.       Until the end of 2003, yes.
16           Q.       And then in January of 2004 you
17      were promoted to vice president of academic
18      affairs?
19           A.       Yes.
20           Q.       What was your job description
21      at that?
22           A.       In addition to the School of
23      Medicine, academic activities I oversaw the
24      School of Veterinarian Medicine academic
25      activities as well.
```

11

A. DASRATH

1

2      Q.      So, it would be similar to your

3  role as dean of clinical services?

4      A.      A bit different.

5      Q.      How is it different?

6      A.      It involved an additional

7  program of education.  The medical school is

8  a program of medical education, the

9  veterinarian school is a program of

10  veterinarian education.

11      Q.      And then in January of this

12  year, you were promoted to chief of academic

13  offices?

14      A.      Yes.

15      Q.      What is your role as chief of

16  academic offices?

17      A.      In addition to the School of

18  Veterinarian Medicine and the School of

19  Academic Responsibilities, I assumed

20  responsibility for faculty recruitments,

21  faculty development, student professional

22  development, graduate education in the

23  regulatory role of both the medical and

24  veterinarian school.

25      Q.      Can you be more specific as to

12

1                          A. DASRATH

2       what you do in assuming these rolls?

3              A.       The regulatory role is mainly

4       the accreditation of both programs, medical

5       education and veterinarian education.

6                      Both are accrediting agencies

7       that are mandated to a credit program of

8       medical education and veterinarian education

9       and any voluntary body the school applies to

10      for the purposes of approval of licensures.

11                     I'm also the liaison for the

12      U.S. Department of Education.

13             Q.      Is your duty to oversee how

14      students are admitted, how faculties are

15      recruited?

16             A.       Yes.

17             Q.      As part of your duties as chief

18      academic officer and enrolling students,

19      shall we say, what documents do you review in

20      order to accept a student at Ross University?

21             A.       The documents that I review is

22      to ensure that the faculty, committees of

23      both the medical school and veterinarian

24      school assume their responsibilities as a

25      committee to make recommendation to the dean

13

A. DASRATH

1

2    at either program, to either accept a

3    students or not accept a student.

4        Q.        What do you base that on?

5        A.        Policy.    There is prerequisite

6    determinations as to, whether or not, a

7    student is acceptable to either the program

8    of medicine or veterinarian medicine.

9        Q.        What are those prerequisites?

10       A.        The standard prerequisite

11   requirements or the present medical and

12   veterinarian requirements include, but are

13   not limited to a year of biology with

14   laboratory sciences at an undergrad

15   institution.

16                 A year of inorganic chemistry

17   with laboratory, a year of organic chemistry

18   with laboratory, six months or one semester

19   of physics.  One semester of mathematics and

20   at least a semester of humanities.

21       Q.        So, these students as they

22   apply they had to have passed these courses

23   in order to be considered for the position?

24       A.        They have to take those courses

25   and pass those courses.

14

1                    A. DASRATH

2          Q.      At undergrad school?

3          A.      Correct.

4          Q.      Is there a certain GPA that

5    Ross University requires from that

6    undergraduate school before they even

7    consider accepting the student?

8          A.      No.

9          Q.      Approximately, how many

10   applications do you receive, let's say in a

11   year?

12         A.      I can't be absolutely certain

13   without looking, but approximately 1,800

14   annually at the medical school and probably

15   1,000 at the veterinarian school.

16         Q.      So, about 2,800 total?

17         A.      Approximately.

18         Q.      Of those 1,800 that are

19   accepted to the medical school, shall we say,

20   do you know the graduation?

21         A.      Those aren't accepted, those

22   are applications.

23         Q.      Of the 1,800 that are accepted,

24   approximately how many of those 1,800

25   graduate?

15

```
 1                     A. DASRATH

 2         A.      In how many years?

 3                 MR. CAPUANO:  I'm going to

 4         object, but in relation to the lawsuit,

 5         it seems a little tangentile.

 6                 MR. COSTELLO:  It is just

 7         background information.

 8                 MR. CAPUANO:  It is your

 9         deposition, but it seems completely

10         irrelevant.

11                 At some point let's steer back.

12                 MR. COSTELLO:  I will move on,

13         but if she can just answer that

14         question.

15         A.      Can I ask a question?  Clarify

16     how many years?

17         Q.      Let me ask you this way.

18                 How many years is the medical

19     school program?

20         A.      The medical school program is a

21     four-year program.  The veterinarian program

22     is a four and a half year program.

23         Q.      Is there twelve months in the

24     year or is it broken up into semester,

25     trimesters?
```

16

1                          A. DASRATH

2          A.      It is broken up into

3      trimesters.

4          Q.      So, the medical school are four

5      years?

6          A.      Yes.

7          Q.      So, for the 1,800 enrolled for

8      the medical program, let's say, do you have

9      an idea how many of those students graduate?

10         A.      The 1,800 are not enrolled.

11     They apply.

12         Q.      How many are accepted?

13         A.      Probably fifty percent of

14     those.

15         Q.      In 2006 as the vice president

16     of academic affairs, you would have been

17     familiar with the enrollment process at Ross,

18     correct?

19         A.      Correct.

20         Q.      When a student applies and is

21     there afterward accepted, does Ross at that

22     point ask for any money, for tuition, books,

23     an application fee?

24         A.      There is a tuition charge for

25     both the School of Medicine and the

17

```
 1                    A. DASRATH

 2    Veterinarian School of Medicine.

 3         Q.      In 2006, do you know what that

 4    tuition fee was?

 5         A.      I don't recall.

 6         Q.      Would it be reflected somewhere

 7    in any document?

 8         A.      Yes.

 9         Q.      Back in your office?

10         A.      Yes.

11              MR. COSTELLO:  Justin, I will

12         follow up in writing.

13              I am going to call for the

14         production of that.

15              MR. CAPUANO:  Are you going to

16         ask which document? It might have

17         already been produced.

18              MR. COSTELLO:  She doesn't know

19         which document.

20              THE WITNESS:  I didn't say I

21         didn't know which document.

22              MR. COSTELLO:  She said she has

23         the record back in the office and she

24         hasn't reviewed anything in preparation

25         for her testimony today.
```

18

```
 1                    A. DASRATH

 2              MR. CAPUANO:   Why don't you ask

 3         the follow-up question.

 4              MR. COSTELLO:   Read back my

 5         last question.

 6                  (Whereupon, the referred to

 7         question was read back by the

 8         Reporter.)

 9              Q.      Do you know what document would

10    reflect the tuition cost for the year 2006?

11              A.      Yes.

12              Q.      What document would that be?

13              A.      The catalog.

14              Q.      That's the name, the Ross

15    University catalog?

16              A.      The medical school catalog.

17                  STPHRAO:   Off the record.

18                  (Whereupon, a discussion was

19         held off the record.)

20              MR. COSTELLO:   Back on the

21         record.

22                  I will follow-up in writing.

23                  I'm going to call for

24         production of that 2006 school of

25         medicine catalog.
```

19

1          A. DASRATH

2                MR. CAPUANO:   Taken under

3          advisement.

4                Q.     So, after the student pays the

5          initial tuition, what happens next?

6                A.     The students matriculate at the

7          program medical education or veterinarian

8          education.

9                Q.     Before he matriculates, is he

10         or she sent notification that you have been

11         enrolled or accepted?

12               A.     That happens before the tuition

13         exchange.

14               Q.     Once they matriculate, with

15         that initial letter, it says that you need to

16         report on such and such a date to the

17         campus?

18               A.     The acceptance letter is sent

19         to the student after the faculty committee

20         reviews an application, makes a

21         recommendation to the dean, the dean can

22         chose to accept that recommendation, amend

23         the recommendation or not accept the

24         recommendation and a student is sent an

25         acceptance letter.

20

1          A. DASRATH

2          Q.      What would be grounds for

3    amending an acceptance letter?

4          A.      If it was a transfer student

5    and a student was transferring into a

6    specific semester and the dean didn't feel

7    that the committee appropriately evaluated

8    credentials for purposes of transferring

9    credits.

10          Q.      You mean transfer from one

11    medical school to Ross?

12          A.      Transfer from one medical

13    school or a veterinarian school.

14          Q.      And once the student

15    matriculates to Ross for the School of

16    Medicine, I'm speaking strictly of the School

17    of Medicine now so we will cut to the chase

18    on that.

19              They are then given their

20    course requirements?

21          A.      Yes.

22          Q.      And how are they given the

23    course requirements?

24          A.      The student would be told that

25    they would matriculate if they are coming as

21

```
 1                    A. DASRATH

 2      a first semester student.

 3                    They would be told when they

 4      get to the campus what courses that they

 5      would be taking and the campus is in

 6      Dominica.

 7           Q.      But where would they actually

 8      report, to Dominica or to North Brunswick?

 9           A.      To Dominica.

10           Q.      What would be the first

11      semester requirements for a first year

12      medical student back again only 2006.

13                    I don't know if they changed

14      since then.

15           A.      They may have.   I'm going to

16      speak from memory.  Anatomy, physiology,

17      biochemistry, doctor patient society.

18           Q.      What is doctor patient society?

19           A.      It is a medical ethics course.

20      It is a didactic program.

21           Q.      So, they have to take those

22      core classes?

23           A.      They would be required

24      classes.

25           Q.      And that's all for the first
```

22

```
 1                      A. DASRATH

 2      semester?

 3              A.      First semester.

 4              Q.      And the first semester runs

 5      from September to December?

 6              A.      The first semester runs three

 7      times a year.

 8              Q.      Can you please explain that?

 9              A.      The medical school program runs

10      on a trimester basis so there is four intakes

11      annually.

12                      The first intake of students in

13      January and intake of first semester students

14      in May and a third intake of first semester

15      students in September.

16              Q.      And January, May and September

17      are all considered still first semesters

18      though?

19              A.      Yes.

20              Q.      After the student passes those

21      required, classes is he then matriculated

22      into a second semester?

23              A.      Yes.

24              Q.      What are the courses for the

25      second semester?
```

23

1                          A. DASRATH

2          A.      They would be part two of the

3   first semester courses.

4          Q.      Part two of the, sorry.  Gross

5   anatomy --

6          Q.      Did you say first semester

7   courses?

8          A.      Yes.

9          Q.      And again, so then they go to

10  the third semester?

11         A.      Correct.

12         Q.      And do the courses change at

13  that point?

14         A.      Yes.

15         Q.      What do the courses become at

16  that point?

17         A.      Pharmacology, micro biology,

18  pathology, introduction to clinical

19  medicine.

20         Q.      What was the third one, I'm

21  sorry?

22         A.      Pathology, micro biology.

23         Q.      Pathology.  And introduction to

24  clinic studies?

25         A.      Clinical medicine.

24

1                          A. DASRATH

2          Q.       Are these practical courses or

3     theorhetical courses?

4          A.       They are disciplined specific.

5     They are required course work in a medical

6     school.  They are not theorhetical.

7          Q.       So, it's not essentially

8     working on patients, let's say?   It is

9     reading about the subject matter --

10          A.       It would be both actually.

11     There is application of the disicipline.

12          Q.       And then the students would

13     need to pass those four courses in order to

14     be matriculated to the fourth semester?

15          A.       Right.

16          Q.       What are the courses of the

17     fourth semester?

18          A.       They are the second part of the

19     third semester.

20          Q.       And then the fifth semester?

21          A.       Advanced introduction to

22     clinical medicine.

23          Q.       Is that typically referred to

24     as the AICM?

25          A.       Yes.

25

```
1                         A. DASRATH

2          Q.      And what are the requirements,

3     I will just refer to the acronym if that is

4     okay?

5          A.      Yes.

6          Q.      What are the requirements of

7     the AICM course?

8          A.      It's the first compulsory

9     clinical rotation.

10         Q.      When you say first compulsory

11    clinical rotation, what do you mean?

12         A.      The program is broken down into

13    two major parts.  There is a pre-medical

14    education component and then there is a

15    clinical education component.

16                 The advanced introduction to

17    clinical medicine is the clinical education

18    component.

19         Q.      That is the first clinical?

20         A.      Yes.

21         Q.      And what courses are required

22    for the AICM?

23         A.      It is a course within itself.

24    It is a 1-12C course and one-grade is issued

25    for it.
```

26

A. DASRATH

1

2          Q.        That grade is issued at the end

3      of the course?

4          A.        Yes.

5          Q.        And that is based upon one

6      final exam?

7          A.        No, it is based on a series of

8      activities that the student must successfully

9      complete.

10         Q.        During the course of the

11     semester?

12         A.        Yes.

13         Q.        What are those activities?

14         A.        They are practical activities,

15     history and physical taking skills, there are

16     written examinations based on didactic

17     components of the advanced introduction to

18     clinic medicine.

19         Q.        When you say didactic

20     components, can you please expand on that?

21         A.        In any clinical rotation there

22     is a component where a student is in a

23     hospital with a patient and traditionally

24     evaluated on their competency with their

25     approach on the patient of the physical

27

A. DASRATH

2    evaluation.

3                 There are also components of

4    the clinical rotation where the faculty

5    members are required to teach in a classroom

6    setting.

7                 That's preparation in any core

8    roation, and then the student is tested on

9    that course material.

10        Q.      What kind of an exam is it?

11        A.      It could be written, it could

12   be an oral examination.

13        Q.      Is that a professor preference,

14   let's say, or is it something that Ross

15   University dictates and say hey, it has to be

16   given this way?

17        A.      It could be either.

18        Q.      Do you know who was teaching

19   this course in 2006, in the spring of 2006?

20        A.      I don't recall all the faculty

21   members' names.

22        Q.      Would that be reflected in a

23   document back in your office?

24        A.      Yes.

25                MR. COSTELLO:  Justin, again I

28

1                    A. DASRATH

2         will follow-up in writing, but I will

3         call for the production of the faculty

4         names that were doing the spring

5         semester 2006 to the extent they have

6         not been provided.

7         Q.    So, what happens upon

8    completion of the AICM course with the

9    student, is he or she then matriculatd to the

10   next semester, are they then --  do they have

11   to sit for another exam?

12        A.    If the student completes the

13   advanced introduction of clinical medicine

14   program, they are then required to take and

15   pass the first step of the United States

16   medical licensing examination.

17        Q.    Is that called a step I

18   or --

19        A.    USMLE step I.

20        Q.    Is there a break in between the

21   AICM and the issuance of the USMLE step I

22   exam?

23        A.    Is there a break between the

24   step I --  I don't understand your question.

25        Q.    For lack of a better term,

29

```
1                          A. DASRATH

2        let's say like a spring break or a summer

3        break, there is a period of time that the

4        student is off from school during this

5        time?

6              A.      No.   There is not a period of

7        time where the student is required to take

8        any time off.

9                     In accordance with the U.S.

10       Department of Education, the student can

11       apply at any time during an academic program

12       to take time off.

13             Q.     But if a student doesn't apply

14       to take time off, the student remains

15       enrolled in the school?

16             A.      If the student doesn't apply to

17       take time off, they will remain enrolled as

18       long as they are making satisfactory academic

19       progress.

20             Q.     But, the satisfactory progress,

21       what are the courses that are giving, to be

22       taken between the USMLE step I and the

23       completion of the AICM?

24             A.      Well, they have to complete

25       AICM to take USMLE step I.
```

30

1                          A. DASRATH

2          Q.     Correct, I understand that, but

3    if they complete the AICM?

4          A.     Successfully complete it.

5          Q.     Successfully complete it.

6          A.     Right.

7          Q.     There are no course

8    requirements between the AICM and the USMLE

9    step I exam?

10         A.     Correct.

11         Q.     So, what activities would a

12   student need to be for filling in order to

13   remain enrolled?

14         A.     They would have to be

15   registered to take the first step of the

16   United States medical licensing examination

17   and take the examination on the date that

18   they registered for the exam.

19         Q.     And how does a student register

20   for the USMLE step I exam?

21         A.     There is a registration process

22   the student goes through with the National

23   Board of Medical Examiners.  That is the

24   administrators of the examination.

25         Q.     So, just so I'm clear.

31

1              A. DASRATH

2              They just have to register for

3    this National Board Medical Examiners?

4         A.      And then the University

5    registrar has to confirm that they are making

6    satisfactory academic progress to take the

7    examination.

8         Q.      Can you please explain the

9    process to register for the USMLE other than

10   the registering with the NBME?

11        A.      National Board of Medical

12   Examiners.  The student completes a

13   registration form with the National Board

14   Medical Examiners.  They do that

15   electronically.  It is done on-line.

16              The University registrar at the

17   School of Medicine has to confirm that the

18   student is eligible to take the examination.

19        Q.      How does Ross University

20   confirm that the student is registered?

21        A.      The student has to complete all

22   course work that is requisite to take the

23   examination.

24        Q.      Is a student then issued or is

25   this application processed through Ross?

32

1                          A. DASRATH

2          A.      No, the application is not

3    processed through Ross.  The application is

4    processed through the National Board of

5    Medical Examiners.

6          Q.      But, at some point in time Ross

7    has to let the NBME --

8          A.      They send it.

9          Q.      What does Ross send, that the

10   student is making satisfactory progress?

11         A.      I don't recall if they send --

12         Q.      Let me ask it you this way.

13                 How does Ross notify the board?

14         A.      It is usually a signature from

15   the registrar that the student has either met

16   the requirement or has not met the

17   requirement to take the examination.

18         Q.      Are you aware if Mr. Dasrath

19   applied for the USMLE step I exam?

20         A.      I believe he did apply for the

21   USMLE step I examination.

22         Q.      Were you aware he applied

23   twice?

24         A.      I'm not aware that he applied

25   twice.

33

1                          A. DASRATH

2          Q.       Do you know when he applied for

3    the USMLE step I exam?

4          A.       No, I don't.

5          Q.       He would not have been able to

6    apply or any student for that matter would

7    not have been able to apply for the USMLE had

8    he not passed or had the student not passed

9    the AICM course; is that correct?

10         A.       That is not correct.

11         Q.       Why is that not correct?

12         A.       A student can make application

13   to the National Board Medical Examiner any

14   time they want.  It is an independent testing

15   agency.  The university is required to

16   confirm the students' readiness to take the

17   exam or to notify the National Board of

18   Medical Examiners that they are not ready.

19         Q.       And if they are not ready, what

20   happens?

21         A.       The National Board of Medical

22   Examiners will not allow them to take the

23   exam.

24                  If they do take the

25   examination, they will not release a grade.

34

1                          A. DASRATH

2          Q.       But they are still allowed to

3     sit for the exam, correct?

4          A.       I don't know that to be the

5     case.  That would be up to the National Board

6     of Medical Examiners.

7          Q.       Do you know if Mr. Dasrath

8     passed the National Board Medical Exam or the

9     NBME?

10         A.       I don't know.

11         Q.       Would that be reflected in any

12    documents back at the school, let's say?

13         A.       I don't know that either.

14              MR. COSTELLO:  Justin, to the

15         extent it has not already been

16         provided, any document that would

17         reflect Mr. Dasrath's score for the

18         NBME.

19              MR. CAPUANO:  To the extent

20         that we have them or it has already

21         been provided.

22         Q.       So, in a situation where a

23    student fails the AICM course, he is not

24    eligible to make application for the USLME

25    step I?

35

                              A. DASRATH

1

2          A.        That is not the case.  The

3    University registrar cannot confirm to the

4    National Board Medical Examiners that the

5    students completed all the course work

6    successfully to take that examination.

7          Q.        But a student would need to

8    receive some sort of certificate of

9    completion?

10         A.        No.

11         Q.        For the AICM?

12                   MR. CAPUANO:  Can you be more

13              specific what you have talking about.

14              I think it is getting a little

15              jumbled.

16         Q.        So, a student does not need to

17   pass the AICM in order to apply for the USLME

18   step I, is that what you telling me?

19         A.        That is what I'm telling you.

20         Q.        Are you aware if Mr. Dasrath

21   received a certificate of commission for the

22   AICM course?

23         A.        I don't know.

24         Q.        Did you review his grades?

25         A.        Yes.

36

1              A. DASRATH

2              MR. CAPUANO:  Objection.  I

3         know she spoke to you about that and

4         that was part of settlement

5         discussion.

6              MR. COSTELLO:  No, that was a

7         little bit different.  I didn't ask if

8         she reviewed his grades because of

9         Judge Reyes' statement during the

10        settlement discussion.

11              I'm asking as part of the

12        record now if she's ever reviewed his

13        grades during the course of his studies

14        at the school.

15              MR. CAPUANO:  I don't think

16        that was clear in the question.

17              MR. COSTELLO:  I will rephrase

18        the question.

19        Q.      During the course of Mr.

20        Dasrath's enrollment at Ross University, did

21        you review his grades?

22        A.      Yes.

23        Q.      When?

24        A.      I don't remember the exact

25        date, but it was a while ago I was asked to

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

37

```
 1                    A. DASRATH

 2     look at his grade.

 3          Q.      Was it a year ago, two years

 4     ago, was it three years ago, four years ago

 5     or was it while he was still enrolled in

 6     Ross?

 7          A.      It was after he was enrolled in

 8     Ross.

 9          Q.      Do you recall what document you

10     reviewed --

11               MR. CAPUANO:  Objection.  I'm

12               not going to, because this was after

13               --  this is part of this litigation as

14               part of the settlement and I'm not

15               going to allow any questions on it.

16               MR. COSTELLO:  Let's mark that

17               for a ruling, please.

18          Q.      Are you aware that Mr. Dasrath

19     sat for the NBME, the National Board Medical

20     Examiners?

21          A.      No, I'm not.

22          Q.      Were you ever his instructor?

23          A.      No.

24          Q.      But, you are aware that he

25     submitted an application to take the USLME,
```

38

1                          A. DASRATH

2       correct?

3              A.      Correct.

4              Q.      Do you recall what the outcome

5       of this application was?

6              A.      I do.

7              Q.      What would that be?

8              A.      The University registrar

9       notified the National Board Medical Examiners

10      that Mr. Dasrath did not successfully

11      complete the AICM course.

12             Q.      Did they notify Mr. Dasrath

13      that he did not successfully complete the

14      AICM course?

15             A.      I don't know.

16             Q.      Who would know?

17             A.      Mr. Dasrath may know.

18             Q.      Who from Ross University would

19      know?   Would that be the registrar, he or

20      herself?

21             A.      The University registrar.

22             Q.      Do you know who the registrar

23      was back in 2006?

24             A.      I believe it was Mr. Michael

25      Rendon.

39

```
 1                    A. DASRATH

 2        Q.      Is he still with the school?

 3        A.      No.

 4             MR. COSTELLO:  I'm going to

 5        call, to the extent it is available,

 6        Mr. Rendon's current address or any

 7        current place of employment.

 8        Q.      So, then at what point in time

 9   after the application for the USLME, if it is

10   applicable, would you become involved with

11   the student's grading or enrollment at

12   Ross?

13        A.      Can I get clarification on

14   that?

15        Q.      Yes.  You stated that you are

16   not aware of whether he sat for the NBME, you

17   are aware that he did file, make a filing

18   application to take the USLME step I, but it

19   was rejected.

20             You don't know when, or why,

21   but it was rejected by the registrar's

22   office.

23             At what point in time were you

24   made aware of these transactions?

25             MR. CAPUANO:  I'm sorry, I
```

40

```
 1                    A. DASRATH

 2          don't think she testified that the

 3          USLME was rejected by the registrar's

 4          office.

 5                    MR. COSTELLO:  She testified

 6          that the registrar would notify the

 7          governing body, let's say that it was

 8          rejected.

 9          A.      No, that is not what I said.

10          Q.      What did you say?

11          A.      I said the University registrar

12     would have notified the National Board of

13     Medical Examiners that the student didn't

14     successfully complete all the course work

15     required to take the examination.

16          Q.      Would you be made aware of

17     that?

18          A.      No.  In general terms, no.

19          Q.      What do you mean when you say

20     in general terms no, you would not be made

21     aware of that?

22          A.      If a student applies to the

23     National Board of Medical Examiners to take

24     the USLME step I, and a student does not

25     successfully complete all the course work
```

41

```
 1                    A. DASRATH

 2      prior to taking that exam and if the

 3      University registrar had to notify the

 4      National Board of Medical Examiners that that

 5      was the case, they would not be required to

 6      notify me that they were doing that.

 7            Q.     So, this all goes through the

 8      registrar's office or a good part of it goes

 9      through the registrar's office?

10            A.     The University registrar would

11      notify the National Board of Medical

12      examiners if the student did not successfully

13      complete the requirements to take the

14      examination.

15            Q.     In order to sit for the USLME,

16      the student has to pass the AICM, correct?

17            A.     Correct.

18            Q.     Are you aware that Mr. Dasrath

19      sat for the USLME?

20            A.     No, I'm not.

21            Q.     Are you aware that he passed

22      basisc science curriculum?

23            A.     The basic science courses?

24            Q.     Yes.

25                   MR. CAPUANO:   Objection.
```

42

1                      A. DASRATH

2        A.      Yes.

3                MR. COSTELLO:  What is your

4        objection?

5                MR. CAPUANO:  It is not

6        established whether he actually did

7        pass or not.

8                    Objection as to form.

9                MR. COSTELLO:  She answered the

10       question.

11       Q.      From Ross University.

12               MR. CAPUANO:  To the extent you

13       know the answer.

14       A.      I don't recall exactly.

15                   There are a number of things

16       that could happen in order for a student to

17       be administratively withdrawn from the

18       program.

19       Q.      Can you elaborate on some of

20       these events?

21       A.      Sure.  If the students fails to

22       register, if the student fails to return from

23       a leave of absence that he or her applied

24       for, those would be the two primary reasons.

25       Q.      Are you aware if Mr. Dasrath

SEVERIN & ASSOCIATES, INC. * 516 628-1402

43

A. DASRATH

2      ever applied for a leave of absence?

3             A.      I am not aware.

4             Q.      Do you know if he ever failed

5      to register?

6             A.      Yes.

7             Q.      He did fail to register,

8      correct?

9             A.      Yes.

10            Q.      When did he fail to register?

11            A.      After Mr. Dasrath did not

12     successfully complete the advanced

13     introduction to clinical medicine course, he

14     didn't re-register to take the course again.

15            Q.      Isn't it true though that the

16     studdent remains fully enrolled after the

17     AICM course?

18            A.      If they successfully complete

19     it.

20            Q.      But I believe you testified

21     earlier that if he's fulfilling the

22     requirements for the USLME, he remains fully

23     enrolled?

24                    MR. CAPUANO:  Objection.  That

25             is not her testimony, but she can

44

                            A. DASRATH

1

2        answer.

3        A.      I don't remember saying that.

4    However, Mr. Dasrath did not successfully

5    complete the advanced introduction to

6    clinical medicine course.

7        Q.      What particular course in the

8    AICM did he not successfully complete?

9        A.      The AICM is one course.  There

10   is one grade transcribed for the course.

11       Q.      When did he fail this course?

12       A.      I don't remember the exact

13   date.

14              MR. CAPUANO:  By course, you

15          are referring to the AICM?

16              MR. COSTELLO:  Yes.

17       Q.      Do you know the reason why he

18   received a failing grade?

19       A.      I didn't complete all

20   components of the course successfully.

21       Q.      Can you be more specific as to

22   what components he did not complete?

23       A.      Not without looking at the

24   documents, no.

25       Q.      What documents would help

45

```
 1                    A. DASRATH
 2     you?
 3          A.      I would have to look at the
 4     grade sheet.
 5          Q.      When you say grade sheets, you
 6     mean his transcript?
 7          A.      No.
 8          Q.      What are the grade sheets, the
 9     tests?
10          A.      Grade sheets are kept by the
11     examination center and they reflect student's
12     grades in each test that they take or
13     clerkship that they do.
14          Q.      Where are those grade sheets?
15          A.      The exam center is in Dominica
16     and there is an exam center in Miami.
17          Q.      Do you have a campus in
18     Miami?
19          A.      Pardon me?
20          Q.      Do you have a campus in Miami?
21          A.      No, it is a clinical location.
22          Q.      For both medicine and
23     veterinarian school?
24          A.      No, just medical school.
25                  MR. COSTELLO:  Just to the
```

46

1                          A. DASRATH

2          extent not already provided, I'm going

3          to call for production of the exam

4          sheet for the AICM course for Mr.

5          Dasrath.

6                  MR. CAPUANO:  That is fine.  To

7          the extent they haven't been provided

8          we will provide it.

9                  Please follow it up in

10         writing.

11         Q.      Typically what is the time

12     frame between once an exam is given by a

13     professor and the release of the scores to

14     the students?

15                 MR. CAPUANO:  Objection.

16         Q.      In other words, I don't want to

17     speak in hypotheticals, but if an exam is

18     given in June, when does a student typically

19     receive his or her score?

20         A.      Results of an exam, the

21     students would know in short order, whether

22     or not, they passed an examination.

23         Q.      What do you mean when you say a

24     short order?

25         A.      A week or two.

47

                    A. DASRATH

1

2          Q.       Would they be notified in

3    writing or orally?

4          A.       No, the grades are posted

5    generally and they are shared with the

6    students electronically.

7          Q.       After Mr. Dasrath was given

8    this failing grade to the AICM, did he

9    attempt to contact you?

10         A.       I don't recall.

11         Q.       Do you recall ever receiving an

12   e-mail or a phone call from him regarding his

13   failing grade?

14         A.       I believe I did.

15         Q.       Do you recall when?

16         A.       No, I don't.

17         Q.       Did you try to assist him with

18   their failing grade at any point in time?

19         A.       I don't understand the nature

20   of your question.

21              MR. COSTELLO:  I will withdraw

22         that question.

23              Can you please read back my

24         last question?

25              (Whereupon, the referred to

48

```
 1                    A. DASRATH

 2           question was read back by the

 3           Reporter.)

 4           Q.      Do you recall if you received a

 5   phone call or an e-mail from Mr. Dasrath

 6   regarding the failing grade in the AICM?

 7           A.      I believe I saw an e-mail.

 8           MR. COSTELLO:  Would you mark

 9           this document, please.

10           (Whereupon, the aforementioned

11           e-mail was marked as Plaintiff's

12           Exhibit 1 for identification, as of

13           this date, by the Reporter.)

14           Q.      Dr. Perri, you now have in

15   front of you what has been marked as

16   Plaintiff's Exhibit 1.

17           Can you please take a look at

18   it and let me know when you are finished.

19           MR. CAPUANO:  Can we clarify

20           that the highlighting or the -- that

21           magic marker was not originally in it.

22           Was that done by your office?

23           MR. COSTELLO:  No, it wasn't

24           done by my office.

25           MR. CAPUANO:  Okay.
```

49

```
 1                        A. DASRATH

 2          A.      Okay.

 3          Q.      Have you had a chance to review

 4      it?

 5          A.      Yes.

 6          Q.      Do you recall if this is the

 7      e-mail that you received from Mr. Dasrath?

 8          A.      Yes.

 9          Q.      He said on May 8th he spoke to

10      you about his failed grade in the Miami

11      program and you promised to speak to Dr.

12      Fernandez?

13          A.      Yes.

14          Q.      Do you recall if you ever spoke

15      to Dr. Fernandez about that?

16          A.      Yes, I did.

17          Q.      Do you recall when you spoke to

18      Dr. Fernandez?

19          A.      No, I don't.

20          Q.      Do you recall the sum and

21      substance of the conversation that you had

22      with Dr. Fernandez?

23          A.      No.

24          Q.      Do you recall where you were

25      when you had the conversation with Dr.
```

50

                                    A. DASRATH

1
2        Fernandez?

3              A.      No.

4              Q.      Do you recall how many times
5        you spoke to Dr. Fernandez about this?

6              A.      Can you clarify over what
7        course of time?

8              Q.      From the time of May 12th, 2006
9        when you received the e-mail and your
10       response at about 1:17 that day, where you
11       state that you were still waiting to speak
12       with him, did you speak to him after May
13       12th, 2006?

14             A.      I did speak with him after May
15       12th, 2006.

16             Q.      Do you recall the day?

17             A.      No, I don't.

18             Q.      Do you recall the sum and
19       substance of that conversation?

20             A.      Can you clarify regarding
21       specifically to this?

22             Q.      Yes, regarding this e-mail and
23       the failing grade?

24             A.      I don't remember specifically
25       about this e-mail, although I did speak to

51

```
 1                      A. DASRATH

 2      him about Mr. Dasrath's e-mail to me about

 3      failing, his failed grade in the Miami

 4      program.

 5            Q.      Did you also state to Mr.

 6      Dasrath that you would look into why he

 7      received a C, a grade of C?

 8                    MR. CAPUANO:   Objection.   What

 9            are you referring to?

10            Q.      In your response on May 12th at

11      approximately 1:17, you stated that you would

12      follow-up with Dr. Fernandez when you get the

13      details from him.

14                    Do you recall what details you

15      were speaking about, referring to?

16            A.      I don't recall the details in

17      2006 that I was talking about.

18            Q.      Do you know if you ever got the

19      details from him?

20            A.      From Dr. Fernandez?

21            Q.      Yes.

22            A.      Yes.

23            Q.      Were those details provided to

24      you in writing or was that a conversation

25      that you had with him?
```

52

1                    A. DASRATH

2          A.        I don't recall.

3          Q.        Did there come a point in time

4     again while he was enrolled at Ross that you

5     reviewed Mr. Dasrath's grades?

6                    MR. CAPUANO:  Essentially prior

7               to April 2006 or May 2006.

8                    MR. COSTELLO:  It should be

9               subsequent to May of 2006.

10                   You said while he was

11              enrolled?

12                   MR. COSTELLO:  Correct.

13              Because as of May 12th, he was still

14              enrolled.

15                   MR. CAPUANO:  We won't get into

16              that, but essentially you are talking

17              about from 2006 earlier.

18                   MR. COSTELLO:  Well, define

19              when in 2006.  Because she's testified

20              about that she reviewed.

21                   MR. CAPUANO:  While he was

22              enrolled.

23                   MR. COSTELLO:  While he was

24              enrolled, yes.

25          Q.        Do you recall how many times

53

```
1                    A. DASRATH

2       you reviewed Mr. Dasrath's grades?

3            A.      While he was enrolled in the

4       school of medicine once.

5            Q.      Do you recall when that was?

6            A.      It was around the specific

7       time.

8            Q.      Around May of 2006?

9            A.      Around that time.  I don't know

10      specifically the date.

11           Q.      But, as of May 2006 Mr. Dasrath

12      would have completed the NBME, correct?

13           A.      I don't know.

14           Q.      And then he would have made

15      application for the USLME step I?

16           A.      I don't know.

17           Q.      Did there come a point in time

18      that Ross withdrew its sponsorship for Mr.

19      Dasrath for the USLME?

20           A.      Yes.

21           Q.      Do you recall when that was

22      made?

23           A.      No.

24           Q.      Do you recall who withdrew the

25      sponsorship of Mr. Dasrath for the USLME?
```

54

1                      A. DASRATH

2                MR. CAPUANO:  Objection.  You

3          mean the specific individual who

4          communicated?

5                MR. COSTELLO:  Yes.

6          A.      As I recall, it was the

7      University registrar.

8          Q.      But, upon completion of the

9      AICM and NBME, the student is then advised

10     that he passed and he can now apply for the

11     USLME, correct?

12         A.      I think you are confusing,

13     there is USLME step I and step two, CS and CK

14     are administered by the National Board of

15     Medical Examiners.  So, they are not two

16     entities.  That is what I'm inferring from

17     your question that we are taking about two

18     different entities.

19               MR. COSTELLO:  Can we mark

20          this, please.

21               (Whereupon, the aforementioned

22          document was marked as Plaintiff's

23          Exhibit 2 for identification, as of

24          this date, by the Reporter.)

25         Q.      Dr. Perri, I now show you what

55

1           A. DASRATH

2    has been marked as Plaintiff's 2.  Please

3    take a moment to look at that document and

4    let me know when you are ready.

5           A.      Okay.

6           Q.      Plaintiff's Exhibit 2, can you

7    please describe in your words what it says?

8           A.      This is a letter from Ms.

9    Sena.

10          Q.      Who is Ms. Sena?

11          A.      Brijette Sena.  She works in

12   the University --  she worked in the

13   University registrar's office.

14          Q.      She is no longer employed by

15   Ross?

16          A.      She is employed by Ross.

17          Q.      She is employed by Ross?

18          A.      Yes.

19          Q.      What is her title now?

20          A.      She is the associate director

21   of the Office of Students and Professional

22   Development.

23          Q.      I'm sorry, you were saying that

24   this was a letter from Ms. Brijette Sena?

25          A.      To the students giving them

56

                                    A. DASRATH

1

2       instruction about their registration

3       deadlines for various windows to sit for the

4       step I examination after they completed the

5       NBME comprehensive exam.

6              Q.      But, in order to complete the

7       NBME comprehensive exam, they would have had

8       to pass the AICM, correct?

9              A.      No.

10             Q.      Is that not part of the

11      requirements for sitting or applying for the

12      NBME?

13             A.      You must successfully complete

14      the comp.  The comp. is a self assessment

15      preparatory course for the, preparatory

16      examination for the USLME step I.

17             Q.      The comp.?

18             A.      The comp.

19             Q.      I'm sorry?

20             A.      The National Board of Medical

21      Examiner comprehensive examination is an

22      examination that the National Board of

23      Medical Examiners produces, that

24      institutions, medical school programs can

25      utilize, if they choose to allow their

57

                                    A. DASRATH

1

2       students to self-assess there readiness for

3       the USLME step I examination.

4              Q.       So, if they are eligible to sit

5       for the USLME they would have had to complete

6       the comprehensive exam, correct?

7              A.       The comp., correct.

8              Q.       And it states here that the

9       eligibility period is between April 1st and

10      September 30th of 2006?

11             A.       That is for step I.

12             Q.       The USLME step I?

13             A.       Right.

14             MR. COSTELLO:  Can you please

15      mark this as Plaintiff's Number 3.

16             (Whereupon, the aforementioned

17      part C medical education and employment

18      information document was marked as

19      Plaintiff's Exhibit 3 for

20      identification, as of this date, by the

21      Reporter.)

22             Q.       You have now before you what is

23      marked as Plaintiff's Exhibit 3.

24             Do you recognize this document?

25             A.       Yes.

58

1                        A. DASRATH

2          Q.      Can you please tell me what

3     this is?

4          A.      This is a student application.

5          Q.      Application for what?

6                  MR. CAPUANO:   While Dr. Perri

7          is reviewing this, this is only seven

8          of seven, the only page that is

9          produced is page seven of seven.

10                 MR. COSTELLO:   Yes.

11         A.      This is a student application

12    to the Educational Commission for Foreign

13    Medical Graduate.

14         Q.      And this application is for the

15    USLME step I?

16         A.      Correct.  Or any part of the

17    United States medical licensing examination.

18    It is fairly generic.

19         Q.      This is the application whether

20    it be step I, II, III?

21         A.      Correct.

22         Q.      Obviously Mr. Dasrath only

23    applied for step I?

24         A.      Right.

25         Q.      This document is dated March

59

1              A. DASRATH

2    12th, 2006, correct?

3              MR. CAPUANO:  Where do you see

4         that?

5              MR. COSTELLO:  Next to Mr.

6         Dasrath's signature.

7              MR. CAPUANO:  That is December

8         3rd, 2006.

9              MR. COSTELLO:  Not, it is day,

10        month, year.

11        A.    I'm sorry, yes.  Mr. Dasrath

12   dated it March the 12th, 2006.

13        Q.    He would have dated that date

14   because at that point he was eligible to sit

15   for the USLME step I exam, correct?

16             MR. CAPUANO:  Objection.

17        A.    I don't know why he dated is

18   that day.

19        Q.    Ms. Sena dated it March 20th,

20   2006 and the application itself on the

21   right-hand side states going down, vertically

22   2006.

23             So, at this point in time when

24   Mr. Dasrath made application he was enrolled

25   at Ross, correct?

60

```
 1                    A. DASRATH

 2         A.      Correct.

 3                 MR. CAPUANO:  You mean March

 4         12th of 2006, when you say the date.

 5                 MR. COSTELLO:  You lost me.

 6                 MR. CAPUANO:  You just said the

 7         date.  You didn't specify which date.

 8         There are several dates on this

 9         document.

10                 MR. COSTELLO:  I see this date,

11         but I'm referring to the date that Mr.

12         Dasrath signed it and the date that

13         Brijette Sena signed it.  So, March of

14         2006.

15         Q.      Is this the application that

16   you are aware of that Mr. Dasrath filed with

17   the ECFMG which was rejected?

18         A.      I don't know that.

19         Q.      Would the reason why the

20   application was rejected be reflected

21   somewhere in the office of Ross, or in your

22   office?

23         A.      No.

24         Q.      Are you aware that after this

25   application, do you know if Ross collected
```

61

1                          A. DASRATH

2    any money from Mr. Dasrath for tuition?

3          A.    I don't know.

4          Q.     Are you aware when Ross

5    notified the ECFMG of his failing grade of

6    the AICM?

7          A.     No, I don't.

8          Q.     Do you know who would know

9    that?   Would that be the registrar?

10         A.     Most likely.

11               MR. COSTELLO:  Justin, again

12           and I will follow-up in writing to the

13           extent we don't have them, his

14           registrar's record.

15               MR. CAPUANO:  Okay.

16         Q.     Do you recall when Ross

17   withdrew its sponsorship for Mr. Dasrath for

18   the USLME?

19         A.     No.

20         Q.     Would that be in the

21   registrar's record as well, the reason or the

22   date I should say of when his sponsorship for

23   the USLME was?

24         A.     It may be.

25         Q.     Going back to the failing

62

```
 1                    A. DASRATH

 2      grade.  If a student fails a grade, does he

 3      or she not have the right to inspect the

 4      grade and the exam upon which that failing

 5      grade was based?

 6                    MR. CAPUANO:  Objection.  I

 7                think you just stated a double

 8                negative.

 9                    Can you rephrase?

10           Q.      If a student fails a grade, do

11      they not have a right to inspect the exam?

12                    MR. CAPUANO:  You did it

13                again.

14           Q.      Can a student inspect his exam

15      if he falls?

16           A.      If he requests to, yes.

17           Q.      Does the request have to be in

18      writing?

19           A.      No.

20           Q.      Do you know if Mr. Dasrath

21      requested to examine his grades?

22           A.      I don't know.

23           Q.      Who would he have to make that

24      request to?

25           A.      Either the course director, the
```

63

                              A. DASRATH

2     clerkship director.

3          Q.     Do you know who his course

4     director was for the AICM?

5          A.      Dr. Enrique Fernandez.

6               MR. COSTELLO:  Let's take a

7          short break.

8               (Whereupon, a short recess was

9          taken.)

10              MR. CAPUANO:  She needs to

11         clarify something.

12         A.     You had asked the question

13    earlier if I reviewed any documents related

14    to this and I had commented I didn't review

15    any documents today and that's true.  I

16    didn't review any documents today, but I have

17    reviewed documents related to this matter in

18    the past.

19         Q.     What kind of documents?

20         A.     The academic record.  Students

21    file.

22         Q.     Do we have a complete copy of

23    that file?

24              MR. CAPUANO:  Essentially she

25         didn't review anything that has not

64

1                              A. DASRATH

2          been produced to make it easier.

3                    MR. COSTELLO:  And that was

4          provided in your initial disclosure or

5          was it a combination of the two

6          disclosures?

7                    MR. CAPUANO:  I think we made

8          three different productions now.  I

9          can't say which productions were

10         reviewed.

11              It was probably all three and

12         including what you provided.

13                   MR. COSTELLO:  But, nothing has

14         been left out?

15                   MR. CAPUANO:  She didn't review

16         or look at anything that hasn't been

17         produced by either party.

18                   MR. COSTELLO:  Can we have this

19         marked, please, document entitled once

20         again, part C, medical education and

21         employment information.

22                   (Whereupon, the aforementioned

23         part C, medical education and

24         employment information was marked as

25         Plaintiff's Exhibit 4 for

65

1                        A. DASRATH

2              identification, as of this date, by the

3              Reporter.)

4              Q.      Dr. Perri, you now have in

5     front of you what has been marked as

6     Plaintiff's Exhibit Number 4.

7                     Can you please take a look at

8     it and review it and let me know when you are

9     finished?

10             A.      Okay.

11             Q.      Do you recognize this

12    document?

13             A.      Are you asking if I

14    recognize -- I recognize the document.   I

15    don't necessarily recognize it as a completed

16    document.

17                    MR. COSTELLO:   I move to strike

18             that portion that is non-responsive.

19                    MR. CAPUANO:   You can't strike

20             the response, it is a response, but

21             that is fine.   Just continue.

22             Q.      What has been marked as

23    Plaintiff's Exhibit 4, can you please

24    describe what it is?

25             A.      It is again an application for

A. DASRATH

2  the educational commission for the foreign

3  medical graduate.

4       Q.     It is a similar document to

5  Plaintiff's Exhibit 3 which was an

6  application for the USLME step I exam?

7       A.     Correct.

8       Q.     And that is dated April 27th or

9  signed by Mr. Dasrath on April 27th, 2006,

10  correct?

11       A.     Correct.

12       Q.     And it looks like signed by

13  Brijette Sena on May 5th, 2006?

14       A.     Correct.

15       Q.     Do you know why there was a

16  second application submitted for the USLME

17  step I exam?

18       A.     I don't know.

19       Q.     When does a student become

20  eligible to take the USLME step I exam?

21       A.     When they successfully complete

22  all the University requirements to take the

23  examination.

24       Q.     What are the University

25  requirements?

67

                              A. DASRATH

1

2          A.      The students must successfully

3     complete all their course work.

4          Q.      What does the course work

5     consist of?

6          A.      This clinical course work,

7     their compulsory first clinical courtship

8     which is the advanced introduction to the

9     clinical medicine course.

10         Q.      That is the AICM?

11         A.      The AICM and the comp.

12         Q.      Pass the NBME?

13         A.      The comp., the comprehensive.

14         Q.      That is not or that is the

15    NBME?

16         A.      The NBME comp.  There are

17    different exams.

18         Q.      So, this is a comp. exam.  And

19    the AICM consist of what courses?

20         A.      It is a course within itself.

21         Q.      Upon completion of the AICM the

22    student is given a certificate of completion?

23         A.      No.

24         Q.      How are they notified that they

25    have successfully completed?

68

```
 1                    A. DASRATH

 2          A.      I believe their grades are

 3      posted on e-college.

 4          Q.      Posted where, I'm sorry?

 5          A.      E-college.

 6                  MR. COSTELLO:  Can you please

 7          mark this document, please.

 8                  (Whereupon, the aforementioned

 9          document was marked as Plaintiff's

10          Exhibit 5 for identification, as of

11          this date, by the Reporter.)

12          Q.      Have you had a chance to review

13      that document?

14          A.      Yes.

15          Q.      In your own words, can you

16      please describe what that document is?

17          A.      This is a document that is

18      attached to each and every evaluation form at

19      the school of medicine.

20          Q.      Would it not be given unless

21      the student had completed the AICM?

22          A.      That document would come back

23      to the University from the clinical training

24      site with an evaluation of performance.  The

25      evaluation of performance would have this
```

69

1                          A. DASRATH

2       attached, whether the student passed the

3       rotation or failed the rotation.

4            Q.      It would not be issued unless

5       the student had completed the AICM, correct?

6            A.      Correct.

7            Q.      When does the student become

8       eligible for a clinical clerkship?

9            A.      They become eligible for the

10      first compulsory clinical clerkship which is

11      the advanced introduction to clinical

12      medicine once they successfully complete all

13      their pre-clinical requirements on the campus

14      in Dominica.

15           Q.      Which I think we already

16      established before.

17           A.      Correct.

18           Q.      Is that an actual clinical

19      clerkship where it would be more hands-on,

20      let's say?

21           A.      This is all clinical

22      education.  We can debate that.  I don't know

23      if you really want to go there.

24                   MR. CAPUANO:  I think her point

25               is that it is semantics probably.

70

```
 1                    A. DASRATH
 2        A.      Yes.
 3        Q.      So, there is no actually
 4   hands-on training is what you are saying?
 5        A.      It's hands-on training in every
 6   component of medical education.
 7        Q.      From semester one up to
 8   graduation?
 9        A.      Now there is, absolutely.
10        Q.      I'm not speaking about now.
11   I'm speaking 2006.
12        A.      I don't know how much hands-on
13   there was in 2006.
14        Q.      I believe you testified earlier
15   that Mr. Dasrath was administratively
16   withdrawn because he failed to re-register
17   after failing the AICM.
18                When a student is
19   administrative withdrawn what is the
20   procedure?   How is he or she notified?
21        A.      I'm not sure how Mr. Dasrath
22   would have been notified in 2006.
23        Q.      Were they just automatically
24   administratively withdrawn or would there be
25   some sort of warning letter to say you are
```

71

1                        A. DASRATH

2       going to be administratively withdrawn if you

3       don't fulfill your requirements, let's say?

4            A.       There is no warning letter.

5       The student understands that if they don't,

6       it is part of the student handbook that if

7       they don't successfully complete a course

8       they have to retake that course to promote

9       through the academic program.

10                        You have to be successful in

11      different courses.  If you don't pass the

12      course, whether it is D, S and anatomy course

13      or an advanced introduction to clinic

14      medicine course you retake the course.

15           Q.       But, being administratively

16      withdrawn he would have to be notified,

17      correct?

18           A.       I assume so.

19           Q.       I don't want you to assume.  I

20      rather know if you know with certainty?

21           A.       I don't know with certainty.

22           Q.       So, a student can be

23      administratively withdrawn without receiving

24      any notification?

25                        MR. CAPUANO:  That is not what

72

1                    A. DASRATH

2          she said.

3          A.      I can be more explanatory if I

4     need to.  A student reviews their course work

5     on-line through e-college and they know

6     whether they pass the course or failed a

7     course.

8          Q.      What is e-college?

9          A.      It is a technology system where

10    a student can actually log into a secured

11    site and review their grades.

12                 So, they know, whether or not,

13    they are making satisfactory academic

14    progress.  So, if a student sees that they

15    passed all their courses they know they are

16    making satisfactory academic progress.

17                 If they see they are not

18    passing ail their courses they know they have

19    to re-register to retake those courses.

20         Q.      And if the students doesn't

21    re-register?

22         A.      Then they are administratively

23    withdrawn from the school.

24         Q.      Without being provided

25    notification?

73

1                          A. DASRATH

2                     MR. CAPUANO:  Objection.

3                     MR. COSTELLO:  I will clarify.

4          Q.       Because it is incumbent upon

5     the student, for him or her to be aware of

6     his or her grades and if they see a failing

7     grade it is incumbent upon them to

8     re-register for that class?

9          A.       In accordance with the student

10    handbook, if a student doesn't successfully

11    complete a course, if they choose to continue

12    in the program, they can do so by

13    re-registering at school of medicine.

14                   If they don't want to

15    re-register, then the institution

16    administratively withdraws the student.

17         Q.       If a student is

18    administratively withdrawn, the institution

19    wouldn't accept any further tuition from

20    them, correct?

21         A.       If a student is not part of the

22    program, the institution wouldn't accept any

23    further tuition from them unless they are

24    registered for course work.

25         Q.       To take the course that they

74

1                     A. DASRATH

2       failed, let's say?

3             A.      Right.

4             Q.      But not going forward?   In

5       other words, they would have to go back

6       before they can go forward?

7             A.      Correct.

8             Q.      Would they still be eligible to

9       take the USLME step I?

10                    MR. CAPUANO:   Objection.   Under

11             what circumstances?

12                    MR. COSTELLO:   If they are

13             administratively withdrawn.   I'm

14             following along that line of

15             questioning.

16            A.      If they haven't completed

17      successfully all the prerequisite

18      requirements to take the medical license

19      examination and they weren't a student making

20      satisfactory academic progress, they wouldn't

21      be certified to take the USLME step I.

22            Q.      Do you know when Mr. Dasrath

23      was administratively withdrawn?

24            A.      I don't know.

25            Q.      Would that be reflected in any

75

```
 1                    A. DASRATH

 2      document that either has been provided by

 3      your attorney or in your office?

 4           A.      It would be.

 5                MR. COSTELLO:  To the extent

 6           not already provided, I will ask for

 7           any follow-up documentation of Mr.

 8           Dasrath being marked administratively

 9           withdrawn.

10                MR. CAPUANO:  Okay.

11                MR. COSTELLO:  Off the record.

12                (Whereupon, a discussion was

13           held off the record.)

14                MR. COSTELLO:  Back on the

15           record.

16           Q.      When did Ross withdraw its

17      sponsorship for Mr. Dasrath for the USLME?

18           A.      I don't recall the exact date.

19           Q.      Do you know the month?

20           A.      No, I don't.

21           Q.      Do you know at the time the

22      sponsorship was withdrawn, whether Mr.

23      Dasrath had been certified to take the USLME

24      step I?

25           A.      I would be making an assumption
```

76

1                    A. DASRATH

2        and I don't want to do that.

3            Q.     I just want to go back to the

4        clinical clerkship.  In order to be assigned

5        to a clinical clerkship, is that the proper

6        way to say it, forgive me if it is not, the

7        student has to complete the NBME comp. exam?

8            A.     No.  The advanced introduction

9        to clinical medicine is a compulsory

10       clerkship, if you would.

11                  The student is assigned to it.

12       They can repeat the comp. if they were

13       unsuccessful, let's say.

14           Q.     Where is the AICM given, at

15       what campus?

16           A.     In 2006 it was given in Miami,

17       Florida.  Roseau, Dominica.

18           Q.     That is similar to

19       Portsmouth?

20           A.     It is different.  It is a

21       city.  It is a city in Dominica.  Is a

22       clinical site so that would be part of

23       another location.

24           Q.     So, that is where the AICM was

25       given?

77

1                          A. DASRATH

2          A.        Correct.

3          Q.        Is there another clinical

4     clerkship after the AICM?

5          A.        There is an additional

6     seventy-eight weeks clinical rotation after

7     the AICM course.

8          Q.        Is that immediately upon

9     passing the AICM or well after?

10         A.        After a student completes the

11    United States medical licensing examination

12    step I.

13         Q.        And then they are eligible for

14    that second clinical clerkship, let's say?

15         A.        To the additional seventy-eight

16    weeks.

17         Q.        And where is that given?

18         A.        Those are given in 2006

19    probably sixty-five different clinical

20    partnership with teaching institutions across

21    the United States.

22         Q.        Was Mr. Dasrath enrolled in

23    that clinical clerkship in 2006?

24         A.        I don't believe so.

25         Q.        He would have had to take the

78

```
 1                        A. DASRATH

 2      USLME step I exam in order to be eligible for

 3      that seventy-eight weeks.

 4              A.      And pass it.

 5              Q.      Do you know if he passed the

 6      USLME step I exam?

 7              A.      I don't know.

 8              Q.      Do you know when he became

 9      eligible to sit with the ECFMG for the USLME

10      step I exam?

11              A.      I don't remember the exact

12      date.

13              Q.      Do you remember the month?

14              MR. CAPUANO:   Can you rephrase

15          that.

16              MR. COSTELLO:   I think she

17          understands it though.

18              MR. CAPUANO:   Do you

19          understand?

20              A.      It would have been at the end

21      of the advanced introduction to clinical

22      medicine course.  I don't remember the date.

23              Q.      That he would have been

24      eligible for the USLME step I?

25              A.      He would have been ineligible
```

79

```
 1                      A. DASRATH

 2      after that.

 3           Q.      And the reason he was

 4      ineligible?

 5           A.      He didn't successfully complete

 6      the advanced introduction clinical medicine

 7      course.

 8           Q.      Dr. Perri, for your testimony

 9      that you have given here today, is there

10      anything you would like to change or do you

11      not feel comfortable with any answer that you

12      have provided?

13                   Do you want to clarify?

14           A.      I don't understand the nature

15      of that question.

16           Q.      Do you want to change any of

17      your testimony?

18                   MR. CAPUANO:  Actually the

19               deposition is over and is there any

20               clarification to any of your testimony?

21                   THE WITNESS:  No, nothing.

22                   MR. COSTELLO:  Thank you.

23                   MR. CAPUANO:  I have two

24               follow-up questions.

25      EXAMINATION BY
```

80

1              A. DASRATH

2     MR. CAPUANO:

3          Q.      With respect to Plaintiff's

4     Exhibit 2, I know there were a series of

5     questions asked by plaintiff's counsel, but

6     just to be clear, it says that you are now

7     eligible to sit for the USLME step I exam in

8     this e-mail and that is contigent upon

9     successful completion of the AICM course; is

10    that correct?

11         A.      Correct.

12         Q.      With respect to Plaintiff's

13    Exhibit 5, am I correct, did you say whether

14    a student, in this case the plaintiff passed

15    or failed the AICM course is a separate

16    document or did I misunderstand you?

17         A.      This would have been attached

18    to the evaluation that is completed at the

19    end of any clinical component of the program,

20    whether a student passed the clinical

21    rotation or in this case the AICM course, or

22    they passed or failed it.

23              This is a statement from a

24    medical education person.

25         Q.      But, this document just

81

1                          A. DASRATH

2        indicates that he completed the course, it

3        doesn't indicate whether they passed or

4        failed?

5              A.     Right.

6                     MR. CAPUANO:  Thank you.  I

7             have no further questions.

8                     (Time Noted:  11:20 a.m.)

9

10                    _____
                              NANCY PERRI

11       Subscribed and sworn to
         before me this _____ day
12       of _____, 2010.

13       _____
                Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

82

1

2                          I N D E X

3    WITNESS              EXAMINATION BY              PAGE

4    NANCY PERRI          MR. COSTELLO               4

5                         MR. CAPUANO                80

6

7

8                        E X H I B I T S

9    PLAINTIFF'S          DESCRIPTION                PAGE

10       1          E-mail                           48

11       2          Document                         54

12       3          Part C medical education
                    and employment information       57

13       4          Part C medical education
14                  and employment information       64

15       5          Document                         68

16

17                       REQUESTS
                    Page            Line
18
                     17              13
19
                     18              22
20
                     27              24
21
                     39              4
22
                     45              24
23

24                       RULINGS
                    Page            Line
25
                     37              9

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

83

1

2                                 CERTIFICATION

3        STATE OF NEW YORK )
                                : SS.:
4        COUNTY OF KINGS    )

5

6              I, GARY J. MEROLA, a Notary Public for

7        and within the State of New York, do hereby

8        certify:

9              That the witness(es) whose testimony as

10       herein set forth, was duly sworn by me; and

11       that the within transcript is a true record

12       of the testimony given by said witness(es).

13             I further certify that I am not related

14       to any of the parties to this action by blood

15       or marriage, and that I am in no way

16       interested in the outcome of this matter.

17             IN WITNESS WHEREOF, I have hereunto set

18       my hand this 17th day of October, 2010.

19

20

21                             GARY J. MEROLA

22

23

24

25

## 0

08902 [1] 4:13

## 1

1 [4] 4:12 6:12 48:12,16
1,000 [1] 14:15
1,800 [5] 14:13,18,23,24 16:7,10
1-12c [1] 125:24
1:17 [2] 50:10 51:11
100 [1] 2:9
11:20 [1] 81:8
12th [8] 50:8,13,15 51:10 52:13 59: 2,12 60:4
13 [1] 82:17
15 [1] 1:9
17th [1] 83:18
1982 [2] 8:10,22
1985 [3] 8:22,23 9:4
1987 [2] 9:4,5
1990 [5] 9:10,11,12,14,19
1st [1] 57:9

## 2

2 [4] 54:23 55:2,6 80:4
2,800 [1] 14:16
2003 [4] 9:21,23 10:14,15
2004 [2] 7:23 10:16
2006 [36] 16:15 17:3 18:10,24 21:12 27:19,19 28:5 38:23 50:8,13,15 51: 17 52:7,7,9,17,19 53:8,11 57:10 59: 2,8,12,20,22 60:4,14 66:9,13 70:11, 13,22 76:16 77:18,23
2010 [2] 1:9 83:18
20th [2] 2:5 59:19
22 [1] 82:18
24 [2] 82:27,45
27th [2] 66:8,9

## 3

3 [4] 57:15,19,23 66:5
30th [1] 57:10
3rd [1] 59:8

## 4

4 [4] 64:25 65:6,23 82:4,13,39
44 [1] 1:16
48 [1] 82:1

## 5

5 [2] 68:10 80:13
54 [1] 82:2
57 [1] 82:12
5919 [1] 2:5
5th [1] 66:13

## 6

630 [2] 4:12 6:12
68 [1] 82:5

## 8

80 [1] 82:5
8th [1] 49:9

## 9

9 [1] 82:37
9:45 [1] 1:10

## A

a.m [1] 1:10 81:8
ability [1] 6:3
able [3] 5:10 33:5,7
absence [2] 42:23 43:2
absolutely [2] 14:12 70:9
academic [21] 7:10,12,15,20 8:2 10:17,23,24 11:12,16,19 12:18 16: 16 29:11,18 31:6 63:20 71:9 72:13, 16 74:20
accept [7] 12:20 13:2,3 19:22,23 73:19,22
acceptable [1] 13:7
acceptance [3] 19:18,25 20:3
accepted [6] 14:19,21,23 16:12,21 19:11
accepting [1] 14:7
accordance [2] 29:9 73:9
accreditation [1] 12:6
accrediting [1] 12:6
acronym [1] 126:3
across [1] 177:20
action [1] 83:14
activities [6] 10:23,25 26:8,13,14 30:11
actual [1] 69:18
actually [6] 21:7 24:10 42:6 70:3 72:10 79:18
addition [2] 10:22 11:17
additional [3] 11:6 77:5,15
additionally [1] 17:2
address [4] 4:11 6:11,20 39:6
addresses [1] 6:18
administered [1] 54:14
administrative [1] 170:19
administratively [12] 42:17 70:15, 24 71:2,15,23 72:22 73:16,18 74:13, 23 75:8
administrators [1] 30:24
admitted [1] 12:14
advanced [12] 24:21 25:16 26:17 28:13 43:12 44:5 67:8 69:11 71:13 76:8 78:21 79:6
advised [1] 54:9
advisement [1] 19:3
affairs [4] 7:20 8:2 10:18 16:16
affiliates [1] 7:3,6
aforementioned [5] 48:10 54:21 57:16 64:22 68:8
afterward [1] 16:21
agencies [1] 12:6
agency [1] 33:15
ago [5] 36:25 37:3,4,4,4
agreed [3] 3:6,13,18
aicm [10] 24:24 25:7,22 28:8,21 29: 23,25 30:3,8 33:9 34:23 35:11,17, 22 38:11,14 41:16 43:17 44:8,9,15 46:4 47:8 48:5 54:9 56:8 61:6 63:4 67:10,11,19,21 68:21 69:5 70:17 76:14,24 77:4,7,9 80:9,15,21
ail [1] 172:18
allow [3] 33:22 37:15 56:25
allowed [1] 34:2
already [8] 17:17 34:15,20 46:2 69:

15 75:6
although [4] 1:17 50:25
amend [1] 19:22
amending [1] 20:3
anand [1] 4:18
anatomy [3] 21:16 23:5 71:12
annually [4] 14:14 22:11
another [3] 28:11 76:23 77:3
answer [5] 5:23 15:13 42:13 44:2 79:11
answered [1] 42:9
applicable [1] 39:10
application [26] 16:23 19:20 24:11 31:25 32:2,3 33:12 34:24 37:25 38: 5 39:9,18 53:15 58:4,5,11,14,19 59: 20,24 60:15,20,25 65:25 66:6,16
applications [4] 14:10,22
applied [7] 32:19,22,24 33:2 42:23 43:2 58:23
applies [3] 12:9 16:20 40:22
apply [10] 13:22 16:11 29:11,13,16 32:20 33:6,7 35:17 54:10
applying [1] 56:11
approach [1] 26:25
appropriately [1] 20:7
approval [1] 12:10
approximately [5] 14:9,13,17,24 51:11
april [4] 52:7 57:9 66:8,9
aren't [1] 54:24
around [3] 53:6,8,9
assessment [2] 56:14
assigned [2] 76:4,11
assist [1] 47:17
associate [1] 55:20
assume [5] 5:17 10:10 12:24 71:18, 19
assumed [3] 10:6,9 11:19
assuming [1] 12:2
assumption [1] 75:25
attached [6] 68:18 69:2 80:17
attempt [1] 47:9
attorney [1] 75:3
automatically [1] 70:23
available [1] 39:5
avenue [1] 2:5
aware [15] 32:18,22,24 35:20 37:18, 24 39:16,17,24 40:16,21 41:18,21 42:25 43:3 60:16,24 61:4 73:5

## B

back [18] 5:6 15:11 17:9,23 18:4,7, 20 21:12 27:23 34:12 38:23 47:23 48:2 61:25 68:22 74:5 75:14 76:3
background [1] 15:7
bahama [1] 6:23
base [1] 13:4
based [6] 26:5,7,16 62:5
basic [1] 41:23
basis [2] 22:10
basisc [1] 41:22
became [1] 78:8
become [3] 23:15 39:10 66:19 69:7, 9
believe [8] 32:20 38:24 43:20 47:

14 48:7 68:2 70:14 77:24
better [1] 28:25
between [7] 3:6 28:20,23 29:22 30: 8 46:12 57:9
biochemistry [1] 21:17
biology [3] 13:13 23:17,22
bit [2] 11:4 36:7
blood [1] 83:14
board [21] 30:23 31:3,11,13 32:4,13 33:13,17,21 34:5,8 35:4 37:19 38:9 40:12,23 41:4,11 54:14 56:20,22
body [2] 12:9 40:7
books [1] 16:22
both [7] 11:23 12:4,6,23 16:25 24: 10 45:22
boulevard [1] 2:9
break [7] 5:21,24 28:20,23 29:2,3 63:7
brijette [4] 55:11,24 60:13 66:13
broken [3] 15:24 16:2 25:12
brunswick [3] 4:12 6:12 21:8
business [1] 4:11

## C

call [7] 17:13 18:23 28:3 39:5 46:3 47:12 48:5
called [2] 4:2 28:17
campus [7] 19:17 21:4,5 45:17,20 69:13 76:15
campuses [1] 6:15
cannot [1] 35:3
capuano [52] 2:10 15:3,8 17:15 18: 2 19:2 34:19 35:12 36:2,15 37:11 39:25 41:25 42:5,12 43:24 44:14 46:6,15 48:19,25 51:8 52:6,15,21 54:2 58:6 59:3,7,16 60:3,6 61:15 62:6,12 63:10,24 64:7,15 65:19 69: 24 71:25 73:2 74:10 75:10 78:14, 18 79:18,23 80:2 81:6 82:5
case [8] 4:19 34:5 35:2 41:5 80:14, 21
catalog [4] 18:13,15,16,25
center [5] 45:11,15,16
certain [2] 14:4,12
certainty [2] 71:20,21
certificate [3] 35:8,21 67:22
certification [2] 3:8 83:2
certified [2] 74:21 75:23
certify [2] 83:8,13
chance [2] 49:3 68:12
change [3] 23:12 79:10,16
changed [1] 21:13
charge [1] 16:24
chase [1] 20:17
chemistry [2] 13:16,17
chief [6] 7:10,12,15 11:12,15 12:17
choose [2] 56:25 73:11
chose [1] 19:22
circumstances [1] 74:11
city [2] 76:21,21
ck [1] 54:13
clarification [2] 39:13 79:20
clarify [7] 15:15 48:19 50:6,20 63: 11 73:3 79:13
class [1] 73:8

classes [3] 21:22,24 22:21
classroom [1] 27:5
clear [3] 30:25 36:16 80:6
clerkship [1] 145:13 63:2 69:8,10,
19 76:4,5,10 77:4,14,23
clinic [3] 23:24 26:18 71:13
clinical [45] 7:2,5 8:4,9:18,25 10:4,
6 11:3 23:18,25 24:22 25:9,11,15,
17,17,19 26:21 27:4 28:13 43:13
44:6 45:21 67:6,7,9 68:23 69:8,10,
11,18,21 76:4,5,9,22 77:3,6,14,19,
23 78:21 79:6 80:19,20
collected [1] 60:25
combination [1] 64:5
come [3] 52:3 53:17 68:22
comfortable [1] 79:11
coming [1] 20:25
commented [1] 63:14
commission [3] 35:21 58:12 66:2
committee [3] 12:25 19:19 20:7
committees [1] 12:22
communicated [1] 54:4
comp [1] 56:14,14,17,18 57:7 67:
11,13,16,18 76:7,12
competency [1] 26:24
complete [28] 26:9 29:24 30:3,4,5
31:21 38:11,13 40:14,25 41:13 43:
12,18 44:5,8,19,22 56:6,13 57:5 63:
22 66:21 67:3 69:12 71:7 73:11 76:
7 79:5
completed [13] 8:16,25 9:7 35:5
53:12 56:4 65:15 67:25 68:21 69:5
74:16 80:18 81:2
completely [1] 15:9
completes [3] 28:12 31:12 77:10
completion [7] 28:8 29:23 36:9 54:
8 67:21,22 80:9
component [6] 25:14,15,18 26:22
70:6 80:19
components [5] 26:17,20 27:3 44:
20,22
comprehensive [5] 56:5,7,21 57:
6 67:13
compulsory [5] 25:8,10 67:7 69:
10 76:9
confirm [5] 31:5,17,20 33:16 35:3
confusing [1] 54:12
consider [1] 14:7
considered [2] 13:23 22:17
consist [2] 67:5,19
contact [1] 47:9
contingent [1] 80:8
continue [3] 5:20 65:21 73:11
conversation [4] 49:21,25 50:19
51:24
copy [1] 63:22
core [2] 21:22 27:7
correct [42] 9:24 14:3 16:18,19 23:
11 30:2,10 33:9,10,11 34:3 38:2,3
41:16,17 43:8 52:12 53:12 54:11
56:8 57:6,7 58:16,21 59:2,15,25 60:
2 66:7,10,11,14 69:5,6,17 71:17 73:
20 74:7 77:2 80:10,11,13
cost [1] 18:10
costello [5] 2:4,4,6 4:7,17 15:6,12

17:11,18,22 18:4,20 27:25 34:14
36:6,17 37:16 39:4 40:5 42:3,9 44:
16 45:25 47:21 48:8,23 52:8,12,18,
23 54:5,19 57:14 58:10 59:5,9 60:5,
10 61:11 63:6 64:3,13,18 65:17 68:
6 73:3 74:12 75:5,11,14 78:16 79:
22 82:4
counsel [2] 3:6 80:5
county [1] 83:4
course [63] 20:20,23 21:19 24:5 25:
7,23,24 26:3,10 27:9,19 28:8 30:7
31:22 33:9 34:23 35:5,22 36:13,19
38:11,14 40:14,25 43:13,14,17 44:6,
7,9,10,11,14,20 46:4 50:7 56:15 62:
25 63:3 67:3,4,6,9,20 71:7,8,12,12,
14,14 72:4,6,7 73:11,24,25 77:7 78:
22 79:7 80:9,15,21 81:2
courses [21] 13:22,24,25 21:4 22:
24 23:3,7,12,15 24:2,3,13,16 25:21
29:21 41:23 67:19 71:11 72:15,18,
19
court [9] 1:2 3:21 4:23 5:5,10
courtship [1] 67:7
credentials [1] 20:8
credit [1] 12:7
credits [1] 20:9
cs [1] 54:13
cullen [2] 1:16 2:8
current [2] 39:6,7
curriculum [1] 41:22
cut [1] 20:17

## D

dasrath [113] 4:18 5:1 6:1 7:1 8:1 9:
1 10:1 11:1 12:1 13:1 14:1 15:1 16:
1 17:1 18:1 19:1 20:1 21:1 22:1 23:
1 24:1 25:1 26:1 27:1 28:1 29:1 30:
1 31:1 32:1,18 33:1 34:1,7 35:1,20
36:1 37:1,18 38:1,10,12,17 39:1 40:
1 41:1,18 42:1,25 43:1,11 44:1,4
45:1 46:1,5 47:1,7 48:1,5 49:1,7 50:
1 51:1,6 52:1 53:1,11,19,25 54:1
55:1 56:1 57:1 58:1,7,22 59:1,11,24
60:1,12,16 61:1,2,17 62:1,20 63:1
64:1 65:1 66:1,9 67:1 68:1 69:1 70:
1,15,21 71:1 72:1 73:1 74:1,22 75:
1,8,17,23 76:1 77:1,22 78:1 79:1
80:1 81:1
dasrath's [6] 34:17 36:20 51:2 52:
5 53:2 59:6
date [22] 1:9 19:16 30:17 36:25 44:
13 48:13 53:10 54:24 57:20 59:13
60:4,7,7,10,11,12 61:22 65:2 68:11
75:18 78:12,22
dated [6] 58:25 59:12,13,17,19 66:8
dates [1] 60:8
day [5] 50:10,16 59:9,18 83:18
deadlines [1] 56:3
dean [8] 8:4 9:18,25 11:3 12:25 19:
21,21 20:6
debate [1] 69:22
december [3] 9:22 22:5 59:7
defendant [1] 1:13
define [1] 52:18
department [2] 12:12 29:10

deposition [4] 3:9,18 15:9 79:19
describe [3] 55:7 65:24 68:16
description [2] 10:2,20
design [1] 10:4
details [5] 51:13,14,16,19,23
determinations [1] 13:6
development [3] 11:21,22 55:22
dictates [1] 27:15
didactic [3] 21:20 26:16,19
different [9] 11:4,5 36:7 54:18 64:8
67:17 71:11 76:20 77:19
director [4] 55:20 62:25 63:2,4
disciplined [1] 24:4
disclosure [1] 64:4
disclosures [1] 64:6
discussion [4] 18:18 36:5,10 75:
12
discipline [1] 24:11
district [1] 1:2
dkyman [1] 1:16
doctor [2] 21:17,18
doctoral [1] 9:7
document [33] 6:6 17:7,16,19,21
18:9,12 27:23 34:16 37:9 48:9 54:
22 55:3 57:18,24 58:25 60:9 64:19
65:12,14,16 66:4 68:7 69,13,16,17,
22 75:2 80:16,25 82:2,5
documentation [1] 75:7
documents [12] 12:19,21 34:12 44:
24,25 63:13,15,16,17,19
doing [2] 28:4 41:6
dominica [10] 6:19,21,22 21:6,8,9
45:15 69:14 76:17,21
done [3] 31:15 48:22,24
double [1] 62:7
down [3] 5:11 25:12 59:21
duly [2] 4:3 83:10
during [6] 26:10 29:4,11 36:9,13,19
duties [1] 12:17
duty [1] 12:13
dykman [1] 2:8

## E

e-college [4] 68:3,5 72:5,8
e-mail [11] 47:12 48:5,7,11 49:7 50:
9,22,25 51:2 80:8 82:1
each [4] 45:12 68:18
earlier [4] 43:21 52:17 63:13 70:14
easier [1] 64:2
ecfmg [4] 60:17 61:5 78:9
education [23] 11:7,8,10,22 12:5,5,
8,8,12 19:7,8 25:14,15,17 29:10 57:
17 64:20,23 69:22 70:6 80:24 82:3,
13
educational [3] 10:4 58:12 66:2
effect [1] 3:20
eight [1] 7:16
either [9] 13:2,2,7 27:17 32:15 34:
13 62:25 64:17 75:2
elaborate [1] 42:19
electronically [2] 31:15 47:6
eligibility [1] 57:9
eligible [9] 31:18 34:24 57:4 59:14
66:20 69:8,9 74:8 77:13 78:2,9,24
80:7

elizabeth [2] 8:19,20
employed [4] 6:9 55:14,16,17
employment [5] 39:7 57:17 64:21,
24 82:12
end [4] 10:15 26:2 78:20 80:19
enrique [1] 63:5
enrolled [18] 16:7,10 19:11 29:15,
17 30:13 37:5,7 43:16,23 52:4,11,
14,22,24 53:3 59:24 77:22
enrolling [1] 12:18
enrollment [3] 16:17 36:20 39:11
ensure [1] 12:22
entities [2] 54:16,18
entitled [1] 64:19
esq [2] 2:6,10
esqs [1] 1:16 2:4,8
essentially [4] 24:7 52:6,16 63:24
established [2] 42:6 69:16
ethics [1] 21:19
evaluated [2] 20:7 26:24
evaluation [9] 27:2 68:18,24,25 80:
18
even [1] 14:6
events [1] 42:20
exact [4] 36:24 44:12 75:18 78:11
exactly [1] 42:14
exam [36] 28:6 27:10 28:11,22 30:9,
18,20 32:19 33:3,17,23 34:3,8 41:2
45:15,16 46:3,12,17,20 56:5,7 57:6
59:15 62:4,11,14 66:6,17,20 67:18
76:7 78:2,6,10 80:7
examination [29] 1:12,4,6 27:12
28:16 30:16,17,24 31:7,18,23 32:17,
21 33:25 35:6 40:15 41:14 45:11
46:22 56:4,16,21,22 57:3 58:17 66:
23 74:19 77:11 79:25 82:3
examinations [1] 26:16
examine [1] 62:21
examined [1] 4:4
examiner [2] 33:13 56:21
examiners [17] 30:23 31:3,12,14
32:5 33:18,22 34:6 35:4 37:20 38:9
40:13,23 41:4,12 54:15 56:23
exams [1] 67:17
except [3] 3:13
exchange [1] 19:13
exhibit [13] 48:12,16 54:23 55:6 57:
19,23 64:25 65:6,23 66:5 68:10 80:
4,13
expand [1] 26:20
explain [2] 22:8 31:8
explanatory [1] 72:3
extent [9] 28:5 34:15,19 39:5 42:12
46:2,7 61:13 75:5

## F

faculties [1] 12:14
faculty [6] 10:6 11:20,21 12:22 19:
19 27:4,20 28:3
fail [3] 43:7,10 44:11
failed [6] 43:4 49:10 51:3 69:3 70:
16 72:6 74:2 80:15,22 81:4
failing [12] 44:18 47:8,13,18 48:6
50:23 51:3 61:5,25 62:4 70:17 73:6
fails [5] 34:23 42:21,22 62:2,10

**fairly** [1] 58:18
**falls** [1] 62:15
**familiar** [1] 16:17
**far** [1] 5:13
**fee** [2] 16:23 17:4
**feel** [2] 20:6 79:11
**fellowship** [1] 8:25
**fernandez** [7] 49:12,15,18,22 50:2,5 51:12,20 63:5
**fifth** [1] 24:20
**fifty** [1] 16:13
**file** [3] 39:17 63:21,23
**filed** [1] 60:16
**filing** [3] 7 39:17
**filling** [1] 30:12
**final** [1] 26:6
**fine** [2] 44:6 65:21
**finish** [1] 6:9
**finished** [2] 48:18 65:9
**first** [22] 4:3 9:16 21:2,10,11,25 22:3,4,6,12,13,14,17 23:3,6 25:8,10,19 28:15 30:15 67:7 69:10
**florida** [1] 76:17
**follow** [2] 17:12 46:9
**follow-up** [7] 18:3,22 28:2 51:12 61:12 75:7 79:24
**following** [1] 74:14
**follows** [1] 4:5
**force** [1] 3:20
**foreign** [2] 58:12 66:2
**forgive** [1] 76:6
**form** [4] 3:14 31:13 42:8 68:18
**forth** [1] 83:10
**forward** [2] 74:4,6
**four** [5] 15:22 16:4 22:10 24:13 37:4
**four-year** [1] 15:21
**fourth** [2] 24:14,17
**frame** [1] 46:12
**freeport** [1] 6:23
**front** [2] 48:15 65:5
**fulfill** [1] 71:3
**fulfilling** [1] 43:21
**fully** [2] 43:16,22
**further** [6] 3:12,17 73:19,23 81:7 83:13

**G**

**gary** [2] 83:6,21
**gave** [2] 6:11 10:11
**general** [2] 40:18,20
**generally** [1] 47:5
**generic** [1] 58:18
**getting** [1] 35:14
**given** [15] 20:19,22 27:16 46:12,18 47:7 67:22 68:20 76:14,16,25 77:17,18 79:9 83:12
**giving** [1] 29:21 55:25
**got** [1] 51:18
**governing** [1] 40:7
**gpa** [1] 14:4
**grade** [25] 26:2 33:25 37:2 44:10,18 45:4,5,8,10,14 47:8,13,18 48:6 49:10 50:23 51:3,7 61:5 62:2,2,4,5,10 73:7

**grades** [12] 35:24 36:8,13,21 45:12 47:4 52:5 53:2 62:21 68:2 72:11 73:6
**grading** [1] 39:11
**graduate** [8] 8:6,9,17 11:22 14:25 16:9 58:13 66:3
**graduation** [3] 8:15 14:20 70:8
**grand** [1] 6:23
**gross** [1] 23:4
**grounds** [1] 20:2

**H**

**half** [2] 7:16 15:22
**hand** [1] 83:18
**handbook** [2] 71:6 73:10
**hands-on** [4] 69:19 70:4,5,12
**happen** [1] 42:16
**happens** [4] 19:5,12 28:7 33:20
**hear** [1] 5:4
**held** [3] 1:15 18:19 75:13
**help** [1] 44:25
**hereby** [3] 3:5,9 83:7
**herein** [1] 83:10
**hereto** [1] 3:7
**hereunto** [1] 83:17
**herself** [1] 38:20
**highlighting** [1] 48:20
**highway** [2] 4:12 6:12
**history** [1] 26:15
**hold** [1] 7:21
**hospital** [2] 8:19 26:23
**however** [1] 44:4
**humanities** [1] 13:20
**hypotheticals** [1] 46:17

**I**

**idea** [1] 16:9
**identification** [5] 48:12 54:23 57:20 65:2 68:10
**ii** [1] 58:20
**iii** [1] 58:20
**immediately** [2] 8:11 77:8
**include** [1] 13:12
**including** [1] 64:12
**incumbent** [1] 73:4,7
**independent** [1] 33:14
**indicate** [1] 81:3
**indicates** [1] 81:2
**individual** [1] 54:3
**ineligible** [2] 78:25 79:4
**inferring** [1] 54:16
**information** [9] 15:7 57:18 64:21,24 82:12
**inhibit** [1] 6:3
**initial** [2] 19:5,15 64:4
**inorganic** [1] 13:16
**inspect** [2] 62:3,11,14
**institution** [4] 13:15 73:15,18,22
**institutions** [2] 56:24 77:20
**instruction** [1] 56:2
**instructions** [1] 5:14
**instructor** [1] 37:22
**intake** [2] 12:12,13,14
**intakes** [1] 22:10
**interested** [1] 83:16
**internal** [1] 8:16

**introduction** [14] 23:18,23 24:21 25:16 26:17 28:13 43:13 44:5 67:8 69:11 71:13 76:8 78:21 79:6
**involved** [2] 11:6 39:10
**irrelevant** [1] 15:10
**isn't** [1] 43:15
**issuance** [1] 28:21
**issued** [4] 25:24 26:2 31:24 69:4
**itself** [3] 25:23 59:20 67:20

**J**

**january** [6] 7:23,24 10:16 11:11 22:13,16
**jersey** [3] 4:13 6:13 8:20
**job** [3] 10:2,3,20
**joined** [1] 9:13
**joseph** [2] 2:6 4:17
**judge** [1] 38:9
**jumbled** [1] 35:15
**june** [1] 46:18
**justin** [5] 2:10 17:11 27:25 34:14 61:11

**K**

**kept** [1] 45:10
**kind** [2] 27:10 63:19
**kings** [1] 8:20
**kitts** [1] 6:23

**L**

**laboratory** [3] 13:14,17,18
**lack** [1] 28:25
**last** [2] 18:5 47:24
**lawsuit** [2] 4:21 15:4
**least** [1] 13:20
**leave** [2] 42:23 43:2
**left** [1] 64:14
**letter** [8] 19:15,18,25 20:3 55:8,24 70:25 71:4
**liaison** [1] 12:11
**license** [1] 74:18
**licensing** [4] 28:16 30:16 58:17 77:11
**licensures** [1] 12:10
**likely** [1] 61:10
**limited** [1] 13:13
**line** [1] 74:14
**litigation** [1] 37:13
**little** [3] 15:5 35:14 36:7
**location** [2] 45:21 76:23
**log** [1] 72:10
**longer** [1] 55:14
**look** [5] 37:2 45:3 48:17 51:6 55:3 64:16 65:7
**looking** [2] 14:13 44:23
**looks** [1] 66:12
**lost** [1] 60:5

**M**

**made** [7] 39:24 40:16,20 53:14,22 59:24 64:7
**magic** [1] 48:21
**main** [1] 6:13
**mainly** [1] 12:3
**major** [1] 25:13

**mandated** [1] 12:7
**many** [7] 14:9,24 15:2,16,18 16:9,12 50:4 52:25
**march** [5] 58:25 59:12,19 60:3,13
**mark** [5] 37:16 48:8 54:19 57:15 68:7
**marked** [12] 48:11,15 54:22 55:2 57:18,23 64:19,24 65:5,22 68:9 75:8
**marker** [1] 48:21
**marriage** [1] 83:15
**material** [1] 72:9
**mathematics** [1] 13:19
**matriculatd** [1] 28:9
**matriculate** [3] 19:6,14 20:25
**matriculated** [2] 22:21 24:14
**matriculates** [2] 19:9 20:15
**matter** [4] 24:9 33:6 63:17 83:16
**mean** [6] 10:8 20:10 25:11 40:19 45:6 46:23 54:3 60:3
**medical** [57] 11:7,8,23 12:4,8,23 13:11 14:14,19 15:18,20 16:4,8 18:16 19:7 20:11,12 21:12,19 22:9 24:5 28:16 30:16,23 31:3,11,14,20 33:7 33,18,21 34:6,8 35:4 37:19 38:9 40:13,23 41:4,11 45:24 54:15 56:20,23,24 57:17 58:13,17 64:20,23 66:3 70:6 74:18 77:11 80:24 82:3,13
**medication** [1] 6:2
**medicine** [30] 1:14 7:4,7 8:16 9:8 10:5,7,23,24 11:18 13:8,8 16:25 17:2 18:25 20:16,17 23:19,25 24:22 25:17 26:18 28:13 31:17 43:13 44:6 45:22 53:4 67:9 68:19 69:12 71:14 73:13 76:9 78:22 79:6
**members** [1] 27:5
**members'** [1] 27:21
**memory** [1] 21:16
**merola** [2] 83:6,21
**met** [2] 32:15,16
**miami** [8] 45:16,18,20 49:10 51:3 76:16
**michael** [1] 38:24
**micro** [2] 23:17,22
**might** [1] 17:16
**misunderstand** [1] 80:16
**moment** [1] 55:3
**money** [2] 16:22 61:2
**month** [3] 59:10 75:19 78:13
**months** [3] 7:16 13:18 15:23
**morning** [1] 4:14
**most** [1] 61:10
**move** [2] 15:12 65:17
**ms** [4] 55:8,10,24 59:19
**much** [1] 70:12
**must** [3] 26:8 56:13 67:2

**N**

**name** [3] 4:8,17 18:14
**names** [2] 27:21 28:4
**nancy** [4] 1:14 4:10 81:10 82:4
**national** [30] 20:22 31:3,11,13 32:4 33:13,17,21 34:5,6 35:4 37:19 38:9 40:12,23 41:4,11 54:14 56:20,22 73:7
**nature** [2] 47:19 79:14

nbme [15] 31:10 32:7 34:9,18 37:19 39:16 53:12 54:9 56:5,7,12 67:12, 15,16 76:7
necessarily [1] 65:15
need [7] 5:21 19:15 24:13 30:12 35: 7,16 72:4
needs [1] 63:10
negative [1] 62:8
nephrology [1] 9:2
new [9] 1:17,17,18 4:4,13 6:12 8:20 83:3,7
next [4] 9:6 19:5 28:10 59:5
non-responsive [1] 65:18
north [3] 4:12 6:12 21:8
notary [1] 1:17 3:19 4:3 83:6
noted [1] 81:8
nothing [2] 64:13 79:21
notification [3] 19:10 71:24 72:25
notified [8] 38:9 40:12 47:2 61:5 67:24 70:20,22 71:16
notify [7] 32:13 33:17 38:12 40:6 41:3,6,11
number [3] 42:15 57:15 65:6

## O

object [1] 15:4
objection [13] 36:2 37:11 41:25 42: 4,8 43:24 46:15 51:8 54:2 59:16 62: 6 73:2 74:10
objections [1] 3:13
obviously [1] 58:22
october [2] 1:9 83:18
office [15] 6:13 17:9,23 27:23 39:22 40:4 41:8,9 48:22,24 55:13,21 60: 21,22 75:3
officer [4] 7:10,12,15 12:18
offices [1] 6:16 11:13,16
okay [10] 6:7,19,25 25:4 48:25 49:2 ,55:5 61:15 65:10 75:10
on-line [2] 31:15 72:5
once [6] 19:14 20:14 46:12 53:4 64: 19 69:12
one [11] 6:24,25 13:18,19 20:10,12 23:20 26:5 44:9,10 70:7
one-grade [1] 25:24
only [5] 5:22 21:12 58:7,8,22
oral [1] 27:12
orally [1] 47:3
order [9] 1:15 12:20 13:23 24:13 30:12 35:17 41:15 42:16 46:21,24 56:6 76:4 78:2
organic [1] 13:17
originally [1] 48:21
other [3] 31:9 46:16 74:5
out [1] 64:14
outcome [2] 38:4 83:16
over [2] 50:6 79:19
oversaw [1] 10:23
oversee [1] 12:13
own [1] 68:15

## P

page [3] 58:8,9 82:3
pardon [1] 45:19
part [19] 12:17 23:2,4 24:18 36:4,11 37:13,14 41:8 56:10 57:17 58:16

64:20,23 71:6 73:21 76:22 82:3,13
particular [1] 44:7
parties [2] 3:7 83:14
partnership [1] 77:20
partnerships [1] 10:4
parts [1] 25:13
party [1] 64:17
pass [1] 13:25 24:13 28:15 35:17 41:16 42:7 56:8 67:12 71:11 72:6 78:4
passed [14] 13:22 33:8,8 34:8 41: 21 46:22 54:10 69:2 72:15 78:5 80: 14,20,22 81:3
passes [1] 22:20
passing [2] 72:18 77:9
past [1] 63:18
pathology [3] 23:18,22,23
patient [4] 21:17,18 26:23,25
patients [1] 24:8
pays [1] 19:4
percent [1] 16:13
performance [2] 68:24,25
period [3] 29:3,6 57:9
perri [10] 1:14 4:10,14 48:14 54:25 58:6 65:4 79:8 81:10 82:4
person [1] 80:24
pharmacology [1] 23:17
phone [2] 47:12 48:5
physical [3] 6:20 26:15,25
physics [1] 13:19
physiology [1] 21:16
place [1] 39:7
plaintiff [3] 1:15 4:18 80:14
plaintiff's [16] 48:11,16 54:22 55:2, 6 57:15,19,23 64:25 65:6,23 66:5 68:9 80:3,5,12
please [24] 4:8 5:2,5,22 6:17 22:8 26:20 31:8 37:17 46:9 47:23 48:9, 17 54:20 55:2,7 57:14 58:2 64:19 65:7,23 68:6,7,16
point [13] 15:11 16:22 23:13,16 32: 6 39:8,23 47:18 52:3 53:17 59:14, 23 69:24
policy [1] 13:5
portion [1] 65:18
portsmouth [4] 6:19,21,22 76:19
position [5] 7:8,22 9:16 10:11 13: 23
post [2] 8:17 9:7
posted [3] 47:4 68:3,4
practical [2] 24:2 26:14
pre-clinical [1] 69:13
pre-medical [1] 25:13
preference [1] 27:13
preparation [3] 6:7 17:24 27:7
preparatory [2] 56:15,15
prerequisite [3] 13:5,10 74:17
prerequisites [1] 13:9
present [1] 13:11
president [4] 7:19 8:2 10:17 16:15
primarily [1] 10:3
primary [1] 42:24
prior [3] 7:17 41:2 52:6
probably [5] 14:14 16:13 64:11 69: 25 77:19

procedure [1] 70:20
process [3] 16:17 30:21 31:9
processed [3] 31:25 32:3,4
procure [1] 10:3
produced [4] 47:17 58:9 64:2,17
produces [1] 56:23
production [4] 17:14 18:24 28:3 46:3
productions [2] 64:8,9
professional [2] 11:21 55:21
professor [2] 27:13 46:13
program [26] 8:17 11:7,8,9 12:7 13: 2,7 15:19,20,21,21,22 16:8 19:7 21: 20 22:9 25:12 28:14 29:11 42:18 49:11 51:4 71:9 73:12,22 80:19
programs [2] 12:4 56:24
progress [7] 29:19,20 31:6 32:10 72:14,16 74:20
promised [1] 49:11
promote [1] 71:8
promoted [2] 10:17 11:12
proper [1] 76:5
provide [1] 46:8
provided [12] 28:6 34:16,21 46:2,7 51:23 64:4,12 72:24 75:2,6 79:12
public [4] 1:18 3:19 4:4 83:6
purposes [2] 12:10 20:8
pursuant [1] 1:15

## Q

quentin [1] 2:9
question [22] 3:14 5:2,5,9,17,23 15: 14,15 18:3,5,7 28:24 36:16,18 42: 10 47:20,22,24 48:2 54:17 63:12 79:15
questioning [1] 74:15
questions [5] 4:21 37:15 79:24 80: 5 81:7

## R

rather [1] 71:20
re-register [6] 43:14 70:16 72:19, 21 73:8,15
re-registering [1] 73:13
read [5] 5:6 18:4,7 47:23 48:2
readiness [2] 33:16 57:2
reading [1] 24:9
ready [3] 33:18,19 55:4
really [1] 69:23
reason [4] 44:17 60:19 61:21 79:3
reasons [1] 42:24
recall [26] 17:5 27:20 32:11 37:9 38: 4 42:14 47:10,11,15 48:4 49:6,14, 17,20,24 50:4,16,18 51:14,16 52:2, 25 53:5,21,24 54:6 61:16 75:18
receive [5] 14:10 35:8 46:19
received [8] 35:21 44:18 48:4 49:7 50:9 51:7
receiving [2] 47:11 71:23
recess [1] 63:8
recognize [5] 57:24 65:11,14,14,15
recommendation [12] 12:25 19:21, 22,23,24
reconciled [3] 4:9 17:23 18:17,19,21 36:12 61:14,21 63:20 75:11,13,15 83:11

recruit [1] 10:6
recruited [1] 12:15
recruitments [1] 11:20
refer [1] 25:3
referred [3] 18:6 24:23 47:25
referring [4] 44:15 51:9,15 60:11
reflect [3] 18:10 34:17 45:11
reflected [5] 17:6 27:22 34:11 60: 20 74:25
regarding [4] 47:12 48:6 50:20,22
register [7] 30:19 31:2,9 42:22 43: 5,7,10
registered [4] 30:15,18 31:20 73: 24
registering [1] 31:10
registrar [14] 31:5,16 32:15 35:3 38:8,19,21,22 40:6,11 41:3,10 54:7 61:9
registrar's [7] 39:21 40:3 41:8,9 55:13 61:14,21
registration [3] 30:21 31:13 56:2
regulatory [4] 10:7,10 11:23 12:3
rejected [6] 39:19,21 40:3,8 60:17, 20
related [3] 63:13,17 83:13
relation [1] 15:4
release [2] 33:25 46:13
remain [2] 29:17 30:13
remains [3] 29:14 43:16,22
remember [7] 36:24 44:3,12 50:24 78:11,13,22
rendon [1] 38:25
rendon's [1] 39:6
repeat [1] 76:12
rephrase [4] 5:2 36:17 62:9 78:14
report [2] 19:16 21:8
reporter [4] 4:23 5:6,10 18:8 48:3, 13 54:24 57:21 65:3 68:11
represent [1] 4:18
request [2] 62:17,24
requested [1] 62:21
requests [2] 62:16 82:17
required [10] 21:23 22:21 24:5 25: 21 27:5 28:14 29:7 33:15 40:15 41: 5
requirement [2] 32:16,17
requirements [16] 13:11,12 20:20, 23 21:11 25:2,6 30:8 41:13 43:22 51:11 66:22,25 69:13 71:3 74:18
requires [1] 14:5
requisite [1] 31:22
reserved [1] 3:14
respect [2] 80:3,12
respective [1] 13:7
respond [1] 5:9
response [4] 50:10 51:10 65:20,20
responses [1] 14:24
responsibilities [1] 11:19 12:24
responsibility [1] 11:20
results [1] 46:20
retake [3] 71:8,14 72:19
return [1] 42:22
review [13] 6:6 12:19,21 35:24 36: 21 49:3 63:14,16,25 64:15 65:8 68: 12 72:11

reviewed [10] 17:24 36:8,12 37:10 52:5,20 53:2 63:13,17 64:10
reviewing [1] 58:7
reviews [2] 19:20 72:4
reyes' [1] 36:9
right-hand [1] 59:21
roation [1] 27:8
role [8] 10:7,10 11:3,15,23 12:3
rolls [1] 12:2
roosevelt [1] 2:9
roseau [1] 76:17
ross [42] 1:13 4:19 6:10,13 7:9,11, 20 8:3,6 9:13,17 12:20 14:5 16:17, 21 18:14 20:11,15 27:14 31:19,25 32:3,6,9,13 36:20 37:6,8 38:18 39: 12 42:11 52:4 53:18 55:15,16,17 59:25 60:21,25 61:4,16 75:16
rotation [8] 25:9,11 26:21 27:4 69: 3,3 77:6 80:21
ruling [1] 37:17
rulings [1] 82:24
runs [3] 22:4,6,9

## S

same [3] 3:9,19 5:11
sat [3] 37:19 39:16 41:19
satisfactory [7] 29:18,20 31:6 32: 10 72:13,16 74:20
saw [1] 48:7
saying [3] 44:3 55:23 70:4
says [3] 19:15 55:7 80:6
school [47] 1:13 7:4,7 10:5,7,22,24 11:7,9,17,18,24 12:9,23,24 14:2,6, 14,15,19 15:19,20 16:4,25 17:2 18: 16,24 20:11,13,13,15,16 22:9 24:6 29:4,15 31:17 34:12 36:14 39:2 45: 23,24 53:4 56:24 68:19 72:23 73: 13
science [2] 41:22,23
sciences [4] 8:5 9:18,25 13:14
score [2] 34:17 46:19
scores [1] 46:13
sealing [1] 3:8
second [9] 22:22,25 24:18 66:16 77:14
secured [1] 72:10
see [5] 4:22 59:3 60:10 72:17 73:6
seems [2] 15:5,9
sees [1] 72:14
self [1] 56:14
self-assess [1] 57:2
semantics [1] 69:25
semester [26] 13:18,19,20 15:24 20:6 21:2,11 22:2,3,4,6,13,14,22,25 23:3,6,10 24:14,17,19,20 26:11 28: 5,10 70:7
semesters [1] 22:17
sena [7] 55:9,10,11,24 59:19 60:13 66:13
send [3] 32:8,9,11
sent [3] 19:10,18,24
separate [1] 80:15
september [4] 22:5,15,16 57:10
series [3] 4:21 26:7 80:4
services [1] 11:3

set [2] 83:10,17
setting [1] 27:6
settlement [3] 36:4,10 37:14
seven [4] 58:7,8,9,9
seventy-eight [3] 77:6,15 78:3
several [1] 60:8
shall [4] 3:9,14 12:19 14:19
shared [1] 47:5
she's [2] 36:12 52:19
sheet [3] 45:4 46:4
sheets [4] 45:5,8,10,14
short [4] 46:21,24 63:7,8
show [1] 54:25
side [1] 59:21
signature [2] 32:14 59:6
signed [6] 3:19,20 60:12,13 66:9, 12
similar [3] 11:2 66:4 76:18
since [2] 7:23 21:14
sit [8] 28:11 34:3 41:15 56:3 57:4 59:14 78:9 80:7
site [3] 68:24 72:11 76:22
sitting [1] 56:11
situation [1] 34:22
six [1] 13:18
sixty-five [1] 77:19
sixty-nine [1] 7:2
skills [1] 26:15
society [2] 21:17,18
somewhere [2] 17:6 60:21
sorry [7] 23:4,21 39:25 55:23 56:19 59:11 68:4
sort [2] 35:8 70:25
speaking [4] 20:16 51:15 70:10,11
specific [7] 11:25 20:6 24:4 35:13 44:21 53:6 54:3
specifically [3] 50:21,24 53:10
specify [1] 60:7
spoke [5] 36:3 49:9,14,17 50:5
sponsorship [6] 53:18,25 61:17, 22 75:17,22
spring [3] 27:19 28:4 29:2
st [2] 6:22 8:19
standard [1] 13:10
state [7] 1:18 4:4,8 50:11 51:5 83:3, 7
stated [3] 39:15 51:11 62:7
statement [3] 36:9 80:23
states [10] 1:2 7:3,6 28:15 30:16 57: 8 58:17 59:21 77:11,21
steer [1] 15:11
step [41] 28:15,17,19,21,24 29:22, 25 30:9,15,20 32:19,21 33:3 34:25 35:18 39:18 40:24 53:15 54:13,13 56:4,16 57:3,11,12 58:15,20,23 59: 15 66:6,17,20 74:9,21 75:24 77:12 78:2,6,10,24 80:7
still [2] 22:17 34:2 37:5 39:2 50:11 52:13 74:8
stipulated [3] 3:5,12,17
stphrao [1] 18:17
street [1] 1:17
strictly [1] 20:16
strike [2] 65:17,19
studdent [1] 43:16

student [82] 11:21 12:20 13:3,7 14: 7 16:20 19:4,19,24 20:4,5,14,24 21: 2,12 22:20 26:8,22 27:8 28:9,12 29: 4,7,10,13,14,16 30:12,19,22 31:12, 18,20,21,24 32:10,15 33:6,8,12 34: 23 35:7,16 40:13,22,24 41:12,16 42: 16,22 46:18 54:9 58:4,11 62:2,10, 14 66:19 67:22 68:21 69:2,5,7 70: 18 71:5,6,22 72:4,10,14 73:5,9,10, 16,17,21 74:19 76:7,11 77:10 80:14, 20
student's [2] 39:11 45:11
students [22] 10:5 12:14,18 13:3, 21 16:9 19:6 22:12,13,15 24:12 35: 5 42:21 46:14,21 47:6 55:21,25 57: 2 63:20 67:2 72:20
students' [1] 33:16
studies [3] 23:24 36:13
subject [1] 24:9
submitted [2] 37:25 66:16
subscribed [1] 81:11
subsequent [1] 52:9
substance [2] 49:21 50:19
successful [2] 71:10 80:9
successfully [12] 29:8 30:4,5 35:6 38:10,13 40:14,25 41:12 43:12,18 44:4,8,20 56:13 66:21 67:2,25 69: 12 71:7 73:10 74:17 79:5
sum [2] 49:20 50:18
summer [1] 29:2
sworn [4] 3:20 4:3 81:11 83:10
system [1] 72:9

## T

tangentile [1] 16:5
teach [1] 27:5
teaching [2] 27:18 77:20
technology [1] 72:9
term [1] 28:25
terms [2] 40:18,20
test [1] 45:12
tested [1] 27:8
testified [6] 4:5 40:2,5 43:20 52:19 70:14
testify [1] 6:4
testimony [6] 6:7 17:25 43:25 79:8, 17,20 83:9,12
testing [1] 33:14
tests [1] 45:9
theorhetical [2] 24:3,6
third [6] 6:24,25 22:14 23:10,20 24: 19
though [3] 22:18 43:15 78:17
three [4] 22:6 37:4 64:8,11
title [1] 55:19
today [11] 4:15,19,23 6:3,4,7,8 17: 25 63:15,16 79:9
total [1] 14:16
traditionally [1] 26:23
training [7] 7:3,6 8:17 9:8 68:23 70: 4,5
transactions [1] 39:24
transcribed [1] 44:10
transcript [2] 45:6 83:11
transfer [3] 20:4,10,12

transferring [2] 20:5,8
transplant [2] 9:2,8
trial [2] 1:12 3:15
trimester [1] 22:20
trimesters [2] 15:25 16:3
true [3] 43:15 63:15 83:11
try [1] 47:17
tuition [9] 16:22,24 17:4 18:10 19:5, 12 61:23 73:19,23
twelve [1] 15:23
twenty-one [1] 7:5
twice [2] 32:23,25
two [12] 5:11 23:2,4 25:13 37:3 42: 24 46:25 54:13,15,17 64:5 79:23
typically [2] 24:23 46:11,18

## U

u.s [3] 6:12 12:12 29:9
under [2] 19:2 74:10
undergrad [2] 13:14 14:2
undergraduate [1] 14:6
understand [9] 4:25 5:13,17,18 28: 24 30:2 47:19 78:19 79:14
understands [2] 71:5 78:17
united [8] 1:2 7:3,6 28:15 30:16 58: 17 77:11,21
university [19] 1:13 4:19 6:10 7:11, 20 8:7 9:13 12:20 14:5 18:15 27:15 31:4,16,19 33:15 35:3 36:20 38:8, 18,21 40:11 41:3,10 42:11 54:7 55: 12,13 66:22,24 68:23
unless [3] 68:20 69:4 73:23
unsuccessful [1] 76:13
until [7] 5:8,23 8:23 9:10,11 10:14, 15
up [9] 9:9 15:24 16:2 17:12 34:5 46: 9 70:7
uslme [35] 34:24 35:17 37:25 39:9, 18 40:3,24 41:15,19 43:22 53:15,19, 25 54:11,13 56:16 57:3,5,12 58:15 59:15 61:18,23 66:6,16,20 74:9,21 75:17,23 78:2,6,9,24 80:7
usmle [11] 28:19,21 29:22,25 30:8, 20 31:9 32:19,21 33:3,7
utilize [1] 56:25

## V

various [1] 56:3
verbal [1] 4:24
vertically [1] 59:21
veterinarian [17] 7:7 10:24 11:9, 10,18,24 12:5,8,23 13:8,12 14:15 15:21 17:2 19:7 20:13 45:23
vice [4] 7:19 8:2 10:17 16:15
voluntary [1] 12:9

## W

wait [2] 5:8,22
waiting [1] 50:11
waived [1] 3:10
wall [1] 1:16
warning [2] 70:25 71:4
way [9] 15:17 27:16 32:12 76:6 83: 15
week [1] 46:25
weeks [3] 77:6,16 78:3

**whereof** [1] 83:17
**whereupon** [10] 18:6,18 47:25 48:
 10 54:21 57:16 63:8 64:22 68:8 75:
 12
**whether** [13] 13:6 39:16 42:6 46:21
 58:19 69:2 71:12 72:6,12 75:22 80:
 13,20 81:3
**whom** [1] 6:9
**will** [19] 5:2,17,20 15:12 17:11 18:
 22 20:17 25:3 28:2,2 29:17 33:22,
 25 36:17 46:8 47:21 61:12 73:3 75:
 6
**windows** [1] 56:3
**withdraw** [2] 47:21 75:16
**withdrawn** [13] 42:17 70:16,19,24
 71:2,16,23 72:23 73:18 74:13,23
 75:9,22
**withdraws** [1] 73:16
**withdrew** [3] 53:18,24 61:17
**within** [6] 3:8,18 25:23 67:20 83:7,
 11
**without** [4] 14:13 44:23 71:23 72:
 24
**witness** [5] 4:2 17:20 79:21 82:3
 83:17
**witness(es** [2] 83:9,12
**words** [4] 46:16 55:7 68:15 74:5
**work** [11] 8:11 24:5 31:22 35:5 40:
 14,25 67:3,4,6 72:4 73:24
**worked** [1] 55:12
**working** [1] 24:8
**works** [1] 55:11
**writing** [6] 17:12 18:22 28:2 46:10
 47:3 51:24 61:12 62:18
**written** [2] 26:16 27:11

---

## Y

**year** [16] 7:24 9:3,9,20 11:12 13:13,
 16,17 14:11 15:22,24 18:10 21:11
 22:7 37:3 59:10
**years** [7] 15:2,16,18 16:5 37:3,4,4
**york** [6] 1:17,17,18 4:4 83:3,7

Sheet 6

whereof - york