**EXHIBIT "P"**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANAND DASRATH,

                Plaintiff,

-against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                Defendant.

------------------------------------------------------------X

Case No.: CV 07-2433
(CBA)
(RER)

CERTIFICATE OF AUTHENTICITY
OF BUSINESS RECORDS
PURSUANT TO FEDERAL
RULE OF EVIDENCE 902(11)

      I, William C. Kelly, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746 that the information contained in this declaration is true and correct. I am employed by the Educational Commission for Foreign Medical Graduates ("ECFMG"), and my official title is Associate Vice President for Operations. I am a custodian of records for such business entity. I state that each of the records attached hereto is a true and correct copy of an original record in the custody of ECFMG, and that I am the custodian of the attached records consisting of __586__ pages.

      I further state that:

      A.    such records were kept in the course of a regularly conducted business activity of ECFMG; and

      B.    any such records created by ECFMG were done so in the course of its regular business activities.

_November 10, 2010_
Date

_[signature]_
William C. Kelly



| | |
|---|---|
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | 3624 Market Street<br>Philadelphia PA 19104-2685 USA<br>215-386-5900 : 215-386-9767 Fax<br>www.ecfmg.org |

Personal and Confidential
Via Federal Express

October 9, 2009

Mr. Anand Emanuel Dasrath
89-25 209 St.
Queens Village, NY 11427

Re: USMLE®/ECFMG® Identification No. 0-704-162-7

Dear Mr. Dasrath:

On behalf of the Educational Commission for Foreign Medical Graduates (ECFMG) Medical Education Credentials Committee, I am writing to inform you the Committee has completed its review of the allegation you engaged in irregular behavior in connection with your failure to notify ECFMG of a change in your eligibility after you applied but before you took the United States Medical Licensing Examination® (USMLE) Step 1 on July 27, 2006, and in your taking the USMLE Step 1 on July 27, 2006 when you were not eligible to take this examination. The ECFMG Committee reviewed this matter at its October 1, 2009 meeting.

In advance of the review, the members of the Committee were provided with the documents listed in my August 9, 2007, March 12, 2008, June 6, 2008 and August 13, 2009 letters.

The ECFMG Committee considered the documentation presented to it. Following careful review, the ECFMG Committee determined that you had engaged in irregular behavior in connection with your failure to notify ECFMG of a change in your eligibility after you applied but before you took the USMLE Step 1 on July 27, 2006, and in your taking the USMLE Step 1 on July 27, 2006 when you were not eligible to take this examination. The ECFMG Committee took action to bar you from admission to all ECFMG examinations and from ECFMG Certification for a yet to be specified period of time, to refer this matter to the USMLE Committee on Irregular Behavior and Score Validity, and to review this matter again after the USMLE Committee's decision.

In accordance with ECFMG policies and procedures, a permanent annotation that you engaged in irregular behavior will be included in your ECFMG record. This annotation shall appear on your ECFMG Certification Verification Service (CVS) Report and ECFMG Status Report. Additional information explaining the basis for the finding of irregular behavior and the resulting action will accompany every ECFMG Status Report and CVS Report and may also be provided to legitimately interested entities. In addition, ECFMG will report the determination of irregular behavior and bar from

**ECFMG AED - 000198**

Mr. Anand Emanuel Dasrath
October 9, 2009
Page 2

admission to all ECFMG examinations and from ECFMG Certification to the Federation of State Medical Boards, state medical licensing authorities, directors of graduate medical education programs, and other interested entities.

As noted in the enclosed ECFMG Rules of Appellate Procedure, decisions of the ECFMG Medical Education Credentials Committee may be appealed within the 60-day time period specified.

If you have any questions, please telephone me at (215) 823-2277 or e-mail me at bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Associate Vice President for Operations

/wck
Enclosure

cc: Bradley M. Zelenitz, Esq.