STATE OF NEW YORK )
                           ) ss.:
COUNTY OF NASSAU )

MAUREEN SAUTER, being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

That on the 3rd day of March, 2011 she served the within Memorandum of Law in Support of Motion for Summary Judgment upon the parties listed below, by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by Federal Express located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

COSTELLO & COSTELLO, P.C.
Salvatore D. Compoccia, Esq.
5919 20th Avenue
Brooklyn, NY 11204

that being the address designated on the latest papers served by them in this action.

                                                                 Maureen Sauter

Sworn to before me this
3rd day of March, 2011.

Notary Public

NOTARY PUBLIC, State of New York
No. 30-4004379
Qualified in Nassau County
Term Expires December 31, 2014