

# CULLENandDYKMANLLP

**Justin F. Capuano**
Associate Attorney
Direct: 516-357-3708
Direct Fax: 516-296-9155
E-mail: jcapuano@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

March 3, 2011

**_Via ECF and FedEx_**
Joseph R. Costello
Costello & Costello, P.C.
5919 20th Avenue
Brooklyn, New York 11204

Re: Dasrath v. Ross University School of Medicine
CV-07-2433 (Amon, J.)(Reyes, M.J.)

Dear Mr. Costello:

This firm represents the defendant Ross University School of Medicine in the above stated action. Enclosed please find defendant's Motion pursuant to FRCP 56 to dismiss the Amended Complaint in accordance with the briefing schedule set forth in this matter. Enclosed is a Notice of Motion, Affidavit of Enrique Fernandez, M.D. and Jennifer McLaughlin with exhibits, a Statement of Material Facts, and Supporting Memorandum of Law. In accordance with Judge Amon's rules, this motion will not be filed until fully briefed. Kindly forward to me scanned copies of your opposition, if any, to the motion.

Very truly yours,

Justin F. Capuano (JC 5853)

JFC
Enclosures
cc: Hon. Carol Bagley Amon
    (via ECF)

*Founded 1850*

BROOKLYN · LONG ISLAND · MANHATTAN · WASHINGTON, D.C. · NEW JERSEY