STATE OF NEW YORK )
                             ) ss.:
COUNTY OF NASSAU )

       MAUREEN SAUTER, being duly sworn, deposes and says:

       That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

       That on the 28th day of April, 2011 she served the within Memorandum of Law in Further Support of Ross University's Motion for Summary Judgment pursuant to Rule 56 upon the parties listed below, by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

COSTELLO & COSTELLO, P.C.
Joseph R. Costello, Esq.
5919 20th Avenue
Brooklyn, NY 11204

that being the address designated on the latest papers served by them in this action.

                                                            /s/ Maureen Sauter
                                                              Maureen Sauter

Sworn to before me this
28th day of April, 2011.

/s/ Sharon A. Cuffie
Notary Public

Sharon A. Cuffie
Notary Public, State of New York
No. 01CU6020584
Qualified in Suffolk County
Commission Expires March 01, 2015