UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANAND DASRATH,

                                Plaintiff,

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                                Defendant.
----------------------------------------------------------------X

Case No.: CV 07 2433
(C. Amon)
(R. Reyes)

AFFIDAVIT OF
JENNIFER McLAUGHLIN
IN OPPOSITION TO
PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT

STATE OF NEW YORK)
                SS)
COUNTY OF NASSAU )

      JENNIFER A. McLAUGHLIN, being duly sworn, deposes and says:

      1.      I am a member of the firm of Cullen and Dykman LLP, attorneys for defendant Ross University School of Medicine ("Ross University").

      2.      I submit this affidavit in opposition to plaintiff's motion for summary judgment pursuant to Rule 56 for the limited purpose of attaching the following documents:

      Exhibit 1:      Affidavit of Dr. Enrique Fernandez, M.D. with exhibits sworn to on February 27, 2011 and previously submitted in support of Ross University's motion for summary judgment with Exhibits A through K attached.

      Exhibit 2:      Affidavit of Jennifer A. McLaughlin with exhibits sworn to on March 3, 2011 and previously submitted in support of Ross University's motion for summary judgment with Exhibits L through P attached.

                                                                  _____
                                                             Jennifer A. McLaughlin (JM-5678)

Sworn to before me this
31st day of March, 2011

_____
Notary Public

MAUREEN SAUTER
Notary Public, State of New York
#01SA3898285
Qualified in Nassau County
Commission Expires June 30, 2011

                                               1