**EXHIBIT "1"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ANAND DASRATH,                                        Case No.: CV 07 2433
                                                      (C. Amon)
                                                      (R. Reyes)

                                     Plaintiff,
              - against -                             AFFIDAVIT OF
                                                      ENRIQUE FERNANDEZ
ROSS UNIVERSITY SCHOOL OF MEDICINE,                   IN SUPPORT OF
                                                      DEFENDANT'S MOTION FOR
                                                      SUMMARY JUDGMENT

                                     Defendant.
-------------------------------------------------------------X


STATE OF FLORIDA        )
                        ) SS.:
COUNTY OF DADE          )

       ENRIQUE FERNANDEZ, M.D., being duly sworn, deposes and says:

       1.     I am the Senior Associate Dean for Clinical Sciences at Ross University School of

Medicine, School of Veterinary Medicine Limited, sued herein as Ross University School of

Medicine ("Ross" or "Ross University"), the defendant in this matter.  I submit this affidavit in

support of defendant's motion for summary judgment pursuant to F.R.C.P. 56.

       2.     Defendant Ross University is a corporation organized and existing under the laws

of the Commonwealth of Dominica in the Eastern Caribbean with its principal office located at

Ross University Boulevard, Portsmouth, Dominica, West Indies.

       3.     At all times relevant to the allegations in the Amended Complaint I was the

Associate Dean for Clinical Sciences and Director of the Advanced Introduction to Clinical

Medicine ("AICM") course.

       4.     Doctor Nancy Perri is and at all times referenced in the Amended Complaint was

the Vice President of Academic Affairs at Ross University.

1

5.      I understand that the only surviving cause of action in the Amended Complaint alleges that Ross University breached an alleged contractual agreement with Plaintiff by: (1) failing to accurately record his grades; (2) administratively withdrawing Plaintiff; and (3) withdrawing its sponsorship of Plaintiff to take the U.S. Medical Licensing Examination, Step One Exam (the "USMLE Step 1 Exam").  (Amended Compl. ¶ 19-23).

6.      Plaintiff was administratively deemed to have withdrawn from Ross because he failed the AICM course and did not re-enroll semester immediately following to remediate the failing grade, a requirement not only to graduate, but to also participate in the USMLE Step I exam ("Exam") given by the medical licensing board known as the Educational Commission for Foreign Medical Graduates ("ECFMG").

7.      Similarly, I have firsthand knowledge that his grade in the AICM course was accurately recorded as I was responsible for his grade.

8.      Thus, there simply was no breach of any agreement by Ross University.

## THE AICM COURSE

9.      Ross University's academic year is divided into trimesters.  In their fifth semester, students take the AICM course.

10.      Plaintiff took the AICM course that I taught from January 16, 2006 to April 7, 2006.

11.      Out of 1,000 possible points for the AICM, Plaintiff received 426.6, which is a failing grade.  A copy of the documents reflecting his failing grade in the AICM course is attached hereto as Exhibit "A".

12.     After students complete a course, such as the AICM course, and grades are finalized, their grades are posted on "eCollege" which is a secure website by which students can review their grades.

13.     I was contacted by an email from Plaintiff dated April 22, 2006 wherein Plaintiff responded to my email alerting the students that the AICM course grades were posted on eCollege.

14.     In Plaintiff's email he requested that I discuss his failing AICM grade with him. A copy of my email to Plaintiff alerting him that the AICM grades were posted and Plaintiff's April 22, 2006 response acknowledging the failing grade is attached hereto as Exhibit "B".

15.     On April 24, 2006 Plaintiff participated in a telephone conversation with me regarding Plaintiff's failing AICM grade.

16.     I reviewed Mr. Dasrath's failing grade prior to our telephone conversation on April 24, 2006.

17.     During our telephone conference we discussed, among other things, that Plaintiff would need to repeat the AICM course in the semester starting on May 22, 2006.   A memorandum to the file dated April 24, 2006 memorializing the conversation is attached hereto as Exhibit "C".

18.     We also discussed that Plaintiff would get individualized attention to help him succeed in the AICM course and I suggested that I would work closely with him.  See Exhibit "C".

19.     Plaintiff never registered to re-take the AICM course.

20.     The essence of Plaintiff's lawsuit is his challenge of the failing grade he received.

## PLAINTIFF'S ADMINISTRATIVE WITHDRAWAL

21.     The Ross University Student Handbook of Academic Rules and Regulations ("Handbook") provides that an administrative withdrawal is required when the student does not return to campus to register for the following semester.  A copy of the Handbook in effect during the 2006 semester is attached hereto as Exhibit "D" and p. 23 contains the relevant provision.

22.     Plaintiff's failure to reregister and attend the AICM course that began on May 22, 2006 required Plaintiff to be administratively withdrawn from Ross University.

23.     Plaintiff was notified of the administrative withdrawal by letter dated June 29, 2006. A copy of this letter is attached hereto as Exhibit "E"

24.     As a result of his administrative withdrawal Plaintiff was no longer enrolled as a student at Ross University effective May 22, 2006. See also letter attached as Exhibit "F."

## USMLE STEP ONE EXAM

25.     The USMLE Step 1 Exam, administered by ECFMG, is one of several qualifying exams which foreign medical school graduates must complete and pass before becoming licensed to practice medicine in the United States.

26.     Ross University students apply to sit for the USMLE Step 1 Exam while their fifth semester AICM course is in progress.

27.     Students must be enrolled at Ross University both at the time they apply to take the examination and on the date the examination is administered.

28.     Ross University certifies students to take the USMLE while the AICM course is in progress under the assumption that they are going to pass the course or continue to make satisfactory progress in their studies by retaking the failed AICM course.

4

29.     As part of the application process, a Ross University official is asked to certify that the "photograph, signature and information" entered in the application is accurate as well as checking a box to indicate whether the applicant is "officially enrolled" or "a graduate" of Ross University.

30.     Plaintiff submitted for Ross University certification two applications to take the USMLE Step 1 exam on July 27, 2006.

31.     The first application was submitted to Ross University and certified on March 20, 2006 but was rejected by ECFMG because of an issue with Plaintiff's birth date.  A copy of the certification page is attached hereto as Exhibit "G".

32.     In order to ameliorate the birth date problem, a second application was submitted to Ross University and certified on May 5, 2006.  A copy of the certification page is attached hereto as Exhibit "H."

33.      At the time of Plaintiff's two applications, Plaintiff was enrolled at Ross University and the applications reflected as such.

34.     It was not until Plaintiff failed to register and attend the first day of class on May 22, 2006 that he was no longer enrolled at Ross University.

**PLAINTIFF BECOMES INELIGIBILE TO TAKE THE USMLE STEP ONE EXAM**

35.     According to the Handbook, to be eligible to take the USMLE Step 1 Exam, a student must have:  (1) passed all courses in the basic science curriculum during the first four semesters; (2) have successfully completed the fifth semester AICM course; and (3) have passed National Board of Medical Exams ("NBME').  See Exhibit "D", p. 13.

36.     Plaintiff passed all courses in the basic science curriculum and passed the NBME but did not pass the AICM course.

37.    Moreover, ECFMG requires that a student be enrolled in medical school both at the time the individual applies for the examination and at the time the individual takes the examination.  A copy of a letter from ECFMG to plaintiff reflecting this is attached hereto as Exhibit "F."

38.    Plaintiff was enrolled at the time that he applied for the USMLE Step 1 Exam but was not enrolled when the examination was administered on July 27, 2006.

·39.    Plaintiff was not eligible to take the USMLE Step 1 Exam because he failed the AICM course and because he was not an enrolled student based on his status as "administratively withdrawn."

**THE JULY 27, 2006 USMLE STEP 1 EXAM**

40.    Plaintiff was aware that he failed the AICM course on or before April 22, 2006 and that he was administratively withdrawn from Ross University effective May 22, 2006 by the letter dated June 29, 2006.  It is my understanding that despite these facts he sat for the July 27, 2006 USMLE Step 1 Exam.

41.    Several days before the July 27, 2006 USMLE Step 1 Exam was scheduled to be administered, it is my understanding that Plaintiff commenced an action in the Supreme Court of the State of New York, Queens County (Index No. 15989/2006) and moved by order to show cause to compel Ross University to re-enroll Plaintiff in the University and to sponsor Plaintiff for the USMLE Step 1 exam.

42.    I understand that the case was dismissed.

43.    ECFMG requires that the student notify it if a student no longer remains eligible to take the USMLE Step 1 Exam.  See Exhibit "F."

44.     It is my understanding that Plaintiff did not notify ECFMG that he was not enrolled at Ross University on July 27, 2006 when he sat for the USMLE Step 1 Exam.

45.     Plaintiff took the USMLE Step 1 Exam despite his ineligibility.

46.     It is my understanding that ECFMG has withheld the release of Plaintiff's USMLE Step 1 exam scores because Plaintiff was not eligible to take the exam.

### PLAINTIFF BECOMES INELIGIBLE FOR THE POST-AICM SEMESTER BREAK

47.     Plaintiff appears to claim in this lawsuit that he was eligible for a sixteen week vacation period after completion of the fifth semester -- thus, he argues he could not have been "administratively withdrawn" during that time period.

48.     It should be noted that only students who successfully pass the fifth semester AICM course are eligible for a 16 week vacation period during with time they remain fully enrolled.

49.     Plaintiff did not qualify for this 16 week break since he failed the AICM course and did not re-register to remediate the failing grade by registering for the AICM course that began on May 22, 2006.

### TRANSCRIPT OF GRADES

50.     Plaintiff also appears to claim in this lawsuit that he did not receive what he characterizes as an "official" grade in the AICM course until he received an "official" transcript from Ross University which he contends was not receive until August 2006.

51.     There is nothing in the Handbook that requires Ross University to administer transcripts to students in any timeframe or at all.

52.     Ross University issues school transcripts as a courtesy to its students either on request or by regular mailings.

53.     Individual course grades are available through eCollege in advance of the grade being available on an official school transcript.

54.     Plaintiff requested a copy of a transcript on or about May 15, 2006.

55.     At that time the fifth semester AICM course grade was not yet posted to his school transcript.  A copy of Plaintiff's request and the transcript sent in response is attached hereto as Exhibit "I."

56.     Plaintiff requested a transcript on or about August 1, 2006.  A copy of this request is attached hereto as Exhibit "J."

57.     At that time the fifth semester AICM course grade was reflected in his school transcript. A copy of the requested transcript is attached hereto as Exhibit "K."

58.     The fact that there is no grade listed on the transcript requested by Plaintiff in May does not indicate that he in fact passed the AICM course.

59.     Similarly, Plaintiff's contention that he did not receive the failing grade until he received a transcript reflecting the grade in August 2006 does not indicate that he did not "officially" fail until such time.

60.     For the reasons set forth herein and in the accompanying memorandum of law, summary judgment should be granted as there is no breach of contract on the part of Ross University.

Enrique Fernandez, M.D.

Sworn to before me this
2 7 day of February, 2011

Notary Public

Notary Public State of Florida
Antonio Ayubi
My Commission DD921158
Expires 08/30/2013

9

# EXHIBIT "A"



**ROSS UNIVERSITY**
School of Medicine
499 Thornhall Street, 10th Floor
Edison, NJ 08837-2235

JUN 2 7 2006

CAMPUS: PORTSMOUTH, DOMINICA WEST INDIES

STUDENT ID: @ 00088730 OR 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

TEL (732)978-5300
FAX: (732)978-5306
E-MAIL:CLINICAL@ROSSMED.EDU

## CLINICAL CLERKSHIP EVALUATION FORM

The physician responsible for supervising the clerkship will complete this evaluation at the end of a clinical clerkship. Print clearly.

Medical Student  DASRATII, ANAND          Name of Clerkship Advanced Intro to Clinical Medicine

Clerkship Duration (No. Of Weeks)   TWELVE         Dates:   01 \ 16 \ 06  to  04 \ 07 \ 06

In comparison with other medical students at the same level of clinical training, please rank the performance of the student. Select the grade evaluation from the five options listed below. Only whole numbers will be used in determining final grade.

KEY

| | |
|---|---|
| 5 | Excellent |
| 4 | Above Average |
| 3 | Average |
| 2 | Below Average |
| 1 | Fail |

Please see attached blue copy for clerkship grading policy used in calculating final grade.

2   Knowledge of medical sciences (basic sciences, clinical sciences)

1   Knowledge of assigned patients (specific medical problems, laboratory information, therapeutic modalities, follow-up)

2   Professionalism (reliability, thoroughness, carefulness, attendance, punctuality, interpersonal relationships with colleagues and staff, verbal and written case presentations, initiative)

3   Character (sensitivity to patients, patient rapport, ethical values, personal appearance, emotional stability)

**Comments:**

Cumulative performance scores fell >2SD below class
mean. Write-ups were deficient and not of the quality
expected for a student at this level of training. Needs to
better demonstrate critical thinking skills. PS skills MARGINAL

Hospital: H.E.T.C.-Greater Miami Health Education & Training Centers     Telephone: ( 305 ) 667-5455

Address: 7000 S.W. 62nd Avenue, PH-A          City, State: Miami, FL          Zip33143

Evaluator(Print) Enrique S. Fernandez, M.D., M.S.Ed.          Date:   6/23/06

Signature                              Title:   Director of Medical Education

After completion of rotation, return completed WHITE Copy to: Dean of Clinical Sciences, Ross University School of Medicine, 499 Thornhall Street,
Tenth Floor, Edison, NJ 08837-2235 within 30 days. Retain YELLOW copy for Hospital files.

CREDIT IS AWARDED ONLY FOR ORIGINAL EVALUATIONS.



PLAINTIFF'S EXHIBIT

D00001

StudentView

⌐View Gradebook

Tips          Help

**View Gradebook**          **User Activity**          **Setup Gradebook**

back

## My Gradebook: Anand Dasrath

Grade To Date: <u>59/100 (59%)</u>                    View Gradebook By: Week | <u>Item</u>

| | Grade | Earned to Date | Possible for Cou |
|---|---|---|---|
| Week 6: GRADES - Pre-Test MC ⓦ | <u>44/100</u> | Not Included in Grade | Not Included in Gr |
| Week 6: GRADES - PreT-Essay ⓦ | <u>25/100</u> | Not Included in Grade | Not Included in Gr |
| Week 8: Write-Ups - From Sem4 | <u>marq</u> | * | * |
| Week 8: Write-Ups - Write-Up #1 | <u>done</u> | * | * |
| Week 9: Mid-Term - Mult-Choice | * | * | 98 pts. |
| Week 9: Mid-Term - MT-ESSAY | * | * | 50 pts. |
| Week 9: Mid-Term - LETTER GRADE | <u>C</u> | * | * |
| Week 10: PE GRADES – PE Grade | *C | * | * |
| Week 11: Epi Grades - Epi/Biostats/PH Exam ⓦ | <u>50/76 FAIL</u> | Not Included in Grade | Not Included in Gr |
| Week 12: Final Grades - Final MC Exam | <u>59/100</u> | 59 pts. | 100 pts. |
| Week 12: Final Grades - Final·Essays % | <u>36</u> | * | * |
| Week 12: Final Grades - PowerPoint | * | * | * |
| Week 12: Final Grades - Write-Up #2 | <u>C-</u> | * | * |
| Week 12: Final Grades - Extra Credit ⓦ | <u>36</u> | Not Included in Grade | Not Included in Gr |
| Week 13: COURSE GRADE - AICM FINAL COURSE GRADE | <u>FAIL</u> | * | * |
| Week 14: Apr27 Comp - April 27 Comprehensive Shelf ⓦ | * | Not Included in Grade | Not Included in Gr |
| Total | | 59 pts. (of 100 Completed) | 248 pts. |
| Grade To Date: | | <u>59/100 (59%)</u> | |

### Gradebook Key

* Items not yet graded
-- Exams not yet entered
🛒 Items with Dropbox Basket
⊕ Extra Credit
ⓦ Excluded from Course Grade
�III View Exam Statistics
[ ] Grades inside brackets are not shared with the student
  **Bold** values indicate all items have not been graded.
  On certain views, you can click on column titles for Quick Grade Views

| BANNER | LAST NAME | FIRST NAME | MT-GRDE | MT-Pts | | | fall | FF | CF | cc | OBJ/RUN | RUNNING | GRADE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| @00088730 | Bascom | | C | 75 | 103 | 63 | fall | FF | CF | cc | 242 | 426.6 | FF | 36 | 462.6 |

D00158

| BANNER | LAST NAME | FIRST NAME | GPA SEM3 | dcm | MT-GRDE | MT-Pts | 103 | 63 | cc |
|--------|-----------|------------|----------|-----|---------|--------|-----|----|----|
| @00088730 | | | 2.44 | CC | C | 75 | | | |

D00159

**Ross University School of Medicine**
**Unofficial Grade Report**

STUDENT NAME: Degraft, Aninakw                    DATE: 2/10/2011
STUDENT ID: @00038760                             CURRENT SEMESTER:

**200430**

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 1135 | Medical Genetics | F | 0 | 0.0 | 0.0 |
| 1130 | Doctor, Patient & Society | B+ | 3 | 3.5 | 10.5 |
| 1125 | Biochemistry | C+ | 5 | 2.5 | 12.5 |
| 1110 | Dev/Microscopic Anat/Cell Biol | C | 4 | 2.0 | 8.0 |

SEMESTER GPA: 2.06                    CUMULATIVE GPA: 2.06

**200510**

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 1135 | Medical Genetics | C | 3 | 2.0 | 6.0 |
| 1130 | Doctor, Patient & Society | A | 3 | 4.0 | 12.0 |
| 1110 | Dev/Microscopic Anat/Cell Biol | B | 4 | 3.0 | 12.0 |

SEMESTER GPA: 3.00                    CUMULATIVE GPA: 2.44

**200520**

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 1230 | Medical Physiology | C | 6 | 2.0 | 12.0 |
| 1220 | Gross Anatomy | C | 5 | 2.0 | 10.0 |
| 1210 | Neurobehavioral I | C+ | 4 | 2.5 | 10.0 |

SEMESTER GPA: 2.13                    CUMULATIVE GPA: 2.32

**200530**

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 2341 | Pharmacology I | B+ | 3 | 3.5 | 10.5 |
| 2330 | Behavioral Science | B | 5 | 3.0 | 15.0 |
| 2321 | Pathology I | C | 4 | 2.0 | 8.0 |
| 2311 | Microbiology & Immunology I | C | 3 | 2.0 | 6.0 |

SEMESTER GPA: 2.63                    CUMULATIVE GPA: 2.40

**200610**

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 2441 | Pharmacology II | B | 3 | 3.0 | 9.0 |
| 2430 | Intro. to Clinical Medicine | C | 5 | 2.0 | 10.0 |
| 2421 | Pathology II Systemic/Clinical | C | 4 | 2.0 | 8.0 |
| 2411 | Microbiology & Immunology II | C | 3 | 2.0 | 6.0 |

SEMESTER GPA: 2.20                    CUMULATIVE GPA: 2.36

Official transcripts are printed on blue security paper and require the University seal and the Registrar's signature.

D00160

Ross University School of Medicine
Unofficial Grade Report

STUDENT NAME: David, Amande
STUDENT ID: 00088750

DATE: 7/07/2007
CURRENT SEMESTER

200620

| CRSE# | Title | Grade | Credit | Grade Pts | O-Pts |
|-------|-------|-------|--------|-----------|-------|
| 5008 | Advanced Intro. To Clin. Med. | F | 0 | 0.0 | 0.0 |

SEMESTER GPA: 0.00          CUMULATIVE GPA: 2.01

Official transcripts are printed on blue security paper and require the University seal and the Registrar's signature.

D00161

# EXHIBIT "B"

**Cremata, Claire**

| | |
|---|---|
| **From:** | Fernandez, Dr. Enrique |
| **Sent:** | Sunday, April 23, 2006 5:17 PM |
| **To:** | Anand Dasrath |
| **Cc:** | Coutinho, Ronnie; Cremata, Claire |
| **Subject:** | RE: [aicm62]Course Grades Posted |



Please contact Claire Cremata on Monday to schedule a teleconference to review your AICM performance: 305-804-7803

**From:** Anand Dasrath [mailto:anand_dasrath@yahoo.com]
**Sent:** Sat 4/22/2006 4:45 PM
**To:** Fernandez, Dr. Enrique
**Subject:** Re: [aicm62]Course Grades Posted

Dr. Fernandez,

I see a failing grade as my final grade. Please check: 1) I do not see an updated grade for my Epi/Biostatics grade, only the first failing grade of 50/76 is there. What happened to the remediated grade? 2) 36% for the final essay is very unconsiable. The person that marked it did not do a fair job. I knew what was asked and what the answers were: my poor penmanship may have annoyed the marker but not a reasonable excuse to get a failing grade. 3)Please look again at my second case write up - under subjective conditions such as this any reader can give any essay a c- and cause the student a failing final grade. 4) How did I end up with a 36/50 in the extra-credit after 10 points were allocated for staying to the end of the soap notes lecture ( which I did), 10 points for notifing you on time which I did, I wrote my soap, presented it and answer all the questions correctly except for one: "what is LOC (loss of consciousness)?"

I humbly ask that you review the components of my grade. I already passed my comprehensive examination, already moved back to New York, and is already preparing for my USMLE Step 1. If there is any other steps you would like me to take that would complete course please let me know.

Thanks,
Anand Dasrath.

*"Fernandez, Dr. Enrique" <ESFernandez@rossmed.edu> wrote:*

AICM Course grades are posted on eCollege. Grade breakdowns will be available by email request starting Monday. If you would like your second write-up back, you may pick it up from Alvaro Rosales starting Monday. If you are not in Miami, you may send an email to Mr. Rosales and provide him with a mailing address to send your write-up: ARosales@rossmed.edu

Grade Distributions:

28 percent "A"
18 percent "B+"
17 percent "B"
13 percent "C+"
19 percent "C"

**EXHIBIT "C"**



DEFENDANT'S
EXHIBIT
6
930-70

MEMORANDUM FOR THE RECORD - April 24, 2006

Dr. Fernandez conferred today by telephone with Anand Dasrath about the failing grade he earned for the 5th semester just concluded. Dr. Fernandez informed Anand that he was essentially two Standard Deviations from the norm. He said that Anand earned a C on the midterm exam, failed the final exam and had a very low score on the essay portion (63 out of a possible 200). He remarked that the lowest grade had been 61. He told Anand that he failed the first write-up and got a marginal on the second. He said that would have been okay had everything else also been okay. He noted that Anand failed the PE and had remediated that. He said that Anand's overall grade placed him at the bottom of the class. He reminded Anand that extra credit cannot be applied to a failing grade.

Dr. Fernandez told Anand that he would have to repeat the semester.

> May start May 22
> Will do three weeks of clinicals
> Must do one write-up until a grade of Satisfactory or better is achieved
> Is exempt from Epi and the PE
> Must attend Large and Small Group sessions (except for Epi)
> Must take Mid-term and Final

Dr. Fernandez told Anand that he would get individualized attention to help him succeed.

Dr. Fernandez noted that Anand passed the Comp. He pointed out that he could, if he wishes, defer starting 5th semester until September, freeing up the interval for preparing for Step 1. He said that if he chose to come in May he could extend his Step 1 window to July, August, September.

Anand asked how he could have scored so poorly on the essays and said he worried that his handwriting had challenged the graders. Dr. Fernandez said that he had graded two of the seven essays himself. He did not recall trouble with anyone's handwriting and had not heard of a problem from anyone else. He reported that on the stroke essay Anand earned 5 out of a possible 25 points; on Graves got no points, none for hepatitis, on sexual issues and HIV about the average, 20 of 50 on essay #7…

Anand asked if he would have to repeat the semester in its entirety. Dr. Fernandez explained that he would have to do the components listed above. Anand wondered if Dr. Fernandez knew that he had spent some 22 years in hospitals as a pharmacist and that, consequently, he found the clinical activities to be not meaningful. Dr. Fernandez said he regretted that Anand had not mentioned his dissatisfaction earlier but promised to make sure to work closely with Anand to ensure the relevance of the activities he is assigned. In answer to Anand's question, he said that he would be responsible for full tuition but would be eligible for financial aid.

# EXHIBIT "D"

*ROSS UNIVERSITY SCHOOL OF MEDICINE*

*STUDENT HANDBOOK*

*OF*



*ACADEMIC RULES AND REGULATIONS*

*May 2006*



*TABLE OF CONTENTS*

INTRODUCTION.............................................................. page 4
CHANGES IN THIS EDITION............................................ page 4
THE CURRICULUM........................................................ page 4
   THE DEGREE "DOCTOR OF MEDICINE"........................... page 4
ACADEMIC STANDARDS................................................. page 5
   PROMOTIONS COMMITTEE, PROMOTIONS....................... page 5
STUDENT GRADING AND PROMOTIONS POLICIES................... page 5
   GRADING POLICY FOR THE BASIC SCIENCE SEGMENT....... page 5
   GRADES................................................................ page 6
     EXAMINATIONS.................................................. page 7
     BASIC SCIENCE SEGMENT..................................... page 7
     NBME COMPREHENSIVE BASIC
     SCIENCES EXAMINATION............................... page 7
PROMOTION POLICIES.................................................... page 7
   BASIC SCIENCE SEGMENT.......................................... page 7
   CLINICAL SCIENCE SEGMENT..................................... page 9
   GOOD STANDING
   AND SATISFACTORY ACADEMIC PROGRESS................... page 10
   PROBATION.......................................................... page 11
   ATTENDANCE........................................................ page 12
LICENSURE TO PRACTICE MEDICINE IN THE U.S................ page 12
   POLICY REGARDING U.S. LICENSING EXAM, STEPS 1 & 2... page 13
     THE USMLE STEP 1............................................ page 13
     THE USMLE STEP 2CK (CLINICAL KNOWLEDGE)...... page 13
     THE USMLE STEP 2CS (CLINICAL SKILLS)............... page 14
     CERTIFICATION FOR THE USMLE ......................... page 14
   PROFESSIONAL CONDUCT, ETHICS.............................. page 15
SEXUAL HARASSMENT.................................................. page 16
PROBLEMS, GRIEVANCES............................................... page 16
REGISTRATION AND OTHER REGISTRAR SERVICES............. page 17
   INITIAL REGISTRATION OF INCOMING STUDENTS......... page 17
   REGISTRATION OF CONTINUING STUDENTS.................. page 18
   REGISTRATION – CLINICAL SCIENCE SEGMENT.......... page 18
   TRANSCRIPT REQUESTS.......................................... page 19
   STUDENT LOAN DEFERMENT PROCESS.......................... page 19
   TUITION DURING REMEDIAL SEMESTERS...................... page 19
   TUITION REFUND POLICY FOR WITHDRAWALS.............. page 20
EMERGENCY ABSENCES, VACATION
   & ACADEMIC LEAVES OF ABSENCE............................. page 21

EMERGENCY ABSENCES.............................................. page 21
ACADEMIC LEAVE OF ABSENCE (ALOA)..................... page 21
UNAUTHORIZED LEAVES........................................... page 22
WITHDRAWALS......................................................... page 22
      STUDENT WITHDRAWALS....................................page 23
      ADMINISTRATIVE WITHDRAWALS........................ page 23
DEFERRALS ............................................................... page 23
DISCIPLINARY ACTIONS.............................................. page 24
SUSPENSION................................................................ page 24
DISMISSAL.................................................................. page 24
STUDENT HONOR CODE................................................... page 22
STUDENT POLICY ON ALCOHOL AND OTHER DRUGS............... page 25
STUDENT PRIVACY RIGHTS.............................................. page 25
THE ANNE ROSS LIBRARY AND RELATED MATTERS................ page 26
MONETATY INSTRUMENTS (STUDENT REFUND CHECKS)......... page 27
BANKING IN DOMINICA..................................................... page 27
ADDITIONAL MATTERS OF FINANCE..................................... page 28
HOUSING IN DOMINICA...................................................... page 28
VISAS ........................................................................... page 28
SECURITY....................................................................... page 28
STUDENT GOVERNMENT.................................................... page 29
AMERICAN MEDICAL STUDENTS ASSOCIATION....................... page 29
STUDENTS WITH DISABILITIES............................................ page 30
WHEN YOU LEAVE DOMINICA.............................................. page 30
INTERPRETATION AND MODIFICATION.................................. page 30

ATTACHMENTS:
        TECHNICAL STANDARDS FOR THE MD DEGREE
        STUDENT HONOR CODE
        STUDENT POLICY ON ALCOHOL AND OTHER DRUGS
        ANNUAL SECURITY REPORT

### *ROSS UNIVERSITY SCHOOL OF MEDICINE*
### *STUDENT HANDBOOK*

### *MAY 2006*

## *INTRODUCTION*

Ross University publishes this handbook for the students in its School of Medicine.

Effective May 2006, all rules and regulations in this *Handbook* are binding upon all students enrolled in the School of Medicine, including students on academic leave of absence from the school and students who are visiting at other medical schools. **This edition supersedes all previous editions of the *Student Handbook* and, when appropriate, updates the *Ross University School of Medicine Catalog*.**

Students are expected to be familiar with the content of both this *Handbook* and the *Catalog* of the School of Medicine. Those students who receive financial aid are expected to have read *Ways & Means of Financial Aid,* which has previously been supplied. Only general aspects of financial aid are included here.

**Ross University reserves the right to change its rules and regulations, course offerings, degree requirements, academic calendar and other material contained in this *Handbook* or the *Catalog* at any time. Such changes will be announced in advance of their effective dates whenever possible; and will be disseminated via email and posted on the campus website.**

## *CHANGES IN THIS EDITION*

There have been changes incorporated throughout this *Handbook*. Students are responsible to make note of all changes in policy, and will be held to the rules outlined in this handbook.

## *THE CURRICULUM*

### *THE DEGREE "DOCTOR OF MEDICINE"*

The degree *Doctor of Medicine* is awarded upon the successful completion of the Basic Science curriculum, the Clinical Science curriculum, and the U.S. Medical Licensing Examination (USMLE) Steps 1 and 2. Step 2 of the USMLE now consists of two examinations the Clinical Knowledge (CK) exam (formerly Step 2) and a Clinical Skills (CS) exam (formerly the Clinical Skills Assessment (CSA). These will be referred to as Step 2 CK and Step 2 CS throughout this handbook.

- 4 -

The Basic Science segment consists of 60 credits of specifically prescribed coursework. There are four semesters of Basic Science classes, for a total of two academic years. All Basic Science coursework is offered on the School of Medicine campus (located at Portsmouth, in the Commonwealth of Dominica) and must be satisfactorily completed there. The hours, credits, and credit limitations are strictly prescribed. Deviation from these standards may jeopardize a student's eligibility for licensure in the United States. Basic Science students taking 10 semester credit hours are considered full-time; students who are taking less than 12 semester credit hours (see *Remedial Semesters* under Promotions Policy) may not satisfy enrollment requirements of sponsoring organizations, outside health insurance plans, and other related services.

The Clinical Science curriculum consists of 90 weeks of clinical training. It begins with an introductory clinical segment of 12 weeks, the course "Advanced Introduction to Clinical Medicine"(AICM). This segment provides training in the basic clinical skills combined with an introduction to the pathophysiology of major disease processes, and is conducted in clinical facilities, in the U.S.

The remaining 78 weeks consist of 48 weeks of required ("core") clerkships and 30 weeks of elective clerkships as described in the *Catalog*. During this time, the student participates in patient care while rotating through various medical specialties in affiliated teaching hospitals and other approved health care facilities, in the United States. Clinical clerkships are performed under the guidance of clinical faculty, the Dean of Clinical Sciences and Student Affairs and the Executive Dean and under the general supervision of the School of Medicine's Dean of Clinical Sciences.

## *ACADEMIC STANDARDS*

### *PROMOTIONS COMMITTEE, PROMOTIONS*

All academic matters, including grading policies and academic standards, while students are pursuing the Basic Science portion of the curriculum (the first two academic years), are within the purview of the School's Promotions Committee. This committee acts within the framework of the policies set forth herein. It is a faculty committee, whose recommendations are transmitted to the Dean. The decision of the Dean is final.

## *STUDENT GRADING AND PROMOTIONS POLICIES*
### *GRADING POLICY FOR THE BASIC SCIENCE SEGMENT*

The aim of the policy is to establish a minimum acceptable performance that a student must achieve that does not depend on the performance of the entire class. A Minimum Passing Score (MPS) is established that must be achieved for a passing (C) grade. A well-established method (the "Hofstee" method) will be used to determine the MPS.

The Hofstee method utilizes the class performance but also sets a Minimum Passing Score (MPS) that is derived from the lower group of scores within a defined range. The range for the MPS to be used is between 55% and 65%. Therefore, students that enrolled after May 2004 scoring below 55% will have failing scores and those scoring above 65% will have passing scores. Students with scores between 55% and 65% have marginal performance that may result in course failure

depending on the performance among the lowest performing group of students (in the range of 55% and 65%).

Recorded grades will be on an A (80 and higher), B (70-80), C (MPS-69), F (below MPS).

The percentage contribution to the final course score from each of the interim (mini) exams and other course evaluations will be announced by each course director in advance. The final course score will include the student's score on a NBME subject examination (taken at the end of the course). The final course score weight from the NBME subject exams will be announced by each course director in advance.

## *GRADES*
Grades are interpreted as follows:

| A | 80-100 | 4.00 |
|---|---|---|
| B | 70-80 | 3.00 |
| C | MPS-69 | 2.00 |
| F | Failing | 0.00 |
| W | Withdrawn Before Interim Exams | 0.00 |
| WP | Withdrawn Passing | 0.00 |
| WF | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |
| SP | Satisfactory Progress | 0.00 |
| UP | Unsatisfactory Progress | 0.00 |

**Withdrawal from a single course during a semester is not permitted.**

A student electing to withdraw from the School prior to the time of the first examinations will receive grades of W on his/her transcript. Those leaving after taking one or more interim examinations will receive **WP** (withdrawn passing) grades or **WF** (withdrawn failing), based on their performance in the examination(s) taken.

A student that is granted an emergency absence resulting in an Academic Leave of Absence prior to the time of the first exam will receive grades of **W**. Those leaving after taking one or more interim examinations will receive **WP** (withdrawn passing) grades or **WF** (withdrawn failing), based on their performance in the examination(s) taken.

An **I** (Incomplete) grade is entered when a student is advanced, pending completion of a requirement of a course, as defined by the course director. In this case, the outstanding requirement must be completed the following semester and the I will be changed into a grade. Failure to do so will result in a grade of F being entered to replace the I.

Students, who maintain grades of A in all courses in two successive semesters, will qualify for the *Dean's List*. They will remain on the *Dean's List* as long as they do not receive a grade below **B** in subsequent semesters. The *Dean's List* will be posted at the beginning of every semester, as soon the grades are available from the previous semester. This applies for semesters 2-4.

Students with a grade point average, during basic sciences of 4.0 are designated as *Distinguished Scholars*. The *Honor Roll* recognizes students who receive all A's in the first semester.

## EXAMINATIONS

### BASIC SCIENCE SEGMENT

Examinations are generally in the single-best answer or extended matching format. In certain courses, there are assignments and/or practical examinations that contribute to the course grade. All courses also have a number of mid-term exams that contribute to the course grade. All examinations in the Basic Science segment must be taken on the Portsmouth campus, except that clinical practical examinations may be given in the Princess Margaret Hospital (Ross facility).

Students are expected to be at their assigned seat five minutes prior to the beginning of an examination. Students that arrive to the examination room once the proctor has begun giving instructions will be denied entry and receive a mark of 0 in the examination. Mid-term examinations that are missed for a valid reason may be "made up" by weighting the other examinations in the course. In order to be excused the student must present valid documentation prior to the initiation of the examination. The determination of a valid reason shall be approved by the Executive Dean, or the Dean of Academic Administration and Student Affairs or their designee and must include appropriate documentation that would qualify the student for an emergency absence described below. An examination missed without approved documentation will be assigned a grade of zero.

A final examination, which is missed for any reason(s), cannot be "made-up". Any student who misses a final examination will have a grade of F reported to the Registrar for that course unless the student is on an approved emergency absence. In that case, the grade of I (Incomplete) will be recorded and the student must take that examination at the end of the following semester.

### NBME COMPREHENSIVE BASIC SCIENCE EXAMINATION

All students are required to take the NBME Comprehensive Basic Science Examination at the end of their fourth semester in Dominica. Students must obtain a passing score (as determined by the NBME) prior to being certified to take Step 1 of the USMLE. A student who fails to obtain a passing score on the NBME Comprehensive Basic Science Examination after their 4th semester in Dominica will be required to re-take it at the completion of their Advanced Introduction to Clinical Medicine (AICM) course in Miami, Florida. Obtaining a passing grade on the NBME Comprehensive Basic Sciences Examination is mandatory prior to certification for the USMLE Step 1. Students will be given three opportunities to obtain a passing grade on the NBME Comprehensive Basic Science Examination. Students who fail to obtain a passing score on the NBME Comprehensive Basic Science Examination within three attempts are subject to dismissal.

## PROMOTIONS POLICIES

### BASIC SCIENCE SEGMENT

As a result of the new integrated curriculum for 1st and 2nd semester and 3rd and 4th semester, it was necessary to adjust the promotion policies to reflect that at the completion of 1st and 3rd semester, the content of a given discipline has only been covered partially.

These new policies were implemented for the semester beginning in May 2005 and are as follows:

- Students passing a course will receive a temporary grade SP (Satisfactory Progress) that will convert to a final grade (A, B, C, F) at the completion of the 2nd and 4th semester

- Students failing one or two courses with a minimum of 50% raw score will be given the option to advance to semester 2 or semester 4 with a UP (Unsatisfactory Progress) or, repeat the semester on probation.

- At the completion of the 2nd and 4th semester, students with UP must reverse the UP to a passing grade.

- Students who receive less than a 50% raw score in one or two courses, such that the possibility of a passing score was near impossible will be allowed to repeat semester 1 or 3 on probation before being allowed to advance to semester 2 or 4.

- Students in semester 1, 2, 3 or 4 who achieve scores, lower than MPS in three or more courses will be recommended for dismissal. These students, if allowed to repeat, must repeat the semester on probation before being allowed to advance to the next semester.

- The Promotions Committee will review the final grades of students in the above categories, after the course directors have reviewed the grades, and make a recommendation to the Executive Dean as to whether these students can be promoted to the next semester.

- The grades in semesters 1 and 3 will represent 45% of the final grade and grades in semesters 2 and 4 will represent 55% of the total grade.

- Students must complete all Basic Medical Sciences in no more than 6 semesters. Thus, a student can only repeat two semesters of the Basic Sciences.

- At the completion of semester 2 and 4, students who fail one or two courses will have their grades reviewed by the Promotions Committee to determine if the student must repeat only semester 2 or 4, or repeat semesters 1 and 2 or 3 and 4.

- Students must pay tuition for all courses taken.

Students are **subject to dismissal** if they:

- Fail three or more courses in a semester. (This applies to all four semesters.)

- Fail any course in a Remedial Semester.

- Are, or will be, unable to complete the four-semester Basic Science segment in no more than six semesters (including regular and Remedial Semesters).

- Fail any course after they have previously completed two Remedial Semesters.

- 8 -

- Fail the Comprehensive NBME in three attempts

- Fail USMLE step2 in three attempts

- Fail to abide by university policies set forth

- Fail to pass the USMLE Step 1 in three attempts and within one year after they become eligible to take this exam.

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following pre-requisites:

- Successfully complete all the requirements of the Basic Science Coursework.

- Complete successfully the course "Advanced Introduction to Clinical Medicine" offered at the beginning of the Clinical Science segment.

- Pass the USMLE Step 1 (see below).


### CLINICAL SCIENCE SEGMENT

The Clinical Science Curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course. All students are required to take the USMLE Step 1 for the first time within 6 months of becoming eligible. Failure to do so will subject the student to be dismissed.

Following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled. (Aside from a private "Extra" loan for live board review course fees, students are ineligible for financial aid during this period.) Some students will use this time preparing for, taking, and passing USMLE Step 1. Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Students who have not received passing scores and have not started clinical clerkship within that period may still preserve their "in-school" student loan deferment status by applying for an **academic leave of absence** extending up to 180 days from the last day of the AICM. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. During the remainder of the Clinical Science curriculum, all students must take and pass all the required core and elective clinical clerkships. In addition to the 12 weeks of the AICM course, the School requires 48 weeks of core clerkships and 30 weeks of electives, for a total of 90 weeks of clinical training. These requirements are however, subject to change in the future, depending on regulatory and other academic requirements.

A final examination is given at the end of each clerkship. Students are also required to pass the USMLE Steps 1, 2 CK and Step 2 CS licensure examinations (see below).

- If a student fails a core clerkship, the student must repeat that same clerkship before being allowed to continue in the program.

- If a student fails an elective clerkship, that student must repeat successfully either the same elective, or another elective involving the same number of weeks as the failed elective.

- Students with a repeated failure in core subjects or in electives are subject to dismissal.

- Passing the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) examinations are required for graduation.

- Eligibility to take the USMLE Step 2 Clinical Knowledge (CK) requires completion of a minimum of 45 weeks of clinical training (including the 12-week AICM and the Internal Medicine core clerkship). This examination must be passed in no more than three attempts. A minimum of 36 weeks of core clerkships and be within 12 months of graduation is required before taking the USMLE Step 2 Clinical Skills (CS).

- The entire clinical segment, currently 90 weeks, must be successfully completed within 120 weeks of attendance.

### *GOOD STANDING AND SATISFACTORY ACADEMIC PROGRESS*

*Good Standing*: The University reserves the right to withhold services, transcripts and certifications from students who are not in good standing. Students maintain good standing by complying with all academic rules and regulations, and remaining current in all **financial obligations**.

*Satisfactory Academic Progress*: Satisfactory Academic Progress represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and determination of financial aid eligibility.

Students maintain *satisfactory academic progress* by meeting the requirements listed under "Promotions Policies."

- Completing the required courses of the Basic Science Curriculum of the first two academic years (four semesters) in no more than 6 semesters of attendance.

- Passing all coursework during probationary (remedial) semesters.

- Passing the NBME Comprehensive Basic Science Exam in no more than three attempts, taken within a year after completing the Basic Science segment.

- Taking the USMLE Step 1 within six months after becoming eligible.

- Passing the USMLE Step 1 in no more than three attempts, and within one year after becoming eligible.

- Completing the 90-week Clinical Science segment in no more than 120 weeks of attendance.

- Completing the entire Doctor of Medicine Program in no more than 210 weeks (4 calendar years) of attendance.

- Passing the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) in no more than three attempts.

Note: All of the above items refer to actual attendance in regular or Remedial Semesters, as well as actual weeks of attendance in the clinical training segment. They do not include periods when the student is on an academic leave of absence (ALOA) for preparation and time needed to schedule to take the two national examinations (USMLE Steps 1, 2CK & 2CS), the time of regularly scheduled breaks between semesters, or while pending assignment to a scheduled clinical clerkship. Also excluded are emergency ALOA's. (See section on *Emergency Leaves*.)

A semester during which an emergency leave of absence is taken, or in which the student withdraws prior to the end of Week 2 of the semester, will not be counted toward the limit for meeting the above requirements.

Students who do not meet the standards for *Satisfactory Academic Progress* are subject to dismissal. However, in the case of very unusual circumstances, the Promotions Committee may determine, on an individual basis, that a student may continue in the School for one semester (on probation).

### *PROBATION*

Students may be placed on academic probation for academic or behavioral "non-cognitive" issues.

"Academic Probation" is based on course work and professional behavior and recommended by the Promotions Committee to the Executive Dean.

Students are on academic probation while they are repeating basic science courses in Remedial Semesters or clinical training periods. Students on academic probation are also placed on financial aid probation for one semester. During this probationary semester, students may obtain financial aid. If they are not removed from probationary status the following semester, they will be ineligible to obtain any aid. Additional detailed information regarding financial aid eligibility is provided in the University publication, Ways & Means of Financial Aid.

This being a professional school, professional behavior is as important as is academic performance. Students may be placed on academic probation for "non-cognitive" or behavioral problems at the recommendation of the Grievance Committee or the Honor Council with concurrence of the Grievance Committee with the approval of the Executive Dean. This academic probation is based on a student's behavior violating one of the requirements in the Student Handbook. Students may be requested by the Grievance Committee to undergo a physical or psychological examination as well as other associated assessments.

- 11 -

## *ATTENDANCE*

In the Basic Science segment of the curriculum, students are expected to attend all scheduled classes, lectures, conferences, laboratory sessions/exercises, and examinations. Unexcused absences may adversely affect the final grade in a course. In order to successfully pass the Problem-based Learning (PBL) program a student must attend and participate in the required number of sessions. Failure to do so may result in failure in the course or courses involved in the PBL case. In some courses, especially those in which specific sequential skills are learned, if a student does not attend all sessions, arrangements must be made with the course director to make up the missed sessions. Failure to take an exam results in a grade of zero in that exam.

In the Clinical training period, students are required to be in attendance 100% of the time. Also, students must be in compliance with any specific rules and regulations mandated by the hospitals where they are completing their clerkships.

Any unauthorized absence or failure to report to a clinical clerkship will be grounds for dismissal. In addition, the student will receive a grade of F for that clerkship.

Ross University School of Medicine is non-sectarian, and as such does not close for the religious holidays of any specific denomination or group. Students who miss classes or laboratories for any reason will be responsible for the content of all missed course work. Examinations that are scheduled to occur on religious holidays will not be rescheduled and no accommodation will be made.


## *LICENSURE TO PRACTICE MEDICINE IN THE U.S.*

In order to be licensed and practice medicine in the United States, the Educational Commission for Foreign Medical Graduates (ECFMG) requires students to take and pass the United States Medical Licensing Examinations (USMLE) Step 1, Step 2CK and Step 2CS (See www.ecfmg.org.)

Ross University School of Medicine students and graduates are eligible to sit for these exams. The USMLE has three Steps, the first two of which are taken by students while in medical school. Passing Steps 1, 2CK (Step 2 Clinical Knowledge) and 2CS (Step 2 Clinical Skills) of the USMLE, is required for graduation.

Students must have their applications for these exams certified by the University Registrar's Office in New Jersey, before the exams are taken. See section below on "Certification For The USMLE Examinations."

Step 3 of the USMLE, the final step for licensing, is taken after graduation, during, or at the conclusion of residency training.

Information regarding the examinations may be obtained from the **Educational Commission for Foreign Medical Graduates (ECFMG), 3624 Market Street, Philadelphia, Pennsylvania 19104-2685. Telephone: (215) 386-5900; Fax: (215) 387-9196; Website: www.ecfmg.org**

- 12 -

Certification by the ECFMG is required for entrance to residency training and licensure.

## POLICY REGARDING UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE), STEPS 1 & 2

The University has adopted the following policy regarding the United States Medical Licensing Examination:

### THE USMLE STEP 1

The School of Medicine uses the USMLE Step 1 as one criteria of a student's overall knowledge necessary for entering into clinical clerkships.

Students become eligible to take the USMLE Step 1 when they have passed all courses in the Basic Science Curriculum, successfully completed the Advanced Integration to Clinical Medicine clerkship, and, have passed the NBME Comprehensive Basic Sciences Exam.

Students are required to sit for the USMLE Step 1 examination for the first time within 6 months after becoming eligible. Failing to do so will result in the student's administrative withdrawal from the school of medicine. Additionally, students cannot sit for the exam while on an approved Leave of Absence.

Students are required to take and pass the USMLE Step 1 in no more than three attempts, **and within one calendar year of becoming eligible.**

Students who do not pass the USMLE Step 1 in three attempts within a year after becoming eligible are dismissed from the School of Medicine. Such students may apply for readmission. If granted such readmission, additional preparation courses taken in Dominica may be recommended.

Those who receive very low scores on the USMLE in the first or second attempts may be required to repeat certain parts of the curriculum before they can be certified for another attempt. This will also depend on the time that has elapsed since they became eligible. These students are not eligible for financial aid.

**Passing Step 1 is <u>required</u> by the University to proceed to the core clinical clerkships of the curriculum.**

### THE USMLE STEP 2 CLINICAL KNOWLEDGE (Step 2 CK)

The USMLE Step 2 CK assesses whether the student is able to apply the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. Step 2 CK of the USMLE is taken in the clerkship years, after completion of the required clinical training. Passing Steps 1 and 2 CK and CS (Clinical Skills) of the USMLE are requirements for graduation and acceptance into residency training.

Students are eligible to be certified to take the USMLE Step 2 CK provided that the student has completed a minimum of 45 weeks of clinical training, which must include the Internal Medicine core clerkship and is within 12 months of graduation.

**Students must pass Step 2 CK in a maximum of three attempts, and within two calendar years of becoming eligible, in order to receive the Doctor of Medicine degree from Ross University School of Medicine.**

Students requesting a LOA to prepare for Step 2 CK will be allowed a period of time not to exceed 6 (six) weeks.


### *THE USMLE STEP 2 CLINICAL SKILLS (Step 2 CS)*

The Step 2 CS is taken during the final year of medical studies. The Step 2 CS assesses whether an examinee can obtain a relevant medical history, perform a physical examination of a patient, and compose a written record of the experience. It includes an evaluation of the examinee's ability to communicate effectively in the English language

To be certified to take the Step 2 CS, students must have completed 32 weeks of core clinical clerkships, which must include Internal Medicine, and must be scheduled for at least 36 weeks of core clerkships and be within 12 months of graduation.


### *CERTIFICATION FOR THE USMLE*

Applications for the USMLE Steps 1 and 2 CK and CS, are available online from www.ecfmg.org.

To be certified, a student must be in *good standing* and must have met all of his/her financial obligations to the University. All students requesting re-certification, in order to take this examination a second or third time, must submit to the University Registrar's Office a copy (both sides) of the USMLE score report for the previously taken examination. Students should normally re-take these examinations as soon as they are again eligible. However, the Dean of Clinical Sciences will, upon receiving documentation of a failing score on either Step 1, Step 2 CK or CS, review the student's performance to determine whether there is a need for remedial work before the student re-takes the examination.

Students who pass the USMLE Step 1 and are requesting placement in clinical clerkships **must** also submit a copy of the score report, along with the performance profile to the University Registrar's Office. Verbal statements or incomplete reports are not acceptable.

Students who are administratively withdrawn, and have not passed the USMLE on their first or second attempts, may request to be sponsored to take or re-take the USMLE through the University through a process of reapplication made through the University Admissions Office. Such requests for sponsorship will be reviewed individually, and may include certain conditions for approval.

- 14 -

Sponsorship for taking or re-taking the USMLE, within a specified period of time, will be provided to those who meet certain criteria (see below). Students will not be reinstated into active status until they pass the USMLE and begin their clinical clerkships.

Evaluations for sponsorship will include, but are not limited to:

a) The time that has elapsed between when they are eligible and when the USMLE is taken for the first time;

b) The USMLE scores received in prior attempts; and

c) Related items dealing with the student's activities during the interim period.

## *PROFESSIONAL CONDUCT, ETHICS*

Ross University School of Medicine expects its students to adhere to the highest standards of ethical and professional behavior in every aspect of their lives, as expected of medical professionals. Students shall conduct all aspects of their lives with honesty, integrity, and respect for others. Failure to do so may result in disciplinary action, including dismissal from the School.

Cheating (whether on examinations or with laboratory data), stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

A student found cheating on an examination receives a grade of zero for that examination, and is subject to dismissal from the School.

All students must bring the official RUSM identification card to all exams. If a student suspects a fellow student of cheating during an exam, the student should discreetly alert an exam proctor. No bags or books may be brought into the examination room. Final and make-up examinations must be returned and they may not be removed from the examination room. If a student is ill and unable to attend the exam, he/she must produce a doctor's letter and inform the course director or the administration at the earliest opportunity.

Medical students shall demonstrate professional behavior that would be expected of a physician, including, but not limited to:

(a) Being truthful in carrying out educational and clinical responsibilities, never falsifying information or purposefully misrepresenting a situation;

(b) Being punctual, reliable, and conscientious, in fulfilling professional duties;

(c) Maintaining confidentiality of information concerning patients, and refraining from discussing cases, except under appropriate circumstances;

(d) Not participating in patient care under circumstances in which they are under the influence of any substance, or other condition, which might impair their ability to function;

- 15 -

(e) Maintaining professional hygiene, demeanor, and appearance when in a patient care setting;

(f) Accepting the responsibility to review plans or directives for patient care with the attending physician if the student, after careful consideration, believes that these plans or directives are not in the best interest of the patient;

(g) Clearly identifying him/herself as a medical student in patient care settings, and respecting civil laws, hospital rules, and University rules governing the conduct of students;

(h) when students are on campus or participating in RUSM activities they must at all times display their Ross University I.D. cards;

(i) Not be in possession of alcoholic beverages, knives, switchblades, firearms or illicit drugs when on University grounds or involved in RUSM sponsored activities;

(j) Showing compassion and respect for themselves, their colleagues, faculty, and patients who participate in their education.

## SEXUAL HARASSMENT

Sexual harassment undermines the character and purpose of the University. Sexual harassment includes unwelcomed sexual advances, verbal or physical conduct of a sexual nature and inappropriate sexualization of the working environment with words, materials or behavior. It may involve women being harassed by men, men being harassed by women or harassment between persons of the same sex. Sexual harassment is subject to disciplinary action within the University community. Charges of sexual harassment can be filed by following the University's established grievance procedures for students, faculty, and staff.

## PROBLEMS, GRIEVANCES

Assistance with a variety of concerns and problems is available to students on the campus in Dominica. Students are free to discuss academic problems with their professors, faculty advisors, course director, department heads, and the assistant/associate deans of Student Affairs. All professors publish times when they are available in their respective offices.

Counseling service is available for students experiencing academic or personal difficulties. The School's Behavioral Science Department operates this service. Representatives of most major religions are also available in Dominica.

All students and faculty members have the right to present grievances to the *Grievance Committee.*

The **Grievance Committee** consists of faculty and student representatives. It can also advise students and make recommendations to the administration. The **Grievance Committee** is the investigative and judicial arm of the Dean's Office, and its authority is derived from that office. The **Grievance Committee** has authority over all matters referred by the Executive Dean, the Dean of Academic Administration and Student Affairs, the Associate Dean of Student Affairs, the Student Government Association, and any individual student or faculty member, including, but not limited to, violations of the professional conduct standards. All decisions and reports go to the Executive Dean and the Dean of Academic Administration and Student Affairs for review, and by copy to the initiating source. The final decision is that of the Executive Dean will be copied to the President.

Any non-academic recommendation made by the **Grievance Committee**, and executed by the Dean to suspend or terminate a student from Ross University School of Medicine may be appealed to the Office of the President. The President and at least one other member of the administration, appointed by the President, hear the appeal of the Dean's decision. The student can be represented by counsel, and has the right to present witnesses and documentary evidence. The student can choose to present his/her appeal in writing, by telephone, or through an in-person hearing. A student who wishes to appeal a determination of the **Grievance Committee** must give written notice of intent to appeal to the Office of the President within ten days of receiving the Dean's decision, based upon the report from the **Grievance Committee**.

## *REGISTRATION AND OTHER REGISTRAR SERVICES*

### *INITIAL REGISTRATION OF INCOMING STUDENTS*

Students enrolled in the Basic Science courses **must register in person** each semester before classes begin, and must present their passports on campus at that time, in order to receive their official RUSM identification. Students registering late without satisfactory documentation are charged a **late registration fee** of US$100 daily. (This fee is not retained by the University but credited to the Student Government Fund). No unregistered student will be admitted to classes. Registration for Basic Science courses is conducted on the campus in Dominica. The official Registrar's records, however, are maintained in the University's central offices in New Jersey.

Any specified documentation upon which the student's admission is contingent must be submitted to the University Registrar by the end of that semester. If essential documentation remains missing, the student will not be permitted to attend the subsequent semester, and will be administratively withdrawn.

MCAT scores are required as part of the Admission requirements and will be used in conjunction with other information required for admission to RUSM.

Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person registration occurs. At that point, only students with approved financial aid and/or those sponsored by a Ross recognized third-party payer will be allowed to register unless approval is granted by the University Bursar.

In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment as indicated on the terms and conditions of the promissory note. Furthermore, the student will not receive any credit for that semester.

## *REGISTRATION OF CONTINUING STUDENTS*

Continuing students in the Basic Sciences **must register in person** on campus at the beginning of each semester and must present at that time the official RUSM identification card, to ensure proper identification. There is a charge of US$25 to replace a lost ID card.

Students who are unavoidably late returning from break must:

1.      Notify the Dean of Academic Administration and Student Affairs and the Campus Registrar in writing **before** the registration date and, **upon their return**, present valid documentation that is satisfactory to the Dean of Academic Administration and Student Affairs. Fax communication is acceptable. Faxes may be sent to 1-767-445-3276.

2.      Students registering late without satisfactory documentation are charged a **late registration fee** of US$100 daily. (This fee is not retained by the University but credited to the Student Government Fund.)

3.      Students arriving on campus after the end of the registration period established for each semester will not be permitted to register for that semester. Any financial aid disbursements received by the University will be returned to the lender.

Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person registration occurs. At that point, only students with approved financial aid and/or those sponsored by a Ross recognized third-party payer will be allowed to register unless approval is granted by the University Bursar.

In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment as indicated on the terms and conditions of the promissory note. Furthermore, the student will not receive any credit for that semester.

## *REGISTRATION – CLINICAL SCIENCE SEGMENT*

Students in the clinical phase of the curriculum register through the Office of the Dean of Clinical Sciences in New Jersey. This includes the introductory clinical semester.

Once students have successfully completed the AICM course, have passed the USMLE Step 1, have submitted documentation of their scores to the University Registrar (copies of both sides of the USMLE report), and have received financial clearance from the University Bursar, they will be assigned to clinical clerkships by the Office of the Dean of Clinical Sciences

The University has a responsibility to place students in their individual clinical clerkships. Solely the Office of the Dean of Clinical Sciences makes this determination. All students are required to report to the clerkships to which they are assigned.

In general, clerkship programs will be taken according to a pre-arranged schedule. Students will be notified of their entry into a given program via written confirmation from the Office of the Dean of Clinical Sciences.

Students in the Clinical Science curriculum register for an academic year (two semesters, each encompassing 15 weeks of clerkships.) Clerkship schedules will be issued to students in blocks of at least 30 weeks of clerkship assignments. Students who decline their clerkship schedule must sit out for a semester (4 months) before reassignment will be provided. Failure to attend a scheduled clinical clerkship is grounds for dismissal from the School and an F will be posted on the transcript for that clerkship.

Students performing clerkships are considered enrolled full-time, provided they are scheduled for a minimum of 12 weeks.  The calendar period in which fifteen weeks of clerkships are completed defines the semester for that student.

Students who are about to begin or are continuing in the clerkship program should consult the Clinical Clerkship Program Guidelines published by the Office of the Dean of Clinical Sciences for more detailed information.

### TRANSCRIPT REQUESTS

Official transcripts are requested from and provided by the University Registrar in New Jersey. Students may obtain a transcript request form from the Campus Registrar or online at www.rossmed.edu. The Campus Registrar will forward requests to the New Jersey office. Requests cannot be taken over the telephone or via e-mail. Students in the Basic Science segment will receive a grade report when received in Dominica. Transcripts are not released until all financial obligations to the University have been met and any missing administrative documents have been received.

### STUDENT LOAN DEFERMENT PROCESS

If you have previously attended another school and received financial aid in the form of student loans, and wish to defer repayment of your student loans using a form from your lender, please see the Campus Registrar for instructions. Loans cannot be deferred during curriculum gap periods of 30 days or longer.

### TUITION DURING REMEDIAL SEMESTERS

Full tuition is charged for students registered full-time (12 or more credits).  Prorated tuition is charged during Remedial Semesters for students who are remediating less than 12 credit hours of coursework.

- 19 -

Any reduction in course load will impact the total financial aid that the student receives, based on government regulations and financial aid policies.

## *TUITION REFUND POLICY FOR WITHDRAWALS*

A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, even temporarily interrupted (see **Note** below). A withdrawal may be official (when the student notifies the Dean of Academic Administration and Student Affairs in writing) or unofficial (without written notification). The effective date of withdrawal is normally the student's last date of attendance.

If a student withdraws, Ross University's handling of tuition corresponds with Federal loan entitlement regulations, which are based on the period attended:

- If a new student withdraws prior to the start of the first semester, no tuition charges are due; however, acceptance deposits are forfeited.

- If a continuing student withdraws prior to the start of a semester, no tuition charges are due.

- If a student withdraws during the first 60% of a semester, tuition charges are directly prorated based on the portion of the semester that has elapsed. (As semesters are normally 15 weeks in length, tuition is prorated for withdrawals during weeks 1 through 9.)

- If a student withdraws after the first 60% (i.e., after completing the 9th week) of a semester, the full tuition charges remain due.

For withdrawal during the first 60% of a semester, as per Federal regulations, student loan entitlement is recalculated, and Ross University and the student are each proportionally responsible for returning "unearned" financial aid to the relevant lender(s). In addition to the lender returns required by Federal regulations, Ross University returns any remaining credit balance to lenders, which decreases the student's loan debt for that semester.

**Note:** Although a leave of absence may be authorized in limited circumstances, failure to return to school from a leave of absence is considered a withdrawal as of the last date of attendance. Please note that a leave of absence and an academic leave of absence are two different statuses. (For an explanation of an academic leave of absence, refer to the section on academic policies.) Additionally, under federal regulations, a leave of absence must be requested and approved in advance, may not exceed 180 days, and may not be granted within 12 months of a previous leave of absence. An interruption of enrollment status that does not qualify as a leave of absence is considered a withdrawal as of the last date of attendance.

See section above regarding policy on enrollment status for taking the USMLE. (Pages 13-15)

## EMERGENCY ABSENCES, VACATION & ACADEMIC LEAVES OF ABSENCE

The School of Medicine curriculum is designed to be a series of integrated, consecutively scheduled learning experiences. Interruptions of the educational program are academically undesirable and are of concern to medical licensure boards; they also can affect financial aid eligibility and loan repayment status. Emergency absences are granted only under extraordinary and well-documented circumstances.

Students are advised to consult with the Dean of Academic Administration and Student Affairs or the Dean of Clinical Sciences, as appropriate, to discuss their plans for any interruption of their studies and its academic impact. Those receiving student loans must also contact the Financial Aid Office; additional information is provided in the University publication *Ways & Means of Financial Aid.*

During the clinical semesters students must also abide by the policies and procedures of the institutions they are attending. Short breaks due to scheduling constraints may occur between clinical clerkships. Such breaks, if not exceeding four weeks have no impact on the student's enrollment status. (Consult the Financial Aid Office publication, *Ways & Means of Financial Aid,* for information about loan disbursements in the event of longer gaps.)

### EMERGENCY ABSENCES

Students may have unavoidable, non-academic reasons for interrupting their enrollment during a semester. With the approval of the Dean of Academic Administration and Student Affairs or her/his designee, a student may be temporarily excused from classes during a semester due to documented emergency circumstances, such as severe illness or major injury to the student himself, or a similar emergency or death in the student's immediate family. Such a brief absence, wherein a student intends to (and can) return within two weeks to complete all coursework for that semester, constitutes an emergency absence and has no effect on the student's enrollment status. Documentation of the emergency is required.

A student who finds it impossible to return from an emergency absence within two weeks may request an academic leave of absence (see ALOA below) extending for the remainder of the semester. Failure to request an ALOA will result in administrative withdrawal (see below) and the student must apply for readmission.

The interrupted semester will not be counted when determining time limits for satisfactory academic progress. In the case of an ALOA following an emergency absence, students will not be charged tuition twice for the same semester.

### ACADEMIC LEAVE OF ABSENCE (ALOA)

The Basic Science segment is scheduled in three semesters per calendar year with short breaks between semesters. A student who needs a longer break between semesters for personal reasons may request an academic leave of absence (ALOA) as outlined below. As a general policy an ALOA will be granted for only one semester, and the student must return in the following semester.

- 21 -

- An ALOA must be requested in writing on the standard form, stating specific reasons and return date, and must be approved by the Dean of Academic Administration and Student Affairs or her/his designee, or the Dean of Clinical Sciences and the University Registrar. The ALOA may only be requested following the end of the semester and the last day of registration of the ALOA semester. An ALOA is not valid until it is fully **processed and recorded** by the University Registrar, and the student has received a confirmation copy. Submission of forms to the University Registrar and confirmations may be conducted by fax. Faxes may be sent to 1-732-978-5306

- During the Basic Science phase, an ALOA can begin only after the completion of a semester, and the student must return at the beginning of the next semester following the completion of the student's ALOA. The ALOA may be renewed, prior to expiration, for an additional semester, based on the circumstances of the request. However, once the ALOA has extended beyond 180 days, you will be reported as withdrawn effective the last day of class attendance.

- During the Clinical Science phase, an ALOA can be taken only at the end of a clinical segment or clerkship, and the student must return to resume clinical clerkships at the time specified.

- During the Clinical Science phase, requirements for an ALOA to prepare for Step 2 will be granted for a period of time not to exceed 6 weeks.

A student who does not return from an ALOA at the specified time will be administratively withdrawn, effective the last day of class attendance. (Note the effect of this on financial aid obligations; see *Ways & Means of Financial Aid.*)

**All students returning from an authorized absence (emergency or ALOA)** must report to the Campus Registrar or Dean of Clinical Sciences and must pursue the curriculum then in effect. They are subject to all policies that are in force at that time and must pay the current tuition and fees. Similarly, students who defer their enrollment or are readmitted or reinstated to the School after any period of absence are also subject to all policies, tuition and fees then in effect.

## UNAUTHORIZED LEAVES

Except for approved emergency absences outlined above, students who leave during a semester or a scheduled clinical clerkship will be administratively withdrawn (see below).

Students wishing to return to the School after an unauthorized leave must apply for readmission. The past performance of these students will be reviewed by the Promotion Committee to determine whether they can be readmitted and, if so, under what conditions, including on academic probation.

## WITHDRAWALS

Students who have been withdrawn (by student request or administrative action) must apply for readmission if they wish to return to the School and are subject to the Tuition Polices for

Withdrawals. Such readmission must be reviewed by the Promotions Committee and is not guaranteed. They will be subject to all academic policies and tuition and fees then in effect, without any "grandfathering" provisions based on their original admission.

## STUDENT WITHDRAWALS

Students may not withdraw from a single course during a semester; they must withdraw completely from the School. Basic Science students may begin the withdrawal process by obtaining a withdrawal form from the Campus Registrar's Office in Dominica, and appropriate clearances from the Library, Financial Aid Office, and the Dean of Academic Administration and Student Affairs. Such students will receive **W**, **WP**, or **WF** on their transcripts depending on whether they were passing or failing a course at the time of their withdrawal, as specified under the *Student Grading and Promotions Policies* section of this Handbook.

Refunds, if required, will be determined by the last day of attendance in an academically related activity.

Those who received **WF** in any of their courses at the time of withdrawal will be reviewed by the Promotions Committee to determine whether they are eligible for readmission.

Students who were failing one or more courses at the time of withdrawal will be on academic probation if they are readmitted.

These students will also be on financial aid probation, and will not receive funds to continue if they are still on academic probation in the succeeding semester.

## ADMINISTRATIVE WITHDRAWALS

The University Registrar enters an administrative withdrawal in the student's record when any of the following apply. The student:

- Does not return to the campus to register for the following semester and attend classes in Week One of a semester.

- Does not return at the time specified for the end of an approved leave.

- Is not scheduled for a clinical rotation for a period of 30 days or more and has not applied for and received an approved academic leave of absence.

All students who are administratively withdrawn will be reported as withdrawn **effective as of the last day they attended classes.** The date of withdrawal will be reported to the U.S. Department of Education, if these students had Stafford loans.

## DEFERRALS

Prior to the start of classes, students admitted to a specific semester may request to defer their admission to a subsequent semester. This is limited to no more than the next two semesters.

Those who do not begin enrollment during that period are considered to have deactivated their applications and must re-apply for admission. Applications for deferrals must be made to the New Jersey Admissions Office. Students deferring to a future semester must meet all the requirements in effect for that semester.

Entering students who, following their initial registration, wish to defer their enrollment to the following semester may do so through the Dean's Office in Dominica, only during Week One of the semester.

Students who are admitted for a given semester, do not come to the Campus to register for that semester, and do not request a deferral, are considered to have deactivated their applications and must re-apply for admission.

## DISCIPLINARY ACTIONS

RUSM may implement a variety of disciplinary actions for non-academic infractions such as, but not limited to theft, vandalism, assault, drug use, animal neglect, or any blatant disregard for school policies, faculty or administrative authority, or professional ethics. These actions are verbal reprimand, letter of reprimand, restitution, suspension, and dismissal.

### SUSPENSION

Students may be suspended for a period, during which a student will not be allowed to enroll in classes and may have special requirements to complete prior to returning to his/her academic program. The Dean approves all suspensions.

Suspension during an academic semester does not warrant reduction of tuition and fee charges.

### DISMISSAL

Students may be dismissed from the School for poor academic performance, for violation of the Honor Code, and/or for disruptive or unprofessional behavior. As a general School policy, students who are dismissed will not be considered for readmission.

A process for appeal is available to dismissed students.

Suspension during an academic semester does not warrant reduction of tuition and fee charges.

## STUDENT HONOR CODE

*The student body has developed an Honor Code, with which all students must comply.* The Honor Code is attached hereto and incorporated herein.

Each student is bound by its provisions and required to sign a written acknowledgement of receipt. Documented failure to do so will result in disciplinary action, including dismissal from the School.

- 24 -

Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.

### *STUDENT POLICY ON ALCOHOL AND OTHER DRUGS*

Ross University has developed a *Student Policy on Alcohol and Other Drugs,* with which all students must comply. It attached hereto and incorporated herein.

### *STUDENT PRIVACY RIGHTS*

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

> Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

> Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

> If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

> One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

- 25 -

official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility. Upon request, the University may disclose education records without consent to officials of another school in which a student seeks or intends to enroll.

The University may disclose directory information upon request. Directory information includes:

> Name, address, telephone listing
> Dates of attendance, degrees and awards
> Field of study
> Most recent previous school attended
> Photographs
> Date and place of birth
> E-mail address

(4) The right to file a complaint with the U.S. Department of Education concerning alleged failures by the University to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-4605.

## *THE ANNE ROSS LIBRARY AND RELATED MATTERS*

The Anne Ross Library and Learning Resource Center (LRC) strives to be the intellectual center of the Ross University School of Medicine, and provides services, resources, equipment and facilities needed to enhance self-directed learning, support evidence-based medicine, and help students succeed academically.

Students are expected to purchase required textbooks for each course. The Library houses a full range of biomedical books, journals, study aids, audiovisual programs, and computer-assisted instructional materials that supplement the required readings.

Students are required to display their Ross University student identification card to gain entry to the library. The identification card is also required for all Library transactions and services including borrowing books, making photocopies, using multimedia resources and accessing the Internet. The Library is intended for University students, faculty and staff, only. Children are not permitted in the Anne Ross Library & LRC.

During the semester, the Library is open 17 hours per day (7:00 a.m. to midnight) seven days per week. Five days prior to the Mini examinations, and 10 days prior to the final examinations, the Library will be open until 2 AM. There are other facilities on campus that are open 24 hours per day for students who wish to study at odd hours. It is not recommended that students stay up all night to study before exams. There are limited operating hours during breaks and holidays and generally the library will be closed during the weekend following the administration of the Comprehensive Basic Science Examination.

Students are expected to return Library materials on time. Overdue fines are assessed to ensure prompt return of high-use items, and any money collected is donated to the Student Government

Association. Failure to pay fines or return books will affect a student's ability to borrow other materials and may affect the release of final grades.

Eating, drinking or smoking is not permitted in the Library.

Stealing or damaging Library materials, equipment or furniture is a serious offense. Students caught vandalizing, mutilating or stealing Library materials, equipment or furniture, or physically threatening staff members will be suspended immediately pending a hearing that may result in expulsion from the University.

Students are expected to take their notes, books or personal items with them when they leave the Library. At closing time each day, the study tables and carrels will be cleared of all materials.

Students who consistently ignore basic rules of the Library will be identified and warned by the Library staff that will submit a written report to the Executive Dean. The Dean will refer the issue to the Grievance Committee for further action. Students that receive more than three (3) warnings for inappropriate behavior in the Library are subject to disciplinary action including but not limited to being denied access to the library for the rest of the current semester and/or a subsequent semester.

Students are encouraged to make suggestions and express their ideas about Library services, resources and facilities to the Library Director.

*MONETARY INSTRUMENTS (STUDENT REFUND CHECKS)*

Please note that the United States Department of Customs and Border Patrol have specific rules regarding the transportation of monetary instruments (refund checks, cash, etc...) into and out of the United States.

For more information, please visit the United States Department of Customs and Border Patrol at www.cbp.gov and perform a search for currency reporting.

*BANKING IN DOMINICA*

Banking can be conducted at two locations in Portsmouth, Barclay's Bank and National Commercial Bank, or at the Scotia Bank in Roseau, as well as at an automatic teller machine (ATM) on campus. Funds are disbursed in EC$ from the ATM. To use the ATM, students must have an account at National Commercial Bank, to which funds may be transferred through one of the following American banks: Bank of New York, Bank of America, or Nations Bank.

Ross University checks can be cashed immediately at the Scotia Bank and certain other banks. Financial aid checks can also be cashed immediately in part or entirely at certain of the banks. Endorsements by two authorized signatories at the rank of Dean, Vice Dean, or Associate Dean, are required in order to cash checks at Barclay's Bank. However, National Commercial Bank requires only one signature. Ross University checks drawn on Chase Manhattan Bank do not require a Dean's signature to be cashed at the National Commercial Bank.

Students are strongly encouraged to establish banking in the US and Dominica with the appropriate procedures to be able to have electronic transfer of funds to their Dominica account

All banks impose a 30-working day (at least) delay before honoring US$ personal checks drawn outside Dominica. Banks will cash personal checks in U.S. dollars, without the delay, if they are signed by the Deans as listed above. The **most** reliable way for students to get money quickly in Dominica is to have an ATM card that will work at Royal Bank of Canada and at Barclay's, or to arrange for the money to be wire transferred. Wire-transferred funds are almost immediately negotiable. Another way of transferring funds is via international money orders. Traveler's checks are usually accepted.

VISA, MasterCard, and American Express credit cards can be used to obtain money in EC currency at the Dominican banks.

## ADDITIONAL MATTERS OF FINANCE

Occasionally, while studying in Dominica, students waiting for loan checks may find themselves in financial difficulties. In these circumstances, the Dean of Academic Administration and Student Affairs or her/his designee can authorize a temporary loan of EC$100.00 per week from local funds for living expenses.

Queries regarding financial aid in general, or about an individual student's loan status, should be channeled through the financial aid representative on campus.

## HOUSING IN DOMINICA

There is a reasonable stock of housing and hotels in Portsmouth and this stock is continually improving. The University has a housing officer who is available to assist students in securing appropriate accommodations. Students are urged to follow the recommendations of the housing officer on such matters as written inventories of furnishings, and clear statements on responsibility for property taxes, water, phone, and electricity bills before committing to a rental. Generally, these utilities are more expensive than in the U.S., especially international phone calls. Students sharing flats should also make a written agreement as to individual responsibilities.

## VISAS

The government of Dominica requires that all adults entering the country for more than three weeks must have submitted visa applications prior to arrival. Students must remember that they are guests in Dominica, and must observe all immigration rules and local laws. All students are required to possess a return ticket to their normal country of residence and have a valid visa in their passport. If in doubt, students should check with the campus office that handles immigration issues.

Non-resident, non-U.S. citizens may require a visa to enter the U.S. for the Clinical Science segment.

## SECURITY

The University employs all possible means to promote the security of its students, maintaining a security force on the campus whose duty it is to preserve order and the safety of the students and

- 28 -

the campus. This security force functions under policies and procedures established by the administration, as well as in response to directives from the administration that may be issued and publicized from time to time. All on- and off-campus incidents must be reported to the security force.

In accordance with U.S. Department of Education requirements, information about security and safety practices, as well as campus crime statistics are published annually. This information is distributed to current students and may be obtained, upon request, by any prospective student.

RUSM in Dominica employs a cadre of security officers to provide 24-hour security to the University, its students, and staff, at the Portsmouth Campus. All security officers have received in-house training, supplemented by formal training at the Dominica Police Training School. Thus, they are capable of providing a high level of professional service.

By and large, most student security problems occur outside the Campus compound, which is generally considered relatively safe. However, while the Island has a relatively low crime rate, students and visitors should still take the same precautions that they would take in major cities in the United States.

Security is also provided for the Ross University Clinical Facility at the Princess Margaret Hospital in Roseau, which is used by students during their clinical assignments and clinical clerkships.

### STUDENT GOVERNMENT

The student body elects class representatives, committee members, and officers for the Student Government Association (SGA) each semester. The SGA is active in coordinating athletic events, supervising the weight room, sponsoring and arranging the social activities on campus, and bringing student problems to the attention of the administration. To be qualified to run for office and to serve as an officer, class representative or on a committee, a student must be a full-time student and be in good academic standing as defined in this *Handbook*. Students who are officers in the SGA are considered leaders and role models for the student body. As such, they will be required to maintain a cumulative grade point average (GPA) above 2.6 prior to election. Those who do not meet this criterion will be asked to resign and another will be appointed or elected to serve.

The Associate Dean Student Affairs and the Director of Campus Life supervise the running of the SGA.

Students are required to pay an SGA fee, which is collected with other student fees. In addition, all late registration fees and library fines go entirely to the SGA.

## AMERICAN MEDICAL STUDENTS ASSOCIATION

The American Medical Students Association has a chapter at Ross University. The dues of this organization are voluntary. AMSA works with the faculty to select outside speakers for the Research Day held each semester, provides public service opportunities such as health screening activities for the general public, assists in providing health related services for students, and

provides access to the programs of the National Body of AMSA in legislative and other governmental areas.

## STUDENTS WITH DISABILITIES

In 1990, Congress passed the Americans with Disabilities Act (ADA) that reinforced and extended the nondiscrimination concepts of Section 504. Section 504 contains a nondiscrimination provision which provides that a qualified individual with a disability can not be denied participation in a program receiving Federal financial assistance solely on the basis of a disability. Students with a disability defined within the ADA may request an accommodation. The process to do so is as follows;

1. The student must submit to the school appropriate documentation (in compliance with ADA) prior to commencing classes each semester. These are to be submitted to the Director of the Exam Center.
2. All requests will be reviewed via external assessment by a licensed professional who will report his/her opinion to the RUSM Examination Committee that will make a final determination as to the type of accommodation that will be granted.
3. When an accommodation is granted, it is done so for a single semester. Students with ongoing needs must resubmit their request each semester.
4. If the documentation exceeds its time limitation, in accordance with the ADA, it is the students responsibility to resubmit to the school updated documents.

## WHEN YOU LEAVE DOMINICA

Please note that students are responsible for all debts in Dominica, whether to the phone company, landlord, Dean's account, or the SGA. While debts to the University remain outstanding, the student may not be allowed to proceed with clinical clerkships or obtain any transcripts from the New Jersey Office. Students must pay all their debts before they leave Dominica. The Dominican laws on debt are strict, and it has happened that students have found themselves in jail for debt.

Each student must find two faculty members to write letters of recommendation. These letters are kept on file for the Dean of Clinical Sciences to use when introducing you to your clinical assignment. These letters are references, not testimonials, and are, therefore, confidential; students may not have copies. It is advisable to check with the Registrar to confirm that your letters are on file.

## INTERPRETATION AND MODIFICATION OF THE STUDENT HANDBOOK

The final arbiter of the interpretation of any regulation in this *Handbook* is the Executive Dean or the President, as appropriate. The University reserves the right to modify, or make changes to any rule or regulation in this handbook. Any change pertaining to the Basic Science campus or changes communicated to enrolled clinical students by the Clinical Science Dean become effective on the first day of the semester, unless otherwise noted in the announcement of the change.

It is the student's responsibility to be aware of all regulation in this handbook and any changes or modifications to these regulations.

**EXHIBIT "E"**

School of Medicine
Office of the Registrar

Campus: PO Box 266, Pettorsveth, Dominica, West Indies
Administrative Offices: 499 Thornall Street, 13th Floor
Edison, NJ 08837-2236
TEL: (732) 978-3200 FAX (732) 978-5366
Email: Registrar@rossmed.edu
www.rossmed.edu



June 29, 2006



Dear Anand E Dasrath:

I regret to inform you that effective immediately you have been Administratively Withdrawn from Ross University, School of Medicine for failure to register for the May 2006 AICM course. RUSM policy dictates that students must successfully complete the AICM course and pass USMLE Step 1 before advancing into the clinical curriculum. In order for a student to remain enrolled with RUSM, they must either be registered for courses and/or registered for the Boards. Once a student becomes inactive, they are Administratively Withdrawn from RUSM.

Please be advised that if you are a recipient of federal guaranteed student loans, we must inform your lender(s) that you have not attended Ross University since the last day you attended classes or rotated in a clinical clerkship. The impact of your withdrawn status on your federal guaranteed student loans will depend on your specific situation, applicable regulations and the terms and conditions of your loan(s).

Should you ever wish to resume your studies at Ross University School of Medicine, you will be required to submit an application for re-admission to the Admissions Department and be reviewed by the Admissions Committee. To do so, please complete an Admissions application, indicating the reasons of your withdrawal, and submit it to the Admissions Office.

Best wishes in your future endeavors.

Sincerely,

Michael Rendon
University Registrar

Cc:   Bursar
      Financial Aid
      Clinical Department

D00073

**EXHIBIT "F"**

 **ECFMG**™  EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org



Personal and Confidential
Via Federal Express

August 16, 2006

Mr. Anand Emanuel Dasrath
89-25 209 St.
Queens Village, NY 11427

Re: USMLE™/ECFMG® Identification No. 0-704-162-7

Dear Mr. Dasrath:

This is to advise that ECFMG is not releasing your score report for the USMLE Step 1 that you took on July 27, 2006.

This is because ECFMG has recently received information indicating that you had not all eligibility requirements to take the examination. Specifically, you were not enrolled as a student in medical school at the time you took the examination. ECFMG received notice dated August 14, 2006 from Ross University School of Medicine indicating you had been "withdrawn" from the medical school. The medical school stated the date of your withdrawal was May 22, 2006.

USMLE and ECFMG policy requires a medical school student to be enrolled in medical school both at the time the individual applies for the examination and at the time the individual takes the examination. Although you may have been enrolled in medical school at the time you applied for the examination, based on the information provided by Ross University School of Medicine, you have since been "withdrawn." Since you were no longer enrolled at Ross University School of Medicine, you were ineligible to take the examination.

If there is an error in the records of the medical school, you must resolve it with the medical school immediately. As is stated in the ECFMG *Information Booklet,*

"If your eligibility for am exam changes after you apply but before you take the exam, your are required to inform ECFMG immediately of this change in your status."

Also note the following statements in the USMLE *Bulletin of Information,*

"If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify

ECFMG® is an organization committed to promoting excellence in international medical education.

Mr. Anand Emanuel Dasri
August 16, 2006
Page 2

your registration entity promptly.  Failure to notify your registration entity
that you may no longer be eligible to take the examination may result in
a determination of irregular behavior (see pages 31-32).  If you take a
Step or Step Component for which you are not eligible, scores for that
examination may not be reported or, if previously reported, may be
revoked."

You must also write to ECFMG immediately to provide an explanation why you
took the USMLE Step 1 when you were not enrolled as a medical school student at
Ross University School of Medicine.   ECFMG must receive your written explanation
within fifteen (15) days of your receipt of this letter.

If you have any questions or need additional information, please let me know.
My telephone number is (215) 823-2277, my fax number is (215) 386-9767 and my
email address is bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Director, Credentialing and
Record Services

**EXHIBIT "G"**

Name: *DASRATH,   ANAND EMANUEL*   Enter your USMLE/ECFMG identification
        Last, First, Middle  or initials in item 4)              Number  if one has been assigned to you

**PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION**

**26. CERTIFICATION BY APPLICANT:** Students and graduates must sign the application in the presence of their
                                          Medical School Dean, Vice Dean or Registrar. (See 26.2.A below)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the
application form in the presence of a Consular Official, First Class Magistrate or Notary Public. (See 26.2.B below)
Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All
information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical
Graduates.

I hereby certify that I currently meet the examination eligibility requirements and that the information in this application is true and
accurate to the best of my knowledge and that the photograph(s) enclosed were taken within 6 months of the date of this application
I also certify and acknowledge that I have read the 2006 ECFMG Information Booklet and 2006 USMLE Bulletin of Information, are
aware of the contents of both publications, meet the eligibility requirements set therein and agree to abide by the policies and
procedures therein.

I understand that (1) falsification of this application, or (2) the submission of any falsified documents to ECFMG, or (3) the
submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as
evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more
other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process,
may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold
and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action
(See page 35 of the 2006 Information Booklet for additional details concerning Validity of Scores and Irregular Behavior.)

I understand that the Standard ECFMG Certificate and any and all copies thereof remain the property of ECFMG and must be
returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise
issued in error.

I request and authorize every person, medical school, university, hospital, government agency, or other entity to release
information, records, diplomas, transcripts and other documents concerning my professional education, academic status or
excellence to ECFMG upon request of ECFMG.

I hereby authorize ECFMG to transmit any information contained in this application, or information that may otherwise become
available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or
individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's
data collection and privacy practices, please refer to our privacy policy available on the ECFMG website at www.ecfmg.org/
annualprivacy.html.

Signature of Applicant (in Latin characters)  X *Anand Emanuel Dasrath*
                                                    (Signature must match full legal name as given in PART A-1.)

| 1 | 2 | 0 | 3 | 2 | 0 | 0 | 6 |
| Day | | Month | | Year | | | |

Seal or stamp of official
must cover a part of
attached photo and a
part of application
form.

Certifying official must also
complete Item 26.2.A or 26.2.B below.

**26.2 CERTIFICATION BY OFFICIAL:**

**26.2.A  CERTIFICATION BY MEDICAL SCHOOL OFFICIAL** (Must be completed for medical school students):
   I hereby certify that the photograph, signature, and information entered in all parts of Section 23 of this form, including medical school, attendance dates
   and status of medical school student (if applicable) accurately apply to the individual named above, and that this individual is  (must check one)
   ☒ officially enrolled in or   ☐ a graduate of the institution indicated below. I have affixed the medical school seal or stamp over a portion
   of the photograph above.

Signature of Medical School Official  (in Latin characters)  x *Bryette Sena*    | 2 | 0 | 0 | 8 | 2 | 0 | 0 | 6 |

*Bryette Sena*              ASSOCIATE REGISTRAR OF CLINICAL SCIENCES  ROSS UNIVERSITY
Print Name (in Latin characters)                    Official Title (with English translation,  Institution        SCHOOL OF MEDICINE
                                                          if not in English)

OR                                                                                                          2
**26.2.B  CERTIFICATION BY OFFICIAL IDENTIFICATION** (Pertains to graduates only):                         0
   I certify that on the date set forth below the individual named above did appear personally before me and that I did identify said individual by  0
   (a) comparing his/her physical appearance with the photograph on the application document presented by the applicant and (b) comparing  6
   affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document.
   The statements in this document are subscribed and sworn to before me by the applicant

on this _____ day, of the month of _____, in the year                           MAY – 5 2006

x _____                                              ECFMG
    Signature of Consular Official, First Class Magistrate, or Notary Public (in Latin characters)  Title (with English translation,  MAILROOM 2

**27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:**

| Clinical Discipline | Hospital/Clinic | Location  (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS**

**28. OTHER EXAM HISTORY and APPLICANT NUMBERS:**
Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination and
was administered to you and the identification number that was assigned to you by that organization.

| | | | | | Month | | Year | |
|---|---|---|---|---|---|---|---|---|
| ☐ NATIONAL BOARD OF MEDICAL EXAMINERS | Applicant Identification Number: | USMLE Steps 1/2 | | Date of Most Recent Examination Taken: | | | | |
| | Applicant Identification Number: | NBME Parts I/II | | Date of Most Recent Examination Taken: | | | 1 | 9 |
| ☐ STATE LICENSING AUTHORITY IN THE UNITED STATES | FIN – Federation Identification Number | FLEX | | Date of Most Recent Examination Taken: | | | 1 | 9 |

Page 7 of 7

PLAINTIFF'S
EXHIBIT
3
10-15-10

**EXHIBIT "H"**

Name: DASRATH, ANAND EMANUEL
(Last, First, Middle - as entered in item 4)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: 0-704-116-7

## PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION (Continued)

**26. CERTIFICATION BY APPLICANT:** Students and graduates must sign the application in the presence of their Medical School Dean, Vice Dean or Registrar. (See 26.2.A below.)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public. (See 26.2.B below.) Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

I hereby certify that I currently meet the examination eligibility requirements and that the information in this application is true and accurate to the best of my knowledge and that the photograph(s) enclosed were taken within 6 months of the date of this application.

I also certify and acknowledge that I have read the 2006 ECFMG Information Booklet and 2005 USMLE Bulletin of Information, am aware of the contents of both publications, meet the eligibility requirements set therein and agree to abide by the policies and procedures therein.

I understand that (1) falsification of this application, or (2) the submission of any falsified documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action. (See page 35 of the 2006 Information Booklet for additional details concerning Validity of Scores and Irregular Behavior.)

I understand that the Standard ECFMG Certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.

I request and authorize every person, medical school, university, hospital, government agency, or other entity to release information, records, diplomas, transcripts and other documents concerning my professional education, academic status or enrollment to ECFMG upon request of ECFMG.

I hereby authorize ECFMG to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's data collection and privacy practices, please refer to our privacy policy available on the ECFMG website at www.ecfmg.org/ annc/privacy.html.

Certifying official must also complete Item 26.2.A or 26.2.B below.

Signature of Applicant (in Latin characters) X *Anand Emanuel Dasrath*
(Signature must match full legal name as given in PART A-4.)

| Day | Month | Year |
|---|---|---|
| 27 | 04 | 2006 |

## 26.2 CERTIFICATION BY OFFICIAL:

**26.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL** (Must be completed for medical school students):

I hereby certify that the photograph, signature, and information entered in all parts of Section 23 of this form, including medical school, attendance dates, and status of medical school student (if applicable) accurately apply to the individual named above, and that this individual is: (must check one)

☒ officially enrolled in or ☐ a graduate of the institution indicated below. I have affixed the medical school seal or stamp over a portion of the photograph above.

Signature of Medical School Official (in Latin characters) X *Brujette Sena* 05 05 2006

Bruette Sena — ASSOCIATE REGISTRAR OF CLINICAL SCIENCES — ROSS UNIVERSITY SCHOOL OF MEDICINE 2006

Print Name (in Latin characters) — Official Title (with English translation, if not in English) — Institution

OR

**26.2.B CERTIFICATION BY OFFICIAL IDENTIFICATION** (Pertains to graduates only):

I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant

on this ________ day of the month of ________________, in the year ________.

X ______________________________
Signature of Consular Official, First Class Magistrate, or Notary Public (in Latin characters) — Title (with English translation, if not in English)

## 27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

**28. OTHER EXAM HISTORY and APPLICANT NUMBERS:**

Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

☐ NATIONAL BOARD OF MEDICAL EXAMINERS

USMLE Steps 1/2 — Applicant Identification Number: ☐-☐☐☐-☐☐☐-☐ — Date of Most Recent Examination Taken: Month ☐☐ Year ☐☐☐☐

NBME Parts I/II — Applicant Identification Number: ☐☐☐☐☐☐ — Date of Most Recent Examination Taken: Month ☐☐ Year 1 9 ☐☐

☐ STATE LICENSING AUTHORITY IN THE UNITED STATES

FLEX — FID – Federation Identification Number: ☐☐☐☐☐☐☐☐☐ — Date of Most Recent Examination Taken: Month ☐☐ Year 1 9 ☐☐

PLAINTIFF'S EXHIBIT 4 10-15-10
PENGAD 800-631-6989

**EXHIBIT "I"**

05/16/2006  14:48    7187760739          ALLSTATE                    PAGE  01/01



89-25  209  STREET
QUEENS  VILLAGE,
NEW  YORK,  11427
5 - 15 - 06

THE  OFFICE  OF  THE  REGISTRAR,
ROSS  UNIVERSITY
EDISON ,  N.J.

DEAR  SIR / MADAM,

          I  WOULD  LIKE  TO  REQUEST  A

STUDENT  TRANSCRIPT  FOR  MY-SELF  AND  A  STUDENT
HANDBOOK  TO  BE  MAILED  &  TO  MY  HOME  ADDRESS  AS
ABOVE .

                                    THANKS
                                    Anand  Dasrath
                                    ANAND  DASRATH

                    SSN:  107 - 58 - 9913

                    PHONE  NO - (718) 468 - 9421 .

Received Time May. 16.  3:00PM                              D00036



**Ross University**
SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Name: Dasrath, Anand E                                     Student ID:  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

Undergraduate Institution: YORK COLLEGE                    Matriculation Date:  5/10/2004

Comments:

| Code Course Title | Grade | Credits |
|---|---|---|

### Basic Sciences

**Semester: 5/10/2004**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0523 | BIOCHEMISTRY | C+ | 5 |
| 0526 | MEDICAL GENETICS | F | 0 |
| 0552 | DOCTOR PATIENT AND SOCIETY | B+ | 3 |
| 0518 | DEVELOPMENT&MICRO.ANAT/CELL BIOLOGY | C | 4 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 12 | 31 | 15 | 2.07 |
| CUMULATIVE: | 12 | 31 | 15 | 2.07 |

**Semester: 9/6/2004**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0518 | DEVELOPMENT&MICRO.ANAT/CELL BIOLOGY | B | 4 |
| 0526 | MEDICAL GENETICS | C | 3 |
| 0552 | DOCTOR PATIENT AND SOCIETY | A | 3 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 10 | 30 | 10 | 3.00 |
| CUMULATIVE: | 22 | 61 | 25 | 2.44 |

**Semester: 1/10/2005**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0631 | MEDICAL PHYSIOLOGY | | |
| 0646 | GROSS ANATOMY | | |
| 0615 | NEUROBEHAVIORAL I | | |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 32 | 15 | 2.13 |
| CUMULATIVE: | 37 | 93 | 40 | 2.33 |

**Semester: 5/9/2005**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0745 | PATHOLOGY I | C | 4 |
| 0747 | MICROBIOLOGY & IMMUNOLOGY I | C | 3 |
| 0749 | PHARMACOLOGY I | B+ | 3 |
| 0752 | BEHAVIORAL SCIENCE | B | 5 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 39.5 | 15 | 2.63 |
| CUMULATIVE: | 52 | 132.5 | 55 | 2.41 |

**Semester: 9/7/2005**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0843 | INTRO TO CLINICAL MEDICINE I | C | 5 |
| 0851 | PHARMACOLOGY II | B | 3 |
| 0842 | PATHOLOGY II | C | 4 |
| 0847 | MICROBIOLOGY & IMMUNOLOGY II | C | 3 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 33 | 15 | 2.20 |
| CUMULATIVE: | 67 | 165.5 | 70 | 2.36 |

Total Credits:  67

No Entries Below This Line

---

Page 1 of 1
05/22/2006

STUDENT
COPY

D00035

NOT VALID FOR TRANSFER OF CREDIT STUDENTS COPY

DEFENDANTS EXHIBIT 9301

**EXHIBIT "J"**

06/01/08   13:50 FAX 516 355 5912          FEDEXKINKOS NEWHYDEPARK                    ☒001

ROSS UNIVERSITY
SCHOOL OF MEDICINE
OFFICE OF THE REGISTRAR

TRANSCRIPT REQUEST

POLICY: A transcript will be issued only with the student's written request. A fee of US $10.00 payable to Ross University by cash, money order or check is assessed for each transcript. Unofficial copies are free of charge and are only issued to currently enrolled students. Requests will be honored as quickly as possible in the order of application, however, during busy periods such as examinations, Commencement, registration, etc. there will be some delay.

PRINT YOUR NAME AND ADDRESS

*ANAND      DASRATH*
NAME

TODAY'S DATE   *8 – 1 – 06*

*89-25      209 STREET*
STREET ADDRESS

STUDENT I.D.   *10 7 – 5 8 – 9913*
*@ 000 88 730*

*QUEENS      VILLAGE, N.Y., 11427*
CITY, STATE, ZIP

SIGNATURE   *Anand Dasrath*

COMPLETE APPROPRIATE ITEMS:

_____✓_____ CURRENTLY ENROLLED        SEMESTER LAST ENROLLED_____

_____✓_____ HOLD FOR CURRENT SEMESTER GRADES_____
YES   NO                                    SPECIFY SEMESTER

_____GRADUATE_____              _____FORMER STUDENT_____
         INDICATE GRADUATION DATE                              LAST SEMESTER ATTENDED

_____AUTHORIZATION LETTER SUBMITTED (FOR RETRIEVAL BY SOMEONE OTHER THAN THE STUDENT)

NUMBER OF TRANSCRIPTS_____   _____/_____
                       OFFICIAL   UNOFFICIAL - ONLY 1 PER REQUEST

PRINT FULL NAME AND ADDRESS BELOW OF RECIPIENT
Use one form for each addressee

_____
NAME

_____
STREET ADDRESS

_____
CITY/STATE/ZIP

DO NOT WRITE IN SPACE BELOW - FOR OFFICE USE

| REC'D | SENT | PAID |
|-------|------|------|
|       |      |      |

Received Time Aug. 1.  2:01PM

D00005

D00005

**EXHIBIT "K"**



# Ross University

## SCHOOL OF MEDICINE

PORTSMOUTH, DOMINICA

WEST INDIES

Unofficial Copy

Date Printed:   5/19/10

---

Name : Dasrath, Anand
Student ID : @00088730

Matriculation Date : 05/10/2004

Date Of Birth : 11/12/57
Major : Medicine

---

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| | | **Basic Science** | | |

### Summer 2004
5/10/04     8/20/04

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1110 | Dev/Microscopic Anat/Cell Biol | C | 4.00 |
| MBIO | 1135 | Medical Genetics | F | 0.00 |
| MBEH | 1130 | Doctor, Patient & Society | B+ | 3.00 |
| MBIO | 1125 | Biochemistry | C+ | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 12 | 31.00 | 12 | 2.06 |
| CUMULATIVE : | 12 | 31.00 | 12 | 2.06 |

### Fall 2004
9/6/04     12/17/04

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1110 | Dev/Microscopic Anat/Cell Biol | B | 4.00 |
| MBIO | 1135 | Medical Genetics | C | 3.00 |
| MBEH | 1130 | Doctor, Patient & Society | A | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 10 | 30.00 | 10 | 3.00 |
| CUMULATIVE : | 22 | 61.00 | 22 | 2.44 |

### Spring 2005
1/10/05     4/22/05

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MPHY | 1210 | Neurobehavioral I | C+ | 4.00 |
| MANT | 1220 | Gross Anatomy | C | 5.00 |
| MPHY | 1230 | Medical Physiology | C | 6.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 15 | 32.00 | 15 | 2.13 |
| CUMULATIVE : | 37 | 93.00 | 37 | 2.32 |

### Summer 2005
5/9/05     8/19/05

---

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MMIC | 2311 | Microbiology & Immunology I | C | 3.00 |
| MPAT | 2321 | Pathology I | C | 4.00 |
| MPHM | 2341 | Pharmacology I | B+ | 3.00 |
| MBEH | 2330 | Behavioral Science | B | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 15 | 39.50 | 15 | 2.63 |
| CUMULATIVE : | 52 | 132.50 | 52 | 2.40 |

### Fall 2005
9/5/05     12/16/05

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MPHM | 2441 | Pharmacology II | B | 3.00 |
| MPAT | 2421 | Pathology II Systemic/Clinical | C | 4.00 |
| MMIC | 2411 | Microbiology & Immunology II | C | 3.00 |
| MCLM | 2430 | Intro. to Clinical Medicine | C | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 15 | 33.00 | 15 | 2.20 |
| CUMULATIVE : | 67 | 165.50 | 67 | 2.36 |

---

## Clinical Science

### Spring 2006

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| CAIC | 5008 | Advanced Intro. To Clin. Med. | F | 0.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 0 | 0.00 | 0 | 0 |
| CUMULATIVE : | 67 | 165.50 | 67 | 2.01 |

---

This document is an unofficial copy of the student's academic transcript. Official transcripts are printed on blue security paper with the University seal and require the Registrar's signature.

D00006



**Ross University**
SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Date Printed:  5/19/10

Unofficial Copy

| Name : Dasrath, Anand | Date Of Birth : 11/12/57 |
|---|---|
| Student ID : @00088730     Matriculation Date : 05/10/2004 | Major : Medicine |

| Course | Course Title | Grade | Credit | Course | Course Title | Grade | Credit |
|---|---|---|---|---|---|---|---|
| | | **Total Credits** | 67 | | | | |
| | No Entries Below This Line | | | | | | |

Comments: Administrative Withdrawal 4/7/06

This document is an unofficial copy of the student's academic transcript. Official transcripts are printed on blue security paper with the University seal and require the Registrar's signature.

D00007