**EXHIBIT "2"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ANAND DASRATH,                                  Case No.: CV 07 2433
                                                (C. Amon)
                                                (R. Reyes)
                          Plaintiff,

        - against -                             AFFIDAVIT OF
                                                JENNIFER McLAUGHLIN
ROSS UNIVERSITY SCHOOL OF MEDICINE,             IN SUPPORT OF
                                                DEFENDANT'S MOTION
                                                FOR SUMMARY JUDGMENT
                          Defendant.
------------------------------------------------------------X


STATE OF NEW YORK)
                 SS)
COUNTY OF NASSAU )

        JENNIFER A. McLAUGHLIN, being duly sworn, deposes and says:

        1.      I am a member of the firm of Cullen and Dykman LLP, attorneys for defendant

Ross University School of Medicine ("Ross University").

        2.      I submit this affidavit in support of defendant's motion for summary judgment

pursuant to Rule 56 for the limited purpose of attaching the following documents:

        Exhibit L:      Deposition of Plaintiff Anand Dasrath dated September 30, 2010

        Exhibit M:      Deposition of Dr. Nancy Perri, Vice President of Academic
                           Affairs of Ross University dated October 15, 2010

        Exhibit N:      Order to Show Cause dated July 25, 2006:  Anand Dasrath v.
                           Ross University, Supreme Court, Queens County, Index No:
                           15989/2006 ("Queens County Action")

        Exhibit O:      Order dated January 31, 2007 dismissing Queens County Action
                           with Notice of Entry

Exhibit P:    Certificate of Authenticity of Business Records by William C. Kelly, Associate Vice President for Operations of Educational Commission for Foreign Graduates dated November 10, 2010 and documents ECFMG AED 00198-00199.

_____
Jennifer A. McLaughlin (JM-5678)

Sworn to before me this
3rd day of March, 2011

_____
Notary Public

MAUREEN SAUTER
Notary Public, State of New York
#01SA3698285
Qualified in Nassau County
Commission Expires June 30, 2011

2

# EXHIBIT "L"

SHEET 1  PAGE 1

1

 1

 2        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK
 3        -------------------------------------------X
          ANAND DASRATH,
 4
                                        PLAINTIFF,
 5
                    -against-          CASE NO. CV-07-2433
 6
          ROSS UNIVERSITY SCHOOL OF MEDICINE,
 7
                                        DEFENDANT.
 8        -------------------------------------------X

 9                          DATE: September 30, 2010

10                          TIME: 9:55 a.m.

11

12                    EXAMINATION BEFORE TRIAL of the

13        Plaintiff, ANAND DASRATH, taken by the

14        Defendant, pursuant to an Order, held at the

15        offices of Cullen & Dkyman, Esqs., 177

16        Montague Street, Brooklyn, New York, before a

17        Notary Public of the State of New York.

18

19

20

21

22

23

24

25

AM/PM ATTENDANCE FEE...                                                    90.00

SHIPPING & HDLG...                                                          9.00

ORIG. & 2 COPIES & CONDENSED ENCL.

THANK YOU.

| | |
|---|---|
| Subtotal | 1,335.75 |
| Sales Tax | |
| Total Invoice Amount | $1,335.75 |
| Payment/Credit Applied | |
| TOTAL DUE | $1,335.75 |

PRODUCT 13344   FOLD AT (v) TO FIT COMPANION 9988 SU-O-VUE ENVELOPE.   NEBS   To Reorder: 1-800-225-6380 or www.nebs.com   PRINTED IN U.S.A.   B

SHEET 2  PAGE 2

2

1

2          A P P E A R A N C E S:

3

4              COSTELLO & COSTELLO, ESQS.
                   Attorneys for Plaintiff
5                  5919 20th Avenue
                   Brooklyn, New York 11204
6          BY:     JOSEPH R. COSTELLO, ESQ.

7

8              CULLEN & DYKMAN, ESQS.
                   Attorneys for the Defendant
9                  177 Montague Street
                   Brooklyn, New York 11201
10         BY:     JENNIFER McLAUGHLIN, ESQ.
                   File No. 11001-11
11

12                  *          *          *

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1
 2                    F E D E R A L   S T I P U L A T I O N S
 3
 4
 5                    IT IS HEREBY STIPULATED AND
 6      AGREED by and between the counsel for the
 7      respective parties hereto, that the filing,
 8      sealing, and certification of the within
 9      deposition shall be and the same are hereby
10      waived;
11
12                    IT IS FURTHER STIPULATED AND
13      AGREED that all objections, except as to the
14      form of the question, shall be reserved to
15      the times of the trial.
16
17                    IT IS FURTHER STIPULATED AND
18      AGREED that the within deposition may be
19      signed before any Notary Public with the same
20      force and effect as if signed and sworn to
21      before this court.
22
23
24                    *     *     *     *
25
```

4

```
 1
 2        A N A N D    D A S R A T H , called as a
 3        witness, having been first duly sworn by a
 4        Notary Public of the State of New York, was
 5        examined and testified as follows:
 6        EXAMINATION BY
 7        MS. McLAUGHLIN:
 8             Q.      Please state your name for the
 9        record.
10             A.      Anand Dasrath.
11             Q.      Where do you reside?
12             A.      89-25 20th Street, Queens
13        Village, New York 11427.
14             Q.      Good morning, Mr. Dasrath.
15             A.      Good morning.
16             Q.      Nice to finally speak.  We met
17        over the years.  My name is Jennifer
18        McLaughlin, as you know I'm from Cullen &
19        Dykman.  We represent Ross University in a
20        lawsuit against them.
21                     Have you ever been deposed
22        before?
23             A.      No.
24             Q.      Just to set some ground rules,
25        the court reporter cannot record us speaking
```

5

1                      A. DASRATH

2       at the same time so if you would, let me

3       finish my question and then you can answer

4       that will probably be most helpful.

5                      I'm going to ask you a series

6       of questions about the remaining claims in

7       your lawsuit against the University.

8                      If you do not understand my

9       question, please ask me to repeat it.

10                     If at any time you need a

11      break, please let your lawyer know.

12                     The only time you cannot take a

13      break is if a question is pending.

14                     Do you understand all of that?

15          A.      Yes.

16          Q.      You told us where you currently

17      live.

18                     Are you currently employed?

19          A.      Yes.

20          Q.      Where are you employed?

21          A.      Stonybrook University Medical

22      Center.

23          Q.      What is your position or

24      title?

25          A.      Teaching pharmacist.

6

1                          A. DASRATH

2          Q.      How long have you been at that

3      position?

4          A.      Four years.

5          Q.      So, you started in 2006?

6          A.      Yes.

7          Q.      And you continually maintained

8      that employment since 2006?

9          A.      Yes.

10         Q.      I'm going to skp back to where

11     you were born.

12         A.      In Guyana.

13         Q.      Are you a United States

14     citizen?

15         A.      Yes.

16         Q.      When did you come to the United

17     States?

18         A.      1977.

19         Q.      Were you working at that time

20     or a student?

21         A.      I think I came and I studied

22     here.

23         Q.      Where did you study?

24         A.      St. John's University.

25         Q.      What were you studying at that

7

```
 1                    A. DASRATH

 2     time?

 3          A.      Pharmacy.

 4          Q.      How many years did you spend at

 5     St. John's University?

 6          A.      Four years.

 7          Q.      Did you receive an

 8     undergraduate degree there?

 9          A.      Yes.

10          Q.      Was it a bachelor of arts?

11          A.      Bachelor of pharmacy.

12          Q.      Bachelor of pharmacy?

13          A.      Yes.

14          Q.      When did you graduate?

15          A.      1983.

16          Q.      At graduation, were you

17     employed or still taking classes?

18          A.      No, I was employed at Kings

19     County Hospital.

20          Q.      And what was your title

21     there?

22          A.      It progressed.  The last title

23     was senior associates pharmacist level C.

24          Q.      How long were you at Kings

25     County Hospital from 1983 to when, if you
```

8

```
 1                    A. DASRATH

 2     recall?

 3         A.     Maybe 2003.  Sometime around

 4     there.  I'm not sure.  Sometime after the

 5     year 2000.

 6         Q.     Was it in or around the time

 7     that you were accepted to Ross University?

 8         A.     No, I went to the New York

 9     Hospital of Cornell Medical Center.

10         Q.     What did you do there?

11         A.     I was a senior pharmacist

12     there.

13         Q.     Why did you leave Kings County

14     Hospital?

15         A.     It was better pay at New York

16     Hospital.

17         Q.     During the time you were

18     employed by Kings County Hospital and New

19     York Hospital, were you taking classes

20     anywhere?

21         A.     Yes.

22         Q.     Where was that?

23         A.     Long Island University School

24     of Graduate Pharmacy.

25         Q.     Is that a graduate course you
```

9

```
 1                      A. DASRATH

 2      were taking?

 3           A.     Yes.

 4           Q.     Did you receive a degree from

 5      Long Island University?

 6           A.     Yes.

 7           Q.     What degree?

 8           A.     I have two degrees.

 9      Pharmacology and toxicology.

10           Q.     Approximately, what years did

11      you attend Long Island University?

12           A.     It must be late '80s and I

13      think I graduated in 1990.

14           Q.     1990?

15           A.     Yeah.

16           Q.     Did you have any further

17      education after Long Island University?

18           A.     Yes.  I did York College City

19      University.

20           Q.     What years did you attend York

21      College City University?

22           A.     Sometime I think in the late

23      '90s.  I'm not sure of the year.

24           Q.     Did you receive a degree from

25      York College?
```

10

1                         A. DASRATH

2          A.      Yes.

3          Q.      What degree was that?

4          A.      Chemistry.

5          Q.      Was it a masters?

6          A.      No, that was a bachelor of

7     science.

8          Q.      So, you have a bachelor's of

9     science and a masters, I guess in

10    pharmacology and toxicology?

11         A.      A double masters.

12         Q.      And your undergraduate degree

13    is from St. John's University?

14         A.      Yes.

15         Q.      You worked at New York Hospital

16    until approximately 2003, you said?

17         A.      2004.

18         Q.      What was the reason for you

19    leaving your employment at New York

20    Hospital?

21         A.      I went to Ross University

22    School of Medicine.

23         Q.      The schools that you attended

24    that we just discussed, were you ever put on

25    academic probation for any reason?

11

1                    A. DASRATH

2          A.     No.

3          Q.     Were you ever suspended?

4          A.     No.

5          Q.     One other rule, you have to

6    speak your answers.  Otherwise he won't know

7    what you are saying.  Hand gestures and nods

8    are not helpful, but it is common that people

9    do that.

10         A.     Okay.

11         Q.     Were you ever withdrawn from

12   any of those schools that we just discussed?

13         A.     No.

14         Q.     So, there came a time I

15   presumed that you applied to Ross

16   University?

17         A.     Yes.

18         Q.     What was your goal in applying

19   to Ross University?  What were you looking to

20   become?

21         A.     A medical doctor.

22         Q.     When did you apply to Ross?

23         A.     I believe it was 2003.

24         Q.     Do you know if it was the

25   spring or the fall?

12

                              A. DASRATH

1

2          A.      To the best of my recollection,

3     I think it was spring.

4          Q.      At some point you had to

5     submit, I assume documents to Ross for your

6     admissions?

7          A.      Yes.

8          Q.      What was involved in that, if

9     you can remember?

10          A.      An application form and a

11     college transcript.

12          Q.      Were there any other documents

13     that you forwarded to Ross in connection with

14     your application?

15          A.      I don't recall any.  It could

16     be more, but I just don't recall.

17          Q.      That's fine.  Did you have any

18     conversations with anyone at Ross in or

19     around the time that you were applying

20     there?

21          A.      I don't recall it right now.

22          Q.      Were you applying to other

23     schools or only Ross?

24          A.      Only Ross.

25          Q.      Why did you choose Ross?

13

                                    A. DASRATH

1

2          A.      I just saw an advertisement and

3     card and there was a poster with card and I

4     filled out the card and sent it in, dropped

5     it in the mailbox.

6          Q.      After submitting your

7     application, was there a time that you

8     received an acceptance letter?

9          A.      Yes.

10         Q.      Do you recall when that was?

11         A.      I don't recall specifically,

12    but I would suspect sometime in the spring

13    2003.  I don't recall the date.

14              MS. McLAUGHLIN:  We will mark

15         this document as an exhibit.

16              (Whereupon, the aforementioned

17         document was marked as Defendant's

18         Exhibit A for identification, as of

19         this date, by the Reporter.)

20         Q.      I'm going to ask you to take

21    take look at this exhibit that has been

22    marked as Defendant's Exhibit A.

23              It is dated April 17th, 2003

24    and it is on Ross University letterhead.

25         A.      Yes.

14

```
 1                        A. DASRATH

 2         Q.      Would you mind reviewing that

 3    document.

 4         A.      Yes, I reviewed it.

 5         Q.      Do you recall seeing that

 6    document before today?

 7         A.      Yes.

 8         Q.      Do you recall seeing it in or

 9    around April of 2003?

10         A.      Yes.

11         Q.      Was this the acceptance letter

12    that you received from Ross?

13         A.      Yes.

14         Q.      Did you attend courses at Ross

15    starting in May 2003?

16         A.      No.

17         Q.      Why not?

18         A.      There was a death in the family

19    and my starting school was delayed.

20         Q.      When was it delayed to?

21         A.      May 2004.

22         Q.      Did you make a request to the

23    school to delay the start date?

24         A.      Yes.

25         Q.      Was that request in writing, if
```

SHEET 15  PAGE 15

15

```
 1                    A. DASRATH

 2      you recall?

 3           A.     Yes.

 4           Q.     Were there more than one

 5      request to delay your start date?

 6           A.     I don't recall.

 7           Q.     Did you officially start in May

 8      of 2004?

 9           A.     Yes.

10           Q.     In May 2004, you were enrolled

11      at Ross University; is that correct?

12           A.     Yes.

13           Q.     Where were you taking

14      classes?

15           A.     At Ross University, School of

16      Medicine in Dominica.

17           Q.     Did you move to Dominica at

18      that point in May of 2004?

19           A.     Yes.

20           Q.     Were you housed in student

21      housing or somewhere else?

22           A.     Student housing.

23           Q.     In May of 2004, do you recall

24      what curriculum you were enrolled in?

25           A.     The medical school program.
```

16

1                         A. DASRATH

2              Q.      Was it the basic science at

3       that point?

4              A.      Yes.

5              Q.      What does the basic science

6       entail, if you recall?

7              A.      I didn't hear your question.

8              Q.      What does the basic science

9       segment portion of the curriculum entail?

10             A.      It entails the theorhetical

11      part of medicine.

12             Q.      So, you were required to take

13      courses concerning theory?

14             A.      Yes.

15             Q.      How many credits were you

16      required to take in your first semester, if

17      you recall?

18             A.      About fifteen credits.

19             Q.      And how many semesters did the

20      basic science segments portion of your

21      curriculum last?

22             A.      Four.

23             Q.      During that time I presume you

24      took certain courses, let's start with the

25      first semester.

17

1                         A. DASRATH

2                         Do you recall what courses you

3       took?

4            A.      Yes.  One of them was

5       biochemistry.  I think it is referred to as

6       medical biochemistry.  One is medical

7       genetics.  One is histology, I think it is

8       called cryo anatomy or mental development

9       anatomy.

10                       You will be better off calling

11      it medical histology.  And one was patient

12      doctrine society.

13           Q.      And those classes, was that the

14      last class that you recall taking?

15           A.      Yes.

16           Q.      Those classes started in the

17      semester starting May 2004?

18           A.      Yes.

19           Q.      How long was that semester?

20           A.      I think it runs to the

21      beginning of August.

22           Q.      And at some point I presume you

23      took and received, I'm sorry, you took exams

24      in these courses; is that correct?

25           A.      Yes.

18

1                    A. DASRATH

2          Q.    Did you ever have any issues

3    concerning your grades on those exams in the

4    first semester?

5          A.    Yes.

6          Q.    Do you recall what those issues

7    were?

8          A.    At the end of the semester I

9    was issued a final grade in genetics as a B

10   plus.

11         Q.    What was the problem with that

12   grade?

13         A.    When I went back to the

14   Dominica campus, they took away the B plus

15   and give me an F.

16         Q.    So, you were issued a final

17   grade in genetics of B plus.

18               How were you issued that grade?

19         A.    In the transcript.

20         Q.    So, you have a grade reflecting

21   a B plus in genetics?

22         A.    Yes.

23         Q.    Do you have a copy of that

24   transcript?

25         A.    Yes.

19

```
 1                    A. DASRATH
 2                    MS. McLAUGHLIN:  I haven't
 3            already requested it, I'm not sure if I
 4            have, but I request for the record a
 5            copy of that transcript.
 6            A.     I have supplied it to you.
 7            Q.     I might have it here.  If we
 8       haven't received it --
 9                    MR. COSTELLO:  Okay.
10            Q.     You said when you returned to
11       the Dominica campus, it was changed to an
12       F.
13                    Can you explain the
14       circumstances of the changed grade?
15            A.     No particular explanation, they
16       just took it away.
17            Q.     And how was it taken away?
18            A.     It was removed from the
19       transcript.
20            Q.     When did you receive the
21       transcript reflecting a B plus and let me see
22       if I have it?
23            A.     At the end of the semester.  I
24       believe it was early August.
25                    MS. McLAUGHLIN:  Can you mark
```

20

```
1                        A. DASRATH

2              this, please.

3                       (Whereupon, the aforementioned

4              copy of transcript was marked as

5              Defendant's Exhibit B for

6              identification, as of this date, by the

7              Reporter.)

8              Q.     I'm going to ask you to take a

9     look at what has been marked as Defendant's

10    Exhibit B.  It is on Ross University

11    letterhead and it is dated July 12th, 2006.

12                     Have you ever seen this

13    document before?

14             A.     Yes.

15             Q.     What is this document?

16             A.     It's a transcript of the

17    grades, I scored from my first semester in

18    Ross University Medical School.

19             Q.     Is this a transcript that you

20    would regularly receive when your grades were

21    in?

22             A.     Yes.

23             Q.     How did you receive this

24    transcript, if you recall?

25             A.     I believe by mail.
```

21

1                    A. DASRATH

2          Q.      On this transcript list, the

3     courses that we just discussed earlier that

4     you took in that semester; is that correct?

5          A.      Yes.

6          Q.      Can you, I guess, refer to me,

7     or explain to me which grade which you allege

8     was changed?

9          A.      Genetics grade.

10         Q.      So, it is genetics letter

11    grade, if I'm correct, it says B plus; am I

12    correct?

13         A.      Yes.

14         Q.      What is the item above the

15    genetic adjusted grade sixty, what does that

16    mean?

17         A.      That is their scores that they

18    give out.

19         Q.      That's related to a certain

20    exam or an average?

21         A.      I don't know how they come up

22    with their numbers, but we follow with

23    different grades received.

24              MR. COSTELLO:  This sounds like

25         this would be something left for Ross

22

```
1                      A. DASRATH

2          as far as the grade policy.

3                    MS. McLAUGHLIN:  I'm just

4          asking to his knowledge if he received

5          a sixty in some other portion of the

6          class, whether it be an exam or some

7          sort of average of test scores.

8          A.      I don't know where this came

9     from.

10         Q.      Underneath that it says the

11    grades on this page are unofficial and for

12    reference only.

13                  At any time did you receive an

14    official transcript of your grades?

15         A.      Yes, I received another

16    transcript stating that I failed the genetics

17    course.

18         Q.      And do you have a copy of that

19    transcript?

20                  MR. COSTELLO:  With him

21         today?

22                  MS. McLAUGHLIN:  At home,

23         anywhere.

24         Q.      Do you maintain a copy of that

25    transcript?
```

23

                              A. DASRATH

1          A.      I will look around if you

2   want.

3          Q.      That is great.

4                  MS. McLAUGHLIN:  I will put a

5          request on the record and I will

6          follow-up in writing.

7                  MR. COSTELLO:   I was going to

8          ask if you don't mind following up.

9          Thank you.

10         Q.      You said you believe on that

11  official transcript this grade was then shown

12  as an F; is that correct?

13         A.      Yes.

14         Q.      And the other grades, were they

15  the same as reflected on this unofficial

16  report?

17         A.      Yes.

18         Q.      Did you have a discussion with

19  anyone concerning the alleged change from B

20  plus to F in the genetics course?

21         A.      I tried, but nobody would

22  listen.

23         Q.      Who did you try to speak

24  with?

24

1                         A. DASRATH

2          A.      I tried to speak with the

3     assistant dean that was there.  Dr.

4     Houghton.

5          Q.      How do you spell that?

6          A.      I think it is spelled

7     H-O-U-G-H-T-O-N.

8          Q.      How did you speak to him?

9          A.      I went to her.

10         Q.      I'm sorry.

11         A.      I went to her office.

12         Q.      When was that?

13         A.      That would either be late

14    August of 2004 or early September.  That was

15    the beginning of my second semester.

16         Q.      Just to go back.  This is an

17    unofficial transcript that you said you were

18    probably provided by them.

19                 How long between the unofficial

20    transcript and the official transcript did

21    you generally receive them from Ross?

22         A.      Within a week, two weeks.

23         Q.      So, at some point you were sent

24    an unofficial transcript and then they

25    followed up with an official transcript, is

25

                        A. DASRATH

1

2    that how it works?

3         A.    I don't recall exactly, but

4    there comes a time where you receive another

5    transcript.

6         Q.    When you went to Ms. Houghton's

7    office was she there, did you have a

8    discussion with her?

9         A.    She wouldn't listen.  They

10   don't listen.

11        Q.    What did you say to her?

12        A.    I showed her this transcript, I

13   showed her the second transcript, but they

14   just laugh in your face.

15        Q.    Did she laugh in your face at

16   that time?

17        A.    Yes.

18        Q.    Did she say anything else

19   besides laughter?

20        A.    She said nothing she can do

21   about it.

22        Q.    Did you speak to anyone else

23   about the genetics grade change from B plus

24   to F?

25        A.    Yes, I spoke to the person in

26

                        A. DASRATH

1

2    charge of the genetics department.

3         Q.    And who is that?

4         A.    I don't remember his name right

5    now, but if I remember I'll tell you.

6         Q.    And is he also located at

7    Dominica?

8         A.    Yes.

9         Q.    What did you speak to him

10   about?

11        A.    I told him they changed my

12   grade.

13        Q.    And what was his response?

14        A.    He looked at this transcript

15   and the next transcript and said he didn't

16   assign an F.

17        Q.    Who was your professor in that

18   class?

19        A.    I'm trying to remember his

20   name.  I don't remember his name right now.

21        Q.    Did you ever speak to that

22   professor about your grade?

23        A.    Of course.

24        Q.    And that wasn't Ms. Houghton or

25   this gentleman that you referred to; is that

27

```
 1                         A. DASRATH
 2     correct?
 3          A.      That is the gentleman.
 4          Q.      That is the gentleman?
 5          A.      Yes.
 6          Q.      He said he did not assign an
 7     F.
 8                  Was that the end of the
 9     conversation or did he say anything else?
10          A.      That is as much as I remember
11     right now.  More has probably been said, but
12     specifically stated he did not give me an F
13     in the genetics course.
14          Q.      Was there any written
15     communication besides your conversations that
16     you spoke of at Ross concerning this grade?
17     Either an e-mail or a letter?
18          A.      I don't recall.
19          Q.      After you spoke to the
20     professor, did you speak to anyone else
21     besides Ms. Houghton who we already talked
22     about?
23          A.      I tried to speak to other
24     people, but nobody would listen.
25          Q.      Who were the other people that
```

28

```
 1                         A. DASRATH

 2      you tried to speak to?

 3            A.      Dr. Grill.

 4            Q.      Who is Dr. Grill?

 5            A.      Dr. Grill at the time was one

 6      of the assistant deans.

 7            Q.      Did you speak to him in person

 8      or over the phone?

 9            A.      In person.

10            Q.      What did you say to him?

11            A.      I told him to change my grade

12      from a B plus to an F.

13            Q.      And what was his response?

14            A.      He said he can't do anything

15      either.

16            Q.      Was that the end of your

17      conversation or was there more discussed?

18            A.      I also went to the head of the

19      biochemistry department.

20            Q.      Who was that?

21            A.      Dr. Meisenberg.

22            Q.      Was this considered a

23      biochemistry course the genetics class?

24            A.      It comes under the biochemistry

25      department.
```

29

                              A. DASRATH

1

2          Q.      What did Dr. Meisenberg say to

3     you?

4          A.      He said I was very sorry and we

5     proceeded walking to the examination center

6     of Ross University.

7          Q.      What is the examination

8     center?

9          A.      That is where the exams are

10    prepared, that is where they are marked,

11    graded.  That is where the transcript sheets

12    are kept.

13         Q.      What did you do at the

14    examination center with Dr. Meisenberg?

15         A.      I went to speak with Dr.

16    Desalu, the person in charge with the

17    examination center.

18         Q.      What did you say to Dr. Desalu?

19         A.      Dr. Meisenberg started speaking

20    to him that there seems to be a problem with

21    my grade.  He told Dr. Meisenberg that he

22    doesn't follow their procedures.

23         Q.      Does Dr. Desalu, to your

24    knowledge, grade the examinations?

25         A.      I don't know who grades their

30

```
 1                        A. DASRATH

 2      exams, but I believe the transcript sheets

 3      are taken to that office.

 4              Q.      This genetics course that you

 5      took, I don't know how medical school works

 6      so I don't know how many exams are typically

 7      given in a course.

 8                      Is there a mid-term and a final

 9      or is there more than that?

10              A.      Sometimes there are more.

11              Q.      In this course, do you recall

12      how many exams there were?

13              A.      I don't recall how many exams

14      specifically.

15              Q.      Was it more than two?

16              A.      I don't think more than two.

17              Q.      Is there a final exam?

18              A.      Usually there is a mid-term and

19      a final.

20              Q.      Do you recall for this class if

21      there was a final exam?

22              A.      Yes, there was a final exam.

23              Q.      And do you recall what your

24      score was or grade was on that final exam?

25              A.      We don't know our scores or
```

31

1                    A. DASRATH

2      grade.

3           Q.      When you were in the

4      examination center with Dr. Meisenberg and

5      Dr. Desalu, did you go over your grade or

6      scores in that class?

7           A.      No.

8           Q.      After he said he did not follow

9      their procedure, what did Dr. Meisenberg

10     say?

11          A.      He seemed a little bit

12     astonished.  I don't recall what he said.

13          Q.      Was that the end of the

14     conversation or was there more discussed?

15          A.      Dr. Desalu told us to go away.

16          Q.      Do you know what percentage of

17     your genetic grade consisted of the final

18     exam?

19          A.      I don't recall at this time.

20          Q.      At any time were you able to

21     review your grade or your scores on the exams

22     in that course?

23          A.      No, I was never able to.

24          Q.      Was there ever a clinical

25     portion of that class or it was all written

32

                              A. DASRATH

2    exams?

3         A.      All written exams.  Multiple

4    choice.

5         Q.      So, your grade in that class

6    was based solely on multiple choice exams

7    that you were given?

8         A.      Yes.

9         Q.      After your meeting with Dr.

10   Desalu and Dr. Meisenberg, what happened

11   next?

12        A.      I had to repeat the course.

13        Q.      How did you find out that you

14   had to repeat the course?

15        A.      I probably spoke to somebody.

16   I don't recall exactly, but I had to repeat

17   it.

18        Q.      Was that the general procedure

19   when you failed a class at Ross to repeat the

20   course?

21        A.      Yes.

22        Q.      When did the course end

23   again?   Was that August of 2004?

24        A.      Yes.

25        Q.      When did you repeat that

33

A. DASRATH

1
2       course?

3           A.          In September, the fall of

4       2004.

5           Q.          Other than the conversations we

6       discussed with the various doctors at the

7       University, did you ever file a grievance or

8       any other complaint concerning the grade in

9       the genetics course in your first semester?

10          A.          To my knowledge, they don't

11      listen to any grievance.

12          Q.          But, did you file one?

13          A.          There is no way of filing a

14      grievance.

15          Q.          Did you discuss a grievance

16      with anyone other than the people we

17      discussed?

18          A.          These are the people that I'm

19      supposed to discuss.

20          Q.          After your conversations with

21      Dr. Desalu, were there any more conversations

22      about your failing grade that you recall with

23      anybody else?

24          A.          I don't recall.

25          Q.          Did you retake the course in

34

1                          A. DASRATH

2        the fall of 2004 and pass the course?

3              A.      Yes.

4              Q.      Who was your professor, was it

5        the same professor?

6              A.      The same professor.

7              Q.      You don't remember his name; is

8        that right?

9              A.      I don't remember his name.

10             Q.      When did that semester end?

11             A.      In December of 2004.

12             Q.      What other classes were you

13       taking during the fall of 2004 semester?   Is

14       that semester number two?

15             A.      Yes.

16             Q.      What other classes were you

17       taking?

18             A.      I took histology and

19       doctor-patient society.

20             Q.      Only two classes besides the

21       genetics class?

22             A.      Yes.

23             Q.      Did you have any concerns about

24       your grades in those courses?

25             A.      No.

SHEET 35  PAGE 35

35

```
1                          A. DASRATH

2          Q.      Did you pass those classes?

3          A.      Yes.

4          Q.      You said you passed the

5   genetics class as well?

6          A.      Yes.

7          Q.      So, that semester ended in

8   December of 2004?

9          A.      Yes.

10         Q.      Was there a break between

11  semesters?

12         A.      A very short break.  Maybe a

13  week, two weeks.

14         Q.      When do you start semester

15  number three?

16         A.      In January of 2005.

17         Q.      So, other than the issue

18  concerning your genetics grade, were there

19  any other issues concerning the grade for the

20  first two semesters?

21         A.      Not that I recall.

22         Q.      Did you have any other issues

23  in general with Ross University during the

24  first two semesters?

25         A.      Not that I recall.
```

36

1                    A. DASRATH

2          Q.    So, you start January 2005

3     third semester; is that correct?

4          A.    Yes.

5          Q.    And you are still in the basic

6     science segment of the curriculum?

7          A.    Yes.

8          Q.    So, these are all theory

9     courses?

10         A.    Yes.

11         Q.    What courses are you taking in

12    January of 2005?

13         A.    Neuro science, gross anatomy

14    and physiology.

15         Q.    That semester starting in

16    January of 2005, do you recall when it

17    concluded?

18         A.    I believe in April of 2005.

19    Maybe late April.

20         Q.    Did you pass the classes neuro

21    science, gross anatomy and physiology?

22         A.    Yes.

23         Q.    Did you have any issues

24    concerning your grades in those classes?

25         A.    Yes.

37

```
 1                    A. DASRATH
 2          Q.    What issues did you have?
 3          A.    In the gross anatomy, my grade
 4     wasn't calculated properly.  It turned out to
 5     be a letter grade lower than the calculated
 6     grade.
 7          Q.    How did you come to learn that
 8     your letter grade was not calculated
 9     properly, and it was in gross anatomy; is
10     that correct?
11          A.    Yes.
12          Q.    How did you come to learn that
13     it was not calculated properly?
14          A.    I spoke to Dr. Martin, the head
15     of the gross anatomy department.
16          Q.    What was your grade?
17          A.    C.
18          Q.    How did you receive that grade?
19          A.    By a transcript mailed to me.
20          Q.    Do you remember when you
21     received that transcript?
22          A.    I believe in late April.  Late
23     April or May.
24          Q.    Do you have a copy of that
25     transcript that you received in late April?
```

38

                        A. DASRATH

1

2          A.       I'm pretty much sure I have it

3     somewhere.  I might not have it right now on

4     me.

5                    MS. McLAUGHLIN:  We will put a

6               request on the record and follow it up

7               in writing.

8          Q.       I just want to go back.  I'm

9     sorry for jumping around.  I know Defendant's

10    Exhibit B, this is the unofficial

11    transcript.  It is dated July 2006, but it

12    refers to the 2004 semester.

13                   Were you mailed this for the

14    first time in July of 2006?

15         A.       I was definitely not mailed in

16    July 2006.  This may have been a second

17    copy.

18         Q.       Did you request another copy of

19    it in July of 2006?

20         A.       I don't recall.

21         Q.       So, we don't know that this is

22    what you received back in 2004?

23         A.       It's exactly this, except for

24    that date.

25         Q.       Except for that date?

39

1                           A. DASRATH

2           A.      Yes.

3           Q.      So, you received a transcript

4     and you saw that your gross anatomy grade was

5     C?

6           A.      Yes.

7           Q.      Who did you discuss your grade

8     with?

9           A.      Dr. Martin.

10          Q.      Dr. Martin?

11          A.      Yes.

12          Q.      And what did you say to him?

13          A.      I told him my grade was not

14    correct.

15          Q.      Why did you believe it wasn't

16    correct?

17          A.      Because I knew how the points

18    were allocated and it didn't amount to what

19    the B was -- what the C was supposed to be.

20          Q.      How were the points allocated

21    in the gross anatomy course?

22          A.      I don't recall it right now.

23          Q.      Are you graded on a point

24    system?    When you say points were allocated,

25    was there some sort of point system?

40

```
 1                        A. DASRATH
 2           A.      Percentage based on tests.
 3           Q.      Do you remember how many tests
 4      you took in the gross anatomy course?
 5           A.      I don't remember how many
 6      tests.
 7           Q.      Was there a final exam?
 8           A.      Yes.
 9           Q.      How much is the final exam
10      worth as far as percentage?
11           A.      I do not recall now.
12           Q.      Do you recall what any of your
13      exam scores were in the gross anatomy class?
14           A.      I recall one in particular.
15           Q.      And what was that score?
16           A.      That score was one hundred
17      percent.
18           Q.      And what was that score on?
19           A.      That score was on problem ased
20      learning.
21           Q.      Is that an exam?
22           A.      It has oral tests like exam,
23      but it's actually, you gather around the
24      table, a small group gathering where at the
25      end of class a professor allocates a
```

1                    A. DASRATH

2    percentage score.

3        Q.      So, you received one hundred

4    percent on the probblem based learning aspect

5    of the course?

6        A.      Yes.

7        Q.      Do you recall what any of your

8    scores were on any exams administered in the

9    gross anatomy course?

10       A.      No, not the other parts of the

11   course.  I don't recall other parts.

12       Q.      At the time, did you know your

13   scores?

14       A.      At the time, yes, I knew my

15   scores.

16       Q.      So, you didn't believe that

17   your scores coupled with this score in the

18   problem based learning portion of the exam

19   should have been reflected as a C?

20       A.      That's correct.

21       Q.      What did you believe it should

22   have been reflected as?

23       A.      A B.

24       Q.      What did Dr. Martin do or say

25   about that?

42

1                          A. DASRATH

2            A.       We discussed it and in the end

3      he told me to get the F off.

4            Q.       You are saying that he used the

5      four letter word?

6            A.       Yes.

7            Q.       And that was the end of your

8      conversation?

9            A.       With Dr. Martin.

10           Q.       Did you speak with anyone else

11     concerning your grade in the gross anatomy

12     course?

13           A.       Yes.

14           Q.       Who else?

15           A.       Dr. Marvin Reviere.

16           Q.       Who is Dr. Reviere?

17           A.       He is the professor that

18     conducted the problem based learning segment

19     of the gross anatomy course.

20           Q.       Did you have an oral

21     conversation with him or written?

22           A.       Oral conversation with Dr.

23     Reviere.

24           Q.       In person or on the phone?

25           A.       In person, in his office.

SHEET 43  PAGE 43

43

1                        A. DASRATH

2          Q.      What did you say to him?

3          A.      I told him my gross anatomy

4    grade was a C and I told him that Dr. Martin

5    refused to incorporate the points he gave me,

6    one hundred percent in his portion into the

7    calculation.

8          Q.      So, you believed that the one

9    hundred percent was not even reflected in the

10   C grade?

11         A.      It wasn't added.

12         Q.      How do now that?

13         A.      Dr. Martin told me that.

14         Q.      Did he tell you that in that

15   conversation we just discussed?

16         A.      Yes.

17         Q.      Did he tell you anything else

18   in that conversation?

19         A.      Yes.

20         Q.      What else?

21         A.      He told me he didn't believe I

22   scored a hundred percent.

23         Q.      Is Dr. Martin in charge of

24   compiling the grade for that course?

25         A.      Yes.

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

44

```
 1                       A. DASRATH

 2        Q.      And how did you know you

 3   received one hundred percent on that

 4   portion?

 5        A.      Dr. Reviere told me.

 6        Q.      Do you have a copy of that

 7   score?

 8        A.      He showed me his grade book.

 9        Q.      But, were you given anything

10   prior to that time showing that you received

11   one hundred percent in that portion of the

12   class?

13        A.      No.

14        Q.      So, how did you know before

15   seeing Dr. Martin that you received one

16   hundred percent on that portion?

17        A.      He told us at the end, the last

18   day of that meeting.

19        Q.      The last day of?

20        A.      That meeting, the PBL, the

21   problem based learning meeting.

22        Q.      He told all the students or

23   just you?

24        A.      All the students.  Each

25   individual student.
```

45

```
 1                    A. DASRATH

 2          Q.     And you don't know what

 3     percentage the one hundred percent counted

 4     toward your final grade?

 5          A.     Yes, I do know.

 6          Q.     What was it?

 7          A.     That was five percent.

 8          Q.     You don't recall your grades on

 9     any exams in that class; is that correct?

10          A.     I don't recall other grades,

11     but this one in particular I recall.

12          Q.     And Dr. Reviere, after showing

13     you the score in the grade books, did you

14     have any further conversation with him about

15     your grades?

16          A.     He told me personal things

17     like, I should not try to complain or, you

18     know, not to, they call it don't rock the

19     boat or they abuse the students more.

20          Q.     What did you say to him after

21     he explained that to you?

22          A.     I don't recall any other

23     details.

24          Q.     Did you have any further

25     conversations about this grade with anybody
```

46

```
 1                    A. DASRATH
 2   else?
 3          A.      I don't recall.
 4          Q.      Did you file any formal letter
 5   or grievance with the school concerning this
 6   grade?
 7          A.      Yes.
 8          Q.      What was that filing that you
 9   made?
10          A.      I filed a complaint with my
11   student advisor.
12          Q.      Who is your student advisor?
13          A.      Anthony Almeida.
14          Q.      What is a student advisor, is
15   that a faculty member?
16          A.      A faculty member.
17          Q.      Was he your student advisor
18   from the beginning of your education at
19   Ross?
20          A.      Yes.
21          Q.      So, it doesn't rotate, it's the
22   same person throughout your career there?
23          A.      I don't recall knowing that he
24   was my student advisor in the beginning.
25   But, after this problem again, after the
```

47

```
 1                    A. DASRATH

 2       grade I asked around and people directed me

 3       to him.

 4                    MR. COSTELLO:  It would be fair

 5                to say he was a student advisor from

 6                the time he was there because he didn't

 7                complete the studies at Ross.

 8            Q.      Right, from the time you were

 9       there I meant to say, during your education

10       at Ross, was he your student advisor?

11                    You didn't know him at the

12       beginning, I think you are saying and some

13       point you found out about him?

14            A.      Yes.

15            Q.      And when you found out about

16       him, you contacted him concerning the gross

17       anatomy grade?

18            A.      Yes.

19            Q.      What did you say to him?

20            A.      I spoke to him in person while

21       he was there and we also had e-mail.  We sent

22       e-mails to each other.

23                    MS. McLAUGHLIN:  I'm going to

24                mark two documents.

25                    (Whereupon, the aforementioned
```

48

```
 1                    A. DASRATH

 2            two e-mails were marked as Defendant's

 3            Exhibits C and D for identification, as

 4            of this date, by the Reporter.)

 5       Q.      We have just marked Defendant's

 6    Exhibits C and D which appears to be two

 7    e-mails.  Exhibit C is dated June 27th,

 8    2005.  The second Exhibit D is dated July

 9    11th, 2005.

10                I'm going to ask you to take a

11    look at Exhibits C and D.  Those are the two

12    marked exhibits.

13       A.      Yes, I read the two exhibits.

14       Q.      Do you recall seeing these

15    documents before today?

16       A.      Yes.

17       Q.      Do you know when you first saw

18    them?

19       A.      In 2005.

20       Q.      You discussed having e-mail

21    exchanges with Dr. Almeida?

22       A.      Yes.

23       Q.      Are these the e-mail exchanges

24    that you are referring to?

25       A.      Yes.
```

49

1                        A. DASRATH

2          Q.     Do you recall if there were any

3     other e-mail exchanges that you had with him?

4          A.     I don't recall any other

5     ones.

6          Q.     Are these the only records that

7     you have of e-mail exchanges with Dr.

8     Almeida?

9          A.     To my knowledge, yes.

10         Q.     Prior to the e-mail exchange

11    you had a conversation with Dr. Almeida about

12    your gross anatomy grades?

13         A.     Yes.

14         Q.     What did you say to him?

15         A.     I told him that Dr. Martin

16    wasn't incorporating the one hundred percent

17    I scored in the problem based learning part

18    of the anatomy course.

19         Q.     What did he say to you in

20    response?

21         A.     He said he will try to

22    accomplish that.

23         Q.     The first e-mail marked Exhibit

24    C, appears to state from Dr. Almeida, Dear

25    Mr. Dasrath, I tried to contact Deans

50

A. DASRATH

1

2          Houghton and White a number of times and

3          didn't succeed.  We spoke about Dean

4          Houghton.

5                    Who is Dean White?

6          A.       She is also, at the time she

7          was also an assistant dean of Ross University

8          School of Medicine.

9          Q.       Had you had a conversation with

10         her prior to discussing this with Dr.

11         Almeida?

12         A.       They didn't speak to me.  They

13         would usually ask what are you here for.   I

14         would tell them I'm here to discuss a problem

15         and they would say go away.

16         Q.       So, you did approach Dr. White

17         concerning your grade in gross anatomy?

18         A.       With no useful conversation.

19         They lead you to the door and they ask you to

20         leave.   You knock on the door and they ask

21         you to leave.

22         Q.       You had no conversation, but

23         you did approach her door?

24         A.       Yes.

25         Q.       Do you know if Dr. Almeida was

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

51

```
 1                          A. DASRATH

 2      ever successful in discussing your grade with

 3      Deans Houghton and White?

 4          A.       According to these exhibits he

 5      tried and failed.

 6          Q.       The next exhibit which is

 7      marked Exhibit D, the July 2005 e-mail, talks

 8      about results of your mini two exam.

 9                   What was that?

10          A.       I think that is like a

11      mid-term.

12          Q.       What class was that in?

13          A.       That must have been the other

14      classes that I was doing at the time in

15      Ross.

16          Q.       So, the gross anatomy course

17      ended in April of 2005 and you started the

18      May semester presumably right after that?

19          A.       Yes.

20          Q.       And you were taken other exams

21      during the summer --  I'm sorry, other

22      courses during the summer?

23          A.       Yes.

24          Q.       Was that semester four or some

25      other semester, a makeup course?
```

52

1                        A. DASRATH

2          A.        No, that is the regular

3      semester.

4          Q.        Do you recall what courses you

5      were taking during the summer?

6          A.        Yes.  I think I was taking

7      pathology one, pharmacology one and

8      microbiology and immunology.

9          Q.        Were you taking pathology

10     also?

11         A.        Pathology one.

12         Q.        Were you taking behavioral

13     science?

14         A.        Yes.

15         Q.        And the mini two exam had to do

16     with the courses you were taking in semester

17     four?

18         A.        Yes.

19         Q.        He also refers to Dr. Houghton

20     regarding your incorrect grade in anatomy.

21     If a student's grades changes upward by a

22     letter from a B to an A then the change will

23     be made, but not otherwise.

24                   This because in this way the

25     final report will not carry any penalties so

53

1                          A. DASRATH

2       changing it will not serve any purposes.

3                          Was your grade changed in that

4       course?

5            A.       No.

6            Q.       Did you understand what Mr.

7       Almeida was explaining in this e-mail?

8            A.       Yes.   He was trying to tell me

9       to stay quiet so I won't be penalized any

10      more.

11           Q.       How would they penalize you

12      more?

13           A.       They might reduce the grade

14      more or fail me.

15           Q.       Did you see him after receiving

16      this e-mail?

17           A.       Yes.

18           Q.       And what did you discuss during

19      that e-mail?

20           A.       He told me just stay quiet.

21      You are an old student here.  They could get

22      rid of you any time.

23           Q.       So, your grade in the gross

24      anatomy course remained a C as far as you

25      know?

SHEET 54 PAGE 54

54

```
1                     A. DASRATH
2          A.    Yes.
3          Q.    Did you have any other
4     discussion besides doctor --  besides with
5     Dr. Almeida on the gross anatomy grade?
6                    Was there anyone else that we
7     have forgotten?
8          A.    I don't recall.
9          Q.    During the time you were
10    discussing with Dr. Almeida your gross
11    anatomy grade, you were taking four classes
12    that summer 2005?
13         A.    Yes.
14         Q.    Did you have any issues
15    concerning your grade in those classes?
16         A.    Yes.
17         Q.    Which class?
18         A.    Pathology one.
19         Q.    What was your grade in that
20    course?
21         A.    The final grade was a C.
22         Q.    What did you believe it should
23    be?
24         A.    I believe it should have been a
25    B also.
```

55

```
 1                    A. DASRATH

 2          Q.      Why is that?

 3          A.      That grade also I scored one

 4     hundred percent in one of the mid-terms.

 5     They withheld that grade when it was supposed

 6     to be given in August of 2005.  And refused

 7     to give me the one hundred percent I scored

 8     in the mid-term exam.

 9          Q.      So, in August of 2005, you

10     expected to receive your grade in pathology

11     one class?

12          A.      Yes.

13          Q.      Did you receive a transcript at

14     all?

15          A.      Yes.

16          Q.      Let me just back up.

17                  Is the transcript the only way

18     you receive grades or are they posted in some

19     other way in these courses?

20          A.      The transcript.

21          Q.      In other words, when I went to

22     college, you could look at a wall and they

23     would post the grades?

24          A.      Or some people do it by

25     e-mail.  I don't recall seeing posted grades
```

1                    A. DASRATH

2      on the wall.

3          Q.      And there is no way to access

4      it electronically or otherwise?

5          A.      I don't recall that.

6          Q.      So, the first time you found

7      out about your grade in pathology was in

8      August of 2005?

9          A.      Yes, pathology one.

10         Q.      Pathology one, I'm sorry.

11                 What did you find out in August

12     of 2005?

13         A.      I received grades for the other

14     three courses, but not pathology one.

15         Q.      Did you call someone or talk to

16     someone about this?

17         A.      Yes.

18         Q.      What was discussed?   I'm

19     sorry, who did you speak to?

20         A.      Dr. Desalu.

21         Q.      And Dr. Desalu, if you

22     remember, was in charge of the grading center

23     at the school; is that correct?

24         A.      Yes.

25         Q.      What did you say to Dr. Desalu?

57

                         A. DASRATH

1

2        A.        I told him I didn't get my

3    pathology one grade.

4        Q.        You had your transcript mailed

5    to you and you did not see a grade there?

6        A.        Yes.

7        Q.        What was there, if anything?

8        A.        I don't recall.  Maybe blank or

9    something else.   I don't recall what was

10   there.

11                 MS. McLAUGHLIN:  Mark this

12            document.

13                 (Whereupon, the aforementioned

14            transcript was marked as Defendant's

15            Exhibit E for identification, as of

16            this date, by the Reporter.)

17       Q.        I ask you to take a look at

18   what has been marked as Defendant's Exhibit

19   E.   It is hard to read because it is a copy.

20                 It has your name on it and it

21   is dated January 11th, 2006, 1/11/2006.  It

22   appears to be a transcript, but I will have

23   you review it and explain to me what you

24   understand it to mean.

25       A.        Do you want me to just speak

58

1                    A. DASRATH

2       about pathology one?

3            Q.      What is this?

4            A.      This is a transcript of my

5       courses I did and the grades that I received.

6            Q.      The date on the transcript, is

7       that the date that you received it in or

8       around that time?

9            A.      I don't recall exactly when I

10      received it, but I do see a date here that

11      says 1/11/2006.

12           Q.      In that document sixty percent

13      of the way down it talks about pathology

14      one?

15           A.      Yes.

16           Q.      Is that the course that we were

17      just discussing, that same course?

18           A.      Yes.

19           Q.      It says grade I?

20           A.      Yes.

21           Q.      Was that what you saw on your

22      transcript when you received it in August of

23      2005?

24           A.      Yes.

25           Q.      What does I mean?

59

1                          A. DASRATH

2              A.      Incomplete.

3              Q.      Did you find out from Dr.

4      Desalu when you approached him about this

5      marking as to why the course was marked

6      incomplete?

7              A.      Yes.

8              Q.      What did he tell you?

9              A.      He told me he did not issue a

10     grade because they were concerned about me

11     scoring a hundred percent in the pathology

12     one mid-term exam.

13             Q.      Do you recall the component of

14     this class.  You remember there was a

15     mid-term.

16                     What other exams were there?

17             A.      A final.

18             Q.      And that was it?

19             A.      A lab exam.

20             Q.      A lab exam?

21             A.      Yes.

22             Q.      Do you know what you received

23     on the final exam?

24             A.      No.

25             Q.      Did you ask at that time?

60

1                    A. DASRATH

2          A.     I asked why I didn't get a

3     grade.  He told me they were concerned that I

4     scored one hundred percent in the pathology

5     mid-term.

6          Q.     Did you understand what his

7     concern was?

8          A.     His concern was he does not

9     believe I scored one hundred percent.

10          Q.     Who was the professor for

11     pathology one?

12          A.     I'm not sure.  I think his name

13     was --  I don't remember his name.

14          Q.     Is it the professor that scores

15     the exam or is it Dr. Desalu?

16          A.     Dr. Desalu.

17          Q.     So, he scores all exams for the

18     medical school?

19          A.     Yes.

20          Q.     The professor administering the

21     class does not do the grading?

22          A.     Not to my knowledge, except in

23     some parts, like problem based learning.

24          Q.     After he told you he was

25     concerned, where your one hundred percent on

61

                              A. DASRATH

1

2      the mid-term and that he didn't believe you

3      to have received that, what was your

4      response?

5            A.      I was very disappointed.

6            Q.      So, you took all required exams

7      in this course?

8            A.      Yes.

9            Q.      And you met all requirements of

10     pathology one?

11           A.      Yes.

12           Q.      And you received an incomplete,

13     is that correct?

14           A.      Yes.

15           Q.      Was that grade ever, the

16     incomplete ever changed to any other score?

17           A.      Yes.

18           Q.      When was that?

19           A.      In December of 2005.

20           Q.      What was it changed to?

21           A.      C.

22           Q.      So, from an incomplete to a C?

23           A.      Yes.

24           Q.      Do you know why?

25           A.      I believe they felt like giving

62

```
 1                        A. DASRATH

 2     me a C so they gave me a C.

 3             Q.      Did you retake the class?

 4             A.      No.

 5             Q.      Did you have any discussions

 6     after Dr. Desalu's meeting about your

 7     incomplete score?

 8             A.      There was no one to talk to.

 9             Q.      Did you file any sort of

10     grievance or letter with the school

11     concerning your grade other than your

12     conversation with Dr. Desalu?

13             A.      No.  I was warned by Dr.

14     Almeida to stay quiet.

15             Q.      Did you talk to Dr. Almeida

16     about this grade?

17             A.      Yes.

18             Q.      What did Dr. Almeida tell you

19     about this?

20             A.      He told me to be careful.  They

21     might kick me out by the time I get to

22     Miami.

23             Q.      When did you first notice that

24     the grade was changed from an I to a C?

25             A.      In December of 2005.
```

63

```
 1                    A. DASRATH
 2          Q.      Did you have to do anything in
 3     order to effectuate that change or it
 4     happened all of a sudden?
 5          A.      It happened by itself.
 6          Q.      You didn't have to complete any
 7     more course work?
 8          A.      No.
 9          Q.      The only reason to your
10     knowledge it was marked incomplete was
11     because of your score on the mid-term exam?
12          A.      Yes.
13          Q.      There were no other reasons
14     told to you?
15          A.      No other reason was told to
16     me.
17          Q.      This is semester four that you
18     took pathology one, is that correct?
19          A.      Yes.
20          Q.      And did you have any issues
21     with your other grades in those courses?
22          A.      This was semester four, but it
23     was the second to last semester.
24          Q.      You're right, I'm sorry. This
25     is semester four in the basic science
```

1                    A. DASRATH

2       curriculum?

3           A.      Semester three runs into

4       semester four because remember I had to

5       repeat the genetics.

6           Q.      Did you have any other issues

7       besides your pathology one grade during that

8       semester?

9           A.      Not that I recall.

10          Q.      In this semester concluded in

11      the summer of 2005, around August I

12      presume?

13          A.      Yes.

14          Q.      At some point you received a

15      final transcript?

16          A.      Yes.

17          Q.      Do you recall when classes

18      ended that semester?

19          A.      To the best of my recollection,

20      maybe like the middle of August.

21          Q.      When did you receive your final

22      grade for that semester, semester four?

23          A.      Sometime late August or early

24      September.

25          Q.      The only way you recall

65

```
 1                         A. DASRATH
 2       receiving your grades was through a
 3       transcript mailed to you?
 4             A.      Yes.
 5             Q.      Did you request your grade
 6       prior to receiving the transcript?
 7             A.      They do it automatically.
 8             Q.      So, you didn't need to request
 9       them prior to receiving the transcript?
10             A.      If you need to request you can
11       also request.
12             Q.      But, if you request it prior to
13       the official transcript being received all of
14       the grades might not be available at that
15       time; am I correct?
16             A.      The grades are available very
17       shortly after the exam.
18             Q.      You started presumably
19       September of 2005.
20             A.      Right.
21             Q.      The fifth semester?
22             A.      It should be the fourth
23       semester, but it is the fifth semester for
24       me.
25             Q.      So, that's the last semester of
```

66

1                        A. DASRATH

2     basic science?

3              A.     Yes.

4              Q.     What did you take that semester

5     and since we have this marked, I will show

6     you, if it helps, Defendant's Exhibit E?

7              A.     I took pharmacology two,

8     introduction to clinical medicine, pathology

9     two, microbiology and immunology two.

10             Q.     Did you have any concerns about

11    the grades issued in those courses?

12             A.     Yes.

13             Q.     Which courses, if any?

14             A.     Introduction to clinical

15    medicine.

16             Q.     And your concern about that

17    grade?

18             A.     An I was issued instead of a

19    regular grade.

20             Q.     During the time that you were

21    completing your courses for the fifth

22    semester, did you have any issues concerning

23    your grade on the exams prior to receiving

24    the incomplete?

25             A.     No, nothing I can remember

1                       A. DASRATH

2         about.

3               Q.      And at some point you received

4         your transcript for the fifth semester?

5               A.      Yes.

6               Q.      At that point was that the

7         first time that you learned about the

8         incomplete?

9               A.      Yes.

10              Q.      Did you approach anyone about

11        the incomplete in the clinical medicine, is

12        it?

13              A.      Yes.

14              Q.      Who did you approach?

15              A.      I don't recall approaching

16        anybody.  I came off the island.  I finished

17        all the basic science courses.

18              Q.      So, that is after your fifth

19        semester.  You would leave Dominica and come

20        back to the United States, is that correct?

21              A.      Yes.

22              Q.      So, you already left after your

23        final exam?

24              A.      After the grade were issued.  I

25        did the final exams, but I came after the

68

```
 1                    A. DASRATH
 2    final --  I came back home after the final
 3    exams.
 4         Q.      And that was sometime in August
 5    of 2005?
 6         A.      No, December of 2005.
 7         Q.      I'm sorry.  And then you
 8    received your transcript at some point?
 9         A.      Yes.
10         Q.      And you noticed the incomplete
11    marking?
12         A.      Yes.
13         Q.      Did you call anyone concerning
14    it?
15         A.      I don't recall.  I don't recall
16    exactly what I did.  It just bothered me a
17    lot again.  They had already warned me to
18    stay quiet.
19         Q.      Did you talk to anyone
20    concerning the incomplete grade at any time?
21         A.      I don't recall.
22         Q.      When were you due to return for
23    the sixth semester?   Is it called sixth
24    semester?
25         A.      It's called fifth semester.   In
```

69

1                    A. DASRATH

2     January of 2006.

3         Q.    You were home here in New York

4     between December and January?

5         A.    For about a week.

6         Q.    Just a week?

7         A.    A week or two.

8         Q.    And during that time that you

9     were home, did you have any conversation with

10    anyone at Ross University concerning any of

11    your grades?

12        A.    I don't recall.

13        Q.    And then you returned to

14    Dominica in January of 2006?

15        A.    No, I went to Miami.

16        Q.    What were you reporting there

17    for?

18        A.    The AICM program.

19        Q.    What is the AICM program?

20        A.    The advanced introduction to

21    clinical medicine.

22        Q.    The other courses that you

23    described in your first basic science

24    curriculum you say were?

25        A.    Yes.

SHEET 70   PAGE 70

70

1                        A. DASRATH

2           Q.      How did the AICM course

3      differ?

4           A.      It was similar to the other

5      courses.

6           Q.      Did you have one professor or

7      more than one?

8           A.      Several professors.

9           Q.      When you reported in January of

10     2006, who was the professor at the time?

11          A.      One of them was Dr. Enrique

12     Fernandez.  One was Dr. Pete Gutterrez.  One

13     was Dr. Vivian Guttery.  And there were a

14     number of visiting professors.  I don't

15     recall their names.

16          Q.      And was the course given at the

17     school's location in Miami or in the

18     hospital?

19          A.      At the school's location.

20          Q.      Was the course one semester

21     only?

22          A.      Yes.

23          Q.      Did you take on any other

24     courses at the same time?

25          A.      There is only one course.

A. DASRATH

1

2      Q.      What happened at that time with

3   your incomplete with the pathology one

4   course?

5      A.      It was changed from an

6   incomplete to a C.

7      Q.      Before you started the AICM

8   class?

9      A.      Right around then.  I don't

10  recall the exact date.

11     Q.      How did you find out it was

12  changed to a C?

13     A.      I received a transcript.

14     Q.      The AICM course that you were

15  taking, do you remember what your grades were

16  based on?

17     A.      It was based --

18             MR. COSTELLO:  For the AICM?

19     Q.      For the AICM.

20     A.      Test.

21     Q.      Test only or was there a

22  practical portion of the course?

23     A.      On many things.  Plastic

24  things that looks like human.

25     Q.      You had taken the exams for the

72

1                          A. DASRATH

2       AICM course?

3              A.      Yes.

4              Q.      Did you recall how many exams

5       you had taken?

6              A.      I recall five exams.

7              Q.      And those were written exams?

8              A.      Yeah.

9              Q.      Scan trons only or all essay?

10             A.      Scan trons.

11             Q.      So, you had five scan tron

12      exams?

13             A.      Yes.

14             Q.      Do you recall any essay

15      exams?   Any essay portion of the exams?

16             A.      I don't recall essays.

17             Q.      Then you said you would work on

18      plastic bodies, did you say?

19             A.      Yes.

20             Q.      What part of the course was

21      that?   Was that the practical part of the

22      course?

23             A.      If you want to call it

24      practical, yes, we worked on plastic bodies.

25             Q.      How often did you do that?

73

1              A. DASRATH

2        A.      We did that several times.  I

3    don't recall the number of times.

4        Q.      And you were graded on that?

5        A.      I don't recall.

6        Q.      Do you know what your grade in

7    the AICM course was comprised of?

8        A.      I don't recall specifically how

9    it was allocated.

10        Q.      You don't know how the exams

11    were allocated percentage-wise?

12        A.      I don't know.  I don't recall.

13        Q.      Was one of the five exams a

14    final exam?

15        A.      I think they are all final

16    exams because each one is for a different

17    certification test.

18        Q.      So, each exam related to a

19    different certification?

20        A.      Yes.

21        Q.      Do you recall the five

22    different certifications?

23        A.      One of them was for the

24    National Board of Medical Exam.  One was from

25    the American Heart Association.  I think two

SHEET 74   PAGE 74

74

A. DASRATH

2    of them were from the American Heart

3    Association.  One of them was for family

4    abuse.

5              And then there was a fifth

6    one.  I don't recall what it was called.  I

7    do have the certification.  The

8    certification papers I can look up.

9         Q.    When you took these exams, you

10   would receive a certification if you passed

11   the exam?

12        A.    Yeah.

13        Q.    And you received all five

14   certifications?

15        A.    Yeah.

16        Q.    Was there anything else your

17   grade was based on besides the fifth

18   certification exams?

19        A.    I'm not sure.

20        Q.    Was there a clinical portion of

21   the class?

22        A.    I don't believe the clinical,

23   there were some hospital visitation, but I

24   don't believe they were worth points.  Not to

25   my knowledge.

75

1                          A. DASRATH

2          Q.      How often did you do the

3    hospital visitation?

4          A.      A few times.

5          Q.      More than once?

6          A.      Yeah.

7          Q.      More than ten?

8          A.      I don't think so.  Maybe three,

9    four.

10         Q.      What did you do during hospital

11   visitation?

12         A.      You visit and watch what the

13   doctors were doing.  They just walk you

14   around.

15         Q.      That was separate from working

16   on the plastic body?

17         A.      Yes.

18         Q.      Working on the plastic body,

19   was that graded?

20         A.      It was part of a certification

21   exam, but I don't know how they

22   incorporated.  I do not know that.

23         Q.      You took five exams at separate

24   times during the semester?

25         A.      Yes.

76

1                    A. DASRATH

2          Q.      So, they weren't all given at

3     once?

4          A.      No.

5          Q.      Was there a final exam after

6     the certification?

7          A.      There was a final exam.

8          Q.      Do you know which one it was?

9          A.      I believe it was the national.

10    It may have been --  I'm not sure.

11         Q.      Do you recall when the last day

12    of class was?

13         A.      April 7th, 2006.

14         Q.      When did you receive your final

15    grade in that course, the AICM course?

16         A.      In August the 14th, 2006.

17         Q.      What was that grade?

18         A.      F.

19                 MS. McLAUGHLIN:  Off the

20         record.

21                 (Whereupon, a short recess was

22         taken.)

23                 MS. McLAUGHLIN:  Back on the

24         record.

25         Q.      When you received your

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

77

                          A. DASRATH

1

2       transcript in August of 2006, was that the

3       first time that you learned of your failing

4       grade in your AICM course?

5             A.      That is the first time I

6       learned official grade failing the AICM

7       course.

8             Q.      What do you mean official?

9             A.      It was in the transcript.

10            Q.      Did you learn of the failing

11      grade unofficially?

12            A.      There was conversation --  yes,

13      unofficially, yeah.

14            Q.      How did you learn of your

15      failing grade in the AICM course?

16            A.      At first I managed to sign onto

17      one of Dr. Fernandez' web sites.

18            Q.      Had you ever accessed your

19      grade prior to this time by the web site

20      provided by Ross?

21            A.      No.

22            Q.      This was the first time you

23      accessed your grade via a web site, correct?

24            A.      Yes.

25            Q.      Do you recall when that was?

78

1                          A. DASRATH

2              A.      That may have been late April

3        2006.

4              Q.      What was the name of the web

5        site, if you recall?

6              A.      Devryu.net.

7              Q.      How do you get access to

8        that?   Is it by password?

9              A.      When you go to Miami they give

10       you that access.

11             Q.      Had you been able to access

12       this before to view your grades prior to that

13       date?

14             A.      No.

15             Q.      Was this the first time that

16       you accessed your grade?

17             A.      Yeah.

18             Q.      Were you told that your grades

19       were available or did you just happen to

20       access the site and found out about the

21       grade?

22             A.      Among friends.  We talked.

23             Q.      Other than friends talking, you

24       didn't receive notification that grades were

25       available?

79

```
 1                    A. DASRATH

 2        A.      No.

 3        Q.      So, after --

 4        A.      I'm not sure if it was just

 5   friends, but to the best of my knowledge

 6   that's how I came up with this idea of

 7   getting on this web site.

 8        Q.      So, when you access the web

 9   site what do you see?

10        A.      I saw that an F was posted for

11   me.

12        Q.      Was there any break down of the

13   grade or it just has the course name and the

14   grade?

15        A.      I don't recall everything I

16   saw, I just saw the course name and an F.

17        Q.      Did you maintain a copy of what

18   you saw on the web site?

19        A.      The web site somehow does not

20   allow to print.  I couldn't printout

21   anything.

22        Q.      When you saw the failing grade

23   in the course, what did you do?

24        A.      I attempted to contact Dr.

25   Fernandez.
```

80

```
 1                          A. DASRATH

 2            Q.      At this time, are you in Miami

 3      still in April of 2006 or are you back in New

 4      York?

 5            A.      I'm back in New York.

 6            Q.      When did classes end, I'm sorry

 7      you, said April 7th, 2006?

 8            A.      Yes.

 9            Q.      And then you left immediately

10      after for New York?

11            A.      Yes.

12            Q.      How did you try to contact Dr.

13      Fernandez?

14            A.      By phone.

15            Q.      And did you get a response?

16            A.      Not immediately.  Eventually I

17      did get a response from Dr. Fernandez.

18            Q.      Was that by phone or in person?

19            A.      By phone.

20            Q.      Do you recall when that was?

21            A.      Maybe late April or early May

22      2006.

23            Q.      And what did he say to you in

24      that conversation?   Was it with Dr.

25      Fernandez?
```

81

1                      A. DASRATH

2         A.      Yes.

3         Q.      Were there any other deans on

4   the phone?

5         A.      I only spoke to Dr. Fernandez.

6         Q.      What did you say to him and

7   what did he say to you during that

8   conversation?

9         A.      I told him to please look into

10  the grade, something might be wrong.

11        Q.      What made you believe that

12  something might be wrong?

13        A.      I didn't have any failing part

14  to my course.

15        Q.      So, you explained you took five

16  exams?

17        A.      Yes.

18        Q.      And as far as you know you

19  didn't fail any of those exams?

20        A.      No.

21        Q.      Were there any other parts of

22  the course that were graded?

23        A.      I'm not sure what else were

24  graded.  I don't have proof of any other

25  things that were graded.  I have proof of

82

```
 1                    A. DASRATH

 2    those five parts.

 3         Q.     You do have proof of those five

 4    parts because you have a certification?

 5         A.     Yes.

 6         Q.     What is clinical clerkship?

 7         A.     A clinical clerkship is

 8    something that starts after you pass the

 9    USMAL step I.

10         Q.     There is no clinical clerkship

11    that starts during the AICM course?

12         A.     No.

13         Q.     There is no clinical clerkship

14    in the AICM class?

15         A.     You have to first pass your

16    USMAL step I otherwise you are not authorized

17    to do clinical stuff on live patients.

18         Q.     You told them to look into the

19    grade, something might be wrong and what did

20    he respond?   How did he respond?

21         A.     He responded aggressively.   He

22    doesn't like to be told he's wrong.

23         Q.     What did he say to you exactly?

24         A.     He told me no.

25         Q.     And that was it?
```

83

1                    A. DASRATH

2          A.     I don't recall the exact

3     conversation.  But, from what I gathered he

4     says no.

5          Q.     He said no, the grade is not

6     wrong?

7          A.     Something to that effect, yes.

8          Q.     Is that the end of your

9     conversation?

10         A.     Yes.

11         Q.     Did you have any other further

12    conversations with him?

13         A.     I don't recall any other

14    conversations.

15         Q.     It was just one phone call as

16    far as now?

17         A.     Yes.

18         Q.     Did you have any conversations

19    with anyone else at Ross about your score for

20    the AICM course?

21         A.     Yes.

22         Q.     Who was that with?

23         A.     Dr. Nancy Perri.

24         Q.     When did you speak to Dr.

25    Perri?

84

1                    A. DASRATH

2          A.      It might be late April or early

3    May.  Soon after speaking to Dr. Fernandez.

4          Q.      How did you speak to her

5    face-to-face or by phone?

6          A.      By phone.

7          Q.      And she called you or you

8    called her?

9          A.      I called her.

10         Q.      What did you say to her?

11         A.      I told her something is wrong

12   with the AICM course.   If she could look

13   into it.

14         Q.      How did she respond?

15         A.      She said yes, she will look

16   into it.

17         Q.      Is that the first time that you

18   spoke to Dr. Perri during your time at Ross

19   University?

20         A.      Yes.

21         Q.      And why did you call Dr.

22   Perri?

23         A.      Because Dr. Perri is Dr.

24   Fernandez' boss.

25         Q.      Was that the end of your

85

```
 1                      A. DASRATH
 2    conversation, she said she will look into it
 3    and get back to you?
 4          A.    Yes.
 5          Q.    Did you have any further
 6    conversations with her?
 7          A.    I tried a number of times to
 8    speak to her again.
 9          Q.    And how did you try, by e-mail
10    or by phone?
11          A.    I tried by phone at first and
12    then by e-mail.
13          Q.    Did you ever reach her on the
14    phone or by e-mail?
15          A.    On the phone I heard somebody
16    in the background with the voice I think was
17    hers.  But she has a secretary called Judy.
18    Judy answered the phone.
19                I hear Judy will call to her
20    that Dr. Perri and Anand Dasrath is on the
21    phone again and I heard a voice stimulating
22    her saying tell him I'm in Dominica.  That
23    happened a few times.
24          Q.    Did you eventually speak to her
25    again after that first conversation?
```

SHEET 86  PAGE 86

86

1                    A. DASRATH

2          A.      No.

3          Q.      Did you communicate with her

4     through e-mail after that first

5     conversation?

6          A.      Yes.

7          Q.      What were the e-mails

8     regarding?

9          A.      The same thing.  I sent her a

10    reminder e-mail telling her there is still a

11    problem with my AICM course.  If she could

12    look into it.

13         Q.      Did she get back to you?

14         A.      She replied, yes.

15         Q.      What did she say?

16         A.      That she will look into it

17    again she said she was in Dominica.  She

18    always says she is in Dominica regardless.  I

19    spoke to other students and that is what she

20    tells the other students if any of them have

21    a problem, that she is in Dominica.

22         Q.      What other students told you

23    that?

24         A.      Other friends that I took with

25    the class.

SHEET 87 PAGE 87

87

1                           A. DASRATH

2           Q.      Do you know their names?

3           A.      Yeah, one of them was Bahar.

4           Q.      That is the first name or last

5     name?

6           A.      That is his first name.  I

7     don't recall his last name.

8           Q.      Did anyone else tell you that

9     said she's in Dominica when she call?

10          A.      Yes, Anish.

11          Q.      First name or last name?

12          A.      That, is the first name.

13          Q.      Do you know the last name?

14          A.      I don't remember the last

15    name.

16          Q.      Anyone else?

17          A.      And they told me they heard

18    other people saying the same thing.

19                  MS. McLAUGHLIN:  Can we mark

20              this document, please.

21                  (Whereupon, the aforementioned

22              e-mail was marked as Defendant's

23              Exhibit F for identification, as of

24              this date, by the Reporter.)

25          Q.      I ask you to take a look at

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

88

```
 1                    A. DASRATH

 2        this.

 3             A.     Yes.

 4                    MS. McLAUGHLIN:  I'm showing

 5             the witness Defendant's Exhibit F.  It

 6             appears to be an e-mail from Dr.

 7             Fernandez to plaintiff, dated April

 8             23rd, 2006 regarding course grades

 9             posted.   AICM 62.

10             Q.     Have you reviewed the document?

11             A.     I don't see AICM 62.

12             Q.     I don't know if that means

13        anything.  It just says AICM 62.

14                    I was going to ask you if that

15        meant something?

16             A.     I know what AICM means, but I

17        don't know what 62 means.

18             Q.     Have you ever seen this

19        e-mail?

20             A.     Yes.

21             Q.     Going from the bottom up.  It

22        says Dr. Fernandez and it shows his e-mail

23        address, AICM class grades are posted on

24        e-college.

25                    Is e-college the web site that
```

89

```
 1                      A. DASRATH
 2      we talked about earlier that you logged
 3      into?
 4           A.    No.
 5           Q.    It is something different?
 6           A.    I don't know what is
 7      e-college.
 8           Q.    Grade breakdowns will be
 9      available by e-mail request starting Monday.
10                 Did you make a request for
11      grade breakdowns?
12           A.    I didn't send any request for
13      grade breakdowns.
14           Q.    So, you logged into a web site
15      that is not e-college, to your knowledge, it
16      is something different?
17           A.    I don't know something called
18      e-college.
19           Q.    Did you see your grade and then
20      write this e-mail to Dr. Fernandez that is
21      above what we were just discussing?
22           A.    Yes.
23           Q.    The e-mail above is from Mr.
24      Dasrath to Dr. Fernandez and it is dated
25      April 22nd, 2006; is that correct?
```