SHEET 90  PAGE 90

90

1                        A. DASRATH

2          A.     Yes.

3          Q.     So, at that time --

4          A.     April 22nd or 23rd?

5          Q.     Your e-mail to Dr. Fernandez

6     below is April 22nd, 2006 on Saturday?

7          A.     Oh, yes.

8          Q.     So, at that point you were

9     aware of a failing grade; is that correct?

10         A.     I don't know if it is a failing

11    grade.  They just list phony grades.

12         Q.     Dr. Fernandez, I see a failing

13    grade as a final grade?

14         A.     I'm just questioning this

15    whether it is a failing grade.  I don't know

16    what the guy is listing.  I don't know what

17    he is doing.

18         Q.     So, you see a failing grade on

19    this web site you logged into?

20         A.     Yes.

21         Q.     And you e-mailed Dr. Fernandez

22    to check certain items?

23         A.     Yes.

24         Q.     It says please check, I don't

25    see an upgraded grade for my EPI/Biostatic

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

91

```
 1                    A. DASRATH

 2    grade.

 3                    What is EPI/Biostatics?

 4         A.    I think I'm referring to

 5    epi-dermanolog.

 6         Q.    That is a portion of the AICM

 7    class?

 8         A.    There was a lecture.  I don't

 9    know if there were grades.  If grades were

10    allocated for it.  But, I suspect grades were

11    allocated for it.

12         Q.    It says only the first failing

13    grade of 50 out of 76 are there.

14                What were the 50 out of 76 that

15    you were referring to?

16         A.    I don't know what it is.  A lot

17    of these things are phony.  This web site

18    doesn't exist, to my knowledge.  I tried to

19    sign on.  So, lots of phony things will show

20    up and I'm questioning a lot of these

21    things.

22         Q.    You didn't know of any failing

23    grade of 50 out of 76 prior to this log on to

24    the web site?

25         A.    I don't know what it is.
```

92

1                         A. DASRATH

2           Q.     You say what happened to the

3    remediated grade?    Did you remember taking

4    an exam?

5           A.     Yes.

6           Q.     What exam was that?

7           A.     They make you take exams any

8    time you want.    I don't recall which specific

9    exams.    They make you take exams and I don't

10   know where they came from.

11          Q.     Did you remediate a failing

12   grade in the AICM course?

13          A.     Yes.

14          Q.     So, you retook an exam?

15          A.     Yes.

16          Q.     And did you pass that exam?

17          A.     I don't know.

18          Q.     It says 36 percent for the

19   final essay is very unconscionable.

20          A.     Yeah.

21          Q.     So, for the AIMC course you

22   talk about five exams that were certification

23   exams?

24          A.     Yes.

25          Q.     Was there a final essay exam

1                    A. DASRATH

2    separate from the five certificationcs?

3        A.      It may belong to one of those

4    tests.

5        Q.      Was it called the final

6    essay?

7        A.      I don't recall anything called

8    a final essay.  But sometimes it comes up

9    like this.  They will tell you you failed a

10   final essay and you don't know what they are

11   talking about so you got to question it.

12       Q.      And the person that marked it

13   did not do a fair job.

14               What was the basis for that

15   statement?

16       A.      I didn't remember failing

17   anything.

18       Q.      So, the final essay, was this

19   the first time that you had revised your

20   grade for that final essay portion of the

21   course?

22               Was this the first time that

23   you saw 36 percent for the final essay?

24       A.      Yeah.

25       Q.      Do you know who marked it?

94

```
 1                   A. DASRATH

 2        A.      I don't know.

 3        Q.      You were concerned, it appears

 4   I knew what was asked and what the answers

 5   were, my poor penmanship may have annoyed the

 6   marker, but not a reasonable excuse to get a

 7   failing grade.

 8                 Do you recall what led you to

 9   believe that your poor penmanship might have

10   been the reason why you failed the essay?

11        A.      I do have poor penmanship and

12   some people get annoyed.  That has been a

13   long-standing problem.

14        Q.      Did you discuss your final

15   essay grade with Dr. Fernandez in your

16   conversation with him on the phone?

17        A.      No.

18        Q.      Did you discuss your penmanship

19   with him on the phone?

20        A.      No.

21        Q.      It says also look at my second

22   case write-up.

23                 What is a case write-up?

24        A.      Sometimes they just ask --

25   they give you information about the paper and
```

SHEET 95  PAGE 95

95

1                          A. DASRATH

2        ask you to write something and give it to

3        them.

4             Q.      How many case write-ups did you

5        complete?

6             A.      So far as I remember this is

7        the only time I did one.

8             Q.      It says look at my second case

9        write-up.

10                    Would you have a first case

11       write-up?

12            A.      I don't recall.

13            Q.      Under subjective conditions it

14       says such as this, any reader can give any

15       essay a C minus and cause the student a

16       failing final grade.

17                    What was the basis for that

18       statement?

19            A.      I don't know where the credit

20       minus came from.

21            Q.      What were you referring to?

22            A.      I'm referring to things I did

23       in Miami.  Sometimes we write up things and

24       give it to them.  I don't know which one was

25       what.

96

1                          A. DASRATH

2              Q.      Did you receive a C minus?

3              A.      Maybe I did.  I don't recall

4       it.

5              Q.      Were you taking issue with the

6       C minus?

7              A.      I really didn't take issue with

8       them.

9              Q.      Did you agree with that

10      grade?

11             A.      Not at all.

12             Q.      And then the last, number four

13      I should say, how did I end up with a 36/50

14      in the extra credit after ten points were

15      allocated for staying to the end of the soap

16      notes lecture which I did.

17                     What is the soap notes

18      lecture?

19             A.      I don't know if it is called

20      soap.  Yeah, soap.  He said he was giving

21      points if you just sit in the class to the

22      end.  He was giving ten points.  But I

23      thought it was false information he was

24      giving.

25             Q.      So, did you get the ten

SHEET 97 PAGE 97

97

A. DASRATH

2   points?

3         A.      I didn't think it exists.

4         Q.      What is the false information

5   he was given?

6         A.      That he just stands in front of

7   the class and was given all those people that

8   stay there ten points.

9         Q.      Did you write up notes from

10  that lecture?

11        A.      I'm sure I took notes, yes.

12        Q.      It says I wrote up my soap,

13  presented it and answered all the questions

14  correctly except for one.

15               He has people walking around

16  asking you questions.  They are happy to give

17  you points.

18               When you were writing this

19  e-mail to Dr. Fernandez, were you concerned

20  that you didn't get points for that lecture?

21        A.      I don't know what I had points

22  for, what I didn't have points for.

23               It's very confusing at that

24  point and I have to wait for my grade from

25  the registrar's office.

98

                    A. DASRATH

1

2        Q.        Why did you have to wait for

3   your grade from the registrar's office?

4        A.        Because of the erratic way of

5   giving grades.  They have a strange way of

6   giving grades.

7        Q.        You had to wait for your grade

8   from the registrar's office because of the

9   erratic way they give grades?

10       A.        Yeah.

11       Q.        I don't understand that.  Can

12  you explain that?

13       A.        It's very difficult to know

14  what your grade will be until you get it from

15  the registrar's office.

16       Q.        But when you logged into the

17  Devry web site and you saw a failing grade,

18  you didn't believe it was a failing grade

19  because you hadn't received the transcript?

20       A.        I didn't receive a transcript

21  until August the 14th, 2006.

22       Q.        Did that transcript also

23  reflect a failing grade?

24       A.        Yes.

25       Q.        So, then did you believe that

99

                              A. DASRATH

1

2       you failed the course?

3           A.      No.

4           Q.      So, in April of 2006 you didn't

5       fail the course?

6           A.      No.

7           Q.      And in August of 2006, you

8       didn't believe that you failed the course?

9           A.      No.

10          Q.      You said you had a conversation

11      with Dr. Fernandez by phone.

12                  We talked about that earlier?

13          A.      Yes.

14                  MS. McLAUGHLIN:  I have another

15          exhibit.

16                  (Whereupon, the aforementioned

17          memo was marked as Defendant's Exhibit

18          G for identification, as of this date,

19          by the Reporter.)

20          Q.      I'm going to ask you to take a

21      look at that memo.

22          A.      Yes, I took a look at this

23      memo.

24          Q.      Showing the witness what has

25      been marked as Exhibit G and it is entitled

100

1                    A. DASRATH

2        memorandum for the record, April 24th, 2006.

3                    I will ask you have you seen

4        this prior to you sitting here today?

5            A.        Yes.

6            Q.        When was the first time that

7        you saw this?

8            A.        When the case was in the

9        Supreme Court.  I believe it was 2006.

10           Q.        First line says Dr. Fernandez

11       conferred today by telephone with Anand

12       Dasrath about the failing grade he earned for

13       the fifth semester just concluded.

14                    Does that make sense that April

15       24th, 2006 would have been the time you

16       called or spoke with at least Dr. Fernandez

17       on the phone?

18           A.        Yes, it seems to be.

19           Q.        Dr. Fernandez informed Anand

20       that he was essentially two Standards

21       Deviations from the norm.

22                    Did he communicate that to you

23       during that phone conversation?

24           A.        No.

25           Q.        He said that Anand earned a C

101

1                           A. DASRATH

2        on the mid-term exam, failed the final exam,

3        and had a very low score on the essay

4        portion, a 63 out of a possible 200.

5                    Did you discuss those items

6        with Dr. Fernandez on that telephone call?

7            A.      I don't recall this.

8            Q.      You received a C on the

9        mid-term exam?

10           A.      I don't recall receiving a C on

11       the mid-term exam.

12           Q.      Did you know what your score

13       was on the final exam?

14           A.      The final exam was for each

15       part.  They were passing.  Each final exam I

16       took for each part passed.

17           Q.      So, did you not believe that

18       you failed the final exam?

19           A.      No.

20           Q.      And the essay portion, do you

21       remember writing for the essay portion for

22       the exam?

23           A.      I may have written, but I don't

24       know if I recall for the written for the

25       final exam.

102

1                        A. DASRATH

2           Q.      Do you recall writing for an

3     exam where you were concerned about your

4     penmanship?

5           A.      Sometimes we do write, yes, I

6     have bad penmanship.

7           Q.      You just don't recall having a

8     written portion of an exam for this AICM

9     course?

10          A.      I don't recall.

11          Q.      At any time did you learn that

12    you received a 63 out of a possible 200 on

13    the essay portion of the exam?

14          A.      I don't know what it is.

15          Q.      Was that posted on the internet

16    site that you logged into, to learn of your

17    grade?

18          A.      Not to my knowledge.

19          Q.      Did you learn that during the

20    conversation with Dr. Fernandez?

21          A.      He never mentioned it to me.  I

22    don't recall him saying that.

23          Q.      So, the first time that you

24    learned of this is when you saw this memo in

25    the Supreme Court matter?

103

```
 1                    A. DASRATH
 2          A.    Yes.
 3          Q.    It looks like according to this
 4     memo there were two write-ups.
 5                Is that the soap write-up that
 6     we were referring to earlier?
 7          A.    I don't know what they are
 8     referring to.
 9          Q.    You don't remember any
10     write-ups from the AMCI course?
11          A.    There were things that they
12     wrote.  I done recall write-ups.
13          Q.    Do you remember any scores on
14     the write-ups or points for them?
15          A.    I don't recall.  Now and then
16     there are scores, but I don't recall exactly
17     what he is referring to.
18          Q.    Were you given any of these
19     scores during the course of the semester?
20          A.    No.
21          Q.    So, you never received a score
22     during the course of the semester, only until
23     you received your final grade was the only
24     time that you learned of your progress in
25     that class?
```

104

```
 1                    A. DASRATH

 2         A.      After I received my final --

 3    after he placed that F on his web site I

 4    became suspicious something is going on and I

 5    see all of this came out.

 6         Q.      I guess during the year though

 7    do you get grades on tests or scores on your

 8    write-ups as the course goes along?  Or are

 9    you just hand in exams and you don't know

10    what the scores are until the end?

11         A.      I get the certificates.

12         Q.      Just the five certifications?

13         A.      Yes.

14         Q.      But no other write-ups do you

15    receive points for?

16         A.      It wouldn't stand out in my

17    memory as being the basis for passing or

18    failing the exam.

19         Q.      But you don't know what your

20    scores were?

21         A.      I don't know what they were.

22         Q.      You know you passed the five

23    certifications?

24         A.      Yes.

25         Q.      Were they scores or were they
```

SHEET 105  PAGE 105

105

1                        A. DASRATH

2       just pass/fail?

3              A.      I believe they were scored.

4              Q.      Do you know what the scores

5       were on those five certifications?

6              A.      I have to look into it.  I

7       think they were high, in the 90s.  I remember

8       one was 100.  I would have to look up and

9       match the scores.

10                     MS. McLAUGHLIN:  I put a

11             request on the record for any records

12             of the scores on the five

13             certifications you received or any

14             other scores you received in the AICM

15             class, if you have them.

16             A.      They should have them.  I have

17      the certification.  They have that.

18             Q.      But to the extent that you have

19      any records of these scores.

20                     MR. COSTELLO:  We will provide

21             them if we have them.

22             Q.      Do you recall what the physical

23      exam was?

24             A.      Yes.

25             Q.      When did you take that?

106

                    1                          A. DASRATH

                    2          A.     At the end of the AICM course.

                    3          Q.     Did you take it more than

                    4     once?

                    5          A.     Yes.

                    6          Q.     When did you first take it?

                    7     Was it in April of 2006?

                    8          A.     Yes.

                    9          Q.     What was your score the first

                   10     time you took it?

                   11          A.     I don't know the score.

                   12          Q.     So, you failed it the first

                   13     time then?

                   14          A.     I don't believe I failed it,

                   15     but he just instruct some people to retake

                   16     it.  To my knowledge I passed it the first

                   17     time.

                   18          Q.     To the school's knowledge, was

                   19     it reflected as a failing test?

                   20          A.     No.

                   21          Q.     So, you passed the first time

                   22     and you were told to retake it?

                   23          A.     Yes.

                   24          Q.     The school told you you passed

                   25     the test the first time?

107

                              A. DASRATH

1

2          A.      Somebody in that office says to

3     retake it and I redid it.

4          Q.      And you didn't know why you

5     were retaking it?

6          A.      They just list some people to

7     retake it.  It doesn't have to be a pass or a

8     fail.

9          Q.      And when you retook it, did you

10    pass or fail?

11         A.      Again, the score, to my

12    knowledge, I scored very high both times.

13         Q.      What did you score the first

14    time?

15         A.      I think a 97 percent.

16         Q.      What did you score the second

17    time?

18         A.      94 percent.

19         Q.      How much of the final grade in

20    your AICM course was comprised of the

21    physical exam?

22         A.      This is just to pass it or fail

23    it.  If they say you pass it, you pass it.

24         Q.      So, it doesn't matter if you

25    get a 97 or 77 percent?

108

```
 1                    A. DASRATH

 2          A.      To my knowledge I don't know

 3     how it is graded.

 4          Q.      During the conversation that

 5     you had on April 24th with Dr. Fernandez, did

 6     he tell you that you would have to repeat the

 7     AICM course?

 8          A.      I don't recall if he said I

 9     have to repeat or not.

10          Q.      If you have a failing grade in

11     the course, are you required to repeat the

12     class as you did earlier in the genetics

13     class?

14          A.      Yes.

15          Q.      And are you required to repeat

16     the course in the semester immediately

17     following the failing class as you did in

18     genetics?

19          A.      No.

20          Q.      You are not required to retake

21     the class?

22          A.      The AICM course can be taken

23     later.

24          Q.      What is the basis of that

25     statement?
```

109

1                         A. DASRATH

2          A.      We were having summer vacation

3      following the AICM course.

4          Q.      Who was having summer vacation,

5      I'm sorry?

6          A.      I was having summer vacation.

7          Q.      You were personally having a

8      summer vacation that summer?

9          A.      And the rest of the class.

10         Q.      And the rest of the class?

11         A.      Yes.

12         Q.      So, if you failed the AICM

13     class, you don't have to take the semester

14     immediately after, if you are having a

15     vacation?

16         A.      No.

17         Q.      When do you to have retake the

18     class?

19         A.      If someone fails the AICM, they

20     can do it after the summer vacation.

21         Q.      How do you know that?

22         A.      That was stated by Dr.

23     Fernandez.

24         Q.      So, did Dr. Fernandez tell you

25     that you would have to take the class

110

                              A. DASRATH

1

2      starting May 22nd or some other time?

3            A.      No.

4            Q.      He didn't tell you that you

5      would have to retake the class starting May

6      22nd?

7            A.      No.

8            Q.      Did he tell you that you would

9      have to do three weeks of clinicals?

10           A.      No.

11           Q.      Did he tell you that you would

12     have to do one write-up until a grade

13     satisfactory or better is achieved?

14           A.      No.

15           Q.      Did he tell you you were exempt

16     from the EPI and the PE, the PE being, I

17     believe the physical exam?

18           A.      We didn't have this

19     discussion.

20           Q.      So, he didn't tell you that?

21           A.      To my knowledge, no.

22           Q.      Did he tell you that you must

23     attend large and small group sessions except

24     for the EPI?

25           A.      No.

111

```
 1                        A. DASRATH
 2           Q.      Did he tell you that you must
 3      take the mid-term and finals?
 4           A.      No.
 5           Q.      At any point did you apply to
 6      retake the AICM class?
 7           A.      No.
 8           Q.      Why not?
 9           A.      I was never asked.  I was never
10      pre-registered for it.
11           Q.      You were never pre-registered
12      for it?
13           A.      Yes.
14           Q.      What does pre-register mean?
15           A.      Pre-register means whatever
16      class Ross wants you to take they
17      pre-register and send you a bill.  You are
18      pre-register in the class.
19                   When you pay you become
20      registered.  I didn't do any registration.  I
21      never did any registration.
22           Q.      Did Dr. Fernandez ever tell you
23      either during this conversation or others
24      that you could defer starting to take the
25      AICM course in September?
```

112

1                          A. DASRATH

2          A.      No.

3          Q.      Do you ever remember telling

4     Dr. Fernandez that if you knew that you spent

5     two years in hospitals as a pharmacist?

6          A.      No.

7          Q.      Did you have any discussions

8     with Dr. Fernandez during this conversation

9     about tuition?

10         A.      No.

11         Q.      What happened during this phone

12    call to Dr. Fernandez on April 24th, 2006?

13         A.      I'm still waiting for an answer

14    from Dr. Fernandez.

15         Q.      And Dr. Perri that you referred

16    to got back to you by e-mail; is that

17    correct?

18         A.      Yes.

19         Q.      I'm going to show you an

20    exhibit.

21              MS. McLAUGHLIN:  Let's mark

22         this as the next exhibit.

23              (Whereupon, the aforementioned

24         e-mail was marked as Defendant's

25         Exhibit H for identification, as of

113

1                    A. DASRATH

2              this date, by the Reporter.)

3        Q.      You had a chance to look at

4    what is called Defendant's Exhibit H.

5        A.      Yes.

6        Q.      It appears to be an e-mail from

7    Dr. Perri to Mr. Dasrath dated Friday, May

8    12th, 2006.

9                The first line in the e-mail

10   says I'm in Dominica still waiting to speak

11   to Dr. Fernandez.  I will follow-up when I

12   get the details from him.

13               Do you recall receiving this

14   e-mail from Dr. Perri?

15       A.      Yes.

16       Q.      In between your conversation

17   with Dr. Fernandez and this e-mail, did you

18   have any other conversations with anyone at

19   Ross concerning your AICM course?

20       A.      I don't recall.

21       Q.      And Dr. Perri did she get back

22   to you after this e-mail?

23       A.      No.

24       Q.      The e-mail below this, on the

25   same page, from Friday, May 5th --  I'm

SHEET 114   PAGE 114

114

1                    A. DASRATH

2       sorry, May 12th, 2006 from you to Dr. Ferri,

3       refers to a phone call you had with her on

4       May 8th.

5                    Do you recall what you

6       discussed on that phone call?

7            A.      Yes, I have a recollection of

8       that, yes.

9            Q.      What did you say to her?

10           A.      I told her that Dr. Fernandez

11      is posting failing grades, which seems to me

12      a phony failing grade and Devryu.net.  The

13      web site.

14           Q.      So, you told her it was a phony

15      failing grade in that conversation?

16           A.      That was my belief.

17           Q.      Why was the phony?

18           A.      Because it didn't reflect my

19      performance in the course.

20           Q.      And why did you believe your

21      performance warranted a passing grade?

22           A.      All the proof that I had were

23      passing.

24           Q.      The five certifications?

25           A.      Yes.

115

```
 1                    A. DASRATH
 2         Q.      And the last line of the first
 3    paragraph, it says I previously requested
 4    that write-up and the soap notes weeks ago
 5    from them.
 6                  Did you request that
 7    information from Dr. Fernandez in your
 8    conversation with him?
 9         A.      If he did mention, I would want
10    to see what he was talking about and I did
11    request what he was talking about, but he
12    didn't give me anything.
13         Q.      So, you recall discussing with
14    him the soap notes?
15         A.      He mentioned it and I wanted to
16    see what it was.
17         Q.      Did you ever receive those
18    notes, by the way?
19         A.      I didn't receive anything from
20    him.  I never received any soap notes from
21    him.
22                  MS. McLAUGHLIN:  I'm going to
23            mark the next exhibit.
24                  (Whereupon, the aforementioned
25            letter was marked as Defendant's
```

SHEET 116  PAGE 116

116

1                         A. DASRATH

2              Exhibit I for identification, as of

3              this date, by the Reporter.)

4         Q.    So, you e-mailed Dr. Perri on

5    May 8th and you said you didn't hear from her

6    after that?

7         A.    Yes.

8         Q.    Did you speak with anyone else

9    after the May 8th conversation with her and

10   before the date of this exhibit, which is May

11   15th?

12        A.    I don't recall any such

13   conversations.

14        Q.    Showing you what has been

15   marked as Defendants' Exhibit I and is dated

16   May 15th, 2006.

17                  I would like you to take a look

18   at that.

19        A.    I took a look.

20        Q.    Is this your signature on this

21   letter?

22        A.    Yes.

23        Q.    It appears to be a letter from

24   you to the office of the registrar at Ross

25   University?

117

1                          A. DASRATH

2          A.      Yes.

3          Q.      In this letter you request a

4    student transcript?

5          A.      Yes.

6          Q.      And a student handbook?

7          A.      Yes.

8          Q.      Why was that?

9          A.      I wanted the student transcript

10   to see if I had a grade in my AICM course.

11         Q.      Had you received your official

12   transcript yet?

13         A.      No.

14         Q.      So, the official transcript had

15   not yet been released; is that correct?

16         A.      No.

17         Q.      Why did you ask for the

18   handbook?

19         A.      I wanted to see what -- how I

20   can proceed because there is a problem

21   here.   I want to see what is in the

22   handbook.

23         Q.      Did you receive a copy of the

24   handbook and your grade?

25         A.      I received a copy of the grade,

SHEET 118  PAGE 118

118

```
 1                    A. DASRATH

 2    but not a copy of the handbook.

 3                    MS. McLAUGHLIN:  I'm going to

 4         mark this document as Exhibit J.

 5                    (Whereupon, the aforementioned

 6         transcript was marked as Defendant's

 7         Exhibit J for identification, as of

 8         this date, by the Reporter.)

 9         Q.     Did you have a chance to take a

10    look at it?

11         A.     Yes.

12         Q.     Defendant Exhibit J. It appears

13    to be a transcript and is dated 5/22/2006

14    several days after the letter that you wrote

15    to Ross.

16                    Is this the transcript that you

17    received in response to your letter?

18         A.     Yes.

19         Q.     On this transcript, are your

20    scores reflected yet for the AICM course?

21         A.     No.

22         Q.     So, there is no entry yet for

23    the AICM course as of May 22nd, 2006?

24         A.     No.

25         Q.     Was it your understanding that
```

119

1                           A. DASRATH

2       there should have been an entry for this

3       course as of May 22nd, 2006?

4           A.      Yes.

5           Q.      Why is that?

6           A.      It was several weeks already

7       since I was waiting for this entry.

8           Q.      Why were you waiting several

9       weeks for this entry?

10          A.      I wanted to see my grade for

11      the AICM course.

12          Q.      Are there any requirements that

13      the AICM course or any grade be posted

14      several weeks after the final grade is

15      issued?

16          A.      It is usually posted within two

17      weeks.

18          Q.      What do you mean by posted?

19          A.      It is in the registrar's

20      office, and in the transcript.

21          Q.      And that's based on your past

22      experience?

23          A.      Yes.

24          Q.      Is there anything that requires

25      Ross University to submit the grade to the

120

                              A. DASRATH

1

2        registrar's office and in the transcript

3        within two weeks?

4              A.      I did see postings to that

5        issue in Dominica and I believe Ross has its

6        own internal regulations.

7              Q.      What are the postings that you

8        are referring to about this regulation?

9              A.      That the students' grades will

10       be posted as soon as possible.

11             Q.      What are the postings that you

12       are referring to?   Where does it say that is

13       what I'm saying?

14             A.      It is posted on the registrar's

15       door in Dominica.

16             Q.      You said that Ross has its own

17       internal policies as to when it should post

18       and report grades on the transcript?

19             A.      That is what I recall as Ross

20       policies that grades will be posted as soon

21       as possible.

22             Q.      Where is this policy?

23             A.      This policy was posted as the

24       door at the registrar's office in Dominica.

25             Q.      Are there any other places that

121

1               A. DASRATH

2    these policies are listed, to your knowledge?

3         A.      I don't know.

4         Q.      After you received this

5    transcript, did you discuss it with

6    anybody?

7         A.      Yes.

8         Q.      Who did you discuss it with?

9         A.      With Mr. George Gilmer.

10               MS. McLAUGHLIN:  Mark this

11          document.

12               (Whereupon, the aforementioned

13          letter was marked as Defendants'

14          Exhibit K for identification, as of

15          this date, by the Reporter.)

16         Q.      I show you what has been marked

17    as Exhibit K.  It is a letter dated May 31st,

18    2006 from Mr. George Gilmer, to Dr. Perri

19    regarding Anand Dasrath.

20               Have you had a chance to look

21    at this?

22         A.      Yes.

23         Q.      In this letter about three

24    sentences in, it states I have been advised

25    that your school has wrongly denied Mr.

122

1                    A. DASRATH

2    Dasrath the opportunity to return to the

3    clinical rotation in the upcoming sixth

4    semester.

5                    Can you explain who denied you

6    the opportunity to return to the clinical

7    rotation in the upcoming sixth semester?

8         A.    Ross University.

9         Q.    Between receiving, requesting

10   your transcript on May 15th and this letter

11   of May 31st, was there any requests to return

12   to the clinical rotation in the sixth

13   semester made by you?

14        A.    I informed Mr. Gilmer that they

15   haven't yet posted a grade for my AICM

16   course, which is stopping my progress.  This

17   is what he is referring to.

18        Q.    When you say they haven't

19   posted, they posted on the web site, but not

20   on the transcript; is that correct?

21        A.    That is correct.

22        Q.    Did anyone deny you, from Ross,

23   did anyone tell you that you could not return

24   for the upcoming sixth semester?

25        A.    Well, Dr. Perri is not

123

1                          A. DASRATH

2       responding, Dr. Fernandez is not responding

3       and I presume they're blocking me.

4            Q.     It also says that Mr. Dasrath

5       has requested a return of the money he

6       invested in your program.

7                      Who did you ask for the return

8       of money from?

9            A.     I mentioned it to Mr. Gilmer if

10      they just were going to operate like this.

11      How could I get back my money.  So, he is

12      mentioning it to the school.

13           Q.     I meant did you personally

14      request a return of your tuition payments?

15           A.     No.

16           Q.     Do you know if anyone spoke to

17      Mr. Gilmer after he sent this letter on May

18      31st, 2006?

19           A.     To my knowledge, I don't know

20      of anyone speaking to him.

21                      MS. McLAUGHLIN:  I'm going to

22              mark this as Exhibit L.

23                      (Whereupon, the aforementioned

24              letter was marked as Defendant's

25              Exhibit L for identification, as of

SHEET 124  PAGE 124

124

                              A. DASRATH

1

2        this date, by the Reporter.)

3        Q.      This letter is marked Exhibit L

4    and it is dated June 3rd, 2006 from Mr.

5    Gilmer to Dr. Perri.  It discusses following

6    up on a May 30th letter which we just

7    reviewed and subsequent conversations he had

8    with your office, meaning Dr. Perez' office.

9             Do you know what those

10   conversations were about?

11       A.      I just see what is written here

12   that he is informing them that they should do

13   something about this, but nobody is doing

14   anything.

15       Q.      Did you provide a release as

16   requested in this letter?

17       A.      Yes.

18       Q.      Did you receive any information

19   after the release was provided from the

20   school?

21       A.      No, no information.

22       Q.      Do you know if Mr. Gilmer spoke

23   to the school further after this letter of

24   June 3rd, 2006?

25       A.      I don't believe so.  I don't

SHEET 125   PAGE 125

125

1                    A. DASRATH

2       know.

3            Q.       At some point after this

4       letter, the Queens County lawsuit was filed,

5       the Supreme Court matter?

6            A.       Yes.

7            Q.       Do you know if there were any

8       conversations with the school before that

9       lawsuit was filed, either by you or Mr.

10      Gilmer?

11           A.       I don't recall having

12      conversations and I don't know what

13      conversations if he had or what he had.

14           Q.       Did you have any conversations

15      with the school from the point that you spoke

16      to Dr. Perri around May 8th and the time of

17      the filing of the Supreme Court matter?

18           A.       I don't recall.

19           Q.       Did they send you any

20      information or letters?

21           A.       I didn't receive -- apart from

22      the transcript I received it May 22nd, I

23      don't think I received anything else.

24           Q.       Did you call them or anybody at

25      Ross during that time period?

126

                              A. DASRATH

1

2          A.      I don't recall.

3          Q.      Did you call anyone concerning

4     your status?

5          A.      I don't recall.

6          Q.      Did you call about

7     re-registering for the AICM course for the

8     May 22nd start date?

9          A.      I never called to re-register.

10    They decide if they register, who they

11    register and we don't have access to

12    registration procedures in their computer.

13         Q.      So, the first time that you

14    failed -- when you fail the genetics class

15    in the first semester, did you have to retake

16    that immediately after failing?

17         A.      Yes.

18         Q.      And did you register for it?

19         A.      They did it.

20         Q.      And how did that work?

21         A.      They register and tell you to

22    pay a certain amount of money.  They send you

23    a bill.

24         Q.      Were you sent a bill after the

25    end of the May 2006 semester?

127

1                          A. DASRATH

2          A.    No.

3          Q.    You weren't sent any further

4    bills?

5          A.    No.

6                Could you repeat the last

7    question.

8                MS. McLAUGHLIN:  Repeat it for

9          me.

10               (Whereupon, the referred to

11         question was read back by the

12         Reporter.)

13         A.    The semester had ended in April

14   and not May.

15         Q.    I'm sorry.  After the end of

16   the April semester --

17         A.    I did not receive any bills or

18   pre-registration material.

19         Q.    What is the NBME?

20         A.    NBME, that is the National

21   Board of Medical Examination.

22         Q.    Is that an exam that you

23   took?

24         A.    Yes.

25         Q.    When did you take that?

SHEET 128  PAGE 128

128

1                        A. DASRATH

2          A.        In the spring of 2006.

3          Q.        When in the spring of 2006?

4          A.        It was close to the end OF the

5     semester.  I don't recall the exact date.  I

6     believe it's March the 6th.  I would have to

7     look that up.

8          Q.        Did you pass that exam?

9          A.        Yes.

10         Q.        When did you receive your

11    passing score?

12         A.        Shortly after that.

13         Q.        Is it a fair statement that the

14    NBME and the AICM course is required in order

15    to sit for the USMLE course?

16         A.        Yes.

17         Q.        You had to have passed both of

18    those components in order to sit for the

19    USMLE?

20         A.        Yes.

21         Q.        As of March or shortly

22    thereafter you had passed the NBME?

23         A.        Yes.

24         Q.        Around that time were you

25    applying to take the USMLE?

129

1              A. DASRATH

2              MR. COSTELLO:  USMLE step I.

3              MS. McLAUGHLIN:  Yes, step I.

4         USMLE step I.

5              Q.    Around the time that you took

6     and received your score in the NBME were you

7     applying to take the USMLE step I?

8              A.    Yes.

9              MS. McLAUGHLIN:  We will mark

10            these two documents, please.

11            (Whereupon, the aforementioned

12            two USMLE applications were marked as

13            Defendant's Exhibits M and N for

14            identification, as of this date, by the

15            Reporter.)

16            Q.    I'm going to ask you to take

17    take look at what has been marked as

18    Defendant's M and N.

19            MR. COSTELLO:  Before you go I

20            want to make a statement on the

21            record.

22            I have what has been introduced

23            as Defendant's Exhibits M and N.

24            Exhibit M looks like it's a USMLE

25            application, page seven of seven.

SHEET 130   PAGE 130

130

1          A. DASRATH

2              And Exhibit N is also a USMLE

3      application dated May 5th, 2006.

4              I'm going to go back, Exhibit M

5      is dated it looks like March 20th,

6      2006.

7              Both of these applications are

8      page seven of seven.

9              Defendant's counsel has only

10     produced page seven.  Therefore I'm

11     calling for production of pages one

12     through six of these applications.

13             MS. McLAUGHLIN:  Let's state

14     for the record you produced to me these

15     documents so I don't know if they came

16     from Mr. Dasrath's file, if he has

17     pages one through six.  That is what I

18     was going to ask him where the

19     remainder of the record is.

20             If we have them, I will check,

21     if not already produced.  I don't know

22     if we maintained a copy in our file.

23             MR. COSTELLO:  Would your

24     client be able to --

25             MS. McLAUGHLIN:  I will take a

SHEET 131   PAGE 131

131

1                      A. DASRATH

2          look.

3          Q.      We are taking a look at Exhibit

4    M and N which appears to be pages 7 of 7 of

5    an application to take the USMLE step I, am I

6    correct?

7          A.      Yes.

8          Q.      Do you recall --  let me start

9    by saying is that your signature on each of

10   these documents?

11         A.      Yes.

12         Q.      The first one, is dated March

13   20th, 2006?

14                 MR. COSTELLO:  It is actually

15              dated March 23rd.  It was signed by my

16              client on March 12th and signed by

17              Bridget Sena on March 20th.

18         Q.      Was this a part of your package

19   to apply for the USMLE in March of 2006?

20         A.      Yes.

21         Q.      And then the second document in

22   Exhibit N, the part that you signed it on

23   April 22nd, 2006 and it was signed by Bridget

24   Seena?

25         A.      On May 5th, 2006.

SHEET 132  PAGE 132

132

1                    A. DASRATH

2              Q.    Is there also a package, part

3         of your package of an application to take the

4         USMLE step I?

5              A.    Yes.

6              Q.    Do you know why there are two

7         different applications here?

8              A.    Yes.

9              Q.    What is the difference between

10        the two applications, if you know?

11             A.    The first one was submitted on

12        March the 12th, 2006.  At the recommendation

13        of Dr. Enrique Fernandez.

14             Q.    To sit for the USMLE at that

15        point you to have apply; is that correct?

16             A.    Yes.

17             Q.    Is that stated in any

18        regulations or handbooks of the school that

19        you know of?

20             A.    Yes.

21             Q.    And so in March of 2006 you

22        applied to take the USMLE; is that correct?

23             A.    Yes.

24             Q.    And then in May 2006, there is

25        a second application.

133

1              A. DASRATH

2              Do you know why there is a

3    second application to take the exam?

4         A.    Yes.

5         Q.    Why is that?

6         A.    The second application has to

7    be filled out again because the first

8    application was rejected.

9         Q.    Why was it rejected?

10        A.    They wanted to verify my date

11   of birth.

12        Q.    What is your date of birth?

13        A.    November 12th, 1957.

14        Q.    And the first application was

15   that missing or was it incorrect?

16        A.    To my knowledge, it was

17   correct.

18        Q.    And they asked for a new

19   application to be sent there?

20        A.    Yes.

21        Q.    Who asked for that new

22   application to be sent?

23        A.    The USMLE office.

24        Q.    Is that the examining board?

25        A.    Yes.

134

1                          A. DASRATH

2          Q.     ECFMG?

3          A.     Yes.

4          Q.     So, they asked for a new

5     application to be provided?

6          A.     Yes.

7          Q.     During the time that these two

8     applications were completed both the March

9     and May application you were enrolled in the

10    AICM course; is that correct?

11         A.     No.

12         Q.     You were not?

13         A.     No.  The first one I was

14    enrolled.  The second one I already finished

15    it.

16         Q.     Because it completed on April

17    7th, 2006?

18         A.     Yes.

19         Q.     Were you enrolled in the school

20    as of May 5th, 2006?

21         A.     Yes.  Not in the AICM course.

22    The course was over.

23         Q.     Did there come a time when you

24    actually took the USMLE step I exam?

25         A.     Yes.

135

```
 1                        A. DASRATH

 2          Q.      When was that?

 3          A.      July 27th, 2006.

 4          Q.      From the time you applied in or

 5   about May 2006 to the time you sat for the

 6   exam in July of 2006, did you have any

 7   conversations with the ECFMG board?

 8          A.      No.

 9          Q.      Did you have any correspondence

10   from them?

11          A.      No.

12          Q.      Did you notify them of your

13   failing grade in the AICM class?

14          A.      I didn't receive a failing

15   grade from the AICM class yet, from the

16   registrar's office.

17                  MS. McLAUGHLIN:  I would like

18              to mark the next exhibit.

19                  (Whereupon, the aforementioned

20              affidavit was marked as Defendant's

21              Exhibit O for identification, as of

22              this date, by the Reporter.)

23          Q.      I show you what has been marked

24   as Exhibit O.  It appears to have the caption

25   of Dasrath versus Ross University in the
```

136

```
 1                      A. DASRATH
 2      Supreme Court County of Queens.
 3                      It is entitled affidavit in
 4      support.  I ask you to take a look at the
 5      second page of the document.  And I ask you
 6      if that is your signature or a copy of your
 7      signature?
 8           A.     Yes, that is my signature.
 9           Q.     Do you recall signing this
10      affidavit in or about July 19th of 2006?
11           A.     Yes.
12           Q.     And this affidavit was in
13      connection with the lawsuit filed in the
14      Supreme Court of Queens County?
15           A.     Yes.
16           Q.     This lawsuit was filed prior to
17      you sitting for the USMLE exam?
18           A.     Yes.
19           Q.     Do you recall why you filed the
20      lawsuit?
21           A.     I still didn't receive any AICM
22      grade from the registrar's office.
23           Q.     In this affidavit, paragraph 3,
24      it says although --  it says I am currently
25      registered for the USMLE step I exam,
```

137

                         A. DASRATH

1

2      although the school has informed me that they

3      will withdraw their sponsorship.

4                    This informed you that they

5      will withdraw their sponsorship?

6            A.      I don't recall.

7            Q.      How did you find that out?

8            A.      I don't recall.

9            Q.      It says also I will not be able

10     to take the test.

11                   Why is that?

12           A.      If they issue a failing grade

13     before I take the test from the registrar's

14     office.

15           Q.      You will not be able to take

16     the test if they issue a failing grade in the

17     AICM course?

18           A.      From the registrar's office,

19     yes.

20           Q.      What do you mean from the

21     registrar's office?

22           A.      If I get a transcript with a

23     failing grade I will not be able to take the

24     USMLE step I.

25           Q.      Why were they withdrawing their

138

```
 1                        A. DASRATH

 2       sponsorship of you to take this test?

 3            A.        They were holding back the AICM

 4       grade.

 5            Q.        They were holding the back?

 6            A.        Yes.

 7            Q.        But you knew about the grade

 8       from the web site; is that correct?

 9            A.        That wasn't an official grade.

10            Q.        Paragraph six says I wish to

11       enroll in the school and have the defendant

12       respond to me for the USMLE exam.

13                      Did you ever communicate that

14       wish to the school?

15            A.        That is why I was talking to

16       Dr. Perri.

17            Q.        Did you reapply?

18            A.        I have to -- I don't reapply.

19       How do I reapply?  I'm waiting for them to

20       give me my grade.  I don't have a grade yet.

21            Q.        But you were told that you

22       failed the AICM course?

23            A.        This was posted on an

24       unofficial site.

25            Q.        In paragraph eight, it says the
```

SHEET 139  PAGE 139

139

                         A. DASRATH

1

2    document attached to this motion show I was

3    wrongfully withdrawn from defendant's

4    school.

5                   When were you withdrawn from

6    the school?

7                   MR. COSTELLO:  You have the

8              documents attached to this motion.

9                   MS. McLAUGHLIN:  I don't have

10             it before me, but if he recalls when he

11             was withdrawn.

12        A.      I was withdrawn on June 29th,

13   2006.

14        Q.      Was that an admnistrative

15   withdrawal?

16        A.      On June the 29th, 2006 it was

17   an administrative withdrawal, yes.

18        Q.      And does that prevent you from

19   sitting for the USMLE step I exam?

20        A.      To my knowledge, no.

21        Q.      It does not?

22        A.      No.

23        Q.      Do you have to be sponsored in

24   order to a take the USMLE step I exam by Ross

25   University?

1                    A. DASRATH

2          A.    Yes.

3          Q.    And you were not being

4    sponsored at that time; is that correct?

5                At the time of this affidavit I

6    should say; is that correct?

7          A.    Well, the regulation says

8    withdrawn may take or retake the board.

9          Q.    Are you talking about the

10   handbook?

11         A.    Yes.

12               MS. McLAUGHLIN:   Let's mark the

13         handbook.

14               (Whereupon, the aforementioned

15         handbook was marked as Defendant's

16         Exhibit P for identification, as of

17         this date, by the Reporter.)

18         Q.    I marked as Defendant's Exhibit

19   P is the Ross University School of Medicine

20   Students handbook of academic rules and

21   regulations, May 2006.

22               Mr. Dasrath, have you reviewed

23   this document?

24         A.    Yes.

25         Q.    Have you seen this before?

141

                         A. DASRATH

1

2          A.    Yes.

3          Q.    And these were the regulations

4    you referred to in the answer to the last

5    question?

6          A.    Yes.

7          Q.    I direct your attention to page

8    fourteen.

9               In the last paragraph it says

10   that students administratively withdrawn and

11   have not passed the USMLE on their first or

12   second attempts may request to be sponsored

13   to take or retake the USMLE, is that the

14   paragraph that you are referring to?

15         A.    And I'm also referring to page

16   nine which says that students remain

17   registered after the AICM course for the next

18   seventeen weeks.

19               So, the remainder of that

20   sentence where it says student on

21   administrative leave withdrawn may request to

22   be sponsored to take or retake the USMLE

23   through a process of application made through

24   the university's admission office?

25         A.    Yes.

142

1                          A. DASRATH

2          Q.       Did you reapply at any point

3      through today?

4          A.       I was blocked as of August the

5      14th and did not reapply to retake the USMLE

6      step I.

7          Q.       Why were you blocked?

8          A.       The school sent a letter to the

9      USMLE blocking the release of my score.

10         Q.       So, you actually sat for the

11     exam even though you weren't sponsored to

12     take the exam?

13         A.       I was sponsored to take the

14     exam.

15         Q.       You were sponsored by Ross

16     University?

17         A.       Yes.

18         Q.       Your affidavit that we just

19     went over earlier said that Ross withdraw its

20     sponsorship for you to take the exan?

21         A.       In the administrative

22     withdrawal letter it does not state that Ross

23     withdraw it's sponsorship to take the exam.

24         Q.       But if you aren't enrolled in

25     the University can you sit for the USMLE

143

1                    A. DASRATH

2    exam?

3         A.      None of the students taking the

4    exam were enrolled at the time.

5         Q.      Is that your page nine you are

6    referring to?

7         A.      Yes.

8         Q.      Let's take a look at page

9    nine.  And there is the course handbook under

10   clinical science segment that says following

11   the twelve-week AICM there is a

12   seventeen-week scheduled break.

13                Is that what you are referring

14   to?

15        A.      Yes.

16        Q.      Despite the letter announcing

17   administrative withdrawal, you believe you

18   were on a break during that seventeen-week

19   period?

20        A.      I was on a break.

21        Q.      And you were not

22   administratively withdrawn when you sat for

23   the USMLE in July of 2006?

24        A.      The letter never said -- the

25   letter never mentioned anything that they

144

```
 1                      A. DASRATH

 2      withdrew their sponsorship for the USMLE.

 3                    MS. McLAUGHLIN:  Let's break

 4            for lunch at this time.

 5                    (Whereupon, a luncheon recess

 6            was taken.)

 7                    AFTERNOON SESSION.

 8                    MS. McLAUGHLIN:  Back on the

 9            record.

10                    Let's mark this document,

11            please.

12                    (Whereupon, the aforementioned

13            letter was marked as Defendant's

14            Exhibit Q for identification, as of

15            this date, by the Reporter.)

16            Q.     I would like you to take a look

17      at what has been marked as Defendant's

18      Exhibit Q is a letter dated June 29th, 2006

19      from Ross specifically from Michael Rendon.

20                    Have you seen this letter

21      before?

22            A.     Yes.

23            Q.     Did you see it on or about June

24      29th, 2006?

25            A.     Shortly thereafter.
```

145

1                          A. DASRATH

2          Q.      The first line of it says I

3    regret to inform you that effectively

4    immediately I have been effectively withdrawn

5    from the Ross School of Medicine.

6                  Do you see that?

7          A.      Yes.

8          Q.      And after this letter was

9    received you sat for USMLE exam, is that

10   correct?

11         A.      Yes.

12         Q.      Was it a requirement to first

13   take the USMLE exam that you be enrolled in

14   Ross University at time of exam?

15         A.      I was never informed of that.

16                 MS. McLAUGHLIN:  We will mark

17         another exhibit.

18                 (Whereupon, the aforementioned

19         letter was marked as Defendant's

20         Exhibit R for identification, as of

21         this date, by the Reporter.)

22         Q.      I would like you to take a look

23   at what has been marked as Exhibit R is an

24   August 16th, 2006 letter to Mr. Dasrath from

25   someone from ECFMG, specifically William

146

1                          A. DASRATH

2          Kelly.

3                          In this letter of August 16th

4          advices Mr. Dasrath that ECFMG is not

5          releasing your score report for the USMLE

6          step one that was taking on July 27th, 2006;

7          is that correct?

8                    A.    Yes.

9                    Q.    Had you had correspondence with

10         ECFMG prior to August 16th, 2006?

11                   A.    I believe this is the first

12         time I get correspondence.

13                   Q.    Did you contact them prior to

14         August 16th, 2006 other than sitting for the

15         exam?

16                   A.    No.

17                   Q.    And the second paragraph says

18         USMLE and ECFMG policy requires a medical

19         school student to be enrolled in medical

20         school both at the time the individual

21         applies for the exam and at the time the

22         individual takes the exam.

23                          Do you see that in the

24         letter?

25                   A.    Yes.

SHEET 147  PAGE 147

147

                    A. DASRATH

1

2        Q.      At the time that you applied

3    for the exam, were you enrolled in the

4    University?

5        A.      I wasn't enrolled for courses

6    in the University, but I was enrolled to do

7    the board, the USMLE step I.

8        Q.      At the time you sat for the

9    exam or at the time that you took the exam,

10   were you enrolled in the University?

11       A.      No.

12       Q.      And you weren't aware of this

13   policy of USMLE the ECFMG, that you been

14   required to be enrolled at University as the

15   time?

16       A.      No.

17       Q.      Have you ever received the

18   ECFMG information booklets?

19       A.      I don't recall that.

20       Q.      This letter says that if your

21   eligibility for an exam changes after you

22   apply, but before you take the exam you must

23   inform ECFMG immediately.

24               Did you ever inform them of the

25   failing grade in the AICM grade?

148

```
 1                    A. DASRATH

 2          A.     I didn't until August 16th,

 3     2006.

 4          Q.     Because that was of your

 5     transition?

 6          A.     Yes.

 7          Q.     Did you tell them about the

 8     letter of administrative withdrawal of June

 9     29th, 2006?

10          A.     No.

11          Q.     Also ask that you write to them

12     to provide an explanation of why you took the

13     USMLE step I when you weren't enrolled as a

14     medical school student.

15               Did you ever write to them and

16     explain that?

17          A.     I didn't write.  Maybe the

18     lawyer at the time.

19          Q.     Did you see a letter to Mr.

20     Kelly or somebody at ECFMG responding to this

21     letter?

22          A.     I don't recall.

23               MS. McLAUGHLIN:  I would

24          request a copy of any correspondence

25          with ECFMG.
```

149

1              A. DASRATH

2                   MR. COSTELLO:  To the extent

3              that we have them.

4                   MS. McLAUGHLIN:  To the extent

5              that you have them.

6         Q.    Have you ever had any

7    conversation by phone or otherwise with

8    anybody from ECFMG since you took the test?

9         A.    Yes.

10        Q.    Do you have letters reflecting

11   those conversations or e-mails?

12        A.    I have to check.  I have to

13   look around.  I'm not sure.

14                  MS. McLAUGHLIN:  Another

15             request for that.

16                  MR. COSTELLO:  You will

17             follow-up all requests in writing.

18                  MS. McLAUGHLIN:  I will.

19        Q.    Do you recall what those

20   conversations were about?  Did they have to

21   do with release of your score?

22        A.    Yes.

23        Q.    And did she ever release your

24   score?

25        A.    No.

150

1                          A. DASRATH

2          Q.      Did you ask them for any other

3    information?

4          A.      I don't recall.

5                  MS. McLAUGHLIN:   Mark this,

6          please.

7                  (Whereupon, the aforementioned

8          affidavit in opposition was marked as

9          Defendant's Exhibit S for

10         identification, as of this date, by the

11         Reporter.)

12         Q.      I show you what has been marked

13   as Exhibit S as an affidavit in opposition in

14   case of Anand Dasrath versus Ross University

15   in the Supreme Court, County of Queens.

16                 It appears to be Mr. Dasrath's

17   affidavit.  Have you read that affidavit?

18                 MR. COSTELLO:   In its

19         entirety?

20                 MS. McLAUGHLIN:   Has he had a

21         chance to read it?

22         Q.      Take your time.  Have you had a

23   chance to read the affidavit?

24         A.      Yes.

25         Q.      On page five is that your

151

```
 1                    A. DASRATH

 2    signature from October 25th, 2006?

 3         A.      Yes.

 4         Q.      Do you recall signing this

 5    affidavit at the time that it was signed?

 6         A.      Yes.

 7         Q.      On page one, paragraph three it

 8    says that defendant is wrongly claiming I was

 9    not enrolled as a medical student when I took

10    the exam.

11                 Can you explain the basis of

12    that statement?

13         A.      Administrative letter issued on

14    June the 29th, 2006 specifically states that

15    if the student is registered for the board,

16    this is a requirement for a student to be

17    enrolled in Ross.

18         Q.      The letter from June 29th we

19    have here.  Exhibit Q.

20                 Can you point to the language

21    that you were just referring to?

22         A.      In order for a student to

23    remain enrolled with RUSM, they must either

24    be registered for courses and/or registered

25    for the board.  I was registered for the
```

152

1                    A. DASRATH

2    board at time.

3         Q.    So, you believe that this, that

4    you were actually enrolled in the medical

5    school despite Exhibit Q, the letter?

6         A.    I was enrolled in the USMLE for

7    the board.

8         Q.    Once a student it says becomes

9    inactive, they are administrative withdrawn

10   from RUSM?

11        A.    I was enrolled in the USMLE to

12   take the board.  That is what the letter is

13   saying if you are enrolled with the board you

14   are a student.

15        Q.    But this says you are no longer

16   eligible for the board because you have been

17   administratively withdrawn?

18              This does not say that but the

19   ECFMG regulation states that you have to be

20   enrolled at the school in order to be

21   eligible to take the board.

22              You believe because you applied

23   to take the board you were officially

24   enrolled at the school?

25        A.    I was officially certified by

153

1                    A. DASRATH

2      Ross University to take the board.

3           Q.      At the time that you took the

4      board, were you enrolled at the school?

5           A.      That is what it is saying.

6      That if you are enrolled with the board, you

7      are enrolled with the school.

8           Q.      So, you didn't believe that you

9      were administratively withdrawn?

10          A.      The letter has tremendous

11     amount of flaws.

12          Q.      Did you register for classes at

13     any other point?   Did you return to

14     campus?

15          A.      I finished everything.  I

16     didn't have to return.

17          Q.      So, after April 7th, 2006 you

18     never returned to campus; is that correct?

19          A.      I finished the Dominica campus

20     in December 2005 and never returned and don't

21     have to return.   I finished all campus work.

22          Q.      And you didn't return to Miami

23     after April 7th, 2006, correct?

24          A.      I was never invited to return,

25     I was never pre-registered to return, I was

154

1                    A. DASRATH

2      ever asked to return.  I don't

3      pre-registration.  Ross does

4      pre-registration.  I pay a bill when they

5      send me a bill.

6           Q.    Do you believe you should have

7      passed the AICM course?

8           A.    Yes.

9           Q.    But you failed; is that

10     correct?

11          A.    That is not correct.

12                MR. COSTELLO:  Are you

13                referring to a specific part of Exhibit

14                S?

15                MS. McLAUGHLIN:  No, I'm just

16                asking him a question.

17          A.    I received the failing grade.

18          Q.    But you believe you should have

19     passed, is that right?

20          A.    Yes.

21          Q.    Did Dr. Fernandez ever demand

22     that you pay him $10,000?

23          A.    He told me in that one

24     conversation to return on campus with

25     $10,000.

SHEET 155  PAGE 155

155

                              A. DASRATH

1

2          Q.      What conversation?

3          A.      The very one conversation I had

4    with him that he manipulated and sent to the

5    Supreme Court.

6          Q.      I'm sorry, the one conversation

7    is that April 24th, 2006?

8          A.      Yes.

9          Q.      That memorandum that we

10   discussed earlier?

11         A.      Yes.

12         Q.      And we discussed that

13   conversation, you didn't mentioned that he

14   asked you for $10,000?

15         A.      You didn't ask.

16         Q.      I asked you everything that was

17   discussed during that conversation.

18         A.      I recall it now you brought it

19   up.

20         Q.      And what did he say to you in

21   regard to the $10,000?

22         A.      He wanted me to come there in

23   Miami on a specific date with $10,000.

24         Q.      What date?

25         A.      I believe it was May the 22nd.

SHEET 156  PAGE 156

156

1                    A. DASRATH

2     I am not sure of the date now.

3          Q.      And what would the $10,000 be

4     for?

5          A.      I have no clue.

6          Q.      Did you discuss tuition?

7          A.      Absolutely not.

8          Q.      So, he said to come to Miami on

9     May 22nd --

10         A.      Come to his office.

11         Q.      Come to his office on May 22nd

12    with $10,000?

13         A.      Yes.

14         Q.      And that's all that was said or

15    was there anything else said in that

16    conversation?

17         A.      I don't recall any other

18    conversation.

19         Q.      What was your response?

20         A.      I did not respond to it.

21         Q.      Did you report that to

22    anyone?

23         A.      I don't recall reporting it to

24    anyone.

25         Q.      Did you discuss it with anyone

157

1                    A. DASRATH

2     at any time?

3          A.     I don't recall discussing it.

4          Q.     Paragraph eight, page three.

5     It says even assuming arguendo, that I did

6     fail the AICM class that should not have

7     prevented me from taking the USMLE step one

8     according to the Ross student's handbook

9     passing it, NBME comprehensive exam is the

10    prerequisite for taking the step one exam.

11              Is that a true statement?

12         A.     The NBME is the prerequisite

13    for taking the USMLE step I.

14         Q.     What does that mend

15    prerequisite?

16         A.     The first one is passing all

17    the basic science courses in Dominica.  The

18    second prerequisite is passing the ACIM

19    course in Miami.  And the third prerequisite

20    in that order is passing the NBME, as stated

21    in that handbook on page thirty.

22         Q.     In this affidavit on the next

23    page where you say on the merits of my NBME

24    score I was fully eligible to take the USMLE

25    step I exam.

SHEET 158  PAGE 158

158

1                    A. DASRATH

2                Is that despite if you failed

3       as you said earlier the AICM course?

4            A.       I did not receive a failing

5       grade in the AICM course.  It is not logical

6       that I would have received a failing course,

7       a failing grade in AICM course.

8                The AICM course is a

9       prerequisite for the NBME.

10           Q.       The AICM is a prerequisite to

11      take?

12           A.       It precedes the NBME.

13           Q.       I thought you said you took

14      that in March of 2006?

15           A.       Yes.

16           Q.       How is the AICM a prerequisite

17      for the NBME?

18           A.       It was approved by Dr.

19      Fernandez and I was given special permission

20      for taking it.  The real date for taking it

21      was April 27th of 2006.   The scheduled date

22      for taking the NBME was April the 27th.   I

23      was given special permission to take it on

24      March the 6th, 2006.

25           Q.       But you also have to pass the

SHEET 159  PAGE 159

159

1                    A. DASRATH

2    AICM course to take the USMLE step I; is that

3    correct?

4        A.        Yes, and this is done by Dr.

5    Fernandez who approved the application

6    form.   He gave me the application form, he

7    approved it, checked all his records and he

8    forwarded it to the New Jersey office.

9        Q.        The application for what?

10       A.        The application for the USMLE

11   step I and the application for the NBME.

12                 MS. McLAUGHLIN:  I'm going to

13             mark the amended complaint.

14                 (Whereupon, the aforementioned

15             amended complaint was marked as

16             Defendant's Exhibit T for

17             identification, as of this date, by the

18             Reporter.)

19       Q.        Before we go through the

20   amended complaint I just want to clarify and

21   just make sure we are all on the same page.

22                 Mr. Dasrath, you are aware of

23   an order of this court dismissing some of

24   causes of action in the amended complaint?

25       A.        Yes.

SHEET 160  PAGE 160

160

1                    A. DASRATH

2        Q.      And the only cause of action

3    that is still viable is the breach of

4    contract clause of action?

5        A.      Yes.

6        Q.      To the extent that I'm going to

7    question you about the amended complaint, I'm

8    going to focus my questions on the breach of

9    contract claim.

10       A.      Okay.

11       Q.      I just wanted you to understand

12   where we will go with this document.

13       A.      Okay.

14       Q.      In the amended complaint, the

15   second cause of action is a breach of

16   contract claim.

17               Is on page five of eight at the

18   top.  In this cause of action you identified

19   or you suggest that Ross has breeched a

20   contract.

21               Can you identify what contract

22   that is?

23       A.      Ross University School of

24   Medicine handbook on administrative

25   regulations, the Ross University letter of

161

```
 1                      A. DASRATH

 2      admission, the two certifications that Ross

 3      issued to take the USMLE step I exam.  There

 4      are probably more.

 5           Q.      Let's start with the letter of

 6      admission.   I think it was one of the first

 7      documents that we looked at, Exhibit A.

 8                      You are alleging in this

 9      lawsuit that Ross University breeched this

10      letter; is that correct?

11           A.      Yes.

12           Q.      And what agreement was provided

13      by this letter that you allege?

14           A.      When a student gets admitted,

15      officially admitted into a school, a

16      university, the university has an obligation

17      after receiving so much money as I paid, to

18      do its business in a regular fashion.

19                      I went there to pay --  I paid

20      my tuition, studied and I didn't deserve to

21      be treated this way where they blocked my

22      obtaining my M.D., blocked the release of my

23      score.  I thought that was very unfair.

24           Q.      Are there any provisions in

25      that letter that have been breeched or just
```

162

                         A. DASRATH

1

2      generally what you discussed here?

3           A.      It's my opinion that this

4      letter gives me the basic right to proceed

5      with my degree and complete it.

6                   That is why I paid them so much

7      money.  That seems to be my intention for

8      going there, but I was blocked.

9           Q.      When you said earlier that you

10     didn't deserve to be treated this way, can

11     you explain what you mean?

12          A.      I have suffered a long time

13     waiting for my USMLE score.  I have been out

14     of medical school, while some of my

15     classmates are practicing.

16          Q.      Are there any other ways that

17     you were treated that you contend is a breach

18     of this admission letter?

19                  You said blocked obtaining the

20     score and blocked obtaining your M.D., is

21     that right?

22          A.      Yes.

23          Q.      Are there any other items?

24          A.      Yes, I don't agree with them

25     giving me such a hard time to process my

163

A. DASRATH

2  grades.  Every semester there was a problem

3  with grades.

4          Q.      And those were the items that

5  we talked about earlier?

6          A.      Yes.

7          Q.      You also said there was a

8  breach of the handbook?

9          A.      Yes.

10          Q.      Do you remember what provision

11  specifically were briefed of can you speak to

12  them generally?

13          A.      Yes.

14          Q.      Do you want to take a look at

15  the handbook?

16          A.      On page four it says effective,

17  all rules and regulations in this handbook

18  are binding and I thought they would respect

19  that, but it was not respected.  Page five to

20  six, it shows you the grading procedure that

21  should have been used for the AICM course,

22  but it wasn't adhered to.

23                  On page nine I was entitled for

24  my seventeen week scheduled break without

25  being traumatized, psychologically

SHEET 164   PAGE 164

164

                              A. DASRATH

1
2        traumatized with the withdrawal letters and
3        all the other things that they did.  Other
4        students had their seventeen week break.  I
5        had a very hard time.
6                    On page thirteen it states the
7        students became eligible to take a USMLE step
8        I when they have passed all courses in the
9        basic science curriculum.
10                   Students become eligible to
11       take the USMLE step I when they have passed
12       all courses in the basic science curriculum
13       successfully completed the advanced
14       introduction to clinical medicine,
15       integration clinical medicine, and have
16       passed the NBME comprehensive science exam.
17            Q.     You thought that was a
18       provision that was breached?
19            A.     Yes.
20            Q.     Because why?
21            A.     Because I get to the point
22       where I passed the NBME and I was invited, I
23       was congratulated and invited by Ms. Bridget
24       to apply for a part of the USMLE part one.
25                   I then went to Dr. Enrique

165

                              A. DASRATH

1

2      Fernandez who give me an application for him,

3      I give him the application form and he

4      checked all his records to make sure

5      everything was okay to take the USMLE step

6      I.

7                    I took the USMLE step I and the

8      day before the grade was released, Bridget

9      Seena turned around and blocked my release by

10     stating in a letter to the USMLE no longer

11     eligible, withdrawn.  That was a direct quote

12     from Bridget Seena's letter to the USMLE and

13     since then I haven't seen my score yet.

14                   On page fourteen there is

15     provision for Ross to sponsor students for

16     the USMLE even though they are withdrawn.

17                   It is stated here that students

18     may retake the USMLE even though they are

19     withdrawn but Ross turned around and blocked

20     the release of my score from the USMLE.

21          Q.     Do you have to do anything

22     further?  They say they, my sponsors to take

23     or retake the USMLE.

24                   That is a binding agreement

25     that they have to sponsor you?

SHEET 166   PAGE 166

166

1                        A. DASRATH

2                   MR. COSTELLO:  Where are you

3           reading from, counselor?

4                   MS. McLAUGHLIN:  Page

5           fourteen.

6           A.      Page four of the Ross

7     University School of Medicine Students

8     handbook states, specifically states that

9     this handbook is binding.

10          Q.      Right.

11          A.      But the idea that you are

12    referring to page fourteen where it says

13    students may request to be sponsored or to

14    retake the USMLE.

15          Q.      But does that require them to

16    sponsor you?

17          A.      They have already sponsored,

18    certified me.

19          Q.      Did you go through the process

20    of re-application that is required in order

21    for that request?

22          A.      I applied twice and both times

23    it was --

24          Q.      Re-application through the

25    University admission office?

SHEET 167   PAGE 167

167

1              A. DASRATH

2         A.      I can't do that yet until I get

3    the first score.  I haven't gotten the first

4    score yet.

5         Q.      You mean the USMLE score?

6         A.      The USMLE score.  Page eighteen

7    it says that students in the clinical phase

8    of the curriculum registered through the

9    office of the dean of clinical sciences in

10   New Jersey.

11              And then turn around and tell

12   me that I didn't apply for registration.  It

13   is New Jersey, the office in New Jersey that

14   does registration for courses.

15              I simply pay a bill.  I don't

16   have access to their computers.  I never

17   did.

18        Q.      I'm not understanding.  Page

19   eighteen there is a statement that students

20   register through the office in New Jersey?

21        A.      Yes.

22        Q.      And you are saying that Ross

23   breached that provision by how?

24        A.      Ross stated that I didn't show

25   up to campus in Dominica.  One of the reasons

SHEET 168  PAGE 168

168

1                      A. DASRATH

2      why they are withdrawing me.

3                      I don't have to show up in

4      Dominica.  In a different pay.  I'm in a

5      clinical phase.  Those in the basic science

6      show up at Dominica within one week of start

7      up.  Not me.

8           Q.     When you failed the AICM you

9      were supposed to show up in Dominica?

10          A.     You claim that I fail the

11     AICM.  I didn't say that.  I told you they

12     gave me failing grade on August the 14th.

13                     On page twenty-three it

14     specifically states that students are

15     withdrawn when they do not return to the

16     campus the following semester.

17                     I don't have to return to the

18     campus.  I finished all campus work.

19          Q.     Okay.  Are those the only

20     provisions of this handbook that you believe

21     were breached by Ross?

22          A.     More, more.  On page

23     twenty-five the University, it states, on

24     page twenty-five it states the University

25     follows the guidelines of the U.S. Family

169

1                         A. DASRATH

2       Educational Rights and Privacy Act.

3                       In quotation Ferpa and this

4       includes the right to inspect and review the

5       student's educational records within

6       forty-five days that the University request,

7       receives a request.

8                       I haven't yet seen what Ross is

9       claiming that I failed.  Despite the fact

10      that Judge Reyes.

11                      MS. McLAUGHLIN:  I'm going to

12              strike that part from the record

13              because there seems to be some

14              confusion of the settlement discussion

15              I was privy to before Judge Reyes.

16                      It is not a factual statement

17              that can be made in this deposition.

18                      If you want I can discuss it

19              with you off the record because I know

20              you weren't involved at that point.

21                      MR. COSTELLO:  I was unaware,

22              you are saying that this took place on

23              settlement discussions?

24                      MS. McLAUGHLIN:  Yes, and it is

25              Dr. Perri's memo it says for resolving

170

                          A. DASRATH

1

2        purposes.

3                    MR. COSTELLO:  We can discuss

4            this later then.

5                    MS. McLAUGHLIN:  That is fine.

6            Q.      Is there anything else besides

7        that last provision you pointed to on page

8        twenty-five in the handbook?

9            A.      Yes.  You do not discriminate

10       on page, in your calendar you do not, it says

11       you do not discriminate because of age and

12       several other things, but this is what I

13       incurred all through my studies in Dominica.

14       This is what I incurred in Miami.  This is

15       what I'm still enduring.

16           Q.      So, it is a breach of the

17       calendar?

18           A.      Yes.

19           Q.      That is the document that you

20       are referring to.

21                    Have you ever had any

22       conversations with Tony Ayubia concerning

23       your allegations against Ross?

24           A.      Yes, I called Tony, yes.

25           Q.      What kind of conversations have

171

1                    A. DASRATH

2      you had with him?

3           A.      I asked him to speak to Mr.,

4      Dr. Enrique Fernandez.

5           Q.      When was this?

6           A.      Sometime late April 2006.

7           Q.      What did he say to you?

8           A.      He keep telling me that Dr.

9      Fernandez is not available.

10          Q.      Did you ever hear anything

11     further from Tony Ayubia on any of these

12     issues?

13          A.      No.  I don't recall.  Say I

14     don't recall.

15          Q.      Other then the items that we

16     spoke about are there any other agreement

17     that Ross University purportedly had with you

18     that they breached?

19          A.      As I remember there are more,

20     but I do not have the answer to the

21     interrogatory.

22          Q.      Would that help you if I showed

23     you that?

24          A.      Yes, that would help me.

25                  MS. McLAUGHLIN:  Let's mark the

SHEET 172  PAGE 172

172

1              A. DASRATH

2              interrogatories as the next exhibit.

3                    (Whereupon, the aforementioned

4              interrogatories was marked as

5              Defendant's Exhibit U for

6              identification, as of this date, by the

7              Reporter.)

8         A.      When I said the calendar I

9    actually meant the academic catalog.

10        Q.      Okay, we have a copy of that.

11   And that item was breached as you say because

12   of a discrimination claim that you had?

13        A.      Yes.

14        Q.      Looking at your interrogatories

15   responses, I actually had a question on

16   number ten.

17                    In part, interrogatory ten,

18   part B, you state that release of your score

19   was barred on October 9th, 2009.

20                    What happened on October 9th,

21   2009 with USMLE?

22        A.      Okay.  I had other intention

23   rather than saying release of a score.  All

24   I'm saying, prior to this on August the 14th,

25   2006 Bridget Seena sent in a statement saying

SHEET 173   PAGE 173

173

1                         A. DASRATH

2      no longer eligible, withdrawn?

3            Q.      Right.

4            A.      That in effect blocked the

5      release of my score, which was supposed to be

6      released the next day and I didn't get it

7      yet.

8            Q.      Did something happen on October

9      9th?

10           A.      October 9th, 2009 the USMLE

11     office barred me.  There was a bar from

12     taking any more examination until I could

13     clear myself with all the Court Orders.

14                  So, I am right now barred or

15     blocked or whatever you call it from making

16     any application to the USMLE.

17           Q.      Did you apply again to take the

18     exam?

19           A.      No.

20           Q.      Did you have contact with the

21     USMLE or ECFMG?

22           A.      Yes.

23           Q.      How did you have contact with

24     them, by letter?

25           A.      By letter, yes.

174

```
 1                    A. DASRATH

 2         Q.      And do you have copies of those

 3    letters?

 4         A.      I'm pretty much sure, yes.

 5         Q.      And on October 9th, 2009, did

 6    they write something to you that barred

 7    you?

 8         A.      They wrote a letter, yes,

 9    stating that I may not take or apply for

10    USMLE exams.

11         Q.      Is that all it said?   Why did

12    it say that?   Why did they explain --

13         A.      Because Bridget Seena sent a

14    statement to them saying no longer eligible,

15    withdrawn.

16              MS. McLAUGHLIN:  I would like

17              to have a copy of that October 9th,

18              2009 letter.

19              MR. COSTELLO:  As to the extent

20              we have.

21         Q.      Did you receive any other

22    letters from either USMLE or ECFMG after

23    October 9th, 2009?

24         A.      Yes.

25         Q.      And what did those letters
```

175

                              A. DASRATH

1

2      say?

3              A.      That I have to wait until the

4      court case is finished.

5              Q.      Have you provided them any

6      information concerning this action?

7              A.      Yes.  I told them this is, you

8      know, this is not right what they are doing.

9                      They put me on hold until the

10     case is finished.

11             Q.      Did you provide any

12     documents?

13             A.      Yes.

14             Q.      What documents?

15             A.      The same I provided you.

16             Q.      Do you know specifically what

17     you sent them?

18             A.      I cannot remember right now.

19                     MS. McLAUGHLIN:  I would also

20             request copies of whatever documents

21             that were produced.

22             Q.      Have you heard any

23     correspondence from them since October 9th,

24     2009?

25             A.      There was a correspondence that

SHEET 176  PAGE 176

176

1                        A. DASRATH

2      says they are waiting for a case to finish.

3      So I'm still on hold.  I didn't get my score

4      and I can't do any business with them.  I'm

5      just on hold.

6           Q.      Your interrogatories while we

7      are on this document, number thirteen, you

8      set forth your claimed damages sought in this

9      action.

10                      You list items that you are

11     seeking recovery from; is that correct?

12          A.      Yes.

13          Q.      Is this amount solely for the

14     the breach of contract or for the other

15     claims in the amended complaint?

16          A.      For the breach of contract.

17          Q.      So, for is breach of contract

18     claim you are claiming $165,000; is that

19     correct?  That is the first one.  I know

20     there is more.

21          A.      For schooling 165,000.

22          Q.      How did you come to that

23     number?

24          A.      This is money that I spent for

25     tuition and fees for dormitory housing, books

177

A. DASRATH

1

2    and supplies, air fare from New York to

3    Dominica and back, from New York to Miami and

4    back, ground transportation in Miami where

5    there is no subway?

6              Relocation, just as it says

7    here and other living expenses.

8         Q.    Have you produced any

9    documentation supporting these numbers?

10        A.    Nobody requested them.

11        Q.    I think I did actually.    I

12   refer you to number eleven.

13             MR. COSTELLO:  We will provide

14        those.

15             MS. McLAUGHLIN:  I request it

16        on the record and I will follow up, we

17        need any documentation that supports

18        your calculations.

19        Q.    Your attorney fees and you

20   calculate that by what you paid to your

21   attorneys representing you?

22        A.    That is more now because I have

23   been paying since that time.

24        Q.    What is that number?

25             MR. COSTELLO:  He may have to

SHEET 178  PAGE 178

178

1                      A. DASRATH

2           go back and check his records.  We will

3           supply it.

4           Q.      Lost wages and benefits?

5           A.      For the time I've been at Ross

6    I have lost an amount of money I could have

7    been working and earning a living.

8           Q.      How did you calculate the

9    $360,000?

10          A.      From the time I went to Ross to

11   the time I restarted work, I calculate that

12   based on the past salary I was making.

13          Q.      If you had never went to Ross

14   that is how this is calculated?

15          A.      Yes.

16          Q.      Because you left to go to

17   school full-time?

18          A.      Yes.

19                  MS. McLAUGHLIN:  I will need

20          documentation supporting that.

21          Q.      Loss of profession.

22                  What does that mean?

23          A.      I lost my MD degree.

24          Q.      Mental anguish and distress?

25          A.      Like I am feeling right now.

179

```
 1                    A. DASRATH

 2         Q.      Have you seen a doctor

 3    concerning the anguish and --

 4         A.      I seen them a number of times.

 5         Q.      What are their names?

 6         A.      I went to Dr. Kevin Ackerman.

 7         Q.      Where is he located?

 8         A.      In Nassau County.  He used to

 9    be on Northern Boulevard but he recently

10    move.

11         Q.      Is he a general practitioner or

12    a specialist?

13         A.      I think he is a specialist,

14    yes.

15         Q.      For what?

16         A.      For internal medicine.

17         Q.      And you go to see him for

18    what?

19         A.      For medical problems.

20         Q.      Are any of those problems

21    related to your allegation in this lawsuit?

22         A.      I just go to see him for

23    medical problems.

24         Q.      Are you suffering medical

25    problems related to the issues in this
```

180

```
 1                      A. DASRATH

 2      lawsuit?

 3           A.     I have intense stress.  The

 4      lawsuit brought a lot of intense stress.

 5           Q.     Anything else?

 6           A.     Whatever is stated here.

 7           Q.     Can you explain your seeking

 8      damages for the disappointment to family

 9      members.

10                  Can you explain what that

11      relates to?

12           A.     They were very disappointed.

13           Q.     And there is no monetary number

14      attached to that?

15           A.     We haven't done that yet.

16           Q.     How about being ostracized by

17      Ross University.

18                  Can you explain what that

19      means?

20           A.     I think I was treated like

21      garbage.

22           Q.     By who?

23           A.     The whole Ross community.

24           Q.     Are you talking students,

25      staff?
```

181

1                          A. DASRATH

2              A.      I'm talking about the staff.

3        The administrative staff.

4              Q.      Okay.

5              A.      Their professors.

6              Q.      Other than being treated like

7        garbage by those individuals, are there any

8        other claims for damages concerning being

9        ostracized?

10             A.      Well, they blocked me from

11       proceeding with my degree, my M.D. degree and

12       that ultimately created a lot of mental

13       anguish, psychological stress, things of that

14       nature.

15             Q.      How did they block you from

16       obtaining your degree?

17             A.      They block the release of my

18       score.

19             Q.      After receiving your AICM score

20       in August of 2006, was it your understanding

21       that you would have needed to retake the

22       class?

23             A.      There was no indication until

24       August the 14th when Ross registrar sent a

25       failing grade.  All indication was that I

182

                         A. DASRATH

1

2      passed the course.

3                    If I can't pass the course they

4      wouldn't certify me to take the USMLE.   That

5      was the requirements to take the USMLE.

6                    MS. McLAUGHLIN:  You rely on

7              certain document letters.  I just want

8              to make sure you produced all of them.

9                    You rely on, according to this

10             interrogatory response.  Transcript

11             which I think you produced so if you

12             have any more I request production.

13             E-mails from Ross University Medical

14             officials you produced so if you have

15             any more please produce them.

16                    Any notes from phone

17             conversation.  Correspondence from the

18             USMLE office or ECFMG, we discussed

19             that and to produce those and any

20             handouts that were relied upon in

21             responses from Ross University and then

22             you say it.

23                    So, if there are any other

24             documents, please produce them and we

25             will follow it up.

183

```
 1                    A. DASRATH

 2                    MR. COSTELLO:  Please follow it

 3          up in writing.

 4          Q.    You mentioned breach in this

 5     interrogatory number fifteen, we discussed

 6     most of them.  Dr. Ronnie Coutinho?

 7          A.    Yes.

 8          Q.    What would he know about the

 9     allegation in the complaint regarding the

10     breach of contract?

11          A.    He was a professor there at

12     Miami and I'm sure he knew what was going on

13     at the time.

14          Q.    Dr. Guiterrez we spoke about

15     him earlier; is that correct?

16          A.    Yes.

17          Q.    Who is Michael Dunbar?

18          A.    He was one of the doctors that

19     taught in Miami.

20          Q.    What would he know about

21     this?

22          A.    They know what was going on.

23     They all knew what was going on.

24          Q.    What do you mean by what was

25     going on?
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 184   PAGE 184

184

1                       A. DASRATH

2           A.      What goes on there.  That they

3      issued fraudulent failing grades to

4      students.

5           Q.      Dr. Thomas Havonic?

6           A.      He was also one of the

7      professors there.

8           Q.      And does he know anything more

9      then what you discussed about Dr. Dunn, the

10     going on?

11          A.      Yes, he knows what is going on.

12          Q.      Barbara Troy?

13          A.      She also knows what is going

14     on.  Mr. William Colly.

15          Q.      Have you spoken with him

16     personally?

17          A.      Yes, I did have conversation

18     with Kelly.

19          Q.      What did you say to him?

20          A.      I don't remember the details of

21     the conversations.

22          Q.      Do you remember what he told

23     you?

24          A.      I don't recall.

25          Q.      Did you have any conversations

185

                              A. DASRATH

1
2    with Michael Rendin?

3         A.    No.

4         Q.    What would he know about your

5    contract claims?

6         A.    Oh, he sent out the ambiguous

7    administrative withdrawal letter.

8         Q.    Dr. Martin we discussed,

9    right?

10        A.    Yes.

11        Q.    Who is Rosemarie Reardon?

12        A.    That is one of Ross staff that

13   received the congratulations letter stating

14   that congratulations, you have passed your

15   NBME exam and you can now take the USMLE step

16   I.

17        Q.    So, she received the e-mail as

18   well?

19        A.    Yes.

20        Q.    Other than that did you have

21   any conversations with her about this lawsuit

22   or the allegations?

23        A.    No.

24        Q.    Have you had any conversations

25   with Judy, Dr. Nancy Perez' secretary?

186

1                      A. DASRATH

2          A.      When I call she answers the

3     phone.

4          Q.      Did you talk to her anything

5     substively concerning your claim?

6          A.      I just ask to speak to Dr.

7     Perri.

8          Q.      Administration of Devry.  Are

9     you referring to anyone specifically?

10         A.      No, I know that they look over

11    all your work.

12         Q.      Have you had communication with

13    anyone at Devry, Inc.?

14         A.      No.

15         Q.      Is the lawyers that handled

16    this case, are there any other lawyers other

17    than those that appeared in court on this

18    matter?

19         A.      No.

20         Q.      Claire Cramatta, is she Dr.

21    Fernandez' assistant?

22         A.      Yes.

23         Q.      Did you have any conversations

24    with her specifically?

25         A.      Yes, I had conversation, but I

187

```
 1                    A. DASRATH
 2      don't recall.  I did ask her to let me speak
 3      to Dr. Fernandez, but she declined on a
 4      number of times.
 5            Q.     Did you talk to her substively
 6      about your claims in this case?
 7            A.     I didn't discuss my case with
 8      her.  I did not.
 9            Q.     Tony Ayubia, we spoken about
10      him?
11            A.     Yes, he is also one of Dr.
12      Fernandez' assistant.  I talked to him.
13            Q.     And classmates, were there any
14      particular classmates that are knowledgeable
15      about the claims in your lawsuit?
16            A.     Not to my knowledge, but they
17      know, they are all asking what happened.  Why
18      aren't you a doctor yet.
19            Q.     Do you keep in touch with
20      classmates now?
21            A.     Not often.
22            Q.     Are there any ones that you
23      discussed this lawsuit with?
24            A.     No.
25            Q.     Have you discussed this lawsuit
```

188

1                          A. DASRATH

2         with anybody other than who we discussed

3         today and your lawyer obviously?

4              A.     No.

5              Q.     Have you ever been involved in

6         a lawsuit other than this one?

7              A.     Yes.

8              Q.     What was that?

9              A.     That was against Kings County

10        Hospital.

11             Q.     What did that relate to?

12             A.     They had owed me money, but

13        they paid me and it was settled.  They had

14        owed me overtime money.

15             Q.     It was an employment issue?

16             A.     Yes.

17             Q.     This was prior to you going to

18        Ross University?

19             A.     Prior to going to New York

20        Hospital.

21             Q.     Were you deposed in that

22        lawsuit?

23             A.     I don't recall.

24             Q.     Have you ever testified in

25        court?

189

```
 1                        A. DASRATH

 2            A.      No.  Other than when I come and

 3       watch what is going on.

 4            Q.      I mean testify on the witness

 5       stand.

 6            A.      No.

 7                    MS. McLAUGHLIN:  Off the

 8            record.

 9                    (Whereupon, a discussion was

10            held off the record.)

11                    MS. McLAUGHLIN:  I just have a

12            couple of follow-up questions that I

13            usually ask at the beginning, but I

14            forgot to.

15            Q.      Have you ever been arrested?

16            A.      No.

17            Q.      Convicted of a crime?

18            A.      No.

19            Q.      Are you under the influence of

20       any drugs or alcohol today that would

21       influence your ability to testify?

22            A.      No.

23            Q.      Have you ever been expelled

24       from a school?

25            A.      No.
```

190

```
 1                      A. DASRATH

 2          Q.      Suspended?

 3          A.      No.

 4          Q.      Dismissed?

 5          A.      No.

 6          Q.      Have you received failing

 7     grades from schools other than Ross

 8     University?

 9          A.      No.

10          Q.      You never failed a class?

11          A.      No.

12          Q.      Are you taking classes now or

13     just working at Stonybrook?

14          A.      I'm just working.

15          Q.      What do you do again?

16          A.      I'm a pharmacist.

17

18

19                  (Continued on the following

20     page.)

21

22

23

24

25
```

SHEET 191 PAGE 191

191

1                    A. DASRATH

2          Q.      Have you taken any courses

3     since you left Ross University in 2006?

4          A.      The courses that I took were

5     for pharmacy.  Pharmacy courses to maintain

6     my license.

7                 MS. McLAUGHLIN:    Thank you.  I

8          have no further questions.

9               (Time Noted: 2:20 p.m.)

10

11          _____
                    ANAND DASRATH
12
      Subscribed and sworn to
13    before me this ____ day
      of _____, 2010.
14
      _____
15         Notary Public

16

17

18

19

20

21

22

23

24

25

SHEET 192  PAGE 192

192

1

2                    I N D E X

3    WITNESS           EXAMINATION BY          PAGE

4    ANAND DASRATH     MS. McLAUGHLIN            4

5

6

7                    E X H I B I T S

     DEFENDANT'S        DESCRIPTION            PAGE
8
         A          Document                   13
9
         B          Copy of transcript         20
10
     C & D          E-mails                    47
11
         E          Transcript                 57
12
         F          E-mail                     87
13
         G          Memo                       99
14
         H          E-mail                    111
15
         I          Letter                    115
16
         J          Transcript                118
17
         K          Letter                    121
18
         L          Letter                    123
19
     M & N          USMLE application         129
20
         O          Affidavit                 135
21
         P          Handbook                  140
22
         Q          Letter                    144
23
         R          Letter                    145
24
         S          Affidavit in opposition   150
25

SHEET 193   PAGE 193

193

1

2      EXHIBITS :      (Continued)

3         T           Amended complaint            159

4         U           Interrogatories             172

5

6

                                REQUESTS
7                          Page          Line

8                          23             3

9                          38             3

10                         105            10

11                         130            11

12                         149            25

13                         149            16

14                         174            20

15                         177            19

16                         182            9

17

18

19

20

21

22

23

24

25

SHEET 194  PAGE 194

194

1

2                          CERTIFICATION

3        STATE OF NEW YORK )
                            : SS.:
4        COUNTY OF KINGS   )

5

6             I, GARY J. MEROLA, a Notary Public for

7        and within the State of New York, do hereby

8        certify:

9             That the witness(es) whose testimony as

10       herein set forth, was duly sworn by me; and

11       that the within transcript is a true record

12       of the testimony given by said witness(es).

13            I further certify that I am not related

14       to any of the parties to this action by blood

15       or marriage, and that I am in no way

16       interested in the outcome of this matter.

17            IN WITNESS WHEREOF, I have hereunto set

18       my hand this 4th day of October, 2010.

19

20

21                         GARY J. MEROLA

22

23

24

25

**$**

$10,000 [7] 154:22,25 155:14,21,23 156:3,12
$165,000 [1] 176:18
$360,000 [1] 178:9

**1**

1/11/2006 [2] 57:21 58:11
10 [1] 193:10
100 [1] 105:8
105 [1] 193:10
11 [1] 193:11
11427 [1] 4:13
11th [2] 48:9 57:21
12th [6] 20:11 113:8 114:2 131:16 132:12 133:13
130 [1] 193:11
149 [2] 193:12,13
14th [6] 76:16 98:21 142:5 168:12 172:24 181:24
159 [1] 193:3
15th [3] 116:11,16 122:10
16 [1] 193:13
165,000 [1] 176:21
16th [5] 145:24 146:3,10,14 148:2 172:1 193:4
174 [1] 193:14
177 [3] 1:15 2:9 193:15
17th [1] 13:23
182 [1] 193:16
19 [1] 193:15
1957 [1] 133:13
1977 [1] 6:18
1983 [2] 7:15,25
1990 [2] 9:13,14
19th [1] 136:10

**2**

2:20 [1] 191:9
20 [1] 193:14
200 [2] 101:4 102:12
2000 [1] 8:5
2003 [7] 8:3 10:16 11:23 13:13,23 14:9,15
2004 [16] 10:17 14:21 15:8,10,18,23 17:17 24:14 32:23 33:4 34:2,11,13 35:8 38:12,22
2005 [23] 35:16 36:2,12,16,18 48:8, 9,19 51:7,17 54:12 55:6,9 56:8,12 58:23 61:19 62:25 64:11 65:19 68: 5,6 153:20
2006 [80] 6:5,8 20:11 38:11,14,16, 19 57:21 69:2,14 70:10 76:13,16 77:2 78:3 80:3,7,22 88:8 89:25 90: 6 98:21 99:4,7 100:2,9,15 106:7 112:12 113:8 114:2 116:16 118:23 119:3 121:18 123:18 124:4,24 126: 25 128:2,3 130:3,6 131:13,19,23,25 132:12,21,24 134:17,20 135:3,5,6 136:10 139:13,16 140:21 143:23 144:18,24 145:24 146:6,10,14 148: 3,9 151:2,14 153:17,23 155:7 158: 14,21,24 171:6 172:25 181:20 191: 3
2009 [7] 172:19,21 173:10 174:5,18,

23 175:24
2010 [2] 1:9 194:18
20th [5] 2:5 4:12 130:5 131:13,17
22nd [13] 89:25 90:4,6 110:2,6 118: 23 119:3 125:22 126:8 131:23 155: 25 156:9,11
23 [1] 193:8
23rd [3] 88:8 90:4 131:15
24th [5] 100:2,15 108:5 112:12 155: 7
25 [1] 193:12
25th [1] 151:2
27th [5] 48:7 135:3 146:6 158:21,22
29th [7] 139:12,16 144:18,24 148:9 151:14,18

**3**

3 [3] 136:23 193:8,9
30 [1] 1:9
30th [1] 124:6
31st [3] 121:17 122:11 123:18
36 [2] 92:18 93:23
36/50 [1] 96:13
38 [1] 193:9
3rd [2] 124:4,24

**4**

4 [1] 192:4
4th [1] 194:18

**5**

5/22/2006 [1] 118:13
50 [3] 91:13,14,23
5919 [1] 2:5
5th [4] 113:25 130:3 131:25 134:20

**6**

62 [4] 88:9,11,13,17
63 [2] 101:4 102:12
6th [2] 128:6 158:24

**7**

7 [2] 131:4,4
76 [3] 91:13,14,23
77 [1] 107:25
7th [5] 76:13 80:7 134:17 153:17,23

**8**

80s [1] 9:12
89-25 [1] 4:12
8th [4] 114:4 116:5,9 125:16

**9**

9 [1] 193:16
9:55 [1] 1:10
90s [2] 9:23 105:7
94 [1] 107:18
97 [2] 107:15,25
9th [8] 172:19,20 173:9,10 174:5,17, 23 175:23

**A**

a.m [1] 1:10
ability [1] 189:21
able [7] 31:20,23 78:11 130:24 137: 9,15,23
above [3] 21:14 89:21,23
absolutely [1] 156:7

abuse [2] 45:19 74:4
academic [3] 10:25 140:20 172:9
acceptance [2] 13:8 14:11
accepted [1] 8:7
access [8] 56:3 78:7,10,11,20 79:8 126:11 167:16
accessed [3] 77:18,23 78:16
accomplish [1] 49:22
according [4] 51:4 103:3 157:8 182:9
achieved [1] 110:13
acim [1] 157:18
ackerman [1] 179:6
act [1] 169:2
action [8] 159:24 160:2,4,15,18 175: 6 176:9 194:14
actually [8] 40:23 131:14 134:24 142:10 152:4 172:9,15 177:11
added [1] 43:11
address [1] 88:23
adhered [1] 163:22
adjusted [1] 21:15
administered [1] 41:8
administering [1] 60:20
administration [1] 186:8
administrative [10] 139:17 141:21 142:21 143:17 148:8 151:13 152:9 160:24 181:3 185:7
administratively [4] 141:10 143: 22 152:17 153:9
admission [5] 141:24 161:2,6 162: 18 166:25
admissions [1] 12:6
admitted [2] 161:14,15
admnistrative [1] 139:14
advanced [2] 69:20 164:13
advertisement [1] 13:2
advices [1] 146:4
advised [1] 121:24
advisor [7] 46:11,12,14,17,24 47:5, 10
affidavit [14] 135:20 136:3,10,12, 23 140:5 142:18 150:8,13,17,17,23 151:5 157:22
aforementioned [19] 13:16 20:3 47:25 57:13 87:21 99:16 112:23 115:24 118:5 121:12 123:23 129: 11 135:19 140:14 144:12 145:18 150:7 159:14 172:3
afternoon [1] 144:7
age [1] 170:11
aggressively [1] 82:21
ago [1] 115:4
agree [2] 96:9 162:24
agreed [3] 3:6,13,18
agreement [3] 161:12 165:24 171: 16
aicm [60] 69:18,19 70:2 71:7,14,18, 19 72:2 73:7 76:15 77:4,6,15 82:11, 14 83:20 84:12 86:11 88:9,11,13,16, 23 91:6 92:12 102:8 105:14 106:2 107:20 108:7,22 109:3,12,19 111:6, 25 113:19 117:10 118:20,23 119:11, 13 122:15 126:7 128:14 134:10,21 135:13,15 136:21 137:17 138:3,22

abuse... column 4:
141:17 143:11 147:25 154:7 157:6 158:3,5,7,8,10,16 159:2 163:21 168: 8,11 181:19
aimc [1] 92:21
air [1] 177:2
alcohol [1] 189:20
allegation [2] 179:21 183:9
allegations [2] 170:23 185:22
allege [2] 21:7 161:13
alleged [1] 23:20
alleging [1] 161:8
allocated [8] 39:18,20,24 73:9,11 91:10,11 96:15
allocates [1] 40:25
allow [1] 79:20
almeida [13] 46:13 48:21 49:8,11, 24 50:11,25 53:7 54:5,10 62:14,15, 18
already [8] 19:3 27:21 67:22 68:17 119:6 130:21 134:14 166:17
although [2] 136:24 137:2
ambiguous [1] 185:6
amci [1] 103:10
amended [8] 159:13,15,20,24 160: 7,14 176:15 193:3
american [2] 73:25 74:2
among [1] 78:22
amount [5] 39:18 126:22 153:11 176:13 178:6
anand [9] 1:13 4:10 85:20 100:11, 19,25 121:19 150:14 192:4
anatomy [24] 17:8,9 36:13,21 37:3, 9,15 39:4,21 40:4,13 41:9 42:11,19 43:3 47:17 49:12,18 50:17 51:16 52:20 53:24 54:5,11
and/or [1] 151:24
anguish [3] 178:24 179:3 181:13
anish [1] 87:10
announcing [1] 143:16
annoyed [2] 94:5,12
another [6] 22:15 25:4 38:18 99:14 145:17 149:14
answer [4] 5:3 112:13 141:4 171: 20
answered [2] 85:18 97:13
answers [3] 11:6 94:4 186:2
anthony [1] 46:13
anybody [7] 33:23 45:25 67:16 121: 6 125:24 149:8 188:2
apart [1] 125:21
appeared [1] 186:17
appears [11] 48:6 49:24 57:22 88:6 94:3 113:6 116:23 118:12 131:4 135:24 150:16
application [25] 12:10,14 13:7 129: 25 130:3 131:5 132:3,25 133:3,6,8, 14,19,22 134:5,9 141:23 159:5,6,9, 10,11 165:2,3 173:16
applications [6] 129:12 130:7,12 132:7,10 134:8
applied [6] 11:15 132:22 135:4 147: 2 152:22 166:22
applies [1] 146:21
apply [9] 11:22 111:5 131:19 132: 15 147:22 164:24 167:12 173:17

174:9
applying [5] 11:18 12:19,22 128:25 129:7
approach [4] 50:16,23 67:10,14
approached [1] 59:4
approaching [1] 67:15
approved [3] 158:18 159:5,7
approximately [2] 9:10 10:16
april [34] 13:23 14:9 36:18,19 37:22, 23,25 51:17 76:13 78:2 80:3,7,21 84:2 88:7 89:25 90:4,6 99:4 100:2, 14 106:7 108:5 112:12 127:13,16 131:23 134:16 153:17,23 155:7 158:21,22 171:6
aren't [2] 142:24 187:18
arguendo [1] 157:8
around [20] 8:3,6 12:19 14:9 23:2 38:9 40:23 47:2 58:8 64:11 71:9 75: 14 97:15 125:16 128:24 129:5 149: 13 165:9,19 167:11
arrested [1] 189:15
arts [1] 7:10
ased [1] 40:19
aspect [1] 41:4
assign [2] 26:16 27:6
assistant [5] 24:3 28:6 50:7 186: 21 187:12
associates [1] 7:23
association [2] 73:25 74:3
assume [1] 12:5
assuming [1] 157:5
astonished [1] 31:12
attached [3] 139:2,8 180:14
attempted [1] 79:24
attempts [1] 141:12
attend [4] 9:11,20 14:14 110:23
attended [1] 10:23
attention [1] 141:7
attorney [1] 177:19
attorneys [1] 177:21
august [27] 17:21 19:24 24:14 32: 23 55:6,9 56:8,11 58:22 64:11,20, 23 68:4 76:16 77:2 98:21 99:7 142: 1 145:24 146:3,10,14 148:2 168:12 172:24 181:20,24
authorized [1] 82:16
automatically [1] 65:7
available [6] 65:14,16 78:19,25 89: 9 171:9
avenue [1] 2:5
average [2] 21:20 22:7
aware [3] 90:9 147:12 159:22
away [5] 18:14 19:16,17 31:15 50: 15
ayubia [3] 170:22 171:11 187:9

## B

bachelor [4] 7:10,11,12 10:6
bachelor's [1] 10:8
back [24] 6:10 18:13 24:16 38:8,22 55:16 67:20 68:2 76:23 80:3,5 85:3 86:13 112:16 113:21 123:11 127: 11 130:4 138:3,5 144:8 177:3,4 178:2
background [1] 85:16

bad [1] 102:6
bahar [1] 87:3
bar [1] 173:11
barbara [1] 184:12
barred [4] 172:19 173:11,14 174:6
based [13] 32:6 40:2 41:4,18 42:18 44:21 49:17 60:23 71:16,17 74:17 119:21 178:12
basic [4] 16:2,5,8,20 36:5 63:25 66:2 67:17 69:23 157:17 162:4 164: 9,12 168:5
basis [3] 93:14 95:17 104:17 108: 24 151:11
became [2] 104:4 164:7
become [1] 11:20 111:19 164:10
becomes [1] 152:8
beginning [6] 17:21 24:15 46:18, 24 47:12 189:13
behavioral [1] 52:12
belief [1] 114:16
believe [42] 11:23 19:24 20:25 23: 11 30:2 36:18 37:22 39:15 41:16, 21 43:21 54:22,24 60:9 61:2,25 74: 22,24 76:9 81:11 94:9 98:18 99:5, 8 100:9 101:17 105:3 106:14 110: 17 114:20 120:5 124:25 128:6 143: 17 146:11 152:3,22 153:8 154:6,18 155:25 168:20
believed [1] 43:8
belong [1] 93:3
below [2] 90:6 113:24
benefits [1] 178:4
besides [9] 25:19 27:15,21 34:20 54:4,4 64:7 74:17 170:6
best [3] 12:2 64:19 79:5
better [3] 8:15 17:10 110:13
between [7] 3:6 24:19 35:10 69:4 113:16 122:9 132:9
bill [6] 111:17 126:23,24 154:4,5 167:15
bills [2] 127:4,17
binding [3] 163:18 165:24 166:9
biochemistry [5] 17:5,6 28:19,23, 24
birth [2] 133:11,12
bit [1] 31:11
blank [1] 57:8
block [2] 181:15,17
blocked [12] 142:4,7 161:21,22 162: 8,19,20 165:9,19 173:4,15 181:10
blocking [2] 123:3 142:9
blood [1] 194:14
board [18] 73:24 127:21 133:24 135: 7 140:8 147:7 151:15,25 152:2,7,12, 13,16,21,23 153:2,4,6
boat [1] 45:19
bodies [2] 72:18,24
body [2] 75:16,18
book [1] 44:8
booklets [1] 147:18
books [2] 45:13 176:25
born [1] 6:11
boss [1] 84:24
both [6] 107:12 128:17 130:7 134:8 146:20 166:22

bothered [1] 68:16
bottom [1] 88:21
boulevard [1] 179:9
breach [7] 160:3,8,15 162:17 163: 8 170:16 176:14,16,17 183:4,10
breached [5] 164:18 167:23 168: 21 171:18 172:11
break [11] 5:11,13 35:10,12 79:12 143:12,18,20 144:3 196:2 200:3
breakdowns [3] 89:8,11,13
breeched [3] 160:19 161:9,25
bridget [7] 131:17,23 164:23 165:8, 12 172:25 174:13
briefed [1] 163:11
brooklyn [1] 1:16
brought [2] 155:18 180:4
business [2] 161:18 176:4

## C

calculate [3] 177:20 178:8,11
calculated [5] 37:4,5,8,13 178:14
calculation [1] 43:7
calculations [1] 177:18
calendar [3] 170:10,17 172:8
call [7] 45:18 56:15 68:13 72:23 83: 15 84:21 85:19 87:9 101:6 112:12 114:3,6 125:24 126:3,6 173:15 186: 2
called [16] 17:8 68:23,25 74:6 84:7, 8,9 85:17 89:17 93:5,7 96:19 100: 16 113:4 126:9 170:24
calling [2] 17:10 130:11
came [13] 6:21 11:14 22:8 67:16,25 68:2 79:6 92:10 95:20 104:5 130: 15
campus [11] 18:14 19:11 153:14, 18,19,21 154:24 167:25 168:16,18, 18
cannot [3] 4:25 5:12 175:18
caption [1] 135:24
card [3] 13:3,3,4
career [1] 46:22
careful [1] 62:20
carry [1] 52:25
case [3] 94:22,23 95:4,8,10 100:8 150:14 175:4,10 176:2 186:16 187: 6,7
catalog [1] 172:9
cause [4] 95:15 160:2,15,18
causes [1] 159:24
center [8] 5:22 8:9 29:5,8,14,17 31: 4 56:22 182:7
certain [5] 16:24 21:19 90:22 126: 22 182:7
certificates [1] 104:11
certification [13] 3:8 73:17,19 74: 7,8,10,18 75:20 76:6 82:4 92:22 105:17 194:2
certificationc [1] 93:2
certifications [8] 73:22 74:14 104: 12,23 105:5,13 114:24 161:2
certified [2] 152:25 166:18
certify [3] 182:4 194:8,13
chance [5] 113:3 118:9 121:20 150: 21,23

change [5] 23:20 25:23 28:11 52: 22 63:3
changed [10] 19:11,14 21:8 26:11 53:3 61:16,20 62:24 71:5,12
changes [2] 52:21 147:21
changing [1] 53:2
charge [4] 26:2 29:16 43:23 56:22
check [5] 90:22,24 130:20 149:12 178:2
checked [2] 159:7 165:4
chemistry [1] 10:4
choice [2] 32:4,6
choose [1] 12:25
circumstances [1] 19:14
citizen [1] 6:14
city [2] 9:18,21
claim [6] 160:9,16 168:10 172:12 176:18 186:5
claimed [1] 176:8
claiming [3] 151:8 169:9 176:18
claims [6] 5:6 176:15 181:8 185:5 187:6,15
claire [1] 186:20
clarify [1] 159:20
class [51] 17:14 22:6 26:18 28:23 30:20 31:6,25 32:5,19 34:21 35:5 40:13,25 44:12 45:9 51:12 54:17 55:11 59:14 60:21 62:3 71:8 74:21 76:12 82:14 86:25 88:23 91:7 96: 21 97:7 103:25 105:15 108:12,13, 17,21 109:9,10,13,18,25 110:5 111: 6,16,18 126:14 135:13,15 157:6 181:22 190:10
classes [18] 7:17 8:19 15:14 17:13, 16 34:12,16,20 35:2 36:20,24 51:14 54:11,15 64:17 80:6 153:12 190:12
classmates [4] 162:15 187:13,14, 20
clause [1] 160:4
clear [1] 173:13
clerkship [4] 82:6,7,10,13
client [2] 130:24 131:16
clinical [21] 31:24 66:8,14 67:11 69: 21 74:20,22 82:6,7,10,13,17 122:3, 6,12 143:10 164:14,15 167:7,9 168: 5
clinicals [1] 110:9
close [1] 128:4
clue [1] 156:5
college [5] 9:18,21,25 12:11 55:22
colly [1] 184:14
come [6] 16:16 21:21 37:7,12 67:19 134:23 155:22 156:8,10,11 176:22 189:2
comes [3] 25:4 28:24 93:8
common [1] 11:8
communicate [3] 86:3 100:22 138: 13
communication [2] 27:15 186:12
community [1] 180:23
compiling [1] 43:24
complain [1] 45:17
complaint [11] 33:8 46:10 159:13, 15,20,24 160:7,14 176:15 183:9 193:3

complete [4] 47:7 63:6 95:5 162:5

completed [3] 134:8,16 164:13

completing [1] 66:21

component [1] 59:13

components [1] 128:18

comprehensive [2] 157:9 164:16

comprised [2] 73:7 107:20

computer [1] 126:12

computers [1] 167:16

concern [3] 60:7,8 66:16

concerned [6] 59:10 60:3,25 94:3 97:19 102:3

concerning [25] 16:13 18:3 23:20 27:16 33:8 35:18,19 36:24 42:11 46:5 47:16 50:17 54:15 62:11 66: 22 68:13,20 69:10 113:19 126:3 170:22 175:6 179:3 181:8 186:5

concerns [2] 34:23 66:10

concluded [3] 36:17 64:10 100:13

conditions [1] 95:13

conducted [1] 142:18

conferred [1] 100:11

confusing [1] 97:23

confusion [1] 169:14

congratulated [1] 164:23

congratulations [2] 185:13,14

connection [2] 12:13 136:13

considered [1] 28:22

consisted [1] 31:17

contact [6] 49:25 79:24 80:12 146: 13 173:20,23

contacted [1] 47:16

contend [1] 162:17

continually [1] 6:7

continued [1] 190:19

contract [10] 160:4,9,16,20,21 176: 14,16,17 183:10 185:5

conversation [46] 27:9 28:17 31: 14 42:8,21,22 43:15,18 45:14 49:11 50:9,18,22 62:12 69:9 77:12 80:24 81:8 83:3,9 85:2,25 86:5 94:16 99: 10 100:23 102:20 108:4 111:23 112:8 113:16 114:15 115:8 116:9 149:7 154:24 155:2,3,6,13,17 156: 16,18 182:17 184:17 186:25

conversations [28] 12:18 27:15 33:5,20,21 45:25 83:12,14,18 85:6 113:18 116:13 124:7,10 125:8,12, 13,14 135:7 149:11,20 170:22,25 184:21,25 185:21,24 186:23

convicted [1] 189:17

copies [2] 174:2 175:20

copy [19] 18:23 19:5 20:4 22:18,24 37:24 38:17,18 44:6 57:19 79:17 117:23,25 118:2 130:22 136:6 148: 24 172:10 174:17

cornell [1] 8:9

correct [44] 15:11 17:24 21:4,11,12 23:13 27:2 36:3 37:10 39:14,16 41: 20 45:9 56:23 61:13 63:18 65:15 67:20 77:23 89:25 90:9 112:17 117: 15 122:20,21 131:6 132:15,22 133: 17 134:10 138:8 140:4,6 145:10 146:7 153:18,23 154:10,11 159:3 161:10 176:11,19 183:15

correctly [1] 97:14

correspondence [7] 135:9 146:9, 12 148:24 175:23,25 182:17

costello [26] 2:4,4,6 19:9 21:24 22: 20 23:8 47:4 71:18 105:20 129:2, 19 130:23 131:14 139:7 149:2,16 150:18 154:12 166:2 169:21 170:3 174:19 177:13,25 183:2

couldn't [1] 179:20

counsel [2] 3:6 130:9

counselor [1] 166:3

counted [1] 45:3

county [11] 7:19,25 8:13,18 125:4 136:2,14 150:15 179:8 188:9 194:4

couple [1] 189:12

coupled [1] 41:17

course [112] 8:25 22:17 23:21 26: 23 27:13 28:23 30:4,7,11 31:22 32: 12,14,20,22 33:2,9,25 34:2 39:21 40:4 41:5,9,11 42:12,19 43:24 49: 18 51:16,25 53:4,24 54:20 58:16,17 59:5 61:7 63:7 70:2,16,20,25 71:4, 14,22 72:2,20,22 73:7 76:15,15 77: 4,7,15 79:13,16,23 81:14,22 82:11 83:20 84:12 86:11 88:8 92:12,21 93:21 99:2,5,8 102:9 103:10,19,22 104:8 106:2 107:20 108:7,11,16,22 109:3 111:25 113:19 114:19 117: 10 118:20,23 119:3 122:16 126:7 128:14,15 134:10,21,22 137: 17 138:22 141:17 143:9 154:7 157: 19 158:3,5,6,7,8 159:2 163:21 182: 2,3

courses [32] 14:14 16:13,24 17:2, 24 21:3 34:24 36:9,11 51:22 52:4, 16 55:19 56:14 58:5 63:21 66:11, 13,21 67:17 69:22 70:5,24 147:5 151:24 157:17 164:8,12 167:14 191:2,4,5

court [16] 1:2 3:21 4:25 100:9 102: 25 125:5,17 136:2,14 150:15 155:5 159:23 173:13 175:4 186:17 188: 25

coutinho [1] 183:6

cramatta [1] 186:20

created [1] 181:12

credit [2] 95:19 96:14

credits [2] 16:15,18

crime [1] 189:17

cryo [1] 17:8

cullen [3] 1:15 2:8 4:18

currently [3] 5:16,18 136:24

curriculum [9] 15:24 16:9,21 36:6 64:2 69:24 164:9,12 167:8

### D

damages [3] 176:8 180:8 181:8

dasrath [205] 1:13 4:10,14 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14: 1 15:1 16:1 17:1 18:1 19:1 20:1 21: 1 22:1 23:1 24:1 25:1 26:1 27:1 28: 1 29:1 30:1 31:1 32:1 33:1 34:1 35: 1 36:1 37:1 38:1 39:1 40:1 41:1 42: 1 43:1 44:1 45:1 46:1 47:1 48:1 49: 1,25 50:1 51:1 52:1 53:1 54:1 55:1

56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1,20 86:1 87:1 88:1 89:1, 24 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1,12 101:1 102:1 103:1 104:1 105:1 106:1 107: 1 108:1 109:1 110:1 111:1 112:1 113:1,7 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1,19 122:1, 2 123:1,4 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133: 1 134:1 135:1,25 136:1 137:1 138: 1 139:1 140:1,22 141:1 142:1 143: 1 144:1 145:1,24 146:1,4 147:1 148:1 149:1 150:1,14 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158: 1 159:1,22 160:1 161:1 162:1 163: 1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174: 1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185: 1 186:1 187:1 188:1 189:1 190:1 191:1 192:4

dasrath's [2] 130:16 150:16

date [40] 1:9 13:13,19 14:23 15:5 20:6 38:24,25 48:4 57:16 58:6,7,10 71:10 78:13 87:24 99:18 113:2 116: 3,10 118:8 121:15 124:2 126:8 128: 5 129:14 133:10,12 135:22 140:17 144:15 145:21 150:10 155:23,24 156:2 158:20,21 159:17 172:6

dated [18] 13:23 20:11 38:11 48:7,8 57:21 88:7 89:24 113:7 116:15 118: 13 121:17 124:4 130:3,5 131:12,15 144:18

day [7] 44:18,19 76:11 165:8 173:6 191:13 194:18

days [2] 118:14 169:6

dean [5] 24:3 50:3,5,7 167:9

deans [4] 28:6 49:25 51:3 81:3

dear [1] 49:24

death [1] 14:18

december [7] 34:11 35:8 61:19 62: 25 68:6 69:4 153:20

decide [1] 126:10

declined [1] 187:3

defendant [4] 1:14 118:12 138:11 151:8

defendant's [32] 13:17,22 20:5,9 38:9 48:2,5 57:14,18 66:6 87:22 88: 5 99:17 112:24 113:4 115:25 118:6 123:24 129:13,18,23 130:19 145:19 139:3 140:15,18 144:13,17 145:19 150:9 159:16 172:5

defendants' [2] 116:15 121:13

defer [1] 111:24

definitely [1] 38:15

degree [11] 7:8 9:4,7,24 10:3,12 162:5 178:23 181:11,11,16

degrees [1] 9:8

delay [2] 14:23 15:5

delayed [2] 14:19,20

demand [1] 154:21

denied [2] 121:25 122:5

deny [1] 122:22

department [4] 26:2 28:19,25 37: 15

deposed [2] 4:21 188:21

deposition [3] 3:9,18 169:17

desalu [14] 29:16,18,23 31:5,15 32: 10 33:21 56:20,21,25 59:4 60:15,16 62:12

desalu's [1] 62:6

described [1] 69:23

deserve [2] 161:20 162:10

despite [4] 143:16 152:5 158:2 169: 9

details [3] 45:23 113:12 184:20

development [1] 17:8

deviations [1] 100:21

devry [3] 98:17 186:8,13

devryu.net [2] 78:6 114:12

differ [1] 70:3

difference [1] 132:9

different [8] 21:23 73:16,19,22 89: 5,16 132:7 168:4

difficult [1] 98:13

direct [2] 141:7 165:11

directed [1] 47:2

disappointed [2] 61:5 180:12

disappointment [1] 180:8

discriminate [2] 170:9,11

discrimination [1] 172:12

discuss [15] 33:15,19 39:7 50:14 53:18 94:14,18 101:5 121:5,8 156: 6,25 169:18 170:3 187:7

discussed [23] 10:24 11:12 21:3 28:17 31:14 33:6,17 42:2 43:15 48: 20 56:18 114:6 155:10,12,17 162:2 182:18 183:5 184:9 185:8 187:23, 25 188:2

discusses [1] 124:5

discussing [7] 50:10 51:2 54:10 58:17 89:21 115:13 157:1

discussion [6] 23:19 25:8 54:4 110:19 169:14 189:9

discussions [3] 62:5 112:7 169:23

dismissed [1] 190:4

dismissing [1] 159:23

distress [1] 178:24

district [1] 1:2

dkyman [1] 1:15

doctor [4] 11:21 54:4 179:2 187:18

doctor-patient [1] 34:19

doctors [3] 33:6 75:13 183:18

doctrine [1] 17:12

document [21] 13:15,17 14:3,6 20: 13,15 57:12 58:12 87:20 88:10 118: 4 121:11 131:21 136:5 139:2 140: 23 144:10 160:12 170:19 176:7 182:7

documentation [3] 177:9,17 178: 20

documents [13] 12:5,12 47:24 48: 15 129:10 130:15 131:10 139:8 161:7 175:12,14,20 182:24

doing [5] 51:14 75:13 90:17 124:13 175:8

dominica [24] 15:16,17 18:14 19:
11 26:7 67:19 69:14 85:22 86:17,
18,21 87:9 113:10 120:5,15,24 153:
19 157:17 167:25 168:4,6,9 170:13
177:3
done [3] 103:12 159:4 180:15
door [5] 50:19,20,23 120:15,24
dormitory [1] 176:25
double [1] 10:11
down [2] 58:13 79:12
dropped [1] 13:4
drugs [1] 189:20
due [1] 68:22
duly [2] 4:3 194:10
dunbar [1] 183:17
dunn [1] 184:9
during [31] 8:17 16:23 34:13 35:23
47:9 51:21,22 52:5 53:18 54:9 64:7
66:20 69:8 75:10,24 81:7 82:11 84:
18 100:23 102:19 103:19,22 104:6
108:4 111:23 112:8,11 125:25 134:
7 143:18 155:17
dykman [2] 2:8 4:19

## E

e-college [5] 88:24,25 89:7,15,18
e-mail [36] 27:17 47:21 48:20,23 49:
3,7,10,23 51:7 53:7,16,19 55:25 85:
9,12,14 86:4,10 87:22 88:6,19,22
89:9,20,23 90:5 97:19 112:16,24
113:6,9,14,17,22,24 185:17
e-mailed [2] 90:21 116:4
e-mails [6] 47:22 48:2,7 86:7 149:
11 182:13
each [8] 44:24 47:22 73:16,18 101:
14,15,16 131:9
earlier [11] 21:3 89:2 99:12 103:6
108:12 142:19 155:10 158:3 162:9
163:5 183:15
early [5] 19:24 24:14 64:23 80:21
84:2
earned [2] 100:12,25
earning [1] 178:7
ecfmg [16] 134:2 135:7 145:25 146:
4,10,18 147:13,18,23 148:20,25
149:8 152:19 173:21 174:22 182:
18
education [3] 9:17 46:18 47:9
educational [2] 169:2,5
effect [3] 3:20 83:7 173:4
effective [1] 163:16
effectively [2] 145:3,4
effectuate [1] 63:3
eight [3] 138:25 157:4 160:17
eighteen [2] 167:6,19
either [7] 24:13 27:17 28:15 111:23
125:9 151:23 174:22
electronically [1] 56:4
eleven [1] 177:12
eligibility [1] 147:21
eligible [8] 152:16,21 157:24 164:7,
10 165:11 173:2 174:14
employed [5] 5:18,20 7:17,18 8:18
employment [3] 6:8 10:19 188:15
end [22] 18:8 19:23 27:8 28:16 31:

13 32:22 34:10 40:25 42:2,7 44:17
80:6 83:8 84:25 96:13,15,22 104:
10 106:2 126:25 127:15 128:4
ended [4] 35:7 51:17 64:18 127:13
enduring [1] 170:15
enrique [4] 70:11 132:13 164:25
171:4
enroll [1] 138:11
enrolled [27] 15:10,24 134:9,14,19
142:24 143:4 145:13 146:19 147:3,
5,6,10,14 148:13 151:9,17,23 152:4,
6,11,13,20,24 153:4,6,7
entail [2] 16:6,9
entails [1] 16:10
entirety [1] 150:19
entitled [3] 99:25 136:3 163:23
entry [4] 118:22 119:2,7,9
epi [2] 110:16,24
epi-dermanolog [1] 91:5
epi/biostatic [1] 90:25
epi/biostatics [1] 91:3
erratic [2] 98:4,9
esq [2] 2:6,10
esqs [3] 1:15 2:4,8
essay [18] 72:9,14,15 92:19,25 93:6,
8,10,18,20,23 94:10,15 95:15 101:3,
20,21 102:13
essays [1] 72:16
essentially [1] 100:20
even [5] 43:9 142:11 157:5 165:16,
18
eventually [2] 80:16 85:24
everything [4] 79:15 153:15 155:
16 165:5
exact [3] 71:10 83:2 128:5
exactly [7] 25:3 32:16 38:23 58:9
80:12 83:20 103:16
exam [88] 21:20 22:6 30:17,21,22,
24 31:18 40:7,9,13,21,22 41:18 51:
8 52:15 55:8 59:12,19,20,23 60:15
63:11 65:17 67:23 73:14,18,24 74:
11 75:21 76:5,7 92:4,6,14,16,25
101:2,2,9,11,13,14,15,18,22,25 102:
3,8,13 104:18 105:23 107:21 110:
17 127:22 128:8 133:3 134:24 135:
6 136:17,25 138:12 139:19,24 142:
11,12,14,23 143:2,4 145:9,13,14
146:15,21,22 147:3,9,9,21,22 151:
10 157:9,10,25 161:3 164:16 173:
18 185:15
examination [10] 1:12 4:6 29:5,7,
14,17 31:4 127:21 173:12 192:3
examinations [1] 29:24
examined [1] 4:5
examining [1] 133:24
exams [42] 17:23 18:3 29:9 30:2,6,
12,13 31:21 32:2,3,6 41:8 45:9 51:
20 59:16 60:17 61:6 66:23 67:25
68:3 71:25 72:4,6,7,12,15,15 73:10,
13,16 74:9,18 75:23 81:16,19 92:7,
9,9,22,23 104:9 174:10
exan [1] 142:20
except [6] 3:13 38:23,25 60:22 97:
14 110:23
exchange [1] 49:10

exchanges [4] 48:21,23 49:3,7
excuse [1] 94:6
exempt [1] 110:15
exhibit [60] 13:15,18,21,22 20:5,10
38:10 48:7,8 49:23 51:6,7 57:15,18
66:6 87:23 88:5 99:15,17,25 112:
20,22,25 113:4 116:23 116:2,10,15
118:4,7,12 121:14,17 123:22,25
124:3 129:24 130:2,4 131:3,22 135:
18,21,24 140:16,18 144:14,18 145:
17,20,23 150:9,13 151:19 152:5
154:13 159:16 161:7 172:2,5
exhibits [8] 48:3,6,11,12,13 51:4
129:13,23 193:2
exist [1] 91:18
exists [1] 97:3
expected [1] 55:10
expelled [1] 189:23
expenses [1] 177:7
experience [1] 119:22
explain [12] 19:13 21:57 22:39 98:12
122:5 148:16 151:11 162:11 174:
12 180:7,10,18
explained [2] 45:21 81:15
explaining [1] 53:7
explanation [2] 19:15 148:12
extent [5] 105:18 149:2,4 160:6
174:19
extra [1] 96:14

## F

face [2] 25:14,15
face-to-face [1] 84:5
fact [1] 169:9
factual [1] 169:16
faculty [2] 46:15,16
fail [6] 53:14 81:19 99:5 107:8,10,22
126:14 157:6 168:10
failed [19] 22:16 32:19 51:5 93:9 94:
10 99:2,8 101:2,18 106:12,14 109:
12 126:14 138:22 154:9 158:2 168:
8 169:9 190:10
failing [44] 33:22 77:3,6,10,15 79:
22 81:13 90:9,10,12,15,18 91:12,22
92:11 93:16 94:7 95:16 98:17,18,
23 100:12 104:18 106:19 108:10,17
114:11,12,15 126:16 135:13,14 137:
12,16,23 147:25 154:17 158:4,6,7
168:12 181:25 184:3 190:6
fails [1] 109:19
fair [3] 47:4 93:13 128:13
fall [4] 11:25 33:3 34:2,13
false [2] 96:23 97:4
family [4] 14:18 74:3 168:25 180:8
far [6] 22:2 40:10 53:24 81:18 83:16
95:6
fare [1] 177:2
fashion [1] 161:18
feeling [1] 178:25
fees [2] 176:25 177:19
felt [1] 61:25
fernandez [43] 70:12 79:25 80:13,
17,25 81:5 84:3 88:7,22 89:20,24
90:5,12,21 94:15 97:19 99:11 100:
10,16,19 101:6 102:20 108:5 109:

23,24 111:22 112:4,8,12,14 113:11,
17 114:10 115:7 123:2 132:13 154:
21 158:19 159:5 165:2 171:4,9 187:
3
fernandez' [4] 77:17 84:24 186:21
187:12
ferpa [1] 169:3
ferri [1] 114:2
few [2] 75:4 85:23
fifteen [2] 16:18 183:5
fifth [9] 65:21,23 66:21 67:4,18 68:
25 74:5,17 100:13
file [6] 33:7,12 46:4 62:9 130:16,22
filed [6] 46:10 125:4,9 136:13,16,19
filing [4] 3:7 33:13 46:8 125:17
filled [2] 13:4 133:7
final [44] 18:9,16 30:8,17,19,21,22,
24 31:17 40:7,9 45:4 52:25 54:21
59:17,23 64:15,21 67:23,25 68:2,2
73:14,15 76:5,7,14 90:13 92:19,25
93:5,8,10,18,20,23 94:14 95:16 101:
2,13,14,15,18,25 103:23 104:2 107:
19 119:14
finally [1] 4:16
finals [1] 111:3
find [5] 32:13 56:11 59:3 71:11 137:
7
fine [2] 12:17 170:5
finish [2] 5:3 176:2
finished [6] 67:16 134:14 153:15,
19,21 168:18 175:4,10
first [61] 4:3 16:16,25 18:4 20:17 33:
9 35:20,24 38:14 48:17 49:23 56:6
62:23 67:7 69:23 77:3,5,16,22 78:
15 82:15 84:17 85:11,25 86:4 87:4,
6,11,12 91:12 93:19,22 95:10 100:6,
12 103:23 106:6,9,12,16,21,25 107:
13 113:9 115:2 126:13,15 131:12
132:11 133:7,14 134:13 141:11
145:2,12 146:11 157:16 161:6 167:
3,3 176:19
five [20] 45:7 72:6,11 73:13,21 74:
13 75:23 81:15 82:2,3 92:22 93:2
104:12,22 105:5,12 114:24 150:25
160:17 163:19
flaws [1] 153:11
focus [1] 160:8
follow [7] 21:22 29:22 31:8 38:6
177:16 182:25 183:2
follow-up [4] 23:7 113:11 149:17
189:12
followed [1] 24:25
following [7] 23:9 108:17 109:3
124:5 143:10 168:16 190:19
follows [2] 4:5 168:25
force [1] 3:20
forgot [1] 189:14
forgotten [1] 54:7
form [5] 3:14 12:10 159:6,6 165:3
formal [1] 46:4
forth [2] 176:8 194:10
forty-five [1] 169:6
forwarded [2] 12:13 159:8
found [4] 47:13,15 56:6 78:20
four [16] 6:4 7:6 16:22 42:5 51:24

52:17 54:11 63:17,22,25 64:4,22
75:9 96:12 163:16 166:6
**fourteen** [4] **141:8 165:**14 **166:**5,12
**fourth** [1] **65:**22
**fraudulent** [1] **184:**3
**friday** [2] **113:**7,25
**friends** [4] **78:**22,23 **79:**5 **86:**24
**front** [1] **97:**6
**full-time** [1] **178:**17
**fully** [1] **157:**24
**further** [13] **3:**12,17 **9:**16 **45:**14,24
**83:**11 **85:**5 **124:**23 **127:**3 **165:**22
**171:**11 **191:**8 **194:**13

## G

**garbage** [2] **180:**21 **181:**7
**gary** [2] **194:**6,21
**gather** [1] **40:**23
**gathered** [1] **83:**3
**gathering** [1] **40:**24
**gave** [4] **43:**5 **62:**2 **159:**6 **168:**12
**general** [3] **32:**18 **35:**23 **179:**11
**generally** [3] **24:**21 **162:**2 **163:**12
**genetic** [2] **21:**15 **31:**17
**genetics** [21] **17:**7 **18:**9,17,21 **21:**9,
10 **22:**16 **23:**21 **25:**23 **26:**2 **27:**13
**28:**23 **30:**4 **33:**9 **34:**21 **35:**5,18 **64:**5
**108:**12,18 **126:**14
**gentleman** [3] **26:**25 **27:**3,4
**george** [2] **121:**9,18
**gestures** [1] **11:**7
**gets** [1] **161:**14
**getting** [1] **79:**7
**gilmer** [8] **121:**9,18 **122:**14 **123:**9,
17 **124:**5,22 **125:**10
**give** [15] **18:**15 **21:**18 **27:**12 **55:**7 **78:**
9 **94:**25 **95:**2,14,24 **97:**16 **98:**9 **115:**
12 **138:**20 **165:**2,3
**given** [12] **30:**7 **32:**7 **44:**9 **55:**6 **70:**
16 **76:**2 **97:**5,7 **103:**18 **158:**19,23
**194:**12
**gives** [1] **162:**4
**giving** [7] **61:**25 **96:**20,22,24 **98:**5,6
**162:**25
**goal** [1] **11:**18
**got** [2] **93:**11 **112:**16
**gotten** [1] **167:**3
**grade** [163] **18:**9,12,17,18,20 **19:**14
**21:**7,9,11,15 **22:**2 **23:**12 **25:**23 **26:**
12,22 **27:**16 **28:**11 **29:**21,24 **30:**24
**31:**2,5,17,21 **32:**5 **33:**8,22 **35:**18,19
**37:**3,5,6,8,16,18 **39:**4,7,13 **42:**11 **43:**
4,10,24 **44:**8 **45:**4,13,25 **46:**6 **47:**2,
17 **50:**17 **51:**2 **52:**20 **53:**3,13,23 **54:**
5,11,15,19,21 **55:**3,5,10 **56:**7 **57:**3,5
**58:**19 **59:**10 **60:**3 **61:**15 **62:**11,16,
24 **64:**7,22 **65:**5 **66:**17,19,23 **67:**24
**68:**20 **73:**6 **74:**17 **76:**15,17 **77:**4,6,
11,15,19,23 **78:**16,21 **79:**13,14,22
**81:**10 **82:**19 **83:**5 **89:**8,11,13,19 **90:**
9,11,13,13,15,18,25 **91:**2,13,23 **92:**
3,12 **93:**20 **94:**7,15 **95:**16 **96:**10 **97:**
24 **98:**3,7,14,17,18,23 **100:**12 **102:**
17 **103:**23 **107:**19 **108:**10 **110:**12
**114:**12,15,21 **117:**10,24,25 **119:**10,

13,14,25 **122:**15 **135:**13,15 **136:**22
**137:**12,16,23 **138:**4,7,9,20,20 **147:**
25,25 **154:**17 **158:**5,7 **165:**8 **168:**12
**181:**25
**graded** [8] **29:**11 **39:**23 **73:**4 **75:**19
**81:**22,24,25 **108:**3
**grades** [48] **18:**3 **20:**17,20 **21:**23 **22:**
11,14 **23:**15 **29:**25 **34:**24 **36:**24 **45:**
8,10,15 **49:**12 **52:**21 **55:**18,23,25 **56:**
13 **58:**5 **63:**21 **65:**2,14,16 **66:**11 **69:**
11 **71:**15 **78:**12,18,24 **88:**8,23 **90:**11
**91:**9,9,10 **98:**5,6,9 **104:**7 **114:**11
**120:**9,18,20 **163:**2,3 **184:**3 **190:**7
**grading** [3] **56:**22 **60:**21 **163:**20
**graduate** [3] **7:**14 **8:**24,25
**graduated** [1] **9:**13
**graduation** [1] **17:**16
**great** [1] **23:**4
**grievance** [6] **33:**7,11,14,15 **46:**5
**62:**10
**grill** [1] **28:**3,4,5
**gross** [20] **36:**13,21 **37:**3,9,15 **39:**4,
21 **40:**4,13 **41:**9 **42:**11,19 **43:**3 **47:**
16 **49:**12 **50:**17 **51:**16 **53:**23 **54:**5,
10
**ground** [4] **2:**24 **177:**4
**group** [2] **40:**24 **110:**23
**guess** [3] **10:**9 **21:**6 **104:**6
**guidelines** [1] **168:**25
**guiterrez** [1] **183:**14
**gutterrez** [1] **70:**12
**guttery** [1] **70:**13
**guy** [1] **90:**16
**guyana** [1] **6:**12

## H

**h-o-u-g-h-t-o-n** [1] **24:**7
**hand** [3] **11:**7 **104:**9 **194:**18
**handbook** [20] **117:**6,18,22,24 **118:**
2 **140:**10,13,15,20 **143:**9 **157:**8,21
**160:**24 **163:**8,15,17 **166:**8,9 **168:**20
**170:**8
**handbooks** [1] **132:**18
**handled** [1] **186:**15
**handouts** [1] **182:**20
**happen** [2] **78:**19 **173:**8
**happened** [9] **32:**10 **63:**4,5 **71:**2 **85:**
23 **92:**2 **112:**11 **172:**20 **187:**17
**happy** [1] **97:**16
**hard** [3] **57:**19 **162:**25 **164:**5
**havonic** [1] **184:**5
**head** [2] **28:**18 **37:**14
**hear** [4] **16:**7 **85:**19 **116:**5 **171:**10
**heard** [4] **85:**15,21 **87:**17 **175:**22
**heart** [2] **73:**25 **74:**2
**held** [2] **1:**14 **189:**10
**help** [2] **171:**22,24
**helpful** [2] **5:**4 **11:**8
**helps** [1] **66:**6
**hereby** [3] **3:**5,9 **194:**7
**herein** [1] **194:**10
**hereto** [1] **3:**7
**hereunto** [1] **194:**17
**high** [2] **105:**7 **107:**12
**histology** [3] **17:**7,11 **34:**18

**hold** [3] **175:**9 **176:**3,5
**holding** [2] **138:**3,5
**home** [4] **22:**22 **68:**2 **69:**3,9
**hospital** [15] **7:**19,25 **8:**9,14,16,18,
19 **10:**15,20 **70:**18 **74:**23 **75:**3,10
**188:**10,20
**hospitals** [1] **112:**5
**houghton** [7] **24:**4 **26:**24 **27:**21 **50:**
2,4 **51:**3 **52:**19
**houghton's** [1] **25:**6
**housed** [1] **15:**20
**housing** [3] **15:**21,22 **176:**25
**human** [1] **71:**24
**hundred** [6] **40:**16 **41:**3 **43:**6,9,22
**44:**3,11,16 **45:**3 **49:**16 **55:**4,7 **59:**11
**60:**4,9,25

## I

**idea** [2] **79:**6 **166:**11
**identification** [19] **13:**18 **20:**6 **48:**3
**57:**15 **87:**23 **99:**18 **112:**25 **116:**2
**118:**7 **121:**14 **123:**25 **129:**14 **135:**
21 **140:**16 **144:**14 **145:**20 **150:**10
**159:**17 **172:**6
**identified** [1] **160:**18
**identify** [1] **160:**21
**immediately** [7] **80:**9,16 **108:**16
**109:**14 **126:**16 **145:**4 **147:**23
**immunology** [2] **52:**8 **66:**9
**inactive** [1] **152:**9
**inc** [1] **186:**13
**includes** [1] **169:**4
**incomplete** [16] **59:**2,6 **61:**12,16,
22 **62:**7 **63:**10 **66:**24 **67:**8,11 **68:**10,
20 **71:**3,6
**incorporate** [1] **43:**5
**incorporated** [1] **175:**22
**incorporating** [1] **49:**16
**incorrect** [2] **52:**20 **133:**15
**incurred** [2] **170:**13,14
**indication** [2] **181:**23,25
**individual** [3] **44:**25 **146:**20,22
**individuals** [1] **181:**7
**influence** [2] **189:**19,21
**inform** [3] **145:**3 **147:**23,24
**information** [10] **94:**25 **96:**23 **97:**4
**115:**7 **124:**18,21 **125:**20 **147:**18
**150:**3 **175:**6
**informed** [5] **100:**19 **122:**14 **137:**2,
4 **145:**15
**informing** [1] **124:**12
**inspect** [1] **169:**4
**instead** [1] **66:**18
**instruct** [1] **106:**15
**integration** [1] **164:**15
**intense** [2] **180:**3,4
**intention** [2] **162:**7 **172:**22
**interested** [1] **174:**10
**internal** [2] **120:**6,17 **179:**16
**internet** [1] **102:**15
**interrogatories** [5] **172:**2,4,14
**176:**6 **193:**4
**interrogatory** [4] **171:**21 **172:**17
**182:**10 **183:**5
**introduced** [1] **129:**22

**introduction** [4] **66:**8,14 **69:**20
**164:**14
**invested** [1] **123:**6
**invited** [3] **153:**24 **164:**22,23
**involved** [3] **12:**8 **169:**20 **188:**5
**island** [3] **8:**23 **9:**5,11,17 **67:**16
**issue** [3] **35:**17 **59:**9 **96:**5,7 **120:**5
**137:**12,16 **188:**15
**issued** [10] **18:**9,16,18 **66:**11,18 **67:**
24 **119:**15 **151:**13 **161:**3 **184:**3
**issues** [12] **18:**2,6 **35:**19,22 **36:**23
**37:**2 **54:**14 **63:**20 **64:**6 **66:**22 **171:**
12 **179:**25
**item** [2] **21:**14 **172:**11
**items** [6] **90:**22 **101:**5 **162:**23 **163:**4
**171:**15 **176:**10
**itself** [1] **63:**5

## J

**january** [7] **35:**16 **36:**2,12,16 **57:**21
**69:**2,4,14 **70:**9
**jennifer** [2] **2:**10 **4:**17
**jersey** [5] **159:**8 **167:**10,13,13,20
**job** [1] **93:**13
**john's** [3] **6:**24 **7:**5 **10:**13
**joseph** [1] **2:**6
**judge** [2] **169:**10,15
**judy** [4] **85:**17,18,19 **185:**25
**july** [12] **20:**11 **38:**11,14,16,19 **48:**8
**51:**7 **135:**3,6 **136:**10 **143:**23 **146:**6
**jumping** [1] **38:**9
**june** [10] **48:**7 **124:**4,24 **139:**12,16
**144:**18,23 **148:**8 **151:**14,18

## K

**keep** [2] **171:**8 **187:**19
**kelly** [3] **146:**2 **148:**20 **184:**18
**kept** [1] **29:**12
**kevin** [1] **179:**6
**kick** [1] **62:**21
**kind** [1] **170:**25
**kings** [6] **7:**18,24 **8:**13,18 **188:**9 **194:**
4
**knock** [1] **50:**20
**knowing** [1] **46:**23
**knowledge** [21] **22:**4 **29:**24 **33:**10
**49:**9 **60:**22 **63:**10 **74:**25 **79:**5 **89:**15
**91:**18 **102:**18 **106:**16,18 **107:**12
**108:**2 **110:**21 **121:**2 **123:**19 **133:**16
**139:**20 **187:**16
**knowledgeable** [1] **187:**14
**knows** [2] **184:**11,13

## L

**lab** [2] **59:**19,20
**language** [1] **151:**20
**large** [1] **110:**23
**last** [19] **7:**22 **16:**21 **17:**14 **44:**17,19
**63:**23 **65:**25 **76:**11 **87:**4,7,11,13,14
**96:**12 **115:**12 **127:**6 **141:**4,9 **170:**7
**late** [12] **9:**12,22 **24:**13 **36:**19 **37:**22,
22,25 **64:**23 **78:**2 **80:**21 **84:**2 **171:**6
**later** [2] **108:**23 **170:**4
**laugh** [2] **25:**14,15
**laughter** [1] **25:**19
**lawsuit** [17] **4:**20 **5:**7 **125:**4,9 **136:**

13,16,20 **161**:9 **179**:21 **180**:2,4 **185**:
21 **187**:15,23,25 **188**:6,22
**lawyer** [3] **5**:11 **148**:18 **188**:3
**lawyers** [2] **186**:15,16
**lead** [1] **50**:19
**learn** [7] **37**:7,12 **77**:10,14 **102**:11,
16,19
**learned** [5] **67**:7 **77**:3,6 **102**:24 **103**:
24
**learning** [7] **40**:20 **41**:4,18 **42**:18
**44**:21 **49**:17 **60**:23
**least** [1] **100**:16
**leave** [5] **8**:13 **50**:20,21 **67**:19 **141**:
21
**leaving** [1] **10**:19
**lecture** [5] **91**:8 **96**:16,18 **97**:10,20
**led** [1] **94**:8
**left** [5] **21**:25 **67**:22 **80**:9 **178**:16 **191**:
3
**letter** [64] **13**:8 **14**:11 **21**:10 **27**:17
**37**:5,8 **42**:5 **46**:4 **52**:22 **62**:10 **115**:
25 **116**:21,23 **117**:3 **118**:14,17 **121**:
13,17,23 **122**:10 **123**:17,24 **124**:3,6,
16,23 **125**:4 **142**:8,22 **143**:16,24,25
**144**:13,18,20 **145**:8,19,24 **146**:3,24
**147**:20 **148**:8,19,21 **151**:13,18 **152**:
5,12 **153**:10 **160**:25 **161**:5,10,13,25
**162**:4,18 **165**:10,12 **173**:24,25 **174**:
8,18 **185**:7,13
**letterhead** [2] **13**:24 **20**:11
**letters** [7] **125**:20 **149**:10 **164**:2 **174**:
3,22,25 **182**:7
**level** [1] **7**:23
**license** [1] **191**:6
**line** [5] **100**:10 **113**:9 **115**:2 **145**:2
**193**:7
**list** [4] **21**:2 **90**:11 **107**:6 **176**:10
**listed** [1] **121**:2
**listen** [5] **23**:23 **25**:9,10 **27**:24 **33**:11
**listing** [1] **90**:16
**little** [1] **31**:11
**live** [2] **5**:17 **82**:17
**living** [2] **177**:7 **178**:7
**located** [2] **26**:6 **179**:7
**location** [2] **70**:17,19
**log** [1] **91**:23
**logged** [5] **89**:2,14 **90**:19 **98**:16 **102**:
16
**logical** [1] **158**:5
**long** [9] **6**:2 **7**:24 **8**:23 **9**:5,11,17 **17**:
19 **24**:19 **162**:12
**long-standing** [1] **94**:13
**longer** [4] **152**:15 **165**:10 **173**:2 **174**:
14
**look** [37] **13**:21 **20**:9 **23**:2 **48**:11 **55**:
22 **57**:17 **74**:8 **81**:9 **82**:18 **84**:12,15
**85**:2 **86**:12,16 **87**:25 **94**:21 **95**:8 **99**:
21,22 **105**:6,8 **113**:3 **116**:17,19 **118**:
10 **121**:20 **128**:7 **129**:17 **131**:2,3
**136**:4 **143**:8 **144**:16 **145**:22 **149**:13
**163**:14 **186**:10
**looked** [2] **26**:14 **161**:7
**looking** [2] **11**:19 **172**:14
**looks** [4] **71**:24 **103**:3 **129**:24 **130**:5
**loss** [1] **178**:21

**lost** [3] **178**:4,6,23
**lot** [5] **68**:17 **91**:16,20 **180**:4 **181**:12
**lots** [1] **91**:19
**low** [1] **101**:3
**lower** [1] **37**:5
**lunch** [1] **144**:4
**luncheon** [1] **144**:5

## M

**m.d** [3] **161**:22 **162**:20 **181**:11
**made** [6] **46**:9 **52**:23 **81**:11 **122**:13
**141**:23 **169**:17
**mail** [1] **20**:25
**mailbox** [1] **13**:5
**mailed** [5] **37**:19 **38**:13,15 **57**:4 **65**:
3
**maintain** [3] **22**:24 **79**:17 **191**:5
**maintained** [2] **6**:7 **130**:22
**makeup** [1] **51**:25
**managed** [1] **77**:16
**manipulated** [1] **155**:4
**many** [11] **7**:4 **16**:15,19 **30**:6,12,13
**40**:3,5 **71**:23 **72**:4 **95**:4
**march** [13] **128**:6,21 **130**:5 **131**:12,
15,16,17,19 **132**:12,21 **134**:8 **158**:
14,24
**mark** [18] **13**:14 **19**:25 **47**:24 **57**:11
**87**:19 **112**:21 **115**:23 **118**:4 **121**:10
**123**:22 **129**:9 **135**:18 **140**:12 **144**:
10 **145**:16 **160**:5 **159**:13 **171**:25
**marked** [42] **13**:17,22 **20**:4,9 **29**:10
**48**:2,5,12 **49**:23 **51**:7 **57**:14,18 **59**:5
**63**:10 **66**:5 **87**:22 **93**:12,25 **99**:17,
25 **112**:24 **115**:25 **116**:15 **118**:6
**121**:13,16 **123**:24 **124**:3 **129**:12,17
**135**:20,23 **140**:15,18 **144**:13,17 **145**:
19,23 **150**:8,12 **159**:15 **172**:4
**marker** [1] **94**:6
**marking** [2] **59**:5 **68**:11
**marriage** [1] **194**:15
**martin** [11] **37**:14 **39**:9,10 **41**:24 **42**:
9 **43**:4,13,23 **44**:15 **49**:15 **185**:8
**marvin** [1] **42**:15
**masters** [3] **10**:5,9,11
**match** [1] **105**:9
**material** [1] **127**:18
**matter** [6] **102**:25 **107**:24 **125**:5,17
**186**:18 **194**:16
**mclaughlin** [56] **2**:10 **4**:7,18 **13**:14
**19**:2,25 **22**:3,22 **23**:5 **38**:5 **47**:23 **57**:
11 **76**:19,23 **87**:19 **88**:4 **99**:14 **105**:
10 **112**:21 **115**:22 **118**:3 **121**:10
**123**:21 **127**:8 **129**:3,9 **130**:13,25
**135**:17 **139**:9 **140**:12 **144**:3,8 **145**:
16 **148**:23 **149**:4,14,18 **150**:5,20
**154**:15 **159**:12 **166**:4 **169**:11,24
**170**:5 **171**:25 **174**:16 **175**:19 **177**:
15 **178**:19 **182**:6 **189**:7,11 **191**:7
**192**:4
**md** [1] **178**:23
**mean** [12] **21**:16 **57**:24 **58**:25 **77**:8
**111**:14 **119**:18 **137**:20 **162**:11 **167**:
5 **178**:22 **183**:24 **189**:4
**meaning** [1] **124**:8
**means** [5] **88**:12,16,17 **111**:15 **180**:

19
**meant** [4] **47**:9 **88**:15 **123**:13 **172**:9
**medical** [22] **5**:21 **8**:9 **11**:21 **15**:25
**17**:6,6,11 **20**:18 **30**:5 **60**:18 **73**:24
**127**:21 **146**:18,19 **148**:14 **151**:9
**152**:4 **162**:14 **179**:19,23,24 **182**:13
**medicine** [15] **10**:22 **15**:16 **16**:11
**50**:8 **66**:8,15 **67**:11 **69**:21 **140**:19
**145**:5 **160**:24 **164**:14,15 **166**:7 **179**:
16
**meeting** [5] **32**:9 **44**:18,20,21 **62**:6
**meisenberg** [8] **28**:21 **29**:2,14,19,
21 **31**:4,9 **32**:10
**member** [2] **46**:15,16
**members** [1] **180**:9
**memo** [6] **99**:17,21,23 **102**:24 **103**:
4 **169**:25
**memorandum** [2] **100**:2 **155**:9
**memory** [1] **104**:17
**mend** [1] **157**:14
**mental** [3] **17**:8 **178**:24 **181**:12
**mention** [1] **115**:9
**mentioned** [6] **102**:21 **115**:15 **123**:
9 **143**:25 **155**:13 **183**:4
**mentioning** [1] **123**:12
**merits** [1] **157**:23
**merola** [2] **194**:6,21
**met** [2] **4**:16 **61**:9
**miami** [15] **62**:22 **69**:15 **70**:17 **78**:9
**80**:2 **95**:23 **153**:22 **155**:23 **156**:8
**157**:19 **170**:14 **177**:3,4 **183**:12,19
**michael** [3] **144**:19 **183**:17 **185**:2
**microbiology** [2] **52**:8 **66**:9
**mid-term** [13] **30**:8,18 **51**:11 **55**:8
**59**:12,15 **60**:5 **61**:2 **63**:11 **101**:2,9,
11 **111**:3
**mid-terms** [1] **55**:4
**middle** [1] **64**:20
**might** [10] **19**:7 **38**:3 **53**:13 **62**:21
**65**:14 **81**:10,12 **82**:19 **84**:2 **94**:9
**mind** [2] **14**:2 **23**:9
**mini** [2] **51**:8 **52**:15
**minus** [4] **95**:15,20 **96**:2,6
**missing** [1] **133**:15
**monday** [1] **89**:9
**monetary** [1] **180**:13
**money** [10] **123**:5,8,11 **126**:22 **161**:
17 **162**:7 **176**:24 **178**:6 **188**:12,14
**montague** [1] **1**:16 **2**:9
**morning** [2] **4**:14,15
**most** [2] **5**:4 **183**:6
**motion** [2] **139**:2,8
**move** [2] **15**:17 **179**:10
**ms** [58] **4**:7 **13**:14 **19**:2,25 **22**:3,22
**23**:5 **25**:6 **26**:24 **27**:21 **38**:5 **47**:23
**57**:11 **76**:19,23 **87**:19 **88**:4 **99**:14
**105**:10 **112**:21 **115**:22 **118**:3 **121**:
10 **123**:21 **127**:8 **129**:3,9 **130**:13,25
**135**:17 **139**:9 **140**:12 **144**:3,8 **145**:
16 **148**:23 **149**:4,14,18 **150**:5,20
**154**:15 **159**:12 **164**:3 **166**:4 **169**:
11,24 **170**:5 **171**:25 **174**:16 **175**:19
**177**:15 **178**:19 **182**:6 **189**:7,11 **191**:
7 **192**:4
**much** [7] **27**:10 **38**:2 **40**:9 **107**:19

**161**:17 **162**:6 **174**:4
**multiple** [2] **32**:3,6
**must** [6] **9**:12 **51**:13 **110**:22 **111**:2
**147**:22 **151**:23
**myself** [1] **173**:13

## N

**name** [22] **4**:8,17 **26**:4,20,20 **34**:7,9
**57**:20 **60**:12,13 **78**:4 **79**:13,16 **87**:4,
5,6,7,11,11,12,13,15
**names** [3] **70**:15 **87**:2 **179**:5
**nancy** [3] **70**:15 **87**:2 **179**:5
**nassau** [1] **179**:8
**national** [3] **73**:24 **76**:9 **127**:20
**nature** [1] **181**:14
**nbme** [17] **127**:19,20 **128**:14,22 **129**:
6 **157**:9,12,20,23 **158**:9,12,17,22
**159**:11 **164**:16,22 **185**:15
**need** [5] **5**:10 **65**:8,10 **177**:17 **178**:
19
**needed** [1] **181**:21
**neuro** [2] **36**:13,20
**never** [19] **31**:23 **102**:21 **103**:21 **111**:
9,9,11,21 **115**:20 **126**:9 **143**:24,25
**145**:15 **153**:18,20,24,25 **167**:16 **178**:
13 **190**:10
**new** [26] **1**:16,17 **4**:4,13 **8**:8,15,18
**10**:15,19 **69**:3 **80**:3,5,10 **133**:18,21
**134**:4 **159**:8 **167**:10,13,13,20 **177**:2,
3 **188**:19 **194**:3,7
**next** [10] **26**:15 **32**:11 **51**:6 **112**:22
**115**:23 **135**:18 **141**:17 **157**:22 **172**:
2 **173**:6
**nice** [1] **4**:16
**nine** [4] **141**:16 **143**:5,9 **163**:23
**nobody** [4] **23**:22 **27**:24 **124**:13 **177**:
10
**nods** [1] **11**:7
**none** [1] **143**:3
**norm** [1] **100**:21
**northern** [1] **179**:9
**notary** [5] **1**:17 **3**:19 **4**:4 **191**:15 **194**:
6
**noted** [1] **191**:9
**notes** [9] **96**:16,17 **97**:9,11 **115**:4,14,
18,20 **182**:16
**nothing** [2] **25**:20 **66**:25
**notice** [1] **62**:23
**noticed** [1] **68**:10
**notification** [1] **78**:24
**notify** [1] **135**:12
**november** [1] **133**:13
**number** [16] **34**:14 **35**:15 **50**:2 **70**:
14 **73**:3 **85**:7 **96**:12 **172**:16 **176**:7,
23 **177**:12,24 **179**:4 **180**:13 **183**:5
**187**:4
**numbers** [2] **21**:22 **177**:9

## O

**objections** [1] **3**:13
**obligation** [1] **161**:16
**obtaining** [4] **161**:22 **162**:19,20
**181**:16
**obviously** [1] **188**:3
**october** [10] **151**:2 **172**:19,20 **173**:8,
10 **174**:5,17,23 **175**:23 **194**:18

**office** [31] **24**:11 **25**:7 **30**:3 **42**:25 **97**: 25 **98**:3,8,15 **107**:2 **116**:24 **119**:20 **120**:2,24 **124**:8,8 **133**:23 **135**:16 **136**:22 **137**:14,18,21 **141**:24 **156**:10, 11 **159**:8 **166**:25 **167**:9,13,20 **173**: 11 **182**:18

**offices** [1] **1**:15

**official** [10] **22**:14 **23**:12 **24**:20,25 **65**:13 **77**:6,8 **117**:11,14 **138**:9

**officially** [4] **15**:7 **152**:23,25 **161**:15

**officials** [1] **182**:14

**often** [3] **72**:25 **75**:2 **187**:21

**okay** [9] **11**:10 **19**:9 **160**:10,13 **165**: 5 **168**:19 **172**:10,22 **181**:4

**old** [1] **53**:21

**once** [4] **75**:5 **76**:3 **106**:4 **152**:8

**one** [90] **11**:5 **15**:4 **17**:4,6,7,11 **28**:5 **33**:12 **40**:14,16 **41**:3 **43**:6,8 **44**:3,11, 15 **45**:3,11 **49**:16 **52**:7,7,11 **54**:18 **55**:3,4,7,11 **56**:9,10,14 **57**:3 **58**:2,14 **59**:12 **60**:4,9,11,25 **61**:10 **62**:8 **63**: 18 **64**:7 **70**:6,7,11,12,12,20,25 **71**:3 **73**:13,16,23,24 **74**:3,6 **76**:8 **77**:17 **83**:15 **87**:3 **93**:3 **95**:7,24 **97**:14 **105**: 8 **110**:12 **130**:11,17 **131**:12 **132**:11 **134**:13,14 **146**:6 **151**:7 **154**:23 **155**: 3,6 **157**:7,10,16 **161**:6 **164**:24 **167**: 25 **168**:6 **176**:19 **183**:18 **184**:6 **185**: 12 **187**:11 **188**:6

**ones** [2] **49**:5 **187**:22

**only** [21] **5**:12 **12**:23,24 **22**:12 **34**:20 **49**:6 **55**:17 **63**:9 **64**:25 **70**:21,25 **71**: 21 **72**:9 **81**:5 **91**:12 **95**:7 **103**:22,23 **130**:9 **160**:2 **168**:19

**operate** [1] **123**:10

**opinion** [1] **162**:3

**opportunity** [2] **122**:2,6

**opposition** [2] **150**:8,13

**oral** [3] **40**:22 **42**:20,22

**order** [10] **1**:14 **63**:3 **128**:14,18 **139**: 24 **151**:22 **152**:20 **157**:20 **159**:23 **166**:20

**orders** [1] **173**:13

**ostracized** [2] **180**:16 **181**:9

**other** [81] **11**:5 **12**:12,22 **22**:5 **23**:15 **27**:23,25 **33**:5,8,16 **34**:12,16 **35**:17, 19,22 **41**:10,11 **45**:10,22 **47**:22 **49**:3, 4 **51**:13,20,21,25 **54**:3 **55**:19,21 **56**: 13 **59**:16 **61**:16 **62**:11 **63**:13,15,21 **64**:6 **69**:22 **70**:4,23 **78**:23 **81**:3,21, 24 **83**:11,13 **86**:19,20,22,24 **87**:18 **104**:14 **105**:14 **110**:2 **113**:18 **120**: 25 **146**:14 **150**:2 **153**:13 **156**:17 **162**:16,23 **164**:3,3 **170**:12 **171**:15, 16 **172**:22 **174**:21 **176**:14 **177**:7 **181**:6,8 **182**:23 **185**:20 **186**:16,16 **188**:2,6 **189**:2 **190**:7

**others** [1] **111**:23

**otherwise** [5] **11**:16 **52**:23 **56**:4 **82**: 16 **149**:7

**out** [23] **13**:4 **21**:18 **32**:13 **37**:4 **47**: 13,15 **56**:7,11 **59**:3 **62**:21 **71**:11 **78**: 20 **91**:13,14,23 **101**:4 **102**:12 **104**:5, 16 **133**:7 **137**:7 **162**:13 **185**:6

**outcome** [1] **194**:16

**over** [6] **4**:17 **28**:8 **31**:5 **134**:22 **142**: 19 **186**:10

**overtime** [1] **188**:14

**owed** [2] **188**:12,14

**own** [2] **120**:6,16

## P

**p.m** [1] **191**:9

**package** [3] **131**:18 **132**:2,3

**page** [35] **22**:11 **113**:25 **129**:25 **130**: 8,10 **136**:5 **141**:7,15 **143**:5,8 **150**:25 **151**:7 **157**:4,21,23 **159**:21 **160**:17 **163**:16,19,23 **164**:6 **165**:14 **166**:4,6, 12 **167**:6,18 **168**:13,22,24 **170**:7,10 **190**:20 **192**:3 **193**:7

**pages** [3] **130**:11,17 **131**:4

**paid** [5] **161**:17,19 **162**:6 **177**:20 **188**:13

**paper** [1] **94**:25

**papers** [1] **74**:8

**paragraph** [9] **115**:3 **136**:23 **138**: 10,25 **141**:9,14 **146**:17 **151**:7 **167**:4

**part** [17] **16**:11 **49**:17 **72**:20,21 **75**: 20 **81**:13 **101**:15,16 **131**:18,22 **132**: 2 **154**:13 **164**:24,24 **169**:12 **172**:17, 18

**particular** [4] **19**:15 **40**:14 **45**:11 **187**:14

**parties** [2] **3**:7 **194**:14

**parts** [6] **41**:10,11 **60**:23 **81**:21 **82**:2, 4

**pass** [14] **34**:2 **35**:2 **36**:20 **82**:8,15 **92**:16 **107**:7,10,22,23,23 **128**:8 **158**: 25 **182**:3

**pass/fail** [1] **105**:2

**passed** [10] **35**:4 **74**:10 **101**:16 **104**: 22 **106**:16,21,24 **128**:17,22 **141**:11 **154**:7,19 **164**:8,11,16,22 **182**:2 **185**: 14

**passing** [9] **101**:15 **104**:17 **114**:21, 23 **128**:11 **157**:9,16,18,20

**password** [1] **78**:8

**past** [2] **119**:21 **178**:12

**pathology** [20] **52**:7,9,11 **54**:18 **55**: 10 **56**:7,9,10,14 **57**:3 **58**:2,13 **59**:11 **60**:4,11 **61**:10 **63**:18 **64**:7 **66**:8 **71**:3

**patient** [1] **17**:11

**patients** [1] **82**:17

**pay** [8] **8**:15 **111**:19 **126**:22 **154**:4,22 **161**:19 **167**:15 **168**:4

**paying** [1] **177**:23

**payments** [1] **123**:14

**pbl** [1] **44**:20

**pe** [2] **110**:16,16

**penalize** [1] **53**:11

**penalized** [1] **53**:9

**penalties** [1] **52**:25

**pending** [1] **5**:13

**penmanship** [6] **94**:5,9,11,18 **102**: 4,6

**people** [13] **11**:8 **27**:24,25 **33**:16,18 **47**:2 **55**:24 **87**:18 **94**:12 **97**:7,15 **106**:15 **107**:6

**percent** [23] **40**:17 **41**:4 **43**:6,9,22 **44**:3,11,16 **45**:3,7 **49**:16 **55**:4,7 **58**:

**12** **59**:11 **60**:4,9,25 **92**:18 **93**:23 **107**:15,18,25

**percentage** [5] **31**:16 **40**:2,10 **41**:2 **45**:3

**percentage-wise** [1] **73**:11

**perez'** [2] **124**:8 **185**:25

**performance** [2] **114**:19,21

**period** [2] **125**:25 **143**:19

**permission** [2] **158**:19,23

**perri** [17] **83**:23,25 **84**:18,22,23 **85**: 20 **112**:15 **113**:7,14,21 **116**:4 **121**: 18 **122**:25 **124**:5 **125**:16 **138**:16 **186**:7

**perri's** [1] **169**:25

**person** [10] **20**:25 **28**:7,9 **29**:16 **42**: 24,25 **46**:22 **47**:20 **80**:18 **93**:12

**personal** [1] **45**:16

**personally** [3] **109**:7 **123**:13 **184**: 16

**pete** [1] **70**:12

**pharmacist** [5] **5**:25 **7**:23 **8**:11 **112**: 5 **190**:16

**pharmacology** [4] **9**:9 **10**:10 **52**:7 **66**:7

**pharmacy** [6] **7**:3,11,12 **8**:24 **191**:5, 5

**phase** [2] **167**:7 **168**:5

**phone** [26] **28**:8 **42**:24 **80**:14,18,19 **81**:4 **83**:15 **84**:5,6 **85**:10,11,14,15, 18,21 **94**:16,19 **99**:11 **100**:17,23 **112**:11 **114**:3,6 **149**:7 **182**:16 **186**:3

**phony** [6] **90**:11 **91**:17,19 **114**:12,14, 17

**physical** [3] **105**:22 **107**:21 **110**:17

**physiology** [2] **36**:14,21

**place** [1] **169**:22

**placed** [1] **104**:3

**places** [1] **120**:25

**plaintiff** [2] **1**:13 **88**:7

**plastic** [5] **71**:23 **72**:18,24 **75**:16,18

**please** [13] **4**:8 **5**:9,11 **20**:2 **81**:9 **87**: 20 **90**:24 **129**:10 **144**:11 **150**:6 **182**: 15,24 **183**:2

**plus** [9] **18**:10,14,17,21 **19**:21 **21**:11 **23**:21 **25**:23 **28**:12

**point** [23] **12**:4 **15**:18 **16**:3 **17**:22 **24**: 23 **39**:23,25 **47**:13 **64**:14 **67**:3,6 **68**: 8 **90**:8 **97**:24 **111**:5 **125**:3,15 **132**: 15 **142**:2 **151**:20 **153**:13 **164**:21 **169**:20

**pointed** [1] **170**:7

**points** [19] **39**:17,20,24 **43**:5 **74**:24 **96**:14,21,22 **97**:2,8,17,20,21,22 **103**: 14 **104**:15

**policies** [3] **120**:17,20 **121**:2

**policy** [5] **22**:2 **120**:22,23 **146**:18 **147**:13

**poor** [3] **94**:5,9,11

**portion** [19] **16**:9,20 **22**:5 **31**:25 **41**: 18 **43**:6 **44**:4,11,16 **71**:22 **72**:15 **74**: 20 **91**:6 **93**:20 **101**:4,20,21 **102**:8,13

**position** [2] **5**:23 **6**:3

**possible** [4] **101**:4 **102**:12 **120**:10, 21

**post** [2] **55**:23 **120**:17

**posted** [17] **55**:18,25 **79**:10 **88**:9,23 **102**:15 **119**:13,16,18 **120**:10,14,20, 23 **122**:15,19,19 **138**:23

**poster** [1] **13**:3

**posting** [1] **114**:11

**postings** [3] **120**:4,7,11

**practical** [3] **71**:22 **72**:21,24

**practicing** [1] **162**:15

**practitioner** [1] **179**:11

**pre-register** [4] **111**:14,15,17,18

**pre-registered** [3] **111**:10,11 **153**: 25

**pre-registration** [3] **127**:18 **154**:3, 4

**precedes** [1] **158**:12

**prepared** [1] **29**:10

**prerequisite** [8] **157**:10,12,15,18, 19 **158**:9,10,16

**presented** [1] **97**:13

**presumably** [2] **51**:18 **65**:18

**presume** [4] **16**:23 **17**:22 **64**:12 **123**:3

**presumed** [1] **11**:15

**pretty** [2] **38**:2 **174**:4

**prevent** [1] **139**:18

**prevented** [1] **157**:7

**previously** [1] **115**:3

**print** [1] **79**:20

**printout** [1] **79**:20

**prior** [17] **44**:10 **49**:10 **50**:10 **65**:6,9, 12 **66**:23 **77**:19 **78**:12 **91**:23 **100**:4 **136**:16 **146**:10,13 **172**:24 **188**:17,19

**privacy** [1] **169**:2

**privy** [1] **169**:15

**probably** [5] **5**:4 **24**:18 **27**:11 **32**:15 **161**:4

**probation** [1] **10**:25

**probblem** [1] **41**:4

**problem** [15] **18**:11 **29**:20 **40**:19 **41**: 18 **42**:18 **44**:21 **46**:25 **49**:17 **50**:14 **60**:23 **86**:11,21 **94**:13 **117**:20 **163**:2

**problems** [4] **179**:19,20,23,25

**procedure** [3] **31**:9 **32**:18 **163**:20

**procedures** [2] **29**:22 **126**:12

**proceed** [2] **117**:20 **162**:4

**proceeded** [1] **29**:5

**proceeding** [1] **181**:11

**process** [3] **141**:23 **162**:25 **166**:19

**produce** [3] **182**:15,19,24

**produced** [8] **130**:10,14,21 **175**:21 **177**:8 **182**:8,11,14

**production** [2] **130**:11 **182**:12

**profession** [1] **178**:21

**professor** [14] **26**:17,22,27 **20** **34**:4, 5,6 **40**:25 **42**:17 **60**:10,14,20 **70**:6, 10 **183**:11

**professors** [4] **70**:8,14 **181**:5 **184**: 7

**program** [4] **15**:25 **69**:18,19 **123**:6

**progress** [2] **103**:24 **122**:16

**progressed** [1] **7**:22

**proof** [4] **81**:24,25 **82**:3 **114**:22

**properly** [3] **37**:4,9,13

**provide** [5] **105**:20 **124**:15 **148**:12 **175**:11 **177**:13

provided [7] 24:18 77:20 124:19 134:5 161:12 175:5,15
provision [5] 163:10 164:18 165: 15 167:23 170:7
provisions [2] 161:24 168:20
psychological [1] 181:13
psychologically [1] 163:25
public [5] 1:17 3:19 4:4 191:15 194: 6
purportedly [1] 171:17
purposes [2] 53:2 170:2
pursuant [1] 1:14
put [5] 10:24 23:5 38:5 105:10 175: 9

## Q

queens [5] 4:12 125:4 136:2,14 150:15
question [12] 3:14 5:3,9,13 16:7 93: 11 127:7,11 141:5 154:16 160:7 172:15
questioning [2] 90:14 91:20
questions [6] 5:6 97:13,16 160:8 189:12 191:8
quiet [4] 53:9,20 62:14 68:18
quotation [1] 169:3
quote [1] 165:11

## R

rather [1] 172:23
re-application [2] 166:20,24
re-register [1] 126:9
re-registering [1] 126:7
reach [1] 85:13
read [6] 48:13 57:19 127:11 150:17, 21,23
reader [1] 95:14
reading [1] 166:3
real [1] 158:20
really [1] 96:7
reapply [5] 138:17,18,19 142:2,5
reardon [1] 185:11
reason [5] 10:18,25 63:9,15 94:10
reasonable [1] 94:6
reasons [2] 63:3 167:25
recall [131] 8:2 12:15,16,21 13:10, 11,13 14:5,8 15:2,6,23 16:6,17 17:2, 14 18:6 20:24 25:3 27:18 30:11,13, 20,23 31:12,19 32:16 33:22,24 35: 21,25 36:16 38:20 39:22 40:11,12, 14 41:7,11 45:8,10,11,22 46:3,23 48:14 49:2,4 52:4 54:8 55:25 56:5 57:8,9 68:9 59:13 64:9,17,25 67:15 68:15,15,21 69:12 70:15 71:10 72: 4,6,14,16 73:3,5,8,12,21 74:6 76:11 77:25 78:5 79:15 80:20 83:2,13 87: 7 92:8 93:7 94:8 95:12 96:3 101:7, 10,24 102:2,7,10,22 103:12,15,16 105:22 108:8 113:13,20 114:5 115: 13 116:12 120:19 125:11,18 126:2, 5 128:5 131:8 136:9,19 137:6,8 147:19 148:22 149:19 150:4 151:4 155:18 156:17,23 157:3 171:13,14 184:24 187:2 188:23
recalls [1] 139:10
receive [1] 7:7 9:4,24 19:20 20:20,

23 22:13 24:21 25:4 37:18 55:10, 13,18 64:21 74:10 76:14 78:24 96: 2 98:20 104:15 115:17,19 117:23 124:18 125:21 127:17 128:10 135: 14 136:21 158:4 174:21
received [53] 13:8 14:12 17:23 19: 8 21:23 22:4,15 37:21,25 38:22 39: 3 41:3 44:3,10,15 56:13 58:5,7,10, 22 59:22 61:3,12 64:14 65:13 67:3 68:8 71:13 74:13 76:25 98:19 101: 8 102:12 103:21,23 104:2 105:13, 14 115:20 117:11,25 118:17 121:4 125:22,23 129:6 145:9 147:17 154: 17 158:6 185:13,17 190:6
receives [1] 169:7
receiving [10] 63:15 65:2,6,9 66:23 101:10 113:13 122:9 161:17 181: 19
recently [1] 179:9
recess [2] 76:21 144:5
recollection [3] 12:2 64:19 114:7
recommendation [1] 132:12
record [19] 4:9,25 19:4 23:6 38:6 76:20,24 100:2 105:11 129:21 130: 14,19 144:9 169:12,19 177:16 189: 8,10 194:11
records [7] 49:6 105:11,19 159:7 165:4 169:5 178:2
recovery [1] 176:11
redid [1] 107:3
reduce [1] 53:13
refer [2] 21:6 177:12
reference [1] 22:12
referred [5] 17:5 26:25 112:15 127: 10 141:4
referring [20] 48:24 91:4,15 95:21, 22 103:6,8,17 120:8,12 122:17 141: 14,15 143:6,13 151:21 154:13 166: 12 170:20 186:9
refers [3] 38:12 52:19 114:3
reflect [2] 98:23 114:18
reflected [6] 23:16 41:19,22 43:9 106:19 118:20
reflecting [3] 18:20 19:21 149:10
refused [2] 43:5 55:6
regard [1] 155:21
regarding [6] 52:20 86:8 88:8 121: 19 183:9
regardless [1] 86:18
register [6] 126:10,11,18,21 153:12 167:20
registered [8] 111:20 136:25 141: 17 151:15,24,24,25 167:8
registrar [2] 116:24 181:24
registrar's [13] 97:25 98:3,8,15 119:19 120:2,14,24 135:16 136:22 137:13,18,21
registration [5] 111:10,21 126:12 167:12,14
regret [1] 145:3
regular [3] 52:2 66:19 161:18
regularly [1] 20:20
regulation [3] 120:8 140:7 152:19
regulations [6] 120:6 132:18 140: 21 141:3 160:25 163:17

rejected [2] 133:8,9
relate [1] 188:11
related [5] 21:19 73:18 179:21,25 194:13
relates [1] 180:11
release [12] 124:15,19 142:9 149: 21,23 161:22 165:9,20 172:18,23 173:5 181:17
released [3] 117:15 165:8 173:6
releasing [1] 146:5
relied [1] 182:20
relocation [1] 177:6
rely [2] 182:6,9
remain [2] 141:16 151:23
remainder [2] 130:19 141:19
remained [1] 53:24
remaining [1] 5:6
remediate [1] 92:11
remediated [1] 92:3
remember [31] 12:9 26:4,5,19,20 27:10 34:7,9 37:20 40:3,5 56:22 59: 14 60:13 64:4 66:25 71:15 87:14 92:3 93:16 95:6 101:21 103:9,13 105:7 112:3 163:10 171:19 175:18 184:20,22
reminder [1] 86:10
removed [1] 18:16
rendin [1] 185:2
rendon [1] 144:19
repeat [13] 5:9 32:12,14,16,19,25 64:5 108:6,9,11,15 127:6,8
replied [1] 86:14
report [5] 23:17 52:25 120:18 146:5 156:21
reported [1] 70:9
reporter [21] 4:25 13:19 20:7 48:4 57:16 87:24 99:19 113:2 116:3 118: 8 121:15 124:2 127:12 129:15 135: 22 140:17 144:15 145:21 150:11 159:18 172:7
reporting [2] 69:16 156:23
represent [1] 4:19
representing [1] 177:21
request [31] 14:22,25 15:5 19:4 23: 6 38:6,18 65:5,8,10,11,12 89:9,10, 12 105:11 115:6,11 117:3 123:14 141:12,21 148:24 149:15 166:13,21 169:6,7 175:20 177:15 182:12
requested [6] 19:3 115:3 123:5 124:16 177:10
requesting [1] 122:9
requests [2] 122:11 149:17
require [1] 166:15
required [9] 16:12,16 61:6 108:11, 15,20 128:14 147:14 166:20
requirement [2] 145:12 151:16
requirements [3] 61:9 119:12 182: 5
requires [2] 119:24 146:18
reserved [1] 3:14
reside [1] 4:11
resolving [1] 169:25
respect [1] 163:18
respected [1] 163:19
respective [1] 3:7

respond [5] 82:20,20 84:14 138:12 156:20
responded [1] 82:21
responding [3] 123:2,2 148:20
response [9] 26:13 28:13 49:20 61: 4 80:15,17 118:17 156:19 182:10
responses [2] 172:15 182:21
rest [2] 109:9,10
restarted [1] 178:11
results [1] 51:8
retake [19] 33:25 62:3 106:15,22 107:3,7 108:20 109:17 110:5 111:6 126:15 140:8 141:13,22 142:5 165: 18,23 166:14 181:21
retaking [1] 107:5
retook [2] 92:14 107:9
return [18] 68:22 122:2,6,11,23 123: 5,7,14 153:13,16,21,22,24,25 154:2, 24 168:15,17
returned [4] 19:10 69:13 153:18,20
reviere [5] 42:15,16,23 44:5 45:12
review [3] 31:21 57:23 169:4
reviewed [4] 14:4 88:10 124:7 140: 22
reviewing [1] 14:2
revised [1] 93:19
reyes [2] 169:10,15
rid [1] 53:22
rights [1] 169:2
rock [1] 45:18
ronnie [1] 183:6
rosemarie [1] 185:11
ross [85] 4:19 8:7 10:21 11:15,19, 22 12:5,13,18,23,24,25 13:24 14:12, 14 15:11,15 20:10,18 21:25 24:21 27:16 29:6 32:19 35:23 46:19 47:7, 10 50:7 51:15 69:10 77:20 83:19 84:18 111:16 113:19 116:24 118: 15 119:25 120:5,16,19 122:8,22 125:25 135:25 139:24 140:19 142: 15,19,22 144:19 145:5,14 150:14 151:17 153:2 154:3 157:8 160:19, 23,25 161:2,9 165:15,19 166:6 167: 22,24 168:21 169:8 170:23 171:17 178:5,10,13 180:17,23 181:24 182: 13,21 185:12 188:18 190:7 191:3
rotate [1] 46:21
rotation [3] 122:3,7,12
rule [1] 11:5
rules [3] 4:24 140:20 163:17
runs [2] 17:20 64:3
rusm [2] 151:23 152:10

## S

salary [1] 178:12
same [14] 3:9,19 5:2 23:16 34:5,6 46:22 58:17 70:24 86:9 87:18 113: 25 159:21 175:15
sat [5] 135:5 142:10 143:22 145:9 147:8
satisfactory [1] 110:13
saturday [1] 90:6
saw [13] 13:2 39:4 48:17 58:21 79: 10,16,16,18,22 93:23 98:17 100:7 102:24

saying [16] 11:7 42:4 47:12 85:22 87:18 102:22 120:13 131:9 152:13 153:5 167:22 169:22 172:23,24,25 174:14

says [44] 21:11 22:10 58:11,19 83:4 86:18 88:13,22 90:24 91:12 92:18 94:21 95:8,14 97:12 100:10 107:2 113:10 115:3 123:4 136:24,24 137:9 138:10,25 140:7 141:9,16,20 143:10 145:2 146:17 147:20 151:8 152:8,15 157:5 163:16 166:12 167:7 169:25 170:10 176:2 177:6

scan [3] 72:9,10,11

scheduled [3] 143:12 158:21 163:24

school [44] 8:23 10:22 14:19,23 15:15,25 20:18 30:5 46:5 50:8 56:23 60:18 62:10 106:24 121:25 123:12 124:20,23 125:8,15 132:18 134:19 137:2 138:11,14 139:4,6 140:19 142:8 145:5 146:19,20 148:14 152:5,20,24 153:4,7 160:23 161:15 162:14 166:7 178:17 189:24

school's [3] 70:17,19 106:18

schooling [1] 176:21

schools [4] 10:23 11:12 12:23 190:7

science [11] 60:7,9 16:2,5,8,20 36:6,13,21 52:13 63:25 66:2 67:17 69:23 143:10 157:17 164:9,12,16 168:5

sciences [1] 167:9

score [43] 30:24 40:15,16,18,19 41:2,17 44:7 45:13 61:16 62:7 63:11 83:19 101:3,12 103:21 106:9,11 107:11,13,16 128:11 129:6 142:9 146:5 149:21,24 157:24 161:23 162:13,20 165:13,20 167:3,4,5,6 172:18,23 173:5 176:3 181:18,19

scored [9] 20:17 43:22 49:17 55:3,7 60:4,9 105:3 107:12

scores [25] 21:17 22:7 30:25 31:6,21 40:13 41:8,13,15,17 60:14,17 103:13,16,19 104:7,10,20,25 105:4,9,12,14,19 118:20

scoring [1] 59:11

sealing [1] 3:8

second [19] 24:15 25:13 38:16 48:8 63:23 94:21 95:8 107:16 131:21 132:25 133:3,6 134:14 136:5 141:12 146:17 157:18 160:15

secretary [2] 85:17 185:25

see [25] 19:21 53:15 57:5 58:10 79:9 88:11 89:19 90:12,18,25 104:5 115:10,16 117:10,19,21 119:10 120:4 124:11 144:23 145:6 146:23 148:19 179:17,22

seeing [5] 14:5,8 44:15 48:14 55:25

seeking [2] 176:11 180:7

seemed [1] 31:11

seems [5] 29:20 100:18 114:11 162:7 169:13

seen [9] 20:12 88:18 100:3 140:25 144:20 165:13 169:8 179:2,4

seena [4] 131:24 165:9 172:25 174:13

seena's [1] 165:12

segment [4] 16:9 36:6 42:18 143:10

segments [1] 16:20

semester [64] 16:16,25 17:17,19 18:4,8 19:23 20:17 21:4 24:15 33:9 34:10,13,14 35:7,14 36:3,15 38:12 51:18,24,25 52:3,16 63:17,22,23,25 64:3,4,8,10,18,22,22 65:21,23,23,25 66:4,22 67:4,19 68:23,24,25 70:20 75:24 100:13 108:16 109:13 122:4,7,13,24 126:15,25 127:13,16 128:5 163:2 168:16

semesters [4] 16:19 35:11,20,24

sena [1] 131:17

send [5] 89:12 111:17 125:19 126:22 154:5

senior [2] 7:23 8:11

sense [1] 100:14

sent [16] 13:4 24:23 47:21 86:9 123:17 126:24 127:3 133:19,22 142:8 155:4 172:25 174:13 175:17 181:24 185:6

sentence [1] 141:20

sentences [1] 121:24

separate [3] 75:15,23 93:2

september [6] 1:9 24:14 33:3 64:24 65:19 111:25

series [1] 5:5

serve [1] 53:2

session [1] 144:7

sessions [1] 110:23

set [4] 4:24 176:8 194:10,17

settled [1] 188:13

settlement [2] 169:14,23

seven [5] 129:25,25 130:8,8,10

seventeen [3] 141:18 163:24 164:4

seventeen-week [2] 143:12,18

several [7] 70:8 73:2 118:14 119:6,8,14 170:12

shall [2] 3:9,14

she's [1] 87:9

sheets [2] 29:11 30:2

short [2] 35:12 76:21

shortly [4] 65:17 128:12,21 144:25

show [11] 66:5 91:19 112:19 121:16 135:23 139:2 150:12 167:24 168:3,6,9

showed [4] 25:12,13 44:8 171:22

showing [5] 44:10 45:12 88:4 99:24 116:14

shown [1] 23:12

shows [2] 88:22 163:20

sign [2] 77:16 91:19

signature [6] 116:20 131:9 136:6,7,8 151:2

signed [7] 3:19,20 131:15,16,22,23 151:5

signing [2] 136:9 151:4

similar [1] 70:4

simply [1] 167:15

since [5] 6:8 66:5 119:7 149:8 165:

13 175:23 177:23 191:3

sit [5] 96:21 128:15,18 132:14 142:25

site [20] 77:19,23 78:5,20 79:7,9,18,19 88:25 89:14 90:19 91:17,24 98:17 102:16 104:3 114:13 122:19 138:8,24

sites [1] 177:17

sitting [4] 100:4 136:17 139:19 146:14

six [4] 130:12,17 138:10 163:20

sixth [6] 68:23,23 122:3,7,12,24

sixty [3] 21:15 22:5 58:12

skp [1] 6:10

small [4] 40:24 110:23

soap [9] 96:15,17,20,20 97:12 103:5 115:4,14,20

society [2] 17:12 34:19

solely [2] 32:6 176:13

somebody [4] 32:15 85:15 107:2 148:20

somehow [1] 79:19

someone [4] 56:15,16 109:19 145:25

sometime [7] 8:3,4 9:22 13:12 64:23 68:4 171:6

sometimes [5] 30:10 93:8 94:24 95:23 102:5

somewhere [2] 15:21 38:3

soon [3] 84:3 120:10,20

sorry [14] 17:23 24:10 29:4 38:9 51:21 56:10,19 63:24 68:7 80:6 109:5 114:2 127:15 155:6

sort [3] 22:7 39:25 62:9

sought [1] 176:8

sounds [1] 21:24

speaking [4] 4:25 29:19 84:3 123:20

special [2] 158:19,23

specialist [2] 179:12,13

specific [3] 92:8 154:13 155:23

specifically [13] 13:11 27:12 30:14 73:8 144:19 145:25 151:14 163:11 166:8 168:14 175:16 186:9,24

spell [1] 24:5

spelled [1] 24:6

spend [1] 7:4

spent [2] 142:4 176:24

spoke [16] 25:25 27:16,19 32:15 37:14 47:20 50:3 81:5 84:18 86:19 100:16 123:16 124:22 125:15 171:16 183:14

spoken [2] 184:15 187:9

sponsor [5] 165:15,25 166:16

sponsored [9] 139:23 140:4 141:12,22 142:11,13,15 166:13,17

sponsors [1] 165:22

sponsorship [9] 137:3,5 138:2 142:20,23 144:2

spring [5] 11:25 12:3 13:12 128:2,3 st [6] 24:7,5 10:13

staff [4] 180:25 181:2,3 185:12

stand [2] 104:16 189:5

standards [1] 100:20

stands [1] 97:6

start [10] 14:23 15:5,7 16:24 35:14 36:2 126:8 131:8 161:5 168:6

started [6] 6:5 17:16 29:19 51:17 65:18 71:7

starting [8] 14:15,19 17:17 36:15 89:9 110:2,5 111:24

starts [2] 82:8,11

state [9] 1:17 4:4,8 49:24 130:13 142:22 172:18 194:3,7

stated [7] 27:12 109:22 132:17 157:20 165:17 167:24 180:6

statement [11] 93:15 95:18 108:25 128:13 129:20 151:12 157:11 167:19 169:16 172:25 174:14

states [13] 1:2 6:13,17 67:20 121:12 151:14 152:19 164:6 166:8,8 168:14,23,24

stating [4] 22:16 165:10 174:9 185:12

status [1] 126:4

stay [5] 53:9,20 62:14 68:18 97:8

staying [1] 96:15

step [29] 82:9,16 129:2,3,4,7 131:5 132:4 134:24 136:25 137:24 139:19,24 142:6 146:6 147:7 148:13 157:7,10,13,25 159:2,11 161:3 164:7,11 165:5,7 185:15

still [10] 7:17 36:5 80:3 86:10 112:13 113:10 136:21 160:3 170:15 176:3

stimulating [1] 85:21

stipulated [3] 3:5,12,17

stonybrook [2] 5:21 190:13

stopping [1] 122:16

strange [1] 98:5

street [3] 1:16 2:9 4:12

stress [3] 180:3,4 181:13

strike [1] 169:12

student [26] 6:20 15:20,22 44:25 46:11,12,14,17,24 47:5,10 53:21 95:15 117:4,6,9 141:20 146:19 148:14 151:9,15,16,22 152:8,14 161:14

student's [3] 52:21 157:8 169:5

students [22] 44:22,24 45:19 86:19,20,22 140:20 141:10,16 143:3 146:4,7,10 165:15,17 166:7,13 167:7,19 168:14 180:24 184:4

students' [1] 120:9

studied [6] 6:21 161:20

studies [2] 47:7 170:13

study [1] 6:23

studying [1] 6:25

stuff [1] 82:17

subjective [1] 95:13

submit [2] 12:5 119:25

submitted [1] 132:11

submitting [1] 13:6

subsequent [1] 124:7

substively [2] 186:5 187:5

subway [1] 177:5

succeed [1] 50:3

successful [1] 51:2

successfully [1] 164:13

sudden [1] 63:4

suffered [1] 162:12

**suffering** [1] 179:24
**suggest** [1] 160:19
**summer** [11] 51:21,22 52:5 54:12 64:11 109:2,4,6,8,8,20
**supplied** [1] 19:6
**supplies** [1] 177:2
**supply** [1] 178:3
**support** [1] 136:4
**supporting** [2] 177:9 178:20
**supports** [1] 177:17
**supposed** [5] 33:19 39:19 55:5 168:9 173:5
**supreme** [9] 100:9 102:25 125:5, 17 136:2,14 150:15 155:5
**suspect** [2] 13:12 91:10
**suspended** [2] 11:3 190:2
**suspicious** [1] 104:4
**sworn** [3] 3:20 4:3 194:10
**system** [2] 39:24,25

## T

**table** [1] 40:24
**talked** [6] 27:21 78:22 89:2 99:12 163:5 187:12
**talks** [2] 51:7 58:13
**taught** [1] 183:19
**teaching** [1] 15:25
**telephone** [2] 100:11 101:6
**tells** [1] 86:20
**ten** [7] 75:7 96:14,22,25 97:8 172: 16,17
**test** [11] 22:7 71:20,21 73:17 106:19, 25 137:10,13,16 138:2 149:8
**testified** [2] 4:5 188:24
**testify** [2] 189:4,21
**testimony** [2] 194:9,12
**tests** [6] 40:2,3,6,22 93:4 104:7
**theorhetical** [1] 16:10
**theory** [2] 16:13 36:8
**thereafter** [2] 128:22 144:25
**therefore** [1] 130:10
**third** [2] 36:3 157:19
**thirteen** [2] 164:6 176:7
**thirty** [1] 157:21
**thomas** [1] 184:5
**though** [4] 104:6 142:11 165:16,18
**three** [9] 35:15 56:14 64:3 75:8 110: 9 121:23 151:7 167:4
**throughout** [1] 46:22
**title** [3] 6:24 7:20,22
**today** [8] 14:6 22:21 48:15 100:4,11 142:3 188:3 189:20
**tony** [4] 170:22,24 171:11 187:9
**took** [34] 16:24 17:3,23,23 18:14 19: 16 21:4 30:5 34:18 40:4 61:6 63:18 66:7 74:9 75:23 81:15 86:24 97:11 99:22 101:16 106:10 116:19 127: 23 129:5 134:24 147:9 148:12 149: 8 151:9 153:3 158:13 165:7 169:22 191:4
**top** [1] 160:18
**touch** [1] 187:19
**toward** [1] 146:4
**toxicology** [2] 9:9 10:10
**transcript** [73] 12:11 18:19,24 19:5,

19,21 20:4,16,19,24 21:2 22:14,16, 19,25 23:12 24:17,20,20,24,25 25:5, 12,13 26:14,15 29:11 30:2 37:19,21, 25 38:11 39:3 55:13,17,20 57:4,14, 22 58:4,6,22 64:15 65:3,6,9,13 67:4 68:8 71:13 77:2,9 98:19,20,22 117: 4,9,12,14 118:6,13,16,19 119:20 120:2,18 121:5 122:10,20 125:22 137:22 182:10 194:11
**transition** [1] 148:5
**transportation** [1] 177:4
**traumatized** [2] 163:25 164:2
**treated** [5] 161:21 162:10,17 180: 20 181:6
**tremendous** [1] 153:10
**trial** [2] 1:12 3:15
**tried** [9] 23:22 24:2 27:23 28:2 49: 25 51:5 85:7,11 91:18
**tron** [1] 72:11
**trons** [2] 72:9,10
**troy** [1] 184:12
**true** [2] 157:11 194:11
**try** [5] 23:24 45:17 49:21 80:12 85:9
**trying** [2] 26:19 53:8
**tuition** [5] 112:9 123:14 156:6 161: 20 176:25
**turn** [1] 167:11
**turned** [3] 37:4 165:9,19
**twelve-week** [1] 143:11
**twenty-five** [3] 168:23,24 170:8
**twenty-three** [1] 168:13
**twice** [1] 166:22
**two** [30] 9:8 24:22 30:15,16 34:14, 20 35:13,20,24 47:24 48:2,6,11,13 51:8 52:15 66:7,9,9 69:7 73:25 100: 20 103:4 112:5 119:16 120:3 129: 10,12 132:6,10 134:7 161:2
**typically** [1] 30:6

## U

**u.s** [1] 168:25
**ultimately** [1] 181:12
**unaware** [1] 169:21
**unconscionable** [1] 92:19
**under** [4] 28:24 95:13 143:9 189:19
**undergraduate** [2] 7:8 10:12
**underneath** [1] 22:10
**understand** [7] 5:8,14 53:6 57:24 60:6 98:11 160:11
**understanding** [3] 118:25 167:18 181:20
**unfair** [1] 161:23
**united** [4] 1:2 6:13,16 67:20
**university** [59] 4:19 5:7,21 6:24 7: 5 8:7,23 9:5,11,17,19,21 10:13,21 11:16,19 13:24 15:11,15 20:10,18 29:6 33:7 35:23 50:7 69:10 84:19 116:25 119:25 122:8 135:25 139: 25 140:19 142:16,25 145:14 147:4, 6,10,14 150:14 153:2 160:23,25 161:9,16,16 166:7,25 168:23,24 169:6 171:17 180:17 182:13,21 188:18 190:8 191:3
**university's** [1] 141:24
**unofficial** [7] 22:11 23:16 24:17,19,

24 38:10 138:24
**unofficially** [2] 77:11,13
**until** [12] 10:16 98:4,21 103:22 104:10 110:12 148:2 167:2 173:12 175:3,9 181:23
**up** [26] 21:21 23:9 24:25 38:6 55:16 74:8 79:6 88:21 91:20 93:8 95:23 96:13 97:9,12 105:18 124:6 128:7 155:19 167:25 168:3,6,7,9 177:16 182:25 183:3
**upcoming** [1] 122:3,7,24
**upgraded** [1] 90:25
**upward** [1] 52:21
**useful** [1] 50:18
**usmal** [2] 82:9,16
**usmle** [70] 128:15,19,25 129:2,4,7, 12,24 130:2 131:5,19 132:4,14,22 133:23 134:24 136:17,25 137:24 138:12 139:19,24 141:11,13,22 142: 5,9,25 143:23 144:2 145:9,13 146:5, 18 147:7,13 148:13 152:6,11 157:7, 13,24 159:2,10 161:3 162:13 164:7, 11,24 165:5,7,10,12,16,18 166:11,16 166:14 167:5,6 172:21 173:10,16, 21 174:10,22 182:4,5,18 185:15

## V

**vacation** [4] 109:2,4,6,8,15,20
**various** [1] 33:6
**verify** [1] 133:10
**versus** [2] 135:25 150:14
**via** [1] 77:23
**viable** [1] 160:3
**view** [1] 78:12
**village** [1] 4:13
**visit** [1] 75:12
**visitation** [3] 74:23 75:3,11
**visiting** [1] 70:14
**vivian** [1] 70:13
**voice** [2] 85:16,21

## W

**wages** [1] 178:4
**wait** [4] 97:24 98:2,7 175:3
**waiting** [7] 112:13 113:10 119:7,8 138:19 162:13 176:2
**waived** [1] 3:10
**walk** [1] 75:13
**walking** [4] 29:5 97:15
**wall** [2] 55:22 56:2
**wanted** [7] 115:15 117:9,19 119:10 133:10 155:22 160:11
**wants** [1] 111:16
**warned** [2] 62:13 68:17
**warranted** [1] 114:21
**watch** [2] 75:12 189:3
**way** [9] 33:13 52:24 55:17,19 56:3 58:13 64:25 98:4,5,9 115:18 161: 21 162:10 194:15
**ways** [1] 162:16
**web** [7] 77:17,19,23 78:4 79:7,8,18, 19 88:25 89:14 90:19 91:17,24 98: 17 104:3 114:13 122:19 138:8
**week** [8] 24:22 35:13 69:5,6,7 163: 24 164:4 168:6
**weeks** [10] 24:22 35:13 110:9 115:4

119:6,9,14,17 120:3 141:18
**whatever** [4] 111:15 173:15 175:20 180:6
**whereof** [1] 194:17
**whereupon** [23] 13:16 20:3 47:25 57:13 76:21 87:21 99:16 112:23 115:24 118:5 121:12 123:23 127: 10 129:11 135:19 140:14 144:5,12 145:18 150:7 159:14 172:3 189:9
**whether** [2] 22:6 90:15
**white** [4] 50:2,5,16 51:3
**whole** [1] 180:23
**will** [43] 6:4 13:14 17:10 23:2,5,6 38: 5 49:21 52:22,25 53:2 57:22 66:5 84:15 85:2,19 86:16 89:8 91:19 93: 9 98:14 100:3 105:20 113:11 120:9, 20 129:9 130:20,25 137:3,5,9,15,23 145:16 149:16,18 160:12 177:13,16 178:2,19 182:25
**william** [2] 145:25 184:14
**wish** [2] 138:10,14
**withdraw** [4] 137:3,5 142:19,23
**withdrawal** [3] 139:15,17 142:22 143:17 148:8 164:2 185:7
**withdrawing** [2] 137:25 168:2
**withdrawn** [11] 11:11 139:3,5,11, 12 140:8 141:10,21 143:22 145:4 152:9,17 163:9 165:11,16,19 168: 15 173:2 174:15
**withdrew** [1] 144:2
**withheld** [1] 65:5
**within** [9] 3:8,18 24:22 119:16 120: 3 168:6 169:5 194:7,11
**without** [1] 163:24
**witness** [6] 4:3 88:5 99:24 189:4 192:3 194:17
**witness(es** [2] 194:9,12
**word** [1] 42:5
**words** [1] 55:21
**work** [7] 63:7 72:17 126:20 153:21 168:18 178:11 186:11
**worked** [2] 10:15 72:24
**working** [6] 6:19 75:15,18 178:7 190:13,14
**works** [2] 25:2 30:5
**worth** [2] 40:10 74:24
**write** [9] 89:20 95:2,23 97:9 102:5 148:11,15,17 174:6
**write-up** [7] 94:22,23 95:9,11 103:5 110:12 115:4
**write-ups** [7] 95:4 103:4,10,12,14 104:8,14
**writing** [8] 14:25 23:7 38:7 97:18 101:21 102:2 149:17 183:3
**written** [9] 27:14 31:25 32:3 42:21 72:7 101:23,24 102:8 124:11
**wrongfully** [1] 139:3
**wrongly** [2] 121:25 161:8
**wrote** [4] 97:12 103:12 118:14 174: 8

## Y

**year** [3] 8:5 9:23 104:6
**years** [7] 4:17 6:4 7:4,6 9:10,20 112: 5

york [21] 1:16,17 4:4,13 8:8,15,19 9:
18,20,25 10:15,19 69:3 80:4,5,10
177:2,3 188:19 194:3,7