**EXHIBIT "M"**

COPY

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
3      ------------------------------------------X
       ANAND DASRATH,
4
                                         PLAINTIFF,
5
               -against-          CASE NO. CV-07-2433
6
       ROSS UNIVERSITY SCHOOL OF MEDICINE,
7
                                         DEFENDANT.
8      ------------------------------------------X

9                         DATE: October 15, 2010

10                        TIME: 9:45 a.m.

11

12                   EXAMINATION BEFORE TRIAL of the

13     Defendant, ROSS UNIVERSITY SCHOOL OF

14     MEDICINE, by NANCY PERRI, taken by the

15     Plaintiff, pursuant to an Order, held at the

16     offices of Cullen & Dkyman, Esqs., 44 Wall

17     Street, New York, New York, before a Notary

18     Public of the State of New York.

19

20

21

22

23

24

25

SHEET 2  PAGE 2

2

1

2          A P P E A R A N C E S:

3

4              COSTELLO & COSTELLO, ESQS.
                   Attorneys for Plaintiff
5                  5919 20th Avenue
                   Brooklyn, New York 11204
6          BY:     JOSEPH R. COSTELLO, ESQ.

7

8              CULLEN & DYKMAN, ESQS.
                   Attorneys for the Defendant
9                  100 Quentin Roosevelt Boulevard
                   Garden City, New York 11530
10         BY:     JUSTIN CAPUANO, ESQ.
                   File No. 11001-11
11

12                  *          *          *

13

14

15

16

17

18

19

20

21

22

23

24

25

SHEET 3   PAGE 3

3

```
 1
 2                F E D E R A L   S T I P U L A T I O N S
 3
 4
 5                     IT IS HEREBY STIPULATED AND
 6       AGREED by and between the counsel for the
 7       respective parties hereto, that the filing,
 8       sealing, and certification of the within
 9       deposition shall be and the same are hereby
10       waived;
11
12                     IT IS FURTHER STIPULATED AND
13       AGREED that all objections, except as to the
14       form of the question, shall be reserved to
15       the times of the trial.
16
17                     IT IS FURTHER STIPULATED AND
18       AGREED that the within deposition may be
19       signed before any Notary Public with the same
20       force and effect as if signed and sworn to
21       before this court.
22
23
24                     *      *      *      *
25
```

4

```
 1
 2      N A N C Y    P E R R I, called as a witness,
 3      having been first duly sworn by a Notary
 4      Public of the State of New York, was examined
 5      and testified as follows:
 6      EXAMINATION BY
 7      MR. COSTELLO:
 8            Q.      Please state your name for the
 9      record.
10            A.      Nancy Perri.
11            Q.      What is your business address?
12            A.      630 Highway 1, North Brunswick,
13      New Jersey 08902.
14            Q.      Good morning, Dr. Perri.  How
15      are you today?
16            A.      Good, thank you.
17            Q.      My name is Joseph Costello.   I
18      represent the plaintiff Anand Dasrath in this
19      case against Ross University today.
20                    I'm going to be asking you a
21      series of questions about that lawsuit.
22                    As you can see we have the
23      court reporter here today so we ask that your
24      responses be verbal.
25                    If you do not understand any
```

SHEET 5   PAGE 5

5

1                          A. DASRATH

2       question, please tell me and I will rephrase

3       it.

4                    If you do not hear the

5       question, please tell me, I'll have the court

6       reporter read it back to you.

7            A.      Okay.

8            Q.      I also ask that you wait until

9       I finish the question before you respond

10      because the court reporter is not able to

11      take down the two of us talking at the same

12      time.

13                   So far do you understand these

14      instructions?

15           A.      Yes.

16           Q.      If you don't tell me you don't

17      understand the question, I will assume you

18      did understand it.

19           A.      Okay.

20           Q.      So I will continue.

21                   If you need to take a break,

22      please tell me.   I only ask that you wait

23      until you answer the question before you ask

24      for a break.

25           A.      Okay.

6

```
 1                      A. DASRATH

 2          Q.      Have you taken any medication

 3     today that would inhibit your ability to

 4     testify today?

 5          A.      No.

 6          Q.      Did you review any document in

 7     preparation for your testimony today?

 8          A.      Today, no.

 9          Q.      You are employed by whom?

10          A.      Ross University.

11          Q.      And that address that you gave

12     at 630 U.S. Highway 1, North Brunswick, New

13     Jersey, is that the main office of Ross?

14          A.      Yes.

15          Q.      Are there any campuses?

16          A.      Yes.

17          Q.      Can you please tell me those

18     addresses?

19          A.      Portsmouth, Dominica.

20          Q.      Is there a physical address or

21     just Portsmouth, Dominica?

22          A.      Portsmouth, Dominica.  St.

23     Kitts, Grand Bahama, Freeport.

24          Q.      Is that the third one?

25          A.      That's the third one.  And then
```

SHEET 7  PAGE 7

7

1                    A. DASRATH

2         additionally there are sixty-nine clinical

3         training affiliates in the United States for

4         the School of Medicine.

5                    And twenty-one clinical

6         training affiliates in the United States for

7         the School of Veterinarian Medicine.

8              Q.        What is your position with

9         Ross?

10             A.        I'm the chief academic officer

11        for Ross University.

12             Q.        Chief academic officer?

13             A.        Yes.

14             Q.        How long have you been the

15        chief academic officer?

16             A.        Eight and a half months.

17             Q.        What did you do prior to

18        that?

19             A.        I was the vice president of

20        academic affairs at Ross University.

21             Q.        How long did you hold that

22        position?

23             A.        Since January of 2004 through

24        January of this year.

25             Q.        What did you do before you were

SHEET 8  PAGE 8

8

1                    A. DASRATH

2      the vice president of academic affairs at

3      Ross?

4           A.      I was the dean of clinical

5      sciences.

6           Q.      Did you graduate from Ross

7      University?

8           A.      Yes.

9           Q.      When did you graduate?

10          A.      1982.

11          Q.      Did you immediately go to work

12     for them after that?

13          A.      No.

14          Q.      What did you do upon

15     graduation?

16          A.      I completed internal medicine

17     post graduate training program.

18          Q.      Where?

19          A.      St. Elizabeth Hospital, in

20     Elizabeth, New Jersey.

21          Q.      When did you do that?

22          A.      From 1982 through 1985.

23          Q.      And from 1985 until -- well,

24     what did you do after that?

25          A.      I completed a fellowship in

SHEET 9   PAGE 9

9

```
 1                    A. DASRATH

 2      transplant nephrology.

 3              Q.      That was from what year?

 4              A.      1985 through 1987.

 5              Q.      After 1987, what did you do

 6      next?

 7              A.      I completed a post doctoral

 8      training in transplant medicine.

 9              Q.      Up to what year was that?

10              A.      Until 1990.

11              Q.      And from 1990 until --  what

12      did you do from 1990 on?

13              A.      I joined Ross University.

14              Q.      In 1990?

15              A.      Yes.

16              Q.      What was your first position at

17      Ross?

18              A.      Dean of clinical sciences.

19              Q.      That was 1990 through what

20      year?

21              A.      Through 2003.

22              Q.      That would be December of

23      2003?

24              A.      Correct.

25              Q.      As dean of clinical sciences,
```

SHEET 10   PAGE 10

10

```
1                    A. DASRATH

2    what was your job description?

3         A.      Primarily my job was to procure

4    and design clinical educational partnerships

5    for students at the School of Medicine,

6    recruit clinical faculty and I assumed the

7    regulatory role for the School of Medicine.

8         Q.      What do you mean when you say

9    assumed?

10        A.      Assume the regulatory role.

11        Q.      That was the position they gave

12   you?

13        A.      Yes.

14        Q.      And you did that until 2003?

15        A.      Until the end of 2003, yes.

16        Q.      And then in January of 2004 you

17   were promoted to vice president of academic

18   affairs?

19        A.      Yes.

20        Q.      What was your job description

21   at that?

22        A.      In addition to the School of

23   Medicine, academic activities I oversaw the

24   School of Veterinarian Medicine academic

25   activities as well.
```

SHEET 11  PAGE 11

11

1                        A. DASRATH

2          Q.       So, it would be similar to your

3    role as dean of clinical services?

4          A.       A bit different.

5          Q.       How is it different?

6          A.       It involved an additional

7    program of education.  The medical school is

8    a program of medical education, the

9    veterinarian school is a program of

10   veterinarian education.

11         Q.       And then in January of this

12   year, you were promoted to chief of academic

13   offices?

14         A.       Yes.

15         Q.       What is your role as chief of

16   academic offices?

17         A.       In addition to the School of

18   Veterinarian Medicine and the School of

19   Academic Responsibilities, I assumed

20   responsibility for faculty recruitments,

21   faculty development, student professional

22   development, graduate education in the

23   regulatory role of both the medical and

24   veterinarian school.

25         Q.       Can you be more specific as to

SHEET 12  PAGE 12

12

1                        A. DASRATH

2     what you do in assuming these rolls?

3          A.      The regulatory role is mainly

4     the accreditation of both programs, medical

5     education and veterinarian education.

6                        Both are accrediting agencies

7     that are mandated to a credit program of

8     medical education and veterinarian education

9     and any voluntary body the school applies to

10    for the purposes of approval of licensures.

11                       I'm also the liaison for the

12    U.S. Department of Education.

13         Q.      Is your duty to oversee how

14    students are admitted, how faculties are

15    recruited?

16         A.      Yes.

17         Q.      As part of your duties as chief

18    academic officer and enrolling students,

19    shall we say, what documents do you review in

20    order to accept a student at Ross University?

21         A.      The documents that I review is

22    to ensure that the faculty, committees of

23    both the medical school and veterinarian

24    school assume their responsibilities as a

25    committee to make recommendation to the dean

SHEET 13   PAGE 13

13

1                          A. DASRATH

2        at either program, to either accept a

3        students or not accept a student.

4            Q.        What do you base that on?

5            A.        Policy.    There is prerequisite

6        determinations as to, whether or not, a

7        student is acceptable to either the program

8        of medicine or veterinarian medicine.

9            Q.        What are those prerequisites?

10           A.        The standard prerequisite

11       requirements or the present medical and

12       veterinarian requirements include, but are

13       not limited to a year of biology with

14       laboratory sciences at an undergrad

15       institution.

16                     A year of inorganic chemistry

17       with laboratory, a year of organic chemistry

18       with laboratory, six months or one semester

19       of physics.   One semester of mathematics and

20       at least a semester of humanities.

21           Q.        So, these students as they

22       apply they had to have passed these courses

23       in order to be considered for the position?

24           A.        They have to take those courses

25       and pass those courses.

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

14

```
 1                    A. DASRATH
 2         Q.      At undergrad school?
 3         A.      Correct.
 4         Q.      Is there a certain GPA that
 5    Ross University requires from that
 6    undergraduate school before they even
 7    consider accepting the student?
 8         A.      No.
 9         Q.      Approximately, how many
10    applications do you receive, let's say in a
11    year?
12         A.      I can't be absolutely certain
13    without looking, but approximately 1,800
14    annually at the medical school and probably
15    1,000 at the veterinarian school.
16         Q.      So, about 2,800 total?
17         A.      Approximately.
18         Q.      Of those 1,800 that are
19    accepted to the medical school, shall we say,
20    do you know the graduation?
21         A.      Those aren't accepted, those
22    are applications.
23         Q.      Of the 1,800 that are accepted,
24    approximately how many of those 1,800
25    graduate?
```

15

1                        A. DASRATH

2          A.       In how many years?

3                   MR. CAPUANO:  I'm going to

4          object, but in relation to the lawsuit,

5          it seems a little tangentile.

6                   MR. COSTELLO:  It is just

7          background information.

8                   MR. CAPUANO:  It is your

9          deposition, but it seems completely

10         irrelevant.

11                  At some point let's steer back.

12                  MR. COSTELLO:  I will move on,

13         but if she can just answer that

14         question.

15         A.       Can I ask a question?  Clarify

16    how many years?

17         Q.       Let me ask you this way.

18                  How many years is the medical

19    school program?

20         A.       The medical school program is a

21    four-year program.  The veterinarian program

22    is a four and a half year program.

23         Q.       Is there twelve months in the

24    year or is it broken up into semester,

25    trimesters?

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

16

                              A. DASRATH

1

2          A.        It is broken up into

3    trimesters.

4          Q.        So, the medical school are four

5    years?

6          A.        Yes.

7          Q.        So, for the 1,800 enrolled for

8    the medical program, let's say, do you have

9    an idea how many of those students graduate?

10         A.        The 1,800 are not enrolled.

11   They apply.

12         Q.        How many are accepted?

13         A.        Probably fifty percent of

14   those.

15         Q.        In 2006 as the vice president

16   of academic affairs, you would have been

17   familiar with the enrollment process at Ross,

18   correct?

19         A.        Correct.

20         Q.        When a student applies and is

21   there afterward accepted, does Ross at that

22   point ask for any money, for tuition, books,

23   an application fee?

24         A.        There is a tuition charge for

25   both the School of Medicine and the

SHEET 17  PAGE 17

17

```
 1                    A. DASRATH

 2     Veterinarian School of Medicine.

 3           Q.      In 2006, do you know what that

 4     tuition fee was?

 5           A.      I don't recall.

 6           Q.      Would it be reflected somewhere

 7     in any document?

 8           A.      Yes.

 9           Q.      Back in your office?

10           A.      Yes.

11                   MR. COSTELLO:  Justin, I will

12                follow up in writing.

13                   I am going to call for the

14                production of that.

15                   MR. CAPUANO:  Are you going to

16                ask which document? It might have

17                already been produced.

18                   MR. COSTELLO:  She doesn't know

19                which document.

20                   THE WITNESS:  I didn't say I

21                didn't know which document.

22                   MR. COSTELLO:  She said she has

23                the record back in the office and she

24                hasn't reviewed anything in preparation

25                for her testimony today.
```

SHEET 18   PAGE 18

18

1               A. DASRATH

2               MR. CAPUANO:   Why don't you ask

3          the follow-up question.

4               MR. COSTELLO:   Read back my

5          last question.

6               (Whereupon, the referred to

7          question was read back by the

8          Reporter.)

9          Q.     Do you know what document would

10     reflect the tuition cost for the year 2006?

11          A.     Yes.

12          Q.     What document would that be?

13          A.     The catalog.

14          Q.     That's the name, the Ross

15     University catalog?

16          A.     The medical school catalog.

17               STPHRAO:   Off the record.

18               (Whereupon, a discussion was

19          held off the record.)

20               MR. COSTELLO:   Back on the

21          record.

22               I will follow-up in writing.

23               I'm going to call for

24          production of that 2006 school of

25          medicine catalog.

SHEET 19  PAGE 19

19

1                        A. DASRATH

2               MR. CAPUANO:   Taken under

3          advisement.

4          Q.      So, after the student pays the

5     initial tuition, what happens next?

6          A.      The students matriculate at the

7     program medical education or veterinarian

8     education.

9          Q.      Before he matriculates, is he

10    or she sent notification that you have been

11    enrolled or accepted?

12         A.      That happens before the tuition

13    exchange.

14         Q.      Once they matriculate, with

15    that initial letter, it says that you need to

16    report on such and such a date to the

17    campus?

18         A.      The acceptance letter is sent

19    to the student after the faculty committee

20    reviews an application, makes a

21    recommendation to the dean, the dean can

22    chose to accept that recommendation, amend

23    the recommendation or not accept the

24    recommendation and a student is sent an

25    acceptance letter.

20

1                    A. DASRATH

2          Q.       What would be grounds for

3     amending an acceptance letter?

4          A.       If it was a transfer student

5     and a student was transferring into a

6     specific semester and the dean didn't feel

7     that the committee appropriately evaluated

8     credentials for purposes of transferring

9     credits.

10         Q.       You mean transfer from one

11    medical school to Ross?

12         A.       Transfer from one medical

13    school or a veterinarian school.

14         Q.       And once the student

15    matriculates to Ross for the School of

16    Medicine, I'm speaking strictly of the School

17    of Medicine now so we will cut to the chase

18    on that.

19                  They are then given their

20    course requirements?

21         A.       Yes.

22         Q.       And how are they given the

23    course requirements?

24         A.       The student would be told that

25    they would matriculate if they are coming as

21

1                    A. DASRATH

2    a first semester student.

3                    They would be told when they

4    get to the campus what courses that they

5    would be taking and the campus is in

6    Dominica.

7        Q.      But where would they actually

8    report, to Dominica or to North Brunswick?

9        A.      To Dominica.

10       Q.      What would be the first

11   semester requirements for a first year

12   medical student back again only 2006.

13                   I don't know if they changed

14   since then.

15       A.      They may have.  I'm going to

16   speak from memory.  Anatomy, physiology,

17   biochemistry, doctor patient society.

18       Q.      What is doctor patient society?

19       A.      It is a medical ethics course.

20   It is a didactic program.

21       Q.      So, they have to take those

22   core classes?

23       A.      They would be required

24   classes.

25       Q.      And that's all for the first

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

22

1                        A. DASRATH

2       semester?

3              A.        First semester.

4              Q.        And the first semester runs

5       from September to December?

6              A.        The first semester runs three

7       times a year.

8              Q.        Can you please explain that?

9              A.        The medical school program runs

10      on a trimester basis so there is four intakes

11      annually.

12                       The first intake of students in

13      January and intake of first semester students

14      in May and a third intake of first semester

15      students in September.

16             Q.        And January, May and September

17      are all considered still first semesters

18      though?

19             A.        Yes.

20             Q.        After the student passes those

21      required, classes is he then matriculated

22      into a second semester?

23             A.        Yes.

24             Q.        What are the courses for the

25      second semester?

SHEET 23   PAGE 23

23

                              A. DASRATH

1

2        A.        They would be part two of the

3    first semester courses.

4        Q.        Part two of the, sorry.  Gross

5    anatomy --

6        Q.        Did you say first semester

7    courses?

8        A.        Yes.

9        Q.        And again, so then they go to

10   the third semester?

11       A.        Correct.

12       Q.        And do the courses change at

13   that point?

14       A.        Yes.

15       Q.        What do the courses become at

16   that point?

17       A.        Pharmacology, micro biology,

18   pathology, introduction to clinical

19   medicine.

20       Q.        What was the third one, I'm

21   sorry?

22       A.        Pathology, micro biology.

23       Q.        Pathology.  And introduction to

24   clinic studies?

25       A.        Clinical medicine.

SHEET 24  PAGE 24

24

1                         A. DASRATH

2          Q.      Are these practical courses or

3      theorhetical courses?

4          A.      They are disciplined specific.

5      They are required course work in a medical

6      school.  They are not theorhetical.

7          Q.      So, it's not essentially

8      working on patients, let's say?   It is

9      reading about the subject matter --

10         A.      It would be both actually.

11     There is application of the disicipline.

12         Q.      And then the students would

13     need to pass those four courses in order to

14     be matriculated to the fourth semester?

15         A.      Right.

16         Q.      What are the courses of the

17     fourth semester?

18         A.      They are the second part of the

19     third semester.

20         Q.      And then the fifth semester?

21         A.      Advanced introduction to

22     clinical medicine.

23         Q.      Is that typically referred to

24     as the AICM?

25         A.      Yes.

SHEET 25  PAGE 25

25

1                        A. DASRATH

2          Q.       And what are the requirements,

3    I will just refer to the acronym if that is

4    okay?

5          A.       Yes.

6          Q.       What are the requirements of

7    the AICM course?

8          A.       It's the first compulsory

9    clinical rotation.

10         Q.       When you say first compulsory

11   clinical rotation, what do you mean?

12         A.       The program is broken down into

13   two major parts.  There is a pre-medical

14   education component and then there is a

15   clinical education component.

16                  The advanced introduction to

17   clinical medicine is the clinical education

18   component.

19         Q.       That is the first clinical?

20         A.       Yes.

21         Q.       And what courses are required

22   for the AICM?

23         A.       It is a course within itself.

24   It is a 1-12C course and one-grade is issued

25   for it.

SHEET 26   PAGE 26

26

1                    A. DASRATH

2          Q.      That grade is issued at the end

3     of the course?

4          A.      Yes.

5          Q.      And that is based upon one

6     final exam?

7          A.      No, it is based on a series of

8     activities that the student must successfully

9     complete.

10         Q.      During the course of the

11    semester?

12         A.      Yes.

13         Q.      What are those activities?

14         A.      They are practical activities,

15    history and physical taking skills, there are

16    written examinations based on didactic

17    components of the advanced introduction to

18    clinic medicine.

19         Q.      When you say didactic

20    components, can you please expand on that?

21         A.      In any clinical rotation there

22    is a component where a student is in a

23    hospital with a patient and traditionally

24    evaluated on their competency with their

25    approach on the patient of the physical

SHEET 27   PAGE 27

27

1                          A. DASRATH

2        evaluation.

3                     There are also components of

4        the clinical rotation where the faculty

5        members are required to teach in a classroom

6        setting.

7                     That's preparation in any core

8        roation, and then the student is tested on

9        that course material.

10            Q.      What kind of an exam is it?

11            A.      It could be written, it could

12       be an oral examination.

13            Q.      Is that a professor preference,

14       let's say, or is it something that Ross

15       University dictates and say hey, it has to be

16       given this way?

17            A.      It could be either.

18            Q.      Do you know who was teaching

19       this course in 2006, in the spring of 2006?

20            A.      I don't recall all the faculty

21       members' names.

22            Q.      Would that be reflected in a

23       document back in your office?

24            A.      Yes.

25                    MR. COSTELLO:  Justin, again I

SHEET 28   PAGE 28

28

1                         A. DASRATH

2              will follow-up in writing, but I will

3              call for the production of the faculty

4              names that were doing the spring

5              semester 2006 to the extent they have

6              not been provided.

7              Q.     So, what happens upon

8        completion of the AICM course with the

9        student, is he or she then matriculatd to the

10       next semester, are they then --  do they have

11       to sit for another exam?

12             A.     If the student completes the

13       advanced introduction of clinical medicine

14       program, they are then required to take and

15       pass the first step of the United States

16       medical licensing examination.

17             Q.     Is that called a step I

18       or --

19             A.     USMLE step I.

20             Q.     Is there a break in between the

21       AICM and the issuance of the USMLE step I

22       exam?

23             A.     Is there a break between the

24       step I --  I don't understand your question.

25             Q.     For lack of a better term,

SHEET 29  PAGE 29

29

                              A. DASRATH

1

2       let's say like a spring break or a summer

3       break, there is a period of time that the

4       student is off from school during this

5       time?

6           A.      No.   There is not a period of

7       time where the student is required to take

8       any time off.

9                   In accordance with the U.S.

10      Department of Education, the student can

11      apply at any time during an academic program

12      to take time off.

13          Q.      But if a student doesn't apply

14      to take time off, the student remains

15      enrolled in the school?

16          A.      If the student doesn't apply to

17      take time off, they will remain enrolled as

18      long as they are making satisfactory academic

19      progress.

20          Q.      But, the satisfactory progress,

21      what are the courses that are giving, to be

22      taken between the USMLE step I and the

23      completion of the AICM?

24          A.      Well, they have to complete

25      AICM to take USMLE step I.

30

```
 1                    A. DASRATH
 2          Q.     Correct, I understand that, but
 3     if they complete the AICM?
 4          A.     Successfully complete it.
 5          Q.     Successfully complete it.
 6          A.     Right.
 7          Q.     There are no course
 8     requirements between the AICM and the USMLE
 9     step I exam?
10          A.     Correct.
11          Q.     So, what activities would a
12     student need to be for filling in order to
13     remain enrolled?
14          A.     They would have to be
15     registered to take the first step of the
16     United States medical licensing examination
17     and take the examination on the date that
18     they registered for the exam.
19          Q.     And how does a student register
20     for the USMLE step I exam?
21          A.     There is a registration process
22     the student goes through with the National
23     Board of Medical Examiners.  That is the
24     administrators of the examination.
25          Q.     So, just so I'm clear.
```

SHEET 31   PAGE 31

31

1                    A. DASRATH

2                    They just have to register for

3    this National Board Medical Examiners?

4         A.     And then the University

5    registrar has to confirm that they are making

6    satisfactory academic progress to take the

7    examination.

8         Q.     Can you please explain the

9    process to register for the USMLE other than

10   the registering with the NBME?

11        A.       National Board of Medical

12   Examiners.  The student completes a

13   registration form with the National Board

14   Medical Examiners.  They do that

15   electronically.  It is done on-line.

16                 The University registrar at the

17   School of Medicine has to confirm that the

18   student is eligible to take the examination.

19        Q.     How does Ross University

20   confirm that the student is registered?

21        A.     The student has to complete all

22   course work that is requisite to take the

23   examination.

24        Q.     Is a student then issued or is

25   this application processed through Ross?

SHEET 32   PAGE 32

32

1                          A. DASRATH

2          A.        No, the application is not

3    processed through Ross.  The application is

4    processed through the National Board of

5    Medical Examiners.

6          Q.        But, at some point in time Ross

7    has to let the NBME --

8          A.        They send it.

9          Q.        What does Ross send, that the

10   student is making satisfactory progress?

11         A.        I don't recall if they send --

12         Q.        Let me ask it you this way.

13                   How does Ross notify the board?

14         A.        It is usually a signature from

15   the registrar that the student has either met

16   the requirement or has not met the

17   requirement to take the examination.

18         Q.        Are you aware if Mr. Dasrath

19   applied for the USMLE step I exam?

20         A.        I believe he did apply for the

21   USMLE step I examination.

22         Q.        Were you aware he applied

23   twice?

24         A.        I'm not aware that he applied

25   twice.

33

1              A. DASRATH

2        Q.     Do you know when he applied for

3   the USMLE step I exam?

4        A.     No, I don't.

5        Q.     He would not have been able to

6   apply or any student for that matter would

7   not have been able to apply for the USMLE had

8   he not passed or had the student not passed

9   the AICM course; is that correct?

10       A.     That is not correct.

11       Q.     Why is that not correct?

12       A.     A student can make application

13  to the National Board Medical Examiner any

14  time they want.  It is an independent testing

15  agency.  The university is required to

16  confirm the students' readiness to take the

17  exam or to notify the National Board of

18  Medical Examiners that they are not ready.

19       Q.     And if they are not ready, what

20  happens?

21       A.     The National Board of Medical

22  Examiners will not allow them to take the

23  exam.

24              If they do take the

25  examination, they will not release a grade.

34

```
 1                    A. DASRATH

 2        Q.      But they are still allowed to

 3   sit for the exam, correct?

 4        A.      I don't know that to be the

 5   case.  That would be up to the National Board

 6   of Medical Examiners.

 7        Q.      Do you know if Mr. Dasrath

 8   passed the National Board Medical Exam or the

 9   NBME?

10        A.      I don't know.

11        Q.      Would that be reflected in any

12   documents back at the school, let's say?

13        A.      I don't know that either.

14             MR. COSTELLO:  Justin, to the

15          extent it has not already been

16          provided, any document that would

17          reflect Mr. Dasrath's score for the

18          NBME.

19             MR. CAPUANO:  To the extent

20          that we have them or it has already

21          been provided.

22        Q.      So, in a situation where a

23   student fails the AICM course, he is not

24   eligible to make application for the USLME

25   step I?
```

SHEET 35  PAGE 35

35

                                    A. DASRATH

1

2          A.      That is not the case.  The

3     University registrar cannot confirm to the

4     National Board Medical Examiners that the

5     students completed all the course work

6     successfully to take that examination.

7          Q.      But a student would need to

8     receive some sort of certificate of

9     completion?

10         A.      No.

11         Q.      For the AICM?

12                 MR. CAPUANO:  Can you be more

13             specific what you have talking about.

14             I think it is getting a little

15             jumbled.

16         Q.      So, a student does not need to

17    pass the AICM in order to apply for the USLME

18    step I, is that what you telling me?

19         A.      That is what I'm telling you.

20         Q.      Are you aware if Mr. Dasrath

21    received a certificate of commission for the

22    AICM course?

23         A.      I don't know.

24         Q.      Did you review his grades?

25         A.      Yes.

SHEET 36  PAGE 36

36

1           A. DASRATH

2           MR. CAPUANO:  Objection.  I

3       know she spoke to you about that and

4       that was part of settlement

5       discussion.

6           MR. COSTELLO:  No, that was a

7       little bit different.  I didn't ask if

8       she reviewed his grades because of

9       Judge Reyes' statement during the

10      settlement discussion.

11          I'm asking as part of the

12      record now if she's ever reviewed his

13      grades during the course of his studies

14      at the school.

15          MR. CAPUANO:  I don't think

16      that was clear in the question.

17          MR. COSTELLO:  I will rephrase

18      the question.

19      Q.    During the course of Mr.

20  Dasrath's enrollment at Ross University, did

21  you review his grades?

22      A.    Yes.

23      Q.    When?

24      A.    I don't remember the exact

25  date, but it was a while ago I was asked to

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

37

1              A. DASRATH

2    look at his grade.

3         Q.    Was it a year ago, two years

4    ago, was it three years ago, four years ago

5    or was it while he was still enrolled in

6    Ross?

7         A.    It was after he was enrolled in

8    Ross.

9         Q.    Do you recall what document you

10   reviewed --

11             MR. CAPUANO:  Objection.  I'm

12        not going to, because this was after

13        --  this is part of this litigation as

14        part of the settlement and I'm not

15        going to allow any questions on it.

16             MR. COSTELLO:  Let's mark that

17        for a ruling, please.

18        Q.    Are you aware that Mr. Dasrath

19   sat for the NBME, the National Board Medical

20   Examiners?

21        A.    No, I'm not.

22        Q.    Were you ever his instructor?

23        A.    No.

24        Q.    But, you are aware that he

25   submitted an application to take the USLME,

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

38

1                          A. DASRATH

2        correct?

3               A.      Correct.

4               Q.      Do you recall what the outcome

5        of this application was?

6               A.      I do.

7               Q.      What would that be?

8               A.      The University registrar

9        notified the National Board Medical Examiners

10       that Mr. Dasrath did not successfully

11       complete the AICM course.

12              Q.      Did they notify Mr. Dasrath

13       that he did not successfully complete the

14       AICM course?

15              A.      I don't know.

16              Q.      Who would know?

17              A.      Mr. Dasrath may know.

18              Q.      Who from Ross University would

19       know?   Would that be the registrar, he or

20       herself?

21              A.      The University registrar.

22              Q.      Do you know who the registrar

23       was back in 2006?

24              A.      I believe it was Mr. Michael

25       Rendon.

39

```
 1                          A. DASRATH

 2            Q.      Is he still with the school?

 3            A.      No.

 4                    MR. COSTELLO:  I'm going to

 5            call, to the extent it is available,

 6            Mr. Rendon's current address or any

 7            current place of employment.

 8            Q.      So, then at what point in time

 9       after the application for the USLME, if it is

10       applicable, would you become involved with

11       the student's grading or enrollment at

12       Ross?

13            A.      Can I get clarification on

14       that?

15            Q.      Yes.  You stated that you are

16       not aware of whether he sat for the NBME, you

17       are aware that he did file, make a filing

18       application to take the USLME step I, but it

19       was rejected.

20                    You don't know when, or why,

21       but it was rejected by the registrar's

22       office.

23                    At what point in time were you

24       made aware of these transactions?

25                    MR. CAPUANO:  I'm sorry, I
```

40

1              A. DASRATH

2         don't think she testified that the

3         USLME was rejected by the registrar's

4         office.

5              MR. COSTELLO:  She testified

6         that the registrar would notify the

7         governing body, let's say that it was

8         rejected.

9         A.     No, that is not what I said.

10        Q.     What did you say?

11        A.     I said the University registrar

12   would have notified the National Board of

13   Medical Examiners that the student didn't

14   successfully complete all the course work

15   required to take the examination.

16        Q.     Would you be made aware of

17   that?

18        A.     No.  In general terms, no.

19        Q.     What do you mean when you say

20   in general terms no, you would not be made

21   aware of that?

22        A.     If a student applies to the

23   National Board of Medical Examiners to take

24   the USLME step I, and a student does not

25   successfully complete all the course work

41

1                    A. DASRATH

2       prior to taking that exam and if the

3       University registrar had to notify the

4       National Board of Medical Examiners that that

5       was the case, they would not be required to

6       notify me that they were doing that.

7            Q.     So, this all goes through the

8       registrar's office or a good part of it goes

9       through the registrar's office?

10           A.     The University registrar would

11      notify the National Board of Medical

12      examiners if the student did not successfully

13      complete the requirements to take the

14      examination.

15           Q.     In order to sit for the USLME,

16      the student has to pass the AICM, correct?

17           A.     Correct.

18           Q.     Are you aware that Mr. Dasrath

19      sat for the USLME?

20           A.     No, I'm not.

21           Q.     Are you aware that he passed

22      basisc science curriculum?

23           A.     The basic science courses?

24           Q.     Yes.

25                  MR. CAPUANO:  Objection.

SHEET 42  PAGE 42

42

1                       A. DASRATH

2        A.       Yes.

3                 MR. COSTELLO:  What is your

4        objection?

5                 MR. CAPUANO:  It is not

6        established whether he actually did

7        pass or not.

8                 Objection as to form.

9                 MR. COSTELLO:  She answered the

10       question.

11       Q.       From Ross University.

12                MR. CAPUANO:  To the extent you

13       know the answer.

14       A.       I don't recall exactly.

15                There are a number of things

16       that could happen in order for a student to

17       be administratively withdrawn from the

18       program.

19       Q.       Can you elaborate on some of

20       these events?

21       A.       Sure.  If the students fails to

22       register, if the student fails to return from

23       a leave of absence that he or her applied

24       for, those would be the two primary reasons.

25       Q.       Are you aware if Mr. Dasrath

43

```
 1                    A. DASRATH
 2    ever applied for a leave of absence?
 3         A.      I am not aware.
 4         Q.      Do you know if he ever failed
 5    to register?
 6         A.      Yes.
 7         Q.      He did fail to register,
 8    correct?
 9         A.      Yes.
10         Q.      When did he fail to register?
11         A.      After Mr. Dasrath did not
12    successfully complete the advanced
13    introduction to clinical medicine course, he
14    didn't re-register to take the course again.
15         Q.      Isn't it true though that the
16    studdent remains fully enrolled after the
17    AICM course?
18         A.      If they successfully complete
19    it.
20         Q.      But I believe you testified
21    earlier that if he's fulfilling the
22    requirements for the USLME, he remains fully
23    enrolled?
24              MR. CAPUANO:  Objection.  That
25         is not her testimony, but she can
```

SEVERIN & ASSOCIATES, INC. * 516 628-1402

SHEET 44   PAGE 44

44

A. DASRATH

2      answer.

3           A.     I don't remember saying that.

4      However, Mr. Dasrath did not successfully

5      complete the advanced introduction to

6      clinical medicine course.

7           Q.     What particular course in the

8      AICM did he not successfully complete?

9           A.     The AICM is one course.  There

10     is one grade transcribed for the course.

11          Q.     When did he fail this course?

12          A.     I don't remember the exact

13     date.

14               MR. CAPUANO:  By course, you

15          are referring to the AICM?

16               MR. COSTELLO:  Yes.

17          Q.     Do you know the reason why he

18     received a failing grade?

19          A.     I didn't complete all

20     components of the course successfully.

21          Q.     Can you be more specific as to

22     what components he did not complete?

23          A.     Not without looking at the

24     documents, no.

25          Q.     What documents would help

SHEET 45   PAGE 45

45

1                    A. DASRATH

2        you?

3            A.        I would have to look at the

4        grade sheet.

5            Q.        When you say grade sheets, you

6        mean his transcript?

7            A.        No.

8            Q.        What are the grade sheets, the

9        tests?

10           A.        Grade sheets are kept by the

11       examination center and they reflect student's

12       grades in each test that they take or

13       clerkship that they do.

14           Q.        Where are those grade sheets?

15           A.        The exam center is in Dominica

16       and there is an exam center in Miami.

17           Q.        Do you have a campus in

18       Miami?

19           A.        Pardon me?

20           Q.        Do you have a campus in Miami?

21           A.        No, it is a clinical location.

22           Q.        For both medicine and

23       veterinarian school?

24           A.        No, just medical school.

25                     MR. COSTELLO:   Just to the

46

1                       A. DASRATH

2           extent not already provided, I'm going

3           to call for production of the exam

4           sheet for the AICM course for Mr.

5           Dasrath.

6                   MR. CAPUANO:  That is fine.  To

7           the extent they haven't been provided

8           we will provide it.

9                   Please follow it up in

10          writing.

11          Q.      Typically what is the time

12      frame between once an exam is given by a

13      professor and the release of the scores to

14      the students?

15                  MR. CAPUANO:  Objection.

16          Q.      In other words, I don't want to

17      speak in hypotheticals, but if an exam is

18      given in June, when does a student typically

19      receive his or her score?

20          A.      Results of an exam, the

21      students would know in short order, whether

22      or not, they passed an examination.

23          Q.      What do you mean when you say a

24      short order?

25          A.      A week or two.

SHEET 47  PAGE 47

47

1                    A. DASRATH

2          Q.        Would they be notified in

3    writing or orally?

4          A.        No, the grades are posted

5    generally and they are shared with the

6    students electronically.

7          Q.        After Mr. Dasrath was given

8    this failing grade to the AICM, did he

9    attempt to contact you?

10         A.        I don't recall.

11         Q.        Do you recall ever receiving an

12   e-mail or a phone call from him regarding his

13   failing grade?

14         A.        I believe I did.

15         Q.        Do you recall when?

16         A.        No, I don't.

17         Q.        Did you try to assist him with

18   their failing grade at any point in time?

19         A.        I don't understand the nature

20   of your question.

21                   MR. COSTELLO:  I will withdraw

22         that question.

23                   Can you please read back my

24         last question?

25                   (Whereupon, the referred to

SHEET 48  PAGE 48

                                                    48

        1                         A. DASRATH

        2              question was read back by the

        3              Reporter.)

        4              Q.      Do you recall if you received a

        5         phone call or an e-mail from Mr. Dasrath

        6         regarding the failing grade in the AICM?

        7              A.      I believe I saw an e-mail.

        8                      MR. COSTELLO:  Would you mark

        9              this document, please.

       10                      (Whereupon, the aforementioned

       11              e-mail was marked as Plaintiff's

       12              Exhibit 1 for identification, as of

       13              this date, by the Reporter.)

       14              Q.      Dr. Perri, you now have in

       15         front of you what has been marked as

       16         Plaintiff's Exhibit 1.

       17                      Can you please take a look at

       18         it and let me know when you are finished.

       19                      MR. CAPUANO:  Can we clarify

       20              that the highlighting or the -- that

       21              magic marker was not originally in it.

       22                      Was that done by your office?

       23                      MR. COSTELLO:  No, it wasn't

       24              done by my office.

       25                      MR. CAPUANO:  Okay.

49

1                    A. DASRATH

2          A.      Okay.

3          Q.      Have you had a chance to review

4    it?

5          A.      Yes.

6          Q.      Do you recall if this is the

7    e-mail that you received from Mr. Dasrath?

8          A.      Yes.

9          Q.      He said on May 8th he spoke to

10   you about his failed grade in the Miami

11   program and you promised to speak to Dr.

12   Fernandez?

13         A.      Yes.

14         Q.      Do you recall if you ever spoke

15   to Dr. Fernandez about that?

16         A.      Yes, I did.

17         Q.      Do you recall when you spoke to

18   Dr. Fernandez?

19         A.      No, I don't.

20         Q.      Do you recall the sum and

21   substance of the conversation that you had

22   with Dr. Fernandez?

23         A.      No.

24         Q.      Do you recall where you were

25   when you had the conversation with Dr.

SHEET 50  PAGE 50

50

1                         A. DASRATH

2      Fernandez?

3            A.      No.

4            Q.      Do you recall how many times

5      you spoke to Dr. Fernandez about this?

6            A.      Can you clarify over what

7      course of time?

8            Q.      From the time of May 12th, 2006

9      when you received the e-mail and your

10     response at about 1:17 that day, where you

11     state that you were still waiting to speak

12     with him, did you speak to him after May

13     12th, 2006?

14           A.      I did speak with him after May

15     12th, 2006.

16           Q.      Do you recall the day?

17           A.      No, I don't.

18           Q.      Do you recall the sum and

19     substance of that conversation?

20           A.      Can you clarify regarding

21     specifically to this?

22           Q.      Yes, regarding this e-mail and

23     the failing grade?

24           A.      I don't remember specifically

25     about this e-mail, although I did speak to

51

A. DASRATH

1

2     him about Mr. Dasrath's e-mail to me about

3     failing, his failed grade in the Miami

4     program.

5          Q.     Did you also state to Mr.

6     Dasrath that you would look into why he

7     received a C, a grade of C?

8               MR. CAPUANO:  Objection.  What

9          are you referring to?

10         Q.     In your response on May 12th at

11    approximately 1:17, you stated that you would

12    follow-up with Dr. Fernandez when you get the

13    details from him.

14              Do you recall what details you

15    were speaking about, referring to?

16         A.     I don't recall the details in

17    2006 that I was talking about.

18         Q.     Do you know if you ever got the

19    details from him?

20         A.     From Dr. Fernandez?

21         Q.     Yes.

22         A.     Yes.

23         Q.     Were those details provided to

24    you in writing or was that a conversation

25    that you had with him?

SHEET 52   PAGE 52

52

1                          A. DASRATH

2          A.        I don't recall.

3          Q.        Did there come a point in time

4     again while he was enrolled at Ross that you

5     reviewed Mr. Dasrath's grades?

6                    MR. CAPUANO:  Essentially prior

7              to April 2006 or May 2006.

8                    MR. COSTELLO:  It should be

9              subsequent to May of 2006.

10                   You said while he was

11             enrolled?

12                   MR. COSTELLO:  Correct.

13             Because as of May 12th, he was still

14             enrolled.

15                   MR. CAPUANO:  We won't get into

16             that, but essentially you are talking

17             about from 2006 earlier.

18                   MR. COSTELLO:  Well, define

19             when in 2006.  Because she's testified

20             about that she reviewed.

21                   MR. CAPUANO:  While he was

22             enrolled.

23                   MR. COSTELLO:  While he was

24             enrolled, yes.

25          Q.        Do you recall how many times

SHEET 53   PAGE 53

53

1                    A. DASRATH

2      you reviewed Mr. Dasrath's grades?

3           A.      While he was enrolled in the

4      school of medicine once.

5           Q.      Do you recall when that was?

6           A.      It was around the specific

7      time.

8           Q.      Around May of 2006?

9           A.      Around that time.  I don't know

10     specifically the date.

11          Q.      But, as of May 2006 Mr. Dasrath

12     would have completed the NBME, correct?

13          A.      I don't know.

14          Q.      And then he would have made

15     application for the USLME step I?

16          A.      I don't know.

17          Q.      Did there come a point in time

18     that Ross withdrew its sponsorship for Mr.

19     Dasrath for the USLME?

20          A.      Yes.

21          Q.      Do you recall when that was

22     made?

23          A.      No.

24          Q.      Do you recall who withdrew the

25     sponsorship of Mr. Dasrath for the USLME?

54

1                    A. DASRATH

2            MR. CAPUANO:  Objection.  You

3        mean the specific individual who

4        communicated?

5            MR. COSTELLO:  Yes.

6        A.      As I recall, it was the

7    University registrar.

8        Q.      But, upon completion of the

9    AICM and NBME, the student is then advised

10   that he passed and he can now apply for the

11   USLME, correct?

12       A.      I think you are confusing,

13   there is USLME step I and step two, CS and CK

14   are administered by the National Board of

15   Medical Examiners.  So, they are not two

16   entities.  That is what I'm inferring from

17   your question that we are taking about two

18   different entities.

19           MR. COSTELLO:  Can we mark

20       this, please.

21           (Whereupon, the aforementioned

22       document was marked as Plaintiff's

23       Exhibit 2 for identification, as of

24       this date, by the Reporter.)

25       Q.      Dr. Perri, I now show you what

55

                            A. DASRATH

1

2      has been marked as Plaintiff's 2.  Please

3      take a moment to look at that document and

4      let me know when you are ready.

5              A.      Okay.

6              Q.      Plaintiff's Exhibit 2, can you

7      please describe in your words what it says?

8              A.      This is a letter from Ms.

9      Sena.

10             Q.      Who is Ms. Sena?

11             A.      Brijette Sena.  She works in

12     the University --  she worked in the

13     University registrar's office.

14             Q.      She is no longer employed by

15     Ross?

16             A.      She is employed by Ross.

17             Q.      She is employed by Ross?

18             A.      Yes.

19             Q.      What is her title now?

20             A.      She is the associate director

21     of the Office of Students and Professional

22     Development.

23             Q.      I'm sorry, you were saying that

24     this was a letter from Ms. Brijette Sena?

25             A.      To the students giving them

56

                                    A. DASRATH

1

2        instruction about their registration

3        deadlines for various windows to sit for the

4        step I examination after they completed the

5        NBME comprehensive exam.

6            Q.      But, in order to complete the

7        NBME comprehensive exam, they would have had

8        to pass the AICM, correct?

9            A.      No.

10           Q.      Is that not part of the

11       requirements for sitting or applying for the

12       NBME?

13           A.      You must successfully complete

14       the comp.  The comp. is a self assessment

15       preparatory course for the, preparatory

16       examination for the USLME step I.

17           Q.      The comp.?

18           A.      The comp.

19           Q.      I'm sorry?

20           A.      The National Board of Medical

21       Examiner comprehensive examination is an

22       examination that the National Board of

23       Medical Examiners produces, that

24       institutions, medical school programs can

25       utilize, if they choose to allow their

57

1                    A. DASRATH

2      students to self-assess there readiness for

3      the USLME step I examination.

4          Q.      So, if they are eligible to sit

5      for the USLME they would have had to complete

6      the comprehensive exam, correct?

7          A.      The comp., correct.

8          Q.      And it states here that the

9      eligibility period is between April 1st and

10     September 30th of 2006?

11         A.      That is for step I.

12         Q.      The USLME step I?

13         A.      Right.

14                 MR. COSTELLO:  Can you please

15             mark this as Plaintiff's Number 3.

16                 (Whereupon, the aforementioned

17             part C medical education and employment

18             information document was marked as

19             Plaintiff's Exhibit 3 for

20             identification, as of this date, by the

21             Reporter.)

22         Q.      You have now before you what is

23     marked as Plaintiff's Exhibit 3.

24                 Do you recognize this document?

25         A.      Yes.

58

```
 1                    A. DASRATH

 2        Q.      Can you please tell me what

 3   this is?

 4        A.      This is a student application.

 5        Q.      Application for what?

 6             MR. CAPUANO:  While Dr. Perri

 7          is reviewing this, this is only seven

 8          of seven, the only page that is

 9          produced is page seven of seven.

10             MR. COSTELLO:  Yes.

11        A.      This is a student application

12   to the Educational Commission for Foreign

13   Medical Graduate.

14        Q.      And this application is for the

15   USLME step I?

16        A.      Correct.  Or any part of the

17   United States medical licensing examination.

18   It is fairly generic.

19        Q.      This is the application whether

20   it be step I, II, III?

21        A.      Correct.

22        Q.      Obviously Mr. Dasrath only

23   applied for step I?

24        A.      Right.

25        Q.      This document is dated March
```

59

1                    A. DASRATH

2    12th, 2006, correct?

3                    MR. CAPUANO:  Where do you see

4         that?

5                    MR. COSTELLO:  Next to Mr.

6         Dasrath's signature.

7                    MR. CAPUANO:  That is December

8         3rd, 2006.

9                    MR. COSTELLO:  Not, it is day,

10        month, year.

11        A.    I'm sorry, yes.  Mr. Dasrath

12   dated it March the 12th, 2006.

13        Q.    He would have dated that date

14   because at that point he was eligible to sit

15   for the USLME step I exam, correct?

16                   MR. CAPUANO:  Objection.

17        A.    I don't know why he dated is

18   that day.

19        Q.    Ms. Sena dated it March 20th,

20   2006 and the application itself on the

21   right-hand side states going down, vertically

22   2006.

23                   So, at this point in time when

24   Mr. Dasrath made application he was enrolled

25   at Ross, correct?

60

A. DASRATH

2    A.      Correct.

3            MR. CAPUANO:  You mean March

4    12th of 2006, when you say the date.

5            MR. COSTELLO:  You lost me.

6            MR. CAPUANO:  You just said the

7    date.  You didn't specify which date.

8    There are several dates on this

9    document.

10           MR. COSTELLO:  I see this date,

11   but I'm referring to the date that Mr.

12   Dasrath signed it and the date that

13   Brijette Sena signed it.  So, March of

14   2006.

15   Q.      Is this the application that

16   you are aware of that Mr. Dasrath filed with

17   the ECFMG which was rejected?

18   A.      I don't know that.

19   Q.      Would the reason why the

20   application was rejected be reflected

21   somewhere in the office of Ross, or in your

22   office?

23   A.      No.

24   Q.      Are you aware that after this

25   application, do you know if Ross collected

SHEET 61  PAGE 61

61

1                          A. DASRATH

2      any money from Mr. Dasrath for tuition?

3            A.    I don't know.

4            Q.       Are you aware when Ross

5      notified the ECFMG of his failing grade of

6      the AICM?

7            A.       No, I don't.

8            Q.       Do you know who would know

9      that?   Would that be the registrar?

10           A.       Most likely.

11                    MR. COSTELLO:   Justin, again

12                and I will follow-up in writing to the

13                extent we don't have them, his

14                registrar's record.

15                    MR. CAPUANO:   Okay.

16           Q.       Do you recall when Ross

17     withdrew its sponsorship for Mr. Dasrath for

18     the USLME?

19           A.       No.

20           Q.       Would that be in the

21     registrar's record as well, the reason or the

22     date I should say of when his sponsorship for

23     the USLME was?

24           A.       It may be.

25           Q.       Going back to the failing

62

1                        A. DASRATH

2     grade.  If a student fails a grade, does he

3     or she not have the right to inspect the

4     grade and the exam upon which that failing

5     grade was based?

6                    MR. CAPUANO:  Objection.  I

7              think you just stated a double

8              negative.

9                    Can you rephrase?

10         Q.      If a student fails a grade, do

11    they not have a right to inspect the exam?

12                    MR. CAPUANO:  You did it

13         again.

14         Q.      Can a student inspect his exam

15    if he falls?

16         A.      If he requests to, yes.

17         Q.      Does the request have to be in

18    writing?

19         A.      No.

20         Q.      Do you know if Mr. Dasrath

21    requested to examine his grades?

22         ·A.      I don't know.

23         Q.      Who would he have to make that

24    request to?

25         A.      Either the course director, the

SHEET 63   PAGE 63

63

1                    A. DASRATH

2       clerkship director.

3              Q.      Do you know who his course

4       director was for the AICM?

5              A.      Dr. Enrique Fernandez.

6              MR. COSTELLO:  Let's take a

7              short break.

8                    (Whereupon, a short recess was

9              taken.)

10             MR. CAPUANO:  She needs to

11             clarify something.

12             A.      You had asked the question

13      earlier if I reviewed any documents related

14      to this and I had commented I didn't review

15      any documents today and that's true.  I

16      didn't review any documents today, but I have

17      reviewed documents related to this matter in

18      the past.

19             Q.      What kind of documents?

20             A.      The academic record.  Students

21      file.

22             Q.      Do we have a complete copy of

23      that file?

24             MR. CAPUANO:  Essentially she

25             didn't review anything that has not

64

1                    A. DASRATH

2          been produced to make it easier.

3                    MR. COSTELLO:  And that was

4          provided in your initial disclosure or

5          was it a combination of the two

6          disclosures?

7                    MR. CAPUANO:  I think we made

8          three different productions now.  I

9          can't say which productions were

10         reviewed.

11                   It was probably all three and

12         including what you provided.

13                   MR. COSTELLO:  But, nothing has

14         been left out?

15                   MR. CAPUANO:  She didn't review

16         or look at anything that hasn't been

17         produced by either party.

18                   MR. COSTELLO:  Can we have this

19         marked, please, document entitled once

20         again, part C, medical education and

21         employment information.

22                   (Whereupon, the aforementioned

23         part C, medical education and

24         employment information was marked as

25         Plaintiff's Exhibit 4 for

65

1                          A. DASRATH

2              identification, as of this date, by the

3              Reporter.)

4         Q.      Dr. Perri, you now have in

5    front of you what has been marked as

6    Plaintiff's Exhibit Number 4.

7                  Can you please take a look at

8    it and review it and let me know when you are

9    finished?

10        A.      Okay.

11        Q.      Do you recognize this

12   document?

13        A.      Are you asking if I

14   recognize -- I recognize the document.  I

15   don't necessarily recognize it as a completed

16   document.

17                MR. COSTELLO:  I move to strike

18        that portion that is non-responsive.

19                MR. CAPUANO:  You can't strike

20        the response, it is a response, but

21        that is fine.  Just continue.

22        Q.      What has been marked as

23   Plaintiff's Exhibit 4, can you please

24   describe what it is?

25        A.      It is again an application for

66

A. DASRATH

1

2      the educational commission for the foreign

3      medical graduate.

4            Q.      It is a similar document to

5      Plaintiff's Exhibit 3 which was an

6      application for the USLME step I exam?

7            A.      Correct.

8            Q.      And that is dated April 27th or

9      signed by Mr. Dasrath on April 27th, 2006,

10     correct?

11           A.      Correct.

12           Q.      And it looks like signed by

13     Brijette Sena on May 5th, 2006?

14           A.      Correct.

15           Q.      Do you know why there was a

16     second application submitted for the USLME

17     step I exam?

18           A.      I don't know.

19           Q.      When does a student become

20     eligible to take the USLME step I exam?

21           A.      When they successfully complete

22     all the University requirements to take the

23     examination.

24           Q.      What are the University

25     requirements?

67

1                          A. DASRATH

2           A.       The students must successfully

3    complete all their course work.

4           Q.       What does the course work

5    consist of?

6           A.       This clinical course work,

7    their compulsory first clinical courtship

8    which is the advanced introduction to the

9    clinical medicine course.

10          Q.       That is the AICM?

11          A.       The AICM and the comp.

12          Q.       Pass the NBME?

13          A.       The comp., the comprehensive.

14          Q.       That is not or that is the

15   NBME?

16          A.       The NBME comp.  There are

17   different exams.

18          Q.       So, this is a comp. exam.  And

19   the AICM consist of what courses?

20          A.       It is a course within itself.

21          Q.       Upon completion of the AICM the

22   student is given a certificate of completion?

23          A.       No.

24          Q.       How are they notified that they

25   have successfully completed?

68

                              A. DASRATH

1

2          A.      I believe their grades are

3    posted on e-college.

4          Q.      Posted where, I'm sorry?

5          A.      E-college.

6                  MR. COSTELLO:  Can you please

7          mark this document, please.

8                  (Whereupon, the aforementioned

9          document was marked as Plaintiff's

10         Exhibit 5 for identification, as of

11         this date, by the Reporter.)

12         Q.      Have you had a chance to review

13   that document?

14         A.      Yes.

15         Q.      In your own words, can you

16   please describe what that document is?

17         A.      This is a document that is

18   attached to each and every evaluation form at

19   the school of medicine.

20         Q.      Would it not be given unless

21   the student had completed the AICM?

22         A.      That document would come back

23   to the University from the clinical training

24   site with an evaluation of performance.  The

25   evaluation of performance would have this

SHEET 69  PAGE 69

69

1                          A. DASRATH

2     attached, whether the student passed the

3     rotation or failed the rotation.

4          Q.     It would not be issued unless

5     the student had completed the AICM, correct?

6          A.     Correct.

7          Q.     When does the student become

8     eligible for a clinical clerkship?

9          A.     They become eligible for the

10    first compulsory clinical clerkship which is

11    the advanced introduction to clinical

12    medicine once they successfully complete all

13    their pre-clinical requirements on the campus

14    in Dominica.

15         Q.     Which I think we already

16    established before.

17         A.     Correct.

18         Q.     Is that an actual clinical

19    clerkship where it would be more hands-on,

20    let's say?

21         A.     This is all clinical

22    education.  We can debate that.  I don't know

23    if you really want to go there.

24              MR. CAPUANO:  I think her point

25         is that it is semantics probably.

70

1                    A. DASRATH

2          A.      Yes.

3          Q.      So, there is no actually

4    hands-on training is what you are saying?

5          A.      It's hands-on training in every

6    component of medical education.

7          Q.      From semester one up to

8    graduation?

9          A.      Now there is, absolutely.

10         Q.      I'm not speaking about now.

11   I'm speaking 2006.

12         A.      I don't know how much hands-on

13   there was in 2006.

14         Q.      I believe you testified earlier

15   that Mr. Dasrath was administratively

16   withdrawn because he failed to re-register

17   after failing the AICM.

18                 When a student is

19   administrative withdrawn what is the

20   procedure?   How is he or she notified?

21         A.      I'm not sure how Mr. Dasrath

22   would have been notified in 2006.

23         Q.      Were they just automatically

24   administratively withdrawn or would there be

25   some sort of warning letter to say you are

71

1                          A. DASRATH

2      going to be administratively withdrawn if you

3      don't fulfill your requirements, let's say?

4          A.        There is no warning letter.

5      The student understands that if they don't,

6      it is part of the student handbook that if

7      they don't successfully complete a course

8      they have to retake that course to promote

9      through the academic program.

10                     You have to be successful in

11     different courses.  If you don't pass the

12     course, whether it is D, S and anatomy course

13     or an advanced introduction to clinic

14     medicine course you retake the course.

15         Q.       But, being administratively

16     withdrawn he would have to be notified,

17     correct?

18         A.        I assume so.

19         Q.        I don't want you to assume.  I

20     rather know if you know with certainty?

21         A.        I don't know with certainty.

22         Q.        So, a student can be

23     administratively withdrawn without receiving

24     any notification?

25                     MR. CAPUANO:  That is not what

72

1                    A. DASRATH

2          she said.

3          A.      I can be more explanatory if I

4    need to.  A student reviews their course work

5    on-line through e-college and they know

6    whether they pass the course or failed a

7    course.

8          Q.      What is e-college?

9          A.      It is a technology system where

10   a student can actually log into a secured

11   site and review their grades.

12              So, they know, whether or not,

13   they are making satisfactory academic

14   progress.  So, if a student sees that they

15   passed all their courses they know they are

16   making satisfactory academic progress.

17              If they see they are not

18   passing ail their courses they know they have

19   to re-register to retake those courses.

20         Q.      And if the students doesn't

21   re-register?

22         A.      Then they are administratively

23   withdrawn from the school.

24         Q.      Without being provided

25   notification?

SHEET 73  PAGE 73

73

1                    A. DASRATH

2              MR. CAPUANO:  Objection.

3              MR. COSTELLO:  I will clarify.

4         Q.      Because it is incumbent upon

5    the student, for him or her to be aware of

6    his or her grades and if they see a failing

7    grade it is incumbent upon them to

8    re-register for that class?

9         A.      In accordance with the student

10   handbook, if a student doesn't successfully

11   complete a course, if they choose to continue

12   in the program, they can do so by

13   re-registering at school of medicine.

14                If they don't want to

15   re-register, then the institution

16   administratively withdraws the student.

17        Q.     If a student is

18   administratively withdrawn, the institution

19   wouldn't accept any further tuition from

20   them, correct?

21        A.     If a student is not part of the

22   program, the institution wouldn't accept any

23   further tuition from them unless they are

24   registered for course work.

25        Q.      To take the course that they

74

```
1                    A. DASRATH
2    failed, let's say?
3         A.      Right.
4         Q.      But not going forward?  In
5    other words, they would have to go back
6    before they can go forward?
7         A.      Correct.
8         Q.      Would they still be eligible to
9    take the USLME step I?
10              MR. CAPUANO:  Objection.  Under
11         what circumstances?
12              MR. COSTELLO:  If they are
13         administratively withdrawn.   I'm
14         following along that line of
15         questioning.
16         A.      If they haven't completed
17    successfully all the prerequisite
18    requirements to take the medical license
19    examination and they weren't a student making
20    satisfactory academic progress, they wouldn't
21    be certified to take the USLME step I.
22         Q.      Do you know when Mr. Dasrath
23    was administratively withdrawn?
24         A.      I don't know.
25         Q.      Would that be reflected in any
```

75

```
 1                    A. DASRATH

 2    document that either has been provided by

 3    your attorney or in your office?

 4         A.      It would be.

 5              MR. COSTELLO:  To the extent

 6         not already provided, I will ask for

 7         any follow-up documentation of Mr.

 8         Dasrath being marked administratively

 9         withdrawn.

10              MR. CAPUANO:  Okay.

11              MR. COSTELLO:  Off the record.

12              (Whereupon, a discussion was

13         held off the record.)

14              MR. COSTELLO:  Back on the

15         record.

16         Q.      When did Ross withdraw its

17    sponsorship for Mr. Dasrath for the USLME?

18         A.      I don't recall the exact date.

19         Q.      Do you know the month?

20         A.      No, I don't.

21         Q.      Do you know at the time the

22    sponsorship was withdrawn, whether Mr.

23    Dasrath had been certified to take the USLME

24    step I?

25         A.      I would be making an assumption
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

76

```
1                    A. DASRATH

2   and I don't want to do that.

3        Q.    I just want to go back to the

4   clinical clerkship.  In order to be assigned

5   to a clinical clerkship, is that the proper

6   way to say it, forgive me if it is not, the

7   student has to complete the NBME comp. exam?

8        A.    No.  The advanced introduction

9   to clinical medicine is a compulsory

10  clerkship, if you would.

11            The student is assigned to it.

12  They can repeat the comp. if they were

13  unsuccessful, let's say.

14       Q.    Where is the AICM given, at

15  what campus?

16       A.    In 2006 it was given in Miami,

17  Florida.  Roseau, Dominica.

18       Q.    That is similar to

19  Portsmouth?

20       A.    It is different.  It is a

21  city.  It is a city in Dominica.  Is a

22  clinical site so that would be part of

23  another location.

24       Q.    So, that is where the AICM was

25  given?
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 77  PAGE 77

77

1                         A. DASRATH

2          A.      Correct.

3          Q.      Is there another clinical

4    clerkship after the AICM?

5          A.      There is an additional

6    seventy-eight weeks clinical rotation after

7    the AICM course.

8          Q.      Is that immediately upon

9    passing the AICM or well after?

10         A.      After a student completes the

11   United States medical licensing examination

12   step I.

13         Q.      And then they are eligible for

14   that second clinical clerkship, let's say?

15         A.      To the additional seventy-eight

16   weeks.

17         Q.      And where is that given?

18         A.      Those are given in 2006

19   probably sixty-five different clinical

20   partnership with teaching institutions across

21   the United States.

22         Q.      Was Mr. Dasrath enrolled in

23   that clinical clerkship in 2006?

24         A.      I don't believe so.

25         Q.      He would have had to take the

78

                                A. DASRATH

1

2       USLME step I exam in order to be eligible for

3       that seventy-eight weeks.

4              A.      And pass it.

5              Q.      Do you know if he passed the

6       USLME step I exam?

7              A.      I don't know.

8              Q.      Do you know when he became

9       eligible to sit with the ECFMG for the USLME

10      step I exam?

11             A.      I don't remember the exact

12      date.

13             Q.      Do you remember the month?

14                     MR. CAPUANO:  Can you rephrase

15             that.

16                     MR. COSTELLO:  I think she

17             understands it though.

18                     MR. CAPUANO:  Do you

19             understand?

20             A.      It would have been at the end

21      of the advanced introduction to clinical

22      medicine course.  I don't remember the date.

23             Q.      That he would have been

24      eligible for the USLME step I?

25             A.      He would have been ineligible

79

```
 1                    A. DASRATH

 2      after that.

 3          Q.      And the reason he was

 4      ineligible?

 5          A.      He didn't successfully complete

 6      the advanced introduction clinical medicine

 7      course.

 8          Q.      Dr. Perri, for your testimony

 9      that you have given here today, is there

10      anything you would like to change or do you

11      not feel comfortable with any answer that you

12      have provided?

13                  Do you want to clarify?

14          A.      I don't understand the nature

15      of that question.

16          Q.      Do you want to change any of

17      your testimony?

18                  MR. CAPUANO:  Actually the

19              deposition is over and is there any

20              clarification to any of your testimony?

21                  THE WITNESS:  No, nothing.

22                  MR. COSTELLO:  Thank you.

23                  MR. CAPUANO:  I have two

24              follow-up questions.

25      EXAMINATION BY
```

80

1                    A. DASRATH

2    MR. CAPUANO:

3         Q.     With respect to Plaintiff's

4    Exhibit 2, I know there were a series of

5    questions asked by plaintiff's counsel, but

6    just to be clear, it says that you are now

7    eligible to sit for the USLME step I exam in

8    this e-mail and that is contigent upon

9    successful completion of the AICM course; is

10   that correct?

11        A.     Correct.

12        Q.     With respect to Plaintiff's

13   Exhibit 5, am I correct, did you say whether

14   a student, in this case the plaintiff passed

15   or failed the AICM course is a separate

16   document or did I misunderstand you?

17        A.     This would have been attached

18   to the evaluation that is completed at the

19   end of any clinical component of the program,

20   whether a student passed the clinical

21   rotation or in this case the AICM course, or

22   they passed or failed it.

23               This is a statement from a

24   medical education person.

25        Q.     But, this document just

SHEET 81  PAGE 81

81

1                          A. DASRATH

2        indicates that he completed the course, it

3        doesn't indicate whether they passed or

4        failed?

5              A.      Right.

6                      MR. CAPUANO:  Thank you.  I

7              have no further questions.

8                      (Time Noted:  11:20 a.m.)

9

10                      _____
                                   NANCY PERRI

11       Subscribed and sworn to
         before me this ____ day
12       of _____, 2010.

13       _____
               Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

82

1

2                              I N D E X

3      WITNESS              EXAMINATION BY          PAGE

4      NANCY PERRI          MR. COSTELLO            4

5                           MR. CAPUANO             80

6

7

                            E X H I B I T S

8

       PLAINTIFF'S          DESCRIPTION             PAGE

9
           1        E-mail                          48
10
           2        Document                        54
11
           3        Part C medical education
12                  and employment information      57

13         4        Part C medical education
                    and employment information      64
14
           5        Document                        68
15

16

17                         REQUESTS
                      Page            Line
18
                       17              13
19
                       18              22
20
                       27              24
21
                       39              4
22
                       45              24
23

24                         RULINGS
                      Page            Line
25
                       37             9

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

83

1

2                              CERTIFICATION

3     STATE OF NEW YORK )
                                : SS.:
4     COUNTY OF KINGS    )

5

6          I, GARY J. MEROLA, a Notary Public for

7     and within the State of New York, do hereby

8     certify:

9          That the witness(es) whose testimony as

10    herein set forth, was duly sworn by me; and

11    that the within transcript is a true record

12    of the testimony given by said witness(es).

13         I further certify that I am not related

14    to any of the parties to this action by blood

15    or marriage, and that I am in no way

16    interested in the outcome of this matter.

17         IN WITNESS WHEREOF, I have hereunto set

18    my hand this 17th day of October, 2010.

19

20

21                        GARY J. MEROLA

22

23

24

25

## 0

08902 [1] 4:13

## 1

1 [4] 4:12 6:12 48:12,16
1,000 [1] 14:15
1,800 [6] 14:13,18,23,24 16:7,10
1-12c [1] 25:24
1:17 [2] 50:10 51:11
100 [1] 2:9
11:20 [1] 81:8
12th [8] 50:8,13,15 51:10 52:13 59:2,12 60:4
13 [1] 82:17
15 [1] 1:9
17th [1] 83:18
1982 [2] 8:10,22
1985 [3] 8:22,23 9:4
1987 [2] 9:4,5
1990 [5] 9:10,11,12,14,19
1st [1] 57:9

## 2

2 [4] 54:23 55:2,6 80:4
2,800 [1] 14:16
2003 [4] 9:21,23 10:14,15
2004 [2] 7:23 10:16
2006 [36] 16:15 17:3 18:10,24 21:12 27:19,19 28:5 38:23 50:8,13,15 51:17 52:7,7,9,17,19 53:8,11 57:10 59:2,8,12,20,22 60:4,14 66:9,13 70:11,13,22 76:16 77:18,23
2010 [2] 1:9 83:18
20th [2] 2:5 59:19
22 [1] 82:18
24 [2] 82:27,45
27th [2] 66:8,9

## 3

3 [4] 57:15,19,23 66:5
30th [1] 57:10
3rd [1] 59:8

## 4

4 [6] 64:25 65:6,23 82:4,13,39
44 [1] 1:16
48 [1] 82:1

## 5

5 [3] 68:10 80:13
54 [1] 82:2
57 [1] 82:12
5919 [1] 2:5
5th [1] 66:13

## 6

630 [2] 4:12 6:12
68 [1] 82:5

## 8

80 [1] 82:5
8th [1] 49:9

## 9

9 [1] 82:37
9:45 [1] 1:10

## A

a.m [2] 1:10 81:8
ability [1] 6:3
able [3] 5:10 33:5,7
absence [2] 42:23 43:2
absolutely [2] 14:12 70:9
academic [7] 7:10,12,15,20 8:2 10:17,23,24 11:12,16,19 12:18 16:16 29:11,18 31:6 63:20 71:9 72:13,16 74:20
accept [7] 12:20 13:2,3 19:22,23 73:19,22
acceptable [1] 13:7
acceptance [3] 19:18,25 20:3
accepted [8] 14:19,21,23 16:12,21 19:11
accepting [1] 14:7
accordance [2] 29:9 73:9
accreditation [1] 12:4
accrediting [1] 12:6
acronym [1] 25:3
across [1] 77:20
action [1] 83:14
activities [6] 10:23,25 26:8,13,14 30:11
actual [1] 69:18
actually [6] 21:7 24:10 42:6 70:3 72:10 79:18
addition [2] 10:22 11:17
additional [3] 11:6 77:5,15
additionally [1] 7:2
address [4] 4:11 6:11,20 39:6
addresses [1] 6:18
administered [1] 54:14
administrative [1] 70:19
administratively [12] 42:17 70:15,24 71:2,15,23 72:22 73:16,18 74:13,23 75:8
administrators [1] 30:24
admitted [1] 12:14
advanced [12] 24:21 25:16 26:17 28:13 43:12 44:5 67:8 69:11 71:13 76:8 78:21 79:6
advised [1] 54:9
advisement [1] 19:3
affairs [4] 7:20 8:2 10:18 16:16
affiliates [2] 7:3,6
aforementioned [5] 48:10 54:21 57:16 64:22 68:8
afterward [1] 16:21
agencies [1] 12:6
agency [1] 33:15
ago [5] 36:25 37:3,4,4,4
agreed [3] 3:6,13,18
aicm [14] 24:24 25:7,22 28:8,21 29:23,25 30:3,8 33:9 34:23 35:11,17,22 38:11,14 41:16 43:17 44:8,9,15 46:4 47:8 48:6 54:9 56:8 61:6 63:4 67:10,11,19,21 68:21 69:5 70:17 76:14,24 77:4,7,9 80:9,15,21
ail [1] 72:18
allow [3] 33:22 37:15 56:25
allowed [1] 34:2
already [6] 17:17 34:15,20 46:2 69:

15 75:6
although [1] 50:25
amend [1] 19:22
amending [1] 20:3
anand [1] 4:18
anatomy [3] 21:16 23:5 71:12
annually [2] 14:14 22:11
another [3] 28:11 76:23 77:3
answer [5] 5:23 15:13 42:13 44:2 79:11
answered [1] 42:9
applicable [1] 39:10
application [26] 16:23 19:20 24:11 31:25 32:2,3 33:12 34:24 37:25 38:5 39:9,18 53:15 58:4,5,11,14,19 59:20,24 60:15,20,25 65:25 66:6,16
applications [2] 14:10,22
applied [7] 32:19,22,24 33:2 42:23 43:2 58:23
applies [3] 12:9 16:20 40:22
apply [10] 13:22 16:11 29:11,13,16 32:20 33:6,7 35:17 54:10
applying [1] 56:11
approach [1] 26:25
appropriately [1] 20:7
approval [1] 12:10
approximately [5] 14:9,13,17,24 51:11
april [4] 52:7 57:9 66:8,9
aren't [1] 14:21
around [3] 53:6,8,9
assessment [1] 56:14
assigned [2] 76:4,11
assist [1] 47:17
associate [1] 55:20
assume [5] 5:17 10:10 12:24 71:18,19
assumed [3] 10:6,9 11:19
assuming [1] 12:2
assumption [1] 75:25
attached [3] 68:18 69:2 80:17
attempt [1] 47:9
attorney [1] 75:3
automatically [1] 70:23
available [1] 39:5
avenue [1] 2:5
aware [9] 32:18,22,24 35:20 37:18,24 39:16,17,24 40:16,21 41:18,21 42:25 43:3 60:15,24 61:4 73:5

## B

back [18] 5:6 15:11 17:9,23 18:4,7,20 21:12 27:23 34:12 38:23 47:23 48:2 61:25 68:22 74:5 75:14 76:3
background [1] 15:7
bahama [1] 6:23
base [1] 13:4
based [4] 26:5,7,16 62:5
basic [1] 41:23
basis [2] 22:10
basisc [1] 41:22
became [1] 78:8
become [5] 23:15 39:10 66:19 69:7,9
believe [8] 32:20 38:24 43:20 47:

14 48:7 68:2 70:14 77:24
better [1] 28:25
between [7] 3:6 28:20,23 29:22 30:8 46:12 57:9
biochemistry [1] 21:17
biology [3] 13:13 23:17,22
bit [2] 11:4 36:7
blood [1] 83:14
board [21] 30:23 31:3,11,13 32:4,13 33:13,17,21 34:5,8 35:4 37:19 38:9 40:12,23 41:4,11 54:14 56:20,22
body [2] 12:9 40:7
books [1] 16:22
both [7] 11:23 12:4,6,23 16:25 24:10 45:22
boulevard [1] 2:5
break [7] 5:21,24 28:20,23 29:2,3 63:7
brijette [4] 55:11,24 60:13 66:13
broken [3] 15:24 16:2 25:12
brunswick [3] 4:11 6:12 21:8
business [1] 4:11

## C

call [7] 17:13 18:23 28:3 39:5 46:3 47:12 48:5
called [2] 4:2 28:17
campus [9] 19:17 21:4,5 45:17,20 69:13 76:15
campuses [1] 6:15
cannot [1] 35:3
capuano [52] 2:10 15:3,8 17:15 18:2 19:2 34:19 35:12 36:2,15 37:11 39:25 41:25 42:5,12 43:24 44:14 46:6,15 48:19,25 51:8 52:6,15,21 54:2 58:6 59:3,7,16 60:3,6 61:15 62:6,12 63:10,24 64:7,15 65:19 69:24 71:25 73:2 74:10 75:10 78:14,18 79:18,23 80:2 81:6 82:5
case [6] 4:19 34:5 35:2 41:5 80:14,21
catalog [4] 18:13,15,16,25
center [3] 45:11,15,16
certain [2] 14:4,12
certainty [2] 71:20,21
certificate [3] 35:8,21 67:22
certification [2] 3:8 83:2
certified [2] 74:21 75:23
certify [2] 83:8,13
chance [2] 49:3 68:12
change [3] 23:12 79:10,16
changed [1] 21:13
charge [1] 16:24
chase [1] 20:17
chemistry [2] 13:16,17
chief [5] 7:10,12,15 11:12,15 12:17
choose [1] 56:25 73:11
chose [1] 19:22
circumstances [1] 74:11
city [2] 76:21,21
ck [1] 54:13
clarification [2] 39:13 79:20
clarify [7] 15:15 48:19 50:6,20 63:11 73:3 79:13
class [1] 73:8

classes [3] 21:22,24 22:21
classroom [1] 27:5
clear [3] 30:25 36:16 80:6
clerkship [11] 45:13 63:2 69:8,10, 19 76:4,5,10 77:4,14,23
clinic [3] 23:24 26:18 71:13
clinical [45] 7:2,5 8:4 9:18,25 10:4, 6 11:3 23:18,25 24:22 25:9,11,15, 17,17,19 26:21 27:4 28:13 43:13 44:6 45:21 67:6,7,9 68:23 69:8,10, 11,18,21 76:4,5,9,22 77:3,6,14,19, 23 78:21 79:6 80:19,20
collected [1] 60:25
combination [1] 64:5
come [3] 52:3 53:17 68:22
comfortable [1] 79:11
coming [1] 20:25
commented [1] 63:14
commission [3] 35:21 58:12 66:2
committee [3] 12:25 19:19 20:7
committees [1] 12:22
communicated [1] 54:4
comp [11] 56:14,14,17,18 57:7 67: 11,13,16,18 76:7,12
competency [1] 26:24
complete [28] 26:9 29:24 30:3,4,5 31:21 38:11,13 40:14,25 41:13 43: 12,18 44:5,8,19,22 56:6,13 57:5 63: 22 66:21 67:3 69:12 71:7 73:11 76: 7 79:5
completed [13] 8:16,25 9:7 35:5 53:12 56:4 65:15 67:25 68:21 69:5 74:16 80:18 81:2
completely [1] 15:9
completes [3] 28:12 31:12 77:10
completion [7] 28:8 29:23 35:9 54: 8 67:21,22 80:9
component [6] 25:14,15,18 26:22 70:6 80:19
components [5] 26:17,20 27:3 44: 20,22
comprehensive [5] 56:5,7,21 57: 6 67:13
compulsory [5] 25:8,10 67:7 69: 10 76:9
confirm [5] 31:5,17,20 33:16 35:3
confusing [1] 54:12
consider [1] 14:7
considered [2] 13:23 22:17
consist [2] 67:5,19
contact [1] 47:9
contigent [1] 80:8
continue [3] 5:20 65:21 73:11
conversation [4] 49:21,25 50:19 51:24
copy [1] 63:22
core [2] 21:22 27:7
correct [42] 9:24 14:3 16:18,19 23: 11 30:2,10 33:9,10,11 34:3 38:2,3 41:16,17 43:8 52:12 53:12 54:11 56:8 57:6,7 58:16,21 59:2,15,25 60: 2 66:7,10,11,14 69:5,6,17 71:17 73: 20 74:7 77:2 80:10,11,13
cost [1] 18:10
costello [53] 2:4,4,6 4:7,17 15:6,12

17:11,18,22 18:4,20 27:25 34:14 36:6,17 37:16 39:4 40:5 42:3,9 44: 16 45:25 47:21 48:8,23 52:8,12,18, 23 54:5,19 57:14 58:10 59:5,9 60:5, 10 61:11 63:6 64:3,13,18 65:17 68: 6 73:3 74:12 75:5,11,14 78:16 79: 22 82:4
counsel [2] 3:6 80:5
county [1] 83:4
course [63] 20:20,23 21:19 24:5 25: 7,23,24 26:3,10 27:9,19 28:8 30:7 31:22 33:9 34:23 35:5,22 36:13,19 38:11,14 40:14,25 43:13,14,17 44:6, 7,9,10,11,14,20 46:4 50:7 56:15 62: 25 63:3 67:3,4,6,9,20 71:7,8,12,12, 14,14 72:4,6,7 73:11,24,25 77:7 78: 22 79:7 80:9,15,21 81:2
courses [21] 13:22,24,25 21:4 22: 24 23:3,7,12,15 24:2,3,13,16 25:21 29:21 41:23 67:19 71:11 72:15,18, 19
court [5] 1:2 3:21 4:23 5:5,10
courtship [1] 67:7
credentials [1] 20:8
credit [1] 12:7
credits [1] 20:9
cs [1] 54:13
cullen [2] 1:16 2:8
current [2] 39:6,7
curriculum [1] 41:22
cut [1] 20:17

D
dasrath [113] 4:18 5:1 6:1 7:1 8:1 9: 1 10:1 11:1 12:1 13:1 14:1 15:1 16: 1 17:1 18:1 19:1 20:1 21:1 22:1 23: 1 24:1 25:1 26:1 27:1 28:1 29:1 30: 1 31:1 32:1,18 33:1 34:1,7 35:1,20 36:1 37:1,18 38:1,10,12,17 39:1 40: 1 41:1,18 42:1,25 43:1,11 44:1,4 45:1 46:1,5 47:1,7 48:1,5 49:1,7 50: 1 51:1,6 52:1 53:1,11,19,25 54:1 55:1 56:1 57:1 58:1,22 59:1,11,24 60:1,12,16 61:1,2,17 62:1,20 63:1 64:1 65:1 66:1,9 67:1 68:1 69:1 70: 1,15,21 71:2 72:1 73:1 74:1,,22 75: 1,8,17,23 76:1 77:1,22 78:1 79:1 80:1 81:1
dasrath's [6] 34:17 36:20 51:2 52: 5 53:2 59:6
date [22] 1:9 19:16 30:17 36:25 44: 13 48:13 53:10 54:24 57:20 59:13 60:4,7,7,10,11,12 61:22 65:2 68:11 75:18 78:12,22
dated [6] 58:25 59:12,13,17,19 66:8
dates [1] 60:8
day [5] 50:10,16 59:9,18 83:18
deadlines [1] 56:3
dean [8] 8:4 9:18,25 11:3 12:25 19: 21,21 20:6
debate [1] 69:22
december [3] 9:22 22:5 59:7
defendant [1] 1:13
define [1] 52:18
department [2] 12:12 29:10

deposition [4] 3:9,18 15:9 79:19
describe [3] 55:7 65:24 68:16
description [2] 10:2,20
design [1] 10:4
details [5] 51:13,14,16,19,23
determinations [1] 13:6
development [3] 11:21,22 55:22
dictates [1] 27:15
didactic [3] 21:20 26:16,19
different [9] 11:4,5 36:7 54:18 64:8 67:17 71:11 76:20 77:19
director [4] 55:20 62:25 63:2,4
disciplined [1] 24:4
disclosure [1] 64:4
disclosures [1] 64:6
discussion [4] 18:18 36:5,10 75: 12
disicipline [1] 24:11
district [1] 1:2
dkyman [1] 1:16
doctor [2] 21:17,18
doctoral [1] 9:7
document [33] 6:6 17:7,16,19,21 18:9,12 27:23 34:16 37:9 48:9 54: 22 55:3 57:18,24 58:25 60:9 64:19 65:12,14,16 66:4 68:7,9,13,16,17, 22 75:2 80:16,25 82:2
documentation [1] 75:7
documents [10] 12:19,21 34:12 44: 24,25 63:13,15,16,17,19
doing [2] 28:4 41:6
dominica [10] 6:19,21,22 21:6,8,9 45:15 69:14 76:17,21
done [3] 31:15 48:22,24
double [1] 62:7
down [3] 5:11 25:12 59:21
duly [2] 4:3 83:10
during [6] 26:10 29:4,11 36:9,13,19
duties [1] 12:17
duty [1] 12:13
dykman [1] 2:8

E
e-college [4] 68:3,5 72:5,8
e-mail [11] 47:12 48:5,7,11 49:7 50: 9,22,25 51:2 80:8 82:1
each [2] 45:12 68:18
earlier [4] 43:21 52:17 63:13 70:14
easier [1] 64:2
ecfmg [3] 60:17 61:5 78:9
education [23] 11:7,8,10,22 12:5,5, 8,8,12 19:7,8 25:14,15,17 29:10 57: 17 64:20,23 69:22 70:6 80:24 82:3, 13
educational [3] 10:4 58:12 66:2
effect [1] 3:20
eight [1] 7:16
either [9] 13:2,2,7 27:17 32:15 34: 13 62:25 64:17 75:2
elaborate [1] 42:19
electronically [2] 31:15 47:6
eligibility [1] 57:9
eligible [13] 31:18 34:24 57:4 59:14 66:20 69:8,9 74:8 77:13 78:2,9,24 80:7

elizabeth [2] 8:19,20
employed [4] 6:9 55:14,16,17
employment [5] 39:7 57:17 64:21, 24 82:12
end [4] 10:15 26:2 78:20 80:19
enrique [1] 63:5
enrolled [18] 16:7,10 19:11 29:15, 17 30:13 37:5,7 43:16,23 52:4,11, 14,22,24 53:3 59:24 77:22
enrolling [1] 12:18
enrollment [3] 16:17 36:20 39:11
ensure [1] 12:22
entities [2] 54:16,18
entitled [1] 64:19
esq [2] 2:6,10
esqs [3] 1:16 2:4,8
essentially [4] 24:7 52:6,16 63:24
established [2] 42:6 69:16
ethics [1] 21:19
evaluated [2] 20:7 26:24
evaluation [9] 27:2 68:18,24,25 80: 18
even [1] 14:6
events [1] 42:20
exact [4] 36:24 44:12 75:18 78:11
exactly [1] 42:14
exam [36] 26:6 27:10 28:11,22 30:9, 18,20 32:19 33:3,17,23 34:3,8 41:2 45:15,16 46:3,12,17,20 56:5,7 57:6 59:15 62:4,11,14 66:6,17,20 67:18 76:7 78:2,6,10 80:7
examination [29] 1:12 4:6 27:12 28:16 30:16,17,24 31:7,18,23 32:17, 21 33:25 35:6 40:15 41:14 45:11 46:22 56:4,16,21,22 57:3 58:17 66: 23 74:19 77:11 79:25 82:3
examinations [1] 26:16
examine [1] 62:21
examined [1] 4:4
examiner [2] 33:13 56:21
examiners [17] 30:23 31:3,12,14 32:5 33:18,22 34:6 35:4 37:20 38:9 40:13,23 41:4,12 54:15 56:23
exams [1] 67:17
except [1] 3:13
exchange [1] 19:13
exhibit [13] 48:12,16 54:23 55:6 67: 19,23 64:25 65:6,23 66:5 68:10 80: 4,13
expand [1] 26:20
explain [2] 22:8 31:8
explanatory [1] 72:3
extent [9] 28:5 34:15,19 39:5 42:12 46:2,7 61:13 75:5

F
faculties [1] 12:14
faculty [8] 10:6 11:20,21 12:22 19: 19 27:4,20 28:3
fail [3] 43:7,10 44:11
failed [10] 43:4 49:10 51:3 69:3 70: 16 72:6 74:2 80:15,22 81:4
failing [12] 44:18 47:8,13,18 48:6 50:23 51:3 61:5,25 62:4 70:17 73:6
fails [5] 34:23 42:21,22 62:2,10

fairly [1] 58:18
falls [1] 62:15
familiar [1] 16:17
far [1] 5:13
fee [2] 16:23 17:4
feel [2] 20:6 79:11
fellowship [1] 8:25
fernandez [9] 49:12,15,18,22 50:2, 5 51:12,20 63:5
fifth [1] 24:20
fifty [1] 16:13
file [3] 39:17 63:21,23
filed [1] 60:16
filing [2] 3:7 39:17
filling [1] 30:12
final [1] 26:6
fine [2] 46:6 65:21
finish [1] 5:9
finished [2] 48:18 65:9
first [22] 4:3 9:16 21:2,10,11,25 22: 3,4,6,12,13,14,17 23:3,6 25:8,10,19 28:15 30:15 67:7 69:10
florida [1] 76:17
follow [2] 17:12 46:9
follow-up [7] 18:3,22 28:2 51:12 61:12 75:7 79:24
following [1] 74:14
follows [1] 4:5
force [1] 3:20
foreign [2] 58:12 66:2
forgive [1] 76:6
form [4] 3:14 31:13 42:8 68:18
forth [1] 83:10
forward [2] 74:4,6
four [5] 15:22 16:4 22:10 24:13 37: 4
four-year [1] 15:21
fourth [2] 24:14,17
frame [1] 46:12
freeport [1] 6:23
front [2] 48:15 65:5
fulfill [1] 71:3
fulfilling [1] 43:21
fully [2] 43:16,22
further [6] 3:12,17 73:19,23 81:7 83:13

G

gary [2] 83:6,21
gave [2] 6:11 10:11
general [2] 40:18,20
generally [1] 47:5
generic [1] 58:18
getting [1] 35:14
given [15] 20:19,22 27:16 46:12,18 47:7 67:22 68:20 76:14,16,25 77: 17,18 79:9 83:12
giving [2] 29:21 55:25
got [1] 51:18
governing [1] 40:7
gpa [1] 14:4
grade [25] 26:2 33:25 37:2 44:10,18 45:4,5,8,10,14 47:8,13,18 48:6 49: 10 50:23 51:3,7 61:5 62:2,2,4,5,10 73:7
grades [12] 35:24 36:8,13,21 45:12 47:4 52:5 53:2 62:21 68:2 72:11 73: 6
grading [1] 39:11
graduate [8] 8:6,9,17 11:22 14:25 16:9 58:13 66:3
graduation [3] 8:15 14:20 70:8
grand [1] 6:23
gross [1] 23:4
grounds [1] 20:2

H

half [2] 7:16 15:22
hand [1] 83:18
handbook [2] 71:6 73:10
hands-on [4] 69:19 70:4,5,12
happen [1] 42:16
happens [4] 19:5,12 28:7 33:20
hear [1] 5:4
held [3] 1:15 18:19 75:13
help [1] 44:25
hereby [3] 3:5,9 83:7
herein [1] 83:10
hereto [1] 3:7
hereunto [1] 83:17
herself [1] 38:20
highlighting [1] 48:20
highway [2] 4:12 6:12
history [1] 26:15
hold [1] 7:21
hospital [2] 8:19 26:23
however [1] 44:4
humanities [1] 13:20
hypotheticals [1] 46:17

I

idea [1] 16:9
identification [5] 48:12 54:23 57: 20 65:2 68:10
ii [1] 58:20
iii [1] 58:20
immediately [2] 8:11 77:8
include [1] 13:12
including [1] 64:12
incumbent [2] 73:4,7
independent [1] 33:14
indicate [1] 81:3
indicates [1] 81:2
individual [1] 54:3
ineligible [2] 78:25 79:4
inferring [1] 54:16
information [5] 15:7 57:18 64:21, 24 82:12
inhibit [1] 6:3
initial [3] 19:5,15 64:4
inorganic [1] 13:16
inspect [3] 62:3,11,14
institution [4] 13:15 73:15,18,22
institutions [2] 56:24 77:20
instruction [1] 56:2
instructions [1] 5:14
instructor [1] 37:22
intake [3] 22:12,13,14
intakes [1] 22:10
interested [1] 83:16
internal [1] 8:16
introduction [14] 23:18,23 24:21 25:16 26:17 28:13 43:13 44:5 67:8 69:11 71:13 76:8 78:21 79:6
involved [2] 11:6 39:10
irrelevant [1] 15:10
isn't [1] 43:15
issuance [1] 28:21
issued [4] 25:24 26:2 31:24 69:4
itself [3] 25:23 59:20 67:20

J

january [6] 7:23,24 10:16 11:11 22: 13,16
jersey [3] 4:13 6:13 8:20
job [3] 10:2,3,20
joined [1] 9:13
joseph [2] 2:6 4:17
judge [1] 36:9
jumbled [1] 35:15
june [1] 46:18
justin [5] 2:10 17:11 27:25 34:14 61:11

K

kept [1] 45:10
kind [2] 27:10 63:19
kings [1] 83:4
kitts [1] 6:23

L

laboratory [3] 13:14,17,18
lack [1] 28:25
last [2] 18:5 47:24
lawsuit [2] 4:21 15:4
least [1] 13:20
leave [2] 42:23 43:2
left [1] 64:14
letter [8] 19:15,18,25 20:3 55:8,24 70:25 71:4
liaison [1] 12:11
license [1] 74:18
licensing [4] 28:16 30:16 58:17 77: 11
licensures [1] 12:10
likely [1] 61:10
limited [1] 13:13
line [1] 74:14
litigation [1] 37:13
little [3] 15:5 35:14 36:7
location [2] 45:21 76:23
log [1] 72:10
long [3] 7:14,21 29:18
longer [1] 55:14
look [7] 37:2 45:3 48:17 51:6 55:3 64:16 65:7
looking [2] 14:13 44:23
looks [1] 66:12
lost [1] 60:5

M

made [7] 39:24 40:16,20 53:14,22 59:24 64:7
magic [1] 48:21
main [1] 6:13
mainly [1] 12:3
major [1] 25:13
mandated [1] 12:7
many [9] 14:9,24 15:2,16,18 16:9, 12 50:4 52:25
march [5] 58:25 59:12,19 60:3,13
mark [5] 37:16 48:8 54:19 57:15 68: 7
marked [12] 48:11,15 54:22 55:2 57:18,23 64:19,24 65:5,22 68:9 75: 8
marker [1] 48:21
marriage [1] 83:15
material [1] 27:9
mathematics [1] 13:19
matriculatd [1] 28:9
matriculate [3] 19:6,14 20:25
matriculated [2] 22:21 24:14
matriculates [2] 19:9 20:15
matter [4] 24:9 33:6 63:17 83:16
mean [8] 10:8 20:10 25:11 40:19 45:6 46:23 54:3 60:3
medical [57] 11:7,8,23 12:4,8,23 13: 11 14:14,19 15:18,20 16:4,8 18:16 19:7 20:11,12 21:12,19 22:9 24:5 28:16 30:16,23 31:3,11,14 32:5 33: 13,18,21 34:6,8 35:4 37:19 38:9 40: 13,23 41:4,11 45:24 54:15 56:20,23, 24 57:17 58:13,17 64:20,23 66:3 70:6 74:18 77:11 80:24 82:3,13
medication [1] 6:2
medicine [36] 1:14 7:4,7 8:16 9:8 10:5,7,23,24 11:18 13:8,8 16:25 17: 2 18:25 20:16,17 23:19,25 24:22 25:17 26:18 28:13 31:17 43:13 44: 6 45:22 53:4 67:9 68:19 69:12 71: 14 73:13 76:9 78:22 79:6
members [1] 27:5
members' [1] 27:21
memory [1] 21:16
merola [2] 83:6,21
met [2] 32:15,16
miami [6] 45:16,18,20 49:10 51:3 76:16
michael [1] 38:24
micro [2] 23:17,22
might [1] 17:16
misunderstand [1] 80:16
moment [1] 55:3
money [2] 16:22 61:2
month [3] 59:10 75:19 78:13
months [3] 7:16 13:18 15:23
morning [1] 4:14
most [1] 61:10
move [2] 15:12 65:17
ms [4] 55:8,10,24 59:19
much [1] 70:12
must [3] 26:8 56:13 67:2

N

name [3] 4:8,17 18:14
names [2] 27:21 28:4
nancy [4] 1:14 4:10 81:10 82:4
national [20] 30:22 31:3,11,13 32:4 33:13,17,21 34:5,8 35:4 37:19 38:9 40:12,23 41:4,11 54:14 56:20,22
nature [2] 47:19 79:14

**nbme** [1] 31:10 32:7 34:9,18 37:19 39:16 53:12 54:9 56:5,7,12 67:12, 15,16 76:7
**necessarily** [1] 65:15
**need** [7] 5:21 19:15 24:13 30:12 35: 7,16 72:4
**needs** [1] 63:10
**negative** [1] 62:8
**nephrology** [1] 9:2
**new** [9] 1:17,17,18 4:1,13 6:12 8:20 83:3,7
**next** [4] 9:6 19:5 28:10 59:5
**non-responsive** [1] 65:18
**north** [3] 4:12 6:12 21:8
**notary** [4] 1:17 3:19 4:3 83:6
**noted** [1] 81:8
**nothing** [4] 64:13 79:21
**notification** [3] 19:10 71:24 72:25
**notified** [8] 38:9 40:12 47:2 61:5 67:24 70:20,22 71:16
**notify** [7] 32:13 33:17 38:12 40:6 41:3,6,11
**number** [3] 42:15 57:15 65:6

**O**

**object** [1] 15:4
**objection** [13] 36:2 37:11 41:25 42: 4,8 43:24 46:15 51:8 54:2 59:16 62: 6 73:2 74:10
**objections** [1] 3:13
**obviously** [1] 58:22
**october** [2] 1:9 83:18
**office** [15] 6:13 17:9,23 27:23 39:22 40:4 41:8,9 48:22,24 55:13,21 60: 21,22 75:3
**officer** [4] 7:10,12,15 12:18
**offices** [3] 1:16 11:13,16
**okay** [10] 5:7,19,25 25:4 48:25 49:2 55:5 61:15 65:10 75:10
**on-line** [2] 31:15 72:5
**once** [6] 19:14 20:14 46:12 53:4 64: 19 69:12
**one** [11] 6:24,25 13:18,19 20:10,12 23:20 26:5 44:9,10 70:7
**one-grade** [1] 25:24
**only** [5] 6:22 21:12 58:7,8,22
**oral** [2] 27:12
**orally** [1] 47:3
**order** [8] 1:15 12:20 13:23 24:13 30:12 35:17 41:15 42:16 46:21,24 56:6 76:4 78:2
**organic** [1] 13:17
**originally** [1] 48:21
**other** [3] 31:9 46:16 74:5
**out** [1] 64:14
**outcome** [2] 38:4 83:16
**over** [2] 50:6 79:19
**oversaw** [1] 10:23
**oversee** [1] 12:13
**own** [1] 68:15

**P**

**page** [3] 58:8,9 82:3
**pardon** [1] 45:19
**part** [19] 12:17 23:2,4 24:18 36:4,11 37:13,14 41:8 56:10 57:17 58:16

**64**:20,23 71:6 73:21 76:22 82:3,13
**particular** [1] 44:7
**parties** [2] 3:7 83:14
**partnership** [1] 77:20
**partnerships** [1] 10:4
**parts** [1] 25:13
**party** [1] 64:17
**pass** [1] 13:25 24:13 28:15 35:17 41:16 42:7 56:8 67:12 71:11 72:6 78:4
**passed** [14] 13:22 33:8,8 34:8 41: 21 46:22 54:10 69:2 72:15 78:5 80: 14,20,22 81:3
**passes** [1] 22:20
**passing** [2] 72:18 77:9
**past** [1] 63:18
**pathology** [3] 23:18,22,23
**patient** [4] 21:17,18 26:23,25
**patients** [1] 24:8
**pays** [1] 19:4
**percent** [1] 16:13
**performance** [2] 68:24,25
**period** [3] 29:3,6 57:9
**perri** [10] 1:14 4:10,14 48:14 54:25 58:6 65:4 79:8 81:10 82:4
**person** [1] 80:24
**pharmacology** [1] 23:17
**phone** [2] 47:12 48:5
**physical** [3] 6:20 26:15,25
**physics** [1] 13:19
**physiology** [1] 21:16
**place** [1] 39:7
**plaintiff** [3] 1:15 4:18 80:14
**plaintiff's** [18] 48:11,16 54:22 55:2, 6 57:15,19,23 64:25 65:6,23 66:5 68:9 80:3,5,12
**please** [24] 4:8 5:2,5,22 6:17 22:8 26:20 31:8 37:17 46:9 47:23 48:9, 17 54:20 55:2,7 57:14 58:2 64:19 65:7,23 68:6,7,16
**point** [13] 15:11 16:22 23:13,16 32: 6 39:8,23 47:18 52:3 53:17 59:14, 23 69:24
**policy** [1] 13:5
**portion** [1] 65:18
**portsmouth** [4] 6:19,21,22 76:19
**position** [5] 7:8,22 9:16 10:11 13: 23
**post** [2] 8:17 9:7
**posted** [3] 47:4 68:3,4
**practical** [2] 24:2 26:14
**pre-clinical** [1] 69:13
**pre-medical** [1] 25:13
**preference** [1] 27:13
**preparation** [3] 6:7 17:24 27:7
**preparatory** [2] 56:15,15
**prerequisite** [3] 13:5,10 74:17
**prerequisites** [1] 13:9
**present** [1] 13:11
**president** [4] 7:19 8:2 10:17 16:15
**primarily** [1] 10:3
**primary** [1] 42:24
**prior** [5] 7:17 41:12 52:6
**probably** [5] 14:14 16:13 64:11 69: 25 77:19

**procedure** [1] 70:20
**process** [3] 16:17 30:21 31:9
**processed** [3] 31:25 32:3,4
**procure** [1] 10:3
**produced** [4] 17:17 58:9 64:2,17
**produces** [1] 56:23
**production** [4] 17:14 18:24 28:3 46:3
**productions** [2] 64:8,9
**professional** [2] 11:21 55:21
**professor** [2] 27:13 46:13
**program** [26] 8:17 11:7,8,9 12:7 13: 2,7 15:19,20,21,21,22 16:8 19:7 21: 20 22:9 25:12 28:14 29:11 42:18 49:11 51:4 71:9 73:12,22 80:19
**programs** [2] 14:56:24
**progress** [7] 29:19,20 31:6 32:10 72:14,16 74:20
**promised** [1] 49:11
**promote** [1] 71:8
**promoted** [2] 10:17 11:12
**proper** [1] 76:5
**provide** [1] 46:8
**provided** [12] 28:6 34:16,21 46:2,7 51:23 64:4,12 72:24 75:2,6 79:12
**public** [4] 1:18 3:19 4:4 83:6
**purposes** [2] 12:10 20:8
**pursuant** [1] 1:15

**Q**

**quentin** [1] 2:9
**question** [22] 3:14 5:2,5,9,17,23 15: 14,15 18:3,5,7 28:24 36:16,18 42: 10 47:20,22,24 48:2 54:17 63:12 79:15
**questioning** [1] 74:15
**questions** [5] 4:21 37:15 79:24 80: 5 81:7

**R**

**rather** [1] 71:20
**re-register** [6] 43:14 70:16 72:19, 21 73:8,15
**re-registering** [1] 73:13
**read** [5] 5:6 18:4,7 47:23 48:2
**readiness** [2] 33:16 57:2
**reading** [1] 24:9
**ready** [3] 33:18,19 55:4
**really** [1] 69:23
**reason** [4] 44:17 60:19 61:21 79:3
**reasons** [1] 42:24
**recall** [20] 17:5 27:20 32:11 37:9 38: 4 42:14 47:10,11,15 48:4 49:6,14, 17,20,24 50:4,16,18 51:14,16 52:2, 25 53:5,21,24 54:6 61:16 75:18
**receive** [3] 14:10 35:8 46:19
**received** [8] 35:21 44:18 48:4 49:7 50:9 51:7
**receiving** [2] 47:11 71:23
**recess** [1] 63:8
**recognize** [5] 57:24 65:11,14,14,15
**recommendation** [5] 12:25 19:21, 22,23,24
**record** [34] 4:9 17:23 18:17,19,21 36:12 61:14,21 63:20 75:11,13,15 83:11

**recruit** [1] 10:6
**recruited** [1] 12:15
**recruitments** [1] 11:20
**refer** [1] 25:3
**referred** [3] 18:6 24:23 47:25
**referring** [4] 44:15 51:9,15 60:11
**reflect** [3] 18:10 34:17 45:11
**reflected** [3] 17:6 27:22 34:11 60: 20 74:25
**regarding** [4] 47:12 48:6 50:20,22
**register** [7] 30:19 31:2,9 42:22 43: 5,7,10
**registered** [3] 30:15,18 31:20 73: 24
**registering** [1] 31:10
**registrar** [14] 31:5,16 32:15 35:3 38:8,19,21,22 40:6,11 41:3,10 54:7 61:9
**registrar's** [7] 39:21 40:3 41:8,9 55:13 61:14,21
**registration** [3] 30:21 31:13 56:2
**regulatory** [4] 10:7,10 11:23 12:3
**rejected** [6] 39:19,21 40:3,8 60:17, 20
**related** [3] 63:13,17 83:13
**relation** [1] 15:4
**release** [2] 33:25 46:13
**remain** [2] 29:17 30:13
**remains** [3] 29:14 43:16,22
**remember** [7] 36:24 44:3,12 50:24 78:11,13,22
**rendon** [1] 38:25
**rendon's** [1] 39:6
**repeat** [1] 76:12
**rephrase** [4] 5:2 36:17 62:9 78:14
**report** [2] 19:16 21:8
**reporter** [4] 4:23 5:6,10 18:8 48:3, 13 54:24 57:21 65:3 68:1
**represent** [1] 4:18
**request** [2] 62:17,24
**requested** [1] 62:21
**requests** [2] 62:16 82:17
**required** [10] 21:23 22:21 24:5 25: 21 27:5 28:14 29:7 33:15 40:15 41: 5
**requirement** [2] 32:16,17
**requirements** [13] 13:11,12 20:20, 23 21:11 25:2,6 30:8 41:13 43:22 56:11 66:22,25 69:13 71:3 74:18
**requires** [1] 14:5
**requisite** [1] 31:22
**reserved** [1] 3:14
**respect** [2] 80:3,12
**respective** [1] 3:7
**respond** [1] 5:9
**response** [4] 50:10 51:10 65:20,20
**responses** [1] 4:24
**responsibilities** [2] 11:19 12:24
**responsibility** [1] 11:20
**results** [1] 46:20
**retake** [3] 71:8,14 72:19
**return** [1] 42:22
**review** [13] 6:6 12:19,21 35:24 36: 21 49:3 63:11,14,16,25 64:15 65:8 68: 12 72:11

reviewed [10] 17:24 36:8,12 37:10 52:5,20 53:2 63:13,17 64:10
reviewing [1] 58:7
reviews [2] 19:20 72:4
reyes' [1] 36:9
right-hand [1] 59:21
roation [1] 27:8
role [6] 10:7,10 11:3,15,23 12:3
rolls [1] 12:2
roosevelt [1] 2:9
roseau [1] 76:17
ross [42] 1:13 4:19 6:10,13 7:9,11, 20 8:3,6 9:13,17 12:20 14:5 16:17, 21 18:14 20:11,15 27:14 31:19,25 32:3,6,9,13 36:20 37:6,8 38:18 39: 12 42:11 52:4 53:18 55:15,16,17 59:25 60:21,25 61:4,16 75:16
rotation [6] 25:9,11 26:21 27:4 69: 3,3 77:6 80:21
ruling [1] 37:17
rulings [1] 82:24
runs [3] 22:4,6,9

## S

same [3] 3:9,19 5:11
sat [3] 37:19 39:16 41:19
satisfactory [7] 29:18,20 31:6 32: 10 72:13,16 74:20
saw [1] 48:7
saying [3] 44:3 55:23 70:4
says [3] 19:15 55:7 80:6
school [47] 1:13 7:4,7 10:5,7,22,24 11:7,9,17,18,24 12:9,23,24 14:2,6, 14,15,19 15:19,20 16:4,25 17:2 18: 16,24 20:11,13,13,15,16 22:9 24:6 29:4,15 31:17 34:12 36:14 39:2 45: 23,24 53:4 56:24 68:19 72:23 73: 13
science [2] 41:22,23
sciences [4] 8:5 9:18,25 13:14
score [2] 34:17 46:19
scores [1] 46:13
sealing [1] 3:8
second [5] 22:22,25 24:18 66:16 77:14
secured [1] 72:10
see [5] 4:22 59:3 60:10 72:17 73:6
seems [2] 16:5,9
sees [1] 72:14
self [1] 56:14
self-assess [1] 57:2
semantics [1] 69:25
semester [26] 13:18,19,20 15:24 20:6 21:2,11 22:2,3,4,6,13,14,22,25 23:3,6,10 24:14,17,19,20 26:11 28: 5,10 70:7
semesters [1] 22:17
sena [7] 55:9,10,11,24 59:19 60:13 66:13
send [3] 32:8,9,11
sent [3] 19:10,18,24
separate [1] 80:15
september [4] 22:5,15,16 57:10
series [3] 4:21 26:7 80:4
services [1] 11:3

set [2] 83:10,17
setting [1] 27:6
settlement [3] 36:4,10 37:14
seven [4] 58:7,8,9,9
seventy-eight [9] 77:6,15 78:3
several [1] 60:8
shall [4] 3:9,14 12:19 14:19
shared [1] 47:5
she's [2] 36:12 52:19
sheet [2] 45:4 46:4
sheets [4] 45:5,8,10,14
short [4] 46:21,24 63:7,8
show [1] 54:25
side [1] 59:21
signature [2] 32:14 59:6
signed [6] 3:19,20 60:12,13 66:9, 12
similar [3] 11:2 66:4 76:18
since [2] 7:23 21:14
sit [6] 28:11 34:3 41:15 56:3 57:4 59:14 78:9 80:7
site [3] 68:24 72:11 76:22
sitting [1] 56:11
situation [1] 34:22
six [1] 13:18
sixty-five [1] 77:19
sixty-nine [1] 7:2
skills [1] 26:15
society [2] 21:17,18
somewhere [2] 17:6 60:21
sorry [7] 23:4,21 39:25 55:23 56:19 61:1 68:4
sort [2] 35:8 70:25
speaking [4] 20:16 51:15 70:10,11
specific [7] 11:25 20:6 24:4 35:13 44:21 53:6 54:3
specifically [3] 50:21,24 53:10
specify [1] 60:7
spoke [5] 36:3 49:9,14,17 50:5
sponsorship [6] 53:18,25 61:17, 22 75:17,22
spring [3] 27:19 28:4 29:2
st [2] 6:22 8:19
standard [1] 13:10
state [7] 1:18 4:4,8 50:11 51:5 83:3, 7
stated [3] 39:15 51:11 62:7
statement [2] 36:9 80:23
states [10] 1:2 7:3,6 28:15 30:16 57: 8 58:17 59:21 77:11,21
steer [1] 15:11
step [41] 28:15,17,19,21,24 29:22, 25 30:9,15,20 32:19,21 33:3 34:25 35:18 39:18 40:24 53:15 54:13,13 56:4,16 57:3,11,12 58:15,20,23 69: 15 66:6,17,20 74:9,21 75:24 77:12 78:2,6,10,24 80:7
still [7] 22:17 34:2 37:5 39:2 50:11 52:13 74:8
stipulated [3] 3:5,12,17
stphrao [1] 18:17
street [1] 1:17
strictly [1] 20:16
strike [2] 65:17,19
studdent [1] 43:16

student [82] 11:21 12:20 13:3,7 14: 7 16:20 19:4,19,24 20:4,5,14,24 21: 2,12 22:20 26:8,22 27:8 28:9,12 29: 4,7,10,13,14,16 30:12,19,22 31:12, 18,20,21,24 32:10,15 33:6,8,12 34: 23 35:7,16 40:13,22,24 41:12,16 42: 16,22 46:18 54:9 58:4,11 62:2,10, 14 66:19 67:22 68:21 69:2,5,7 70: 18 71:5,6,22 72:4,10,14 73:5,9,10, 16,17,21 74:19 76:7,11 77:10 80:14, 20
student's [2] 39:11 45:11
students [22] 10:5 12:14,18 13:3, 21 16:9 19:6 22:12,13,15 24:12 35: 5 42:21 46:14,21 47:6 55:21,25 57: 2 63:20 67:2 72:20
students' [1] 33:16
studies [2] 23:24 36:13
subject [1] 24:9
submitted [2] 37:25 66:16
subscribed [1] 81:11
subsequent [1] 52:9
substance [2] 49:21 50:19
successful [2] 71:10 80:9
successfully [23] 26:8 30:4,5 35:6 38:10,13 40:14,25 41:12 43:12,18 44:4,8,20 56:13 66:21 67:2,25 69: 12 71:7 73:10 74:17 79:5
sum [2] 49:20 50:18
summer [1] 29:2
sworn [4] 3:20 4:3 81:11 83:10
system [1] 72:9

## T

tangentile [1] 15:5
teach [1] 27:5
teaching [2] 27:18 77:20
technology [1] 72:9
term [1] 28:25
terms [2] 40:18,20
test [1] 45:12
tested [1] 27:8
testified [6] 4:5 40:2,5 43:20 52:19 70:14
testify [1] 6:4
testimony [8] 6:7 17:25 43:25 79:8, 17,20 83:9,12
testing [1] 33:14
tests [1] 45:9
theorhetical [2] 24:3,6
third [6] 6:24,25 22:14 23:10,20 24: 19
though [3] 22:18 43:15 78:17
three [4] 22:6 37:4 64:8,11
title [1] 55:19
today [11] 4:15,19,23 6:3,4,7,8 17: 25 63:15,16 79:9
total [1] 14:16
traditionally [1] 26:23
training [7] 7:3,6 8:17 9:8 68:23 70: 4,5
transactions [1] 39:24
transcribed [1] 44:10
transcript [2] 45:6 83:11
transfer [3] 20:4,10,12

transferring [2] 20:5,8
transplant [2] 9:2,8
trial [2] 1:12 3:15
trimester [1] 22:10
trimesters [2] 15:25 16:3
true [3] 43:15 63:15 83:11
try [1] 47:17
tuition [9] 16:22,24 17:4 18:10 19:5, 12 61:2 73:19,23
twelve [1] 15:23
twenty-one [1] 17:5
twice [2] 32:23,25
two [12] 5:11 23:2,4 25:13 37:3 42: 24 46:25 54:13,15,17 64:5 79:23
typically [3] 24:23 46:11,18

## U

u.s [3] 6:12 12:12 29:9
under [2] 19:2 74:10
undergrad [2] 13:14 14:2
undergraduate [1] 14:6
understand [9] 4:25 5:13,17,18 28: 24 30:2 47:19 78:19 79:14
understands [2] 71:5 78:17
united [8] 1:2 7:3,6 28:15 30:16 58: 17 77:11,21
university [30] 1:13 4:19 6:10 7:11, 20 8:7 9:13 12:20 14:5 18:15 27:15 31:4,16,19 33:15 35:3 36:20 38:8, 18,21 40:11 41:3,10 42:11 54:7 55: 12,13 66:22,24 68:23
unless [5] 68:20 69:4 73:23
unsuccessful [1] 76:13
until [7] 5:8,23 8:23 9:10,11 10:14, 15
up [7] 9:9 15:24 16:2 17:12 34:5 46: 9 70:7
uslme [35] 34:24 35:17 37:25 39:9, 18 40:3,24 41:15,19 43:22 53:15,19, 25 54:11,13 56:16 57:3,5,12 58:15 59:15 61:18,23 66:6,16,20 74:9,21 75:17,23 78:2,6,9,24 80:7
usmle [11] 28:19,21 29:22,25 30:8, 20 31:9 32:19,21 33:3,7
utilize [1] 56:25

## V

various [1] 56:3
verbal [1] 4:24
vertically [1] 59:21
veterinarian [17] 7:7 10:24 11:9, 10,18,24 12:5,8,23 13:8,12 14:15 15:21 17:2 19:7 20:13 45:23
vice [4] 7:19 8:2 10:17 16:15
voluntary [1] 12:9

## W

wait [2] 5:8,22
waiting [1] 50:11
waived [1] 3:10
wall [1] 1:16
warning [2] 70:25 71:4
way [5] 15:17 27:16 32:12 76:6 83: 15
week [1] 46:25
weeks [3] 77:6,16 78:3

**whereof** [1] 83:17
**whereupon** [10] 18:6,18 47:25 **48:**
**10 54:21 57:16 63:8 64:22 68:8 75:**
12
**whether** [13] 13:6 39:16 42:6 46:21
**58:**19 **69:**2 71:12 72:6,12 75:22 **80:**
13,20 **81:**3
**whom** [1] 6:9
**will** [19] 5:2,17,20 15:12 17:11 **18:**
22 **20:**17 **25:**3 28:2,2 29:17 33:22,
25 **36:**17 46:8 47:21 61:12 73:3 **75:**
6
**windows** [1] 56:3
**withdraw** [2] 47:21 75:16
**withdrawn** [13] 42:17 70:16,19,24
**71:**2,16,23 72:23 73:18 74:13,23
**75:**9,22
**withdraws** [1] 73:16
**withdrew** [3] 53:18,24 61:17
**within** [6] 3:8,18 25:23 67:20 **83:**7,
11
**without** [4] 14:13 44:23 71:23 **72:**
24
**witness** [5] 4:2 17:20 79:21 82:3
**83:**17
**witness(es** [2] 83:9,12
**words** [4] 46:16 55:7 68:15 74:5
**work** [11] 8:11 24:5 31:22 35:5 **40:**
14,25 67:3,4,6 72:4 73:24
**worked** [1] 55:12
**working** [1] 24:8
**works** [1] 55:11
**writing** [8] 17:12 18:22 28:2 46:10
**47:**3 51:24 61:12 62:18
**written** [2] 26:16 27:11

---
## Y
---

**year** [16] 7:24 9:3,9,20 11:12 13:13,
16,17 14:11 15:22,24 18:10 21:11
**22:**7 37:3 59:10
**years** [7] 15:2,16,18 16:5 37:3,4,4
**york** [6] 1:17,17,18 4:4 83:3,7