**EXHIBIT "N"**

Courthouse, 88-11 Sutphin
Boulevard, Jamaica, New York 11435,
Queens County, on    7 - 25 - 0 6

Present:
Hon. **HON. ROGER N. ROSENGARTEN** Justice                Index No.  15989/06
---------------------------------X

ANAND DASRATH

             Plaintiff,                    **ORDER TO SHOW
CAUSE**

    -against-

ROSS UNIVERSITY SCHOOL OF MEDICINE

           Defendant.

---------------------------------X

       Upon the reading of the annexed Affidavit of the
Plaintiff in this action, Anand Dasrath sworn to on the 19 day
of July, 2006, and the Supporting Emergency Affirmation of
George M. Gilmer, the attorney for the Plaintiff herein,
affirmed on the 14 day of July, 2006, and all of the Supporting
documents contained herein, it is

    **ORDERED**, that the Plaintiff, Anand Dasrath shall show cause
before Part  23  of this Court, to be held in and for the
COUNTY OF QUEENS, at the Courthouse at 88-11 Sutphin Boulevard,
Jamaica, New York, on the 26 day of  July  , 2006, at 9:30
A.M. in the forenoon of that day, or as soon thereafter as
counsel can be heard, why an Order should not be made:

**EXHIBIT A**

Medicine; and for an Order

2. compelling Defendant to sponsor Plaintiff for the upcoming USMLE Step 1 Exam and

3. Any such further relief as the Court may deem just and proper.                                    *together with the Summons or Complaint*

**ORDERED**, that service of a copy of this Order ✓and the papers upon which it is granted upon the Defendant, Ross University  , Personal Service a
School of Medicine, by ~~ordinary mail~~ on or before the 25th day of , 2006, shall be deemed good and sufficient service.

~~Dated:  July        , 20__~~

ENTER:

_____
J.S.C.

**HON. ROGER N. ROSENGARTEN**

**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------x
Anand Dasrath,

              Plaintiff,

Ross University School of Medicine

              Defendant.
------------------------------------------x

Index No. 15989/0

**EMERGENCY
AFFIRMATION IN
SUPPORT**

I, George M. Gilmer, Esq., an attorney duly authorized to practice law before the Courts of the State of New York, hereby affirms under the penalties of perjury that:

1. I make this emergency application in support of the present motion to reenroll the Plaintiff in Ross University School of medicine and to compel the medical school to sponsor for the upcoming USMLE step medical boards, scheduled for July 27, 2006.

2. I make an emergency affirmation because the test is scheduled for one week from today.

3. As shown in the annexed summons and complaint, attached here to as Exhibit A and in the annexed Affidavit of the Plaintiff the school has wrongly denied the plaintiff opportunity to take the USMLE Medical Boards and has wrongly withdrawn the Plaintiff from its Medical School.

4. As the annexed letter shows the Defendant Administratively Withdrew the Plaintiff from its school because he allegedly did not successfully complete the AICM course and pass the USMLE Step 1 exam. This letter is attached here to as Exhibit "B".

5. The plaintiff is currently registered for the USMLE step 1 exam. Attached hereto as Exhibit "C" is proof that the Plaintiff is registered for this exam.

6. The school has promised that it would sponsor the Plaintiff for this exam. Attached hereto as Exhibit "D" of the school's sponsorship for this exam.

7. Last week the school told the Plaintiff that they will withdraw their sponsorship of him for the exam and because of this the plaintiff will not be able to take the test.

8. According to the school manual attached here to as Exhibit "E" a student is eligible to take the USMLE step 1 in the following was

    a. Passing all courses in the Basic Science Curriculum and having a 4th semester cumulative GPA of 4.90 or higher; or

    b. Passing all courses in the Basic Science Curriculum and having a 4th semester cumulative GPA of 2.89 or lower, and passing the NBME

Comprehensive Basics Sciences Examination at the
end of the 4th semester; or

c. Taking the BMSI course and passing either the
BMSI final comprehensive examination or the NBME
Comprehensive Basic Science Examination
administered after the completion of the BMSI
course

9. The Plaintiff has met the eligibility requirements of
this section.

10.    Furthermore, this student manual states that a
student may be administratively withdrawn only under
the following grounds:

a. Does not return to the campus to register for the
following semester and attend classes in Week One
of a semester.

b. Does not return at time specified for the end of
an approved leave.

c. Is not scheduled for a clinical rotation for a
period of 30 days or more and has not applied for
and received an approved academic leave of
absence;

See Exhibit "F."

11.    The letter attached hereto as Exhibit "B" states
only two reasons for the administrative withdrawal of

the Plaintiff. One of the reasons, failure to successfully complete AICM course, is not listed in the student manual. The second reason, the plaintiff's failure to pass the USMCE step 1 is incorrect because the plaintiff has yet to take this exam and is registered to do so.

12. Finally, Plaintiff believes that he should have passed the AICM course but the Defendant has not provided Plaintiff his grade for this course.

13. As stated earlier the school has told the Plaintiff that they have withdrawn their sponsorship for the Plaintiff.

14. The Plaintiff has paid for this school semester, and I have attached proof of payment for this school semester as Exhibit "G."

15. Since the school has no reason for withdrawing the Plaintiff from school and no basis for withdrawing their sponsorship of Plaintiff, the Plaintiff seeks to reenroll in the Defendant's school and seeks to compel the Defendant to sponsor the Plaintiff for the USMLE Step 1 Exam.

16. Moreover, the school has reneged on its agreement to sponsor the Plaintiff for the USMLE Step 1 Exam. Exhibit "D".

17.    The Plaintiff will suffer irreparable harm and
injury if this relief is not granted because if he is
not allowed to take the USMLE step 1 exam, now his
education will be delayed and the next exam is not
until July 27, 2006.

18.    As shown above there is a likelihood that
Plaintiff will be successful on his cause of action
for breach of contract against the school because the
school had no reason to Withdraw the Plaintiff from
its school and to renege on it obligation to sponsor
the Plaintiff for the USMCLE Step One Exam.

19.    No previous application has been made to any
Court or Judge for the relief requested herein.

Dated: July 19, 2006
       Brooklyn, New York 11232

George M. Gilmer, Esq.
943 Fourth Avenue
Brooklyn, New York 11232
718-788-0100
718-788-1611

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------x
Anand Dasrath,
                    Plaintiff,                    Index No. 15989/08

                    -against-                     **AFFIDAVIT IN
                                                  SUPPORT**

Ross University School of Medicine,

                    Defendant.
----------------------------------------x

STATE OF NEW YORK     )
                      )ss:
COUNTY OF NEW YORK    )

        ANAND DASRATH, being duly sworn, deposes and says

that:

    1. I am the individual Plaintiff in the above-referenced

        matter and as such am fully familiar with the facts

        and circumstances set forth herein.

    2. I was administratively withdrawn from the Ross

        University School of Medicine and denied the

        opportunity to take the USMLE Medical Boards Step One.

    3. I am currently registered for the USMLE step 1 exam,

        although the school has informed me that they will

        withdraw their sponsorship and as a result I will not

        be able to take the test.

    4. I believe that I have passed the AICM course but have

        not received a grade from the school as of yet.

**EXHIBIT A**

5. I have paid for this school semester, and I have proof of such payment for this school semester.

6. I wish to re-enroll in the school and have the Defendant sponsor me for the USMLE Step 1 Exam.

7. If I am not allowed to take this exam I will be irreparably harm and injured because I will not be allowed to pursue my medical license.

8. I will likely succeed on the merits of this action because as the documents attached to this motion show I was wrongfully withdrawn from the Defendant's school and the Defendant is wrongfully denying me sponsorship for the upcoming July 27, 2006 exam.

9. I am seeking that the school immediately reenroll me and sponsor me for the July 27, 2006 exam.

Dated: July 19 , 2006
       Brooklyn, New York

_____
Anand Dasrath

Sworn to before me this
19th day of July 2006

_____
NOTARY PUBLIC

**GEORGE M. GILMER**
Notary Public, State of New York
No. 02GI6093915
Qualified in New York County
Commission Expires

**EXHIBIT A**

COUNTY OF QUEENS

------------------------------------X Index No.  15989/06

ANAND DASRATH

Plaintiff,

Plaintiff designates
Kings County as the
place of trial.
The basis of venue is
CPLR 509.

-against-

**SUMMONS**

Plaintiff resides at
89-25 209th Street,
Queens Village, New
York, 11427

ROSS UNIVERSITY SCHOOL OF MEDICINE

Defendant.

------------------------------------X

**ACTION FOR A BREACH OF CONTRACT**

To the above named Defendant:

**YOU ARE HEREBY SUMMONED** to answer the complaint
in this action and to serve a copy of your answer on
Plaintiff's Attorney within twenty (20) days after the
service of this summons, exclusive of the day of service,
where service is made by delivery upon you personally
within the State of New York, or within thirty (30) days
after completion of service where service is made in any
other manner. In case of your failure to appear or answer,
judgment will be taken against you by default for the
relief demanded in the complaint.

Dated: July 19, 2006

George M. Gilmer
Attorney for Plaintiff
943 Fourth Avenue
Brooklyn, NY 11232
718-788-0100
718-788-1611 Facsimile

Tel.: (785) 978.6368 FAX (785) 978.6366
Email: Registrar@rossmed.edu
www.rossmed.edu

 KROSS
UNIVERSITY

June 29, 2006

Dear Anand E Dasrath:

I regret to inform you that effective immediately you have been Administratively Withdrawn from Ross University, School of Medicine for failure to register for the May 2006 AICM course. RUSM policy dictates that students must successfully complete the AICM course and pass USMLE Step 1 before advancing into the clinical curriculum. In order for a student to remain enrolled with RUSM, they must either be registered for courses and/or registered for the Boards. Once a student becomes inactive, they are Administratively Withdrawn from RUSM.

Please be advised that if you are a recipient of federal guaranteed student loans, we must inform your lender(s) that you have not attended Ross University since the last day you attended classes or rotated in a clinical clerkship. The impact of your withdrawn status on your federal guaranteed student loans will depend on your specific situation, applicable regulations and the terms and conditions of your loan(s).

Should you ever wish to resume your studies at Ross University School of Medicine, you will be required to submit an application for re-admission to the Admissions Department and be reviewed by the Admissions Committee. To do so, please complete an Admissions application, indicating the reasons of your withdrawal, and submit it to the Admissions Office.

Best wishes in your future endeavors.

Sincerely,

Michael Rendon
University Registrar

Cc:    Bursar
       Financial Aid
       Clinical Department

**From:** emailconfirmations@thomson.com  [➤] Add to Address Book  [✉] Add Mobile Alert

**To:** ANAND_DASRATH@YAHOO.COM

**Subject:** Step 1 - United Stated Medical Licensing Examination Exam Confirmation

**Date:** Thu, 29 Jun 2006 09:43:12 -0400

This is an automatic email. Do not reply to this mail. If you have any questions you must contact the Registration Center by telephone or fax during regular operating hours.

Your appointment for the computer-based Step 1 - United Stated Medical Licensing Examination exam is confirmed. Please find the confirmation details that follow:

Examinee Name:          Anand Emanuel Dasrath
Examinee ID:            3761743
Confirmation:           0000000050652630
Program:                STEP1
Exam:                   Step 1 - United Stated Medical Licensing
Examination
Exam Date:              27 July 2006
Exam Time:              09:00 AM

rometric Test Center:
24 SEVENTH STREET
BLOCK EAST FRANKLIN AVE LOWER LEV
OWER LEVEL
ARDEN CITY, UNITED STATES - 11530

EXHIB        Exhibit        **EXHIBIT D**        **EXHIBIT E**

Disrath, Anand

**From:** Sena, Brijette

**Sent:** Thu 3/9/2006 4:52 PM

**To:**

**Cc:** Fernandez, Dr. Enrique; Rendon, Michael; Reardon, Rosemary; Perri, Dr. Nancy

**Subject:** Results of NBME comprehensive shell exam

**Attachments:**

Dear Students,

We have received the results of your NBME comprehensive exam. **Congratulations!** You have passed the exam and are now eligible to sit for the USMLE Step 1 exam. Your six-month eligibility period is April 1 – September 30, 2006. You are required to sit for the USMLE Step 1 no later than 9/30/06. You will have 3 attempts or until April 30 2007 to pass Step 1.

If you have previously submitted a USMLE application along with a waiver, you may now schedule your USMLE Sitting date as soon as you receive your scheduling permit. Be sure to notify this office of the date you schedule.

Please see below for eligible USMLE windows and deadlines to submit USMLE applications. You will be ineligible for an extension beyond the 9/30/06 date so please plan accordingly.

| Windows you may apply for | Deadline to submit application to NJ Registrar |
| --- | --- |
| May 1 – July 31, 2006 | March 15, 2006 |
| June 1 – August 31, 2006 | April 15, 2006 |
| July 1 – Sept. 30, 2006 | May 15, 2006   * please inform me if you are choosing this window by replying to this email |

\* please inform me if you are choosing this window by replying to this email

EXHIBIT E

Exhibit F

EXHIB

Information regarding the examinations may be obtained from the Educational Commission for Foreign Medical Graduates (ECFMG), 3624 Market Street, Philadelphia, Pennsylvania 19104-2685. Telephone: (215) 386-5900; Fax: (215) 387-9196; Website: www.ecfmg.org

Certification by the ECFMG is required for entrance to residency training and licensure. In order to become certified, RUSM students, in addition to passing Steps 1 and 2 of the USMLE, must pass the Test of English as a Foreign Language (TOEFL) and the USMLE Step 2 Clinical Skills (Step 2 CS).

## POLICY REGARDING UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE), STEPS 1 & 2

The University has adopted the following policy regarding the United States Medical Licensing Examination:

### THE USMLE STEP 1

The School of Medicine uses the USMLE Step 1 as one criteria of a student's overall knowledge necessary for entering into clinical clerkships.

Students become eligible to take the USMLE Step 1 in one of the following ways:

a) passing all courses in the Basic Science Curriculum and having a 4th semester cumulative GPA of 2.90 or higher; or

b) passing all courses in the Basic Science Curriculum and having a 4th semester cumulative GPA of 2.89 or lower, and passing the NBME Comprehensive Basic Sciences Examination at the end of the 4th semester; or

c) taking the BMS1 course and passing either the BMS1 final comprehensive examination or the NBME Comprehensive Basic Science Examination administered after the completion of the BMS1 course.

Students are required to sit for the USMLE Step 1 examination for the first time within 5 months after becoming eligible. Otherwise, the student will be administratively withdrawn.

Students are required to take and pass the USMLE Step 1 in no more than three attempts, and within one calendar year of becoming eligible.

Students who do not pass the USMLE Step 1 in three attempts within a year after becoming eligible are dismissed from the School of Medicine. Such students may apply for readmission. If granted such readmission may require additional preparation in courses taken in Dominica.

Those who receive very low scores on the USMLE in the first or second attempts may be required to repeat certain parts of the curriculum before they can be certified for another attempt. This will also

EXHIB.    Exhibit F

## WITHDRAWALS

Students who have been withdrawn (by student request or administrative action) must apply for readmission if they wish to return to the School. Such readmission must be reviewed by the Promotions Committee and is not guaranteed. They will be subject to all academic policies and tuition and fees then in effect, without any "grandfathering" provisions based on their original admission.

## STUDENT WITHDRAWALS

Students may not withdraw from a single course during a semester; they must withdraw completely from the School. Basic Science students may begin the withdrawal process by obtaining a withdrawal form from the Campus Registrar's Office in Dominica, and appropriate clearances from the Library, Financial Aid Office, and the Dean of Academic Administration and Student Affairs. Such students will receive W, WP, or WF on their transcripts depending on whether they were passing or failing a course at the time of their withdrawal, as specified under the *Student Grading and Promotions Policies* section of this Handbook.

Refunds, if required, will be determined by the last day of attendance in an academically related activity.

Those who received WF in any of their courses at the time of withdrawal will be reviewed by the Promotions Committee to determine whether they are eligible for readmission.

Students who were failing one or more courses at the time of withdrawal will be on academic probation if they are readmitted.

These students will also be on financial aid probation, and will not receive funds to continue if they are still on academic probation in the succeeding semester.

## ADMINISTRATIVE WITHDRAWALS

The University Registrar enters an administrative withdrawal in the student's record when any of the following apply. The student:

- does not return to the campus to register for the following semester and attend classes in Week One of a semester.

- does not return at the time specified for the end of an approved leave.

- is not scheduled for a clinical rotation for a period of 30 days or more and has not applied for and received an approved academic leave of absence.

All students who are administratively withdrawn will be reported as withdrawn effective as of the last day they attended classes. The date of withdrawal will be reported to the U.S. Department of Education, if these students had Stafford loans.

me

| | | | |
|---|---|---|---|
| 9-JAN-06 Rfnd Chk#48733 CO MIAMI | 20,872.50 | | 200620 |
| 9-JAN-06 Staff, James Tuit/Spring. | | 4,850.00 | 200620 |
| 6-JAN-06 Staff, Sub. Fall/Spring | | 4,122.50 | 200620 |
| 4-JAN-06 Alt Loan, Fall/Spring/Summer | | 12,000.00 | 200620 |
| 6-JAN-06 Sem SM AICM Tuition, Med 12wks | 20,100.00 | | 200620 |
| TOTAL: | ---------- | ---------- | |
| | 20,972.50 | 20,972.50 | |
| | ========== | ========== | |

EXHIBIT A

G

Queens County  07/21/2006 11:04A
Paym #303009W
            Receipt                      5~3.00

T#W1067153W  $45.00
Notice of Motion/Cross Motion
15303/2006   DASRATH.ANAND /s. RO
15303/2006   DASRATH.ANAND /s. ROS
                                        $45.00

T#W1067151W  $95.00
RJI
15303/2006   DASRATH.ANAND /s. RO
15303/2006   DASRATH.ANAND /s. ROS
                                        $140.00

Total:                                 $140.00

937309.Check                           $140.00
Change:                                  $0.00

EXHIBIT "O"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------ X

ANAND DASRATH,

Index No. 15989/06

Plaintiff,

**ORDER WITH
NOTICE OF ENTRY**

- against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

Defendant.
------------------------------------------------------------------X

S I R S :

PLEASE TAKE NOTICE, that the within is a true copy of an Order duly entered in the

Office of the Clerk of the County of Queens, on February 5, 2007.

Dated: Garden City, New York
February 9, 2007

CULLEN AND DYKMAN LLP

By:

Jennifer A. McLaughlin
Attorneys for Defendant
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700

To:

Stephen Kutner, Esq.
Kutner & Gurlides, Esqs.
Attorneys for Plaintiff
300 Old Country Road, Suite 311
Mineola, New York 11501

Short Form Order

**ORIGINAL**

NEW YORK SUPREME COURT - QUEENS COUNTY

PRESENT:   ROGER N. ROSENGARTEN,
                      JUSTICE.                                                    PART IAS 23

-----------------------------------------------------------------------------x

ANAND DASRATH,

Index No. 15989/06

                                                Plaintiff,              Motion Date: 11/22/06

                        -against-                                    Calendar No. 8

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                                                Defendant.

-----------------------------------------------------------------------------x

The following papers numbered 1 to 7 read on this motion to dismiss.

Defendant's Notice of Motion to Dismiss - Affidavit of Nancy A. Perri -
   Exhibits - Defendant's Memorandum of Law.....................................................1 - 4
Affidavit in Opposition...........................................................................................5
Reply Affidavit of Enrique Fernandez in Support of Defendant's Motion to
   Dismiss - Exhibits...............................................................................................6 - 7

Defendant's motion to dismiss the action is granted due to plaintiff's failed to properly serve and file the summons and complaint in this action. The court thus does not have jurisdiction over defendant. Plaintiff avers that he is sure his former attorney has properly served defendant but plaintiff has failed to acquire any affidavit of service and asks the court to find it in its stead.   Plaintiff has failed to take any other step to correct this procedural, yet,  very significant defect. Accordingly, it is hereby

**ORDERED**, that the motion is granted and the complaint of said plaintiff, ANAND DASRATH, is dismissed as against said defendant ROSS UNIVERSITY SCHOOL OF MEDICINE; and it is further

**ORDERED**, that the Clerk of the Court is authorized to enter judgment in accordance with the above.

ENTER,

Dated   1/31/07

ROGER N. ROSENGARTEN, J.S.C.

2007 FEB -5   P 1: 26
FILED
QUEENS COUNTY CLERK

H:\Civil Decisions\Dismissal\15989_00.wpd

**EXHIBIT "P"**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

ANAND DASRATH,                                    Case No.:  CV 07-2433
                                                  (CBA)
                            Plaintiff,            (RER)

        -against-

                                                  **CERTIFICATE OF AUTHENTICITY**
ROSS UNIVERSITY SCHOOL OF MEDICINE,               **OF BUSINESS RECORDS**
                                                  **PURSUANT TO FEDERAL**
                            Defendant.            **RULE OF EVIDENCE 902(11)**

--------------------------------------------------------------X

        I, William C. Kelly, attest, under penalties of perjury under the laws of the United

States of America pursuant to 28 U.S.C. Section 1746 that the information contained in this

declaration is true and correct. I am employed by the Educational Commission for Foreign

Medical Graduates ("ECFMG"), and my official title is Associate Vice President for Operations.

I am a custodian of records for such business entity. I state that each of the records attached

hereto is a true and correct copy of an original record in the custody of ECFMG, and that I am

the custodian of the attached records consisting of ___586___ pages.

        I further state that:

        A.      such records were kept in the course of a regularly conducted business

                activity of ECFMG; and

        B.      any such records created by ECFMG were done so in the course of its

                regular business activities.


_November 10, 2010_
Date

_William C. Kelly_
William C. Kelly

 **ECFMG®** | EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 : 215-386-9767 Fax
www.ecfmg.org

Personal and Confidential
Via Federal Express

October 9, 2009

Mr. Anand Emanuel Dasrath
89-25 209 St.
Queens Village, NY  11427

Re: USMLE®/ECFMG® Identification No. 0-704-162-7

Dear Mr. Dasrath:

On behalf of the Educational Commission for Foreign Medical Graduates
(ECFMG) Medical Education Credentials Committee, I am writing to inform you the
Committee has completed its review of the allegation you engaged in irregular behavior
in connection with your failure to notify ECFMG of a change in your eligibility after you
applied but before you took the United States Medical Licensing Examination® (USMLE)
Step 1 on July 27, 2006, and in your taking the USMLE Step 1 on July 27, 2006 when
you were not eligible to take this examination. The ECFMG Committee reviewed this
matter at its October 1, 2009 meeting.

In advance of the review, the members of the Committee were provided with the
documents listed in my August 9, 2007, March 12, 2008, June 6, 2008 and August 13,
2009 letters.

The ECFMG Committee considered the documentation presented to it.
Following careful review, the ECFMG Committee determined that you had engaged in
irregular behavior in connection with your failure to notify ECFMG of a change in your
eligibility after you applied but before you took the USMLE Step 1 on July 27, 2006, and
in your taking the USMLE Step 1 on July 27, 2006 when you were not eligible to take
this examination. The ECFMG Committee took action to bar you from admission to all
ECFMG examinations and from ECFMG Certification for a yet to be specified period of
time, to refer this matter to the USMLE Committee on Irregular Behavior and Score
Validity, and to review this matter again after the USMLE Committee's decision.

In accordance with ECFMG policies and procedures, a permanent annotation
that you engaged in irregular behavior will be included in your ECFMG record. This
annotation shall appear on your ECFMG Certification Verification Service (CVS) Report
and ECFMG Status Report. Additional information explaining the basis for the finding of
irregular behavior and the resulting action will accompany every ECFMG Status Report
and CVS Report and may also be provided to legitimately interested entities. In
addition, ECFMG will report the determination of irregular behavior and bar from

**ECFMG AED - 000198**

ECFMG* is an organization committed to promoting excellence in one national medical education.

Mr. Anand Emanuel Dasrath
October 9, 2009
Page 2

admission to all ECFMG examinations and from ECFMG Certification to the Federation of State Medical Boards, state medical licensing authorities, directors of graduate medical education programs, and other interested entities.

As noted in the enclosed ECFMG Rules of Appellate Procedure, decisions of the ECFMG Medical Education Credentials Committee may be appealed within the 60-day time period specified.

If you have any questions, please telephone me at (215) 823-2277 or e-mail me at bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Associate Vice President for Operations

/wck
Enclosure

cc: Bradley M. Zelenitz, Esq.

ECFMG AED - 000199