STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NASSAU    )

MAUREEN SAUTER, being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

That on the 14th day of April, 2011 she served the within Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment upon the parties listed below, by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

COSTELLO & COSTELLO, P.C.
Salvatore D. Compoccia, Esq.
5919 20th Avenue
Brooklyn, NY 11204

that being the address designated on the latest papers served by them in this action.

_____
Maureen Sauter

Sworn to before me this
14th day of April, 2011.

_____
Notary Public

MARY ELLEN CASSON
Notary Public, State of New York
No. 01CA5013251
Qualified in Nassau County
Commission Expires July 15, 20 11