

# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

April 28, 2011

<u>Via Electronic Filing</u>
Chief Judge Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Dasrath v. Ross University School of Medicine
CV-07-2433 (Amon, J.) (Reyes, M.J.)

Dear Chief Judge Amon:

This firm represents the defendant Ross University School of Medicine ("Ross University") in the above stated matter. Per your Individual Motion Practices and Rules, enclosed please find:

- Ross University's Motion pursuant to FRCP 56 to dismiss the Amended Complaint, which includes
    - The Notice of Motion;
    - Affidavit of Enrique Fernandez, M.D. with exhibits;
    - Affidavit of Jennifer McLaughlin with exhibits;
    - A Statement of Material Facts; and
    - Supporting Memorandum of Law;
- Plaintiff's Affidavit of Anand Dasrath in Opposition to Ross University's Memorandum of Law (no memorandum of law was served in opposition); and
- Ross University's memorandum of law in further support of its motion for summary judgment.

Respectfully yours,

Jennifer A. McLaughlin (JM 5678)

JAM:ms
cc: Hon. Magistrate Judge Ramon E. Reyes, Jr.
Joseph R. Costello, Esq.