UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK
------------------------------------------------------------X   Case No. 07-2433
ANAND DASRATH,

                          Plaintiff,

                                                  NOTICE OF MOTION FOR SUMMARY
    --against--                                            JUDGMENT

ROSS UNIVERSITY SCHOOL OF MEDICINE

                        Defendant.
------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | Plaintiff |
| DATE and TIME: | April 21, 2011 |
| | PLACE: United States District Court - Eastern District of New York; 225 Cadman Plaza East, Brooklyn, New York 11201 Room 10 D S 904 before the Hon. Carol B. Amon |
| SUPPORTING PAPERS: | Affirmation of Joseph R. Costello, Affidavit of Anand Dasrath with attachments thereto. |
| RELIEF DEMANDED: | (a) An Order pursuant to Federal Rules of Civil Procedure- Rule 56 granting Summary Judgment to the Plaintiff. |
| | (b) Attorneys fees in an amount to be determined. |
| | (c) Such other and further relief as this court deems just and proper. |

ANSWERING PAPERS: Please be advised that pursuant to the briefing schedule answering papers, if any are required to be served upon the undersigned no later than March 31, 2011.

Dated: Brooklyn, New York
      March 2, 2011

COSTELLO & COSTELLO, P.C.
BY:   JOSEPH R. COSTELLO
Attorneys for the Plaintiff
5919 20th Avenue
Brooklyn, New York 11204
(718) 331-4600
Our File No. 6970

TO:   **CULLEN AND DUKMAN, LLP**
      **Attorneys for the Defendant**
      **BY:   Jennifer A. McLaughlin, Esq.**
            **Justin Capuano**
            100 Quentin Roosevelt Boulevard
            Garden City NY 11530
            (516) 357-3700