Exhibit L

Cremata, Claire

From: Fernandez, Dr. Enrique
Sent: Sunday, April 23, 2006 5:17 PM
To: Anand Dasrath
Cc: Coutinho, Ronnie; Cremata, Claire
Subject: RE: [aicm62]Course Grades Posted

Please contact Claire Cremata on Monday to schedule a teleconference to review your AICM performance: 305-804-7803

From: Anand Dasrath [mailto:anand_dasrath@yahoo.com]
Sent: Sat 4/22/2006 4:45 PM
To: Fernandez, Dr. Enrique
Subject: Re: [aicm62]Course Grades Posted

Dr. Fernandez,

I see a failing grade as my final grade. Please check: 1) I do not see an updated grade for my Epi/Biostatics grade, only the first failing grade of 50/76 is there. What happened to the remediated grade? 2) 36% for the final essay is very unconsciable. The person that marked it did not do a fair job. I knew what was asked and what the answers were: my poor penmanship may have annoyed the marker but not a reasonable excuse to get a failing grade. 3)Please look again at my second case write up - under subjective condictions such as this any reader can give any essay a c- and cause the student a failing final grade. 4) How did I end up with a 36/50 in the extra-credit after 10 points were allocated for staying to the end of the soap notes lecture (which I did), 10 points for notifying you on time which I did, I wrote my soap, presented it and answer all the questions correctly except for one: "what is LOC (loss of consciousness)?"

I humbly ask that you review the components of my grade. I already passed my comprehensive examination, already moved back to New York, and is already preparing for my USMLE Step 1. If there is any other steps you would like me to take that would complete course please let me know.

Thanks,
Anand Dasrath.

"Fernandez, Dr. Enrique" <ESFernandez@rossmed.edu> wrote:

AICM Course grades are posted on eCollege. Grade breakdowns will be available by email request starting Monday. If you would like your second write-up starting Monday. If you would like your second write-up back, you may pick it up from Alvaro Rosales starting Monday. If you are not in Miami, you may send an email to Mr. Rosales and provide him with a mailing address to send your write-up: ARosales@rossmed.edu

Grade Distributions:

28 percent "A"
18 percent "B+"
17 percent "B"
13 percent "C+"
10 percent "C"

Exhibit H          Exhibit I          Exhibit J          Exhibit K

Wa...der, No. 6105
USBLUMBERG, INC.
NYC 10013 P.C.M.
... DANCE BLANK
...W.

MEMORANDUM FOR THE RECORD  -  April 24, 2006

Dr. Fernandez conferred today by telephone with Anand Dasrath about the failing grade he earned for the 5th semester just concluded.  Dr. Fernandez informed Anand that he was essentially two Standard Deviations from the norm.  He said that Anand earned a C on the midterm exam, failed the final exam and had a very low score on the essay portion (63 out of a possible 200).  He remarked that the lowest grade had been 61.  He told Anand that he failed the first write-up and got a marginal on the second.  He said that would have been okay had everything else also been okay.  He noted that Anand failed the PE and had remediated that.  He said that Anand's overall grade placed him at the bottom of the class.  He reminded Anand that extra credit cannot be applied to a failing grade.

Dr. Fernandez told Anand that he would have to repeat the semester.

    May start May 22
    Will do three weeks of clinicals
    Must do one write-up until a grade of Satisfactory or better is
      achieved
    Is exempt from Epi and the PE
    Must attend Large and Small Group sessions (except for Epi)
    Must take Mid-term and Final

Dr. Fernandez told Anand that he would get individualized attention to help him succeed.

Dr. Fernandez noted that Anand passed the Comp.  He pointed out that he could, if he wishes, defer starting 5th semester until September, freeing up the interval for preparing for Step 1.  He said that if he chose to come in May he could extend his Step 1 window to July, August, September.

Anand asked how he could have scored so poorly on the essays and said he worried that his handwriting had challenged the graders.  Dr. Fernandez said that he had graded two of the seven essays himself.  He did not recall trouble with anyone's handwriting and had not heard of a problem from anyone else.  He reported that on the stroke essay Anand earned 5 out of a possible 25 points; on Graves got no points, none for hepatitis, on sexual issues and HIV about the average, 20 of 50 on essay #7. . . .

Anand asked if he would have to repeat the semester in its entirety.  Dr. Fernandez explained that he would have to do the components listed above.  Anand wondered if Dr. Fernandez knew that he had spent some 22 years in hospitals as a pharmacist and that, consequently, he found the clinical activities to be not meaningful.  Dr. Fernandez said he regretted that Anand had not mentioned his dissatisfaction earlier but promised to make sure to work closely with Anand to ensure the relevance of the activities he is assigned.  In answer to Anand's question, he said that he would be responsible for full tuition but would be eligible for financial aid.





| W2-pts | PE-lff | PE-PTS | SORT | OBJ RUN | RUNNING | GRADE | Ex-Cred | PLUSEC | GPA SEM3 | Icm | MT-GRDE | MT-P(s | FMC ADJ |
|--------|--------|--------|------|---------|---------|-------|---------|--------|----------|-----|---------|--------|---------|
| 85 | cc | 100 | 153 | 242 | 426.6 | FF | | 36 | 462.6 | 2.44 | CC | C | 75 | 103 |

DA002



| BANNER | LAST NAME | FIRST NAME | MT-GRDE | MT-Pts | FMC-ADJ | F Essay | adjusted | wur1 | W1-Pts | letter2 |
|---|---|---|---|---|---|---|---|---|---|---|
| @00088730 | Dasrath | Anand | C | 75 | 103 | 63 | fail | FF | 0 | CF |

DA001

```
 1    UNITED STATES DISTRICT COURT
 2    EASTERN DISTRICT OF NEW YORK
      - - - - - - - - - - - - - - - - - - X
 3    ANAND DASRATH,
 4
 5                    Plaintiff,
 6           -against-              Case No.
                                    CV-07-2433
 7
 8    ROSS UNIVERSITY SCHOOL OF MEDICINE,
 9
10                    Defendant.
      - - - - - - - - - - - - - - - - - - X
11
12                    October 21, 2010
13                    9:55 a.m.
14                    44 Wall Street
                      New York, New York
15
16
17           DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18    appearing as a witness on behalf of the Defendant
19    herein, taken by the attorneys for Plaintiff,
20    Pursuant to Notice, held at the above-mentioned
21    time and place, before Alec Dazenski, a Notary
22    Public in and for the State of New York.
23
24
25            ***       **       ***
```

SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York  11709
TEL. (516) 628-1402 - FAX (516) 628-0423

Dr. Fernandez - Direct                                    13

1

2    A    No.

3         MR. COSTELLO:   Can we have this marked

4    as Plaintiff's Exhibit 6.

5         (Whereupon, Plaintiff's Exhibit 6 was

6    marked for Identification, this date.)

7    Q    Dr. Fernandez, you have now in front

8    of you what's been marked as Plaintiff's Exhibit

9    6.  Do you recognize this document?

10   A    Yes.

11   Q    Can you please tell me what this

12   document is?

13   A    It's the statement of the director of

14   medical education.

15   Q    Is that your signature at the bottom?

16   A    That is my signature.

17   Q    Can you please read what the document

18   says?

19   A    I hereby certify that, banner ID

20   number, Dasrath, Anand completed twelve weeks

21   in advanced introduction of clinical medicine

22   at Greater Miami Health Education and Training

23   Center Hospital.

24        This document goes to the registrar,

25   it does not go to the student.

SEVERIN & ASSOCIATES, INC.   *   (516) 628-1402.

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   - - - - - - - - - - - - - - - X
3   ANAND DASRATH,
4                   Plaintiff,
5
6           -against-              Case No.
                                   CV-07-2433
7
8
9
10  ROSS UNIVERSITY SCHOOL OF MEDICINE,
11                  Defendant.
    - - - - - - - - - - - - - - - X
12                  October 21, 2010
                    9:55 a.m.
13
14                  44 Wall Street
                    New York, New York
15
16
17          DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18  appearing as a witness on behalf of the Defendant
19  herein, taken by the attorneys for Plaintiff,
20  Pursuant to Notice, held at the above-mentioned
21  time and place, before Alec Dazenski, a Notary
22  Public in and for the State of New York.
23
24          ***        **        ***
25
            SEVERIN & ASSOCIATES, INC.
              1 South View Court
            Bayville, New York  11709
        TEL. (516) 628-1402 - FAX (516) 628-0423

Dr. Fernandez - Direct                                  14

1

2      Q      When was this forwarded to the

3   registrar?

4      A      The date of the first page which is

5   the evaluation.

6      Q      Are you referring to another document

7   that's associated with this certification?

8      A      Yes.  The evaluation is the first

9   page of the evaluation, course evaluation.  This

10  attests to the fact that Mr. Dasrath was there

11  for a period of twelve weeks in Miami.

12     Q      And he completed the AICM, correct?

13     A      He completed twelve weeks in advanced

14  introduction of clinical medicine.

15     Q      Again, the advanced introduction of

16  clinical medicine is the AICM?

17     A      Fifth semester, yes, AICM.

18     Q      After completion of the AICM in

19  the early part of April of 2006, how far after

20  completion are grades issued?

21     A      I think I answered that already.

22     Q      And the grades are then posted?

23     A      At that time they were posted and I

24  believe they still are posted on eCollege.

25     Q      Were they posted anywhere in the

Exhibit P

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF NEW YORK
   - - - - - - - - - - - - - - - - - - X
3  ANAND DASRATH,
4                          Plaintiff,
5
6           -against-              Case No.
                                   CV-07-2433
7
8
9  ROSS UNIVERSITY SCHOOL OF MEDICINE,
10                         Defendant.
   - - - - - - - - - - - - - - - - - - X
11
12                         October 21, 2010
                           9:55 a.m.
13
14                         44 Wall Street
                           New York, New York
15
16
17          DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18  appearing as a witness on behalf of the Defendant
19  herein, taken by the attorneys for Plaintiff,
20  Pursuant to Notice, held at the above-mentioned
21  time and place, before Alec Dazenski, a Notary
22  Public in and for the State of New York.
23
24
25          ***        **        ***


              SEVERIN & ASSOCIATES, INC.
                 1 South View Court
               Bayville, New York 11709
       TEL. (516) 628-1402 - FAX (516) 628-0423

Case 1:07-cv-02433-CBA-RER   Document 98-6   Filed 04/28/11   Page 14 of 49 PageID #: 1705

42

Dr. Fernandez - Direct

1    the next phase of the education, the student must

2    pass step one.

3

4    Q    What is required in order to be

5    certified to sit for step one?

6    A    A passing score on the National Board

7    of Medical Examiners Comprehensive Examination

8    and satisfactory progress in the curriculum.

9    Q    Is that the NBME?

10   A    One in the same.

11   Q    Are you aware that Mr. Dasrath had

12   passed or was able to sit for the National Board

13   of Medical Exams?

14   A    I'm aware that Mr. Dasrath passed the

15   comprehensive basic science examination and I'm

16   aware that he was certified and sat for step one.

17   Q    Of the USMLE step one?

18   A    Yes.

19   Q    In order to be able to sit for the

20   USMLE step one, obviously he had to pass the

21   AICM?

22   A    Yes.

23   Q    And you're aware that he took the

24   USMLE?

25   A    Yes.

SEVERIN & ASSOCIATES, INC.   *   (516) 628-1402

```
 1    UNITED STATES DISTRICT COURT
 2    EASTERN DISTRICT OF NEW YORK
      - - - - - - - - - - - - - - - - - X
 3    ANAND DASRATH,
 4                         Plaintiff,
 5
 6              -against-                Case No.
 7                                       CV-07-2433
 8
 9    ROSS UNIVERSITY SCHOOL OF MEDICINE,
10                         Defendant.
11    - - - - - - - - - - - - - - - - - X
12                        October 21, 2010
13                        9:55 a.m.
14                        44 Wall Street
15                        New York, New York
16
17              DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18    appearing as a witness on behalf of the Defendant
19    herein, taken by the attorneys for Plaintiff,
20    Pursuant to Notice, held at the above-mentioned
21    time and place, before Alec Dazenski, a Notary
22    Public in and for the State of New York.
23
24              ***        **       ***
25
```

SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York  11709
TEL. (516) 628-1402 - FAX (516) 628-0423

43

Dr. Fernandez - Direct

1

2  Q  Do you know when he took it?

3  A  I don't know the date.

4  Q  Just for edification, what is the

5  United States Medical Licensing exam?

6  A  It is one of the examinations that is

7  required for graduation from Ross University and

8  to obtain the M.D. degree. It's also a required

9  examination for ECFMG certification.

10  Q  Do you know what ECFMG stands for?

11  A  Educational Commission for Foreign

12  Medical Graduates. ECFMG is the process whereby

13  international medical graduates or students who

14  go to Ross University as an international medical

15  school certifies the graduate's ability to enter

16  residency training.

17  Q  Do you know the results of Mr.

18  Dasrath's USMLE step one exam?

19  A  I do not. Would this be an

20  appropriate time to take a break?

21  MR. COSTELLO: Yes.

22  (Whereupon, a brief recess was taken.)

23  BY MR. COSTELLO: (Continuing.)

24  Q  Dr. Fernandez, in order to sit for

25  the USMLE a student has to be certified in the

SEVERIN & ASSOCIATES, INC. * (516) 628-1402

44

Dr. Fernandez - Direct

1

2   AICM, correct?

3      A    A student has to pass AICM.

4      Q    But he has to be certified before he

5   could take the USMLE, correct?

6      A    Yes.

7      Q    And you administered the AICM and

8   issued a failing grade?

9      A    I'm a little confused here.

10     Q    You were the professor that

11  administered the AICM course; is that correct?

12     A    Yes, but I'm not the person who

13  certified Mr. Dasrath for the USMLE.

14     Q    But you issued the failing grade in

15  the AICM, correct?

16     A    Mr. Dasrath earned a failing grade

17  based on the scores in the ICM, yes.

18     Q    So yes, you issued the failing grade?

19     A    I forwarded a failing grade to the

20  registrar, yes.

21     Q    If he received an F he would not have

22  been certified to take the USMLE, correct?

23     A    He would not have been eligible to sit

24  for USMLE and should not have sat for USMLE step

25  one.

SEVERIN & ASSOCIATES, INC.   *   (516) 628-1402

1
2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  - - - - - - - - - - - - - - - - - - X
   ANAND DASRATH,
4
5              Plaintiff,
6        -against-                  Case No.
                                    CV-07-2433
7
8  ROSS UNIVERSITY SCHOOL OF MEDICINE,
9
10             Defendant.
   - - - - - - - - - - - - - - - - - - X
11
12             October 21, 2010
               9:55 a.m.
13
14             44 Wall Street
               New York, New York
15
16
17        DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18  appearing as a witness on behalf of the Defendant
19  herein, taken by the attorneys for Plaintiff,
20  Pursuant to Notice, held at the above-mentioned
21  time and place, before Alec Dazenski, a Notary
22  Public in and for the State of New York.
23
24
25        ***        **        ***



SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York 11709
TEL. (516) 628-1402 - FAX (516) 628-0423

Dr. Fernandez - Direct                                          56

1    again Mr. Dasrath's instructor?

2       A    No, because he never returned to

3    repeat the fifth semester.

4       Q    Was he enrolled in a clinical

5    clerkship?

6       A    No.

7       Q    Can you please tell me what a clinical

8    clerkship is?

9       A    A clinical clerkship is a rotation

10   that follows the successful passing of step one

11   and is part of the 78 weeks after fifth semester

12   that a student completes clinical activities at

13   assigned hospitals as part of the 150 weeks

14   required for graduation.

15      Q    Where would the assigned hospitals be?

16      A    At any one of our affiliates in the

17   United States and/or Princess Margaret Hospital

18   in Dominica.

19      Q    Was Mr. Dasrath ever assigned to a

20   hospital for clinical clerkship?

21      A    No.

22      Q    How long are clinical clerkships?

23      A    They vary in duration from required

24   clerkships of six weeks to required clerkships of

SEVERIN & ASSOCIATES, INC.   *   (516) 628-1402

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------X   Index No.: CV 07-2433

ANAND DASRATH

          Plaintiff (s),

-against-                    **DEMANDS FOR REQUESTS**

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

          Defendant (s).

-------------------------------------X

Plaintiff, **ANAND DASRATH**, by and through his attorneys, **COSTELLO &**
**COSTELLO, P.C.** serves the following requests for production of documents upon the
Defendant, **ROSS UNIVERSITY SCHOOL OF MEDICINE** to be responded to, pursuant to
Fed. R. Civ. P. 34, within 30 days after the date of service.

## INSTRUCTIONS FOR RESPONDING

1.     Plaintiff, **ANAND DASRATH** incorporates Local Civil Rule §26.3 of the Federal
Rules of Civil Procedure as the instructions and definitions applicable herein.

2.     The word "document" shall include electronic (computer), files, e-mails,
voicemail messages, audio recordings and any other items that may be contained in Defendants
records or Defendants computer system that relate in any way to matter in dispute.

## REQUESTS FROM DEPOSITION OF DR. NANCY PERRI

1.     Any documentation reflecting the cost of tuition for attendance to the Medical
School for 2006.

2.     A copy of the Ross University School of Medicine Catalog.

3.     A list of the names of the faculty members teaching the clinical rotation course in
2006.

4.     Complete name and address of Michael Rendon's current employer.

5.     A copy of the exam sheet for the AICM for the Plaintiff, **ANAND DASRATH**

## REQUESTS FROM DEPOSITION OF DR. ENRIQUE FERNANDEZ

1.     Copies of the Plaintiffs midterm and final exams in Scantron.

2.     Any copies of midterm and final exams that were given to the Plaintiff

3.     Copies of all the portions of the AICM exams taken by the Plaintiff.

4.    A copy of the semester report from E-College for the Plaintiff

5.    A copy of the first spreadsheet reflecting the Plaintiffs grades on the AICM exams.

6.    A copy of any and all extra credit material that was submitted by the Plaintiff, as well copies of any and all exams the Plaintiffs failing grades.

7.    A copy of the spreadsheets pertaining to the Plaintiffs grades.

8.    A copy of the class mean standards.

**THE PLAINTIFF(S) RESERVE(S) THE RIGHT TO SUPPLEMENT THIS RESPONSE UP TO AND INCLUDING THE TIME OF TRIAL IN THIS MATTER.**

Dated:    Brooklyn, New York
          December 14, 2010

                              **COSTELLO & COSTELLO, P.C.**
                              **By: JOSEPH R. COSTELLO, ESQ.**
                              Attorneys for Plaintiff
                              5919 20th Avenue
                              Brooklyn, New York 11204
                              (718) 331-4600
                              Our File No. 6970

TO:    **CULLEN AND DYKMAN, LLP.**
       **JENNIFER A. MCLAUGHLIN, ESQ.**
       100 Quentin Roosevelt Boulevard
       Garden City, New York 11530
       (516) 357-3700

192

```
 1
 2                        I N D E X
 3    WITNESS           EXAMINATION BY              PAGE
 4    ANAND DASRATH     MS. McLAUGHLIN             4
 5
 6                      E X H I B I T S
 7
 8    DEFENDANT'S       DESCRIPTION                 PAGE
 9        A             Document                    13
10        B             Copy of transcript          20
11      C & D           E-mails                      47
12        E             Transcript                   57
13        F             E-mail                       87
14        G             Memo                         99
15        H             E-mail                      111
16        I             Letter                      115
17        J             Transcript                  118
18        K             Letter                      121
19        L             Letter                      123
20      M & N           USMLE application           129
21        O             Affidavit                   135
22        P             Handbook       .            140
23        Q             Letter                      144
24        R             Letter                      145
25        S             Affidavit in opposition     150
```

71

A. DASRATH

1

2      Q.      What happened at that time with

3  your incomplete with the pathology one

4  course?

5      A.      It was changed from an

6  incomplete to a C.

7      Q.      Before you started the AICM

8  class?

9      A.      Right around then.   I don't

10  recall the exact date.

11      Q.      How did you find out it was

12  changed to a C?

13      A.      I received a transcript.

14      Q.      The AICM course that you were

15  taking, do you remember what your grades were

16  based on?

17      A.      It was based ---

18          MR. COSTELLO:   For the AICM?

19      Q.      For the AICM.

20      A.      Test.

21      Q.      Test only or was there a

22  practical portion of the course?

23      A.      On many things.   Plastic

24  things that looks like human.

25      Q.      You had taken the exams for the



1   UNITED STATES DISTRICT COURT
2   EASTERN DISTRICT OF NEW YORK
    - - - - - - - - - - - - - - - X
3   ANAND DASRATH,

4                   Plaintiff,

5                                       Case No.
6                                       CV-07-2433
7           -against-

8

9   ROSS UNIVERSITY SCHOOL OF MEDICINE,

10                  Defendant.
    - - - - - - - - - - - - - - - X
11

12                  October 21, 2010
13                  9:55 a.m.

14                  44 Wall Street
15                  New York, New York

16

17          DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,

18  appearing as a witness on behalf of the Defendant

19  herein, taken by the attorneys for Plaintiff,

20  Pursuant to Notice, held at the above-mentioned

21  time and place, before Alec Dazenski, a Notary

22  Public in and for the State of New York.

23

24

25          ***      **     ***


                SEVERIN & ASSOCIATES, INC.
                   1 South View Court
                Bayville, New York  11709
        TEL. (516) 628-1402. - FAX (516) 628-0423



Dr. Fernandez - Direct                                        59

evaluation form.

Q      Is that your signature at the bottom?

A      Yes, it is.

Q      The address at the bottom of that
document, is that the address for the Greater
Miami Health Education and Training Center?

A      No.  That's our sponsoring institution
accredited through Florida.

Q      What is the address there, the 7000?

A      That's my office, that's the program
office for AICM.

Q      This clinical clerkship evaluation
form states that the duration of it was for
twelve weeks, correct?

A      Correct.

Q      What were the dates to the right of
the number twelve?

A      January 16th, 2006 to April 7th, 2006.

Q      This is for Anand Dasrath, correct?

A      Yes.

Q      Who would place this picture?

A      The staff member.

Q      Staff member where, at the registrar's
office?

SEVERIN & ASSOCIATES, INC.  *  (516) 628-1402

Exhibit V

# ROSS UNIVERSITY SCHOOL OF MEDICINE

## STUDENT HANDBOOK

### OF

### ACADEMIC RULES AND REGULATIONS

May 2006



The Basic Science segment consists of 60 credits of specifically prescribed coursework. There are four semesters of Basic Science classes, for a total of two academic years. All Basic Science coursework is offered on the School of Medicine campus (located at Portsmouth, in the Commonwealth of Dominica) and must be satisfactorily completed there. The hours, credits, and credit limitations are strictly prescribed. Deviation from these standards may jeopardize a student's eligibility for licensure in the United States. Basic Science students taking 10 semester credit hours are considered full-time; students who are taking less than 12 semester credit hours (see *Remedial Semesters* under Promotions Policy) may not satisfy enrollment requirements of sponsoring organizations, outside health insurance plans, and other related services.

The Clinical Science curriculum consists of 90 weeks of clinical training. It begins with an introductory clinical segment of 12 weeks, the course "Advanced Introduction to Clinical Medicine"(AICM). This segment provides training in the basic clinical skills combined with an introduction to the pathophysiology of major disease processes, and is conducted in clinical facilities, in the U.S.

The remaining 78 weeks consist of 48 weeks of required ("core") clerkships and 30 weeks of elective clerkships as described in the *Catalog*. During this time, the student participates in patient care while rotating through various medical specialties in affiliated teaching hospitals and other approved health care facilities, in the United States. Clinical clerkships are performed under the guidance of clinical faculty, the Dean of Clinical Sciences and Student Affairs and the Executive Dean and under the general supervision of the School of Medicine's Dean of Clinical Sciences.

## *ACADEMIC STANDARDS*

### *PROMOTIONS COMMITTEE, PROMOTIONS*

All academic matters, including grading policies and academic standards, while students are pursuing the Basic Science portion of the curriculum (the first two academic years), are within the purview of the School's Promotions Committee. This committee acts within the framework of the policies set forth herein. It is a faculty committee, whose recommendations are transmitted to the Dean. The decision of the Dean is final.

## *STUDENT GRADING AND PROMOTIONS POLICIES*
### *GRADING POLICY FOR THE BASIC SCIENCE SEGMENT*

The aim of the policy is to establish a minimum acceptable performance that a student must achieve that does not depend on the performance of the entire class. A Minimum Passing Score (MPS) is established that must be achieved for a passing (C) grade. A well-established method (the "Hofstee" method) will be used to determine the MPS.

The Hofstee method utilizes the class performance but also sets a Minimum Passing Score (MPS) that is derived from the lower group of scores within a defined range. The range for the MPS to be used is between 55% and 65%. Therefore, students that enrolled after May 2004 scoring below 55% will have failing scores and those scoring above 65% will have passing scores. Students with scores between 55% and 65% have marginal performance that may result in course failure

depending on the performance among the lowest performing group of students (in the range of 55% and 65%).

Recorded grades will be on an A (80 and higher), B (70-80), C (MPS-69), F (below MPS).

The percentage contribution to the final course score from each of the interim (mini) exams and other course evaluations will be announced by each course in advance. The final course score will include the student's score on a NBME subject examination (taken at the end of the course). The final course score weight from the NBME subject exams will be announced by each course director in advance.

## *GRADES*
Grades are interpreted as follows:

| | | |
|---|---|---|
| A | 80-100 | 4.00 |
| B | 70-80 | 3.00 |
| C | MPS-69 | 2.00 |
| F | Failing | 0.00 |
| W | Withdrawn Before Interim Exams | 0.00 |
| WP | Withdrawn Passing | 0.00 |
| WF | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |
| SP | Satisfactory Progress | 0.00 |
| UP | Unsatisfactory Progress | 0.00 |

**Withdrawal from a single course during a semester is not permitted.**

A student electing to withdraw from the School prior to the time of the first examinations will receive grades of **W** on his/her transcript. Those leaving after taking one or more interim examinations will receive **WP** (withdrawn passing) grades or **WF** (withdrawn failing), based on their performance in the examination(s) taken.

A student that is granted an emergency absence resulting in an Academic Leave of Absence prior to the time of the first exam will receive grades of W. Those leaving after taking one or more interim examinations will receive **WP** (withdrawn passing) grades or **WF** (withdrawn failing), based on their performance in the examination(s) taken.

An **I** (Incomplete) grade is entered when a student is advanced, pending completion of a requirement of a course, as defined by the course director. In this case, the outstanding requirement must be completed the following semester and the **I** will be changed into a grade. Failure to do so will result in a grade of **F** being entered to replace the **I**.

Students, who maintain grades of A in all courses in two successive semesters, will qualify for the *Dean's List*. They will remain on the *Dean's List* as long as they do not receive a grade below **B** in subsequent semesters. The *Dean's List* will be posted at the beginning of every semester, as soon the grades are available from the previous semester. This applies for semesters 2-4.

- 6 -

192

# I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

## E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

56

A. DASRATH

1    on the wall.

2        Q.    And there is no way to access

3    it electronically or otherwise?

4        A.    I don't recall that.

5        Q.    So, the first time you found

6    out about your grade in pathology was in

7    August of 2005?

8        A.    Yes, pathology one.

9        Q.    Pathology one, I'm sorry.

10        What did you find out in August

11   of 2005?

12        A.    I received grades for the other

13   three courses, but not pathology one.

14        Q.    Did you call someone or talk to

15   someone about this?

16        A.    Yes.

17        Q.    What was discussed?    I'm

18   sorry, who did you speak to?

19        A.    Dr. Desalu.

20        Q.    And Dr. Desalu, if you

21   remember, was in charge of the grading center

22   at the school; is that correct?

23        A.    Yes.

24        Q.    What did you say to Dr. Desalu?



```
 1   UNITED STATES DISTRICT COURT
 2   EASTERN DISTRICT OF NEW YORK
     - - - - - - - - - - - - - - - X
 3   ANAND DASRATH,
 4
 5                 Plaintiff,
 6        -against-                   Case No.
 7                                    CV-07-2433
 8
 9   ROSS UNIVERSITY SCHOOL OF MEDICINE,
10                 Defendant.
     - - - - - - - - - - - - - - - X
11
12                              October 21, 2010
13                              9:55 a.m.
14                              44 Wall Street
                                New York, New York
15
16
17        DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18   appearing as a witness on behalf of the Defendant
19   herein, taken by the attorneys for Plaintiff,
20   Pursuant to Notice, held at the above-mentioned
21   time and place, before Alec Dazenski, a Notary
22   Public in and for the State of New York.
23
24
25        ***        **        ***
```

SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York 11709
TEL. (516) 628-1402 – FAX (516) 628-0423




Dr. Fernandez - Direct                59

evaluation form.

1
2
3     Q    Is that your signature at the bottom?

4     A    Yes, it is.

5     Q    The address at the bottom of that

document, is that the address for the Greater

Miami Health Education and Training Center?

8     A    No.  That's our sponsoring institution

accredited through Florida.

10    Q    What is the address there, the 7000?

11    A    That's my office, that's the program

office for AICM.

13    Q    This clinical clerkship evaluation

14 form states that the duration of it was for

15 twelve weeks, correct?

16    A    Correct.

17    Q    What were the dates to the right of

18 the number twelve?

19    A    January 16th, 2006 to April 7th, 2006.

20    Q    This is for Anand Dasrath, correct?

21    A    Yes.

22    Q    Who would place this picture? .

23    A    The staff member.

24    Q    Staff member where, at the registrar's

25 office?

                    Dr. Fernandez - Direct                    4

1   DR. ENRIQUE S. FERNANDEZ, the witness herein,

2       after having first been duly sworn by

3       Alec Dazenski, a Notary Public in and for

4       the State of New York, was examined and

5       testified as follows:

6

7   DIRECT EXAMINATION

8   BY MR. COSTELLO:

9       Q    Can I have your full name for the

10  record, please?

11      A    Enrique S. Fernandez.

12      Q    What is your business address?

13      A    7000 Southwest 62nd Avenue, Penthouse

14  A, Miami, Florida, 33143.

15      Q    Good morning, Dr. Fernandez.  How are

16  you today?

17      A    I'm well.  And yourself?

18      Q    Good, thank you.  My name is Joseph

19  Costello and I represent the Plaintiff, Anand

20  Dasrath, in a lawsuit that has been brought

21  against Ross University.  Today I'm going to be

22  asking you some questions with regard to that

23  lawsuit.

24      As you see, we have a court reporter

25  here who's taking down everything that we say, so

                SEVERIN & ASSOCIATES, INC.   *   (516) 628-1402



1
2   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - X
    ANAND DASRATH,
4
5                    Plaintiff,

6              -against-              Case No.
                                     CV-07-2433
7
8   ROSS UNIVERSITY SCHOOL OF MEDICINE,
9
10                   Defendant.
11  - - - - - - - - - - - - - - - X
12                   October 21, 2010
                     9:55 a.m.
13
14                   44 Wall Street
                     New York, New York
15
16
17         DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18  appearing as a witness on behalf of the Defendant
19  herein, taken by the attorneys for Plaintiff,
20  Pursuant to Notice, held at the above-mentioned
21  time and place, before Alec Dazenski, a Notary
22  Public in and for the State of New York.
23          ***      **       ***
24
25

SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York  11709
TEL. (516) 628-1402 - FAX (516) 628-0423

7

Dr. Fernandez - Direct

1   there in the clinical department.

2   Q    What is your title at Ross?

3   A    Senior associate dean for clinical

4   sciences.

5   Q    How long have you been employed at

6   Ross University?

7   A    Since 2003, January.

8   Q    As a senior associate dean for

9   clinical sciences?

10  A    No.  I've been in this position for

11  two years.

12  Q    What was your position prior to this?

13  A    Associate dean and director of the

14  advanced introduction to clinical medicine

15  course, fifth semester.

16  Q    Is that the AICM?

17  A    AICM.

18  Q    How long were you the director of the

19  AICM course?

20  A    Since its inception in 2001.

21  Q    So in 2006 what was your position with

22  Ross?

23  A    I was the associate dean for clinical

24  sciences and I was the director of the advanced



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
ANAND DASRATH,

                    Plaintiff,

                                    Case No.
         -against-                  CV-07-2433

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                    Defendant.
- - - - - - - - - - - - - - - - - - - X

                              October 21, 2010
                              9:55 a.m.

                              44 Wall Street
                              New York, New York

         DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,

appearing as a witness on behalf of the Defendant

herein, taken by the attorneys for Plaintiff,

Pursuant to Notice, held at the above-mentioned

time and place, before Alec Dazenski, a Notary

Public in and for the State of New York.

              ***        **        ***

 

              SEVERIN & ASSOCIATES, INC.
                  1 South View Court
                 Bayville, New York  11709
         TEL. (516) 628-1402 - FAX (516) 628-0423

Dr. Fernandez - Direct          60

1

2    A    In Miami.

3    Q    You said before that he wasn't

4  enrolled in a clinical clerkship, correct?

5    A    He was not enrolled in the clerkships

6  that I just described to you, counselor, the core

7  rotations or the elective rotations.

8    Q    But the programs you described to me

9  all dealt with the clinical clerkship, correct?

0    A    AICM is also a clinical clerkship.

1    Q    And the AICM, is it a core or is it an

2  elective clinical clerkship?

3    A    It is neither.

4    Q    What kind of clinical clerkship is it?

5    A    It is a clinical experience, clinical

6  rotation that students must do prior to progress-

7  ing to the core and electives.

8    Q    So he would still be enrolled in a

9  clinical clerkship though?

    A    Yes.  The form is called a clinical

clerkship.  If I confused you, I apologize.

AICM is a clinical experience and it is a

clinical clerkship.  It is not a core rotation

and it is not an elective rotation.

    Q    After the completion of this clinical

SEVERIN & ASSOCIATES, INC.   *   (516) 628-1402



1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
2  - - - - - - - - - - - - - - X
3  ANAND DASRATH,
4
5                Plaintiff,
6       -against-              Case No.
7                              CV-07-2433
8
9  ROSS UNIVERSITY SCHOOL OF MEDICINE,
10               Defendant.
11 - - - - - - - - - - - - - - X
12                October 21, 2010
13                9:55 a.m.
14                44 Wall Street
15                New York, New York
16
17      DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,
18 appearing as a witness on behalf of the Defendant
19 herein, taken by the attorneys for Plaintiff,
20 Pursuant to Notice, held at the above-mentioned
21 time and place, before Alec Dazenski, a Notary
22 Public in and for the State of New York.
23
24             ***    **    ***
25

SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York 11709
TEL. (516) 628-1402 - FAX (516) 628-0423

60

Dr. Fernandez - Direct

1

2      A      In Miami.

3      Q      You said before that he wasn't

4   enrolled in a clinical clerkship, correct?

5      A      He was not enrolled in the clerkships

6   that I just described to you, counselor, the core

7   rotations or the elective rotations.

8      Q      But the programs you described to me

9   all dealt with the clinical clerkship, correct?

0      A      AICM is also a clinical clerkship.

1      Q      And the AICM, is it a core or is it an

2   elective clinical clerkship?

3      A      It is neither.

4      Q      What kind of clinical clerkship is it?

5      A      It is a clinical experience, clinical

6   rotation that students must do prior to progress-

7   ing to the core and electives.

8      Q      So he would still be enrolled in a

9   clinical clerkship though?

0      A      Yes.   The form is called a clinical

1   clerkship.   If I confused you, I apologize.

2   AICM is a clinical experience and it is a

3   clinical clerkship.   It is not a core rotation

4   and it is not an elective rotation.

5      Q      After the completion of this clinical

SEVERIN & ASSOCIATES, INC.   *   (516) 628-1402