

**ROSS**
UNIVERSITY

School of Medicine
Office of the Registrar

Campus: PO Box 266, Portsmouth, Dominica, West Indies
Administrative Offices: 499 Thornall Street, 11th Floor
Edison, NJ 08837-2236
TEL: (732) 978-5300 FAX: (732) 978-5305
Email: Registrar@rossu.edu
www.rossu.edu



June 29, 2006

Dear Anand E Dasrath:

I regret to inform you that effective immediately you have been Administratively Withdrawn from Ross University, School of Medicine for failure to register for the May 2006 AICM course. RUSM policy dictates that students must successfully complete the AICM course and pass USMLE Step 1 before advancing into the clinical curriculum. In order for a student to remain enrolled with RUSM, they must either be registered for courses and/or registered for the Boards. Once a student becomes inactive, they are Administratively Withdrawn from RUSM.

Please be advised that if you are a recipient of federal guaranteed student loans, we must inform your lender(s) that you have not attended Ross University since the last day you attended classes or rotated in a clinical clerkship. The impact of your withdrawn status on your federal guaranteed student loans will depend on your specific situation, applicable regulations and the terms and conditions of your loan(s).

Should you ever wish to resume your studies at Ross University School of Medicine, you will be required to submit an application for re-admission to the Admissions Department and be reviewed by the Admissions Committee. To do so, please complete an Admissions application, indicating the reasons of your withdrawal, and submit it to the Admissions Office.

Best wishes in your future endeavors.

Sincerely,

Michael Rendon
University Registrar

Cc:    Bursar
       Financial Aid
       Clinical Department

D00073

ROSS UNIVERSITY SCHOOL OF MEDICINE

STUDENT HANDBOOK

OF

ACADEMIC RULES AND REGULATIONS

May 2006

ROSS
UNIVERSITY
SCHOOL OF MEDICINE

- Fail the Comprehensive NBME in three attempts

- Fail USMLE step2 in three attempts

- Fail to abide by university policies set forth

- Fail to pass the USMLE Step 1 in three attempts and within one year after they become eligible to take this exam.

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following pre-requisites:

- Successfully complete all the requirements of the Basic Science Coursework.

- Complete successfully the course "Advanced Introduction to Clinical Medicine" offered at the beginning of the Clinical Science segment.

- Pass the USMLE Step 1 (see below).

## CLINICAL SCIENCE SEGMENT

The Clinical Science Curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course. All students are required to take the USMLE Step 1 for the first time within 6 months of becoming eligible. Failure to do so will subject the student to be dismissed.

Following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled. (Aside from a private "Extra" loan for live board review course fees, students are ineligible for financial aid during this period.) Some students will use this time preparing for, taking, and passing USMLE Step 1. Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Students who have not received passing scores and have not started clinical clerkship within that period may still preserve their "in-school" student loan deferment status by applying for an academic leave of absence extending up to 180 days from the last day of the AICM. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. During the remainder of the Clinical Science curriculum, all students must take and pass all the required core and elective clinical clerkships. In addition to the 12 weeks of the AICM course, the School requires 48 weeks of core clerkships and 30 weeks of electives, for a total of 90 weeks of clinical training. These requirements are however, subject to change in the future, depending on regulatory and other academic requirements.

A final examination is given at the end of each clerkship. Students are also required to pass the USMLE Steps 1, 2 CK and Step 2 CS licensure examinations (see below).

- 9 -

SHEET 1   PAGE 1

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

ANAND DASRATH,

                           PLAINTIFF,

        -against-        CASE NO. CV-07-2433

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                           DEFENDANT.
------------------------------X

                    DATE: October 15, 2010

                    TIME: 9:45 a.m.


        EXAMINATION BEFORE TRIAL of the

Defendant, ROSS UNIVERSITY SCHOOL OF

MEDICINE, by NANCY PERRI, taken by the

Plaintiff, pursuant to an Order, held at the

offices of Cullen & Dkyman, Esqs., 44 Wall

Street, New York, New York, before a Notary

Public of the State of New York.


SEVERIN & ASSOCIATES, INC.  *  516 628-1402

T 57    PAGE 57

57

A. DASRATH

1

2      students to self-assess there readiness for

3      the USLME step I examination.

4         Q.    So, if they are eligible to sit

5      for the USLME they would have had to complete

6      the comprehensive exam, correct?

7         A.    The comp., correct.

8         Q.    And it states here that the

9      eligibility period is between April 1st and

10     September 30th of 2006?

11        A.    That is for step I.

12        Q.    The USLME step I?

13        A.    Right.

14        MR. COSTELLO:   Can you please

15     mark this as Plaintiff's Number 3.

16        (Whereupon, the aforementioned

17     part C medical education and employment

18     information document was marked as

19     Plaintiff's Exhibit 3 for

20     identification, as of this date, by the

21     Reporter.)

22        Q.    You have now before you what is

23     marked as Plaintiff's Exhibit 3.

24        Do you recognize this document?

25        A.    Yes.

Exhibit D

DEFENDANT'S EXHIBIT
10
023A



Name: DASRATH  ANAND EMMANUEL   Enter your USMLE/ECFMG Identification Number, if one has been assigned to you   0-710-4-162-7
(Last, First, Middle)

**PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION**

## 26. CERTIFICATION BY APPLICANT:

**26.1 CERTIFICATION BY APPLICANT:** Students and graduates must sign the application in the presence of their Medical School Dean, Vice Dean or Registrar. (See 26.2.A below.)

In graduates cannot sign the application form in the presence of a medical school official named above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public. (See 26.2.B below.)

Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All instructions on the application form is subject to verification are in accordance with the "Procedures for Foreign Medical Graduates.

I hereby certify that I currently meet the examination eligibility requirements and that the information as this application is true and accurate to the best of my knowledge and that the photograph(s) enclosed herewith and is/are a true likeness of the applicant

I also certify and acknowledge that I have read the 2006 ECFMG Information Booklet and 2006 USMLE Bulletin of Information, am aware of the contents of both publications, read the eligibility requirements set therein and agree to abide by the policies and procedures therein.

I understand that (1) falsification of this application, or (2) the submission of any fact/fact documents to ECFMG, or (3) the examination of any falsified (ECFMG) documents on other questions, or (4) the giving or knowledge of aid in the examination are examined either by observation and the lines of the examination by unrelated analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that violates or attempts to subvert the examination process, may be a sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to invoke a certificate, or to take other appropriate action.

[text partially illegible] returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise obtained by fraud.

I understand and authorize every person, medical school, university, hospital, government agency, or other entity to release any records, educational documents, transcripts, and other documents concerning my professional education, academic status or enrollment to ECFMG upon request of ECFMG.

I hereby authorize ECFMG to transmit any information contained in this application, or information that may otherwise become available to ECFMG, or its photograph, signature, and information related to the identifying document presented by the applicant, and the applicant's examination history, to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's data collection and privacy practices, please refer to our privacy policy available on the ECFMG website at www.ecfmg.org/annual/privacy.html.

Signature of Applicant (in Latin characters)  X _Howard Emmanual Dasrath_
                                                  Signature must match full legal name in PART A.)

## 26.2 CERTIFICATION BY OFFICIAL:

**26.2.A  CERTIFICATION BY MEDICAL SCHOOL OFFICIAL** (Must be completed for medical school students):
I hereby certify that the photograph, signature, and information entered in all portions of Section 23 of this form, including medical school attendance dates, are based either by observation and the lines of the examination by enrolled analysis of the individual named above, and that this individual is: (must check one)

☐ officially enrolled in or   ☐ a graduate of this institution indicated below. I have affixed the medical school seal or stamp over a portion of the photograph above.

Signature of Medical School Official (in Latin characters)  X_Brigitte Sena_

_Brigitte  Sena_          ASSOCIATE REGISTRAR OF CLINICAL SCIENCES ROSS UNIVERSITY SCHOOL OF MEDICINE
Print Name (in Latin characters)        Title (with English translation)    Institution    Date of Attendance
                                                                                              From  2  0
                                                                                                    0  0
                                                                                              To    1  9
                                                                                                    0  6

Seal or stamp of official must cover a part of embedded photo and a part of application form.   12/03/2006   Day/Month/Year

Certifying official must also complete item 26.2.A or 26.2.B below.

**26.2.B  CERTIFICATION BY OFFICIAL IDENTIFICATION** (Pertains to graduates only):
I certify that on the date set forth below the individual named above did appear personally before me and that I did identify (I witness) the individual named above, and that this individual: (must check one)

(a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and
(b) affixed, I saw the applicant signing the application in my presence and that this form with the signature on it after identifying document presented by the applicant.
The statements in this document are subscribed and sworn to before me by the applicant

on this _____ day _ of the month of _____

in the year _____    X _____
                        Signature of Consular Official, First Class Magistrate, or Notary Public (in Latin characters)   Title (with English translation)

| Official Stamp or Seal | Hospital/Office | Location (exact address) | Supervising Physician | Date of Clerkship |
|---|---|---|---|---|

MAY - 3 2006
ECFMG
RECEIVED

## 27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Discipline | Hospital/Office | Location (exact address) | Supervising Physician | Date of Clerkship |
|---|---|---|---|---|
| | | | | |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

### 28. OTHER EXAM HISTORY and APPLICANT NUMBERS:
Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

| | | USMLE Steps 1/2 | FLEX | Date of Most Recent Examination Taken: | Month | Year |
|---|---|---|---|---|---|---|
| ☐ | NATIONAL BOARD OF MEDICAL EXAMINERS | Applicant Identification Number: | | | | |
| | | NBME Parts I/II | | Date of Most Recent Examination Taken: | Month | Year |
| | | Applicant Identification Number: | FLEX | | | |
| ☐ | STATE LICENSING AUTHORITY IN THE UNITED STATES | FIN - Federation Identification Number: | | Date of Most Recent Examination Taken: | Month | Year |



Page 7 of 7

DEFENDANT'S EXHIBIT 230

Name: DASRATH ANAND EMMANUEL

**PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION (Continued)**

**26. CERTIFICATION BY APPLICANT.**

Signature of Applicant De Lattre (above entry) X _Anand Emmanuel Dasrath_

**26.1 CERTIFICATION BY MEDICAL SCHOOL OFFICIAL**

Name: _Babette Sena_    ASSOCIATE REGISTRAR OF CLINICAL SCIENCES ROSS UNIVERSITY SCHOOL OF MEDICINE

Signature of Medical School Official    X _Babette Sena_

**26.2A CERTIFICATION BY OFFICIAL**

**26.2B CERTIFICATION BY OFFICIAL IDENTIFICATION**

**27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:**

| Clinical Clerkship | Location (exact address) | Supervising Physician | Date of Clerkship | | |
| --- | --- | --- | --- | --- | --- |
| | | | Month | Day | Year |
| | | | | | 19 |
| | | | | | 19 |

**28. OTHER EXAM HISTORY and APPLICANT NUMBERS**

| | |
| --- | --- |
| NATIONAL BOARD OF MEDICAL EXAMINERS | |
| STATE LICENSING AUTHORITY IN THE UNITED STATES | |

**PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS.**

Page 7 of 7

A. DASRATH

1
2          look.

3          Q.    We are taking a look at Exhibit

4    M and N which appears to be pages 7 of 7 of

5    an application to take the USMLE step I, am I

6    correct?

7          A.    Yes.

8          Q.    Do you recall -- let me start

9    by saying is that your signature on each of

10   these documents?

11         A.    Yes.

12         Q.    The first one, is dated March

13   20th, 2006?

14               MR. COSTELLO:    It is actually

15   dated March 23rd.    It was signed by my

16   client on March 12th and signed by

17   Bridget Sena on March 20th.

18         Q.    Was this a part of your package

19   to apply for the USMLE in March of 2006?

20         A.    Yes.

21         Q.    And then the second document in

22   Exhibit N, the part that you signed it on

23   April 22nd, 2006 and it was signed by Bridget

24   Seena?

25         A.    On May 5th, 2006.

# ECFMG™

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia, PA 19104-2685 US,
215-386-5900 | 215-386-9767 Fe
www.ecfmg.org

Eligibility Period: Jul 2006 - Sep 2006

## ROSS UNIVERSITY (305010)

| USMLE ID | Student | Birth | Degree | Signature |
|---|---|---|---|---|

07-104-162-7    Anand Emanuel Dasrath — *no longer eligible / matriculation*    11/12/1957    03/2008    03/20/2006

REDACTED

REDACTED

## Certification:

I hereby certify that the individual(s) listed above are students currently enrolled at, or graduates of, this medical school.

_(Signature)_

_(Date)_ 8/14/06

_(Name / Please print)_ Brivette Serra

ASSOCIATE REGISTRAR OF CLINICAL SCIENCE
_(Title)_

(Institution Seal)

ECFMG AED - 000044

07/07/2006

*ECFMG ® is an organization committed to promoting excellence in international medical education*

ECFMG AED - 000083

ROSS UNIVERSITY SCHOOL OF MEDICINE

STUDENT HANDBOOK

OF

ACADEMIC RULES AND REGULATIONS

May 2006



ROSS
UNIVERSITY
SCHOOL OF MEDICINE

Certification by the ECFMG is required for entrance to residency training and licensure.

## POLICY REGARDING UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE), STEPS 1 & 2

The University has adopted the following policy regarding the United States Medical Licensing Examination:

### THE USMLE STEP 1

The School of Medicine uses the USMLE Step 1 as one criteria of a student's overall knowledge necessary for entering into clinical clerkships.

Students become eligible to take the USMLE Step 1 when they have passed all courses in the Basic Science Curriculum, successfully completed the Advanced Integration to Clinical Medicine clerkship, and, have passed the NBME Comprehensive Basic Sciences Exam.

Students are required to sit for the USMLE Step 1 examination for the first time within 6 months after becoming eligible. Failing to do so will result in the student's administrative withdrawal from the school of medicine. Additionally, students cannot sit for the exam while on an approved Leave of Absence.

Students are required to take and pass the USMLE Step 1 in no more than three attempts, **and within one calendar year of becoming eligible.**

Students who do not pass the USMLE Step 1 in three attempts within a year after becoming eligible are dismissed from the School of Medicine. Such students may apply for readmission. If granted such readmission, additional preparation courses taken in Dominica may be recommended.

Those who receive very low scores on the USMLE in the first or second attempts may be required to repeat certain parts of the curriculum before they can be certified for another attempt. This will also depend on the time that has elapsed since they became eligible. These students are **not eligible for financial aid.**

**Passing Step 1 is <u>required</u> by the University to proceed to the core clinical clerkships of the curriculum.**

### THE USMLE STEP 2 CLINICAL KNOWLEDGE (Step 2 CK)

The USMLE Step 2 CK assesses whether the student is able to apply the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. Step 2 CK of the USMLE is taken in the clerkship years, after completion of the required clinical training. Passing Steps 1 and 2 CK and CS (Clinical Skills) of the USMLE are requirements for graduation and acceptance into residency training.

# ROSS UNIVERSITY SCHOOL OF MEDICINE

# STUDENT HANDBOOK

## OF

# ACADEMIC RULES AND REGULATIONS

May 2006



Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.

## STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

Ross University has developed a *Student Policy on Alcohol and Other Drugs*, with which all students must comply. It attached hereto and incorporated herein.

## STUDENT PRIVACY RIGHTS

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

NB

- 25 -

D00002

Ross University
School of Medicine
Statement of Director of Medical Education

I hereby certify that @ 00088720 Daseath Anand

Print Student's Name

Completed 12 in ADVANCED INTRODUCTION TO CLINICAL MEDICINE

# of weeks        Name of Rotation

at GREATER MIAMI HEALTH EDUCATION & TRAINING CENTER        Hospital

Signature

Enrique S. Fernandez, M.D., M.S Ed.
Print or type Name of
Director of Medical Education

Dr. Fernandez - Direct                    12

1
2    April.  I don't recall the exact last date of the
3    semester.
4         Q    Would it be the early part of April,
5    the late part of April?
6         A    Probably the early part of April.
7         Q    After a student completes the AICM, is
8    a grade given?
9         A    Yes.
10        Q    When is that grade given?
11        A    It's given approximately two weeks
12   after the conclusion of the course.
13        Q    Is the student also given a
14   certification of completion of that course?
15        A    I don't understand the question.
16        Q    In addition to a grade, let's say a
17   letter or a number, is the student then certified
18   that he or she has completed the course?
19        A    No.
20             MR. CAPUANO:  What do you mean by
21   certified?
22        A    I don't understand what you mean by
23   certified.
24        Q    Is a student given a certification
25   that he or she has completed the AICM?

Dr. Fernandez - Direct

13

1

2   A    No.

3        MR. COSTELLO:   Can we have this marked

4   as Plaintiff's Exhibit 6.

5        (Whereupon, Plaintiff's Exhibit 6 was

6   marked for Identification, this date.)

7   Q    Dr. Fernandez, you have now in front

8   of you what's been marked as Plaintiff's Exhibit

9   6.  Do you recognize this document?

10  A    Yes.

11  Q    Can you please tell me what this

12  document is?

13  A    It's the statement of the director of

14  medical education.

15  Q    Is that your signature at the bottom?

16  A    That is my signature.

17  Q    Can you please read what the document

18  says?

19  A    I hereby certify that, banner ID

20  number, Dasrath, Anand completed twelve weeks

21  in advanced introduction of clinical medicine

22  at Greater Miami Health Education and Training

23  Center Hospital.

24       This document goes to the registrar,

25  it does not go to the student.

ROSS UNIVERSITY SCHOOL OF MEDICINE

STUDENT HANDBOOK

OF

ACADEMIC RULES AND REGULATIONS

May 2006

ROSS
UNIVERSITY
SCHOOL OF MEDICINE

Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.

## STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

Ross University has developed a *Student Policy on Alcohol and Other Drugs*, with which all students must comply. It attached hereto and incorporated herein.

## STUDENT PRIVACY RIGHTS

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff; a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

- 25 -

Exhibit J

192

```
 1
 2
 3    WITNESS                I  N  D  E  X       EXAMINATION BY    PAGE
 4    ANAND DASRATH                            MS. MCLAUGHLIN        4
 5
 6
 7                           E  X  H  I  B  I  T  S
 8    DEFENDANT'S                              DESCRIPTION          PAGE
 8         A                                   Document              13
 9         B                                   Copy of transcript    20
10         C & D                               E-mails               47
11         E                                   Transcript            57
12         F                                   E-mail                87
13         G                                   Memo                  99
14         H                                   E-mail               111
15         I                                   Letter               115
16         J                                   Transcript           118
17         K                                   Letter               121
18         L                                   Letter               123
19         M & N                               USMLE application     129
20         O                                   Affidavit            135
21         P                                   Handbook             140
22         Q                                   Letter               144
23         R                                   Letter               145
24         S                                   Affidavit in opposition  150
25
```

11

A. DASRATH

1

2    A.    No.

3    Q.    Were you ever suspended?

4    A.    No.

5    Q.    One other rule, you have to

6  speak your answers.  Otherwise he won't know

7  what you are saying.  Hand gestures and nods

8  are not helpful, but it is common that people

9  do that.

10    A.    Okay.

11    Q.    Were you ever withdrawn from

12  any of those schools that we just discussed?

13    A.    No.

14    Q.    So, there came a time I

15  presumed that you applied to Ross

16  University?

17    A.    Yes.

18    Q.    What was your goal in applying

19  to Ross University?  What were you looking to

20  become?

21    A.    A medical doctor.

22    Q.    When did you apply to Ross?

23    A.    I believe it was 2003.

24    Q.    Do you know if it was the

25  spring or the fall?

12

A. DASRATH

1
2    A.    To the best of my recollection,
3    I think it was spring.
4    Q.    At some point you had to
5    submit, I assume documents to Ross for your
6    admissions?
7    A.    Yes.
8    Q.    What was involved in that, if
9    you can remember?
10   A.    An application form and a
11   college transcript.
12   Q.    Were there any other documents
13   that you forwarded to Ross in connection with
14   your application?
15   A.    I don't recall any.    It could
16   be more, but I just don't recall.
17   Q.    That's fine.  Did you have any
18   conversations with anyone at Ross in or
19   around the time that you were applying
20   there?
21   A.    I don't recall it right now.
22   Q.    Were you applying to other
23   schools or only Ross?
24   A.    Only Ross.
25   Q.    Why did you choose Ross?

D00053

# ROSS UNIVERSITY

*Our Purpose. Our Mission. Our Dream.*

Ross University
Admissions
Department

499 Thornall St., 10th Floor
Edison, New Jersey 08837-2235
phone 732-978-5300 / 1-888-404-4677
fax 732-978-5394
admissions@rossmed.edu
admissions@rossvet.edu
www.rossmed.edu
www.rossvet.edu

April 17, 2003

Anand Emanuel Dasrath
89-25 209 Str
Queens Village, NY 11427

Dear Anand,

It is with great pleasure that I write to inform you of your admission to Ross University's School of Medicine for the class beginning 12-MAY-2003 . My sincere congratulations on this important step toward realizing your goal of becoming a physician.

You and your family should take considerable pride in this achievement. Each year, we receive thousands of applications from dedicated and talented men and women who aspire to careers in medicine. From these many worthy candidates, we strive to identify those individuals who demonstrate the greatest promise and performance. In getting to know you and your abilities during the admissions process, our Admissions Committee believes you have the potential to be an outstanding addition to our medical program.

You are about to begin preparing to join one of the world's most trusted and essential professions. Be assured that we take very seriously our role in providing you with the kind of educational preparation, role models, mentoring and experiences you will need to become both a skilled and compassionate healer. It is our hope that you will one day join our more than 3,200 graduates now in service as medical doctors in the United States.

In order to hold your place in this class, a deposit of $200 is required to be made within two weeks of receiving this acceptance letter. An additional $500 will be due at least 60 days prior to registration. Details are provided in the enclosed form.

In the coming weeks, you will receive additional information on applying for a visa, travel to Dominica and course registration. Please note that your admission is contingent upon your maintenance of a satisfactory academic record, and that any test scores, letters of recommendation or other materials that have been submitted on your behalf, are of the same high standards as those upon which we based our acceptance.

Again, congratulations and best wishes. If you have any questions, I hope you will not hesitate to contact our office by phone (732-978-5300) or e-mail (admissions@rossmed.edu). We look forward to having you as a member of our student body.

Sincerely,

Dick Woodward,
Dean of Admissions

192

I N D E X

| | EXAMINATION BY | PAGE |
|---|---|---|
| WITNESS | MS. McLAUGHLIN | |
| ANAND DASRATH | | 4 |

E X H I B I T S

| DEFENDANT'S | | DESCRIPTION | PAGE |
|---|---|---|---|
| A | | Document | 13 |
| B | | Copy of transcript | 20 |
| C & D | | E-mails | 47 |
| E | | Transcript | 57 |
| F | | E-mail | 87 |
| G | | Memo | 99 |
| H | | E-mail | 111 |
| I | | Letter | 115 |
| J | | Transcript | 118 |
| K | | Letter | 121 |
| L | | Letter | 123 |
| M & N | | USMLE application | 129 |
| O | | Affidavit | 135 |
| P | | Handbook | 140 |
| Q | | Letter | 144 |
| R | | Letter | 145 |
| S | | Affidavit in opposition | 150 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

14

A. DASRATH

1      Q.    Would you mind reviewing that

2  document.

3      A.    Yes, I reviewed it.

4      Q.    Do you recall seeing that

5  document before today?

6      A.    Yes.

7      Q.    Do you recall seeing it in or

8  around April of 2003?

9      A.    Yes.

10     Q.    Was this the acceptance letter

11  that you received from Ross?

12     A.    Yes.

13     Q.    Did you attend courses at Ross

14  starting in May 2003?

15     A.    No.

16     Q.    Why not?

17     A.    There was a death in the family

18  and my starting school was delayed.

19     Q.    When was it delayed to?

20     A.    May 2004.

21     Q.    Did you make a request to the

22  school to delay the start date?

23     A.    Yes.

24     Q.    Was that request in writing, if

Dasrath v Ross University
C&C File No. 6970

Docket No. CV-07-2433
October 5, 2010

000028
EBT of Plaintiff
Taken 9/30/2010

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

A. DASRATH

2      Q.     Was it the basic science at

3    that point?

4      A.     Yes.

5      Q.     What does the basic science

6    entail, if you recall?

7      A.     I didn't hear your question.

8      Q.     What does the basic science

9    segment portion of the curriculum entail?

10     A.     It entails the theorhetical

11   part of medicine.

12     Q.     So, you were required to take

13   courses concerning theory?

14     A.     Yes.

15     Q.     How many credits were you

16   required to take in your first semester, if

17   you recall?

18     A.     About fifteen credits.

19     Q.     And how many semesters did the

20   basic science segments portion of your

21   curriculum last?

22     A.     Four.

23     Q.     During that time I presume you

24   took certain courses, let's start with the

25   first semester.

000032
EBT of Plaintiff
Taken 9/30/2010



ROSS UNIVERSITY SCHOOL OF MEDICINE

The School of Medicine

Wednesday, July 12, 2006

**Anand Dasrath,** listed below are your grades from Ross University School of Medicine May-Aug 2004 Semester as submitted to the University Registrar.

For verification purposes, your ROSS ID is: **00088730**

The adjusted numeric grade corresponds to letter grades according to the Grading Policy in the RUSM Student Handbook of Academic Rules and Regulations. This handbook can be found on our website. Please see the exam center for individual final exam and shelf exam grades. Thank You.

| | |
|---|---|
| **Doctor-Patient Society Adjusted Numeric Grade** | 88 |
| **Doctor-Patient Society Letter Grade** | B+ |
| **Histology Adjusted Numeric Grade** | 71 |
| **Histology Letter Grade** | C |
| **Biochemistry Adjusted Numeric Grade** | 78 |
| **Biochemistry Letter Grade** | C+ |
| **Genetics Adjusted Numeric Grade** | 60 |
| **Genetics Letter Grade** | B+ |

The grades posted on this page are *unofficial* and are for reference only. If you feel they are in error, you will need to contact your Course Director.

29

192

# I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

## E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

18

A. DASRATH

1

2      Q.      Did you ever have any issues

3   concerning your grades on those exams in the

4   first semester?

5      A.      Yes.

6      Q.      Do you recall what those issues

7   were?

8      A.      At the end of the semester I

9   was issued a final grade in genetics as a B

10  plus.

11     Q.      What was the problem with that

12  grade?

13     A.      When I went back to the

14  Dominica campus, they took away the B plus

15  and give me an F.

16     Q.      So, you were issued a final

17  grade in genetics of B plus.

18             How were you issued that grade?

19     A.      In the transcript.

20     Q.      So, you have a grade reflecting

21  a B plus in genetics?

22     A.      Yes.

23     Q.      Do you have a copy of that

24  transcript?

25     A.      Yes.

000036
EBT of Plaintiff
Taken 9/30/2010

Docket No. CV-07-2433
October 5, 2010

Dasrath v Ross University
C&C File No. 6970

Exhibit P

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

24

A. DASRATH

1

2    A.    I tried to speak with the

3    assistant dean that was there.  Dr.

4    Houghton.

5    Q.    How do you spell that?

6    A.    I think it is spelled

7    H-O-U-G-H-T-O-N.

8    Q.    How did you speak to him?

9    A.    I went to her.

10    Q.    I'm sorry.

11    A.    I went to her office.

12    Q.    When was that?

13    A.    That would either be late

14    August of 2004 or early September.  That was

15    the beginning of my second semester.

16    Q.    Just to go back.  This is an

17    unofficial transcript that you said you were

18    probably provided by them.

19    Q.    How long between the unofficial

20    transcript and the official transcript did

21    you generally receive them from Ross?

22    A.    Within a week, two weeks.

23    Q.    So, at some point you were sent

24    an unofficial transcript and then they

25    followed up with an official transcript, is

Dasrath v Ross University
C&C File No. 6970

Docket No. CV-07-2433
October 5, 2010

000048
EBT of Plaintiff
Taken 9/30/2010

25

A. DASRATH

1    that how it works?

2    A.    I don't recall exactly, but

3    there comes a time where you receive another

4    transcript.

5    Q.    When you went to Ms. Houghton's

6    office was she there, did you have a

7    discussion with her?

8    A.    She wouldn't listen. They

9    don't listen.

10   Q.    What did you say to her?

11   A.    I showed her this transcript, I

12   showed her the second transcript, but they

13   just laugh in your face.

14   Q.    Did she laugh in your face at

15   that time?

16   A.    Yes.

17   Q.    Did she say anything else

18   besides laughter?

19   A.    She said nothing she can do

20   about it.

21   Q.    Did you speak to anyone else

22   about the genetics grade change from B plus

23   to F?

24   A.    Yes, I spoke to the person in

Dasrath v Ross University
C&C File No. 6970

Docket No. CV-07-2433
October 5, 2010

000050
EBT of Plaintiff
Taken 9/30/2010