192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

25

A.   DASRATH

1

2        that how it works?

3        A.      I don't recall exactly, but

4   there comes a time where you receive another

5   transcript.

6        Q.      When you went to Ms. Houghton's

7   office was she there, did you have a

8   discussion with her?

9        A.      She wouldn't listen.  They

10  don't listen.

11       Q.      What did you say to her?

12       A.      I showed her this transcript, I

13  showed her the second transcript, but they

14  just laugh in your face.

15       Q.      Did she laugh in your face at

16  that time?

17       A.      Yes.

18       Q.      Did she say anything else

19  besides laughter?

20       A.      She said nothing she can do

21  about it.

22       Q.      Did you speak to anyone else

23  about the genetics grade change from B plus

24  to F?

25       A.      Yes, I spoke to the person in

Dasrath v Ross University
C&C File No. 6970

Docket No. CV-07-2433
October 5, 2010

000050
EBT of Plaintiff
Taken 9/30/2010

26

A. DASRATH

1

2      charge of the genetics department.

3          Q.   And who is that?

4          A.   I don't remember his name right

5      now, but if I remember I'll tell you.

6          Q.   And is he also located at

7      Dominica?

8          A.   Yes.

9          Q.   What did you speak to him

10     about?

11         A.   I told him they changed my

12     grade.

13         Q.   And what was his response?

14         A.   He looked at this transcript

15     and the next transcript and said he didn't

16     assign an F.

17         Q.   Who was your professor in that

18     class?

19         A.   I'm trying to remember his

20     name. I don't remember his name right now.

21         Q.   Did you ever speak to that

22     professor about your grade?

23         A.   Of course.

24         Q.   And that wasn't Ms. Houghton or

25     this gentleman that you referred to; is that

000052
EBT of Plaintiff
Taken 9/30/2010

192

## I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

## E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

29

A. DASRATH

1

2      Q.   What did Dr. Meisenberg say to

3  you?

4      A.   He said I was very sorry and we

5  proceeded walking to the examination center

6  of Ross University.

7      Q.   What is the examination

8  center?

9      A.   That is where the exams are

10  prepared, that is where they are marked,

11  graded. That is where the transcript sheets

12  are kept.

13      Q.   What did you do at the

14  examination center with Dr. Meisenberg?

15      A.   I went to speak with Dr.

16  Desalu, the person in charge with the

17  examination center.

18      Q.   What did you say to Dr. Desalu?

19      A.   Dr. Meisenberg started speaking

20  to him that there seems to be a problem with

21  my grade. He told Dr. Meisenberg that he

22  doesn't follow their procedures.

23      Q.   Does Dr. Desalu, to your

24  knowledge, grade the examinations?

25      A.   I don't know who grades their

000058
EBT of Plaintiff
Taken 9/30/2010

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

74

A. DASRATH

1    of them were from the American Heart

2    Association.  One of them was for family

3    abuse.

4          And then there was a fifth

5    one.  I don't recall what it was called.  I

6    do have the certification.  The

7    certification papers I can look up.

8    Q.    When you took these exams, you

9    would receive a certification if you passed

10   the exam?

11   A.    Yeah.

12   Q.    And you received all five

13   certifications?

14   A.    Yeah.

15   Q.    Was there anything else your

16   grade was based on besides the fifth

17   certification exams?

18   A.    I'm not sure.

19   Q.    Was there a clinical portion of

20   the class?

21   A.    I don't believe the clinical,

22   there were some hospital visitation, but I

23   don't believe they were worth points.  Not to

24   my knowledge.

25

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. MCLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

132

        A. DASRATH

1

2       Q.    Is there also a package, part

3  of your package of an application to take the

4  USMLE step I?

5       A.    Yes.

6       Q.    Do you know why there are two

7  different applications here?

8       A.    Yes.

9       Q.    What is the difference between

10  the two applications, if you know?

11      A.    The first one was submitted on

12  March the 12th, 2006.  At the recommendation

13  of Dr. Enrique Fernandez.

14      Q.    To sit for the USMLE at that

15  point you to have apply; is that correct?

16      A.    Yes.

17      Q.    Is that stated in any

18  regulations or handbooks of the school that

19  you know of?

20      A.    Yes.

21      Q.    And so in March of 2006 you

22  applied to take the USMLE; is that correct?

23      A.    Yes.

24      Q.    And then in May 2006, there is

25  a second application.

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. MCLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

133

A. DASRATH

1
2          Do you know why there is a
3   second application to take the exam?
4          A.   Yes.
5          Q.   Why is that?
6          A.   The second application has to
7   be filled out again because the first
8   application was rejected.
9          Q.   Why was it rejected?
10         A.   They wanted to verify my date
11  of birth.
12         Q.   What is your date of birth?
13         A.   November 12th, 1957.
14         Q.   And the first application was
15  that missing or was it incorrect?
16         A.   To my knowledge, it was
17  correct.
18         Q.   And they asked for a new
19  application to be sent there?
20         A.   Yes.
21         Q.   Who asked for that new
22  application to be sent?
23         A.   The USMLE office.
24         Q.   Is that the examining board?
25         A.   Yes.

Exhibit V

192

```
 1
 2                        I N D E X
 3   WITNESS            EXAMINATION BY        PAGE
 4   ANAND DASRATH      MS. MCLAUGHLIN           4
 5
 6
 7                    E X H I B I T S
 8   DEFENDANT'S       DESCRIPTION            PAGE
 9      A              Document                13
10      B              Copy of transcript      20
11    C & D            E-mails                 47
12      E              Transcript              57
13      F              E-mail                  87
14      G              Memo                    99
15      H              E-mail                 111
16      I              Letter                 115
17      J              Transcript             118
18      K              Letter                 121
19      L              Letter                 123
20    M & N            USMLE application      129
21      O              Affidavit              135
22      P              Handbook               140
23      Q              Letter               . 144
24      R              Letter                 145
25      S              Affidavit in opposition 150
```

79

A. DASRATH

1
2      A.     No.

3      Q.     So, after --

4      A.     I'm not sure if it was just

5  friends, but to the best of my knowledge

6  that's how I came up with this idea of

7  getting on this web site.

8      Q.     So, when you access the web

9  site what do you see?

10     A.     I saw that an F was posted for

11 me.

12     Q.     Was there any break down of the

13 grade or it just has the course name and the

14 grade?

15     A.     I don't recall everything I

16 saw, I just saw the course name and an F.

17     Q.     Did you maintain a copy of what

18 you saw on the web site?

19     A.     The web site somehow does not

20 allow to print.  I couldn't printout

21 anything.

22     Q.     When you saw the failing grade

23 in the course, what did you do?

24     A.     I attempted to contact Dr.

25 Fernandez.

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

141

A. DASRATH

1

2          A.      Yes.

3          Q.      And these were the regulations

4    you referred to in the answer to the last  .

5    question?

6          A.      Yes.

7          Q.      I direct your attention to page

8    fourteen.

9                  In the last paragraph it says

10   that students administratively withdrawn and

11   have not passed the USMLE on their first or

12   second attempts may request to be sponsored

13   to take or retake the USMLE, is that the

14   paragraph that you are referring to?

15         A.      And I'm also referring to page

16   nine which says that students remain

17   registered after the AICM course for the next

18   seventeen weeks.

19                 So, the remainder of that

20   sentence where it says student on

21   administrative leave withdrawn may request to

22   be sponsored to take or retake the USMLE

23   through a process of application made through

24   the university's admission office?

25         A.      Yes.

# ROSS UNIVERSITY SCHOOL OF MEDICINE

## STUDENT HANDBOOK

### OF

## ACADEMIC RULES AND REGULATIONS

May 2006



ROSS UNIVERSITY
SCHOOL OF MEDICINE

- Fail the Comprehensive NBME in three attempts

- Fail USMLE step2 in three attempts

- Fail to abide by university policies set forth

- Fail to pass the USMLE Step 1 in three attempts and within one year after they become eligible to take this exam.

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following pre-requisites:

- Successfully complete all the requirements of the Basic Science Coursework.

- Complete successfully the course "Advanced Introduction to Clinical Medicine" offered at the beginning of the Clinical Science segment.

- Pass the USMLE Step 1 (see below).

## CLINICAL SCIENCE SEGMENT

The Clinical Science Curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course. All students are required to take the USMLE Step 1 for the first time within 6 months of becoming eligible. Failure to do so will subject the student to be dismissed.

Following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled. (Aside from a private "Extra" loan for live board review course fees, students are ineligible for financial aid during this period.) Some students will use this time preparing for, taking, and passing USMLE Step 1. Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Students who have not received passing scores and have not started clinical clerkship within that period may still preserve their "in-school" student loan deferment status by applying for an academic leave of absence extending up to 180 days from the last day of the AICM. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. During the remainder of the Clinical Science curriculum, all students must take and pass all the required core and elective clinical clerkships. In addition to the 12 weeks of the AICM course, the School requires 48 weeks of core clerkships and 30 weeks of electives, for a total of 90 weeks of clinical training. These requirements are however, subject to change in the future, depending on regulatory and other academic requirements.

A final examination is given at the end of each clerkship. Students are also required to pass the USMLE Steps 1, 2 CK and Step 2 CS licensure examinations (see below).

- 9 -

192

I N D E X

WITNESS                    EXAMINATION BY                      PAGE

ANAND DASRATH              MS. McLAUGHLIN                      4


E X H I B I T S

DEFENDANT'S                DESCRIPTION                         PAGE

A                          Document                            13

B                          Copy of transcript                  20

C & D                      E-mails                             47

E                          Transcript                          57

F                          E-mail                              87

G                          Memo                                99

H                          E-mail                              111

I                          Letter                              115

J                          Transcript                          118

K                          Letter                              121

L                          Letter                              123

M & N                      USMLE application                   129

O                          Affidavit                           135

P                          Handbook                            140

Q                          Letter                              144

R                          Letter                              145

S                          Affidavit in opposition             150

118

A. DASRATH

1    but not a copy of the handbook.

2         MS. McLAUGHLIN:   I'm going to

3    mark this document as Exhibit J.

4         (Whereupon, the aforementioned

5    transcript was marked as Defendant's

6    Exhibit J for identification, as of

7    this date, by the Reporter.)

8    Q.   Did you have a chance to take a

9    look at it?

10   A.   Yes.

11   Q.   Defendant Exhibit J. It appears

12   to be a transcript and is dated 5/22/2006

13   several days after the letter that you wrote

14   to Ross.

15        Is this the transcript that you

16   received in response to your letter?

17   A.   Yes.

18   Q.   On this transcript, are your

19   scores reflected yet for the AICM course?

20   A.   No.

21   Q.   So, there is no entry yet for

22   the AICM course as of May 22nd, 2006?

23   A.   No.

24   Q.   Was it your understanding that



1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF NEW YORK
   - - - - - - - - - - - - - - - - - - X
3  ANAND DASRATH,

4                    Plaintiff,

5                                  Case No.
6                                  CV-07-2433
7      -against-

8

9  ROSS UNIVERSITY SCHOOL OF MEDICINE,

10                   Defendant.
   - - - - - - - - - - - - - - - - - - X
11

12                   October 21, 2010
13                   9:55 a.m.

14                   44 Wall Street
15                   New York, New York

16

17         DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,

18  appearing as a witness on behalf of the Defendant

19  herein, taken by the attorneys for Plaintiff,

20  Pursuant to Notice, held at the above-mentioned

21  time and place, before Alec Dazenski, a Notary

22  Public in and for the State of New York.

23

24

25         ***      **      ***

              SEVERIN & ASSOCIATES, INC.
                 1 South View Court
               Bayville, New York  11709
      TEL. (516) 628-1402 - FAX (516) 628-0423

12

Dr. Fernandez - Direct

1    April.  I don't recall the exact last date of the

2    semester.

3

4         Q    Would it be the early part of April, ·

5    the late part of April?

6         A    Probably the early part of April.

7         Q    After a student completes the AICM, is

8    a grade given?

9         A    Yes.

10        Q    When is that grade given?

11        A    It's given approximately two weeks

12   after the conclusion of the course.

13        Q    Is the student also given a

14   certification of completion of that course?

15        A    I don't understand the question.

16        Q    In addition to a grade, let's say a

17   letter or a number, is the student then certified

18   that he or she has completed the course?

19        A    No.

20        MR.  CAPUANO:   What do you mean by

21   certified?

22        A    I don't understand what you mean by

23   certified.

24        Q    Is a student given a certification

25   that he or she has completed the AICM?

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---------|----------------|------|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|-------------|-------------|------|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

119

A. DASRATH

1    there should have been an entry for this

2    course as of May 22nd, 2006?

3         A.    Yes.

4         Q.    Why is that?

5         A.    It was several weeks already

6    since I was waiting for this entry.

7         Q.    Why were you waiting several

8    weeks for this entry?

9         A.    I wanted to see my grade for

10   the AICM course.

11        Q.    Are there any requirements that

12   the AICM course or any grade be posted

13   several weeks after the final grade is

14   issued?

15        A.    It is usually posted within two

16   weeks.

17        Q.    What do you mean by posted?

18        A.    It is in the registrar's

19   office, and in the transcript.

20        Q.    And that's based on your past

21   experience?

22        A.    Yes.

23        Q.    Is there anything that requires

24   Ross University to submit the grade to the

120

A. DASRATH

1  registrar's office and in the transcript

2  within two weeks?

3       A.    I did see postings to that

4  issue in Dominica and I believe Ross has its

5  own internal regulations.

6       Q.    What are the postings that you

7  are referring to about this regulation?

8       A.    That the students' grades will

9  be posted as soon as possible.

10      Q.    What are the postings that you

11 are referring to?  Where does it say that is

12 what I'm saying?

13      A.    It is posted on the registrar's

14 door in Dominica.

15      Q.    You said that Ross has its own

16 internal policies as to when it should post

17 and report grades on the transcript?

18      A.    That is what I recall as Ross

19 policies that grades will be posted as soon

20 as possible.

21      Q.    Where is this policy?

22      A.    This policy was posted as the

23 door at the registrar's office in Dominica.

24      Q.    Are there any other places that

ROSS UNIVERSITY SCHOOL OF MEDICINE

STUDENT HANDBOOK

OF

ACADEMIC RULES AND REGULATIONS

May 2006



ROSS
UNIVERSITY
SCHOOL OF MEDICINE

Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.

## STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

Ross University has developed a *Student Policy on Alcohol and Other Drugs*, with which all students must comply. It attached hereto and incorporated herein.

## STUDENT PRIVACY RIGHTS

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff; a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

- 25 -

192

I N D E X

| | WITNESS | EXAMINATION BY | PAGE |
|---|---|---|---|
| | ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | | DESCRIPTION | PAGE |
|---|---|---|---|
| | A | Document | 13 |
| | B | Copy of transcript | 20 |
| C & D | | E-mails | 47 |
| | E | Transcript | 57 |
| | F | E-mail | 87 |
| | G | Memo | 99 |
| | H | E-mail | 111 |
| | I | Letter | 115 |
| | J | Transcript | 118 |
| | K | Letter | 121 |
| | L | Letter | 123 |
| M & N | | USMLE application | 129 |
| | O | Affidavit | 135 |
| | P | Handbook | 140 |
| | Q | Letter | 144 |
| | R | Letter | 145 |
| | S | Affidavit in opposition | 150 |

89

A. DASRATH

1

2    we talked about earlier that you logged

3    into?

4    A.    No.

5    Q.    It is something different?

6    A.    I don't know what is

7    e-college.

8    Q.    Grade breakdowns will be

9    available by e-mail request starting Monday.

10    Did you make a request for

11    grade breakdowns?

12    A.    I didn't send any request for

13    grade breakdowns.

14    Q.    So, you logged into a web site

15    that is not e-college, to your knowledge, it

16    is something different?

17    A.    I don't know something called

18    e-college.

19    Q.    Did you see your grade and then

20    write this e-mail to Dr. Fernandez that is

21    above what we were just discussing?

22    A.    Yes.

23    Q.    The e-mail above is from Mr.

24    Dasrath to Dr. Fernandez and it is dated

25    April 22nd, 2006; is that correct?