Exhibit D

192

# I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

## E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

79

A. DASRATH

1

2      A.    No.

3      Q.    So, after --

4      A.    I'm not sure if it was just

5   friends, but to the best of my knowledge

6   that's how I came up with this idea of

7   getting on this web site.

8      Q.    So, when you access the web

9   site what do you see?

10     A.    I saw that an F was posted for

11  me.

12     Q.    Was there any break down of the

13  grade or it just has the course name and the

14  grade?

15     A.    I don't recall everything I

16  saw, I just saw the course name and an F.

17     Q.    Did you maintain a copy of what

18  you saw on the web site?

19     A.    The web site somehow does not

20  allow to print. I couldn't printout

21  anything.

22     Q.    When you saw the failing grade

23  in the course, what did you do?

24     A.    I attempted to contact Dr.

25  Fernandez.

192

# I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

# E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

80

A. DASRATH

1

2       Q.      At this time, are you in Miami

3   still in April of 2006 or are you back in New

4   York?

5       A.      I'm back in New York.

6       Q.      When did classes end, I'm sorry

7   you, said April 7th, 2006?

8       A.      Yes.

9       Q.      And then you left immediately

10  after for New York?

11      A.      Yes.

12      Q.      How did you try to contact Dr.

13  Fernandez?

14      A.      By phone.

15      Q.      And did you get a response?

16      A.      Not immediately.  Eventually I

17  did get a response from Dr. Fernandez.

18      Q.      Was that by phone or in person?

19      A.      By phone.

20      Q.      Do you recall when that was?

21      A.      Maybe late April or early May

22  2006.

23      Q.      And what did he say to you in

24  that conversation?  Was it with Dr.

25  Fernandez?

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. MCLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

82

A. DASRATH

1   those five parts.

2

3   Q.   You do have proof of those five

4   parts because you have a certification?

5   A.   Yes.

6   Q.   What is clinical clerkship?

7   A.   A clinical clerkship is

8   something that starts after you pass the

9   USMAL step I.

10   Q.   There is no clinical clerkship

11   that starts during the AICM course?

12   A.   No.

13   Q.   There is no clinical clerkship

14   in the AICM class?

15   A.   You have to first pass your

16   USMAL step I otherwise you are not authorized

17   to do clinical stuff on live patients.

18   Q.   You told them to look into the

19   grade, something might be wrong and what did

20   he respond? How did he respond?

21   A.   He responded aggressively. He

22   doesn't like to be told he's wrong.

23   Q.   What did he say to you exactly?

24   A.   He told me no.

25   Q.   And that was it?

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| ANAND DASRATH | MS. MCLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
| --- | --- | --- |
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

83

A. DASRATH

1

2     A.    I don't recall the exact

3  conversation.  But, from what I gathered he

4  says no.

5     Q.    He said no, the grade is not

6  wrong?

7     A.    Something to that effect, yes.

8     Q.    Is that the end of your

9  conversation?

10    A.    Yes.

11    Q.    Did you have any other further

12  conversations with him?

13    A.    I don't recall any other

14  conversations.

15    Q.    It was just one phone call as

16  far as now?

17    A.    Yes.

18    Q.    Did you have any conversations

19  with anyone else at Ross about your score for

20  the AICM course?

21    A.    Yes.

22    Q.    Who was that with?

23    A.    Dr. Nancy Perri.

24    Q.    When did you speak to Dr.

25  Perri?

84

A. DASRATH

1

2       A.      It might be late April or early

3    May.    Soon after speaking to Dr. Fernandez.

4       Q.      How did you speak to her

5    face-to-face or by phone?

6       A.      By phone.

7       Q.      And she called you or you

8    called her?

9       A.      I called her.

10       Q.      What did you say to her?

11       A.      I told her something is wrong

12    with the AICM course.    If she could look

13    into it.

14       Q.      How did she respond?

15       A.      She said yes, she will look

16    into it.

17       Q.      Is that the first time that you

18    spoke to Dr. Perri during your time at Ross

19    University?

20       A.      Yes.

21       Q.      And why did you call Dr.

22    Perri?

23       A.      Because Dr. Perri is Dr.

24    Fernandez' boss.

25       Q.      Was that the end of your

192

## I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. MCLAUGHLIN | 4 |

## E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

85

A. DASRATH

1    conversation, she said she will look into it

2    and get back to you?

3    A.    Yes.

4    Q.    Did you have any further

5    conversations with her?

6    A.    I tried a number of times to

7    speak to her again.

8    Q.    And how did you try, by e-mail

9    or by phone?

10   A.    I tried by phone at first and

11   then by e-mail.

12   Q.    Did you ever reach her on the

13   phone or by e-mail?

14   A.    On the phone I heard somebody

15   in the background with the voice I think was

16   hers.  But she has a secretary called Judy.

17   Judy answered the phone.

18   I hear Judy will call to her

19   that Dr. Perri and Anand Dasrath is on the

20   phone again and I heard a voice stimulating

21   her saying tell him I'm in Dominica.  That

22   happened a few times.

23   Q.    Did you eventually speak to her

24   again after that first conversation?

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

86

A. DASRATH

1

2      A.     No.

3      Q.     Did you communicate with her

4  through e-mail after that first

5  conversation?

6      A.     Yes.

7      Q.     What were the e-mails

8  regarding?

9      A.     The same thing.    I sent her a

10  reminder e-mail telling her there is still a

11  problem with my AICM course.    If she could

12  look into it.

13     Q.     Did she get back to you?

14     A.     She replied, yes.

15     Q.     What did she say?

16     A.     That she will look into it

17  again she said she was in Dominica.    She

18  always says she is in Dominica regardless.    I

19  spoke to other students and that is what she

20  tells the other students if any of them have

21  a problem, that she is in Dominica.

22     Q.     What other students told you

23  that?

24     A.     Other friends that I took with

25  the class.

Exhibit J

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

87

A. DASRATH

1

2     Q.    Do you know their names?

3     A.    Yeah, one of them was Bahar.

4     Q.    That is the first name or last

5     name?

6     A.    That is his first name.    I

7     don't recall his last name.

8     Q.    Did anyone else tell you that

9     said she's in Dominica when she call?

10    A.    Yes, Anish.

11    Q.    First name or last name?

12    A.    That, is the first name.

13    Q.    Do you know the last name?

14    A.    I don't remember the last

15    name.

16    Q.    Anyone else?

17    A.    And they told me they heard

18    other people saying the same thing.

19          MS. McLAUGHLIN:    Can we mark

20    this document, please.

21          (Whereupon, the aforementioned

22    e-mail was marked as Defendant's

23    Exhibit F for identification, as of

24    this date, by the Reporter.)

25    Q.    I ask you to take a look at

MEMORANDUM FOR THE RECORD  -  April 24, 2006

Dr. Fernandez conferred today by telephone with Anand Dasrath about the failing grade he earned for the 5th semester just concluded.  Dr. Fernandez informed Anand that he was essentially two Standard Deviations from the norm.  He said that Anand earned a C on the midterm exam, failed the final exam and had a very low score on the essay portion (63 out of a possible 200).  He remarked that the lowest grade had been 61.  He told Anand that he failed the first write-up and got a marginal on the second.  He said that would have been okay had everything else also been okay.  He noted that Anand failed the PE and had remediated that.  He said that Anand's overall grade placed him at the bottom of the class.  He reminded Anand that extra credit cannot be applied to a failing grade.

Dr. Fernandez told Anand that he would have to repeat the semester.

   May start May 22
   Will do three weeks of clinicals
   Must do one write-up until a grade of Satisfactory or better is
     achieved
   Is exempt from Epi and the PE
   Must attend Large and Small Group sessions (except for Epi)
   Must take Mid-term and Final

Dr. Fernandez told Anand that he would get individualized attention to help him succeed.

Dr. Fernandez noted that Anand passed the Comp.  He pointed out that he could, if he wishes, defer starting 5th semester until September, freeing up the interval for preparing for Step 1.  He said that if he chose to come if May he could extend his Step 1 window to July, August, September.

Anand asked how he could have scored so poorly on the essays and said he worried that his handwriting had challenged the graders.  Dr. Fernandez said that he had graded two of the seven essays himself.  He did not recall trouble with anyone's handwriting and had not heard of a problem from anyone else.  He reported that on the stroke essay Anand earned 5 out of a possible 25 points; on Graves got no points, none for hepatitis, on sexual issues and HIV about the average, 20 of 50 on essay #7….

Anand asked if he would have to repeat the semester in its entirety.  Dr. Fernandez explained that he would have to do the components listed above.  Anand wondered if Dr. Fernandez knew that he had spent some 22 years in hospitals as a pharmacist and that, consequently, he found the clinical activities to be not meaningful.  Dr. Fernandez said he regretted that Anand had not mentioned his dissatisfaction earlier but promised to make sure to work closely with Anand to ensure the relevance of the activities he is assigned.  In answer to Anand's question, he said that he would be responsible for full tuition but would be eligible for financial aid.



192

```
                         I N D E X .

                                              PAGE

 1

 2   WITNESS            EXAMINATION BY

 3   ANAND DASRATH      MS. McLAUGHLIN              4

 4

 5

 6

 7                       E X H I B I T S

     DEFENDANT'S         DESCRIPTION           PAGE

 8       A               Document                13

 9       B               Copy of transcript      20

10     C & D             E-mails                 47

11       E               Transcript              57

12       F               E-mail                  87

13       G               Memo                    99

14       H               E-mail                 111

15       I               Letter                 115

16       J               Transcript             118

17       K               Letter                 121

18       L               Letter                 123

19     M & N             USMLE application      129

20       O               Affidavit              135

21       P               Handbook               140

22       Q               Letter                 144

23       R               Letter                 145

24       S               Affidavit in opposition 150

25
```

99

A. DASRATH

1      you failed the course?

2      A.     No.

3      Q.     So, in April of 2006 you didn't

4  fail the course?

5      A.     No.

6      Q.     And in August of 2006, you

7  didn't believe that you failed the course?

8      A.     No.

9      Q.     You said you had a conversation

10  with Dr. Fernandez by phone.

11      We talked about that earlier?

12      A.     Yes.

13      MS. McLAUGHLIN:   I have another

14  exhibit.

15      (Whereupon, the aforementioned

16  memo was marked as Defendant's Exhibit

17  G for identification, as of this date,

18  by the Reporter.)

19      Q.     I'm going to ask you to take a

20  look at that memo.

21      A.     Yes, I took a look at this

22  memo.

23      Q.     Showing the witness what has

24  been marked as Exhibit G and it is entitled

100

A. DASRATH

1

2      memorandum for the record, April 24th, 2006.

3           I will ask you have you seen

4   this prior to you sitting here today?

5      A.    Yes.

6      Q.    When was the first time that

7   you saw this?

8      A.    When the case was in the

9   Supreme Court.  I believe it was 2006.

10     Q.    First line says Dr. Fernandez

11  conferred today by telephone with Anand

12  Dasrath about the failing grade he earned for

13  the fifth semester just concluded.

14          Does that make sense that April

15  24th, 2006 would have been the time you

16  called or spoke with at least Dr. Fernandez

17  on the phone?

18     A.    Yes, it seems to be.

19     Q.    Dr. Fernandez informed Anand

20  that he was essentially two Standards

21  Deviations from the norm.

22          Did he communicate that to you

23  during that phone conversation?

24     A.    No.

25     Q.    He said that Anand earned a C

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. MCLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

126

A. DASRATH

1

2        A.    I don't recall.

3        Q.    Did you call anyone concerning

4   your status?

5        A.    I don't recall.

6        Q.    Did you call about

7   re-registering for the AICM course for the

8   May 22nd start date?

9        A.    I never called to re-register.

10  They decide if they register, who they

11  register and we don't have access to

12  registration procedures in their computer.

13       Q.    So, the first time that you

14  failed -- when you fail the genetics class

15  in the first semester, did you have to retake

16  that immediately after failing?

17       A.    Yes.

18       Q.    And did you register for it?

19       A.    They did it.

20       Q.    And how did that work?

21       A.    They register and tell you to

22  pay a certain amount of money.  They send you

23  a bill.

24       Q.    Were you sent a bill after the

25  end of the May 2006 semester?

192

## I N D E X

| | WITNESS | EXAMINATION BY | PAGE |
|---|---|---|---|
| 3 | ANAND DASRATH | MS. McLAUGHLIN | 4 |

## E X H I B I T S

| | DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|---|
| 8 | A | Document | 13 |
| 9 | B | Copy of transcript | 20 |
| 10 | C & D | E-mails | 47 |
| 11 | E | Transcript | 57 |
| 12 | F | E-mail | 87 |
| 13 | G | Memo | 99 |
| 14 | H | E-mail | 111 |
| 15 | I | Letter | 115 |
| 16 | J | Transcript | 118 |
| 17 | K | Letter | 121 |
| 18 | L | Letter | 123 |
| 19 | M & N | USMLE application | 129 |
| 20 | O | Affidavit | 135 |
| 21 | P | Handbook | 140 |
| 22 | Q | Letter | 144 |
| 23 | R | Letter | 145 |
| 25 | S | Affidavit in opposition | 150 |

A. DASRATH

1

2      A.    No.

3      Q.    You weren't sent any further

4  bills?

5      A.    No.

6            Could you repeat the last

7  question.

8            MS. MCLAUGHLIN:   Repeat it for

9  me.

10            (Whereupon, the referred to

11  question was read back by the

12  Reporter.)

13      A.    The semester had ended in April

14  and not May.

15      Q.    I'm sorry.  After the end of

16  the April semester --

17      A.    I did not receive any bills or

18  pre-registration material.

19      Q.    What is the NBME?

20      A.    NBME, that is the National

21  Board of Medical Examination.

22      Q.    Is that an exam that you

23  took?

24      A.    Yes.

25      Q.    When did you take that?