# COSTELLO & COSTELLO, P.C.
### ———— ATTORNEYS AT LAW ————

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO**<br>**JOSEPH R. COSTELLO***<br><br>**\*ALSO ADMITTED IN N.J., P.A.,**<br>**DISTRICT OF COLUMBIA** | **5919 20TH AVENUE**<br>**BROOKLYN, N.Y. 11204**<br>**(718) 331-4600**<br>**FAX (718) 331-2400**<br>**WWW.COSTELLOCOSTELLO.COM** | **17 NOTTINGHAM DRIVE**<br>**HOWELL, N.J. 07731**<br>**(732) 730-2390** |

**Please Reply to the Brooklyn Office**

Writer's Direct Email: jrc@costellocostello.com

April 28, 2011

**Via Electronic Filing**
**Hon. Carol B. Amon**
**United States District Judge**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re:  Anand Dasrath v. Ross University School of Medicine
     07 CV-2433 (CBA) (RER)

Our File No.   6970

Dear Judge Amon:

This office represents the Plaintiff, Anand Dasrath, in the above referenced matter.

In accordance with your Honor's Court Rules, I hereby enclose the following:

- Plaintiff's Notice of Motion for Summary Judgment, including the Affidavit of Anand Dasrath, Affirmation of Joseph R. Costello, and accompanying exhibits;
- Memorandum of Law in Support of Plaintiff's Motion;
- Affidavit in Opposition to Defendant's Motion for Summary Judgment and in Further Support of Plaintiff's Motion;
- Affidavit in Reply to Defendant's Opposition to Plaintiff's Motion together with memorandum of law.

Very truly yours,

COSTELLO & COSTELLO, P.C.
BY:    JOSEPH R. COSTELLO
JRC/
CC:    Magistrate Ramon E. Reyes, Jr

**COSTELLO & COSTELLO, P.C.**

Justin Capuano, Esq.