NOTICE OF APPEAL

********************

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

_____X

ANAND DASRATH

        Plaintiff(s),　　　　　　　　　**NOTICE OF APPEAL**

   -against-　　　　　　　　　　　　　Docket NO: 07-CV-2433

ROSS UNIVERSITY SCHOOL OF
MEDICINE,

        Defendant(s).

_____X

    Notice is hereby given that, Plaintiff, ANAND DASRATH hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of Honorable Carol Bagely Amon dated May 26, 2011 denying Plaintiffs Motion for Summary Judgment for a claim for Breach of Contract against the Defendants, ROSS UNIVERSITY SCHOOL OF MEDICINE and entered in this action on the **26th** day of **May, 2011.**

                                    _____
                                    **COSTELLO & COSTELLO, P.C.**
                                    **BY: JOSEPH R. COSTELLO, ESQ.**
                                    Attorney for Plaintiff
                                    5919 20th Avenue
                                    Brooklyn, New York 11204
                                    (718) 331-4600
                                    File no: 6970

Dated: Brooklyn, New York
         June 21, 2011