# COSTELLO & COSTELLO, P.C.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **JOSEPH G. COSTELLO** <br> **JOSEPH R. COSTELLO*** <br><br> ***ALSO ADMITTED IN N.J., P.A., DISTRICT OF COLUMBIA** | 5919 20TH AVENUE <br> BROOKLYN, N.Y. 11204 <br> (718) 331-4600 <br> FAX (718) 331-2400 <br> WWW.COSTELLOCOSTELLO.COM | 17 NOTTINGHAM DRIVE <br> HOWELL, N.J. 07731 <br> (732) 730-2390 |

July 6, 2011

**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

Re:   Anand Dasrath v. Ross University School of Medicine
        07 cv-2433 (CBA) (RER)
Second Circuit Docket: 11-2531
Our File No.   6970

Dear Sir/Madam:

Please allow this letter to serve as notification that Arnold DiJoseph, Esq. will be representing the Plaintiff, Anand Dasrath in the Second Circuit Appeal.

**COSTELLO & COSTELLO, P.C.**

**BY:   JOSEPH R. COSTELLO**
**JRC/**

CC:   Mr. Justin F. Capuano via ecf
        Arnold DiJoseph via email